UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | ) ) ) ) |
| **Plaintiff,** | ) Case No. 2:20-cv-00024-WOB-CJS ) |
| v. | ) ) |
| **CBS NEWS, INC. d/b/a CBSN, VIACOMCBS, INC., and CBS INTERACTIVE, INC.** | ) ) ) ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc., by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move this Court to dismiss Plaintiffs' Complaint (Doc. 1) for failure to state a claim upon which relief can be granted. A Memorandum in Support of Defendants' Motion to Dismiss is attached to this Motion.

Defendants further request that the Court set this Motion to Dismiss for oral argument pursuant to L.R. 7.1(f).

Respectfully submitted,

*/s/ Jared A. Cox*
Jared A. Cox (KBA #92523)
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40202
Phone: (502) 589-4200
jared.cox@dentons.com

Natalie J. Spears (admitted *pro hac vice*)
Gregory R. Naron (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-2481
natalie.spears@dentons.com
gregory.naron@dentons.com

Jessica Laurin Meek (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 635-8900
jessica.meek@dentons.com

*Counsel for Defendants, CBS News Inc., ViacomCBS Inc. and CBS Interactive Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing MOTION TO DISMISS via the CM/ECF system, which will send notice of filing to all parties of record.

*/s/ Jared A. Cox*
Jared A. Cox