UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 2:20-cv-00024-WOB-CJS |
| v. ) ) | |
| CBS NEWS, INC. d/b/a CBSN, VIACOMCBS, INC., and CBS INTERACTIVE, INC. ) ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is the Motion to Dismiss filed by Defendants, CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc. The Court, having reviewed the parties' briefs and the record before the Court, now GRANTS the Motion.

It is hereby ordered that Defendants' Motion to Dismiss is **GRANTED**, and Plaintiffs' Complaint (Doc. 1) is dismissed with prejudice.

This is a final and appealable Order.

SO ORDERED, this _____ day of _____, 2020.

1

20985539.1

TENDERED BY:

*/s/ Jared A. Cox*
Jared A. Cox (KBA #92523)
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40202
Phone: (502) 589-4200
jared.cox@dentons.com

Natalie J. Spears (admitted *pro hac vice*)
Gregory R. Naron (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-2481
natalie.spears@dentons.com
gregory.naron@dentons.com

Jessica Laurin Meek (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 635-8900
jessica.meek@dentons.com

*Counsel for Defendants, CBS News Inc., ViacomCBS, and CBS Interactive Inc.*