# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC <br><br> Defendant. | CASE NO. 19-CV-00056-WOB-CJS |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES <br><br> Defendant. | CASE NO. 20-CV-00023-WOB-CJS |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> CBS NEWS, INC., et al. <br><br> Defendants. | CASE NO. 20-CV-00024-WOB-CJS |

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : CASE NO. 2:20-CV-00025-WOB-CJS |
| Plaintiff, | : |
| v. | : |
| ABC NEWS, INC., et al. | : |
| Defendants. | : |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : CASE NO. 2:20-CV-00026-WOB-CJS |
| Plaintiff, | : |
| v. | : |
| GANNETT CO., INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC, | : |
| Defendants. | : |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : CASE NO. 2:20-CV-00027-WOB-CJS |
| Plaintiff, | : |
| v. | : |
| ROLLING STONE, LLC, et al. | : |
| Defendants. | : |

## DECLARATION OF ANTHONY TEE

1.  My name is Anthony Tee. I make this Declaration from personal knowledge and am competent to testify to the facts stated herein.

2.  I am a hip-hop artist and disk jockey who performs under the name "Nymasis". I specialize in a genre of music known as indigenous hip-hop, which blends rap, hip-hop, and Native and indigenous musical forms.

3.  I am the individual pictured on the far right side of this image wearing a black and white hat:



4.  On January 18, 2019, I attended the Indigenous Peoples March. I drove from Oklahoma City to Washington, D.C. with my friend, Marcus Frejo, to attend the event. I understood the event to honor Native culture and community, as well as to advocate for issues important to indigenous people.

5.  As the Indigenous Peoples March was starting to wrap up, I and Mr. Frejo helped lead a closing prayer song near the Lincoln Memorial during a round dance, which is a traditional

3

dance that is a vital part of Native American culture and tradition. The round dance is often accompanied by percussive instruments, like hand drums.

6. At some point I began noticing a group of Black men spewing mostly hateful language at those around them. I understood them to be Black Hebrew Israelites because I was familiar with that group, as I had previously encountered Black Hebrew Israelite speakers. They were saying a lot of derogatory things about Native Americans and others. At one point one of them criticized Native American religion by saying words to the effect of you worship the creation, not the creator, and that's why God has it out for Native Americans. I felt like that comment at least was advocating a point of view rather than pure hate, so I briefly tried to engage with one of the Black Hebrew Israelites just to make a connection.

7. Eventually I noticed a large group of white teenagers, who appeared to be students, moving closer to the Black Hebrew Israelites. The Black Hebrew Israelites and the students started engaging in a heated verbal back-and-forth.

8. Over time, the situation appeared to me to get increasingly volatile. The Black Hebrew Israelites seemed like they were getting more aggressive, and in turn, the students were getting more numerous, rowdy, and agitated. The students were being loud and chanting in unison, and as they grew in numbers, they started to encroach on the area near where the Black Hebrew Israelites were standing. I later found out that apparently these chants were school cheers, but I had no idea of that at the time. I work with teenagers teaching Hip Hop music, but they did not seem like school cheers to me.

9. My perception was that the male teenagers were reacting to the Black Hebrew Israelites in a sort of aggressive, macho way. I did not think the teenagers likely intended to harm them. But it looked to me like the Black Hebrew Israelites felt like they were being cornered and

might lash out aggressively in some way that could cause a fight to break out. I feared that the situation was the perfect storm to escalate into a physical confrontation and students could get hurt. As someone who regularly works with teenagers it seemed obvious to me that any adults responsible for them should be intervening to get the students to stop their bravado and back away. I was very surprised and concerned that no adults were doing that.

10. A Native elder, who I did not know but I later learned was Nathan Phillips, was standing near me. I gave him my drum to use so that he could try to bring some calm to the situation. This is a screenshot of me playing that drum during the round dance that afternoon, wearing a green jacket:



11. In Native culture, music has medicinal and spiritual power, and so it made sense to me that music could quieten down the situation and ensure that everyone stayed safe. As I saw it then and still do, Mr. Phillips was trying to administer medicine to heal a dangerous situation. Mr. Phillips began singing the American Indian Movement song, which is a Native song that instills peace and unity.

12. After Mr. Phillips started singing, I saw my friend Marcus move away from where he was standing and go to be with Mr. Phillips. I stayed back and saw Mr. Phillips walking towards the students and Black Hebrew Israelites. He was followed by Marcus and a few other people who seemed to follow as Mr. Phillips passed them. After Mr. Phillips and Marcus went up near the crowd of students, the crowd seemed to surround them and I could not clearly make them out any more. So I did not see exactly what happened after that.

13. What I did see and hear were students shouting and whooping, in what seemed to me to be clear mockery of Native Americans and degrading an elder. When I saw teenagers appearing to me to swarm around them, I became afraid for the safety of Marcus, Mr. Phillips, and anyone else who might have followed them. Eventually, the students dispersed and I walked up to be with Marcus.

14. After the incident concluded, it seemed to me like Mr. Phillips succeeded in stopping something that could have been really bad from happening between the students and the Black Hebrew Israelites. I remember feeling proud that Mr. Phillips and Marcus were able to calm the situation. As I saw it, the students had tried to act in opposition to the medicine Mr. Phillips was bringing them, but they did not succeed and it eventually brought healing. I believed then, and still do, that the peaceful resolution of the situation spoke to the power of our music, prayer, and culture.

15. I have since read that Mr. Sandmann and his lawyers allege that Mr. Phillips' intervention was some kind of planned publicity stunt. That is simply wrong. Mr. Phillips never asked me nor, to my knowledge, anyone else to join him or to videotape anything. Mr. Phillips did not even have a drum so he used mine, and to me it seemed the whole situation happened on the spur of the moment. It deeply offends me that what was a peaceful, spiritual attempt reflecting the essence of my culture to try to bring calm to a volatile situation is being mischaracterized as some kind of political stunt.

I affirm under the penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: November 15, 2021

_____
Anthony Tee