## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON

NICHOLAS   SANDMANN,   by   and   :   CASE NO. 19-CV-00056-WOB-CJS
through his parents and natural guardians,   :
TED     SANDMANN     and     JULIE   :
SANDMANN,   :
  :
      Plaintiff,   :
  :
v.   :
  :
NBCUNIVERSAL MEDIA, LLC   :
  :
      Defendant.   :
  :
  :
  :

NICHOLAS   SANDMANN,   by   and   :   CASE NO. 20-CV-00023-WOB-CJS
through his parents and natural guardians,   :
TED     SANDMANN     and     JULIE   :
SANDMANN,   :
  :
      Plaintiff,   :
  :
v.   :
  :
THE NEW YORK TIMES COMPANY   :
d/b/a THE NEW YORK TIMES   :
  :
      Defendant.   :
  :
  :

NICHOLAS   SANDMANN,   by   and   :   CASE NO. 20-CV-00024-WOB-CJS
through his parents and natural guardians,   :
TED     SANDMANN     and     JULIE   :
SANDMANN,   :
  :
      Plaintiff,   :
  :
v.   :
  :
CBS NEWS, INC., et al.   :

Defendants.                              :
                                         :
                                         :
                                         :


NICHOLAS   SANDMANN,   by   and          :      CASE NO. 2:20-CV-00025-WOB-CJS
through his parents and natural guardians, :
TED    SANDMANN    and    JULIE          :
SANDMANN,                                :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :
                                         :
ABC NEWS, INC., et al.                   :
                                         :
        Defendants.                      :
                                         :
                                         :
                                         :


NICHOLAS   SANDMANN,   by   and          :      CASE NO. 2:20-CV-00026-WOB-CJS
through his parents and natural guardians, :
TED    SANDMANN    and    JULIE          :
SANDMANN,                                :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :
                                         :
GANNETT CO., INC. AND GANNETT            :
SATELLITE       INFORMATION              :
NETWORK, LLC,                            :
                                         :
        Defendants.                      :
                                         :


NICHOLAS   SANDMANN,   by   and          :      CASE NO. 2:20-CV-00027-WOB-CJS
through his parents and natural guardians, :
TED    SANDMANN    and    JULIE          :
SANDMANN,                                :
                                         :
        Plaintiff,                       :
                                         :

v.                                      :
                                        :
ROLLING STONE, LLC, et al.              :
                                        :
        Defendants.                     :
                                        :
                                        :
                                        :

## **DECLARATION OF SAMUEL BROCKETT**

Pursuant to 28 U.S.C. § 1746, I, Samuel Brockett, declare the following:

1.      My name is Samuel Brockett. I make this Declaration from personal knowledge and am competent to testify to the facts stated herein.

2.      I reside in Florence, Kentucky.

3.      Between 2013 and 2019, I attended Covington Catholic High School ("CCHS") in Park Hills, Kentucky. I graduated in May 2019.

4.      On January 18, 2019, I attended the March for Life in Washington, D.C. as a part of a CCHS-sponsored trip to obtain community service hours for graduation. I was a senior at the time of the trip.

5.      On January 25, 2019 at 12:34 p.m. Eastern Time I gave an interview to an investigator from the Diocese of Covington at CCHS concerning an incident involving CCHS students, Black Hebrew Israelites, and Native Americans on the steps of the Lincoln Memorial in Washington D.C. The incident I described took place between approximately 4:30 p.m. and 5:30 p.m. on January 18, 2019.

6.      Attached to my declaration as **Exhibit A** is what I believe to be a complete and unaltered audio recording of that interview made by the investigator.

7.      The statements I made during that interview describing and explaining the incident on the steps of the Lincoln Memorial were truthful to the best of my recollection and belief now, and at the time of the interview.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2021.


Samuel Brockett

# EXHIBIT A

# Samuel Brockett Audio Recording

# Filed Conventionally