# EXHIBIT E

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| # | Type | Owner | Participants | Timestamp | Message Details | |
|---|---|---|---|---|---|---|
| 497 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:28:27 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Your definitely handling this better than i would<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — — 1/19/2019 8:28:46 PM(UTC-5) —<br>Number Redacted Nick Sandmann — — — —<br><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 498 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:29:02 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Can i ask what made you stand in front of the indian guy<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — — 1/19/2019 8:29:03 PM(UTC-5) —<br>Number Redacted Nick Sandmann — — — —<br><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | |
| 499 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:29:15 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** yeah<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Name/Number Redacted — 1/19/2019 8:29:16 PM(UTC-5) — —<br>Number Redacted Nick Sandmann — — — —<br><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | |
| 500 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:29:54 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** the whole thing with the black people calling us things and the guy moving through the crowd trying to intimidate us<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Name/Number Redacted — 1/19/2019 8:29:56 PM(UTC-5) — —<br>Number Redacted Nick Sandmann — — — —<br><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | |

| # | Type | From | To | Timestamp | Message | | |
|---|---|---|---|---|---|---|---|
| 501 | Native Messages | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:30:07 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** it just made me want to stand up for the school<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Name/Number Redacted Number Redacted Nick Sandmann — 1/19/2019 8:30:08 PM(UTC-5)<br><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 502 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:32 PM(UTC-5) | **Direction:** Incoming<br>**Body:** Black people?<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — 1/19/2019 8:39:41 PM(UTC-5)<br>Number Redacted Nick Sandmann<br><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 503 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:44 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** yeah<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Name/Number Redacted — 1/19/2019 8:39:45 PM(UTC-5)<br>Number Redacted Nick Sandmann<br><br>**Source Extraction:** Logical (1)<br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 504 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:47 PM(UTC-5) | **Direction:** Incoming<br>**Body:** I never heard about that<br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>Number Redacted Nick Sandmann — 1/19/2019 8:42:35 PM(UTC-5)<br>Number Redacted Nick Sandmann<br><br>**Source Extraction:** Logical (1)<br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |