# EXHIBIT G





N.S. 000129