# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:20-cv-00024-WOB-CJS |
| v. | ) ) | |
| CBS NEWS, INC. d/b/a CBSN, VIACOMCBS, INC., and CBS INTERACTIVE, INC. | ) ) ) ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

Before the Court is the Motion for Summary Judgment filed by Defendants CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc. The Court, having reviewed the parties' briefs and the record before the Court, now GRANTS the Motion.

It is hereby ordered that the CBS Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this _____ day of _____, 2022.