# Exhibit A

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CBS NEWS, INC. d/b/a CBSN, VIACOMCBS, INC., and CBS INTERACTIVE, INC. | ) ) ) ) |
| Defendants. | ) |

Case No. 2:20-cv-00024-WOB-CJS

## DECLARATION OF HELEN D'ANTONA

Pursuant to 28 U.S.C. § 1746, I, HELEN D'ANTONA, declare as follows:

1. I submit this Declaration in support of the Motion for Summary Judgment (the "Motion") filed by Defendants CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc. ("CBS") in the above-captioned action. This declaration is based on my personal knowledge and in my capacity as Manager of Litigation Support Services, and is intended as an authentication of records of regularly conducted activity pursuant to Federal Rules of Evidence 803(6) & 902(11).

2. Attached hereto as Exhibit A-1 is a true and correct copy of a January 20, 2019 online news article published on cbsnews.com, which was accurately reproduced in Exhibit G of the Complaint in this action and is Bates-labeled as CBS0000005-7 (the "Article").

3. Attached hereto as Exhibit A-2 is a true and correct copy of the January 20, 2019 CBS video segment (the "Segment"), which was embedded in the Article and streamed on cbsnews.com (and produced as CBS0000004). A USB flash drive containing a true and correct copy of the Segment is being conventionally filed with the Clerk.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on    12/17/21

/s/ *Helen E. D'Antona*
Helen D'Antona
Manager, Litigation Support Services