# Exhibit B

# Exhibit B[1]
# Transcript of CBS Segment

Posted:       January 20, 2019

Duration:    00:08:13

| Speaker | Dialogue |
|---|---|
| **CBS Correspondent David Begnaud**<br><br>[Correspondent shown at news desk]<br><br>*- Screenshot from 0:00 of Segment -* | If you've been anywhere near your social media this weekend, checking in on your phone, you may have seen a video that shows a group of high school students in what appears to be a standoff with a Native American man on the National Mall in Washington, D.C.  The problem is the story as originally reported is incomplete.  We have more information that provides better context and depth to what actually happened.  Here's the original clip that most people saw.  Take a look. |
| [Clip of Video 2 (the "viral video") begins playing; continues with Correspondent voiceover]<br><br>*- Screenshot from 0:24 of Segment -* | So this all went down Friday in Washington, D.C., the Indigenous Peoples March coincided with the March for Life.  That is an anti-abortion rally.  A group of students from a Catholic High School in Kentucky was at the March for Life.  Some of the students were wearing hats that said "Make America Great Again."  One teenager in particular, you see him there, was seen standing in the video just feet away from a man named Nathan Phillips. That is the Native American man, Mr. Phillips, banging on a drum and chanting a prayer. |

---

[1] This transcript is prepared by counsel as a demonstrative for the Court's convenience. Screenshots from the CBS Segment are included as an aid for reference only.

| Speaker | Dialogue |
|---|---|
| [Correspondent shown at news desk] | The problem is this video inflamed people who said, "How disrespectful of this young man and the students." There was a report that the students were chanting "build the wall." |
| [Clip of Video 4 plays with Correspondent voiceover; Phillips shown approaching students]<br><br>- *Screenshot from 1:12 of Segment -* | The problem is there was another video nearly two hours in length, most of which we have seen. And the context it provides suggests that the story is not as originally reported.<br><br>We never heard the students saying, "Build that wall." What we heard was a chant among the students that appeared to be a sports chant, right? High school students chanting as they were standing in front of this man who was beating his drum. |
| [Clip of Video 4 continues with Correspondent voiceover; Phillips shown in front of the students]<br><br>- *Screenshot from 1:31 of Segment -* | The problem is here's how it started. The larger video shows a group of protesters known as the Black Hebrew Israelites. They were protesting on the National Mall.<br><br>At some point they start yelling profanities at the high school students who were wearing the Make America Great Again hats. This went on for an extended period of time. At one point, Mr. Phillips walks into the middle of the group. Inserts himself in the situation. And as he later told us, he was trying to defuse the situation. |
| [Correspondent shown at news desk] | We wanted to talk to the students, the parents, but also Mr. Phillips. We were able to get Mr. |

| Speaker | Dialogue |
|---|---|
|  | Phillips on the phone and here's some of what he told us. |
| [Clip of Video 4 displayed again during voiceover interview]<br><br>*- Screenshot from 2:07 of Segment -* | Tell me Mr. Phillips, how did you come in contact with that young man? Where were you when you encountered him in that moment? Were you leaving? Were you coming? |
| **Nathan Phillips** | What it started out with is these young students weren't really aggressive toward the indigenous people at the –. They were there. They seen us. They had their [inaudible] [02:31] a thing, but their focus was on the four black individuals, and when I put myself between that mass and the four black individuals, that's where I was at. That's when I was singing, that's where that prayer, that movement of prayer put me. |
| **CBS Correspondent** | Tell me what you mean about the four black individuals. How were they a factor in this? |
| **Nathan Phillips** | Oh, so, at the beginning of all of this as we were breaking down, there were these, uh, individuals there that were doing, um, free speech exercise out there, on the, on the, on the, on the, on the Mall. |
| **CBS Correspondent** | And what were they saying? |

Page 3 of 7

| Speaker | Dialogue |
| --- | --- |
| **Nathan Phillips** [Clip of other video with aerial view (Video 16) displayed during voiceover interview] *- Screenshot from 3:23 of Segment -* *- Screenshot from 3:30 of Segment -* | They were, uh, quoting, Bible verses. They were saying things like, uh, what really got the first incident I witnessed was the one, uh, individual said "Jesus is not white. He's black like me." And one of the young kids that was stand there, looking there with the red hat on, he looked really offended but he took offense. They went away, came back with twice the number, maybe 12, 15 people and they ponded back and forth between these, uh black Israelites and the MAGA hat wearers. And the way I understand it is that – [inaudible, overlapping] [03:45] |
| **CBS Correspondent** | So Mr. Phillips. |
| **Nathan Phillips** | Yeah. |
| **CBS Correspondent** | I want to make sure I am understanding you correctly. There were the individuals, um, who were black who were making statements about Jesus not being white, and then there |

| Speaker | Dialogue |
|---|---|
|  | were the demonstrators who were white, and they're the ones who were sort of getting into it and you stepped in the middle, is that correct? |
| **Nathan Phillips** | Yeah, they're called the Lost Tribe of Israel. |
| **CBS Correspondent** | Okay. |
| **Nathan Phillips** | When this was happening, it took a while from the first incident to the point where there is over 100 maybe 200 of, of these, uh, Life Matter marchers. So they are there, and, um, that's when things started getting really ugly. |
| **CBS Correspondent** | Did you say anything to him? |
| **Nathan Phillips** | No, I was singing, I was praying. I stayed in prayer. |
| **CBS Correspondent** | Did he ever say anything to you? |
| **Nathan Phillips** | No, he didn't say nothing. He just stood in front of me, and when the others were moving aside and letting me go, he decided that he wasn't going to do that. You know, I tried to, when I was coming up the steps, I seen him start putting himself in front of me, so I slided to the right, and he slided to the right. I slided to the left and he slided to the left—so by the time I got up to him, we were right in front of him. He just positioned himself to make sure that he aligned himself with me, so that sort of stopped my exit. |
| **CBS Correspondent** | How long did this last? |

| Speaker | Dialogue |
|---|---|
| **Nathan Phillips** | Well, from the time I found myself in front of that crowd with the, with the drum and the song and I was singing to the time I was in front of him, maybe three, three minutes because I was singing… |
| **CBS Correspondent** | And how did it end?  Who separated you guys? |
| **Nathan Phillips** | It ended with all those students just leaving, kind of like in a, in a mass, at the last minute they all left.  The boy, he, you know, there was, there was a couple moments in there that I thought he was gonna break down. |
| **CBS Correspondent** | I wonder what you want to happen to that young man. |
| **Nathan Phillips** | That young man?  I wouldn't want to see nothing, you know, happen to him.  I don't wake up trying to, you know, setting out to hurt nobody, ever, you know, I wake up in the mornings.  I sing my prayers.  What can I do to make a better world, you know, that's how I start my day. |
| **CBS Correspondent** | So you don't want him to be expelled, or suspended, or disciplined? |
| **Nathan Phillips** | Uh, that, you know, I think the one who should be punished are the supervisors of those schools, the ones who brought them to Washington, D.C., to allow those, those, those youth to behave that way.  There should have been an adult there, responsible to tell them, this is the wrong behavior.  You know, that, |

| Speaker | Dialogue |
|---|---|
|  | you know, how, how did it come to be me being there to stand between youth and Americans who were exercising their right to freedom of speech?  Freedom of religion. |
| **CBS Correspondent** | That young man is gonna go back to school in Kentucky.  He'll be disciplined no doubtedly.  If you were to look him in the face again, what would you tell him? |
| **Nathan Phillips** | To live a good life and treat people with respect and treat himself with respect.  To forgive himself, you know.  To forgive others.  Treat each other with, you know, treat others the way he wanted to be treated. |
| **CBS Correspondent** | To forgive himself.  That is a very powerful statement coming from you, Mr. Phillips.  Nathan Phillips, thank you for your time. |
| **Nathan Phillips** | You bet. |
| **CBS Correspondent** [Correspondent shown at news desk] | Again, it's important to add the original story was incomplete.  Now we hope you have more context.  The school is saying that the students could be disciplined, possibly even expelled, but the video as we've seen it, shows Mr. Phillips walking into the group inserting himself, trying to defuse the situation between the students and the Black Hebrew Israelites.  And, more notably, Mr. Phillips says that that young man standing right in front of him should actually forgive himself.  Mr. Phillips never once said he thought the kids should be punished; in fact, he thinks the adults are to blame for not stepping in sooner. |