# EXHIBIT A



# Transcript of Craige Roberts, Ph.D.

**Date:** December 7, 2021
**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION AT COVINGTON


------------------------------X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians,  TED SANDMANN and   :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
              V                  19-CV-00056-WOB-CJS
NBCUNIVERSAL MEDIA, LLC,        :
                 Defendant.
                               :

------------------------------ X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
              V                  20-CV-00023-WOB-CJS
                               :
THE NEW YORK TIMES COMPANY
D/B/A THE NEW YORK TIMES,       :
                 Defendant.
                               :

------------------------------ X

NICHOLAS SANDMANN, by and      :
Through his parents and natural
Guardians, TED SANDMANN and    :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
              V                  20-CV-00024-WOB-CJS
                               :
CBS NEWS, INC., et al.,
                 Defendants. :

------------------------------ X
Job No.:  416134

Pages 1 - 224

Reported by:  Lisa M Barrett

1   (continued caption)

2   ------------------------------ X

3   NICHOLAS SANDMANN, by and        :
    through his parents and natural
4   Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
5                    Plaintiff,      : Case No.
                     V                 2:20-CV-00025-WOB-CJS
6                                     :
    ABC NEWS, INC., et al.,
7                    Defendants.     :

8   ------------------------------ X

9   NICHOLAS SANDMANN, by and        :
    Through his parents and natural
10  Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
11                   Plaintiff,      : Case No.
                     V                 2:20-CV-00026-WOB-CJS
12                                    :
    GANNETT CO.,INC. AND GANNETT     :
13  SATELLITE INFORMATION NETWORK,
    LLC,
14                   Defendants.     :

15  ------------------------------ X

16  NICHOLAS SANDMANN, by and        :
    Through his parents and natural
17  Guardians, TED SANDMANN and      :
    JULIE SANDMANN,
18                   Plaintiff       : Case No.
                     V                 2:20-CV-00027-WOB-CJS
19                                    :
    ROLLING STONE, LLC, et al.,
20                   Defendants.     :

21  ------------------------------ X

22          Deposition of CRAIGE ROBERTS, Ph.D.

23          Conducted in-person and virtually

24      Tuesday, December 7, 2021 at 9:30 a.m.

25

1              Deposition of CRAIGE ROBERTS, Ph.D.,

2     conducted in-person and virtually,

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22              Pursuant to Notice, before Lisa M

23     Barrett, Notary Public for the State of

24     Maryland.

25

```
 1              A P P E A R A N C E S:

 2    Tuesday, December 7, 2021:

 3    ON BEHALF OF THE PLAINTIFF:

 4              TODD V. McMURTRY, ESQUIRE

 5              WILL HUBER, ESQUIRE

 6              HEMMER DEFRANK WESSELS, PLLA

 7              250 Grandview Drive, Suite 500

 8              Ft. Mitchell, Kentucky 41017

 9              859.344.1188

10    ON BEHALF OF THE DEFENDANTS ABC NEWS, INC.,
      ABC NEWS INTERACTIVE, INC. AND THE WALT DISNEY
11    COMPANY:

12              MEENAKSHI KRISHNAN, ESQUIRE

13              DAVIS WRIGHT TREMAINE, LLP

14              1301 K Street, Northwest,

15              Suite 500 Washington, DC 20005

16              202.973.4499

17    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
      VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
18

19              JESSICA LAURIN MEEK, ESQUIRE

20              DENTONS BINGHAM GREENBAUM, LLP

21              10 West Market Street, Suite 2700

22              Indianapolis, Indiana 46204

23              317.635.8900

24

25         A P P E A R A N C E S (Continued)
```

```
1    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
2

3            NATALIE J. SPEARS, ESQUIRE

4            DENTONS US, LLP

5            233 South Wacker Drive Suite 5900

6            Chicago, Illinois 60606

7            312.876.8000

8

9    ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC
     AND PENSKE MEDIA CORPORATION:
10

11           KEVIN T. SHOOK, ESQUIRE

12           RYAN GOELLNER, ESQUIRE

13           FROST BROWN TODD, LLC

14           10 West Broad Street

15           Columbus, Ohio 43215

16           615.565.1222

17
     ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
18   AND GANNETT SATELLITE INFORMATION NETWORK, LLC:

19           MICHAEL P. ABATE, ESQUIRE

20           KAPLAN JOHNSON

21           ABATE & BIRD, LLP

22           710 West Main Street 4th Floor

23           Louisville, Kentucky 40202

24           502.540.8280

25        A P P E A R A N C E S:  (Continued)
```

```
 1    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
      AND GANNETT SATELLITE INFORMATION NETWORK, LLC:
 2

 3              MICHAEL J. GRYGIEL, ESQUIRE

 4              GREENBERG TRAURIG, LLP

 5              54 State Street 6th Floor Albany,

 6              New York 12207

 7              518.689.1400

 8    ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA, LLC
      AND THE NEW YORK TIMES COMPANY D/B/A
 9    THE NEW YORK TIMES:

10              DARREN W. FORD, ESQUIRE

11              GRAYDON HEAD & RITCHEY, LLP

12              2400 Chamber Center Drive, Suite 300

13              Ft. Mitchell, Kentucky 41017

14              859.578.3071

15

16    Also present:  David Hernandez, Videographer,

17              Socrates Matthews, Planet Depos AV Technician

18

19

20

21

22

23

24

25
```

1                       C O N T E N T S

2

3    EXAMINATION OF CRAIGE ROBERTS, Ph.D.        PAGE

4    By MS. SPEARS:                              12

5                       E X H I B I T S

6

7    EXHIBIT              DESCRIPTION            PAGE

8

9    Exhibit A    Expert Report of Craige       47
                  Roberts, Ph.D

10

11   Exhibit B    Document entitled: Craig      223
                  Roberts, Sandmann

12                deposition notes, December
                  7, 2021

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | --- Commencing at 9:59 a.m. | |
| 2 | REMOTE TECHNICIAN:  Thank you to | 09:59:03 |
| 3 | everyone for attending this proceeding remotely | 09:59:28 |
| 4 | which we anticipate will run smoothly. | 09:59:30 |
| 5 | Please remember to speak slowly and do | 09:59:32 |
| 6 | your best not to talk over one another. | 09:59:34 |
| 7 | Please be aware that we are recording | 09:59:36 |
| 8 | this proceeding for back up purposes.  Any | 09:59:38 |
| 9 | off-the-record discussions should be had away from | 09:59:40 |
| 10 | the computer. | 09:59:42 |
| 11 | Please remember to mute your mic for | 09:59:43 |
| 12 | those conversations.  Please have your video | 09:59:45 |
| 13 | enabled to help the reporter identify who is | 09:59:46 |
| 14 | speaking. | 09:59:48 |
| 15 | If you are unable to connect with video | 09:59:49 |
| 16 | and are connecting via phone, please identify | 09:59:51 |
| 17 | yourself each time before speaking.  I apologize | 09:59:54 |
| 18 | in advance for any technical-related | 09:59:56 |
| 19 | interruptions.  Thank you. | 09:59:59 |
| 20 | THE VIDEOGRAPHER:  Here begins number 1 | 10:00:01 |
| 21 | for the videotape deposition of Craige Roberts in | 10:00:03 |
| 22 | the matter of -- | 10:00:08 |
| 23 | MS. SPEARS:  I'll read the matters | 10:00:11 |
| 24 | listed here.  This is the video-recorded | 10:00:12 |
| 25 | deposition of Nicholas Sandmann in the matter of | 10:00:14 |

| | | |
|---|---|---|
| 1 | Nicholas Sandmann et al. versus NBCUniversal Media | 10:00:20 |
| 2 | LLC.  Case number 19-CV-00056-WOB-CJS. | 10:00:20 |
| 3 | In the case of Nicholas Sandmann versus | 10:00:26 |
| 4 | the New York Times.  Case Number | 10:00:30 |
| 5 | 20-CV-00023-WOB-CJS.  In the matter of Nicholas | 10:00:30 |
| 6 | Sandmann versus CBS News, Inc., et al.  Case | 10:00:36 |
| 7 | Number 20-CV-00024-WOB-CJS. | 10:00:36 |
| 8 | In the matter of Nicholas Sandmann | 10:00:57 |
| 9 | versus Nicholas Sandmann, et al. versus ABC News, | 10:01:01 |
| 10 | Incorporated, et al., Case Number | 10:01:01 |
| 11 | 2:20-CV-00025-WOB-CJ. | 10:01:01 |
| 12 | In the matter of Nicholas Sandmann | 10:01:01 |
| 13 | versus Rolling Stone, LLC, et al.  Case Number | 10:01:01 |
| 14 | 2:20-CV-00027-WOB-CJS. | 10:01:01 |
| 15 | THE VIDEOGRAPHER:  Today's date it's | 10:01:12 |
| 16 | December 7th -- | 10:01:12 |
| 17 | -- (overspeaking) -- | 10:01:14 |
| 18 | MS. SPEARS:  One more.  Sorry, it's not | 10:01:16 |
| 19 | on the caption here.  But in the matter of | 10:01:16 |
| 20 | Nicholas Sandmann versus Gannett Company Inc., et | 10:01:18 |
| 21 | al. and that's case number 20-CV-00026-WOB-CJS. | 10:01:22 |
| 22 | THE VIDEOGRAPHER:  Today's date is | 10:01:32 |
| 23 | December 7th, 2021 and the time is 10:01 a.m. | 10:01:33 |
| 24 | The videographer today is David | 10:01:37 |
| 25 | Hernandez representing Planet Depos. | 10:01:37 |

| | | |
|---|---|---|
| 1 | This video deposition is taking place | 10:01:42 |
| 2 | at Dentons US LLP at 1221 Avenue of the Americas, | 10:01:45 |
| 3 | New York. | 10:01:50 |
| 4 | Will counsel please identify themself | 10:01:51 |
| 5 | and state whom they represent. | 10:01:52 |
| 6 | MR. FORD:  Good morning, this is Darren | 10:01:57 |
| 7 | Ford.  I'm sorry, go ahead, Natalie. | 10:01:58 |
| 8 | MS. SPEARS:  Go ahead, Darren. | 10:02:02 |
| 9 | MR. FORD:  Oh, this is Darren Ford | 10:02:04 |
| 10 | representing New York Times Company and | 10:02:05 |
| 11 | NCBUniversal Media LLC. | 10:02:08 |
| 12 | MR. HUBER:  Will Huber for the | 10:02:12 |
| 13 | plaintiff, Nicholas Sandmann. | 10:02:14 |
| 14 | MR. SHOOK:  Good morning, this is Kevin | 10:02:16 |
| 15 | Shook.  I'm with Frost Brown Todd, LLC. | 10:02:19 |
| 16 | With me today Ryan Goellner also with | 10:02:22 |
| 17 | Frost Brown Todd LLC.  We represent Rolling Stone. | 10:02:23 |
| 18 | MS. KRISHNAN:  Good morning.  Meenakshi | 10:02:29 |
| 19 | Krishnan representing ABC. | 10:02:31 |
| 20 | MR. ABATE:  Michael Abate with Kaplan, | 10:02:36 |
| 21 | Johnson Abate and Bird, co-counsel for Gannett Co. | 10:02:38 |
| 22 | Inc. and Gannett Satellite Information Network on | 10:02:40 |
| 23 | behalf of USA Today. | 10:02:44 |
| 24 | This is Michael Grygiel, Greenberg | 10:02:46 |
| 25 | Traurig.  Co-counsel with Mr. Abate for the | 10:02:47 |

| | | |
|---|---|---|
| 1 | Gannett Company and Gannett Satellite Information | 10:02:47 |
| 2 | Network as the publisher of USA Today. | 10:02:47 |
| 3 | MR. SIEGEL:  And Nathan Siegel also | 10:02:56 |
| 4 | representing ABC. | 10:02:56 |
| 5 | MR. McMURTRY:  Todd McMurtry, here for | 10:02:59 |
| 6 | the plaintiff, Nicholas Sandmann. | 10:02:59 |
| 7 | MS. SPEARS:  And good morning, | 10:02:59 |
| 8 | everybody.  This is Nathalie Spears.  I am here | 10:02:59 |
| 9 | with my colleague Jessie Meek, representing the | 10:02:59 |
| 10 | CBS defendants. | 10:02:59 |
| 11 | THE VIDEOGRAPHER:  The Court Reporter | 10:03:19 |
| 12 | is Lisa Barrett.  Would the Reporter please swear | 10:03:20 |
| 13 | in the witness. | 10:03:22 |
| 14 | (Oath Stipulation read by Court Reporter) | 10:03:22 |
| 15 | CRAIGE ROBERTS Ph.D, having been duly | 10:03:22 |
| 16 | sworn testified as follows: | 10:03:22 |
| 17 | BY MS. SPEARS: | 10:04:37 |
| 18 | Q    Can you please state your name for the | 10:04:38 |
| 19 | record. | 10:04:39 |
| 20 | A    Craige Roberts. | 10:04:41 |
| 21 | Q    And that is spelled C-R-A -- | 10:04:42 |
| 22 | A    C-R-A-I-G-E. | 10:04:46 |
| 23 | Q    Okay.  I wasn't sure if that was going | 10:04:48 |
| 24 | to be pronounced "Craige" or "Craig," but it's | 10:04:50 |
| 25 | "Craig". | 10:04:55 |

| | | |
|---|---|---|
| 1 | A    Correct. | 10:04:55 |
| 2 | Q    Is that a family name? | 10:04:55 |
| 3 | A    Great grandmother. | 10:04:57 |
| 4 | Q    Great grandmother.  Okay.  Have you | 10:04:59 |
| 5 | been deposed before? | 10:04:59 |
| 6 | A    I have. | 10:04:59 |
| 7 | Q    Okay and so you understand the rules, | 10:05:13 |
| 8 | they're a little bit different here as you've -- | 10:05:13 |
| 9 | -- (overspeaking) -- | 10:05:13 |
| 10 | A    Yeah.  They're a little different. | 10:05:13 |
| 11 | That's fine. | 10:05:13 |
| 12 | (Court reporter interjection re overspeaking.) | 10:05:13 |
| 13 | BY MS. SPEARS: | 10:05:14 |
| 14 | Q    Thank you.  That's one of the rules, so | 10:05:14 |
| 15 | thank you for stating that. | 10:05:15 |
| 16 | If you need a break at any time please | 10:05:16 |
| 17 | let me know.  If you don't understand one of my | 10:05:18 |
| 18 | questions, please let me know, otherwise the | 10:05:20 |
| 19 | record will assume and I will assume that you have | 10:05:22 |
| 20 | understood. | 10:05:25 |
| 21 | -- (overspeaking) -- | 10:05:25 |
| 22 | A    Understood. | 10:05:26 |
| 23 | Q    And nods of the head also don't work in | 10:05:28 |
| 24 | depositions, so you have to say "yes" or "no." | 10:05:30 |
| 25 | A    I'm trying just not to overlap what | 10:05:31 |

1    you're saying.  Okay.  That's fine.  I understand.          10:05:33

2         Q    Great.  All right.  Where do you live          10:05:36

3    currently?          10:05:38

4         A    I live here in New York City.  Do you          10:05:39

5    want the address?          10:05:42

6         Q    Sure.          10:05:43

7         A    501 West 123rd Street, Apartment 20F,          10:05:44

8    New York, 10027.          10:05:45

9         Q    And how long have you lived here?          10:05:49

10        A    I've lived in the city for five years,          10:05:50

11   but at that address for three.          10:05:52

12        Q    And by way of background, where were          10:05:55

13   you born?          10:05:58

14        A    Terre Haute, Indiana.          10:05:58

15        Q    And did you grow up there?          10:06:19

16        (Court reporter interjection re audio)          10:06:19

17        A    Is that better?  Hello. I didn't hear          10:06:19

18   what she said.          10:06:19

19   BY MS. SPEARS:          10:06:23

20        Q    Is she close enough because I do want          10:06:30

21   to make sure that we're good to go here and we          10:06:32

22   don't have continuing issues.  So don't be shy on          10:06:35

23   the court reporting side.  Does that sound better?          10:06:40

24        (Court reporter clarification.)          10:06:42

25        A    I'll tell you again.  I was born in          10:06:48

| | | |
|---|---|---|
| 1 | Terre Haute, Indiana.  Can you hear me now? | 10:06:50 |
| 2 | COURT REPORTER:  Yes. | 10:06:57 |
| 3 | BY MS. SPEARS: | 10:06:57 |
| 4 | Q    Okay, great.  And that's where you grew | 10:06:58 |
| 5 | up? | 10:07:01 |
| 6 | A    I did. | 10:07:02 |
| 7 | Q    And where's Terre Haute in Indiana? | 10:07:04 |
| 8 | A    Terre Haute is on the western border of | 10:07:04 |
| 9 | Indiana with Illinois, about 200 miles due south | 10:07:04 |
| 10 | of Chicago. | 10:07:07 |
| 11 | Q    And did you go to high school in Terre | 10:07:08 |
| 12 | Haute? | 10:07:10 |
| 13 | A    I did.  Wiley High School. | 10:07:13 |
| 14 | Q    What high school is that? | 10:07:13 |
| 15 | A    Wiley.  No longer exists.  My great | 10:07:13 |
| 16 | grandfather went there so... | 10:07:17 |
| 17 | Q    Was it a public high school? | 10:07:19 |
| 18 | A    Yes. | 10:07:21 |
| 19 | Q    You went to University in Indiana, as | 10:07:21 |
| 20 | well? | 10:07:25 |
| 21 | A    I did. | 10:07:25 |
| 22 | Q    And where did you study? | 10:07:26 |
| 23 | A    Indiana University as part of the | 10:07:27 |
| 24 | undergraduate. | 10:07:29 |
| 25 | Q    And what was your undergraduate degree? | 10:07:30 |

| | | |
|---|---|---|
| 1 | A    My degree was in theater. | 10:07:32 |
| 2 | Q    And when did you graduate? | 10:07:34 |
| 3 | A    I graduated in 1978, my undergraduate. | 10:07:37 |
| 4 | Q    Did you attend graduate school? | 10:07:45 |
| 5 | A    Yes, I did. | 10:07:47 |
| 6 | Q    Where? | 10:07:48 |
| 7 | A    I studied for another year at Indiana | 10:07:48 |
| 8 | University.  Then I went to the University of | 10:07:52 |
| 9 | Massachusetts in Amherst for my Ph D. | 10:07:54 |
| 10 | Q    And when you studied another year at | 10:07:57 |
| 11 | Indiana University, what did you study? | 10:07:59 |
| 12 | A    I was studied linguistics at that time. | 10:08:01 |
| 13 | Q    Okay, and that was part of graduate | 10:08:04 |
| 14 | training? | 10:08:06 |
| 15 | A    Yes.  That was working towards a | 10:08:06 |
| 16 | Master's degree, but the Master's really didn't | 10:08:08 |
| 17 | matter for my graduate education, so much as the | 10:08:11 |
| 18 | classwork that I took there. | 10:08:16 |
| 19 | So, when I was admitted to University | 10:08:17 |
| 20 | of Massachusetts of Amherst, I went there the | 10:08:20 |
| 21 | following year and didn't complete the Master's. | 10:08:23 |
| 22 | Q    So the year that you did in 1979 to | 10:08:29 |
| 23 | '80 at Indiana State, that was part of your | 10:08:31 |
| 24 | training in linguistics? | 10:08:36 |
| 25 | A    Yes, at the time while I was taking | 10:08:37 |

| | | |
|---|---|---|
| 1 | coursework there I also had studied lexicography, | 10:08:39 |
| 2 | dictionary making and I worked as a research | 10:08:46 |
| 3 | assistant on the dictionary of Haitian Creole, | 10:08:49 |
| 4 | French and English under Professor Arthur | 10:08:49 |
| 5 | (inaudible). | 10:08:53 |
| 6 | Q    And what is lexicography? | 10:08:54 |
| 7 | A    Lexicography is the study of how to | 10:08:57 |
| 8 | make dictionaries. | 10:08:59 |
| 9 | Q    And how did you get interested in | 10:09:01 |
| 10 | lexicography? | 10:09:03 |
| 11 | A    Well, that's a long story.  But I had | 10:09:05 |
| 12 | been living in New York prior to -- I took some | 10:09:07 |
| 13 | time off.  After my junior year of college, I came | 10:09:10 |
| 14 | here and lived. | 10:09:14 |
| 15 | I thought I might be interested in the | 10:09:15 |
| 16 | arts, but instead I got interested in linguistics | 10:09:17 |
| 17 | and met someone who was a very famous collector | 10:09:19 |
| 18 | and seller of dictionaries and got very interested | 10:09:27 |
| 19 | in that work and she told me, you know, there's a | 10:09:31 |
| 20 | place where people pay to do that instead of being | 10:09:33 |
| 21 | an expensive hobby, so I went to graduate school. | 10:09:36 |
| 22 | Q    And what interested you about | 10:09:43 |
| 23 | lexicography? | 10:09:45 |
| 24 | A    I'd always been interested in meaning | 10:09:46 |
| 25 | and I realized that there was a way to study | 10:09:50 |

| | | |
|---|---|---|
| 1 | meaning in a more systematic way that touched on | 10:09:53 |
| 2 | deeper issues about -- philosophical issues about | 10:09:55 |
| 3 | meaning in a way that could be conveyed. | 10:09:59 |
| 4 | Q    Then you went to University of | 10:10:07 |
| 5 | Massachusetts at Amherst? | 10:10:09 |
| 6 | A    Yes. | 10:10:11 |
| 7 | Q    And you studied linguistics there? | 10:10:12 |
| 8 | A    Yes.  At the time U Mass Amherst -- | 10:10:14 |
| 9 | well still it's one of the top universities in the | 10:10:18 |
| 10 | world to study in my area.  Not just linguistics | 10:10:21 |
| 11 | but linguistic semantics, the study of meaning. | 10:10:23 |
| 12 | And at the time my advisor there Barbara H Partee | 10:10:24 |
| 13 | was and still is one of the top people in the | 10:10:30 |
| 14 | field, so I wanted to work with her. | 10:10:33 |
| 15 | Q    Let's back up there a little bit.  Tell | 10:10:35 |
| 16 | me what is linguistics. | 10:10:36 |
| 17 | A    Linguistics is a scientific study of | 10:10:39 |
| 18 | language.  It's a very large field, not in terms | 10:10:41 |
| 19 | of number of people in it, but in terms of the | 10:10:44 |
| 20 | range of issues that people study.  Everything | 10:10:46 |
| 21 | from the history of languages, from the grammars | 10:10:48 |
| 22 | of particular languages.  But in modern | 10:10:53 |
| 23 | linguistics we are more interested in how people | 10:10:57 |
| 24 | learn and convey linguistic meaning to each other. | 10:11:03 |
| 25 | That's a complicated subject and I | 10:11:10 |

1   wanted to study not just sound patterns or syntax          10:11:14

2   or grammar but meaning.  How we convey meaning.            10:11:18

3        Q    What types of questions do linguists            10:11:22

4   have special expertise to answer?                          10:11:27

5                -- (overspeaking) --                          10:11:30

6        A    Well, it depends on the linguist.  I             10:11:30

7   wouldn't be here -- I purport to have no special           10:11:33

8   knowledge about historical grammar, how language           10:11:36

9   has changed or the relationships between different         10:11:38

10  languages historically.  That's not my expertise.         10:11:41

11  But in my particular case we -- I am able to bring         10:11:43

12  evidence to bear about the plain meaning of                10:11:50

13  expressions of a variety of languages but English         10:11:54

14  in particular.                                             10:12:00

15       Q    Does the type of linguistic study you          10:12:00

16  consider yourself an expert in, have a name?               10:12:04

17       A    Semantics.  Formal semantics.                   10:12:10

18       Q    What is semantics?                               10:12:11

19       A    Semantics is the study of meaning in            10:12:13

20  linguistics.                                               10:12:16

21       Q    How is semantics different from                 10:12:16

22  linguistics?                                               10:12:20

23       A    It's a subfield of linguistics.  As I           10:12:21

24  said, linguistics is complex.  There's historical         10:12:24

25  linguistics, cycle linguistics, phonology.  The           10:12:27

| | | |
|---|---|---|
| 1 | study of the sound patterns.  Semantics is the | 10:12:29 |
| 2 | study of meaning.  I can tell you more about the | 10:12:31 |
| 3 | study, if you are interested. | 10:12:34 |
| 4 |     Q    So, when you were you refer to yourself | 10:12:37 |
| 5 | as a linguist, do you refer to yourself as a | 10:12:39 |
| 6 | semantics linguist? | 10:12:43 |
| 7 |     A    No, if you are saying you are a | 10:12:45 |
| 8 | physicist, then you can study particle physics or | 10:12:47 |
| 9 | nuclear physics or, you know, a variety of other | 10:12:53 |
| 10 | subfields in which your expertise would primarily | 10:12:56 |
| 11 | lie and mine is semantics within the -- I'm a | 10:12:59 |
| 12 | linguist who studies semantics so you can say I'm | 10:13:03 |
| 13 | a semanticist or a formal semanticist. | 10:13:05 |
| 14 |     Q    Okay, and what kinds of data or | 10:13:11 |
| 15 | information do linguists who specialize in | 10:13:11 |
| 16 | semantics rely upon when you undertake an | 10:13:16 |
| 17 | analysis? | 10:13:19 |
| 18 |     A    Well, we are scientists so we have | 10:13:20 |
| 19 | certain empirical methodologies that we use to | 10:13:22 |
| 20 | study the ways in which we convey meaning. | 10:13:27 |
| 21 |         So that, itself, is (phone sounds.) | 10:13:30 |
| 22 |     Q    Sorry.  The telephone just went off in | 10:13:38 |
| 23 | the room, but you can pick up where you left off. | 10:13:39 |
| 24 |     A    Yeah.  So, for example, you might say | 10:13:42 |
| 25 | that the meaning of a sentence that I utter is a | 10:13:45 |

1    function of several factors.                          10:13:49

2              Primarily the meanings of the words          10:13:51

3    that I utter, but also the syntactic structure.       10:13:53

4    As I said in my report, John loves Mary means         10:13:57

5    something very different than Mary loves John, so     10:14:01

6    you have to know that John's the subject of one,      10:14:03

7    the object of the other, etcetera, so you have to     10:14:06

8    know the meanings of the words.                       10:14:07

9              The syntactic structure in which they       10:14:10

10   obtain in that utterance and the way in which         10:14:13

11   syntax puts the meanings of words together to         10:14:16

12   compose more complex meanings.  And then in           10:14:20

13   addition you have to look at various contextual       10:14:23

14   factors.  In particular, if there's a pronoun or      10:14:26

15   ellipsis in the sentence, we study the ways in        10:14:30

16   which people rely and really treat the meaning of     10:14:34

17   "he."  We say "He looks hungry," that means           10:14:37

18   something very different if I've been talking         10:14:39

19   about John versus a male alligator.  Right.  It       10:14:40

20   depends on the question under discussion and the      10:14:45

21   context of utterance and --                           10:14:47

22        Q    So, let me stop you there for a second.     10:14:49

23   So my question there was:  What kind of data or       10:14:51

24   information do you rely on?  You mention the          10:14:54

25   meaning of words, syntactic structure.               10:14:56

| | | |
|---|---|---|
| 1 | -- (overspeaking) -- | 10:14:59 |
| 2 | What type of data? | 10:15:00 |
| 3 | -- (inaudible) -- | 10:15:00 |
| 4 | A    What data do we work on? | 10:15:01 |
| 5 | Q    Yes. | 10:15:03 |
| 6 | A    In the case of lexicography, this I | 10:15:03 |
| 7 | studied -- it's an old study, I studied this with | 10:15:07 |
| 8 | Professor Edward Gates, who was a lexicographer | 10:15:10 |
| 9 | that worked for Merriam-Webster Company in | 10:15:14 |
| 10 | Springfield, Massachusetts.  And classical | 10:15:17 |
| 11 | lexicographic procedure consists in finding usages | 10:15:21 |
| 12 | of the term that you are studying in, collecting | 10:15:25 |
| 13 | those from a wide variety of sources, literature, | 10:15:27 |
| 14 | newspaper reporting, essays. | 10:15:32 |
| 15 | Today we use radio programs, television | 10:15:35 |
| 16 | programs and the web, of course, to collect all | 10:15:37 |
| 17 | these usages. | 10:15:42 |
| 18 | They used to have shoeboxes full of | 10:15:43 |
| 19 | them.  Huge rooms full of shoeboxes of collections | 10:15:45 |
| 20 | of usages.  These are ordinary usages by people | 10:15:46 |
| 21 | who are native speakers of the language under | 10:15:52 |
| 22 | study and then the lexicographer attempts to | 10:15:54 |
| 23 | organize these into different possible sentences, | 10:15:59 |
| 24 | looking at context and evidence interpretation in | 10:16:02 |
| 25 | those passages in which they occur. | 10:16:05 |

| | |
|---|---|
| 1 | And then they develop sensors or | 10:16:07 |
| 2 | dictionary definitions, some people call them. | 10:16:12 |
| 3 | Now a dictionary definition then is a reflection | 10:16:14 |
| 4 | of one of the meanings that ordinary people take | 10:16:17 |
| 5 | the given term to have. | 10:16:22 |
| 6 | Q    Okay, so what you just described | 10:16:25 |
| 7 | essentially as what lexicographers do, putting | 10:16:27 |
| 8 | together dictionaries, correct? | 10:16:31 |
| 9 | A    I talked to you about the data that | 10:16:32 |
| 10 | they use. | 10:16:33 |
| 11 | Q    Yeah, they use data to put together | 10:16:33 |
| 12 | dictionaries. | 10:16:35 |
| 13 | A    Right. | 10:16:36 |
| 14 | Q    So dictionaries are one form of | 10:16:37 |
| 15 | data that -- | 10:16:39 |
| 16 | A    One form. | 10:16:39 |
| 17 | Q    -- linguists use. | 10:16:40 |
| 18 | A    Right. | 10:16:43 |
| 19 | Q    What other data or is dictionary the | 10:16:43 |
| 20 | main data? | 10:16:44 |
| 21 | A    Well, no.  I mean, as I said there are | 10:16:45 |
| 22 | three prongs at least, major parts of the meaning | 10:16:47 |
| 23 | of a sentence I might utter. | 10:16:49 |
| 24 | -- (overspeaking) -- | 10:16:52 |
| 25 | Q    Okay, so what other data? | 10:16:52 |

| | | |
|---|---|---|
| 1 | A     So, the second prong is the syntactic | 10:16:54 |
| 2 | structure and linguists have been studying syntax | 10:16:59 |
| 3 | for centuries.  But in particular, since the | 10:17:02 |
| 4 | advent of generative grammar in the 1950s, | 10:17:05 |
| 5 | enormous progress has been made to study the many | 10:17:09 |
| 6 | and sometimes very complex and tactic structures | 10:17:12 |
| 7 | of a language, and the evidence that people draw | 10:17:15 |
| 8 | on again are texts and usages that are found in | 10:17:18 |
| 9 | the plain language of the speakers of the | 10:17:22 |
| 10 | language.  In other words -- | 10:17:25 |
| 11 |        -- (overspeaking) -- | 10:17:27 |
| 12 | Q     Which you would find in dictionaries. | 10:17:27 |
| 13 | A     No, dictionaries do not record | 10:17:30 |
| 14 | syntactic structure.  You would go to -- I mean | 10:17:32 |
| 15 | the grammarians, the syntacticians in this case, | 10:17:36 |
| 16 | draw on actual usage.  They find the uses that | 10:17:40 |
| 17 | people make that are -- that other people who are | 10:17:44 |
| 18 | native speakers say, now that's sensible, that | 10:17:48 |
| 19 | sounds like English.  So now you'll find people -- | 10:17:51 |
| 20 | this is more recent because of the advent of | 10:17:55 |
| 21 | crowd-sourcing on the web, they use tools like | 10:17:59 |
| 22 | Mechanical Turk.  It's a very commonly used one to | 10:18:03 |
| 23 | do linguistic research on the web and get native | 10:18:07 |
| 24 | speakers to give judgments about whether they | 10:18:12 |
| 25 | think a particular structure of a certain word and | 10:18:15 |

| | | |
|---|---|---|
| 1 | the syntactic structure sounds like English.  Does | 10:18:17 |
| 2 | it sound fine or not and, if so, what does it | 10:18:20 |
| 3 | mean? | 10:18:22 |
| 4 | So, now we use -- we can use | 10:18:23 |
| 5 | crowd-sourcing, but that's a relatively recent | 10:18:26 |
| 6 | tool.  Just like lexicographers, syntacticians | 10:18:29 |
| 7 | have been studying the actual usages that you find | 10:18:33 |
| 8 | in both spoken and written English by native | 10:18:36 |
| 9 | speakers and studying what the native speakers | 10:18:42 |
| 10 | take them to mean and what the structures are | 10:18:42 |
| 11 | listed in English.  So it's listed in English to | 10:18:44 |
| 12 | say John has an apple, but now John has apple of | 10:18:46 |
| 13 | ... meaning -- | 10:18:53 |
| 14 | --(overspeaking) -- | 10:18:54 |
| 15 | Q    Okay, so dictionary's syntactic | 10:18:55 |
| 16 | structure -- | 10:18:56 |
| 17 | A    Syntax -- | 10:18:57 |
| 18 | -- (overspeaking) -- | 10:18:58 |
| 19 | Q    -- is the second thing -- | 10:18:58 |
| 20 | -- (overspeaking) -- | 10:18:59 |
| 21 | A    -- semantics -- | 10:18:59 |
| 22 | Q    And what is -- yeah.  You have to wait | 10:19:00 |
| 23 | until I'm done. | 10:19:03 |
| 24 | Thank you, Mr. McMurtry. | 10:19:04 |
| 25 | So, in considering data that linguists | 10:19:06 |

| | | |
|---|---|---|
| 1 | would use we talked about number one, | 10:19:08 |
| 2 | dictionaries, two syntactic structures and | 10:19:12 |
| 3 | resources that talk about syntactic structure. | 10:19:15 |
| 4 | Anything else? | 10:19:17 |
| 5 | A    So I was not quite finished with the | 10:19:18 |
| 6 | syntax.  The results of all this study is -- are | 10:19:20 |
| 7 | recorded in grammars by sophisticated linguistic | 10:19:21 |
| 8 | syntacticians.  And they're excellent grammars of | 10:19:27 |
| 9 | English starting -- well, actually starting in the | 10:19:32 |
| 10 | early -- late 19 -- early 20th century, but | 10:19:33 |
| 11 | certainly starting in the 1950s.  And these are -- | 10:19:36 |
| 12 | these are books that gather that information, | 10:19:40 |
| 13 | compile it and talk about underlying relationships | 10:19:45 |
| 14 | between these different syntactic structures.  And | 10:19:47 |
| 15 | that's what a generative grammar is.  A generative | 10:19:51 |
| 16 | grammar is a set of recursive rules that aims to | 10:19:54 |
| 17 | generate all and only the grammatical licit (?) | 10:19:58 |
| 18 | sentences of the language, so you find that in | 10:20:02 |
| 19 | grammar. | 10:20:04 |
| 20 |         That's not the sort of thing that most | 10:20:05 |
| 21 | ordinary people read, but it's used by people, for | 10:20:06 |
| 22 | example, who are making natural language | 10:20:09 |
| 23 | understanding tools for computers, for human | 10:20:11 |
| 24 | computer interface.  So that's the second kind of | 10:20:16 |
| 25 | tool and the second kind of data that I can draw | 10:20:19 |

| | | |
|---|---|---|
| 1 | on. | 10:20:21 |
| 2 | The third kind are semantic judgments. | 10:20:21 |
| 3 | So, as I said, when you use Mechanical Turk, you | 10:20:23 |
| 4 | might be exploring what sounds like elicit, | 10:20:29 |
| 5 | meaning grammatical sentence of the language you | 10:20:34 |
| 6 | are studying, say English here, but you might also | 10:20:36 |
| 7 | ask, what does this mean and by exploring the | 10:20:39 |
| 8 | meanings of sentence in this way and what the | 10:20:42 |
| 9 | entailments are, people like me make judgments | 10:20:45 |
| 10 | about the ways in which the meanings of the words | 10:20:48 |
| 11 | interact with the syntactic structure to compose a | 10:20:53 |
| 12 | more complex meaning to the meaning of the | 10:20:58 |
| 13 | sentence. | 10:21:02 |
| 14 | Q    Anything else or that's the primary? | 10:21:03 |
| 15 | A    No, besides that we study the ways that | 10:21:04 |
| 16 | context influences interpretation so one of the | 10:21:06 |
| 17 | things I'm most well known for is my work on the | 10:21:09 |
| 18 | question under discussion. | 10:21:13 |
| 19 | If you Google "question under | 10:21:14 |
| 20 | discussion" Craige Roberts will come up.  So I | 10:21:15 |
| 21 | study the ways in which we encode the kinds of | 10:21:19 |
| 22 | factors in context, this utterance -- the context | 10:21:25 |
| 23 | that we have in this discourse, the kinds of | 10:21:32 |
| 24 | factors that come to bear on resolving | 10:21:35 |
| 25 | context-sensitive expressions in an utterance. | 10:21:38 |

1    And context-sensitive expressions, as I          10:21:41
2  said, include things like pronouns and ellipses,   10:21:43
3  etcetera.                                           10:21:46
4    Q    Thank you.  Anything else in terms of       10:21:48
5  data or those are the main things?                 10:21:50
6    A    That's the data for evidence about the      10:21:51
7  way that meaning is composed as a function of the  10:21:53
8  parts in the context in -- yeah.                   10:21:57
9    Q    So, the -- just getting back to my          10:21:58
10 initial question, the kinds of data that linguists 10:22:00
11 rely on when they undertake an analysis, those are 10:22:06
12 the types that we just talked about.  Those are    10:22:10
13 the kinds of data, correct?                        10:22:11
14   A    The primary kinds of data, yes.             10:22:12
15   Q    Okay.  And as a linguist when you           10:22:16
16 write -- you've written a lot, I take it.          10:22:18
17   A    I have.                                      10:22:21
18   Q    I've looked at your CV, correct?            10:22:21
19   A    Yes.                                         10:22:23
20   Q    And when you write, you're careful          10:22:23
21 about words you use and the meanings they have .   10:22:25
22        -- (overspeaking) --                        10:22:28
23   A    I am --                                      10:22:28
24   Q    -- as a linguist; right?                    10:22:28
25   A    Yes.                                         10:22:30

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Let her finish her | 10:22:31 |
| 2 | question first. | 10:22:31 |
| 3 | THE WITNESS:  I'm sorry. | 10:22:31 |
| 4 | MR. McMURTRY:  Yeah, it's -- | 10:22:31 |
| 5 | -- (overspeaking) -- | 10:22:31 |
| 6 | THE WITNESS:  I don't intend to foul | 10:22:31 |
| 7 | up.  Sorry. | 10:22:31 |
| 8 | BY MS. SPEARS: | 10:22:31 |
| 9 | Q    Thank you.  So, you also talk about, in | 10:22:40 |
| 10 | your report, pragmatics.  What is -- that you | 10:22:48 |
| 11 | specialize in pragmatics as well, correct? | 10:22:52 |
| 12 | A    Yes. | 10:22:54 |
| 13 | Q    What is pragmatics? | 10:22:55 |
| 14 | A    Pragmatics is the study of the way in | 10:22:58 |
| 15 | which context influences interpretation. | 10:23:00 |
| 16 | Q    And what is -- when you use it in that | 10:23:03 |
| 17 | way, what is context? | 10:23:08 |
| 18 | A    Context, it could be -- it depends on | 10:23:12 |
| 19 | the theory that you look at, the way in which it's | 10:23:15 |
| 20 | defined, actually.  This is a technical debate | 10:23:18 |
| 21 | within the field.  I have a theory of context. | 10:23:21 |
| 22 | Loosely and formally, you could say that the | 10:23:26 |
| 23 | context is the information that interlocutors | 10:23:28 |
| 24 | share in the course of a discourse and hence | 10:23:33 |
| 25 | information that might potentially be drawn upon | 10:23:35 |

| | | |
|---|---|---|
| 1 | to help resolve context sensitive aspects of the | 10:23:37 |
| 2 | meaning of them. | 10:23:41 |
| 3 |     Q   When you say "interlocutors," what do | 10:23:43 |
| 4 | you mean by that? | 10:23:44 |
| 5 |     A   Interlocutors in a discourse are people | 10:23:46 |
| 6 | that are speaking with each other. | 10:23:48 |
| 7 |     Q   And why is context important to | 10:23:50 |
| 8 | linguists? | 10:23:53 |
| 9 |     A   As I said, there are many | 10:23:55 |
| 10 | context-sensitive expressions in a language and | 10:23:56 |
| 11 | also other ways in which context comes to bear. | 10:24:00 |
| 12 |     Would you like me to give an example | 10:24:02 |
| 13 | besides pronouns and ellipses? | 10:24:04 |
| 14 |     Q   Sure. | 10:24:08 |
| 15 |     A   Yeah.  So if I say to you, John only | 10:24:08 |
| 16 | introduced Sue to Bill, that could be true in a | 10:24:13 |
| 17 | context in which it would be false that John only | 10:24:16 |
| 18 | introduced Sue to Bill. | 10:24:20 |
| 19 |     I'll say the two utterances again. | 10:24:24 |
| 20 | John only introduced Sue to Bill, versus John only | 10:24:26 |
| 21 | introduced Sue to Bill. | 10:24:31 |
| 22 |     So suppose that there's several people | 10:24:33 |
| 23 | at a party and John introduced several different | 10:24:35 |
| 24 | people to Bill.  Then -- but the only person that | 10:24:39 |
| 25 | Sue met was Bill.  One of those will be true. | 10:24:46 |

| | | |
|---|---|---|
| 1 | John only introduced Sue to Bill but the other one | 10:24:52 |
| 2 | was false. | 10:24:57 |
| 3 | John only introduced Sue to Bill | 10:24:57 |
| 4 | because Bill met several people.  So all I did | 10:25:00 |
| 5 | there was I put emphasis on one of the different | 10:25:04 |
| 6 | objects, Sue versus Bill. | 10:25:08 |
| 7 | Q    So in that example you gave, that is an | 10:25:10 |
| 8 | example of how context -- | 10:25:12 |
| 9 | -- (overspeaking) -- | 10:25:15 |
| 10 | A    And -- | 10:25:17 |
| 11 | -- (overspeaking) -- | 10:25:17 |
| 12 | Q    Hold on.  I have to finish the | 10:25:17 |
| 13 | question.  So that's an example of the way in | 10:25:19 |
| 14 | which context can impact meaning when it's spoken | 10:25:22 |
| 15 | by somebody by virtue of how they emphasize a | 10:25:25 |
| 16 | certain word, correct? | 10:25:28 |
| 17 | A    No. | 10:25:29 |
| 18 | Q    No. | 10:25:30 |
| 19 | A    You misunderstood, but you didn't let | 10:25:30 |
| 20 | me finish. | 10:25:32 |
| 21 | Q    Okay. | 10:25:33 |
| 22 | A    So what I did was give you the | 10:25:33 |
| 23 | utterances but my point was that the emphasis on | 10:25:35 |
| 24 | the accent on "Bill" versus "Sue" is said in the | 10:25:40 |
| 25 | theory, actually, the theory based on my work to | 10:25:45 |

1   be a reflection of which alternatives are under          10:25:48

2   consideration and that reflects the question under       10:25:51

3   discussion.                                              10:25:53

4          So, if I put it -- so that is a                   10:25:54

5   contextual factor.  So if the question is: Who did       10:25:57

6   Bill introduce to Sue?  Who did Bill introduce to        10:26:02

7   Sue?  John only introduced -- I'm sorry, who did         10:26:06

8   John -- my names confused.                               10:26:11

9          Who did John introduce to Sue?  By                10:26:13

10  saying:  John only introduced Bill to Sue, that's        10:26:16

11  an appropriate answer to that question.                  10:26:19

12         Notice if I say:  Who did John                    10:26:21

13  introduce to Bill?  And I say John only introduced       10:26:23

14  Sue to Bill, that would be an odd answer to that         10:26:29

15  question.  So there's a correlation between which        10:26:32

16  words I put the emphasis on among the objects and        10:26:36

17  the question under discussion.  And that's one way       10:26:40

18  that you can see that which question's under             10:26:42

19  discussion and that is a contextual factor.              10:26:45

20         It has a bearing both on the felicity             10:26:47

21  of the accent placement and which of the                 10:26:50

22  utterances is appropriate, answers that question         10:26:54

23  and hence which is true.  Which is false.                10:26:55

24      Q    So, I may be a little confused now.             10:27:00

25             -- (overspeaking) --                          10:27:02

| | | |
|---|---|---|
| 1 | A    That's a complex question. | 10:27:03 |
| 2 | -- (overspeaking) -- | 10:27:04 |
| 3 | Q    But let me ask you -- that's a complex | 10:27:04 |
| 4 | question whether -- | 10:27:07 |
| 5 | -- (overspeaking) -- | 10:27:07 |
| 6 | A    No, let me -- | 10:27:08 |
| 7 | Q    Whether Bill -- | 10:27:09 |
| 8 | A    No  -- (overspeaking) -- | 10:27:09 |
| 9 | Q    -- only introduced John to Sue, is it? | 10:27:09 |
| 10 | A    Oh, it's difficult to explain, but | 10:27:12 |
| 11 | native speakers have no problems with it at all. | 10:27:14 |
| 12 | That's the interesting thing. | 10:27:18 |
| 13 | Q    An average person can understand that | 10:27:19 |
| 14 | type of -- | 10:27:21 |
| 15 | -- (overspeaking) -- | 10:27:21 |
| 16 | A    Oh, yeah, yeah -- | 10:27:22 |
| 17 | -- (overspeaking) -- | 10:27:22 |
| 18 | Q    -- sentence structure. | 10:27:22 |
| 19 | A    -- not explanation.  They understand | 10:27:22 |
| 20 | the English. | 10:27:24 |
| 21 | Q    Right. | 10:27:26 |
| 22 | A    And the difference is which English | 10:27:26 |
| 23 | utterance is felicitous and what the two | 10:27:28 |
| 24 | in-utterances mean. | 10:27:30 |
| 25 | Q    And so I mean, boiling that down what | 10:27:32 |

| | | |
|---|---|---|
| 1 | you are essentially saying is that context can | 10:27:35 |
| 2 | impact the way in which a word is used in the | 10:27:37 |
| 3 | sentence or the way in which an accent on a | 10:27:41 |
| 4 | certain word is used in a sentence, correct? | 10:27:45 |
| 5 | A    That would be reduction beyond -- no, | 10:27:48 |
| 6 | that's not what I'm -- so -- | 10:27:51 |
| 7 | Q    Okay. | 10:27:53 |
| 8 | A    What I mean is -- may I? | 10:27:54 |
| 9 | Q    Sure. | 10:27:55 |
| 10 | A    Let me try again.  I meant that given | 10:27:56 |
| 11 | the whole utterance, and I'm going to say it now | 10:27:59 |
| 12 | without accent:  John only introduced Sue to Bill. | 10:28:01 |
| 13 | Okay?  That's the utterance. | 10:28:07 |
| 14 | How you can understand that, one way I | 10:28:09 |
| 15 | could say it which reflects one kind of question | 10:28:11 |
| 16 | under discussion, could be true and it's not a | 10:28:15 |
| 17 | function of the words.  The same words are in both | 10:28:18 |
| 18 | the sentences, whether I put accent on Bill or | 10:28:21 |
| 19 | Sue.  So it's not the words.  The accent reflects | 10:28:24 |
| 20 | the context and the context tells you what we call | 10:28:27 |
| 21 | the truth conditions, when it's true and when it's | 10:28:32 |
| 22 | false.  And one of those accents as a function of | 10:28:35 |
| 23 | the question under discussion that it reflects, | 10:28:39 |
| 24 | can yield something that's true while the other | 10:28:43 |
| 25 | accent could be false, given the same actual | 10:28:45 |

1    circumstances in which we assess it's true.          10:28:48

2         Q    Okay, and context can also be the          10:28:51

3    situation in which the statements are made,          10:28:56

4    correct?                                             10:28:58

5         A    Yes, in fact, that's what I said.          10:28:58

6         Q    External to the words themselves,          10:29:01

7    correct?                                             10:29:03

8         A    Yes, that's right, as long as we have     10:29:03

9    access to it as interlocutors, okay?  And that's    10:29:06

10   one reason why I said the information available to  10:29:10

11   the interlocutors.                                   10:29:12

12        So if the context of utterance is one          10:29:14

13   in which you have access to information that I      10:29:18

14   don't, that access that we don't -- that            10:29:20

15   information we don't share will not be part of      10:29:23

16   what I, as the person listening to you, take into   10:29:26

17   consideration in interpreting what you've said.     10:29:31

18        It's only shared context that is              10:29:33

19   brought to bear on meaning in a licit way, in       10:29:36

20   interaction.                                         10:29:41

21        Q    Right.  Okay. So -- or I should say       10:29:45

22   "understood."                                        10:29:47

23        Let's go back to talking about your            10:29:48

24   employment history.                                  10:29:52

25        A    Yeah.                                      10:29:53

1      Q    So, I just want to wrap that up.  You        10:29:53

2  did a postdoctoral fellowship after your graduate     10:29:58

3  work, correct?                                         10:30:03

4      A    It's a post doctoral fellowship.  I was       10:30:04

5  for two years at the Center for the Study of          10:30:07

6  Language and Information at Stanford University,       10:30:10

7  which is one of the first institutions for            10:30:11

8  cognitive science.  The study -- the                  10:30:14

9  inter-disciplinary study of --                        10:30:16

10             -- (overspeaking) --                       10:30:20

11     A    -- language.                                  10:30:20

12     Q    Okay, then after that, what did you do?       10:30:20

13     A    I accepted a position at Ohio State          10:30:22

14 University in the linguistics department.              10:30:24

15     Q    And from what years to what years were       10:30:29

16 you at the Ohio State University?                      10:30:32

17     A    I went there in 1988 and I retired in        10:30:35

18 2016.                                                  10:30:37

19     Q    And you taught undergraduate and             10:30:38

20 graduate courses at Ohio State?                        10:30:42

21     A    I did.                                        10:30:45

22     Q    And on your resume it says you taught        10:30:46

23 undergraduate and graduate courses and seminars in     10:30:50

24 syntax, semantics and pragmatics.  What does           10:30:54

25 syntax mean?                                           10:31:00

| | | |
|---|---|---|
| 1 | A    I mentioned that before.  That's the | 10:31:01 |
| 2 | study of what, in a given language -- which ways | 10:31:03 |
| 3 | of putting words together is deemed grammatical | 10:31:06 |
| 4 | for that language. | 10:31:10 |
| 5 | Q    You are a visiting professor at the | 10:31:12 |
| 6 | University of Amsterdam and the University of | 10:31:14 |
| 7 | Michigan? | 10:31:16 |
| 8 | A    Yes. | 10:31:17 |
| 9 | Q    Correct.  In philosophy; is that | 10:31:18 |
| 10 | correct? | 10:31:21 |
| 11 | A    That's the department I was in at | 10:31:21 |
| 12 | Michigan. | 10:31:23 |
| 13 | Q    And did you teach philosophy? | 10:31:23 |
| 14 | A    I taught a seminar on philosophy of | 10:31:25 |
| 15 | language.  Philosophy of language. | 10:31:28 |
| 16 | Q    And how does philosophy relate to | 10:31:30 |
| 17 | linguistics? | 10:31:34 |
| 18 | A    Well, remember, I mentioned I was at a | 10:31:34 |
| 19 | cognitive science center as my post-doc at | 10:31:36 |
| 20 | Stanford.  And cogni-science brings together | 10:31:40 |
| 21 | several fields that have -- that study things | 10:31:44 |
| 22 | about human cognition generally but language in | 10:31:44 |
| 23 | particular.  And those fields are linguistics, of | 10:31:48 |
| 24 | course, but also philosophy because there are | 10:31:50 |
| 25 | people who have studied language in philosophy for | 10:31:52 |

| 1 | centuries and psychology and computer science | 10:31:56 |
| 2 | because of competition linguistics and sociology. | 10:32:01 |
| 3 | Sometimes anthropology. | 10:32:04 |
| 4 | So, in particular, the people who | 10:32:09 |
| 5 | study -- I said I was a formal semanticist and we | 10:32:11 |
| 6 | use logical tools to capture the ways that | 10:32:17 |
| 7 | different languages encode meaning.  This is very | 10:32:21 |
| 8 | useful as a way of capturing the meaning, | 10:32:26 |
| 9 | independent of a language in which you are doing | 10:32:30 |
| 10 | the analysis, okay?  And it's very helpful if | 10:32:32 |
| 11 | you're, for example, a computational linguist. | 10:32:36 |
| 12 | Q    Well, let me stop you there for a | 10:32:41 |
| 13 | second because I just want to -- at a high-level, | 10:32:44 |
| 14 | how does philosophy relate to linguistics? | 10:32:46 |
| 15 | A    I'm trying to explain to you. | 10:32:49 |
| 16 | Q    Okay. | 10:32:51 |
| 17 | A    Okay, so philosophers are interested in | 10:32:51 |
| 18 | a variety of things including thought and language | 10:32:54 |
| 19 | and the way that language reflects thought. | 10:32:56 |
| 20 | So for 200 years philosophers have | 10:32:58 |
| 21 | studied the way in which they think that language | 10:33:01 |
| 22 | relates to thought and as a consequence, they have | 10:33:04 |
| 23 | studied -- especially logicians are very | 10:33:07 |
| 24 | interested in expressions like the word "the" or | 10:33:11 |
| 25 | the word "every," etcetera.  So they have very | 10:33:14 |

| | | |
|---|---|---|
| 1 | detailed analyses of these words and they have had | 10:33:18 |
| 2 | a bearing on the analyses that linguistics -- | 10:33:21 |
| 3 | linguists take into consideration, so we interact | 10:33:26 |
| 4 | with people who have a common interest in | 10:33:30 |
| 5 | academia. | 10:33:31 |
| 6 | Q    You developed and taught a class called | 10:33:32 |
| 7 | "Language in the Law"? | 10:33:36 |
| 8 | A    Yes. | 10:33:37 |
| 9 | Q    In 2005 to 2016? | 10:33:37 |
| 10 | A    Yes. | 10:33:38 |
| 11 | Q    What was the focus of that course? | 10:33:42 |
| 12 | A    That was an advanced undergraduate | 10:33:44 |
| 13 | course for students who were interested in going | 10:33:44 |
| 14 | into the law, law enforcement related to fields. | 10:33:46 |
| 15 | It was a writing course so it was a | 10:33:50 |
| 16 | very demanding course for the students and it was | 10:33:52 |
| 17 | a course in which we tried to talk -- first of | 10:33:57 |
| 18 | all, give them some basic information about the | 10:33:59 |
| 19 | way that "we" is understood by native speakers and | 10:34:02 |
| 20 | how you might bring that information to bear on | 10:34:03 |
| 21 | assessing the plain meaning of some -- of a given | 10:34:15 |
| 22 | expression. | 10:34:17 |
| 23 | Then we looked at case law and some of | 10:34:19 |
| 24 | the sort of standard ways in which attorneys | 10:34:22 |
| 25 | approached language and tried to think about how | 10:34:28 |

| | | |
|---|---|---|
| 1 | linguistic tools could be useful in assessing | 10:34:39 |
| 2 | meaning in contentious cases. | 10:34:44 |
| 3 | Q    What law did you look at for that | 10:34:46 |
| 4 | course? | 10:34:48 |
| 5 | A    I would have look at my notes.  If | 10:34:48 |
| 6 | you'd like, I can do that at my computer here. | 10:34:51 |
| 7 | Q    That's all right -- | 10:34:53 |
| 8 | -- (overspeaking) -- | 10:34:53 |
| 9 | A    -- of course it is. | 10:34:53 |
| 10 | -- (overspeaking) -- | 10:34:54 |
| 11 | Q    -- just what you recall sitting here. | 10:34:54 |
| 12 | A    I -- for example, one of the books I | 10:34:56 |
| 13 | used a lot was a book by Larry Solan called "The | 10:34:57 |
| 14 | Language of Judges." Larry Solan is an | 10:35:01 |
| 15 | interesting -- I think he's a Professor at | 10:35:05 |
| 16 | Brooklyn, was it?  I can't remember.  John J. | 10:35:06 |
| 17 | College or Brooklyn College, one of these places | 10:35:08 |
| 18 | here in New York, but he has a Ph D. in | 10:35:08 |
| 19 | linguistics actually from the same school that I | 10:35:08 |
| 20 | went to, University of Massachusetts in Amherst | 10:35:16 |
| 21 | and he's taught language in the law for a long | 10:35:18 |
| 22 | time -- | 10:35:21 |
| 23 | Q    Any specific area of law? | 10:35:22 |
| 24 | A    Well -- | 10:35:23 |
| 25 | Q    Or is he just focused on writing and | 10:35:24 |

1    language?                                          10:35:28

2         A    I'm sorry, I don't understand the        10:35:29

3    question.                                          10:35:30

4         Q    Sure.  My question I was trying to get    10:35:30

5    at is were you, in your class "Language and the    10:35:32

6    Law" were you focused on any specific area?        10:35:35

7         A    No, we looked pretty broadly at the      10:35:39

8    variety of the kinds of cases.                     10:35:42

9              I'm not sure what the question is        10:35:44

10   trying to get at.  Sorry.                          10:35:45

11        Q    So is it criminal law or civil law?      10:35:46

12        A    Yeah, both.                              10:35:49

13        Q    Both?                                    10:35:51

14        A    Yeah.                                    10:35:53

15        Q    Did you teach anything about defamation  10:35:53

16   law in your class?                                 10:35:56

17        A    Not particularly.  I think we might      10:35:59

18   have looked at one or two cases in which           10:36:01

19   defamation was an issue, but that wasn't one of    10:36:04

20   the focuses.                                       10:36:06

21        Q    From 2016 to 2019, you were a visiting   10:36:07

22   Professor at NYU in the linguistics department; is 10:36:09

23   that correct?                                      10:36:13

24        A    Yes.                                     10:36:14

25        Q    And you said you -- have you retired     10:36:14

| | | |
|---|---|---|
| 1 | from there or what's your -- | 10:36:18 |
| 2 | -- (overspeaking) -- | 10:36:20 |
| 3 | Q    -- status? | 10:36:20 |
| 4 | A    -- (overspeaking) -- linguistics | 10:36:21 |
| 5 | professors don't retire. | 10:36:23 |
| 6 | They are just hired -- they are not | 10:36:24 |
| 7 | even hired for long term.  It's just, you know, | 10:36:25 |
| 8 | for a semester or a year, yeah, and they only | 10:36:27 |
| 9 | hired me to teach one course. | 10:36:30 |
| 10 | Q    Okay, and what did you teach? | 10:36:31 |
| 11 | A    I taught a course on indexicality. | 10:36:33 |
| 12 | Q    What's indexicality? | 10:36:38 |
| 13 | A    Indexi -- indexicals are a certain | 10:36:40 |
| 14 | class of context-sensitive expressions that | 10:36:43 |
| 15 | include:  I, you, we, here, now, yesterday, | 10:36:46 |
| 16 | tomorrow.  And they are sensitive to context in a | 10:36:49 |
| 17 | very particular way and I've been developing a | 10:36:52 |
| 18 | novel theory of the relationship between those | 10:36:55 |
| 19 | expressions and context. | 10:36:58 |
| 20 | Q    The -- strike that.  You are currently | 10:37:03 |
| 21 | Professor Emerita at OSU? | 10:37:07 |
| 22 | A    Yes. | 10:37:12 |
| 23 | Q    What does that mean? | 10:37:12 |
| 24 | A    It means I'm not just retired, but I'm | 10:37:13 |
| 25 | still eligible to serve on graduate committees. | 10:37:15 |

| | | |
|---|---|---|
| 1 | I have access to university resources from my | 10:37:18 |
| 2 | research. | 10:37:21 |
| 3 | It's an honored position, you know, a | 10:37:24 |
| 4 | position of respect that says I'm still an active | 10:37:28 |
| 5 | member of the research community, even though I | 10:37:31 |
| 6 | retired from teaching. | 10:37:33 |
| 7 | Q    And do you hold any other current | 10:37:40 |
| 8 | positions, teaching positions? | 10:37:41 |
| 9 | A    Not teaching positions.  I actually | 10:37:43 |
| 10 | have just have received an invitation to be a | 10:37:45 |
| 11 | Research Scholar at Barnard College starting in | 10:37:48 |
| 12 | January of 2022. | 10:37:52 |
| 13 | Q    You also list you are an affiliate of | 10:37:55 |
| 14 | Rutgers -- | 10:37:58 |
| 15 | A    Yes. | 10:37:59 |
| 16 | Q    -- for Cognitive Science?  What's that? | 10:37:59 |
| 17 | A    The cognitive science is an | 10:38:01 |
| 18 | interdisciplinary study of a variety of things | 10:38:02 |
| 19 | having to do with human cognition, but as I said, | 10:38:05 |
| 20 | in particular they're interested in language. | 10:38:07 |
| 21 | Because I have a long history of working in an | 10:38:09 |
| 22 | interdisciplinary way with psychologists, | 10:38:12 |
| 23 | philosophers and computer scientists, when I moved | 10:38:17 |
| 24 | here I knew the people well at Rutgers and they | 10:38:20 |
| 25 | invited me to be part of their cognitive science | 10:38:23 |

| | | |
|---|---|---|
| 1 | center. | 10:38:25 |
| 2 |     Q    And what does it mean to be an | 10:38:27 |
| 3 | affiliate? | 10:38:28 |
| 4 |     A    I have -- they don't give me any money. | 10:38:29 |
| 5 | This is all for glory and -- but they deem me -- | 10:38:32 |
| 6 | it's really a way of saying that I'm a respected | 10:38:36 |
| 7 | member of the community.  I'm a resource that they | 10:38:40 |
| 8 | would like their faculty and students to draw on. | 10:38:42 |
| 9 |     For example, even though it's not | 10:38:45 |
| 10 | official anymore, I am still an affiliate at NYU. | 10:38:47 |
| 11 | I go to courses and seminars there all the time. | 10:38:50 |
| 12 | I'm on committees for graduate students.  I'm | 10:38:53 |
| 13 | writing letters for one of them right now. | 10:38:56 |
| 14 |     Q    Okay, so is this basically -- have we | 10:38:59 |
| 15 | gone through your basic employment and teaching | 10:39:02 |
| 16 | history.  Have I left anything out? | 10:39:04 |
| 17 |     A    Many other things but that'll do. | 10:39:07 |
| 18 |     Q    Any other important positions you've | 10:39:11 |
| 19 | held that I've left out. | 10:39:12 |
| 20 |     A    Those are my principle positions, yes. | 10:39:14 |
| 21 |     Q    And obviously with all of your | 10:39:16 |
| 22 | extensive research and training as a linguist and | 10:39:18 |
| 23 | you've gone through, even in your answers very | 10:39:23 |
| 24 | deeply into, you know, the thought process here, | 10:39:25 |
| 25 | when you are reading something in everyday life | 10:39:28 |

| | | |
|---|---|---|
| 1 | does your training sort of impact how you read or | 10:39:31 |
| 2 | interpret things? | 10:39:35 |
| 3 | A    No, not unless there's an issue that | 10:39:37 |
| 4 | comes up.  So, may I explain?  If I was reading | 10:39:39 |
| 5 | and I'm an avid reader, I read constantly, I just | 10:39:43 |
| 6 | read like you do.  I'm looking for content. | 10:39:46 |
| 7 | If it's beautiful, I'm reading poetry | 10:39:48 |
| 8 | and I'm impressed and moved by the form.  When | 10:39:50 |
| 9 | something doesn't work, then probably more likely | 10:39:54 |
| 10 | than you, I'm more likely than you to stop and | 10:39:57 |
| 11 | think about why it doesn't work, what was | 10:39:59 |
| 12 | infelicitous or seemed out of place or | 10:40:03 |
| 13 | ungrammatical, but that's because I have that | 10:40:09 |
| 14 | training to look at that. | 10:40:11 |
| 15 | Q    Yeah, I would think that in reading | 10:40:13 |
| 16 | things, just given your background, what you do | 10:40:14 |
| 17 | for a living that's a prism through which you are | 10:40:17 |
| 18 | constantly looking, right? | 10:40:19 |
| 19 | A    Not really.  That would kind of spoil | 10:40:20 |
| 20 | it for me, no.  And I don't like Scrabble.  I | 10:40:22 |
| 21 | don't like word games. | 10:40:24 |
| 22 | Q    Do you -- you said you're an avid | 10:40:28 |
| 23 | reader. | 10:40:31 |
| 24 | A    Yeah. | 10:40:32 |
| 25 | Q    How often do you read and watch the | 10:40:32 |

| | | |
|---|---|---|
| 1 | news? | 10:40:34 |
| 2 | A    Umm... I read the news every day.  I | 10:40:36 |
| 3 | mostly read the news.  I look at things online, as | 10:40:40 |
| 4 | well, videos, etcetera, yeah. | 10:40:43 |
| 5 | Q    Are there particular newspapers that | 10:40:48 |
| 6 | you subscribe to? | 10:40:50 |
| 7 | A    New York Times and Washington Post. | 10:40:52 |
| 8 | Q    Any others? | 10:40:54 |
| 9 | A    Not subscribe. | 10:40:55 |
| 10 | Q    Are there particular news programs that | 10:40:56 |
| 11 | you watch regularly? | 10:41:01 |
| 12 | A    I don't watch the news.  I look at | 10:41:02 |
| 13 | streaming.  If there's an article either in the | 10:41:05 |
| 14 | New York Times or the Washington Post or if one of | 10:41:10 |
| 15 | my friends might post something on Facebook from | 10:41:12 |
| 16 | The Guardian or some other local newspaper that | 10:41:16 |
| 17 | they read and it looks like an interesting story, | 10:41:21 |
| 18 | I'll go there and if there's a video or streaming | 10:41:23 |
| 19 | I'll watch that. | 10:41:26 |
| 20 | Q    Do you watch TV? | 10:41:27 |
| 21 | A    No. | 10:41:28 |
| 22 | Q    Do you have any special expertise in | 10:41:33 |
| 23 | video analysis? | 10:41:35 |
| 24 | A    No. | 10:41:37 |
| 25 | Q    Do you have any special expertise in | 10:41:42 |

| | | |
|---|---|---|
| 1 | reconstructing events through analysis and videos? | 10:41:44 |
| 2 | A    No. | 10:41:48 |
| 3 | Q    Let's go to your -- I want to mark your | 10:41:48 |
| 4 | expert report and I have a copy here.  We are | 10:41:56 |
| 5 | going to mark it as Exhibit A to this deposition. | 10:41:58 |
| 6 | (Exhibit A was marked for | 10:42:01 |
| 7 | identification.) | 10:42:01 |
| 8 | BY MS. SPEARS: | 10:42:12 |
| 9 | Q    I'm marking Exhibit A to the deposition | 10:42:12 |
| 10 | and that is a copy of Plaintiff's 26(a)2 | 10:42:15 |
| 11 | disclosures, Phase I followed by Exhibit A to that | 10:42:22 |
| 12 | disclosure which is a report dated November 10th, | 10:42:29 |
| 13 | 2021; do you recognize this? | 10:42:35 |
| 14 | A    Yes, I do. | 10:42:37 |
| 15 | Q    Is this the report you wrote in this | 10:42:38 |
| 16 | case? | 10:42:41 |
| 17 | A    Yes. | 10:42:41 |
| 18 | Q    I should say "in these cases"? | 10:42:42 |
| 19 | A    Yes, that's right. | 10:42:44 |
| 20 | -- (indiscernible) -- | 10:42:48 |
| 21 | Q    If you would look at page 2 to 3 of | 10:42:48 |
| 22 | your report, so it starts in sort of a letter form | 10:42:51 |
| 23 | on page 1, "Dear Mr. McMurtry."  Do you see that? | 10:43:03 |
| 24 | A    Yes. | 10:43:06 |
| 25 | Q    And if you go to page -- the appendix | 10:43:07 |

1    of the report, essentially.                    10:43:13

2         A    Sure.                                 10:43:16

3         Q    It's actually page 1 of the appendix  10:43:26

4    which is at the back.  It says November of 2021, 10:43:29

5    Craige Roberts' brief.                          10:43:30

6         A    Sorry, are you talking about page 16? 10:43:31

7         Q    No, it's page 1.                       10:43:33

8         A    Oh, my CV.  Is that what you are       10:43:35

9    talking about?                                  10:43:38

10        Q    Mm-hmm.  Your CV.                      10:43:39

11        A    Yes.                                   10:43:43

12        Q    So that we're on the same page, it's   10:43:43

13   your CV brief.                                  10:43:45

14        A    Yeah.                                  10:43:47

15        Q    CV November 2021, page 1.              10:43:47

16        A    Yes.                                   10:43:51

17        Q    It's at the back of your report.  Do   10:43:52

18   you see that?                                   10:43:53

19        A    Yes.                                   10:43:54

20        Q    You list several publications here,    10:43:55

21   starting on page 2 and over to page 3.          10:43:59

22             In any of these publications -- you can 10:44:06

23   take a minute to look --                        10:44:08

24        A    Yeah.                                  10:44:09

25        Q    -- did you analyze videos of live      10:44:10

| | | |
|---|---|---|
| 1 | action or events to determine the veracity of | 10:44:13 |
| 2 | statements? | 10:44:16 |
| 3 | A    No. | 10:44:17 |
| 4 | Q    Do any of those publications discuss | 10:44:17 |
| 5 | how to approach a video analysis review, such as | 10:44:20 |
| 6 | how to review videos of live events? | 10:44:24 |
| 7 | A    No. | 10:44:26 |
| 8 | Q    Page 2, down at the very first list | 10:44:27 |
| 9 | under books, it says "Haitian Creole English | 10:44:32 |
| 10 | French Dictionary."  I think you mentioned that | 10:44:36 |
| 11 | when you were speaking earlier, correct? | 10:44:39 |
| 12 | A    Yes. | 10:44:41 |
| 13 | Q    I assume that provides translations | 10:44:42 |
| 14 | between Haitian, Creole, English or French? | 10:44:44 |
| 15 | A    Correct. | 10:44:47 |
| 16 | Q    Do you speak Haitian Creole and French? | 10:44:49 |
| 17 | A    Yes. | 10:44:52 |
| 18 | Q    Do you speak any other languages? | 10:44:53 |
| 19 | A    Not well. | 10:44:55 |
| 20 | Q    Do you speak Haitian Creole and French | 10:44:57 |
| 21 | well? | 10:45:01 |
| 22 | A    French pretty well, yes.  Haitian not | 10:45:01 |
| 23 | as well because I haven't had occasion to use it | 10:45:05 |
| 24 | much since I did the dictionary. | 10:45:07 |
| 25 | Q    And that was in 1981? | 10:45:09 |

| | | |
|---|---|---|
| 1 | A    I worked on the dictionary from '78 to | 10:45:11 |
| 2 | '80, when I was first an undergraduate and then a | 10:45:15 |
| 3 | graduate assistant at Indiana University on the | 10:45:17 |
| 4 | dictionary project. | 10:45:19 |
| 5 | I wrote an article that was a | 10:45:23 |
| 6 | dictionary procedure article which was one of my | 10:45:25 |
| 7 | first published articles, but I didn't include it | 10:45:28 |
| 8 | here that was a procedures manual for the | 10:45:31 |
| 9 | dictionary. | 10:45:35 |
| 10 | Q    That's okay.  You know, I just wanted | 10:45:36 |
| 11 | to establish the timeframe. | 10:45:37 |
| 12 | A    Okay. | 10:45:39 |
| 13 | Q    If we have more time I could hear more | 10:45:39 |
| 14 | about the Haitian Creole dictionary, but I'm going | 10:45:41 |
| 15 | to pass. | 10:45:44 |
| 16 | So I take it you speak French as a | 10:45:49 |
| 17 | foreign language, obviously; you're a native | 10:45:52 |
| 18 | English speaker, correct? | 10:45:56 |
| 19 | A    Correct. | 10:45:57 |
| 20 | Q    Are you able to distinguish languages | 10:45:57 |
| 21 | from other human sounds? | 10:46:00 |
| 22 | A    It depends on the language.  I think I | 10:46:01 |
| 23 | could always tell if it was a human language from | 10:46:03 |
| 24 | various things, but that's a weird question. | 10:46:05 |
| 25 | Sorry. | 10:46:08 |

| | | |
|---|---|---|
| 1 | Q    That's okay.  I've been accused of | 10:46:10 |
| 2 | asking weird questions before.  Page 3.  You -- | 10:46:12 |
| 3 | the second one down has domain selection and | 10:46:17 |
| 4 | dynamic semantics in quantification and natural | 10:46:20 |
| 5 | language.  What is natural language? | 10:46:26 |
| 6 | A    Natural language is -- it's in | 10:46:28 |
| 7 | contraposition to artificial languages which would | 10:46:32 |
| 8 | be languages like logic, which is a kind of | 10:46:35 |
| 9 | language or a computer languages. | 10:46:38 |
| 10 | Q    I see.  Down a little bit further, | 10:46:39 |
| 11 | midway on page 3, I see a publication of yours | 10:46:42 |
| 12 | entitled "Domain selection" in -- | 10:46:46 |
| 13 | A    That's the same one. | 10:46:52 |
| 14 | Q    Oh, that's the same one.  Sorry. | 10:46:52 |
| 15 | "Discourse Context and Dynamic interpretation." | 10:46:52 |
| 16 | A    Yes. | 10:46:54 |
| 17 | Q    What's discourse context? | 10:46:55 |
| 18 | A    As I said -- I mean, there's a lot of | 10:46:57 |
| 19 | kinds of context in the world, but I'm talking | 10:47:01 |
| 20 | about the context that bears on the interpretation | 10:47:03 |
| 21 | of language, so we call that discourse context | 10:47:05 |
| 22 | because it's the context in which a discourse | 10:47:08 |
| 23 | takes place between interlocutors.  I wasn't | 10:47:10 |
| 24 | speaking specifically of the kind of context | 10:47:18 |
| 25 | that's relevant for interpretation of language. | 10:47:19 |

```
1        Q    What does dynamic interpretation mean?        10:47:24
2        A    Yeah.  Context changes in the course of       10:47:28
3   interpretation of a single complex sentence             10:47:31
4   sometimes.  I could give you examples and so you        10:47:35
5   call that dynamic context.  The context that            10:47:37
6   changes while the sentence is being spoken.  I          10:47:39
7   could give you a simple example.  I could say           10:47:43
8   "Give me a copy of that," pointing in one               10:47:46
9   direction; that, pointing in another direction          10:47:49
10  and; that, pointing in a third direction.  And the      10:47:52
11  context in which I'm pointing -- the context            10:47:55
12  includes my pointing and the information that you       10:47:57
13  get from the pointing about what I'm pointing at        10:48:01
14  in that, you know, visual context.                      10:48:04
15           So there the context has changed               10:48:05
16  because one point when I said "that" I was              10:48:07
17  pointing in one direction.  Another point, I'm          10:48:10
18  pointing in different and then a third.  So that's      10:48:12
19  a dynamic context, but there are many more complex      10:48:14
20  ways in which a complex syntactic structure leads       10:48:19
21  to the possibility of updating contextual               10:48:22
22  information in the course of interpretation and         10:48:25
23  that's one of my areas of expertise.                    10:48:27
24       Q    By the way, you mentioned earlier that        10:48:32
25  there was a technical debate in your field related      10:48:34
```

| | | |
|---|---|---|
| 1 | to some -- some of the works you've -- or some of | 10:48:38 |
| 2 | the specialities that you focused on.  What were | 10:48:44 |
| 3 | you referencing? | 10:48:46 |
| 4 | A    Well, for example, I told you I'm | 10:48:47 |
| 5 | teaching a course on indexicality, and there's a | 10:48:48 |
| 6 | famous theory of indexicality due to a | 10:48:54 |
| 7 | philosopher -- you don't need to know all | 10:48:57 |
| 8 | the details Caplan in the '80s.  And I'm arguing | 10:48:58 |
| 9 | that if you looked across the wide variety of | 10:49:01 |
| 10 | human languages, there's empirical evidence from | 10:49:03 |
| 11 | those languages that his theory makes the wrong | 10:49:07 |
| 12 | predictions in a number of cases and so is | 10:49:10 |
| 13 | inadequate, so I have a better theory to offer. | 10:49:11 |
| 14 | Q    Are there any theories of yours in | 10:49:15 |
| 15 | linguistics that are the subject of debate in your | 10:49:19 |
| 16 | field? | 10:49:21 |
| 17 | A    Sure.  Of course.  If you are an | 10:49:29 |
| 18 | interested theorist, there are.  So mine, I have a | 10:49:29 |
| 19 | theory about "the." I'm actually you're at the | 10:49:32 |
| 20 | table with one of the world's foremost experts on | 10:49:32 |
| 21 | the English word "the" which is the most common | 10:49:32 |
| 22 | word in English language.  And there's a ferocious | 10:49:32 |
| 23 | debate going back to Russell and Whitehead and | 10:49:42 |
| 24 | Frega (?) in the late 19th, early 20th century | 10:49:45 |
| 25 | about the meaning of "the."  And I have a stance | 10:49:46 |

1   about that which is still controversial.                    10:49:48

2          Q     Anything else in your work that is              10:49:50

3   controversial?                                              10:49:52

4          A     Oh, controversial.  I mean, I told you         10:49:54

5   my work on the question under discussion's very,           10:49:56

6   very influential.  There's a large -- if you go to         10:49:58

7   my web page, there's a large bibliography, you can         10:50:02

8   link from there that goes to about half of the             10:50:06

9   work that's been written about the question under          10:50:08

10  discussion.                                                 10:50:11

11         Q     Can you tell me just briefly what is           10:50:11

12  the debate about your theory of the question under         10:50:13

13  discussion?                                                 10:50:15

14         A     Whether I have the right theory of the         10:50:16

15  question under discussion.  I characterize it in a         10:50:19

16  certain, very precise formal way, which I could            10:50:22

17  give you a lecture about, if you wanted.                    10:50:25

18         Q     No thanks.                                      10:50:28

19         A     I don't think you want it, but, but is         10:50:28

20  that the right way to do it.                                10:50:30

21               So one of the students that I'm writing        10:50:32

22  letters for now has an alternative to one aspect           10:50:35

23  of my theory which I think improves on it but, of          10:50:37

24  course, in science, and I'm a scientists, we have          10:50:40

25  a hypothesis not because we think we're always             10:50:43

| | | |
|---|---|---|
| 1 | right, but because we think that's the best | 10:50:48 |
| 2 | explanation we have to give at this point. | 10:50:50 |
| 3 | If new data comes to bear, we revise | 10:50:52 |
| 4 | our hypothesis, so in that sense, all theory is | 10:50:54 |
| 5 | always, in science, up for revision. | 10:50:57 |
| 6 | The virtue of a good theory is its | 10:51:03 |
| 7 | clarity so that we can understand exactly what it | 10:51:05 |
| 8 | predicts. | 10:51:08 |
| 9 | Q    On page 5 of your CV, in a couple of | 10:51:09 |
| 10 | talks you've given on character assassination? | 10:51:17 |
| 11 | A    Mm-hmm. | 10:51:21 |
| 12 | Q    What are those? | 10:51:21 |
| 13 | A    It's a joke.  It's a linguistic joke. | 10:51:22 |
| 14 | I told you about the guy's name Caplan, | 10:51:25 |
| 15 | whose work on indexicality is the most influential | 10:51:28 |
| 16 | and famous in the field and he calls the meaning | 10:51:33 |
| 17 | of an indexical its character.  It's a technical | 10:51:37 |
| 18 | term, has a very specific meaning in that theory. | 10:51:40 |
| 19 | And so I called my talk -- I called my work | 10:51:43 |
| 20 | character assassination because I'm dissing his | 10:51:45 |
| 21 | theory of character. | 10:51:49 |
| 22 | Q    Got it.  So, that's helpful.  Thank | 10:51:50 |
| 23 | you.  It's funny as well. | 10:51:52 |
| 24 | A    (Laughter) | 10:51:56 |
| 25 | Q    You have a talk towards the bottom of | 10:51:56 |

1    page 5, "OSU Pragmatics Group Slurs" from very --        10:52:02

2        A    Yeah.                                            10:52:11

3        Q    Well, a year ago.                                10:52:12

4        A    Yeah.                                            10:52:12

5        Q    Very recently.  What's this group               10:52:14

6    about?                                                   10:52:16

7        A    The OSU Pragmatics Group is something I         10:52:16

8    started when I was there.  It's a working group         10:52:19

9    for non-credit for graduate students who are            10:52:22

10   interested in pragmatics, and it's very important       10:52:24

11   for their professional development.                     10:52:26

12       Q    And what's the slurs --                         10:52:28

13            -- (overspeaking) --                            10:52:29

14       A    So I was -- I was attending by Zoom and         10:52:29

15   their subject of that discussion is slurs, which        10:52:32

16   are offensive terms in natural language.  And           10:52:38

17   I have some things to say about the meaning of          10:52:42

18   slurs and how I think they come to bear and bear        10:52:45

19   on the truth condition of the utterance, that is        10:52:53

20   to say whether it's true or false.                      10:52:56

21       Q    And do slurs have universal meaning?            10:52:58

22       A    No, they are very particular to the            10:53:00

23   group that uses them, I would say.                       10:53:02

24       Q    And does the perspective of the                 10:53:05

25   listener or the interlocutor hearing the slur also      10:53:08

1   matter?                                                  10:53:11

2        A    Well, yes, I said "the group."  So             10:53:12

3   if --  if we're in crowd in a certain ethnic group       10:53:13

4   sometimes a term that would be used by an outsider       10:53:21

5   as an offensive slur can be used as an in-crowd          10:53:24

6   group as almost a badge of pride, so it depends on       10:53:28

7   who you're talking to what the slur -- not just          10:53:33

8   what it means truth conditionally but the                10:53:33

9   implications and the emotional connotations, yes.        10:53:33

10       Q    And cultural differences can --                10:53:42

11                -- (overspeaking) --                        10:53:42

12       A    And cultural differences come to bear,         10:53:43

13  that's correct.                                          10:53:45

14       Q    Let's look to your CV, page 2.  Have           10:53:50

15  you ever testified in a defamation case before?          10:54:01

16            You list a bunch of cases where you've         10:54:07

17  been engaged as a -- as an expert to do expert           10:54:08

18  work.                                                    10:54:11

19       A    No.                                            10:54:11

20       Q    Have you ever testified in a defamation        10:54:11

21  case before?                                             10:54:14

22       A    I don't believe so, no, I have not.            10:54:15

23       Q    Is this case listed at the bottom of           10:54:16

24  your list of cases on page 2 or is that a                10:54:19

25  different case?                                          10:54:22

| | | | |
|---|---|---|---|
| 1 | A | This is this case. | 10:54:23 |
| 2 | Q | So that's Hemmer DeFrank Wessels -- | 10:54:24 |
| 3 | A | Yes. | 10:54:27 |
| 4 | Q | -- Attorneys at Law, Ft. Mitchell. | 10:54:27 |
| 5 | A | Yes. | 10:54:28 |
| 6 | Q | Retained as expert witness in a | 10:54:28 |
| 7 | | defamation suit, preparing a report. | 10:54:28 |
| 8 | | Have you ever been retained by Hemmer | 10:54:33 |
| 9 | | DeFrank Wessels before? | 10:54:35 |
| 10 | A | No. | 10:54:37 |
| 11 | Q | Have you ever been asked to review | 10:54:43 |
| 12 | | videos in connection with any expert testimony | 10:54:45 |
| 13 | | before? | 10:54:46 |
| 14 | A | No. | 10:54:48 |
| 15 | Q | In how many matters have you provided | 10:54:56 |
| 16 | | expert testimony? | 10:54:58 |
| 17 | A | You mean in the courtroom and | 10:54:59 |
| 18 | | deposition or what do you mean by "provided expert | 10:55:00 |
| 19 | | testimony"? | 10:55:03 |
| 20 | Q | Yeah, let me clarify that.  In how many | 10:55:04 |
| 21 | | matters have you provided an expert opinion in an | 10:55:06 |
| 22 | | report? | 10:55:09 |
| 23 | A | I would have to count.  I don't -- I | 10:55:10 |
| 24 | | never -- I haven't kept track of the number.  Out | 10:55:11 |
| 25 | | of the cases you see listed here probably 7 or 10. | 10:55:15 |

1    I'm sorry, I don't know exactly the number.                    10:55:19

2         Q    Does this list here that we see on                   10:55:22

3    pages 1 and 2 contain a complete list of your                  10:55:25

4    work -- legal work -- excuse me, expert work for               10:55:30

5    legal cases?                                                   10:55:31

6         A    I suspect it does.  I don't remember.                10:55:32

7    Remember, this is a brief curriculum vitae so I                10:55:35

8    might have taken out something that didn't seem                10:55:37

9    very important.                                                10:55:41

10        Q    Have you ever been excluded as an                    10:55:42

11   expert?                                                        10:55:44

12        A    Excluded, meaning by a judge?                        10:55:44

13        Q    Sure, let me rephrase that.  Has your                10:55:46

14   report ever been excluded in a case?                           10:55:48

15        A    Sorry, I'm just not sure the technical               10:55:51

16   sense.  May I try to clarify?                                  10:55:53

17        Q    Let me try to clarify, and I could ask               10:55:55

18   the question a little better, so thank you.                    10:55:59

19   Have you ever given a report or provided a report              10:56:01

20   as an expert in a case and your report has been                10:56:04

21   rejected by the court?                                         10:56:08

22        A    May I put it a different way?  It                    10:56:12

23   was -- was my testimony ever ruled, after the                  10:56:14

24   fact, inadmissible?  Yes.                                      10:56:16

25        Q    Okay.  When?                                         10:56:18

| | | |
|---|---|---|
| 1 | A    In the second case here, you have the | 10:56:20 |
| 2 | Deters, Benzinger LaVelle, etcetera, in the case | 10:56:22 |
| 3 | pertaining to licensure of healthcare facilities. | 10:56:27 |
| 4 | I testified at a magistrate's hearing.  It was a | 10:56:30 |
| 5 | very interesting testimony. | 10:56:33 |
| 6 | My attorney knew at the time that my -- | 10:56:34 |
| 7 | because they had very strict legal tradition in | 10:56:37 |
| 8 | Kentucky of sticking to the plain meaning of the | 10:56:46 |
| 9 | terms in question, and that there was a | 10:56:49 |
| 10 | possibility that my testimony would be deemed | 10:56:51 |
| 11 | inadmissible because I was testifying as a | 10:56:53 |
| 12 | linguistic expert.  But the judge -- the | 10:56:58 |
| 13 | magistrate, rather, wanted to hear my testimony so | 10:57:00 |
| 14 | he did and it rang the bell.  Even though he | 10:57:03 |
| 15 | legally decided it wasn't admissible, I think it | 10:57:08 |
| 16 | had influence on the case's outcome.  I was very | 10:57:11 |
| 17 | proud of my testimony in that case. | 10:57:14 |
| 18 | Q    In that case, the magistrate ruled your | 10:57:16 |
| 19 | testimony inadmissible though? | 10:57:18 |
| 20 | A    They ruled that -- not because of what | 10:57:20 |
| 21 | I said, but because I was a linguistics expert | 10:57:22 |
| 22 | that the testimony was not admissible. | 10:57:27 |
| 23 | Q    Any other cases that you issued a | 10:57:38 |
| 24 | report in your testimony where your report was | 10:57:40 |
| 25 | deemed inadmissible? | 10:57:44 |

| | | |
|---|---|---|
| 1 | A    No.  Let me say this: If it was, I | 10:57:45 |
| 2 | don't know.  No one ever said, oh that was deemed | 10:57:52 |
| 3 | inadmissible. | 10:57:54 |
| 4 | Q    Fair enough.  You have a report listed | 10:57:56 |
| 5 | at -- or I'm sorry, not a report but it says | 10:58:08 |
| 6 | testified in court on the first listing on page 1 | 10:58:13 |
| 7 | there. | 10:58:16 |
| 8 | A    Yes. | 10:58:16 |
| 9 | Q    With Dinsmore & Shohl. | 10:58:16 |
| 10 | A    Yes. | 10:58:16 |
| 11 | Q    Trademark law and interpretation of an | 10:58:16 |
| 12 | advertising slogan. | 10:58:16 |
| 13 | A    Yes. | 10:58:20 |
| 14 | Q    What were your opinions in that case? | 10:58:24 |
| 15 | A    Let me see if I can remember the | 10:58:26 |
| 16 | details.  It was a fascinating case.  In Ohio we | 10:58:28 |
| 17 | have Nationwide Insurance which has this | 10:58:33 |
| 18 | well-known advertising slogan:  "Nationwide at | 10:58:35 |
| 19 | your side."  I think that's it. | 10:58:40 |
| 20 | Q    I'm familiar with it. | 10:58:41 |
| 21 | A    Yes, every everybody is.  And there was | 10:58:42 |
| 22 | a little bank in New England.  I can't remember | 10:58:44 |
| 23 | which one, Sovereign Bank and they had come up | 10:58:47 |
| 24 | with a new advertising slogan, "Sovereign Bank | 10:58:50 |
| 25 | always by your side" or something like that.  I | 10:58:54 |

1    can't remember.  I'm sorry, you know, I'd have to            10:58:59

2    look up the slogan now, but I testified on the              10:59:01

3    part of Sovereign that the new slogan they wanted           10:59:04

4    to use was not synonymous with Nationwide at your           10:59:10

5    side."                                                       10:59:14

6           Oh, no, "Nationwide on your side,"                    10:59:14

7    That's it.  "Nationwide on your side" versus                10:59:17

8    "Sovereign Bank always at your side."  And I                10:59:19

9    testified that they are not synonymous, yeah.               10:59:22

10   I had a really good punch line.  You want to hear           10:59:30

11   my punch line?                                               10:59:33

12       Q    Not really --                                       10:59:34

13       A    Oh, too bad.                                        10:59:35

14       Q    -- but it seems like you want to tell              10:59:35

15   me.                                                          10:59:36

16       A    That's okay.                                        10:59:36

17       Q    What was it?                                        10:59:36

18       A    Well, it's about truth conditions.  So             10:59:36

19   the attorney for Nationwide was cross-examining me          10:59:39

20   and he said, you know -- he was questioning my              10:59:45

21   analysis and I just said to him that -- I agreed           10:59:49

22   that, yeah, I thought he would have to agree that          10:59:52

23   the point where he was standing was at the side of         10:59:55

24   the attorney for Sovereign Bank.  He agreed that           10:59:58

25   was true.                                                    11:00:02

| | | |
|---|---|---|
| 1 | And I said you are certainly not on his | 11:00:03 |
| 2 | side, are you?  And he agreed that that was not | 11:00:05 |
| 3 | true. | 11:00:08 |
| 4 | So, I made the point that they were not | 11:00:08 |
| 5 | truth conditionally synonymous and in linguistic | 11:00:11 |
| 6 | terms, that means they're not synonymous. | 11:00:14 |
| 7 | Q    Okay, so let's -- | 11:00:18 |
| 8 | A    Sorry, may -- the reason I told that | 11:00:19 |
| 9 | you is that I think it has a -- | 11:00:20 |
| 10 | -- (overspeaking) -- | 11:00:21 |
| 11 | Q    That's okay.  That's fine. The next -- | 11:00:23 |
| 12 | you don't have to continue.  The next thing on | 11:00:24 |
| 13 | here is Deters and Benzinger. | 11:00:29 |
| 14 | A    That's the one we talked about -- | 11:00:35 |
| 15 | -- (overspeaking) -- | 11:00:36 |
| 16 | A    -- the Kentucky magistrate. | 11:00:36 |
| 17 | Q    Okay.  There's a matter on here about | 11:00:37 |
| 18 | midway down, Dritz, PLL interpretation of email | 11:00:56 |
| 19 | correspondence at issue in a criminal case. | 11:01:01 |
| 20 | A    Yes, that's correct. | 11:01:09 |
| 21 | Q    What were your opinions in that case? | 11:01:10 |
| 22 | A    I did not write an expert opinion.  I | 11:01:10 |
| 23 | gave them informal information about my | 11:01:10 |
| 24 | interpretation. | 11:01:13 |
| 25 | Q    Are any of these other cases ones in | 11:01:16 |

```
1   which you actually wrote a report?                        11:01:23

2        A    Several of them are ones in which I            11:01:26

3   wrote a report, yeah.                                     11:01:27

4        Q    And you've indicated here if you wrote         11:01:29

5   a report or not?                                          11:01:31

6        A    Sorry, I didn't put that on the CV.            11:01:33

7   I'd have to look at my records to tell you which         11:01:34

8   ones I actually ended up writing formal reports          11:01:37

9   for.                                                      11:01:39

10       Q    Okay, in some -- a few of these cases          11:01:40

11  it appears that the testimony you gave was about         11:01:44

12  interpretation of statutes or contracts; is that         11:01:46

13  correct?                                                  11:01:49

14       A    Yes.                                            11:01:49

15       Q    In interpreting a statute or a                 11:01:55

16  contract, have you done work where you're                11:02:00

17  examining solely the language of the contract to         11:02:04

18  interpret intent or have you looked to any other         11:02:07

19  resources, such as -- well, let me just stop right       11:02:10

20  there.                                                    11:02:13

21       A    When I give my report, my expert              11:02:19

22  opinion as a linguist, I am not giving you my            11:02:23

23  expert opinion as someone with expertise in the         11:02:26

24  law.  The hardest thing about teaching a course on      11:02:28

25  language in the law is that I'm not an expert on        11:02:31
```

| | | |
|---|---|---|
| 1 | the law.  So when I write an opinion or give an | 11:02:33 |
| 2 | opinion in testimony, I'm talking about the plain | 11:02:36 |
| 3 | meaning of whatever it is I am analyzing. | 11:02:40 |
| 4 | Q    Let me ask you this though.  If you -- | 11:02:44 |
| 5 | in one of these cases, let's talk about the Sparks | 11:02:44 |
| 6 | case here just to be specific. | 11:02:47 |
| 7 | A    Which one is this? | 11:02:48 |
| 8 | Q    It's about midway through -- | 11:02:50 |
| 9 | A    Commercial contracts. | 11:02:51 |
| 10 | Q    On the interpretation of a commercial | 11:02:51 |
| 11 | contract. | 11:02:53 |
| 12 | A    Yes. | 11:02:54 |
| 13 | Q    In that case did you interpret solely | 11:02:54 |
| 14 | the language of the contract? | 11:02:57 |
| 15 | A    Yes. | 11:02:58 |
| 16 | Q    And did you consider any other | 11:02:59 |
| 17 | information, such as statutory history? | 11:03:09 |
| 18 | A    No, I was not told to do so.  These are | 11:03:12 |
| 19 | cases where the plain language of the document was | 11:03:15 |
| 20 | at issue. | 11:03:17 |
| 21 | Q    Okay.  Let's go to the beginning of | 11:03:18 |
| 22 | your report here.  Back to the beginning. | 11:03:36 |
| 23 | Actually, if you go back to the very first page of | 11:03:37 |
| 24 | the caption to the "Plaintiff's Rule 26(a)(2) | 11:03:49 |
| 25 | Disclosures (Phase One)." | 11:03:50 |

| | | |
|---|---|---|
| 1 | A    Sorry, where are you?  Oh, yes, okay. | 11:03:50 |
| 2 | Yes. | 11:03:54 |
| 3 | Q    Got that?  Okay.  That indicates you're | 11:04:03 |
| 4 | going to testify at trial for Nicholas Sandmann; | 11:04:06 |
| 5 | is that correct? | 11:04:10 |
| 6 | A    Yes, I have agreed to do so. | 11:04:10 |
| 7 | Q    And do you understand what Phase I | 11:04:12 |
| 8 | means in this case? | 11:04:14 |
| 9 | A    No.  I mean, I know what the English | 11:04:15 |
| 10 | means but I don't really know the legal | 11:04:20 |
| 11 | implications. | 11:04:22 |
| 12 | Q    Okay, your report is dated | 11:04:23 |
| 13 | November 10th, as we talked about before and is | 11:04:24 |
| 14 | attached to this.  When were you first contacted | 11:04:26 |
| 15 | about this matter? | 11:04:31 |
| 16 | A    I believe that was in September of '21. | 11:04:33 |
| 17 | Q    September of '21, okay.  And who were | 11:04:42 |
| 18 | you contacted by? | 11:04:42 |
| 19 | A    Todd McMurtry. | 11:04:43 |
| 20 | Q    Was anyone else present? | 11:04:45 |
| 21 | A    No, it was an email contact initially | 11:04:46 |
| 22 | and then phone. | 11:04:48 |
| 23 | Q    And what -- you spoke with Mr. McMurtry | 11:04:50 |
| 24 | by phone? | 11:04:56 |
| 25 | A    Initially, yes. | 11:04:57 |

1    Q    And what was said in that conversation?      11:04:58

2    A    He told me that there was a case            11:05:02

3  involving defamation.  He told me roughly what it    11:05:04

4  was about.                                           11:05:07

5        I remembered having seen the news             11:05:08

6  report of the initial -- the initial news reports    11:05:10

7  about the encounter between Mr. -- I didn't          11:05:14

8  remember the name, Sandmann or Phillips and he       11:05:17

9  asked me if I would be willing to give my expert     11:05:22

10  opinion about the meaning of two passages, and I    11:05:24

11  said I would but I reminded him that I only say      11:05:26

12  what I think it actually means.  I'm not            11:05:30

13  testifying to an end.                                11:05:34

14    Q    And did you discuss the matter with         11:05:40

15  anyone else?                                         11:05:43

16    A    No, I was asked to retain -- to keep        11:05:44

17  this in confidence.                                  11:05:48

18    Q    When did you begin preparing your           11:05:53

19  report?                                              11:05:56

20    A    I'm sorry, I'd have to look at my           11:05:57

21  records but I think it was in September, to my       11:05:59

22  recollection.                                        11:06:01

23    Q    And --                                       11:06:03

24    A    Maybe it wasn't until October.  I'm         11:06:07

25  sorry, I think -- I'm not sure exactly when I        11:06:09

| | |
|---|---|
| 1 | started doing the work. | 11:06:12 |
| 2 | Q    Did you do it over a long period of | 11:06:16 |
| 3 | time in October -- or not a long period.  I | 11:06:19 |
| 4 | shouldn't characterize it that way -- did you do | 11:06:22 |
| 5 | it over a month -- | 11:06:23 |
| 6 | -- (overspeaking) -- | 11:06:24 |
| 7 | A    I think I -- no, I think I wrote the | 11:06:24 |
| 8 | report.  I think what happened in September was | 11:06:26 |
| 9 | that I initially had access to the videos and the | 11:06:28 |
| 10 | passages that I was to look at and I gave -- I | 11:06:32 |
| 11 | reviewed those and I gave Todd a preliminary | 11:06:37 |
| 12 | assessment of whether I thought those passages | 11:06:40 |
| 13 | were true or not of what I saw in the videos.  And | 11:06:44 |
| 14 | then he came back later, probably in late October | 11:06:46 |
| 15 | and said we'd like you to write a report, and | 11:06:49 |
| 16 | I believe it took me about seven or eight days to | 11:06:52 |
| 17 | write the report. | 11:06:57 |
| 18 | Q    Did you have any in-person meetings | 11:06:58 |
| 19 | with anyone or just telephone calls -- | 11:07:03 |
| 20 | -- (overspeaking) -- | 11:07:04 |
| 21 | A    No. | 11:07:05 |
| 22 | Q    -- with Mr. -- | 11:07:05 |
| 23 | A    Telephone calls and video ...used Zoom. | 11:07:07 |
| 24 | Q    Can you look on your report at page -- | 11:07:13 |
| 25 | continuing on from where we were before, page 5 -- | 11:07:20 |

| | | | |
|---|---|---|---|
| 1 | A | The report. | 11:07:23 |
| 2 | Q | -- at the end of your legal work. | 11:07:23 |
| 3 | A | Oh, you're talking about my appendix? | 11:07:31 |
| 4 | Q | I know you took the clip off of it, so | 11:07:34 |
| 5 | | it's a little out of order.  You might want to put | 11:07:36 |
| 6 | | the clip back on. | 11:07:38 |
| 7 | A | There's separate numbers on the CV.  I | 11:07:40 |
| 8 | | wasn't sure you were talking about the report or | 11:07:42 |
| 9 | | the CV. | 11:07:44 |
| 10 | Q | Yes, I'm sorry, I'm talking about the | 11:07:44 |
| 11 | | report at this time. | 11:07:46 |
| 12 | A | Okay.  Page 5. | 11:07:47 |
| 13 | Q | Page 5. | 11:07:48 |
| 14 | A | Yes. | 11:08:03 |
| 15 | Q | Okay, "IV Bases for Opinions and | 11:08:03 |
| 16 | | Materials Considered." | 11:08:03 |
| 17 | | It says here, "I have been provided | 11:08:06 |
| 18 | | with the following materials on which to base my | 11:08:09 |
| 19 | | opinion" and then it goes on page 5, 6 and | 11:08:10 |
| 20 | | continues onto page 7; is that correct? | 11:08:15 |
| 21 | A | Correct. | 11:08:16 |
| 22 | Q | Are the materials -- strike that. | 11:08:21 |
| 23 | | Are all the materials that you reviewed | 11:08:22 |
| 24 | | in connection with your report listed here on | 11:08:23 |
| 25 | | Pages 5 to 7? | 11:08:25 |

1        A     That's correct.                              11:08:27

2        Q     Okay, so those that are listed here on       11:08:27

3   pages 5 to 7 are the only materials you reviewed,       11:08:30

4   correct?                                                11:08:32

5        A     That is correct.                             11:08:34

6        Q     On page --                                   11:08:34

7              -- (overspeaking) --                         11:08:35

8        A     May I say, in the original material,         11:08:35

9   set of materials I was given, there was some more       11:08:37

10  videos, but they were parts of the videos that          11:08:40

11  I have listed here so I didn't see any other            11:08:42

12  additional materials.                                   11:08:45

13             In other words, there were snippets of       11:08:46

14  some of these videos that were separate from them       11:08:50

15  for some reason in among the original materials I       11:08:50

16  looked at but they are all included in the videos       11:08:50

17  here on the report.                                     11:08:55

18       Q     So just to clarify, you have videos of       11:08:56

19  scene in front of the Lincoln Memorial on January       11:08:59

20  18th of 2019 --                                         11:09:02

21       A     Correct.                                     11:09:02

22       Q     -- and it lists video 1 through video        11:09:02

23  18.                                                     11:09:04

24       A     Correct.                                     11:09:06

25       Q     Correct?  And what you're talking about      11:09:07

| | |
|---|---|
| 1 | is those are the 18 videos that you had? | 11:09:08 |
| 2 | A    That's right. | 11:09:11 |
| 3 | Q    And that there may have been additional | 11:09:12 |
| 4 | videos, but they were just snippets of the same 18 | 11:09:13 |
| 5 | videos, correct? | 11:09:16 |
| 6 | A    That's correct. | 11:09:18 |
| 7 | Q    And other than those videos and the | 11:09:18 |
| 8 | newspaper articles listed and the other materials | 11:09:25 |
| 9 | listed on pages 6 and 7, there were no other | 11:09:28 |
| 10 | materials that you reviewed? | 11:09:31 |
| 11 | A    That's correct. | 11:09:34 |
| 12 | Q    On page 5 it states: "I have been | 11:09:34 |
| 13 | provided with the following materials on which to | 11:09:36 |
| 14 | base my opinion," at the bottom there.  Do you see | 11:09:40 |
| 15 | that? | 11:09:44 |
| 16 | A    Yeah. | 11:09:44 |
| 17 | Q    Who provided the materials to you? | 11:09:45 |
| 18 | A    Mr. McMurtry's office.  His secretary | 11:09:47 |
| 19 | sent them. | 11:09:49 |
| 20 | Q    So under videos we just talked about, | 11:09:57 |
| 21 | the next category is newspaper articles reporting | 11:10:00 |
| 22 | on the incident of interest on page 6.  And is | 11:10:05 |
| 23 | this list here a complete list of all the news | 11:10:09 |
| 24 | articles you were provided and reviewed in | 11:10:13 |
| 25 | connection with your report? | 11:10:15 |

1       A    That is correct.                              11:10:16

2       Q    And did you review any of the TV news         11:10:17

3    broadcasts or video news segments that accompanied    11:10:20

4    the online news articles or did you just review       11:10:23

5    the online articles?                                  11:10:25

6       A    If you go to those links, if on the           11:10:27

7    link there was a video of the news reporter, I        11:10:30

8    looked at that or there, you know -- and that         11:10:32

9    is to say, if embedded in the news article there      11:10:35

10   was a video, I watched it.                            11:10:38

11      Q    Umm...                                        11:10:42

12      A    But that's all.                               11:10:44

13      Q    So, for example, in the second entry          11:10:44

14   here on page 6 for ABC's on-line article, Chris       11:10:51

15   Francescani and Bill Hutchinson you reviewed the      11:10:52

16   online article and if there was a video segment       11:11:02

17   linked to that you would have reviewed that, as       11:11:05

18   well?                                                 11:11:07

19      A    I would have watched it, yes.                 11:11:08

20      Q    Do you recall watching it?                    11:11:10

21      A    No, I do not.                                 11:11:11

22      Q    So for the next one, the CBS online           11:11:12

23   article it just lists the online article, Native      11:11:15

24   American veteran in viral video by Justin             11:11:18

25   Carissimo.  Did you review just that online           11:11:18

| | | |
|---|---|---|
| 1 | article or a broadcast linked within that article? | 11:11:27 |
| 2 | A    I'm sorry, I'd have to look at the | 11:11:33 |
| 3 | links that I was sent and look exactly at what I | 11:11:34 |
| 4 | saw. | 11:11:37 |
| 5 | As I recall, the only videos embedded | 11:11:38 |
| 6 | in these articles in general -- I don't remember | 11:11:40 |
| 7 | which was which, were either a news reporter | 11:11:43 |
| 8 | saying this is what happened and -- or a short | 11:11:46 |
| 9 | clip from one of the 18 videos that we have seen | 11:11:51 |
| 10 | here. | 11:11:54 |
| 11 | Q    Okay, so sitting here today with | 11:11:54 |
| 12 | respect to CBS's online article that you have | 11:11:56 |
| 13 | listed do you recall whether or not you also | 11:11:59 |
| 14 | watched the video segment, went to that article? | 11:12:02 |
| 15 | A    I do not recall about specific | 11:12:06 |
| 16 | articles.  The reason I do not recall is that | 11:12:09 |
| 17 | after I had viewed all this material I decided to | 11:12:11 |
| 18 | base my report entirely on the videos 1 through | 11:12:14 |
| 19 | 18, which is what I have done so I did not review | 11:12:18 |
| 20 | those subsequently, those newspaper articles. | 11:12:23 |
| 21 | Q    And would that be the same if I asked | 11:12:30 |
| 22 | you for the other newspaper articles -- | 11:12:32 |
| 23 | A    Yes, yes. | 11:12:34 |
| 24 | -- (overspeaking) . | 11:12:35 |
| 25 | Q    Let me finish the question.  Okay, | 11:12:36 |

| | | |
|---|---|---|
| 1 | thank you.  As to the other news articles listed | 11:12:37 |
| 2 | here, you don't recall sitting here today whether | 11:12:41 |
| 3 | you reviewed anything but the online article; | 11:12:43 |
| 4 | you'd have to go back and... | 11:12:46 |
| 5 | A    I do recall that I did not seek out | 11:12:48 |
| 6 | additional information linked to or associated | 11:12:50 |
| 7 | with the articles. | 11:12:54 |
| 8 | If there was in the article a video | 11:12:54 |
| 9 | clip, I clicked on that and watched it, otherwise | 11:12:58 |
| 10 | I did not go further. | 11:13:02 |
| 11 | Q    Sitting here today you don't recall | 11:13:07 |
| 12 | which specific ones you would have clicked on | 11:13:09 |
| 13 | links within the articles, correct? | 11:13:11 |
| 14 | A    No, I do not. | 11:13:13 |
| 15 | Q    Under "other materials" on page 7, I | 11:13:16 |
| 16 | list four other materials; do you see that there? | 11:13:23 |
| 17 | A    Yes. | 11:13:29 |
| 18 | Q    Final investigative report.  Letter | 11:13:31 |
| 19 | from Nick Sandmann to Bob Rowe.  Transcription of | 11:13:33 |
| 20 | Nick Sandmann's deposition.  Statement of Nick | 11:13:38 |
| 21 | Sandmann.  Are these the only materials that you | 11:13:40 |
| 22 | reviewed in connection with your report? | 11:13:44 |
| 23 | A    That is correct. | 11:13:46 |
| 24 | Q    And on page 8 you list at the top of | 11:13:47 |
| 25 | page 8, you know, you consulted several of the | 11:13:56 |

| | | |
|---|---|---|
| 1 | most respected dictionaries. And you list three | 11:13:58 |
| 2 | dictionaries there: The Oxford English Dictionary | 11:14:01 |
| 3 | on Historical Principles, Oxford University Press, | 11:14:03 |
| 4 | the Merriam-Webster's Collegiate Dictionary (11th | 11:14:08 |
| 5 | Edition) and The American Heritage Dictionary of | 11:14:11 |
| 6 | the American Language." You consulted those three | 11:14:16 |
| 7 | dictionaries, correct? | 11:14:20 |
| 8 | A    That's correct. | 11:14:21 |
| 9 | Q    Did you consult any other dictionaries? | 11:14:22 |
| 10 | A    No, I did not. | 11:14:23 |
| 11 | Q    We have been going about an hour now; | 11:14:36 |
| 12 | is that right? Should we take like a five-minute | 11:14:39 |
| 13 | break? Is that okay? | 11:14:42 |
| 14 | MR. McMURTRY: Sure. | 11:14:44 |
| 15 | MS. SPEARS: Okay, thanks. | 11:14:46 |
| 16 | THE VIDEOGRAPHER: The going | 11:14:48 |
| 17 | off-the-record, the time is 11:14 a.m. | 11:14:48 |
| 18 | (Recess taken from 11:14 a.m. to 11:29 a.m.) | 11:14:51 |
| 19 | THE VIDEOGRAPHER: We are going back on | 11:29:36 |
| 20 | the record. The time is 11:29 a.m. | 11:29:37 |
| 21 | BY MS. SPEARS: | 11:29:41 |
| 22 | Q    Okay, we're back on the record. So in | 11:29:42 |
| 23 | your report -- going back to your report | 11:29:52 |
| 24 | (indiscernible) on page 1 of the actual report | 11:29:55 |
| 25 | (indiscernible) the page that's dated November | 11:29:55 |

| | | |
|---|---|---|
| 1 | 10th 2021. | 11:29:55 |
| 2 | A    Yes. | 11:29:55 |
| 3 | Q    Because there's several page ones.  I | 11:29:55 |
| 4 | want to make sure I'm on (inaudible) you state | 11:29:55 |
| 5 | that you have been retained to answer the | 11:30:15 |
| 6 | following two questions pertaining to the above | 11:30:15 |
| 7 | cases basing my answers on the videos provided to | 11:30:15 |
| 8 | me (listed in section IV) below.  And then those | 11:30:15 |
| 9 | are -- just let me stop there for a second.  Those | 11:30:33 |
| 10 | are videos 1 through 18, correct? | 11:30:36 |
| 11 | A    Correct. | 11:30:39 |
| 12 | Q    And then you state later in the report, | 11:30:39 |
| 13 | that you've relied on videos provided to acquaint | 11:30:43 |
| 14 | you with as much details as possible of the | 11:30:48 |
| 15 | situation, correct? | 11:30:51 |
| 16 | A    Correct. | 11:30:52 |
| 17 | Q    How did you use the videos 1 to 18 in | 11:30:52 |
| 18 | reaching your decision?  What was your process? | 11:30:55 |
| 19 | A    I watched them many times and tried to | 11:30:58 |
| 20 | grab what was going on in each one and how they | 11:31:04 |
| 21 | correlated with each other, what was going on | 11:31:06 |
| 22 | generally in the situation and then, very | 11:31:09 |
| 23 | specifically, I watched repeatedly the segments of | 11:31:11 |
| 24 | the videos, especially the ones that I mentioned | 11:31:15 |
| 25 | in the report, where there was the lead-up to the | 11:31:18 |

| | | |
|---|---|---|
| 1 | interaction between Phillips and Sandmann and the | 11:31:22 |
| 2 | actual confrontation and the time at which it | 11:31:26 |
| 3 | broke off and what followed immediately after | 11:31:35 |
| 4 | that. | 11:31:35 |
| 5 | So I watched those many, many times. | 11:31:36 |
| 6 | Stopped them, went back, tried to see at which | 11:31:37 |
| 7 | point which things happened and what evidence I | 11:31:40 |
| 8 | could have about -- could see in the videos about | 11:31:41 |
| 9 | the nature of the interaction. | 11:31:45 |
| 10 | Q     Where did you watch the videos? | 11:31:49 |
| 11 | A     In my home office. | 11:31:50 |
| 12 | Q     And what type of screen or device did | 11:31:52 |
| 13 | you watch the videos on? | 11:31:54 |
| 14 | A     I have two large Dell monitors and I | 11:31:55 |
| 15 | put usually documents on one and videos on the | 11:31:58 |
| 16 | other. | 11:32:00 |
| 17 | Q     And did you utilize any software to | 11:32:01 |
| 18 | watch them faster or slower or frame-by-frame? | 11:32:05 |
| 19 | A     No. | 11:32:08 |
| 20 | Q     How much time did you say you spent | 11:32:09 |
| 21 | watching the videos?  You say you spent a lot of | 11:32:11 |
| 22 | time, quantify it for me. | 11:32:15 |
| 23 | A     My.  Well, I did it over the course of, | 11:32:18 |
| 24 | you know, first a couple of days when I gave my | 11:32:21 |
| 25 | initial and formal opinion and then over a week. | 11:32:25 |

1        I must have spent at least two or three          11:32:28
2    hours looking at those segments of the videos.        11:32:32
3        Q    So in total you'd say you spent what         11:32:36
4    two or three hours looking at the --                  11:32:38
5             -- (overspeaking) --                         11:32:39
6        A    The relevant segments.                       11:32:39
7        Q    -- 18 videos?                                11:32:39
8             -- (overspeaking) --                         11:32:41
9        A    The relevant segments.  Some of the          11:32:41
10   videos I just reviewed quickly.                       11:32:45
11            They were much more overall characters       11:32:48
12   of what's going on in the situation at the time,      11:32:49
13   for example with the Black Hebrew Israelites and      11:32:50
14   things like that.                                     11:32:54
15            I subsequently didn't pay much               11:32:54
16   attention to the segments, except for ones that       11:32:57
17   pertained to the -- immediate lead-up to the          11:32:59
18   Phillips Sandmann confrontation.                      11:33:03
19       Q    And so what was your goal then in            11:33:05
20   reviewing the videos?                                 11:33:10
21       A    My methodology is very simple: As I          11:33:13
22   told you, as a linguist I tried to get the truth      11:33:17
23   conditions.                                           11:33:20
24            Meaning is very rich and we talked           11:33:21
25   about slurs, for example, so there's many aspects     11:33:23

| | | |
|---|---|---|
| 1 | of meaning that you can't characterize in terms of | 11:33:25 |
| 2 | true or false and straightforward.  There's | 11:33:28 |
| 3 | emotional responses and offence and things.  I | 11:33:29 |
| 4 | wasn't looking for that. | 11:33:33 |
| 5 | I was trying to look at getting at when | 11:33:34 |
| 6 | would one of these passages that I was asked to | 11:33:36 |
| 7 | weigh in on, what would the situation be like in | 11:33:40 |
| 8 | order for that to be true and then I needed to | 11:33:45 |
| 9 | look at the videos to see, is this a situation in | 11:33:47 |
| 10 | which, given those truth conditions as I | 11:33:49 |
| 11 | understand them, given the plain language there, | 11:33:51 |
| 12 | is this a situation in which this passage is true. | 11:33:55 |
| 13 | So in order to do that I had to | 11:33:58 |
| 14 | acquaint myself as thoroughly as possible with the | 11:34:01 |
| 15 | events of that day as presented in the videos. | 11:34:03 |
| 16 | That's the only evidence that I had about what | 11:34:05 |
| 17 | actually occurred. | 11:34:07 |
| 18 | Q    Okay, and so you were reviewing the | 11:34:10 |
| 19 | videos to determine the facts of what happened? | 11:34:13 |
| 20 | A    Correct, insofar as they're represented | 11:34:16 |
| 21 | in the videos. | 11:34:20 |
| 22 | Q    And trying to reconstruct from the | 11:34:20 |
| 23 | videos what happened, correct? | 11:34:23 |
| 24 | A    Right. | 11:34:24 |
| 25 | Q    And later in your opinion on page 8, | 11:34:25 |

| | | |
|---|---|---|
| 1 | that last paragraph there on page 8, you explain | 11:34:33 |
| 2 | that, "Although (you) subsequently read | 11:34:37 |
| 3 | statements, interviews and depositions by Mr. | 11:34:37 |
| 4 | Phillips and Mr. Sandmann pertaining to their | 11:34:37 |
| 5 | encounter (that you) endeavored to form (your) | 11:34:37 |
| 6 | opinion not on the basis of those subsequent | 11:34:37 |
| 7 | statements, but solely on the basis of the | 11:34:37 |
| 8 | evidence in the videos," is that right? | 11:34:37 |
| 9 | A    Correct. | 11:34:55 |
| 10 | Q    And I think you said that before. | 11:34:56 |
| 11 | Why -- or when did you decide to base your report | 11:34:58 |
| 12 | solely on the videos 1 through 18? | 11:35:00 |
| 13 | A    As soon as I had reviewed all the | 11:35:03 |
| 14 | materials in the initial informal reviews that I | 11:35:05 |
| 15 | did, I -- knowing what my expertise is, is my | 11:35:08 |
| 16 | expertise is solely is were these statements, as I | 11:35:14 |
| 17 | understand them, as a native speaker and a | 11:35:18 |
| 18 | linguist, were these statements true of the | 11:35:23 |
| 19 | situation? | 11:35:24 |
| 20 |       The only evidence I have about what | 11:35:25 |
| 21 | actually occurred there is the videos.  All the | 11:35:27 |
| 22 | statements subsequent are people's opinions about | 11:35:29 |
| 23 | it or the way they represented it.  That has no | 11:35:32 |
| 24 | bearing on whether the statements were true. | 11:35:35 |
| 25 | Q    Okay, and so that's why -- well, strike | 11:35:43 |

1   that.  So why was it important to form your          11:35:43

2   opinions solely on the basis of the videos then?      11:35:45

3       A    The video is the only direct evidence        11:35:53

4   we have of what actually -- or that I have,           11:35:54

5   anyway, of what occurred there.  I wasn't there       11:35:55

6   and anything anybody tells me, they'd be skewed by    11:35:58

7   their own -- you know, what's at stake for them.      11:36:03

8       Q    And you note that on page 8 here:            11:36:05

9   "Someone's memory or construal of an event may not    11:36:07

10  correspond to the facts about the situation in        11:36:07

11  which it occurred.  It is only the situation          11:36:07

12  itself that is relevant to the truth of a             11:36:07

13  statement purporting to describe it." What do you     11:36:07

14  mean by their construal of an event?  Do you mean     11:36:20

15  the way a person perceives an event or what do you    11:36:25

16  mean?                                                  11:36:27

17      A    "Perceives" is too crude.  I think           11:36:28

18  people interpret what's happening to them all the     11:36:31

19  time it and that that can lead them to distort or     11:36:33

20  misrepresent what they're actually seeing right in    11:36:37

21  front of them.  And so as we know, in the law,        11:36:40

22  testimony always has to be understood relative to     11:36:43

23  the state of the person testifying, so I'm much       11:36:45

24  more interested in what I could see with my own       11:36:50

25  eyes in the videos.                                    11:36:51

| | | |
|---|---|---|
| 1 | Q    So what do you mean by "construal" | 11:36:53 |
| 2 | then? | 11:36:59 |
| 3 | A    Construal's like, for example -- in the | 11:36:59 |
| 4 | statements, Mr. Phillips says that "the guy..." | 11:37:03 |
| 5 | Let me find one of the passages, that Sandmann | 11:37:13 |
| 6 | positioned himself in front of him.  Well, it's no | 11:37:16 |
| 7 | doubt true that Sandmann was in front of Phillips. | 11:37:19 |
| 8 | Did Sandmann position himself in front | 11:37:23 |
| 9 | of Phillips?  That's another matter.  That's | 11:37:26 |
| 10 | Phillips' construal of the interaction that took | 11:37:29 |
| 11 | place between them.  So I didn't want to consider | 11:37:32 |
| 12 | anybody else's interpretation of the situation | 11:37:38 |
| 13 | because they might have interests that lend them | 11:37:40 |
| 14 | to misunderstand what happened in front of them. | 11:37:42 |
| 15 | Q    So that's his interpretation of that | 11:37:48 |
| 16 | situation. | 11:37:50 |
| 17 | A    That's his -- it's his representation | 11:37:50 |
| 18 | of the situation.  I'm not a psychologist.  I'm | 11:37:51 |
| 19 | not trying to say why he represented it that way. | 11:37:53 |
| 20 | Q    What -- so, a person can perceive an | 11:37:57 |
| 21 | event in a certain way but their perception may be | 11:38:03 |
| 22 | mistaken, is that what you're saying? | 11:38:07 |
| 23 | A    It may be that their perception is | 11:38:11 |
| 24 | mistaken or they may interpret what they actually | 11:38:12 |
| 25 | see, in terms of intentions in particular in a way | 11:38:15 |

| | | |
|---|---|---|
| 1 | that does not necessarily reflect what occurred. | 11:38:18 |
| 2 | Q    Okay, so you'd -- by design your | 11:38:20 |
| 3 | ultimate opinions are purposefully based only on | 11:38:23 |
| 4 | the videos and not based on what anyone who was | 11:38:27 |
| 5 | there said about what they remembered or construed | 11:38:31 |
| 6 | about the event, correct? | 11:38:34 |
| 7 | A    That's correct. | 11:38:35 |
| 8 | Q    And so in forming your opinions to | 11:38:35 |
| 9 | answer the two questions you were asked in this | 11:38:37 |
| 10 | case you did not rely on Mr. Sandmann's deposition | 11:38:39 |
| 11 | transcript or his other statements about the | 11:38:44 |
| 12 | incident; is that correct? | 11:38:45 |
| 13 | A    That is correct.  In fact, I didn't | 11:38:47 |
| 14 | even finish reading the Sandmann deposition.  I | 11:38:48 |
| 15 | decided that it would be a waste of their time and | 11:38:51 |
| 16 | money for me to do that. | 11:38:53 |
| 17 | Q    I take it you did not interview | 11:38:55 |
| 18 | Mr. Sandmann either? | 11:38:56 |
| 19 | A    I have never met him or talked with | 11:38:57 |
| 20 | him. | 11:38:59 |
| 21 | Q    Why not? | 11:39:00 |
| 22 | A    I don't think that bears on my expert | 11:39:02 |
| 23 | witness testimony.  My expertise is about:  Were | 11:39:04 |
| 24 | these true in the situation as it actually | 11:39:09 |
| 25 | occurred?  The only evidence I have of what | 11:39:12 |

1    actually occurred is the video.                    11:39:14

2         Q    Okay, and in forming your opinions to    11:39:16

3    answer the two questions you were asked in this    11:39:19

4    case, you also did not interview Mr. Phillips or   11:39:20

5    rely on any of Mr. Phillips' other statements      11:39:24

6    about the incident for the same reasons then,      11:39:27

7    correct?                                           11:39:28

8         A    That's correct.                          11:39:29

9         Q    And I take it you also did not discuss   11:39:30

10   the facts of the incident with any Covington       11:39:35

11   Catholic High School students or chaperones or any 11:39:41

12   of the bystanders or participants who were present 11:39:44

13   for the same reasons; is that correct?             11:39:47

14        A    So far as I know, I've never met any of  11:39:47

15   these people or spoken to them and for that reason 11:39:50

16   I would not want to.                               11:39:52

17        Q    Okay, so if I understand you're          11:39:53

18   endeavoring to be as objective as possible, to     11:39:54

19   review the video evidence and tell the court       11:39:57

20   objectively what happened here, based solely on    11:40:00

21   your review of the videos; right?                  11:40:02

22        A    That's what I endeavored to do.          11:40:04

23        Q    Let's look at page 13 of your report.    11:40:14

24   In page 13 of the report, in the last paragraph    11:40:43

25   you conclude, based on your review of the videos   11:40:45

1   that -- if you look at that last paragraph there:          11:40:49
2   "Phillips' outward behavior was consistent with            11:40:49
3   his merely intending to confront Sandmann. Hence           11:40:49
4   Phillips' claim that Sandmann intended to block            11:40:49
5   Phillips' way seems to be a conjecture on his              11:40:49
6   part."                                                     11:40:49
7            So Phillips' statement seems to you, to           11:41:03
8   be his conjecture that Sandmann intended to block          11:41:05
9   him, right?                                                11:41:08
10      A    That is his interpretation of the                 11:41:08
11  situation.  That's the way he represents it.               11:41:09
12      Q    So it's his conjecture, as you say?               11:41:12
13      A    That's the best understanding I have of           11:41:14
14  it, yes.                                                   11:41:16
15      Q    Did you consider that Phillips'                   11:41:17
16  experience as a Native American may have                   11:41:18
17  influenced how he perceived Mr. Sandmann's intent?         11:41:21
18      A    I have no doubt that that's true but              11:41:25
19  that does not fall within my expertise.                    11:41:27
20      Q    Are you a Native American?                        11:41:30
21      A    No, I'm not.                                      11:41:32
22      Q    You didn't grow up with Mr. Phillips'             11:41:33
23  life experiences, right?                                   11:41:35
24      A    Of course I did not.                              11:41:37
25      Q    And you are not trying to suggest that            11:41:38

1    you understand what his life experiences are as a      11:41:39

2    Native American or his experiences earlier in the      11:41:45

3    day in March, such that you know what he was           11:41:47

4    thinking during the encounter with Mr. Sandmann,       11:41:52

5    right?                                                 11:41:54

6            MR. McMURTRY:  Objection.  Go ahead.           11:41:55

7            THE WITNESS:  I have no idea of what           11:41:56

8    those are, no.  I did not represent myself as          11:41:56

9    understanding that.                                    11:42:01

10   BY MS. SPEARS:                                         11:42:01

11       Q    And you wouldn't deny the legitimacy of       11:42:02

12   someone else's cultural experiences or                 11:42:05

13   perceptions, right?                                    11:42:08

14           MR. McMURTRY:  Objection.                      11:42:09

15           THE WITNESS:  I think that has no              11:42:09

16   bearing on my expert witness testimony.                11:42:10

17   BY MS. SPEARS:                                         11:42:13

18       Q    But you're not trying to substitute           11:42:15

19   your perception for Mr. Phillips' perception as a      11:42:17

20   Native American, right?                                11:42:20

21           MR. McMURTRY:  Objection.                      11:42:22

22           THE WITNESS:  Again, I think that has          11:42:22

23   no bearing on what I have done here.  I'm not          11:42:23

24   doing that.                                            11:42:26

25   BY MS. SPEARS:                                         11:42:27

1      Q    People expressing their perceptions and          11:42:29

2   experiences, as we talked about before, typically       11:42:30

3   filter them through their own life experiences and      11:42:33

4   cultural references.  You'd agree with that,            11:42:37

5   right, we all do?                                       11:42:39

6      A    Most people do, yes.                            11:42:40

7      Q    Yes.  And you've done that before in            11:42:46

8   your life, right?                                       11:42:47

9           MR. McMURTRY:  Objection.  Go ahead.            11:42:49

10          THE WITNESS:  I presume I have, yes.            11:42:50

11  BY MS. SPEARS:                                          11:42:52

12     Q    And you've seen others do so, right?            11:42:52

13     A    I have seen that.                               11:42:54

14     Q    Isn't that also the case where someone          11:42:57

15  is trying to decipher another person's intent,          11:42:59

16  they reference their own life experiences and           11:43:03

17  cultural experiences?                                   11:43:06

18     A    You are asking me for opinions that             11:43:07

19  I have as a private person and I have views about       11:43:09

20  these things but they have no bearing on what I've      11:43:12

21  done in this report.                                    11:43:15

22     Q    No, I'm asking in your capacity as an           11:43:16

23  expert here.  Isn't it the case when somebody is        11:43:18

24  speaking and trying to decipher someone else's          11:43:24

25  intent, they filter through their life experiences      11:43:26

| | | |
|---|---|---|
| 1 | when doing so -- | 11:43:30 |
| 2 | -- (overspeaking) -- | 11:43:31 |
| 3 | A    It may very well be that -- | 11:43:32 |
| 4 | -- (overspeaking) -- | 11:43:34 |
| 5 | Q    Sorry. | 11:43:34 |
| 6 | A    It may very well be that people do this | 11:43:34 |
| 7 | but it has no bearing on the truth of what occurs. | 11:43:35 |
| 8 | Q    But they may be expressing their | 11:43:41 |
| 9 | perception, based on their life experiences, their | 11:43:43 |
| 10 | cultural references, what they are perceiving in | 11:43:48 |
| 11 | the world at the time; is that fair? | 11:43:50 |
| 12 | A    I would not agree with what you said | 11:43:52 |
| 13 | unless you interpret perception not as perception | 11:43:54 |
| 14 | of the actual circumstances, but as construable | 11:43:57 |
| 15 | and that is not the same thing. | 11:44:01 |
| 16 | Q    Okay, what do you mean? | 11:44:04 |
| 17 | A    One can construe what is happening in | 11:44:06 |
| 18 | front of one's eyes, especially when it comes to | 11:44:08 |
| 19 | intent, without actually having heard evidence and | 11:44:11 |
| 20 | may be incorrect, one's construal. | 11:44:14 |
| 21 | That construal may be in part a | 11:44:17 |
| 22 | function of one's background and experience.  I | 11:44:19 |
| 23 | don't dispute that; we do that all the time. | 11:44:21 |
| 24 | That's how misunderstanding arises.  But that has | 11:44:26 |
| 25 | no bearing on the truth of what actually occurs | 11:44:28 |

1  and that only the truth of what I saw was what        11:44:29

2  bore on my report.                                    11:44:32

3      Q    Have you ever studied Native Americans       11:44:36

4  culture before?                                       11:44:38

5      A    Not as an expert.  I have no expertise       11:44:39

6  in it.  I've been interested, but that's a            11:44:41

7  distinct issue --                                     11:44:45

8      Q    What do you know Mr. Phillips'               11:44:47

9  background, anything?                                 11:44:48

10     A    Not as an expert.                            11:44:51

11     Q    Do you know how old Mr. Phillips is?         11:44:52

12     A    I believe it said in one of the             11:44:57

13  reports, but I don't remember.  He might have been   11:44:59

14  in his 60s or 70s.  Not reports, the articles.       11:45:01

15     Q    Do you know where he was born or what        11:45:03

16  tribe he's affiliated with?                          11:45:05

17     A    Again, I believe it said in one of the      11:45:08

18  articles but I don't remember that.                  11:45:09

19     Q    At the your conclusion of your report        11:45:11

20  at page 14, in one of the penultimate, sort of,      11:45:14

21  paragraphs there, you say that you endeavored to     11:45:16

22  be completely neutral about the apparent views of    11:45:19

23  the individuals involved, not speculating about      11:45:23

24  motives or intentions and paid attention solely to   11:45:26

25  the facts as evident in the videos; do you see       11:45:29

| | | |
|---|---|---|
| 1 | that there? | 11:45:33 |
| 2 | A    Yes, I do. | 11:45:34 |
| 3 | Q    And that's right?  You did that? | 11:45:35 |
| 4 | A    I did say that, yes. | 11:45:37 |
| 5 | Q    And that's what you did? | 11:45:38 |
| 6 | A    And that is what I did. | 11:45:40 |
| 7 | Q    When you refer to the individuals | 11:45:41 |
| 8 | involved, are you talking about Mr. Phillips and | 11:45:42 |
| 9 | Mr. Sandmann? | 11:45:43 |
| 10 | A    Those are the people I was primarily | 11:45:44 |
| 11 | talking about, yes. | 11:45:46 |
| 12 | Q    And you write that you tried to be | 11:45:48 |
| 13 | completely neutral about their apparent views.  So | 11:45:50 |
| 14 | obviously it appears to you that they -- Sandmann | 11:45:54 |
| 15 | and Phillips each have expressed views about what | 11:45:57 |
| 16 | happened, right? | 11:46:00 |
| 17 | A    Each what? | 11:46:00 |
| 18 | Q    Have expressed views about what | 11:46:02 |
| 19 | happened, correct? | 11:46:03 |
| 20 | A    Yes. | 11:46:03 |
| 21 | Q    And so with respect to Mr. Phillips' | 11:46:04 |
| 22 | expression that Sandmann intended to block | 11:46:07 |
| 23 | Phillips' way, you're not taking the position that | 11:46:10 |
| 24 | Mr. Phillips was lying, right? | 11:46:13 |
| 25 | A    No, I'm making no attributions to them | 11:46:15 |

| | | |
|---|---|---|
| 1 | about his intent or what he meant to say -- why he | 11:46:18 |
| 2 | meant -- said what he said. | 11:46:20 |
| 3 |     Q   You are not disputing that that may be | 11:46:22 |
| 4 | Mr. Phillips' opinion, right? | 11:46:25 |
| 5 |     A   I am not disputing it. | 11:46:27 |
| 6 |     Q   And the same for Mr. Sandmann.  You are | 11:46:28 |
| 7 | not taking a position on his motives, right? | 11:46:29 |
| 8 |     A   No. | 11:46:32 |
| 9 |     Q   But it's your opinion that the view | 11:46:32 |
| 10 | Mr. Phillips expressed about Sandmann's intent was | 11:46:34 |
| 11 | mistaken? | 11:46:39 |
| 12 |     A   No, I am not talking about what he said | 11:46:40 |
| 13 | about his intent, except insofar as it said that | 11:46:42 |
| 14 | he -- that he attributed to Sandmann moving in | 11:46:45 |
| 15 | specific ways so as to block him.  I saw no | 11:46:49 |
| 16 | evidence of that in the videos. | 11:46:52 |
| 17 |     Q   So -- | 11:46:57 |
| 18 |     A   I'm not bringing any psychological | 11:46:57 |
| 19 | analysis to bear on this. | 11:47:00 |
| 20 |     Q   So, it's your opinion that the view | 11:47:01 |
| 21 | that Mr. Phillips expressed about Mr. Sandmann's | 11:47:04 |
| 22 | intent was not correct? | 11:47:06 |
| 23 |     A   I think he misrepresented the | 11:47:08 |
| 24 | situation.  For whatever reason, I do not know. | 11:47:10 |
| 25 |     Q   How do -- let's talk a bit more about | 11:47:19 |

| | | |
|---|---|---|
| 1 | how people convey intent. | 11:47:22 |
| 2 | In your experience, other than by | 11:47:26 |
| 3 | speaking or using words, how do people convey | 11:47:27 |
| 4 | their intent? | 11:47:30 |
| 5 | A   I can only testify as a non-expert | 11:47:35 |
| 6 | about that.  Do you want me to say my personal | 11:47:37 |
| 7 | opinion?  It has no bearing on the report. | 11:47:40 |
| 8 | Q   Because you don't have expertise in | 11:47:45 |
| 9 | answering that question. | 11:47:49 |
| 10 | A   I am not here as a psychologist. | 11:47:51 |
| 11 | I have no expertise in that domain.  Yes. | 11:47:52 |
| 12 | Q   So, you have no expertise in how people | 11:48:01 |
| 13 | convey intent? | 11:48:03 |
| 14 | A   I do.  How they convey intent | 11:48:04 |
| 15 | linguistically.  Linguistic meaning is something | 11:48:08 |
| 16 | people who are native speakers of the language | 11:48:13 |
| 17 | intend to convey when they make an utterance, as | 11:48:13 |
| 18 | long as they are not delusionary or talking in | 11:48:15 |
| 19 | their sleep. | 11:48:17 |
| 20 | I don't think that that has a bearing | 11:48:18 |
| 21 | on this case, so what Mr. Phillips said is | 11:48:19 |
| 22 | something he had a -- had a meaning that he | 11:48:21 |
| 23 | intended to convey.  And it is that meaning, | 11:48:24 |
| 24 | taking it -- him to be a native speaker of the | 11:48:27 |
| 25 | language which I was assessing and whether it is | 11:48:30 |

| | | |
|---|---|---|
| 1 | true with respect to the videos that I observed. | 11:48:32 |
| 2 | That is all. | 11:48:35 |
| 3 | Q    Okay, so you don't have any expertise. | 11:48:36 |
| 4 | You are not here portraying yourself as having | 11:48:37 |
| 5 | expertise about how people might convey intent | 11:48:43 |
| 6 | through movement or body language or facial | 11:48:45 |
| 7 | expressions, correct? | 11:48:48 |
| 8 | A    Correct. | 11:48:50 |
| 9 | Q    In addition to life experiences in | 11:48:58 |
| 10 | culture which we talked about can impact the way | 11:49:00 |
| 11 | people perceive things, can someone else's body | 11:49:04 |
| 12 | language and facial expressions influence how | 11:49:09 |
| 13 | someone, potentially perceives another person's | 11:49:12 |
| 14 | intent? | 11:49:14 |
| 15 | A    I am told that that is the case.  Again | 11:49:15 |
| 16 | I have no expertise. | 11:49:17 |
| 17 | Q    Have you experienced that in your own | 11:49:18 |
| 18 | life? | 11:49:20 |
| 19 | A    Of course I have.  Yes, of course. | 11:49:20 |
| 20 | Q    How about the setting or atmosphere of | 11:49:22 |
| 21 | the situation?  In other words, what's happening | 11:49:23 |
| 22 | around someone, what others around someone are | 11:49:25 |
| 23 | doing in that moment, can that affect perception? | 11:49:28 |
| 24 | A    Of course it does. | 11:49:30 |
| 25 | Q    You agree, by the way, and it's also on | 11:49:36 |

| | | |
|---|---|---|
| 1 | page 14 of your report if you want to reference | 11:49:38 |
| 2 | that, on the videos you see the other students | 11:49:40 |
| 3 | parted for Mr. Phillips as he approached and | 11:49:43 |
| 4 | Mr. Sandmann did not, right? | 11:49:45 |
| 5 | A    I did not say that all the other | 11:49:48 |
| 6 | students did.  I said that some students moved | 11:49:50 |
| 7 | aside as he walked up, yes. | 11:49:52 |
| 8 | Q    And some students let him go by, but | 11:49:54 |
| 9 | Mr. Sandmann stayed put, correct. | 11:49:57 |
| 10 | A    It wasn't that he was the only person | 11:49:59 |
| 11 | remaining.  The way you put the question, I think | 11:50:01 |
| 12 | distorts the situation. | 11:50:04 |
| 13 | Q    Right.  But you just -- you have it | 11:50:05 |
| 14 | here in your report on 14.  "Some of the other | 11:50:07 |
| 15 | boys..." | 11:50:11 |
| 16 | A    Some of them. | 11:50:12 |
| 17 | Q    "...moved away from Phillips as the | 11:50:12 |
| 18 | latter approached and let him go by, while | 11:50:14 |
| 19 | Sandmann stayed in one place," right? | 11:50:18 |
| 20 | A    And that's what I was saying.  "Some of | 11:50:19 |
| 21 | the other boys," yes.  Thank you. | 11:50:20 |
| 22 | Q    Absent somebody saying "this is my | 11:50:24 |
| 23 | intent," can one ever be sure what someone else's | 11:50:26 |
| 24 | intent is? | 11:50:30 |
| 25 | A    Again, I have no expertise but I doubt | 11:50:32 |

1   it.                                              11:50:34

2       Q    And you are not considering whatever    11:50:36

3   Mr. Sandmann said his intent was, obviously      11:50:38

4   because you didn't talk to him or review his     11:50:41

5   deposition, correct?                             11:50:43

6            MR. McMURTRY:  Objection, go ahead.     11:50:45

7            THE WITNESS:  That's correct.  I do not  11:50:46

8   have any idea what his intent was in that        11:50:47

9   circumstance.  That would be pure speculation as a 11:50:50

10  private person.                                  11:50:53

11  BY MS. SPEARS:                                   11:50:53

12      Q    Okay, what you're trying to infer       11:50:56

13  though is Sandmann and Phillips' intention solely 11:50:57

14  from watching the videos, right?                 11:51:00

15      A    No --                                   11:51:01

16           MR. McMURTRY:  Objection.  Go ahead.    11:51:02

17           THE WITNESS:  -- that is not what I'm    11:51:02

18  doing.  I am not inferring intentions.  I'm      11:51:04

19  looking at the meanings of the words that Phillips 11:51:07

20  said in his -- those two statements.  I know what 11:51:09

21  the meanings are, the expertise that bears on    11:51:13

22  that.                                            11:51:15

23           Then I look at the videos and I see,    11:51:16

24  given the truth conditions, what would have to be 11:51:18

25  the case for those two statements to be true.    11:51:20

| | | |
|---|---|---|
| 1 | I'd look at what I see in the video and | 11:51:23 |
| 2 | I decide whether that seems to be true, given that | 11:51:25 |
| 3 | video evidence.  I have no -- I do not bring any | 11:51:29 |
| 4 | evidence of intent to bear here except for | 11:51:33 |
| 5 | linguistic intent.  Phillips uttered the | 11:51:37 |
| 6 | statement.  He was conscious.  He's a native | 11:51:40 |
| 7 | speaker of English.  He know what they mean.  I | 11:51:43 |
| 8 | take him to mean what he meant, so that's | 11:51:46 |
| 9 | intention.  Apart from that, I attribute no | 11:51:48 |
| 10 | intention no anyone in my report. | 11:51:50 |
| 11 | BY MS. SPEARS: | 11:51:52 |
| 12 | Q   By the way, in your report you | 11:51:53 |
| 13 | described the situation as a confrontation.  Why | 11:51:54 |
| 14 | do you use that word? | 11:51:57 |
| 15 | A   I think that is, in fact, what | 11:51:58 |
| 16 | happened.  It was a confrontation.  If you look up | 11:51:59 |
| 17 | the word "confrontation" in the dictionary, it's | 11:52:01 |
| 18 | two people standing face-to-face unmoving.  In | 11:52:04 |
| 19 | this case, very, very close range.  I would call | 11:52:07 |
| 20 | that a confrontation. | 11:52:10 |
| 21 | Q   Is a confrontation indicative that | 11:52:11 |
| 22 | people are on opposing sides? | 11:52:15 |
| 23 | A   I think it has that connotation, yes. | 11:52:18 |
| 24 | This was not a friendly interaction.  It wasn't, | 11:52:24 |
| 25 | you know -- yeah. | 11:52:27 |

| | | |
|---|---|---|
| 1 | Q    Why was it not friendly? | 11:52:28 |
| 2 | A    Oh, well, we can discuss that.  That | 11:52:31 |
| 3 | has to do with intentions and history and that's | 11:52:32 |
| 4 | not my expertise. | 11:52:34 |
| 5 | I'm just looking at what I saw in the | 11:52:36 |
| 6 | video.  Two people extremely close, face-to-face. | 11:52:37 |
| 7 | One person beating a drum in the other's face. | 11:52:42 |
| 8 | The other one's eyes blinking because the drum is | 11:52:46 |
| 9 | disturbing and -- | 11:52:49 |
| 10 | -- (overspeaking) -- | 11:52:51 |
| 11 | Q    Why wasn't it friendly? | 11:52:52 |
| 12 | MR. McMURTRY:  Can she finish her guess | 11:52:53 |
| 13 | -- answer? | 11:52:54 |
| 14 | MS. SPEARS:  Oh sure.  I thought she | 11:52:54 |
| 15 | was done. | 11:52:55 |
| 16 | THE WITNESS:  So, I'm simply saying | 11:52:56 |
| 17 | that it did not look like a comfortable | 11:52:57 |
| 18 | interaction and it was unusually close range. | 11:52:59 |
| 19 | Most people who don't know each other | 11:53:01 |
| 20 | and I took it these individuals did not know each | 11:53:03 |
| 21 | other, do not come so close to each other in that | 11:53:06 |
| 22 | way. | 11:53:09 |
| 23 | BY MS. SPEARS: | 11:53:09 |
| 24 | Q    Okay, anything else about the | 11:53:11 |
| 25 | atmosphere that was not friendly, you said a | 11:53:11 |

| | | |
|---|---|---|
| 1 | second ago? | 11:53:13 |
| 2 | A    I think -- | 11:53:14 |
| 3 | Q    The history of it, you said. | 11:53:15 |
| 4 | A    The history meaning the (inaudible) -- | 11:53:17 |
| 5 | that particular circumstance. | 11:53:17 |
| 6 | -- (overspeaking) -- | 11:53:18 |
| 7 | Q    You said, we can talk about the history | 11:53:18 |
| 8 | of it. | 11:53:20 |
| 9 | A    Okay, I'm not sure exactly what I was | 11:53:21 |
| 10 | alluding to.  But if you look at the situation | 11:53:23 |
| 11 | where there are two, three groups of people in DC | 11:53:25 |
| 12 | for different kinds of protests, and some of them | 11:53:30 |
| 13 | are on different sides of various kinds of | 11:53:33 |
| 14 | political issues and they all know that about each | 11:53:36 |
| 15 | other, as evident in their attire and their | 11:53:38 |
| 16 | behavior and what they're saying, so I would say | 11:53:41 |
| 17 | that that was not a friendly interaction because | 11:53:44 |
| 18 | of that.  That is part of the context and they all | 11:53:46 |
| 19 | knew that. | 11:53:49 |
| 20 | Q    They had cultural differences? | 11:53:50 |
| 21 | A    I didn't say they were cultural.  There | 11:53:53 |
| 22 | were very clear political differences in this | 11:53:56 |
| 23 | case. | 11:53:58 |
| 24 | Q    And that impacted the atmosphere in the | 11:54:00 |
| 25 | sense of the participants involved, correct? | 11:54:05 |

| | | |
|---|---|---|
| 1 | A    I would say so. | 11:54:08 |
| 2 | Q    Some other places in your report you | 11:54:15 |
| 3 | use the word "encounter."  Any difference in the | 11:54:17 |
| 4 | word choices there? | 11:54:21 |
| 5 | A    That's just a -- I wasn't using that to | 11:54:22 |
| 6 | be -- make a particular point.  It's a slightly | 11:54:24 |
| 7 | more neutral term than confrontation. | 11:54:26 |
| 8 | Encounter is more neutral and it's more | 11:54:29 |
| 9 | vague.  Two people can encounter each other | 11:54:31 |
| 10 | accidentally.  I don't think this was an | 11:54:34 |
| 11 | accidental encounter.  So the confrontation means | 11:54:37 |
| 12 | it's not friendly and it's not accidental. | 11:54:41 |
| 13 | Q    In terms of the clear political | 11:54:44 |
| 14 | differences you noted, how do you know | 11:54:47 |
| 15 | Mr. Phillips' political -- | 11:54:50 |
| 16 | -- (overspeaking) -- | 11:54:53 |
| 17 | A    I actually don't know his political | 11:54:54 |
| 18 | views, but I do know, like I said, that he was | 11:54:58 |
| 19 | there to protest for Native American rights.  And | 11:54:59 |
| 20 | I know that he -- as a -- I'm assuming as a person | 11:55:03 |
| 21 | who knows some -- has some background about | 11:55:10 |
| 22 | American politics at the time of this occasion, | 11:55:13 |
| 23 | that someone who was protesting for Native | 11:55:15 |
| 24 | American rights and also given other things that | 11:55:19 |
| 25 | other protestors with Phillips were saying to the | 11:55:23 |

| | | |
|---|---|---|
| 1 | boys from Covington Catholic High about "Go back | 11:55:26 |
| 2 | to Europe" and stuff like that, that they -- there | 11:55:31 |
| 3 | was a lot of bad feeling at that time between | 11:55:35 |
| 4 | Native Americans and people on the far right | 11:55:38 |
| 5 | which, wearing a MAGA hat identifies oneself as | 11:55:40 |
| 6 | being.  There were -- so political differences | 11:55:46 |
| 7 | about what constituted being native but -- and | 11:55:48 |
| 8 | that these things were evident to all of the | 11:55:50 |
| 9 | participants in that interaction. | 11:55:57 |
| 10 | Q    And that is what you talked about in | 11:56:00 |
| 11 | terms of contributing to the atmosphere that | 11:56:01 |
| 12 | made it -- | 11:56:04 |
| 13 | A    Yes. | 11:56:04 |
| 14 | Q    -- unfriendly, correct? | 11:56:04 |
| 15 | A    That's correct.  I think so. | 11:56:05 |
| 16 | Q    Let's go back to your report at the | 11:56:13 |
| 17 | beginning on page 1 and 2 of the actual report. | 11:56:16 |
| 18 | A    Yes. | 11:56:20 |
| 19 | Q    Where the date, November 10, 2021 was | 11:56:20 |
| 20 | on page 1.  Are you there? | 11:56:23 |
| 21 | A    Yes. | 11:56:30 |
| 22 | Q    And you were asked to provide your | 11:56:30 |
| 23 | opinion on two questions, correct? | 11:56:32 |
| 24 | A    Correct. | 11:56:34 |
| 25 | Q    And who came up with those questions? | 11:56:34 |

| | | |
|---|---|---|
| 1 | A     Mr. McMurtry so far as I know.  He's | 11:56:37 |
| 2 | the one that posed them to me. | 11:56:40 |
| 3 | Q     Okay, and when was that? | 11:56:41 |
| 4 | A     That was probably in October.  It was | 11:56:42 |
| 5 | probably -- it was either late October or the | 11:56:45 |
| 6 | beginning of November.  I really only worked on | 11:56:47 |
| 7 | this report part-time for seven or eight or ten | 11:56:50 |
| 8 | days.  I can't remember exactly.  I have the | 11:56:53 |
| 9 | notes, if you need to know. | 11:56:56 |
| 10 | Q     And that was in October? | 11:56:57 |
| 11 | A     Either late October or early November. | 11:56:58 |
| 12 | It might have just all been in November.  I don't | 11:57:00 |
| 13 | remember exactly when I started working on the | 11:57:02 |
| 14 | formal report, but I have the notes. | 11:57:04 |
| 15 | Q     Did you have the questions that -- when | 11:57:06 |
| 16 | did you have the questions? | 11:57:08 |
| 17 | A     I believe -- first of all, I knew he | 11:57:10 |
| 18 | was interested in those passages in September when | 11:57:12 |
| 19 | we had the informal discussion about the case | 11:57:14 |
| 20 | because he informally asked me what I thought | 11:57:17 |
| 21 | these passages meant and whether they were true in | 11:57:22 |
| 22 | those videos.  But the formal questions that he | 11:57:24 |
| 23 | posed were posed -- you know, let's say it's | 11:57:26 |
| 24 | either the last of October or the beginning of | 11:57:29 |
| 25 | November. | 11:57:31 |

| | | |
|---|---|---|
| 1 | Q    Okay. | 11:57:32 |
| 2 | A    But I knew he -- previously that he was | 11:57:32 |
| 3 | interested in those passages. | 11:57:35 |
| 4 | Q    Okay, and how did you develop your | 11:57:36 |
| 5 | processes for how you would approach answering | 11:57:38 |
| 6 | those questions? | 11:57:40 |
| 7 | A    Pretty simple.  As I told you, I had | 11:57:43 |
| 8 | already informally reviewed the material.  I gave | 11:57:45 |
| 9 | more careful consideration.  I didn't have the | 11:57:48 |
| 10 | deposition when I did the first -- had the first | 11:57:50 |
| 11 | informal conversations with Mr. McMurtry, and so | 11:57:53 |
| 12 | then I was given the deposition and some of the | 11:57:57 |
| 13 | other report from the investigator and so forth | 11:58:00 |
| 14 | and the formal questions.  So I had these | 11:58:04 |
| 15 | materials. | 11:58:11 |
| 16 | I spent another day or so looking | 11:58:12 |
| 17 | through all the materials and then quickly decided | 11:58:13 |
| 18 | that I wanted to ignore everything except what was | 11:58:15 |
| 19 | in the videos, that that would be the most | 11:58:20 |
| 20 | appropriate methodology given that, as I told you, | 11:58:21 |
| 21 | my methodology is to determine the truth | 11:58:25 |
| 22 | conditional character of the passages. | 11:58:28 |
| 23 | When would they be true, on the basis | 11:58:31 |
| 24 | of a linguistic analysis of the plain meaning and | 11:58:34 |
| 25 | then look at the evidence that we have about what | 11:58:41 |

1    actually occurred, which I think the most -- which        11:58:41

2    I think the only high quality evidence we have of          11:58:45

3    what actually occurred was the videos because I            11:58:48

4    told you I want to disregard people's opinions             11:58:48

5    about them or reports on them.  So I decided the           11:58:51

6    best thing to do was just do my linguistic                 11:58:53

7    analysis, look at the videos and see whether I             11:58:56

8    thought these things were true in those                    11:58:59

9    circumstances as represented in the videos.                11:59:00

10        Q    And you talk about reasonable reader in          11:59:11

11   your -- in question 1. Would a reasonable                  11:59:12

12   reader under -- and question 2 --                          11:59:15

13        A    Yes.                                             11:59:15

14        Q    You used the phrase "reasonable                  11:59:15

15   reader," right?                                            11:59:17

16             MR. McMURTRY:  Objection.  She said              11:59:17

17   that I posed the questions.                                11:59:18

18             THE WITNESS:  Yeah.                              11:59:20

19             MS. SPEARS:  Fair enough.                        11:59:20

20             THE WITNESS:  Todd posed the question.           11:59:20

21   BY MS. SPEARS:                                             11:59:23

22        Q    Fair enough.  Let me rephrase that.              11:59:23

23             Mr. McMurtry in his question 1 says --           11:59:25

24   or uses the phrase "reasonable reader."                    11:59:29

25             Do you use that phrase and what does it          11:59:33

| | | |
|---|---|---|
| 1 | mean to you? | 11:59:41 |
| 2 | A    As an expert, I would be more inclined | 11:59:42 |
| 3 | to say a rational native speaker of the language | 11:59:43 |
| 4 | in question -- | 11:59:47 |
| 5 | Q    This -- | 11:59:49 |
| 6 | A    -- who read and understood the | 11:59:49 |
| 7 | passages, yes; that's what I'm looking at. | 11:59:51 |
| 8 | Q    Is that just a more highbrow way of | 11:59:52 |
| 9 | saying "reasonable reader"? | 11:59:55 |
| 10 | A    It's more accurate, in some ways.  I | 11:59:56 |
| 11 | mean, if you were a reader of -- if you're a | 11:59:59 |
| 12 | French person who doesn't speak English very well | 12:00:01 |
| 13 | and you read this, I'm not sure if they're the | 12:00:03 |
| 14 | person we're aiming at.  We want plain meaning of | 12:00:06 |
| 15 | English, so we want a native speaker.  That's why | 12:00:09 |
| 16 | just any old reader isn't good enough.  That's why | 12:00:11 |
| 17 | I say a native speaker.  And I want rational | 12:00:14 |
| 18 | because irrationality can lead people to | 12:00:17 |
| 19 | misinterpret all kind of things so, yeah. | 12:00:20 |
| 20 | Q    So, it doesn't -- so reasonable reader | 12:00:23 |
| 21 | doesn't just mean an ordinary person reading the | 12:00:25 |
| 22 | statements? | 12:00:27 |
| 23 | A    Oh, it does -- ordinary people are | 12:00:28 |
| 24 | typically not insane, so they're rational and if | 12:00:30 |
| 25 | they're native speakers they fall within this | 12:00:33 |

| | | | |
|---|---|---|---|
| 1 | | group so, yes, your ordinary native speaker who is | 12:00:36 |
| 2 | | not out of their mind would be a reasonable reader | 12:00:41 |
| 3 | | that we had in mind here. | 12:00:42 |
| 4 | Q | Does culture matter? | 12:00:46 |
| 5 | A | No. | 12:00:48 |
| 6 | Q | Does context matter? | 12:00:48 |
| 7 | A | In so far as you've got words like "I" | 12:00:49 |
| 8 | | and "now" and "tense," yes, that matters.  Yes. | 12:00:49 |
| 9 | Q | And that's part of your study -- | 12:00:56 |
| 10 | A | Yes, that's correct. | 12:00:57 |
| 11 | Q | -- in your background in pragmatics, | 12:00:58 |
| 12 | | correct? | 12:01:00 |
| 13 | A | Correct. | 12:01:00 |
| 14 | Q | See, I'm learning already. | 12:01:02 |
| 15 | A | You are. | 12:01:03 |
| 16 | Q | Are there unreasonable readers? | 12:01:03 |
| 17 | A | Umm... well -- | 12:01:07 |
| 18 | Q | Would that be someone who is insane; is | 12:01:10 |
| 19 | | that -- | 12:01:13 |
| 20 | A | Well, there's another matter here.  So, | 12:01:14 |
| 21 | | understand the following statement to be false in | 12:01:16 |
| 22 | | view of the videos.  A person might watch the | 12:01:18 |
| 23 | | videos and have very strong prejudices.  For | 12:01:22 |
| 24 | | example, be a far right-wing person and have an | 12:01:27 |
| 25 | | interpretation of what Mr. Phillips does that | 12:01:32 |

```
1    attributes him -- things to him or intentions that        12:01:34
2    he did not have, right?                                   12:01:36
3            So, I think the reasonable (sic) there            12:01:38
4    could be if you're going to set aside prejudice           12:01:40
5    and distortion of what you see, given what you can        12:01:43
6    see in the video and you're a native speaker and          12:01:48
7    you're rational, would you take this to be false?         12:01:51
8       Q    Go to page 5 of your report.  This is a           12:01:58
9    summary in the middle of the page under III,              12:02:09
10   "Summary of Opinions."                                    12:02:12
11      A    Yes.                                               12:02:15
12      Q    Is that right?                                     12:02:15
13      A    Correct.                                           12:02:16
14      Q    Are all of the opinions you intend to             12:02:17
15   offer in this case expressed in your written             12:02:19
16   report that we've marked here?                            12:02:21
17      A    Yes.                                               12:02:22
18      Q    So you don't have any other opinions              12:02:24
19   that are not expressed in your written report             12:02:26
20   here?                                                      12:02:28
21      A    I have not been asked as an expert to             12:02:29
22   give any additional opinions.  These are they.            12:02:31
23      Q    Let's go on that same page.  Again, I             12:02:37
24   want to ask you about this reasonable native             12:02:40
25   speaker and I think you just answered it, but I           12:02:44
```

| | | |
|---|---|---|
| 1 | want to make sure I'm clear.  So you say: | 12:02:47 |
| 2 | "A reasonable native speaker of English | 12:02:50 |
| 3 | reading (each) passage would take it to be false | 12:02:50 |
| 4 | in the circumstances captured in the videos of the | 12:02:50 |
| 5 | encounter which have been provided to me." | 12:02:50 |
| 6 | And we talked about a reasonable | 12:03:04 |
| 7 | reader. So is a reasonable reader a native speaker | 12:03:04 |
| 8 | of English or are you qualifying your opinion to | 12:03:06 |
| 9 | pertain to native English speakers? | 12:03:10 |
| 10 | A    I didn't understand your question. | 12:03:14 |
| 11 | Q    What are you -- by saying "Native | 12:03:15 |
| 12 | speaker of English," who are you excluding? | 12:03:17 |
| 13 | A    I'm excluding people who might have not | 12:03:19 |
| 14 | learned English perfectly.  So by saying "native | 12:03:23 |
| 15 | speaker" I'm talking about people who command the | 12:03:26 |
| 16 | English language. | 12:03:29 |
| 17 | Q    And what does -- "would take it to be | 12:03:33 |
| 18 | false" mean? | 12:03:36 |
| 19 | A    If they were to watch the video and | 12:03:39 |
| 20 | they were a native speaker and they only looked at | 12:03:41 |
| 21 | what actually occurred in the video, they would | 12:03:45 |
| 22 | say this was false. | 12:03:47 |
| 23 | Q    And what does: "In the circumstances | 12:03:50 |
| 24 | captured in the videos of the encounter" mean? | 12:03:53 |
| 25 | A    That means what the video showed | 12:03:55 |

| | | |
|---|---|---|
| 1 | occurred.  Videos do not show intent; they show | 12:03:56 |
| 2 | action, behavior, what actually occurs. | 12:04:01 |
| 3 | Q    And again, this is you -- well, strike | 12:04:05 |
| 4 | that.  Let's go to page 7 of your report. | 12:04:07 |
| 5 | Page 7 of your report, you say:  "In | 12:04:35 |
| 6 | determining truth conditions, the science of | 12:04:37 |
| 7 | linguistics is purely descriptive aiming to | 12:04:37 |
| 8 | determine the plain meaning of an expression that | 12:04:37 |
| 9 | is understood by ordinary speakers of the language | 12:04:37 |
| 10 | in which it is couched." | 12:04:37 |
| 11 | What you mean by "purely descriptive"? | 12:04:47 |
| 12 | A    Many times people think that either a | 12:04:53 |
| 13 | dictionary or grammar is prescriptive, telling you | 12:04:55 |
| 14 | how you should speak, what something should mean. | 12:04:59 |
| 15 | You shouldn't say "ain't."  You should say "whom" | 12:05:02 |
| 16 | instead of "who" in certain cases. | 12:05:05 |
| 17 | This is not what we do in linguistics. | 12:05:09 |
| 18 | We describe what native -- ordinary people, who | 12:05:10 |
| 19 | have never even necessarily had a grammar class | 12:05:14 |
| 20 | say and understand by what they say.  That's the | 12:05:17 |
| 21 | crucial point. | 12:05:21 |
| 22 | Q    Okay, and page 7 you also discuss what | 12:05:23 |
| 23 | you call truth conditions. | 12:05:27 |
| 24 | A    Correct. | 12:05:28 |
| 25 | Q    You describe truth conditions as, "What | 12:05:29 |

| | | |
|---|---|---|
| 1 | a situation would have to be like in order for the | 12:05:32 |
| 2 | sentence to truthfully describe that situation." | 12:05:35 |
| 3 | What are truth conditions to you? | 12:05:40 |
| 4 | A    Truth conditions is -- well, I can tell | 12:05:44 |
| 5 | you again, informally, which I've done several | 12:05:45 |
| 6 | times, truth conditions are specific conditions | 12:05:51 |
| 7 | that would have to be satisfied in order for this | 12:05:52 |
| 8 | to be true, okay? | 12:05:55 |
| 9 | Q    Okay. | 12:05:58 |
| 10 | A    I can characterize that.  Remember, I | 12:05:58 |
| 11 | said I'm a formal semanticist.  I can characterize | 12:06:01 |
| 12 | that logically.  So it's often useful if you're | 12:06:02 |
| 13 | teaching the computer English, you translate it | 12:06:06 |
| 14 | into a logical language and then the computer goes | 12:06:13 |
| 15 | from -- the computer -- native computer languages | 12:06:14 |
| 16 | are mathematical, logical languages and they can | 12:06:16 |
| 17 | use the translation to go to the database to get | 12:06:19 |
| 18 | information and then translate it back into | 12:06:20 |
| 19 | English.  Or if you're translating between two | 12:06:22 |
| 20 | languages you often translate and you get the | 12:06:24 |
| 21 | truth conditions that's a logical statement.  It | 12:06:25 |
| 22 | doesn't matter.  Truth conditions are truth | 12:06:28 |
| 23 | conditions.  They are things -- the way things | 12:06:30 |
| 24 | would have to be in order for this to be true. | 12:06:32 |
| 25 | Q    Is there a set number of definitive | 12:06:41 |

| | | |
|---|---|---|
| 1 | truth conditions for any particular phrase? | 12:06:43 |
| 2 | A    No, actually that's a very -- that's a | 12:06:45 |
| 3 | very challenging question and that's why we refer | 12:06:47 |
| 4 | to multiple dictionaries, to look at multiple | 12:06:49 |
| 5 | things that a word might mean and connotations | 12:06:52 |
| 6 | that it might have, etcetera, to determine what, | 12:06:56 |
| 7 | you know, the range of possible meanings are.  And | 12:06:58 |
| 8 | then we look at the context, the syntax to | 12:07:02 |
| 9 | determine what the actual intended meaning was in | 12:07:04 |
| 10 | that case. | 12:07:06 |
| 11 | Q    And what is the plain meaning -- use | 12:07:10 |
| 12 | from a phrase, mean to you? | 12:07:12 |
| 13 | A    I use that because it's common in the | 12:07:16 |
| 14 | law and I think by "plain meaning" they mean what | 12:07:17 |
| 15 | an ordinary speaker who is a native speaker, who | 12:07:21 |
| 16 | has command of the English language, would take | 12:07:23 |
| 17 | the expression to mean. | 12:07:28 |
| 18 | Q    And how does an ordinary speaker | 12:07:29 |
| 19 | determine what plain meaning of a word or a | 12:07:31 |
| 20 | passage is? | 12:07:33 |
| 21 | A    Ahhh, there you'd have to take language | 12:07:34 |
| 22 | and the law, wouldn't you?  So, the -- people | 12:07:35 |
| 23 | think that they teach their children language, but | 12:07:38 |
| 24 | the fascinating thing is that they do not. | 12:07:40 |
| 25 | Children -- like a little deer is born | 12:07:44 |

| | | |
|---|---|---|
| 1 | to walk, it gets up and walks almost as soon as | 12:07:45 |
| 2 | it's born.  Little children have been learning the | 12:07:48 |
| 3 | language of their mothers in the womb.  They've | 12:07:51 |
| 4 | learned the sound patterns, the prosody.  And they | 12:07:54 |
| 5 | are learning the sound patterns of their native -- | 12:07:57 |
| 6 | their maternal -- not because it's their birth | 12:08:00 |
| 7 | mother, but the language that's spoken around them | 12:08:03 |
| 8 | all the time as they develop and mature till about | 12:08:05 |
| 9 | nine months to a year. | 12:08:07 |
| 10 | In two months they start speaking and | 12:08:09 |
| 11 | they make all kinds of errors that are things that | 12:08:11 |
| 12 | nobody around them would ever say.  For example, | 12:08:13 |
| 13 | they'll over-generalize regular verb tense, past | 12:08:15 |
| 14 | tense. | 12:08:20 |
| 15 | So instead of saying "went" they'll say | 12:08:20 |
| 16 | "go'd."  Anybody who has a child and listens hard | 12:08:20 |
| 17 | enough will see that at a certain point an | 12:08:24 |
| 18 | ordinary, average, normal child developing will | 12:08:24 |
| 19 | over-generalize the grammatical rules that they're | 12:08:24 |
| 20 | learning and the language that they're studying | 12:08:24 |
| 21 | around them.  So children are born to absorb and | 12:08:24 |
| 22 | learn a language.  It's a fascinating thing and | 12:08:24 |
| 23 | that's one of the things that modern linguistics | 12:08:40 |
| 24 | as a science studies. | 12:08:43 |
| 25 | Therefore, when we study the plain | 12:08:45 |

| | | |
|---|---|---|
| 1 | meaning, we study the meaning as ordinary speakers | 12:08:47 |
| 2 | learn it from each other and use it with each | 12:08:52 |
| 3 | other, not some idealized grammar, or some | 12:08:54 |
| 4 | idealized language. | 12:08:57 |
| 5 | Q    So by the time one is no longer a child | 12:08:59 |
| 6 | but a adult -- | 12:09:02 |
| 7 | A    Right. | 12:09:03 |
| 8 | Q    -- and fits into the category of | 12:09:03 |
| 9 | reasonable reader -- | 12:09:05 |
| 10 | A    Okay. | 12:09:06 |
| 11 | Q    That you've said before.  At that point | 12:09:07 |
| 12 | plain meaning of words is a matter of everyday | 12:09:10 |
| 13 | common experience, correct? | 12:09:12 |
| 14 | A    Correct.  You don't think about it. | 12:09:14 |
| 15 | Q    A matter of common-sense, so to speak? | 12:09:19 |
| 16 | A    Common-sense is not the way I would use | 12:09:22 |
| 17 | it, but it is a matter of linguistics competence, | 12:09:24 |
| 18 | and everyone, even people of relatively low | 12:09:28 |
| 19 | intelligence, as long as they are not -- they | 12:09:30 |
| 20 | don't have a defective mind, brain, have | 12:09:32 |
| 21 | linguistic competence. | 12:09:43 |
| 22 | Q    You've consulted respected dictionaries | 12:09:45 |
| 23 | of modern English, you say, and my question for | 12:09:46 |
| 24 | you, and we went through the three listed in your | 12:09:48 |
| 25 | report, do you recall that? | 12:09:53 |

| | | |
|---|---|---|
| 1 | A    My question what? | 12:09:54 |
| 2 | Q    I'm sorry.  That was a bad question. | 12:09:55 |
| 3 | You cite three dictionaries in your report, | 12:09:56 |
| 4 | correct? | 12:09:58 |
| 5 | A    Correct. | 12:09:59 |
| 6 | Q    And my question to you is: Did anyone | 12:09:59 |
| 7 | provide those dictionaries to you? | 12:10:03 |
| 8 | A    I keep them on my shelf. | 12:10:06 |
| 9 | Well, actually, the Oxford English | 12:10:09 |
| 10 | Dictionary I get on line -- I have it on my shelf, | 12:10:10 |
| 11 | but it's a lot easier and the print's a lot bigger | 12:10:12 |
| 12 | if I read it on line.  So, yes, that's why I | 12:10:14 |
| 13 | access the online version.  Because it's just | 12:10:17 |
| 14 | easier than taking the book off my shelf. | 12:10:19 |
| 15 | Q    And they are publicly available so it's | 12:10:21 |
| 16 | easy -- | 12:10:23 |
| 17 | -- (overspeaking) -- | 12:10:23 |
| 18 | A    Anybody can -- | 12:10:24 |
| 19 | Q    -- I've got to finish the question, | 12:10:25 |
| 20 | sorry.  I know it's -- as a linguist you might | 12:10:26 |
| 21 | appreciate it is common for people to talk over | 12:10:30 |
| 22 | each other, but in this world it is very | 12:10:33 |
| 23 | challenging for the Court Reporter when we do | 12:10:36 |
| 24 | that.  So I'm not trying to be rude but I have to | 12:10:38 |
| 25 | cut you off. | 12:10:41 |

| | | |
|---|---|---|
| 1 | So those dictionaries you consulted are | 12:10:42 |
| 2 | publicly available, correct? | 12:10:49 |
| 3 | A    Correct. | 12:10:50 |
| 4 | Q    And it's easy for anyone like myself or | 12:10:51 |
| 5 | counsel in this room or the judge in this case, to | 12:10:56 |
| 6 | obtain those dictionaries, correct? | 12:10:58 |
| 7 | A    Correct. | 12:10:59 |
| 8 | Q    You don't need a special library | 12:11:03 |
| 9 | linguist card to check 'em out. | 12:11:07 |
| 10 | A    No. | 12:11:10 |
| 11 | Q    And the average person, adult person, | 12:11:11 |
| 12 | is capable of understanding dictionary | 12:11:16 |
| 13 | definitions, correct? | 12:11:21 |
| 14 | A    I think so. | 12:11:22 |
| 15 | Q    You looked up certain words, you say, | 12:11:23 |
| 16 | and I quote "passages of interest."  How did you | 12:11:25 |
| 17 | determine which words to look up? | 12:11:28 |
| 18 | A    I looked up the ones that I thought | 12:11:35 |
| 19 | most bore on why these passages were possibly | 12:11:37 |
| 20 | contentious, like "block", and some of the others | 12:11:40 |
| 21 | that I looked up.  I thought that most -- I have | 12:11:43 |
| 22 | to look at the passage, most of the passage was | 12:11:45 |
| 23 | just very simple, you know, English, I was | 12:11:48 |
| 24 | thinking -- I mean, everybody knows what Phillips | 12:11:52 |
| 25 | says in these things -- so, I was thinking at that | 12:11:54 |

| | | |
|---|---|---|
| 1 | time, I started going that way and "that guy in | 12:11:57 |
| 2 | the hat," those not contentious, there's nothing | 12:12:01 |
| 3 | really to look up, "that guy in the hat" | 12:12:03 |
| 4 | presumably because he's talking about the | 12:12:04 |
| 5 | interaction with Sandmann.  He's talking about | 12:12:05 |
| 6 | Sandmann.  And "impasse." Now, there, were they at | 12:12:09 |
| 7 | an impasse?  "Blocked my way," "wouldn't let me | 12:12:14 |
| 8 | retreat," those are the things that I thought | 12:12:17 |
| 9 | might be at issue about whether Phillips correctly | 12:12:18 |
| 10 | represented the situation, so those are the words | 12:12:22 |
| 11 | that I looked up to make sure that I had what I | 12:12:25 |
| 12 | take to be objective support for the construal | 12:12:29 |
| 13 | that I made of the meanings of these expressions. | 12:12:39 |
| 14 | Q    Okay, and we talked earlier about | 12:12:41 |
| 15 | lexicography being the description of plain | 12:12:44 |
| 16 | meanings of expressions as (indiscernible) native | 12:12:50 |
| 17 | speakers, that's how you define it, correct? | 12:12:52 |
| 18 | A    Yes. | 12:12:58 |
| 19 | Q    And you said a second ago that doesn't | 12:12:58 |
| 20 | prescribe -- | 12:13:01 |
| 21 | A    Correct. | 12:13:01 |
| 22 | Q    -- what the meaning should be? | 12:13:01 |
| 23 | A    Yes. | 12:13:02 |
| 24 | Q    So then I take it it's fair to say that | 12:13:08 |
| 25 | there is not only one plain meaning of any | 12:13:10 |

| | | |
|---|---|---|
| 1 | particular word to native speakers, correct? | 12:13:12 |
| 2 | A    I will hedge on that question.  May I | 12:13:16 |
| 3 | explain? | 12:13:19 |
| 4 | Q    Sure. | 12:13:19 |
| 5 | A    Many expressions have multiple | 12:13:20 |
| 6 | meanings, I have shown you some in the case in | 12:13:23 |
| 7 | hand.  But it is not Humpty Dumpty.  Individuals | 12:13:24 |
| 8 | don't get to decide what a word means. | 12:13:28 |
| 9 | The word has a meaning in convention | 12:13:31 |
| 10 | with its use among the group of native speakers | 12:13:36 |
| 11 | and that's what a lexicographer tries to capture | 12:13:39 |
| 12 | by looking at not one, but many, many sources of | 12:13:41 |
| 13 | competent native speakers to decide the range of | 12:13:44 |
| 14 | meanings that are attested and attributed to | 12:13:49 |
| 15 | native speakers by other native speakers.  Okay? | 12:13:55 |
| 16 | So it's not that a given person gets to | 12:13:58 |
| 17 | decide what "block" means or "impasse"; it is | 12:14:01 |
| 18 | something that we as a community mean and that | 12:14:03 |
| 19 | this is objectively observed by lexicographers and | 12:14:08 |
| 20 | others who study the use of language and its | 12:14:13 |
| 21 | meaning. | 12:14:16 |
| 22 | Q    And just looking at general dictionary | 12:14:17 |
| 23 | definitions, you need context to determine which | 12:14:19 |
| 24 | definition is most suitable, correct? | 12:14:21 |
| 25 | A    Typically, correct. | 12:14:23 |

```
1         Q    And that's important, for example, you      12:14:25

2    know, with idioms you might say, "It's raining        12:14:28

3    cats and dog," it's not literally raining cats and    12:14:34

4    dogs, right?  That's just an example of something     12:14:38

5    where --                                              12:14:41

6              -- (overspeaking) --                        12:14:41

7         A    Of course.  Well, that's ...                12:14:42

8         Q    You also state that you looked at --        12:14:43

9    well, strike that.  We talked earlier about           12:14:52

10   lexicography and compiling dictionary definitions     12:14:55

11   and that essentially means collecting different       12:14:57

12   possible definitions of a given word, correct?        12:15:01

13        A    Not definitions, uses.                      12:15:04

14        Q    Uses.  Now you state --                     12:15:06

15        A    May I say something about a definition?     12:15:15

16   A definition is a characterization of a meaning.      12:15:18

17   It is a paraphrase.  A good definition is an art      12:15:21

18   to defining.  And the defined term has to fit in      12:15:24

19   the same syntactic slot, as the term being            12:15:27

20   defined.  It's the verb -- you've given any type      12:15:31

21   of verb form as a definition.  It is not a            12:15:34

22   definition that says what it should be mean, it is    12:15:36

23   a characterization of one usage, one way people       12:15:39

24   use it, one meaning it has in current plain           12:15:41

25   language.                                             12:15:45
```

| | | |
|---|---|---|
| 1 | Q    Okay.  And now on page -- let's | 12:15:45 |
| 2 | continue on then.  Page 8 you talked about | 12:15:48 |
| 3 | syntactic structure and we talked about that at | 12:15:52 |
| 4 | the beginning of the morning, right? | 12:15:55 |
| 5 | A    Correct. | 12:15:57 |
| 6 | Q    And you say you also considered | 12:16:01 |
| 7 | syntactic structure? | 12:16:02 |
| 8 | A    Yes. | 12:16:03 |
| 9 | Q    How does syntactic structure matter to | 12:16:09 |
| 10 | truth conditions? | 12:16:13 |
| 11 | A    May I give you an example from one of | 12:16:14 |
| 12 | the passages? | 12:16:17 |
| 13 | Q    Sure. | 12:16:18 |
| 14 | A    In the first passage, the one in | 12:16:18 |
| 15 | question 1 at the bottom of page 1, Mr. Phillips | 12:16:19 |
| 16 | is heard as saying, "He" -- Sandmann -- "just | 12:16:21 |
| 17 | blocked my way and wouldn't allow me to retreat." | 12:16:26 |
| 18 | Now, as you pointed out "blocked" is ambiguous or | 12:16:27 |
| 19 | it has not -- well, you'd say it was ambiguous. | 12:16:33 |
| 20 | Anyway, it has some very -- two or three closely | 12:16:36 |
| 21 | related senses that one might -- that one might | 12:16:40 |
| 22 | take to relevant to a circumstance like this. | 12:16:44 |
| 23 | One of them is a more passive sense so | 12:16:45 |
| 24 | you can say an inanimate object blocked your way | 12:16:48 |
| 25 | like the construction, you know -- the crane | 12:16:52 |

| | | |
|---|---|---|
| 1 | blocked my way, right?  Or the crane, you know -- | 12:16:57 |
| 2 | was in the way, in effect, without the crane -- | 12:16:58 |
| 3 | without attributing any intention to the crane, | 12:17:00 |
| 4 | correct?  But in this particular passage there's | 12:17:04 |
| 5 | another active sense of block, which is moved to | 12:17:07 |
| 6 | block or intended to block my way, okay?  And I | 12:17:10 |
| 7 | thought that in this context it was more | 12:17:13 |
| 8 | probable -- likely, that Phillips intended or | 12:17:16 |
| 9 | would expect his audience to understand him as | 12:17:18 |
| 10 | meaning that Sandmann actively blocked his way. | 12:17:20 |
| 11 | If you look at the second conjunct, it | 12:17:24 |
| 12 | said "Wouldn't allow me to retreat," which does | 12:17:27 |
| 13 | attribute intention to refuse to let Phillips do | 12:17:31 |
| 14 | what he wanted to do.  So I took the first | 12:17:39 |
| 15 | conjunct, the sense of block to have the active | 12:17:41 |
| 16 | sense of intending to be in the way. | 12:17:44 |
| 17 | There is an example where syntax in | 12:17:47 |
| 18 | this particular case, if he said, "He was blocking | 12:17:50 |
| 19 | way," that is not as clear, when you have an | 12:17:54 |
| 20 | agentive "block my way," that seems more likely | 12:17:58 |
| 21 | that it would be agentive, and there is also | 12:18:03 |
| 22 | passive "block" where there is not even an agent. | 12:18:05 |
| 23 | So in this particular case, the fact that it was | 12:18:06 |
| 24 | transitive use of "block" and that it was | 12:18:09 |
| 25 | conjoined with another sentence where there was an | 12:18:12 |

| | | |
|---|---|---|
| 1 | attribution of intent to Mr. Phillips seemed to | 12:18:15 |
| 2 | disambiguate which sense of "block" Phillips would | 12:18:20 |
| 3 | have expected his native speaker interlocutor to | 12:18:23 |
| 4 | understand him to mean. | 12:18:29 |
| 5 | Q    Okay.  At page 8 at the bottom you | 12:18:34 |
| 6 | conclude that you used these resources and | 12:18:37 |
| 7 | techniques to determine the truth conditions of | 12:18:46 |
| 8 | the sentences which you took to be crucial in | 12:18:53 |
| 9 | these passages; is that right? | 12:18:55 |
| 10 | A    Correct. | 12:18:58 |
| 11 | Q    And by "resources" you mean the | 12:18:59 |
| 12 | dictionaries, correct? | 12:19:01 |
| 13 | A    The dictionaries and my knowledge of | 12:19:01 |
| 14 | grammar.  I didn't refer to grammars here but if | 12:19:06 |
| 15 | you wanted me to I could, and my knowledge of how | 12:19:09 |
| 16 | context influences interpretation which is -- | 12:19:11 |
| 17 | again, I could give you long bibliographies, but I | 12:19:15 |
| 18 | refrained from doing that.  They are in the | 12:19:20 |
| 19 | report. | 12:19:22 |
| 20 | Q    And you also consulted the | 12:19:23 |
| 21 | dictionaries, correct? | 12:19:24 |
| 22 | A    I did consult the dictionaries, yes. | 12:19:24 |
| 23 | Q    And then you say, continuing on page 8, | 12:19:33 |
| 24 | that you "considered the video evidence provided | 12:19:36 |
| 25 | to me to understand the situation in which the | 12:19:37 |

| | | |
|---|---|---|
| 1 | confrontation occurred", correct? | 12:19:40 |
| 2 |     A    Correct. | 12:19:45 |
| 3 |     Q    And so, essentially, you reviewed the | 12:19:47 |
| 4 | videos and then determined whether, after having | 12:19:50 |
| 5 | reviewed the videos, the statements were false | 12:19:55 |
| 6 | based on what you observed in the videos, correct? | 12:19:57 |
| 7 |     A    That's correct. | 12:19:58 |
| 8 |     MS. SPEARS:  Can we go off on the | 12:19:59 |
| 9 | record but stay seated for a second.  I just want | 12:20:17 |
| 10 | to consult and decide on the lunch break timing | 12:20:18 |
| 11 | here for everyone.  Are you happy for me to do a | 12:20:18 |
| 12 | little bit more or we can break now? | 12:20:18 |
| 13 |     THE VIDEOGRAPHER:  We're going off the | 12:20:23 |
| 14 | record, the time is 12:20 p.m. | 12:20:24 |
| 15 |   (Recess taken from 12:20 p.m. to 1:20 p.m.) | 12:20:26 |
| 16 |     THE VIDEOGRAPHER:  Going back on the | 01:27:31 |
| 17 | record, the time is 1:27 p.m. | 01:27:32 |
| 18 | BY MS. SPEARS: | 01:27:35 |
| 19 |     Q    Okay, thank you.  Let's look at your | 01:27:36 |
| 20 | report -- I'm sorry, can you wait one second. | 01:27:42 |
| 21 |     All right.  We're back on the record | 01:27:55 |
| 22 | after our lunch break. | 01:27:56 |
| 23 |     Let's look at your report on page 9, | 01:27:57 |
| 24 | please. | 01:27:59 |
| 25 |     Okay, page 9, section 5 you titled | 01:28:04 |

| | | |
|---|---|---|
| 1 | "Facts"? | 01:28:07 |
| 2 | A    Yes. | 01:28:10 |
| 3 | Q    And you write: "Here are the facts | 01:28:10 |
| 4 | about the January 18, 2019 incident as I'm aware | 01:28:11 |
| 5 | of them from materials provided to me principally | 01:28:15 |
| 6 | in the videos listed in section 4 above." | 01:28:17 |
| 7 | And my first question for you is, you | 01:28:21 |
| 8 | say "as I am aware of them."  Did you draft this | 01:28:26 |
| 9 | "Facts" section? | 01:28:29 |
| 10 | A    Yes. | 01:28:30 |
| 11 | Q    So no portions of it were provided to | 01:28:31 |
| 12 | you? | 01:28:33 |
| 13 | A    Nothing. | 01:28:34 |
| 14 | Q    And describe just very briefly your | 01:28:35 |
| 15 | process for drafting the "facts" section. | 01:28:37 |
| 16 | A    Well, I had already conducted an | 01:28:41 |
| 17 | analysis and so I decided to present it first in | 01:28:42 |
| 18 | terms of the facts as I observed them, then the | 01:28:45 |
| 19 | relevant law and the linguistic analysis and then | 01:28:50 |
| 20 | say, given the facts, whether the passages I was | 01:28:58 |
| 21 | asked to comment on were true.  That's it. | 01:29:01 |
| 22 | Q    And -- | 01:29:07 |
| 23 | A    So in reporting what I saw on the | 01:29:09 |
| 24 | videos, of course, I focused on the interaction | 01:29:10 |
| 25 | between Mr. Phillips and Mr. Sandmann particularly | 01:29:13 |

1    but other members of the group and the                  01:29:17

2    circumstances immediately around them, as those         01:29:19

3    might bear on the truth of the passages.  I didn't       01:29:21

4    talk about birds flying overhead or something,          01:29:25

5    yeah.                                                    01:29:27

6         Q    Right.  And you did that by reviewing          01:29:28

7    the videos 1 to 18?                                      01:29:30

8         A    Yes.                                           01:29:32

9         Q    On page 9 here you say:                        01:29:32

10            "Three different groups interacted in          01:29:40

11   the event in question as well as various               01:29:41

12   bystanders who seemed to be unrelated to any of        01:29:43

13   these groups."                                          01:29:45

14            Which bystanders are you referring to?         01:29:47

15        A    I can't tell in all the videos who is a        01:29:50

16   bystander and who is a Covington boy and who is a       01:29:53

17   member of the Native American group.  Sometimes it     01:29:56

18   is evident from the way they behave or are             01:29:58

19   dressed, other times it is not.                        01:30:00

20            The reason I said "bystanders" is that        01:30:03

21   I was aware in reviewing the earlier tape, a very      01:30:04

22   long tape made by the videographer for the Black       01:30:07

23   Hebrew Israelites, that there were a number of --      01:30:12

24   just ordinary people, I presume many of them          01:30:14

25   possibly tourists, I don't know who they were, in      01:30:16

1    the area who were interacting at least with that          01:30:18

2    particular group, and might have been hanging            01:30:21

3    around as, you know, during the interaction              01:30:23

4    between Phillips and Sandmann.                           01:30:25

5            So I can't tell, especially far -- to            01:30:26

6    the left and back of Phillips, you know, down on         01:30:29

7    the flat part, I'm not really sure who was a             01:30:33

8    Covington boy and who was not.                           01:30:35

9        Q    Mm-hmm.  And you note in here that             01:30:38

10   there are also stray passersby of several races          01:30:41

11   and apparent ethnic backgrounds?                         01:30:45

12       A    That was again based on, partly on the         01:30:47

13   observation of the tape, the long tape with the          01:30:50

14   Black Hebrew Israelites.  They interacted with           01:30:53

15   many different kinds of people.                          01:30:55

16       Q    Why did you conclude that they seemed          01:30:56

17   to be unrelated to any of the three groups you           01:30:58

18   refer to:  The Covington students, the Native            01:31:00

19   Americans or the --                                      01:31:02

20            -- (overspeaking) --                            01:31:03

21       A    Well, for example, there was a group          01:31:03

22   that stood and exchanged heckling with the Black         01:31:05

23   Hebrew Israelites for quite some time and the            01:31:10

24   people in them, I think there was a man and some         01:31:15

25   women, again, I haven't reviewed those details           01:31:18

| | | |
|---|---|---|
| 1 | before this deposition, who were African American, | 01:31:21 |
| 2 | quite obviously, and they were not of a mind with | 01:31:24 |
| 3 | the views being promoted by the Black Hebrew | 01:31:28 |
| 4 | Israelites and there was a lot of exchange between | 01:31:33 |
| 5 | those passersby out there and the Black Hebrew | 01:31:37 |
| 6 | Israelites and the -- I'm just aware that there | 01:31:40 |
| 7 | were different kinds of people interacting with | 01:31:43 |
| 8 | them in that way so I presume some of the people | 01:31:46 |
| 9 | at the -- during the exchange between Phillips and | 01:31:48 |
| 10 | Sandmann might have been stray passersby. | 01:31:51 |
| 11 | Q    And that's an assumption that you | 01:31:55 |
| 12 | made -- | 01:31:57 |
| 13 | A    -- (overspeaking) -- | 01:31:58 |
| 14 | Q    You have to wait until I am done. | 01:31:58 |
| 15 | A    Sorry. | 01:32:00 |
| 16 | Q    That's an assumption you made based on | 01:32:00 |
| 17 | your personal review of the videos, correct? | 01:32:02 |
| 18 | A    Based on my review of the video, yes. | 01:32:04 |
| 19 | Q    Okay.  And you note: races and apparent | 01:32:06 |
| 20 | ethnic backgrounds.  How can you tell from the | 01:32:10 |
| 21 | video what someone's ethnic background is? | 01:32:12 |
| 22 | A    I said apparent ethnic backgrounds | 01:32:16 |
| 23 | because there were a number of people dressed in | 01:32:18 |
| 24 | such a way as to suggest that they identified with | 01:32:20 |
| 25 | the Native American that was protesting, so I | 01:32:23 |

| | | |
|---|---|---|
| 1 | assumed sort some of them might have been part | 01:32:24 |
| 2 | Native Americans. | 01:32:28 |
| 3 |     Q    But you don't know. | 01:32:30 |
| 4 |     A    I don't know. | 01:32:31 |
| 5 |     Q    And then on page 9 in the first bullet | 01:32:32 |
| 6 | point you write that the Black Hebrew Israelites | 01:32:34 |
| 7 | were there to, quote, "preach a religious and | 01:32:35 |
| 8 | political message." How did you determine their | 01:32:38 |
| 9 | purpose in being there? | 01:32:40 |
| 10 |     A    That was pretty obvious. They had a | 01:32:44 |
| 11 | loudspeaker and a videographer. They were making | 01:32:48 |
| 12 | a point. Think wanted people to hear their views. | 01:32:51 |
| 13 | A kind of soap box. | 01:32:54 |
| 14 |     Q    And you say in your report here that -- | 01:32:55 |
| 15 | you say, and I quote, "There may have been five or | 01:32:56 |
| 16 | six of them standing together, perhaps others | 01:32:58 |
| 17 | circulating in the crowd in front of the Lincoln | 01:33:01 |
| 18 | Memorial." So you couldn't say for sure how many | 01:33:03 |
| 19 | Black Hebrew Israelites were there based on the | 01:33:07 |
| 20 | video; right? | 01:33:08 |
| 21 |     A    Correct. | 01:33:11 |
| 22 |     Q    And you say the Black Hebrew Israelites | 01:33:12 |
| 23 | used, quote, "incendiary language to insult or | 01:33:13 |
| 24 | degrade those that they engaged with," close | 01:33:16 |
| 25 | quote. What incendiary language were you | 01:33:19 |

1    referring to?                                      01:33:22

2         A    I don't want to mention some of the      01:33:22

3    names that they called the African Americans they   01:33:24

4    interacted with -- I beg pardon.  You can look at   01:33:25

5    the videos if you want to see.  But they called     01:33:28

6    the boys from Covington "crackers" repeatedly, and  01:33:30

7    they also engaged in an insulting exchange with     01:33:34

8    the Native Americans, but I don't remember the      01:33:36

9    character of the exchange.  As I said, I only       01:33:40

10   watched that video once and it was back in the end  01:33:42

11   of October/beginning of November.                   01:33:44

12         So I ignored that part in my subsequent       01:33:46

13   reviews because it didn't bear on the direct        01:33:48

14   exchange between Phillips and Sandmann.             01:33:50

15         Q    And how did you know that it was the     01:33:53

16   Black Hebrew Israelites' intent to insult or        01:33:55

17   degrade people?                                     01:33:57

18         A    They used insulting, degrading terms.    01:33:59

19   There were slurs, by the way.                       01:34:01

20         Q    And how does that square with your       01:34:03

21   statement that they were there to preach a          01:34:05

22   religious and political message?                    01:34:07

23         MR. McMURTRY:  Objection.                     01:34:09

24   BY MS. SPEARS:                                      01:34:10

25         Q    Is that they were they doing both?       01:34:10

1    A    Sure, why not?  Some people do.                01:34:12

2    Q    The second bullet of page 9 you say: "A        01:34:13

3   large group of people who, according to the           01:34:18

4   articles that I have read about the event cited in    01:34:21

5   Section 4 had come to DC for the Indigenous           01:34:23

6   Peoples March."                                       01:34:26

7    A    Yes.                                            01:34:28

8    Q    Which articles did you refer to                 01:34:28

9   specifically for that?                                01:34:31

10    A    I'm sorry, I'd have to review the              01:34:32

11   article to tell you.                                  01:34:33

12    Q    Sitting here today, you can't tell me?        01:34:34

13    A    I don't remember which piece of data I        01:34:37

14   got from which article, no.                           01:34:39

15    Q    You say, quote, reading along here:           01:34:40

16        "Mr. Phillips was a member of this             01:34:43

17   group as it seems at least one of those who made     01:34:45

18   the videos of the interaction with the boys from     01:34:48

19   Covington Catholic school."                           01:34:52

20        And I think you have brought with you         01:34:53

21   today a sheet that you said there were some typos     01:34:55

22   on.  Is this where there is a typo and it was        01:34:58

23   meant to be "as was, it seems"?                       01:35:01

24    A    Yes, mm-hmm.                                   01:35:04

25    Q    So the sentence should read:                  01:35:05

| | | |
|---|---|---|
| 1 | "Mr. Phillips was a member of this | 01:35:06 |
| 2 | group as was it seems at least one of those who | 01:35:08 |
| 3 | made the videos of the interaction with the boys | 01:35:10 |
| 4 | from Covington Catholic school." | 01:35:13 |
| 5 | A    Correct. | 01:35:16 |
| 6 | Q    How did you determine that Mr. Phillips | 01:35:16 |
| 7 | was a member of this quote, unquote group. | 01:35:18 |
| 8 | A    I believe he identified as someone who | 01:35:19 |
| 9 | had been there with that group, or was identified | 01:35:22 |
| 10 | as such by one of the articles that I read, those | 01:35:25 |
| 11 | news articles that are cited here as one of my | 01:35:27 |
| 12 | sources. | 01:35:31 |
| 13 | Q    Okay, and you're saying here that | 01:35:32 |
| 14 | someone else "with the group" based on your | 01:35:37 |
| 15 | review, you believe made videos of the interaction | 01:35:40 |
| 16 | but you're not saying Mr. Phillips made a video of | 01:35:42 |
| 17 | the interaction -- | 01:35:45 |
| 18 | A    No.  No -- | 01:35:45 |
| 19 | Q    -- that was the typo that was -- | 01:35:46 |
| 20 | -- (overspeaking) -- | 01:35:47 |
| 21 | A    No, there's no typo.  Let me look at | 01:35:48 |
| 22 | the passage. | 01:35:49 |
| 23 | MR. McMURTRY:  Just be sure to let her | 01:35:51 |
| 24 | finish, so it's clear. | 01:35:52 |
| 25 | THE WITNESS:  I beg your pardon. | 01:35:53 |

1    BY MS. SPEARS:                                          01:35:54

2         Q    Sure.  You are not saying that               01:35:54

3    Mr. Phillips is making a video of the interaction?      01:35:55

4         A    No, no.                                       01:35:57

5         Q    In the next -- you say here:                  01:35:58

6              "These people sang, danced and chanted        01:35:59

7    to drums, sometimes forming a large circle as they      01:36:01

8    did so."                                                01:36:04

9              How did you determine if they were            01:36:06

10   singing, dancing and chanting?                          01:36:08

11        A    In, again, the first video, I think,          01:36:10

12   the longest one which is from the -- made by the        01:36:13

13   videographer for the Black Hebrew Israelites,           01:36:16

14   there is -- are a couple of short pieces -- not --      01:36:17

15   you can't really tell exactly where they are but        01:36:21

16   they are in the vicinity of these Native American       01:36:25

17   peoples singing and dancing in a large circle and       01:36:27

18   chanting.                                               01:36:31

19        Q    And then you say:  "During the circle         01:36:31

20   dance there appeared to be at least as many people      01:36:34

21   participating as there were boys from Covington         01:36:37

22   though I cannot give a reliable estimate of their       01:36:40

23   number."                                                01:36:40

24             Why do you call it a circle dance?            01:36:40

25        A    They were in a circle dancing.                01:36:44

1      Q    Okay, are you aware that it's is                01:36:46

2    actually called a round dance in Native --            01:36:47

3      A    No, I'm not.                                     01:36:49

4            -- (overspeaking) --                            01:36:49

5      Q    You've got to wait until I'm                    01:36:49

6    done talking. Are you aware that it is actually        01:36:49

7    called a round dance in Native American culture?       01:36:54

8      A    No, I'm not.                                     01:36:56

9      Q    Why can't you give a reliable estimate          01:36:57

10   of the number of participants in the Indigenous        01:37:00

11   Peoples March?                                         01:37:04

12     A    Two reasons.  First of all, I never             01:37:06

13   stopped the frame to count the number of people I      01:37:09

14   could see in the frame who were doing the dance.       01:37:12

15   I just didn't think that was really material here.     01:37:15

16            And secondly, because the videographer        01:37:21

17   only captured part of that scene, so I'm really        01:37:23

18   not aware of how many people might have been           01:37:25

19   standing outside the circle that were dancing.         01:37:27

20     Q    Okay.  And would that be the same              01:37:29

21   reason why you weren't able to tell how many of        01:37:32

22   Black Hebrew Israelites there are?                     01:37:33

23     A    Those are part of the reasons and part          01:37:35

24   of the reason is that I did observe that a couple      01:37:36

25   of people with that group were moving around,          01:37:38

1    either doing videography or recording -- I don't        01:37:40

2    know what all they were doing.  So I wasn't sure        01:37:47

3    that the group was all in one place.                    01:37:49

4        Q    And why did you think it was relevant          01:37:51

5    to compare the number of people in the circle           01:37:52

6    dance with the number of Covington students?            01:37:54

7        A    It isn't particularly.  I just thought         01:37:57

8    I'd mention that.                                        01:38:00

9        Q    Are you claiming that all of the people        01:38:01

10   in the circle dance later approached the students?      01:38:02

11   Is that the relevance?                                  01:38:05

12       A    No, it seemed to be a much smaller             01:38:06

13   group.                                                  01:38:09

14       Q    Okay.  And then you say:  "A group of          01:38:11

15   boys, possibly 30 to 40 of them from Covington          01:38:13

16   ..."                                                    01:38:15

17            Why do you say "possibly"?                     01:38:16

18       A    Again, first of all, I never stopped to        01:38:17

19   count because I didn't think that was relevant to       01:38:19

20   the case; and secondly because I didn't know --         01:38:21

21   well, there are three reasons.  Secondly, I didn't      01:38:25

22   know which of the people that I saw in those            01:38:27

23   frames were with the group versus just passersby        01:38:30

24   who just happened to be dressed similar to the          01:38:34

25   boys.                                                   01:38:36

1    And third, I knew from what I read in      01:38:36

2    the deposition by Sandmann, that they had been    01:38:38

3    told to gather there by a certain time, that they    01:38:41

4    were going to be taken to buses, but I didn't know    01:38:43

5    if all the boys were already there.  Some of them    01:38:46

6    might have been up in the Memorial or out looking    01:38:49

7    at the reflecting pool, so I didn't know how many    01:38:50

8    boys there were there.                   01:38:54

9        Q    And wouldn't the best way to get an    01:38:55

10   estimate be to count them in the videos?    01:38:57

11       A    Again, I didn't think that was material    01:39:00

12   or worth the time and money.              01:39:01

13       Q    But it would be a good way to do it if    01:39:03

14   you wanted to go back and do it, right?    01:39:06

15       A    If you wanted to, that would be a       01:39:07

16   start, yes.                             01:39:09

17       Q    Is it your assertion that if somebody    01:39:16

18   did count the numbers that it would be at 30 to 50    01:39:18

19   or could it be much larger than that?      01:39:21

20       A    I really don't know.  I was trying to    01:39:23

21   indicate that I had a vague idea of the group    01:39:25

22   sizes and I was only doing this to set the scene.    01:39:28

23       Q    You state that it was: quote, "Not    01:39:31

24   clear exactly where they" -- referring to the    01:39:34

25   Native Americans -- "were in the early parts of    01:39:38

1    the videos."                                          01:39:40

2            Why, again, is that unclear from the          01:39:41

3    videos?                                               01:39:42

4        A    Because they were -- the video in which      01:39:43

5    I saw the circle dance, which you call the round      01:39:44

6    dance, was taken, I believe, by the videographer     01:39:47

7    for the Black Hebrew Israelites.                      01:39:50

8            There was no -- he didn't pan from the        01:39:52

9    Black Hebrew Israelites across the scene to           01:39:56

10   wherever it was that the Native Americans -- the      01:39:58

11   indigenous people were dancing.  So all he did was    01:40:00

12   just -- I saw a shot of that group and part of --     01:40:03

13   I didn't even see the entire circle, I don't          01:40:08

14   think, as I recall.  And there was no context         01:40:10

15   given that would permit me to say where they were     01:40:13

16   vis-a-vis the Lincoln Memorial, the reflecting        01:40:17

17   pond and the rest of the landscape there.             01:40:20

18       Q    So continuing on page 9, the paragraph       01:40:27

19   that starts "The Hebrew Israelites..."                01:40:31

20       A    Yes.                                         01:40:37

21       Q    It is the third paragraph, if you will.      01:40:38

22   In the last sentence you say that:  "The boys were    01:40:39

23   about 30 to 40 feet from the Hebrew Israelites        01:40:43

24   facing them."                                         01:40:47

25           And then you state: "I cannot judge           01:40:47

1   distances from the videos, so this is a very rough      01:40:50

2   impression."                                            01:40:52

3          How did you reach that very rough               01:40:54

4   impression, given that you can't judge distances        01:40:56

5   from the videos?                                        01:40:58

6      A    I just tried to think how big it was            01:40:59

7   and it seemed to be bigger, at least twice as long      01:41:02

8   as my living room, but it was hard to tell because      01:41:07

9   of the angle at which the film was made.  So I          01:41:09

10  just guessed.  And I'm not very good at distances.      01:41:12

11     Q    You don't have expertise in that area?          01:41:18

12     A    No, I do not.                                   01:41:20

13     Q    I take did you don't have specialized           01:41:21

14  training in analyzing distances on videos, then?        01:41:24

15     A    No, I do not.                                   01:41:27

16     Q    Do you have any training in                     01:41:35

17  videography?                                            01:41:36

18     A    I believe I said I do not.                      01:41:37

19     Q    So viewing the videos themselves then           01:41:43

20  is not based on special expertise you have; right?      01:41:45

21     A    That is correct.                                01:41:47

22     Q    Let's look on page 9 again:  "At                01:41:50

23  various points as filmed by the Black Hebrew            01:41:51

24  Israelites' cameraman..."                               01:41:57

25          And you say: "I believe this is videoed         01:41:57

1    for Banyamyan video NS116." It's the sentence          01:42:01

2    right above the sentence at the end there; do you       01:42:13

3    see that?                                                01:42:15

4         A    Yes.                                          01:42:15

5         Q    Why did you state that you believed the       01:42:15

6    cameraman was in video 4, rather than stating so        01:42:18

7    affirmatively?                                           01:42:23

8         A    I said that because I had watched the         01:42:24

9    whole video and the person who took it seemed to        01:42:28

10   be focusing on the Black Hebrew Israelites and I        01:42:31

11   believe that he was there at their behest -- or         01:42:35

12   maybe he wasn't, he was somebody who was                01:42:39

13   interested in that.  So he was the person who           01:42:40

14   was -- videotaping their interaction with what was      01:42:43

15   going on in that situation.                             01:42:47

16        Q    Okay.  And are you referring then to          01:42:48

17   the person filming that video?                          01:42:51

18        A    Yes.                                          01:42:55

19        Q    And on page 9 you refer to "racist           01:42:56

20   slurs" again and racist and insulting language.         01:43:00

21   Again, what language are you referring to?              01:43:05

22        A    I would have to review the video             01:43:08

23   carefully to remember exactly which slurs were          01:43:10

24   used towards the African Americans at the time but      01:43:13

25   I believe the N word might have passed the lips of      01:43:15

| | | |
|---|---|---|
| 1 | some of these people and that's pretty racist and | 01:43:18 |
| 2 | incendiary. | 01:43:21 |
| 3 | Q    Any other words? | 01:43:24 |
| 4 | A    I don't remember. | 01:43:25 |
| 5 | Q    Did you ever hear anyone on the video | 01:43:26 |
| 6 | say anything racist back to the Black Hebrew | 01:43:28 |
| 7 | Israelites? | 01:43:31 |
| 8 | A    You know, I don't remember that | 01:43:31 |
| 9 | actually.  I don't think so but maybe somebody | 01:43:33 |
| 10 | did.  There was hostility going both ways. | 01:43:35 |
| 11 | Q    You don't contend that there's nothing | 01:43:39 |
| 12 | audible in any of the videos where somebody said | 01:43:42 |
| 13 | something racist back to them, back to the Black | 01:43:45 |
| 14 | Hebrew Israelites? | 01:43:46 |
| 15 | A    I'm not making that contention.  I | 01:43:47 |
| 16 | didn't -- (overspeaking) -- | 01:43:49 |
| 17 | Q    What about insulting?  Did you hear | 01:43:53 |
| 18 | anyone say anything insulting to the Black Hebrew | 01:43:57 |
| 19 | Israelites? | 01:43:59 |
| 20 | A    I don't remember. | 01:43:59 |
| 21 | Q    Are you contending that there was | 01:44:00 |
| 22 | nothing audible in any of the videos that was said | 01:44:01 |
| 23 | that was insulting to the Black Hebrew Israelites? | 01:44:04 |
| 24 | A    No, I'm not. | 01:44:06 |
| 25 | Q    You just can't recall, sitting here | 01:44:07 |

| | | |
|---|---|---|
| 1 | today? | 01:44:09 |
| 2 | A    I'm telling you it didn't strike me and | 01:44:09 |
| 3 | I don't remember it.  I didn't think it was | 01:44:11 |
| 4 | material to the case so I did not review it. | 01:44:13 |
| 5 | Q    Page 9, the last line continuing onto | 01:44:20 |
| 6 | page 10, it says: "Finally, one of the Covington | 01:44:25 |
| 7 | boys raced down the steps in front of the school | 01:44:30 |
| 8 | ... faced the boys, tore off his shirt and led | 01:44:32 |
| 9 | what seemed to be a sports cheer ... in which the | 01:44:35 |
| 10 | boys enthusiastically took up, making a lot of | 01:44:40 |
| 11 | noise, cheering, jumping up and down as if at a | 01:44:43 |
| 12 | pep rally." | 01:44:47 |
| 13 | Do you see that? | 01:44:51 |
| 14 | A    Yes. | 01:44:52 |
| 15 | Q    You appear to make an analogy to a | 01:44:53 |
| 16 | school sporting event here.  Why? | 01:44:55 |
| 17 | A    It was my impression that what that boy | 01:44:57 |
| 18 | did might have been an actual pep rally cheer. | 01:45:00 |
| 19 | The boys knew the cheer, the fellow who did it | 01:45:04 |
| 20 | behaved as if he were kind of a cheer leader, so | 01:45:09 |
| 21 | I had the impression that this was really | 01:45:13 |
| 22 | something that they recognized immediately from | 01:45:14 |
| 23 | sports rally. | 01:45:17 |
| 24 | Q    And that's based on your personal | 01:45:17 |
| 25 | experience at sports rallies. | 01:45:19 |

| | | |
|---|---|---|
| 1 | A    I grew up in the midwest.  I saw a lot | 01:45:21 |
| 2 | of them.  Yes. | 01:45:24 |
| 3 | Q    That's not based on your linguistic | 01:45:24 |
| 4 | expertise? | 01:45:27 |
| 5 | A    No, this is not based on my linguistic | 01:45:27 |
| 6 | expertise? | 01:45:32 |
| 7 | Q    Okay, don't cultural differences -- you | 01:45:32 |
| 8 | say you grew up in the midwest matter in how | 01:45:33 |
| 9 | people might view something like this? | 01:45:36 |
| 10 | A    Yes. | 01:45:38 |
| 11 | MR. McMURTRY:  Objection. | 01:45:39 |
| 12 | BY MS. SPEARS: | 01:45:39 |
| 13 | Q    Your answer is "yes"? | 01:45:39 |
| 14 | A    Yes, I said of course. | 01:45:41 |
| 15 | THE COURT REPORTER:  Was there an | 01:45:49 |
| 16 | objection there?  I believe there was. | 01:45:49 |
| 17 | MR. McMURTRY:  Yes. | 01:45:49 |
| 18 | THE COURT REPORTER:  Thank you. | 01:45:49 |
| 19 | BY MS. SPEARS: | 01:45:49 |
| 20 | Q    And again, same thing, a pep rally is | 01:45:50 |
| 21 | something you know about based on your own | 01:45:58 |
| 22 | personal experience? | 01:45:59 |
| 23 | A    Yes, I do not assume that others | 01:46:01 |
| 24 | viewing the scene would have recognized it as | 01:46:04 |
| 25 | such. | 01:46:06 |

1    Q    You use the word in the next sentence          01:46:07

2    "rowdy" spectators; why did you use the word        01:46:07

3    "rowdy"?                                            01:46:11

4    A    Let me look at the sentence again.             01:46:13

5         Yes, the boys were acting as if they           01:46:13

6    were rowdy spectators in a sports encounter,        01:46:15

7    because that's what it looked like to me.  And not  01:46:18

8    just on my basis of growing up in the midwest but   01:46:20

9    on any television sporting event when they focus    01:46:23

10   on a crowd, whether it is in Europe or the United   01:46:25

11   States.                                             01:46:28

12   Q    You refer to this as an encounter              01:46:29

13   between the boy's "team", you used the word, and    01:46:33

14   the Black Hebrew Israelites?                        01:46:37

15   A    I didn't say that's what it was.  I            01:46:38

16   said they acted as if they were rowdy spectators    01:46:41

17   and it was their team versus the Black Hebrew       01:46:44

18   Israelites, yes.                                     01:46:47

19   Q    Do you think the boys had an "us versus        01:46:48

20   them" mentality in that sense, watching it?         01:46:52

21   A    I believe -- I can't attribute motives,        01:46:54

22   again, I told you that's not my expertise, but      01:46:56

23   usually sporting events are about an "us versus     01:46:58

24   them" event.                                        01:47:02

25   Q    And does it seem, watching the videos,         01:47:03

1    that that's sort of the mentality that they had in       01:47:05

2    that moment?                                             01:47:07

3        A    I had that impression, that it was like        01:47:08

4    they were acting like they were at a sports event,      01:47:09

5    yes.  This was their team and that was the other        01:47:12

6    guy's team.                                              01:47:14

7        Q    So an "us versus them" mentality?              01:47:15

8        A    You want to put words in my mouth, I           01:47:17

9    really don't want to accept them, no.                    01:47:19

10       Q    That's -- but what you are saying is           01:47:22

11   that it seemed to you that's what was going on at       01:47:24

12   the time?                                                01:47:27

13       A    It seemed to me that they felt like            01:47:28

14   they were on one team.  They were acting as if --       01:47:29

15   I don't know what they thought.  They were acting       01:47:33

16   as if they were -- they were rooting for their          01:47:34

17   team, whatever that meant to them, and that they        01:47:36

18   were doing this in response to what the Black           01:47:39

19   Hebrew Israelites had been doing.                        01:47:42

20       Q    And hence sort of a desire to root for        01:47:43

21   their team?                                              01:47:48

22       A    That's what people do at sporting             01:47:49

23   events, yes.                                             01:47:53

24       Q    And that's what it looked like to you         01:47:53

25   they were doing?                                         01:47:54

```
 1          A    It looked to me like that, yes.              01:47:55

 2          Q    And as you said a moment ago, others         01:47:57

 3    witnessing the boys' conduct might not have viewed      01:47:59

 4    that behavior as akin to a sporting event, right?       01:48:02

 5          A    Yes.                                         01:48:05

 6          Q    And they wouldn't be wrong if they           01:48:05

 7    didn't; right?                                          01:48:08

 8          A    I am -- yes, I am not attributing            01:48:09

 9    any -- that the one way you view it as a sporting       01:48:11

10    event is the way you should view it or others          01:48:15

11    should view it that way.  I was just trying to         01:48:19

12    describe the -- the behavior of the boys.              01:48:21

13          Q    To characterize it from what you saw?        01:48:23

14          A    Yes, yes.                                    01:48:26

15          Q    Could a person watching a large group        01:48:27

16    of boys responding to the Black Hebrew Israelites      01:48:29

17    by yelling loudly and jumping up and down and          01:48:32

18    grunting with clenched fists that are held up           01:48:36

19    toward them potentially perceive that as               01:48:40

20    expressing hostility towards the Black Hebrew          01:48:43

21    Israelites?                                            01:48:45

22               MR. McMURTRY:  Objection, go ahead.         01:48:46

23               THE WITNESS:  I imagine they might,         01:48:47

24    yes.                                                   01:48:48

25    BY MS. SPEARS:                                         01:48:48
```

| | | |
|---|---|---|
| 1 | Q    Especially when it's a group of white | 01:48:48 |
| 2 | teenagers -- | 01:48:51 |
| 3 | MR. McMURTRY:  Objection to the -- | 01:48:53 |
| 4 | BY MS. SPEARS: | 01:48:54 |
| 5 | Q    -- responding to five or six -- | 01:48:54 |
| 6 | MR. McMURTRY:  Double objection. | 01:48:55 |
| 7 | Triple objection. | 01:48:58 |
| 8 | MS. SPEARS:  You have to wait until I | 01:48:59 |
| 9 | am done with the question. | 01:48:59 |
| 10 | MR. McMURTRY:  (Inaudible) triple | 01:48:59 |
| 11 | objection (overspeaking). | 01:48:59 |
| 12 | BY MS. SPEARS: | 01:49:00 |
| 13 | Q    Especially when there is a group of | 01:49:00 |
| 14 | large white teenagers responding to -- a large | 01:49:03 |
| 15 | group of white teenagers responding to five or six | 01:49:05 |
| 16 | black men? | 01:49:09 |
| 17 | MR. McMURTRY:  Triple objection, thank | 01:49:10 |
| 18 | you. | 01:49:11 |
| 19 | THE WITNESS:  As I said earlier in my | 01:49:12 |
| 20 | comments, I recognize this as an interaction | 01:49:14 |
| 21 | between three groups who had political interests | 01:49:16 |
| 22 | that might be viewed as at odds with each other. | 01:49:19 |
| 23 | So I think that it could be very possible in such | 01:49:22 |
| 24 | a circumstance that someone from one group might | 01:49:24 |
| 25 | interpret what other people were doing from | 01:49:27 |

| | | |
|---|---|---|
| 1 | another group in a way that the other group didn't | 01:49:29 |
| 2 | necessarily intend. | 01:49:31 |
| 3 | BY MS. SPEARS: | 01:49:33 |
| 4 | Q    In a way that would be hostile | 01:49:33 |
| 5 | potentially? | 01:49:36 |
| 6 | A    I could appreciate that might be the | 01:49:37 |
| 7 | case in this case, yes. | 01:49:39 |
| 8 | Q    Do you think the students' behavior | 01:49:42 |
| 9 | might was appropriate? | 01:49:45 |
| 10 | A    That would be a matter for my personal | 01:49:46 |
| 11 | opinion and I didn't think that my expertise -- | 01:49:47 |
| 12 | that I have anything to say that about that. | 01:49:49 |
| 13 | Q    You describe Phillips on the next -- on | 01:49:53 |
| 14 | page 10, the next page, as chanting loudly in a | 01:49:55 |
| 15 | language other than English; right? | 01:50:01 |
| 16 | A    Yes. | 01:50:03 |
| 17 | Q    Do you know what led Phillips to chant | 01:50:04 |
| 18 | loudly in a language other than English, as you | 01:50:06 |
| 19 | say? | 01:50:09 |
| 20 | A    I can only surmise.  He had been | 01:50:09 |
| 21 | performing what I took to be a Native American | 01:50:13 |
| 22 | drum chant and typically those -- those chants are | 01:50:15 |
| 23 | in the language of the tribe to which this is | 01:50:20 |
| 24 | ceremonial behavior -- for which it is ceremonial | 01:50:24 |
| 25 | behavior.  So I assumed that the chant and the | 01:50:30 |

1    language in which he spoke were the same.  That          01:50:33

2    may or may not be correct but it's typical.              01:50:35

3        Q    And --                                          01:50:41

4        A    In ceremonial circumstances.                    01:50:41

5        Q    Is that based on your experience or             01:50:44

6    expertise as a linguist or just your personal            01:50:48

7    experience?                                              01:50:50

8        A    I would say that is my personal                 01:50:52

9    experience watching people behave that way in            01:50:53

10   powwows.                                                 01:50:58

11       Q    And you state he was chanting words in          01:50:59

12   the language of the tribe -- are you familiar with       01:51:01

13   the American Indian movement song?                       01:51:03

14       A    No, no.                                         01:51:07

15       Q    Would it surprise you to know that this         01:51:08

16   is what Phillips was chanting?                           01:51:10

17       A    No, it would not.  I did not know.              01:51:11

18       Q    Would it surprise you to know that the          01:51:13

19   song does not have any words?                            01:51:14

20       A    Not necessarily, no.                            01:51:16

21       Q    Wouldn't, as a linguist, you be able to         01:51:21

22   distinguish between the spoken word and sound?           01:51:23

23       A    Especially not in a chant, no.                  01:51:26

24       Q    Why not?                                        01:51:28

25       A    Every language has different sound              01:51:29

1    patterns that they use.  A chant does have          01:51:32

2    specific sounds that are regularly uttered in --     01:51:35

3    usually typically jointly with -- rhythmically        01:51:40

4    with the music and I couldn't say whether they        01:51:44

5    were saying, like, an English, "Yes, yes, yes," or    01:51:46

6    whether they were just saying, "Wah, wah, wah,"       01:51:49

7    okay?  But the -- because I don't know what           01:51:52

8    language it would be and I wouldn't know whether      01:51:56

9    it was a word in that language.                       01:51:59

10        Q    Do you think it's possible that             01:52:00

11   Mr. Phillips was praying?                             01:52:02

12        A    Oh, yes, definitely.  I think it            01:52:03

13   likely.                                               01:52:05

14        Q    You state that Mr. Phillips was:            01:52:11

15             "... leading a group of Native              01:52:12

16   Americans towards the boys."                          01:52:13

17             What do you mean by stating that            01:52:16

18   Mr. Phillips was leading the group?                   01:52:19

19        A    The reason I seemed to think he was         01:52:21

20   leading was that he was the one who was doing the     01:52:24

21   performance, which was the ceremonial chant,         01:52:26

22   whatever its content, and beating the drum loudly     01:52:32

23   to draw attention and that the others were            01:52:35

24   trailing behind him or photographing him.             01:52:37

25        Q    You say -- well, how did you make that      01:52:41

1     determination?                                    01:52:43

2          A     I watched the videos.                  01:52:43

3          Q     You say on page 10:                    01:52:45

4          "It is not clear how many are in             01:52:48

5     Mr. Phillips' group at this point and how many are 01:52:50

6     mere onlookers following the show, but I might    01:52:54

7     guess there are 10 or 20 people in that encourage, 01:52:57

8     including a cameraman filming the situation."      01:53:02

9          I want to talk about a couple of things      01:53:05

10    you say in there.  What do you mean by            01:53:05

11    "Mr. Phillips' group," group of what?             01:53:07

12         A     I did not mean it was an organized     01:53:08

13    group.  I have no idea how it came to follow along 01:53:10

14    after him.  Some of the people who were there,    01:53:13

15    given their behavior once the confrontation began 01:53:16

16    were clearly members of the indigenous people's   01:53:19

17    group given the arguments that they had with the  01:53:23

18    boys and the things they were yelling at the      01:53:27

19    Covington boys.                                   01:53:29

20         Q     What do you mean by "indigenous        01:53:29

21    people's group"?                                  01:53:31

22         A     Well, they were dressed as if they had 01:53:32

23    come for the ceremonial dance and so forth.       01:53:34

24    Another one had another drum and was drumming     01:53:36

25    along with Phillips.  And one of them was a       01:53:40

| | | |
|---|---|---|
| 1 | cameraman who was -- who, like the Black Hebrew | 01:53:43 |
| 2 | Israelites' videographer, focusing on them, one of | 01:53:47 |
| 3 | the camera people in this group of people was | 01:53:51 |
| 4 | focusing on Phillips and his group, so I assumed | 01:53:56 |
| 5 | he was with them. | 01:53:58 |
| 6 |     Q    So that's based on your assumptions, | 01:53:59 |
| 7 | though, you don't know for sure. | 01:54:01 |
| 8 |     A    I could say -- yeah, I don't know for | 01:54:03 |
| 9 | sure.  I only know what I saw in the videos. | 01:54:06 |
| 10 |     Q    And you are making an assumption about | 01:54:08 |
| 11 | who was with who? | 01:54:10 |
| 12 |     A    Yes, I am -- on the bases of what I saw | 01:54:11 |
| 13 | and their behavior in the group. | 01:54:13 |
| 14 |     Q    But you don't know for sure? | 01:54:15 |
| 15 |     A    I think I do know what I saw and I do | 01:54:18 |
| 16 | think those people were together. | 01:54:21 |
| 17 |     Q    And again, those are based on | 01:54:25 |
| 18 | assumptions you made about what they were wearing | 01:54:26 |
| 19 | and watching the videos, correct? | 01:54:29 |
| 20 |     A    On their -- an assumption about their | 01:54:30 |
| 21 | behavior. | 01:54:34 |
| 22 |     Q    Mm-hmm. | 01:54:35 |
| 23 |     A    And when they entered the scene. | 01:54:35 |
| 24 |     Q    Why do you call it a "show"?  Why do | 01:54:38 |
| 25 | you use that word? | 01:54:41 |

| | | |
|---|---|---|
| 1 | A    I just meant that Phillips did that to | 01:54:42 |
| 2 | draw attention, for whatever reason, he approached | 01:54:44 |
| 3 | from outside.  There was an interaction going on | 01:54:47 |
| 4 | between the boys and the Black Hebrew Israelites. | 01:54:50 |
| 5 | And he came from the side, beating a drum loudly | 01:54:53 |
| 6 | and chanting, in such a way as to draw attention. | 01:54:57 |
| 7 | That's a show. | 01:54:59 |
| 8 | Q    And you talk about an entourage, why | 01:55:00 |
| 9 | did you use the phrase "entourage"? | 01:55:04 |
| 10 | A    I used it because I do believe from | 01:55:08 |
| 11 | what I saw in the video that many of those people | 01:55:09 |
| 12 | followed him to support him in what he was doing. | 01:55:11 |
| 13 | Q    At one point you say 10 to 20 people in | 01:55:20 |
| 14 | the entourage.  In what video did you see 10 to 20 | 01:55:22 |
| 15 | people in the entourage -- | 01:55:27 |
| 16 | A    I didn't count, again, as in these | 01:55:29 |
| 17 | other cases, I did not count, so that number is | 01:55:32 |
| 18 | not intended to be accurate, but I did see a small | 01:55:34 |
| 19 | clot of people following Phillips from different | 01:55:37 |
| 20 | angles in the different videos and I assumed that | 01:55:40 |
| 21 | those were the people with him. | 01:55:44 |
| 22 | Q    Okay.  And you referenced a cameraman, | 01:55:45 |
| 23 | why do you call a person a cameraman? | 01:55:47 |
| 24 | A    Well, videographer. | 01:55:49 |
| 25 | Q    And who was the cameraman or | 01:55:51 |

1  videographer?                                      01:55:53

2       A    I'd have to look at my records again to  01:55:54

3  tell you, which video it was.                      01:55:56

4       Q    Okay.  Let's pull up what we've marked   01:56:02

5  as Exhibit 10, Video 10, which, for the record, is 01:56:04

6  the Video 10 that is stipulated in the case.       01:56:07

7       A    Not one of the ones I cite.              01:56:13

8       Q    It is one of the ones you cite.  It is   01:56:18

9  Video 10.                                          01:56:20

10      A    I am just looking for it.  Where do I    01:56:35

11 cite it?  Can you tell me?                          01:56:35

12           I mean, I say I watched it but I don't   01:56:35

13 see in the report where I cite it.                 01:56:37

14      Q    Okay, so let me ask you a question       01:56:42

15 about that.                                        01:56:43

16           We already went through in the           01:56:44

17 beginning of your report, you list the 10 videos   01:56:45

18 that were given to you.  That's on page --         01:56:49

19      A    Sure.                                    01:56:51

20           MR. McMURTRY:  5 or 6, I think.          01:56:53

21           MS. SPEARS:  5.                          01:56:54

22           THE WITNESS:  Of course I know I         01:56:55

23 watched that but when I state the facts I don't    01:56:56

24 believe I cited video 10 in the statement of       01:56:59

25 facts.                                             01:57:02

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 01:57:02 |
| 2 | Q    And what's the significance of that? | 01:57:02 |
| 3 | A    Not -- nothing -- I'm not denying that | 01:57:04 |
| 4 | I saw the video.  I'm saying that it was not the | 01:57:06 |
| 5 | one which provided the scenes that I felt were | 01:57:08 |
| 6 | most telling when I stated these things as facts. | 01:57:12 |
| 7 | I'm perfectly willing to concede that I | 01:57:15 |
| 8 | watched it. | 01:57:17 |
| 9 | Q    Okay, so for the record we just, to | 01:57:18 |
| 10 | correspond with the videos that are stipulated in | 01:57:24 |
| 11 | this case, marked exhibits to the deposition | 01:57:26 |
| 12 | accordingly.  So this is Video 10, Exhibit 10, and | 01:57:29 |
| 13 | why don't you start at the beginning and stop at | 01:57:35 |
| 14 | around the 10 second mark. | 01:57:41 |
| 15 | MS. MEEK:  I am playing Video 10, | 01:57:43 |
| 16 | starting at the beginning. | 01:57:50 |
| 17 | (Video 10 played.) | 01:57:51 |
| 18 | MS. MEEK:  I just paused Video 10 at | 01:58:05 |
| 19 | 10 seconds. | 01:58:08 |
| 20 | BY MS. SPEARS: | 01:58:08 |
| 21 | Q    Do you see in that video who you refer | 01:58:08 |
| 22 | to in your report as the cameraman? | 01:58:11 |
| 23 | A    I'm not sure, no. | 01:58:13 |
| 24 | Q    Let me go a second further and point | 01:58:14 |
| 25 | the cursor. | 01:58:16 |

| | | |
|---|---|---|
| 1 | (Video 10 played.) | 01:58:17 |
| 2 | A    I wonder if it's the fellow who -- | 01:58:22 |
| 3 | okay, so you see the fellow in the white hat? | 01:58:23 |
| 4 | Yep, there.  Is it the fellow to his left?  No, | 01:58:25 |
| 5 | above.  Above and -- there, that guy, is that the | 01:58:28 |
| 6 | fellow? | 01:58:32 |
| 7 | Q    I'm asking you. | 01:58:35 |
| 8 | A    Well, I don't know in this video.  I | 01:58:36 |
| 9 | haven't studied it as carefully as some of the | 01:58:36 |
| 10 | others. | 01:58:36 |
| 11 | I'd have look further at the video to | 01:58:38 |
| 12 | decide whether I thought he had come in with that | 01:58:41 |
| 13 | group. | 01:58:43 |
| 14 | Q    And why did you call him a cameraman as | 01:58:44 |
| 15 | opposed to a person holding a camera; are you | 01:58:48 |
| 16 | giving him an official title? | 01:58:52 |
| 17 | A    I wasn't trying to implicate that he | 01:58:54 |
| 18 | was a professional or anything like that.  He was | 01:58:55 |
| 19 | just a person holding a camera taking a video. | 01:58:57 |
| 20 | Q    Okay.  So you weren't assuming it was | 01:59:00 |
| 21 | his job -- | 01:59:03 |
| 22 | A    No. | 01:59:03 |
| 23 | Q    -- to video the -- | 01:59:03 |
| 24 | A    No. | 01:59:05 |
| 25 | Q    -- event? | 01:59:05 |

1      A    No.                                          01:59:06

2      Q    Did you think the cameraman, as you          01:59:08

3  called him, was somebody Mr. Phillips brought with    01:59:10

4  him to film the video?                                01:59:13

5      A    I don't know, no.  He might have been        01:59:15

6  just somebody who just trailed along with him.        01:59:17

7      Q    There were lots of people in the videos      01:59:19

8  holding cameras up, correct?                          01:59:21

9      A    Correct.                                     01:59:22

10     Q    Students included?                           01:59:24

11     A    Absolutely.                                  01:59:25

12     Q    Let's go back to -- you can take that        01:59:34

13  down.  Thank you.                                    01:59:36

14          Let's go back to page 10 of your             01:59:37

15  report.  You describe Mr. Phillips as walking up     01:59:41

16  to the boys and ignoring, is the word you used,      01:59:43

17  the BHI, the Black Hebrew Israelites.                01:59:47

18          Why did you say "ignoring"?                  01:59:51

19     A    From what I could see when Mr. Phillips      01:59:54

20  came on the scene, he, from what I described as      01:59:55

21  the north of the steps, coming down, he passed       01:59:59

22  between the boys and the Black Hebrew Israelites     02:00:05

23  but his attention was focused on the boys, the       02:00:09

24  direction he moved and the direction of his gaze,    02:00:12

25  so it seemed to me that he -- that was his           02:00:14

```
1    intention in moving there was to direct himself to        02:00:17
2    them.                                                      02:00:22
3         Q    Are you implying that he should have            02:00:28
4    paid attention to the Black Hebrew Israelites in           02:00:30
5    some way?                                                  02:00:33
6         A    No.                                              02:00:33
7         Q    No?                                              02:00:34
8         A    No.                                              02:00:34
9         Q    Do you know what Mr. Phillips was               02:00:35
10   trying to do?                                              02:00:36
11        A    No.  Not -- (overspeaking) --                   02:00:37
12        Q    Do you know whether he had a purpose in         02:00:41
13   the moment?                                                02:00:42
14        A    I suspect he did from his behavior but          02:00:43
15   I'm not in a position to analyze it.                       02:00:45
16        Q    You don't know what he was feeling in           02:00:47
17   the moment, for example?                                   02:00:48
18        A    No, of course I don't.                          02:00:49
19        Q    You don't believe it to would be                02:00:52
20   important to your opinions to know the answers to          02:00:54
21   those questions?                                           02:00:56
22        A    I have no expertise that would bear on          02:00:56
23   that.  I would be telling pure -- purely on the            02:00:58
24   basis of my surmise and I don't think I have the           02:01:00
25   expertise to back it up.                                   02:01:02
```

1    Q    You state you couldn't see from the        02:01:06

2    videos whether Mr. Phillips climbed any of the    02:01:08

3    steps and you assumed he was on the flat area,    02:01:11

4    correct?                                          02:01:13

5    A    He did climb them later, after Sandmann      02:01:14

6    left, you can see clearly in one of the videos and 02:01:16

7    I had it on the summary sheet that I brought       02:01:20

8    today, where Phillips climbs the steps to where    02:01:25

9    Sandmann had been and turns around to face the     02:01:29

10   crowd.  But I believe that's the only time he      02:01:32

11   climbed a step that I could see in the videos.     02:01:34

12   Q    When Mr. Phillips first approached the        02:01:43

13   students and stood in front of them, how far away  02:01:46

14   was Mr. Sandmann from him?                         02:01:50

15   A    Well, it is difficult to say.  I told         02:01:51

16   you I'm not good at distances.  I would say that   02:01:53

17   initially Mr. Phillips was walking in front of a   02:01:55

18   larger group of boys and not that close to him, so 02:01:57

19   I would say maybe he was 2 or 3 feet out from the  02:02:00

20   large group of boys and, in turn, Phillips --      02:02:04

21   Sandmann was up two or three steps.  So, I don't   02:02:06

22   know, maybe 5, 6, 7 feet.                          02:02:08

23       I mean, he also came from the north and        02:02:11

24   passed down along, so even when he was passing in  02:02:13

25   front of Phillips he must have been 5 or 6 feet in 02:02:16

1    front of him.  That's a guess, I don't know how        02:02:19

2    far he was.                                            02:02:21

3        Q    Okay.  Weren't there multiple rows of         02:02:22

4    students at first between Phillips and                 02:02:25

5    Mr. Sandmann?                                          02:02:27

6        A    Yes, yes, but some were on the ground         02:02:28

7    and some were on the steps.                            02:02:30

8        Q    And how did Mr. Phillips get to the           02:02:36

9    place where Mr. Sandmann was standing?                 02:02:37

10       A    From what I saw he walked along and he        02:02:40

11   actually walked into the group of boys who were on     02:02:43

12   the ground and some of them --                         02:02:45

13            -- (overspeaking) --                          02:02:46

14       Q    Sorry.                                        02:02:50

15       A    It's okay, he walked into that group of       02:02:51

16   boys.  He just began to walk past Sandmann and         02:02:52

17   then for some reason Sandmann caught his               02:02:55

18   attention.  He turned around and faced Sandmann --     02:02:59

19   face on, direct on, and walked up to him on the        02:03:04

20   steps.                                                 02:03:06

21       Q    That's your interpretation after             02:03:07

22   reviewing the videos?                                  02:03:10

23       A    I have it on the video there, yes.            02:03:13

24       Q    That's your interpretation?                   02:03:15

25       A    That's what I saw on the video.               02:03:16

| | | |
|---|---|---|
| 1 | Q    So you already testified and we saw in | 02:03:18 |
| 2 | your report that on the videos you say that there | 02:03:20 |
| 3 | were some other students who parted from | 02:03:22 |
| 4 | Mr. Phillips as he approached; right? | 02:03:24 |
| 5 | A    Yes, the ones who -- as he walked into | 02:03:26 |
| 6 | the crowd, it parted to let him by. | 02:03:28 |
| 7 | Q    And so didn't Mr. Phillips get there by | 02:03:31 |
| 8 | moving forward through this space that other | 02:03:33 |
| 9 | students opened up to let him by, as you say? | 02:03:36 |
| 10 | A    I believe so, yes.  I said that. | 02:03:39 |
| 11 | Q    Let's discuss -- on page 10 you talk | 02:03:46 |
| 12 | about -- I want to talk a bit more about what you | 02:03:49 |
| 13 | were just talking about. | 02:03:51 |
| 14 | In Video 2 you mention on page 10 of | 02:03:56 |
| 15 | your report -- do you see that there in the | 02:03:59 |
| 16 | middle? | 02:04:01 |
| 17 | A    "At the beginning of Video 2", yes. | 02:04:01 |
| 18 | Q    Yes.  So let's walk you through your | 02:04:04 |
| 19 | description of what's happening.  You write there: | 02:04:15 |
| 20 | "At the beginning of Video 2, Phillips walks from | 02:04:17 |
| 21 | the right along the front edge of the boys | 02:04:21 |
| 22 | drumming and chanting loudly." | 02:04:24 |
| 23 | What do you mean by that?  From whose | 02:04:24 |
| 24 | right and what direction are you claiming he's | 02:04:28 |
| 25 | walking? | 02:04:29 |

```
1        A    As I said at the beginning of the         02:04:30

2   paragraph, it is shot from in front of the Hebrew   02:04:31

3   Israelites and facing the Lincoln Memorial.          02:04:34

4             As I said earlier -- I'm going to have    02:04:36

5   to get my directions right again, the Lincoln       02:04:41

6   Memorial, I think, faces ... I said in which        02:04:44

7   direction -- I looked it up, which direction the    02:05:03

8   Lincoln Memorial faces.                              02:05:05

9             I think it faces east across the          02:05:06

10  reflecting pond.  Yes, I think it -- let's assume   02:05:10

11  that it faces east along the reflecting pond and    02:05:12

12  then -- so the steps of the Memorial would be then  02:05:16

13  north/south, on a north/south axis, if I'm correct  02:05:18

14  about that.  I'm trying to find the passage here    02:05:21

15  and I'm not finding it.                              02:05:23

16            So when I say that the cameraman in       02:05:25

17  this particular video is -- and I mean by that,     02:05:27

18  whoever took the shot, I don't mean they're         02:05:30

19  professional, is looking with his back to the       02:05:32

20  Black Hebrew Israelites facing the Lincoln          02:05:36

21  Memorial, then he'd be facing west with the steps   02:05:38

22  to his right, would be the north, coming along the  02:05:44

23  north from the steps that -- along the steps.       02:05:46

24            So I saw Mr. Phillips and a group of      02:05:49

25  people following him come, I first heard them from  02:05:52
```

| | | |
|---|---|---|
| 1 | behind, from the right, that would be to the north | 02:05:57 |
| 2 | of -- east, and then they come down in between the | 02:05:59 |
| 3 | two groups in front of the person taking this | 02:06:03 |
| 4 | video and go along the front of the boys.  So | 02:06:06 |
| 5 | that's going from north to south along the front | 02:06:09 |
| 6 | of the steps, from this cameraman's right to left, | 02:06:13 |
| 7 | the Covington boys are more or less directly ahead | 02:06:17 |
| 8 | and the -- Phillips walks into the crowd of boys | 02:06:24 |
| 9 | which pours down from the steps onto the flat | 02:06:25 |
| 10 | ground and as he does so, some of the boys who are | 02:06:30 |
| 11 | on the flat ground part to let him go.  I never | 02:06:33 |
| 12 | saw any place where any of them they blocked him. | 02:06:36 |
| 13 | Q    Let's go to Video 2. | 02:06:38 |
| 14 | MR. McMURTRY:  Just so I'm clear, the | 02:06:44 |
| 15 | numbers are the same in the report and our | 02:06:45 |
| 16 | exhibits; right? | 02:06:47 |
| 17 | MS. SPEARS:  Correct.  Let's pull up | 02:06:50 |
| 18 | what we've marked as Video 2, Exhibit 2 and start | 02:06:51 |
| 19 | at the beginning and pause at -- one sec. | 02:06:55 |
| 20 | MS. MEEK:  I'm starting Video 2, | 02:07:10 |
| 21 | Exhibit 2 at the beginning. | 02:07:12 |
| 22 | (Video 2 played.) | 02:07:13 |
| 23 | MS. MEEK:  I just paused Video 2, | 02:07:33 |
| 24 | Exhibit 2, at 20 seconds. | 02:07:35 |
| 25 | BY MS. SPEARS: | 02:07:37 |

1     Q    So where in the video do you see          02:07:37
2  Mr. Phillips walking from the right?               02:07:38
3     A    I might have the wrong video.  I have      02:07:41
4  to look at the other videos and find the one I     02:07:58
5  saw.  I think it was Banyamyan maybe, I'm not      02:08:02
6  sure.                                              02:08:03
7     Q    Because he's not walking from the          02:08:04
8  right, that's incorrect.                           02:08:06
9     A    No, no, that's not the correct video,      02:08:06
10 I've got the wrong video.                          02:08:07
11    Q    So that's incorrect in the report?         02:08:08
12    A    That is incorrect in the report.           02:08:10
13    Q    Let's -- can you jump back to the          02:08:11
14 beginning of this, play from beginning to pause    02:08:13
15 about the 8-second mark?                           02:08:15
16         MS. MEEK:  I'm starting Video 2 back       02:08:20
17 from the beginning.                                02:08:21
18              (Video 2 played.)                     02:08:22
19         MS. MEEK:  I just paused Video 2 at        02:08:28
20 8 seconds.                                         02:08:34
21 BY MS. SPEARS:                                     02:08:35
22    Q    So for the first couple of seconds we      02:08:35
23 don't see Mr. Phillips, at all?                    02:08:37
24    A    No, we don't.  This is the wrong video.    02:08:38
25         MS. SPEARS: Okay.  Then let's restart      02:08:41

| | | |
|---|---|---|
| 1 | it at the 8-second mark or where we are at right | 02:08:41 |
| 2 | now and play on until the 20-second mark. | 02:08:45 |
| 3 | MS. MEEK:  Restarting Video 2 at 8 | 02:08:48 |
| 4 | seconds. | 02:08:51 |
| 5 | (Video 2 played.) | 02:08:51 |
| 6 | MS. MEEK:  I just paused Video 2 at | 02:09:03 |
| 7 | 20 seconds. | 02:09:06 |
| 8 | BY MS. SPEARS: | 02:09:06 |
| 9 | Q    Okay, and at these seconds that we just | 02:09:06 |
| 10 | walked, Phillips just turns to his own right, | 02:09:08 |
| 11 | correct? | 02:09:10 |
| 12 | A    Yes, to his right. | 02:09:11 |
| 13 | Q    And towards the right side of the crowd | 02:09:13 |
| 14 | of boys, correct? | 02:09:15 |
| 15 | A    Correct. | 02:09:16 |
| 16 | Q    Do you know why? | 02:09:17 |
| 17 | A    I don't know where this -- the angle is | 02:09:18 |
| 18 | on this one so I can't tell you what he's doing. | 02:09:19 |
| 19 | I think he is just wading into the boys, but -- I | 02:09:21 |
| 20 | don't know why, but he's wading into the crowd of | 02:09:24 |
| 21 | boys. | 02:09:27 |
| 22 | MS. SPEARS:  Okay, and restart it at | 02:09:27 |
| 23 | where we just left off, the 20-second mark, and | 02:09:31 |
| 24 | pause at the 32-second mark. | 02:09:34 |
| 25 | MS. MEEK:  Restarting Video 2 at | 02:09:39 |

| | | |
|---|---|---|
| 1 | 20 seconds. | 02:09:41 |
| 2 | (Video 2 played.) | 02:09:42 |
| 3 | MS. MEEK:  I just paused Video 2 at 32 | 02:09:54 |
| 4 | seconds. | 02:09:56 |
| 5 | BY MS. SPEARS: | 02:09:56 |
| 6 | Q    Do you recognize some of the students | 02:09:56 |
| 7 | as doing what's known as the tomahawk chop? | 02:09:59 |
| 8 | A    Yes, I mentioned that in my report. | 02:10:02 |
| 9 | Q    Are you familiar with the tomahawk | 02:10:04 |
| 10 | chop? | 02:10:04 |
| 11 | A    I've seen it in sports games. | 02:10:05 |
| 12 | Q    Then in your report you say it's a | 02:10:06 |
| 13 | controversial gesture seen in Atlanta baseball | 02:10:09 |
| 14 | games and other sporting events.  Why is it | 02:10:12 |
| 15 | controversial? | 02:10:13 |
| 16 | A    I believe it's regarded as offensive by | 02:10:13 |
| 17 | many indigenous people, Native American people. | 02:10:15 |
| 18 | Q    Did you consider whether Mr. Phillips | 02:10:18 |
| 19 | could have viewed the tomahawk chop in this moment | 02:10:20 |
| 20 | as offensive or mocking him? | 02:10:23 |
| 21 | A    That was not part of my expertise in | 02:10:26 |
| 22 | writing the report.  I have no doubt that he would | 02:10:27 |
| 23 | have. | 02:10:29 |
| 24 | MS. SPEARS:  Can you restart it at the | 02:10:30 |
| 25 | 30-second mark and then pause just a little after | 02:10:37 |

1   the 41-second mark?                                    02:10:39

2           MS. MEEK:  I'm starting at 32 seconds,         02:10:41

3   Video 2.                                               02:10:43

4                   (Video 2 played.)                      02:10:44

5           THE WITNESS:  Can we stop.                     02:10:57

6           The guy in the red hat is the cameraman        02:10:57

7   with Phillips.  That's what I was talking about.       02:10:59

8   BY MS. SPEARS:                                         02:11:00

9       Q    Where we just paused that?                    02:11:00

10      A    No, just before that.  There, that's          02:11:02

11  the guy.                                               02:11:03

12          MS. MEEK:  For the record, the witness         02:11:06

13  just pointed to 39 seconds in Video 2.                 02:11:07

14          THE WITNESS:  The guy in the red cap.          02:11:11

15  That's the guy with Phillips.                          02:11:12

16  BY MS. SPEARS:                                         02:11:15

17      Q    Okay, let's talk about this for another       02:11:15

18  second.  So you are referring to my earlier            02:11:15

19  questions when I asked you who you were referring       02:11:18

20  to as the cameraman --                                 02:11:19

21              -- (overspeaking) --                       02:11:20

22      A    That's right.                                 02:11:20

23      Q    You got to wait until I'm done.  Sorry.       02:11:21

24  You were referring to the earlier questions where      02:11:24

25  I asked you about the person you called the            02:11:26

1    "cameraman" in your report; is that right?              02:11:29

2         A    Correct.                                      02:11:32

3         Q    And you are stating that the person you       02:11:33

4    are referencing is the person depicted the red cap      02:11:36

5    holding a camera at second 40?                          02:11:41

6              MS. MEEK:  39.                                 02:11:45

7    BY MS. SPEARS:                                           02:11:47

8         Q    39 in Video 2?                                 02:11:47

9         A    That's now who I think -- in the other        02:11:48

10   video I couldn't identify him because I wasn't as       02:11:49

11   familiar with that video, but this is who I had         02:11:52

12   assumed was with Phillips.                              02:11:56

13        Q    And I was just going to ask that.  You        02:11:57

14   are assuming he was with Phillips but you have no       02:11:59

15   idea whether he was with Phillips or not?               02:12:02

16        A    I could be wrong.                             02:12:04

17             MS. SPEARS:  Okay.  So go back again in       02:12:04

18   this -- restart at 32 and pause again a little          02:12:07

19   after 41, please.                                       02:12:15

20             MS. MEEK:  Restarting video 2 at              02:12:18

21   32 seconds.                                             02:12:22

22                  (Video 2 played.)                        02:12:24

23             MS. MEEK:  I just paused Video 2 at           02:12:33

24   43 seconds.                                             02:12:35

25   BY MS. SPEARS:                                           02:12:36

| | | |
|---|---|---|
| 1 | Q    You described Mr. Sandmann, who we can | 02:12:36 |
| 2 | see there, as laughing and grinning at his | 02:12:38 |
| 3 | companions, correct? | 02:12:41 |
| 4 | A    Correct. | 02:12:41 |
| 5 | Q    What's a grin? | 02:12:44 |
| 6 | A    What do you mean, what's the grin? | 02:12:45 |
| 7 | Q    What is a grin? | 02:12:46 |
| 8 | A    A grin is a smile of a certain sort. | 02:12:51 |
| 9 | That's all I can tell you.  He was laughing, | 02:12:53 |
| 10 | having fun with his buddies. | 02:12:53 |
| 11 | Q    So that's your characterization of | 02:12:56 |
| 12 | Mr. Sandmann's expression at the time? | 02:12:58 |
| 13 | A    Yes. | 02:13:01 |
| 14 | Q    Why do you use the word "companions"? | 02:13:01 |
| 15 | A    By companions -- it looks like another | 02:13:04 |
| 16 | boy from Covington, one of his schoolmates. | 02:13:04 |
| 17 | MS. SPEARS:  Okay, can you restart a | 02:13:06 |
| 18 | little before this.  Start a little before 41 and | 02:13:07 |
| 19 | pause a little after the 46 mark, please? | 02:13:11 |
| 20 | MS. MEEK:  Restarting Video 2 at | 02:13:16 |
| 21 | 39 seconds. | 02:13:19 |
| 22 | (Video 2 played.) | 02:13:20 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:13:32 |
| 24 | 47 seconds. | 02:13:33 |
| 25 | BY MS. SPEARS: | 02:13:37 |

| | | |
|---|---|---|
| 1 | Q    In your report in reference to Video 2, | 02:13:37 |
| 2 | you say that between 41 and 46 seconds, | 02:13:38 |
| 3 | Mr. Phillips was continuing south; what do you | 02:13:40 |
| 4 | mean by that?  Or is that incorrect? | 02:13:43 |
| 5 | A    Let's see what I say. | 02:13:46 |
| 6 | Q    Because you were referring to the wrong | 02:13:46 |
| 7 | video. | 02:13:48 |
| 8 | A    (Reading): | 02:13:49 |
| 9 | "21 seconds one sees Sandmann one or | 02:13:49 |
| 10 | two steps above Phillips in the crowd wearing his | 02:13:54 |
| 11 | hat laughing, grinning.  Phillips continued south, | 02:13:56 |
| 12 | nearly walks past Sandmann" -- I don't say how | 02:13:59 |
| 13 | long it took -- "who is on his right and slightly | 02:14:02 |
| 14 | above, still grinning.  Then Phillips pulls up and | 02:14:05 |
| 15 | turns right to face Sandmann." | 02:14:08 |
| 16 | Q    Stop there a second.  Where -- I want | 02:14:09 |
| 17 | to ask you about it.  You say he's continuing | 02:14:10 |
| 18 | south; what do you mean by that?  Continuing from | 02:14:13 |
| 19 | what? | 02:14:15 |
| 20 | A    For a while he had been walking from | 02:14:15 |
| 21 | the right to the left.  If you back up to 40, you | 02:14:17 |
| 22 | will see he had been walking from the right to the | 02:14:21 |
| 23 | left and then for some reason he turned and went | 02:14:24 |
| 24 | to face Sandmann. | 02:14:26 |
| 25 | Q    Okay, so is it your contention that | 02:14:27 |

1    before Phillips got to where Mr. Sandmann was          02:14:30
2    standing, he was not moving in the direction of        02:14:33
3    Lincoln Memorial?                                      02:14:36
4         A    No, that's not the direction -- yeah,        02:14:37
5    he was walking in front of the boys, not up the        02:14:39
6    steps.                                                 02:14:42
7         Q    Okay, so --                                  02:14:44
8         A    I never saw him go up toward the             02:14:45
9    Memorial in this, until the end of the videos.         02:14:46
10        Q    And that's --                                02:14:51
11        A    I saw him walking into the group of          02:14:51
12   boys along the front of the steps.                     02:14:53
13        Q    And so it's your position that he was        02:14:55
14   not walking towards the Memorial?                      02:14:56
15        A    I cannot comment on his intentions.  I       02:14:59
16   can only say I did not see him go toward the steps     02:15:00
17   to go up until after this encounter.                   02:15:03
18        Q    You didn't see him going in the              02:15:10
19   direction of the steps?                                02:15:11
20        A    No.  It looks to me like he's walking        02:15:12
21   in front of the steps into the crowd of boys,          02:15:14
22   until he turns and goes towards Sandmann.              02:15:16
23        Q    And that's part of what informs your         02:15:18
24   opinion that the blocking statement is false?          02:15:21
25        A    That's only part of it.                      02:15:25

1     Q    Let's go back to page 10 of your                02:15:30
2  report.                                                 02:15:31
3     A    You could review the video if you want          02:15:32
4  to look one more time.  I don't see him going up        02:15:33
5  the steps.                                              02:15:36
6     Q    Well, hang on for a second.  In terms           02:15:37
7  of the direction he's facing, that's one thing.         02:15:41
8  And then actually physically going up the steps         02:15:43
9  that's another thing.                                   02:15:45
10              -- (overspeaking) --                       02:15:46
11    A    -- the direction --                             02:15:46
12              -- (overspeaking) --                       02:15:47
13    Q    Do you agree that he was facing --              02:15:47
14  (overspeaking) --                                      02:15:48
15    A    No, not until he turned to face                 02:15:49
16  Sandmann, no.                                          02:15:51
17    Q    Let's go to page 10 in your report.             02:15:54
18  You say:                                               02:15:57
19         "Phillips nearly walks past Sandmann."          02:16:01
20         What does this mean?                            02:16:04
21    A    The way I saw it in multiple videos,            02:16:06
22  including this one, he's walking from north to         02:16:08
23  south, roughly, along the front edge of the steps      02:16:11
24  into the crowd of boys, many of whom are on the        02:16:14
25  ground.  I didn't see him make a gesture to turn       02:16:17

1    towards the west, toward the Memorial as if going        02:16:20

2    up the steps, until he turns around and faces            02:16:23

3    Sandmann.                                                02:16:26

4            So he was walking from north to south            02:16:26

5    and -- Sandmann is facing east, so he's walking          02:16:29

6    from north to south in front -- roughly, in front        02:16:36

7    of -- perpendicular to the line of Sandmann's            02:16:39

8    gaze.  He walks slightly past him and then he            02:16:44

9    turns and goes up to face Sandmann directly.             02:16:47

10   That's what I see in the video.                          02:16:50

11       Q    That's your interpretation.                     02:16:51

12       A    It is not my interpretation; it's what          02:16:52

13   I see in the videos.                                     02:16:54

14       Q    Based on your personal review of the            02:16:55

15   videos?                                                  02:16:57

16       A    To use your language, it is what I see          02:17:01

17   in the videos.                                           02:17:03

18       Q    And you're saying -- when you say he            02:17:06

19   nearly walked past Sandmann, you are talking about       02:17:12

20   a moment when Phillips turns to his left, correct?       02:17:14

21       A    No, he turns to his right.  He was             02:17:16

22   walking from north to south past -- slightly past        02:17:20

23   Sandmann, then for some reason he turns back and         02:17:24

24   comes to face him which is turning to his --             02:17:26

25   toward his right.  So he was walking -- he was           02:17:30

| | | |
|---|---|---|
| 1 | walking along the steps, Sandmann is over here on | 02:17:33 |
| 2 | his right.  He slightly goes past him, he turns | 02:17:35 |
| 3 | around and comes back and faces Sandmann.  That's | 02:17:38 |
| 4 | what I see in the video. | 02:17:40 |
| 5 |     Q    Did you watch this -- this is your | 02:17:44 |
| 6 | interpretation of Video 2? | 02:17:46 |
| 7 |             MR. McMURTRY:  Objection. | 02:17:50 |
| 8 |             THE WITNESS:  This is what I see in | 02:17:51 |
| 9 | Video 2. | 02:17:52 |
| 10 | BY MS. SPEARS: | 02:17:52 |
| 11 |     Q    Did you watch this same moment in time | 02:17:52 |
| 12 | on any other video? | 02:17:54 |
| 13 |     A    I watched all the videos for this | 02:17:55 |
| 14 | moment in particular. | 02:17:58 |
| 15 |     Q    Do you recall any other specific videos | 02:17:59 |
| 16 | where you see this? | 02:18:01 |
| 17 |     A    I did not take notes on the numbers. | 02:18:02 |
| 18 |             MS. SPEARS:  Let's restart at | 02:18:03 |
| 19 | 47 seconds and pause around 58 second. | 02:18:37 |
| 20 |             MS. MEEK:  Restarting Video 2 at | 02:18:43 |
| 21 | 47 seconds. | 02:18:44 |
| 22 |             (Video 2 played). | 02:18:45 |
| 23 |             MS. MEEK:  I just paused Video 2 at | 02:18:59 |
| 24 | 58 seconds. | 02:19:01 |
| 25 | BY MS. SPEARS: | 02:19:04 |

1        Q    Okay, you describe Sandmann as grinning          02:19:04

2    earlier.  Would you characterize this look he's          02:19:06

3    giving right now as a smirk?                             02:19:09

4              MR. McMURTRY:  Objection.  Go ahead.           02:19:11

5              THE WITNESS:  A smirk attributes               02:19:12

6    intention.  I cannot do that reliably.                   02:19:14

7    BY MS. SPEARS:                                           02:19:18

8        Q    So it's a matter of interpretation?             02:19:18

9        A    Correct.                                        02:19:29

10       Q    In another of the videos you reference          02:19:29

11   Video 14 here, Exhibit 14.                               02:19:31

12       A    Yes.                                            02:19:34

13       Q    Can you pull that up and just pause at          02:19:35

14   the beginning, please?                                   02:19:39

15       A    Yep.                                            02:19:40

16       Q    You note that -- strike that.  You note         02:19:40

17   that Mr. Sandmann's hands are behind his back?           02:20:21

18   Clasped behind his back.                                 02:20:22

19       A    Correct.                                        02:20:26

20       Q    Why did you note this?  What's the              02:20:26

21   significance to you?                                     02:20:27

22       A    Again, that had significance to me from         02:20:28

23   my upbringing, that especially if a young man was        02:20:31

24   in church or in a respectful situation, they were        02:20:34

25   expected to put their hands behind their back to         02:20:36

| | | |
|---|---|---|
| 1 | indicate lack of aggression and respect. | 02:20:39 |
| 2 |     Q    Do you know why he has his hands behind | 02:20:43 |
| 3 | his back? | 02:20:45 |
| 4 |     A    No, I don't. | 02:20:45 |
| 5 |     Q    Let's go back to page 10 of your report | 02:20:48 |
| 6 | here in the last paragraph.  You cite Video 16. | 02:20:50 |
| 7 | Do you see that? | 02:21:05 |
| 8 |     A    Yes. | 02:21:06 |
| 9 |     Q    And -- just wait one second.  You talk | 02:21:07 |
| 10 | about a 3-foot corridor.  I want you pull up | 02:21:18 |
| 11 | Video 16 and start it at the 6-second mark and | 02:21:23 |
| 12 | pause it at the 11-second mark. | 02:21:26 |
| 13 |     MS. MEEK:  I am starting Video 16 at | 02:21:41 |
| 14 | 6 seconds. | 02:21:44 |
| 15 |           (Video 16 played.) | 02:21:45 |
| 16 |     MS. MEEK:  I just paused Video 16 at | 02:21:53 |
| 17 | 11 seconds. | 02:21:56 |
| 18 | BY MS. SPEARS: | 02:21:57 |
| 19 |     Q    Where do you see, as you state here, a | 02:21:57 |
| 20 | "3-foot corridor between Sandmann and a group of | 02:21:59 |
| 21 | the students to his left going up the stairs"? | 02:22:04 |
| 22 |     A    Well, if you look at the fellow in the | 02:22:07 |
| 23 | red cap, who, by the way, was chanting with | 02:22:08 |
| 24 | Sandmann earlier, but I don't want to interrupt | 02:22:11 |
| 25 | your question, he's got a camera held high, | 02:22:11 |

1    photographing Sandmann.                              02:22:15

2            Right behind him, there's at least -- I      02:22:17

3    can't say exactly, of course, but quite a few        02:22:19

4    steps going up where there is nobody between         02:22:21

5    Sandmann and the group of boys to the north to       02:22:25

6    Sandmann's left for at least three feet until you    02:22:28

7    get quite a few steps higher.                        02:22:31

8        Q    Okay, earlier in your report and we        02:22:33

9    talked about it, you said you can't judge            02:22:35

10   distances from the videos.  And you are a            02:22:38

11   horrible, I think you said, judge of distances.      02:22:42

12           So how did you come up with this             02:22:44

13   approximation?                                       02:22:46

14       A    Well, that one is easier because that       02:22:46

15   is wider than a yardstick, I can just tell, and I    02:22:48

16   use yardsticks all the time, and that's 3 feet.      02:22:51

17       Q    What do you use yardsticks for?             02:22:55

18       A    I have done a lot of work,                  02:22:58

19   construction, on five houses now, so yardsticks      02:22:59

20   I'm good with, but 20 feet, I'm not.                 02:23:02

21       Q    So it looks --                              02:23:08

22       A    It looks like 3, it might be 4.  I was      02:23:09

23   being conservative.  That might be 4 feet, but at    02:23:12

24   least 3 feet.                                        02:23:14

25       Q    And that's based on your personal           02:23:15

1    approximation?                                      02:23:17

2         A    I could see putting a yardstick there     02:23:18

3    between Sandmann's left shoulder and the boys to    02:23:20

4    the right on the screen and there would still be    02:23:24

5    room.                                               02:23:28

6         Q    But that's your approximation, you        02:23:30

7    don't know for sure; right?                         02:23:32

8         A    I'm pretty sure about that one.  I can    02:23:34

9    see it.                                             02:23:35

10        MS. SPEARS:  Restart at the beginning,         02:23:36

11   and pause right at the beginning.                   02:23:44

12        MS. MEEK:  For the record, the                 02:23:49

13   television is displaying Video 16 at zero seconds.  02:23:49

14   BY MS. SPEARS:                                       02:23:54

15        Q    Would you agree with me at the start of   02:23:54

16   this video there is no open corridor because there  02:23:55

17   is another student standing to Sandmann's -- on     02:23:57

18   Sandmann's left.  Can you see him there in the red  02:24:01

19   shirt and Notre Dame hat?                           02:24:04

20        A    I don't think he's immediately to         02:24:10

21   Sandmann's left and everyone that Phillips had      02:24:10

22   gone up to that point, as he move the boys moved    02:24:13

23   aside.  So I think there was plenty of room, at     02:24:13

24   least three or four steps above Sandmann, although  02:24:16

25   it is not easy to judge exactly how many steps.     02:24:19

1      Q    You don't see right here in this moment      02:24:20
2  a 3-foot open corridor, do you?                       02:24:23
3      A    Yeah, immediately to Sandmann's left, I      02:24:25
4  do.  There's a group of boys, this ranging group      02:24:27
5  of boys with a white cap, a red cap, a blue cap,      02:24:29
6  the brown hair, that group is at least 3 feet to     02:24:30
7  the -- away, more, away from Sandmann and you        02:24:36
8  could go up several steps before you hit Notre       02:24:39
9  Dame.                                                 02:24:42
10     Q    But what you are saying is that space        02:24:43
11 opens up because the other students, including       02:24:46
12 that student in the Notre Dame cap, moves to the     02:24:47
13 side, correct?                                        02:24:52
14     A    All I can say is that right now              02:24:53
15 Phillips could pass to his -- to the left of         02:24:54
16 Sandmann, up several of the steps.                   02:24:55
17     Q    Okay.                                        02:24:58
18     A    Sandmann was not precluding him from        02:24:59
19 moving up the steps.                                  02:25:01
20     Q    You are not disagreeing with me             02:25:05
21 though --                                             02:25:06
22          -- (overspeaking) --                         02:25:07
23     A    The boys higher-up -- (overspeaking) --     02:25:07
24     Q    Hold on a second.  You are not              02:25:09
25 disagreeing with me, though, that there's a          02:25:11

| | | |
|---|---|---|
| 1 | student in a Notre Dame hat to Sandmann's left | 02:25:14 |
| 2 | that is in the space that you pointed out moments | 02:25:18 |
| 3 | later, as the 3-foot corridor, correct? | 02:25:21 |
| 4 |     A   I think you are misconstruing what I'm | 02:25:23 |
| 5 | saying.  I think there is space for Phillips to | 02:25:32 |
| 6 | move to the left of Sandmann up the steps, now, in | 02:25:34 |
| 7 | this point in the video, clearly. | 02:25:38 |
| 8 |     Q   And no, the space opens up after the | 02:25:42 |
| 9 | student in the Notre Dame hat moves aside; is that | 02:25:49 |
| 10 | what you are saying? | 02:25:54 |
| 11 |     A   The boy is not immediately -- the boy | 02:25:55 |
| 12 | in the Notre Dame hat is not immediately to | 02:25:55 |
| 13 | Phillips' left.  Sandmann could have moved up the | 02:26:00 |
| 14 | steps. | 02:26:02 |
| 15 |     Q   And what do you base that on? | 02:26:02 |
| 16 |     A   I can see. | 02:26:05 |
| 17 |     Q   It's based on your perception of the | 02:26:06 |
| 18 | video. | 02:26:08 |
| 19 |     A   I think I see steps there between that | 02:26:08 |
| 20 | boy's legs and Sandmann, gray steps.  That means | 02:26:12 |
| 21 | that boy is higher up on the steps than Sandmann. | 02:26:17 |
| 22 |     MR. McMURTRY:  Can we take a break at | 02:26:20 |
| 23 | some point, in the next five minutes or so. | 02:26:24 |
| 24 | BY MS. SPEARS: | 02:26:26 |
| 25 |     Q   Sure.  Do you think that Phillips could | 02:26:26 |

| | | |
|---|---|---|
| 1 | have felt surrounded in certain moments of the | 02:26:29 |
| 2 | encounter, like this one? | 02:26:31 |
| 3 | A    I think he waded into the middle of a | 02:26:33 |
| 4 | crowd of boys, so in a sense he was surrounded. | 02:26:35 |
| 5 | Q    If he felt surrounded, would he be | 02:26:39 |
| 6 | wrong? | 02:26:41 |
| 7 | A    No, he was surrounded by the boys.  He | 02:26:41 |
| 8 | walked into the middle of the crowd. | 02:26:43 |
| 9 | Q    And you believe that this part of | 02:26:46 |
| 10 | Video 16, which you cite in your report here, | 02:26:49 |
| 11 | supports your opinion that Phillips' statements | 02:26:51 |
| 12 | that Sandmann was blocking him or sort of stopping | 02:26:55 |
| 13 | him -- stopping his exit was incorrect? | 02:26:58 |
| 14 | A    There are two aspects to that | 02:27:01 |
| 15 | statement.  One of them is that he was not | 02:27:05 |
| 16 | passively blocking, meaning that his being there, | 02:27:07 |
| 17 | where he was on the steps did not prevent Phillips | 02:27:09 |
| 18 | from going further up the steps.  That is a fact | 02:27:13 |
| 19 | that you can see in this video, as well as in part | 02:27:15 |
| 20 | of Video 2, which we didn't discuss when we saw | 02:27:18 |
| 21 | it, as well as earlier in this video. | 02:27:20 |
| 22 | Second, I see no evidence at all that | 02:27:23 |
| 23 | Phillips has, in any way, moved to prevent -- | 02:27:25 |
| 24 | MR. McMURTRY:  Sandmann -- | 02:27:32 |
| 25 | (overspeaking) -- | 02:27:33 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sorry, I'm getting my | 02:27:34 |
| 2 | names mixed up. | 02:27:35 |
| 3 | Sandmann has not done anything to | 02:27:37 |
| 4 | prevent Phillips from moving up the steps.  That | 02:27:39 |
| 5 | is not to say he is not -- as an agent blocking | 02:27:40 |
| 6 | Phillips. | 02:27:44 |
| 7 | So neither is he passively blocking | 02:27:47 |
| 8 | him, there is room to his left, nor is he actively | 02:27:50 |
| 9 | blocking him in the sense of his intention | 02:27:52 |
| 10 | being -- putting himself in the way.  That's what | 02:27:55 |
| 11 | I'm saying. | 02:27:57 |
| 12 | BY MS. SPEARS: | 02:27:58 |
| 13 | Q    But you don't know of Sandmann's | 02:27:58 |
| 14 | intent, you are not -- | 02:28:02 |
| 15 | A    It doesn't matter his intent.  He did | 02:28:03 |
| 16 | not move. | 02:28:05 |
| 17 | Q    Let me ask you this.  Video 16 and this | 02:28:06 |
| 18 | 3-foot corridor you say you see, you say that | 02:28:08 |
| 19 | supports your opinion that Phillips' statements | 02:28:12 |
| 20 | that Sandmann was blocking him or sort of stopping | 02:28:14 |
| 21 | his exit is incorrect.  In other words, you are | 02:28:16 |
| 22 | relying on this corridor you see in the video as | 02:28:19 |
| 23 | part of your opinion, correct? | 02:28:23 |
| 24 | A    Part of the opinion.  That is not the | 02:28:24 |
| 25 | whole thing.  I want to emphasize that. | 02:28:25 |

```
 1              MS. SPEARS:  That's fine.  You want to      02:28:27

 2    take a break?                                         02:28:28

 3              MR. McMURTRY:  Yes, I do.  Ten minutes?     02:28:29

 4              MS. SPEARS:  Sure.                          02:28:31

 5              THE VIDEOGRAPHER:  We are going off the     02:28:33

 6    record.  The time is 2:28 p.m.                        02:28:34

 7       (Recess taken from 2:28 p.m. to 3:01 p.m.)         02:28:35

 8              THE VIDEOGRAPHER:  We're going back on      03:01:03

 9    the record.  The time is 3:01 p.m.                    03:01:05

10    BY MS. SPEARS:                                        03:01:08

11       Q    Okay.  Looking at your report we talked      03:01:08

12    about Video 2 which you also have cited.              03:01:17

13       A    Yes.                                          03:01:20

14       Q    And we talked a moment ago, before the       03:01:20

15    break, about your reference to what you perceive      03:01:23

16    as a 3-foot corridor, correct?                        03:01:27

17       A    Yes.                                          03:01:30

18       Q    And I take it your position is that          03:01:31

19    Video 2 shows that same corridor that you believe    03:01:34

20    you see?                                              03:01:40

21       A    Yes.                                          03:01:41

22       Q    Okay.  So let's go -- (overspeaking) --      03:01:42

23       A    So it's at 50 seconds (inaudible) --         03:02:03

24              THE COURT REPORTER:  I am sorry, I          03:02:04

25    didn't hear that at all.                              03:02:04
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  At 50 seconds in Video 2 | 03:02:04 |
| 2 | you can see a passageway to Sandmann's left going | 03:02:04 |
| 3 | up the steps and as I saw it, that passage way | 03:02:08 |
| 4 | stays there until at least 1 minute 50 seconds | 03:02:11 |
| 5 | when some of the other boys come down closer | 03:02:15 |
| 6 | behind Sandmann. | 03:02:17 |
| 7 | BY MS. SPEARS: | 03:02:18 |
| 8 | Q    Okay.  So continuing on in your report | 03:02:18 |
| 9 | on page 11, you state, and it's in the middle | 03:02:22 |
| 10 | there, the first full paragraph: | 03:02:35 |
| 11 | "After a couple of minutes of the | 03:02:41 |
| 12 | face-to-face confrontation one of Phillips' | 03:02:43 |
| 13 | companions (judging by his apparel and what he | 03:02:46 |
| 14 | says) starts to argue with another boy." | 03:02:49 |
| 15 | And you reference to Video 3. | 03:02:52 |
| 16 | I'd like to pull that up, Video 3, | 03:02:55 |
| 17 | Exhibit 3. | 03:02:58 |
| 18 | Can you just jump to 147 and pause | 03:02:59 |
| 19 | there so we can see the image. | 03:03:01 |
| 20 | A    According to me that already starts by | 03:03:13 |
| 21 | 1:48 on Video 3, for what it's worth. | 03:03:15 |
| 22 | Q    That's fine. | 03:03:18 |
| 23 | Q    So is this the "companion" you are | 03:03:23 |
| 24 | referring to? | 03:03:26 |
| 25 | A    Yes. | 03:03:26 |

1     Q    What do you mean by "companion" here?          03:03:26

2     A    If you go back to the earlier videos          03:03:30

3  watching Sandmann walk onto the scene he is there          03:03:33

4  with the guy taking a video, he is there with this          03:03:35

5  fellow, and there's several women, there's a group          03:03:38

6  of people walking with Phillips up toward the          03:03:40

7  group of Covington boys and this is one of the          03:03:44

8  people among that group.          03:03:45

9     Q    And what about his apparel made you          03:03:46

10 describe him as a companion?          03:03:48

11    A    I think that the hat he's wearing might          03:03:50

12 have a -- well, first of all, he has -- I think          03:03:51

13 that's braids which is a very common kind of hair          03:03:54

14 style for indigenous Native American men and I          03:03:59

15 think he might have a hat that has an image on it,          03:04:04

16 but I don't remember.          03:04:07

17    Q    Okay.          03:04:08

18    A    But his behavior was the principal          03:04:11

19 thing here.          03:04:14

20    Q    And --          03:04:15

21    A    He was telling the boys to go back to          03:04:19

22 Europe.          03:04:21

23    Q    And why would you associate that          03:04:21

24 comment with Mr. Phillips?  Simply because          03:04:23

25 Mr. Phillips is Native American?          03:04:25

1      A    No, I said he was one of the people          03:04:27

2  with Phillips quite clearly all throughout the         03:04:29

3  scene and he's arguing with these boys about who        03:04:32

4  has more right to be here in the country.               03:04:35

5      Q    Are you suggesting that he was speaking       03:04:37

6  for Mr. Phillips?                                       03:04:39

7      A    No.                                            03:04:40

8      Q    Are you suggesting that Mr. Phillips         03:04:41

9  approved what he was saying?                            03:04:43

10     A    Of course not.                                03:04:45

11     Q    And you are not sure whether he was          03:04:46

12 even with Mr. Phillips; you are just making that        03:04:48

13 assumption based on -- (overspeaking) --                03:04:51

14     A    I don't know whether Mr. Phillips knows       03:04:53

15 him.  I know he accompanied Mr. Phillips onto the       03:04:54

16 scene.                                                  03:04:57

17     Q    And you are making an assumption --          03:04:58

18 that's what you base your assumption on, that he        03:05:02

19 was with Mr. Phillips based on --                       03:05:03

20     A    He was in the group of people               03:05:05

21 accompanying Mr. Phillips as they drummed and           03:05:06

22 chanted walking up to the Covington boys.               03:05:09

23     Q    What do you mean by "group"?                 03:05:13

24     A    There was a small group of people.  We       03:05:14

25 could go back to the last video we reviewed.  They      03:05:17

1    come on to the scene with Phillips.  Some of them            03:05:20

2    are drumming.  I think he might have been one of             03:05:21

3    the ones drumming, but I don't remember, I'd have            03:05:23

4    to look at the video again, and chanting, they               03:05:25

5    were all chanting, and they were walking with                03:05:27

6    Phillips in front of -- between the two groups,              03:05:30

7    the Black Hebrew Israelites and the Covington                03:05:32

8    boys, and he accompanied Phillips with that small            03:05:34

9    group of people walking together into the middle             03:05:37

10   of the group of Covington boys and then he follows           03:05:40

11   him up the steps and above Sandmann there and                03:05:43

12   turns and starts to argue with one of the other              03:05:47

13   Covington boys.                                              03:05:49

14        Q    And so your assumption that he's a                 03:05:50

15   companion is because he's walking behind                     03:05:54

16   Mr. Phillips?                                                03:05:57

17            MR. McMURTRY:  Objection.  Go ahead.                03:05:58

18            THE WITNESS:  I mean by "companion"                 03:05:59

19   he's one of the people who accompanied                       03:06:01

20   Mr. Phillips into this group.                                03:06:03

21   BY MS. SPEARS:                                               03:06:05

22        Q    You have no idea whether he knows                  03:06:05

23   Mr. Phillips --                                              03:06:08

24        A    I said I do not know.                              03:06:09

25        Q    And your assumptions are based on                  03:06:13

1    watching the videos, correct?                          03:06:15

2         A    All I know is from the videos, yes.          03:06:16

3         Q    And you are not claiming that               03:06:30

4    Mr. Phillips knew all the people in the -- what        03:06:31

5    you call the group behind him, correct?                03:06:35

6         A    He very well may not have known them         03:06:38

7    all.  I don't know.                                    03:06:41

8         Q    He may not have known any of them; you       03:06:42

9    don't know.                                            03:06:44

10        A    I don't know.                                03:06:45

11             MS. SPEARS:  Let's go in that video to       03:06:45

12   3:18 and pause at 3:33.                                03:07:03

13             MS. MEEK:  I'm starting Video 3 at           03:07:12

14   3:18.                                                  03:07:14

15                  (Video 3 played.)                       03:07:14

16             MS. MEEK:  I just paused Video 3 at          03:07:17

17   3 minutes and 33 seconds.                              03:07:34

18   BY MS. SPEARS:                                         03:07:36

19        Q    You described one of the companions as       03:07:36

20   yelling something like "We won."  What does "we        03:07:41

21   won" mean?                                             03:07:44

22        A    I don't know.  That's what he says.          03:07:44

23   The same guy in the red hat we were just               03:07:44

24   discussing, is a guy who then says, "We won,           03:07:47

25   Grandpa, we won," and he shakes his hands in the       03:07:48

1    air.                                              03:07:51

2        Q    Do you -- and you don't know what that   03:07:52

3    means?                                            03:07:54

4        A    I know what it means in English.  It     03:07:54

5    means we, inclusive, him and grandpa and whatever 03:07:56

6    else group he thought he was with, won some       03:08:00

7    confrontation, or whatever he meant, that was at  03:08:02

8    issue.                                            03:08:05

9        Q    That's your interpretation of what he    03:08:06

10   meant?                                            03:08:07

11       A    That's what English means, "we won."     03:08:08

12       Q    Do you know whether Mr. Phillips agreed  03:08:10

13   with that statement?                              03:08:12

14       A    No, I don't.                             03:08:13

15       Q    Is it possible different people were     03:08:14

16   thinking different things in that moment?         03:08:16

17       A    I have no idea what they were thinking.  03:08:18

18       Q    You state that the group was             03:08:25

19   "congratulating" Phillips, how do you determine   03:08:27

20   that they were congratulating Mr. Phillips?       03:08:30

21       A    Well, for one thing he said, "We won,    03:08:33

22   grandpa," and grandpa, as I understand it, in many 03:08:35

23   cultures is an honorific that you use for someone 03:08:37

24   that you respect and by making this gesture with  03:08:41

25   his arms in the air and saying, "We won" and doing 03:08:44

| | | |
|---|---|---|
| 1 | the hoot, that's a celebratory gesture which he | 03:08:47 |
| 2 | was sharing with this man he respects, calling | 03:08:51 |
| 3 | "grandpa" which I think was Phillips. | 03:08:54 |
| 4 | Q    What are you -- what was he | 03:08:57 |
| 5 | congratulating him for? | 03:08:58 |
| 6 | A    I'm not going to put words in his | 03:09:00 |
| 7 | mouth. | 03:09:02 |
| 8 | Q    You don't know. | 03:09:04 |
| 9 | A    He thought there was an argument or a | 03:09:05 |
| 10 | fight being engaged in and he believed that the | 03:09:06 |
| 11 | group that he was with, which included him and | 03:09:09 |
| 12 | Phillips and the other person banging the drum, | 03:09:10 |
| 13 | had won that engagement. | 03:09:12 |
| 14 | Q    Do you know that's what he thought? | 03:09:13 |
| 15 | A    I know that's what he meant: "We won." | 03:09:15 |
| 16 | Q    You state that Phillips yelled | 03:09:23 |
| 17 | something to the crowd. | 03:09:24 |
| 18 | A    Right.  I didn't hear what he said. | 03:09:27 |
| 19 | MS. SPEARS:  Can you jump to 3:53 and | 03:09:33 |
| 20 | pause at 4:07. | 03:09:37 |
| 21 | MS. MEEK:  I'm restarting Video 3 at | 03:09:48 |
| 22 | 3:03. | 03:09:52 |
| 23 | (Video 3 played.) | 03:09:53 |
| 24 | MS. MEEK:  I just paused Video 3 at | 03:10:03 |
| 25 | 4:07. | 03:10:06 |

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 03:10:07 |
| 2 | Q    I take it that you don't know what he | 03:10:07 |
| 3 | was yelling there? | 03:10:09 |
| 4 | A    No, I couldn't hear what he said. | 03:10:10 |
| 5 | Q    And why do you reference that? | 03:10:12 |
| 6 | A    It -- (overspeaking) -- | 03:10:16 |
| 7 | Q    Was it -- (overspeaking) -- | 03:10:17 |
| 8 | A    It seemed to me to be concluding | 03:10:18 |
| 9 | remarks on Phillips' part but I don't know what he | 03:10:21 |
| 10 | said.  The reason I say it was conclusive was | 03:10:25 |
| 11 | after his friend had raised his arms in a | 03:10:25 |
| 12 | celebratory fashion, Phillips is doing this.  He's | 03:10:28 |
| 13 | also looking slightly up.  Among many Native | 03:10:31 |
| 14 | American peoples I've known, that can be a prayer | 03:10:35 |
| 15 | to a god or a thanks to the great spirit.  I don't | 03:10:36 |
| 16 | know if that's what Phillips was doing, but it | 03:10:39 |
| 17 | seemed to me that was some kind of grateful or | 03:10:41 |
| 18 | happy gesture on his part. | 03:10:44 |
| 19 | Q    You don't know what was in Phillips' | 03:10:46 |
| 20 | mind at that moment or what he was thinking? | 03:10:48 |
| 21 | A    No, I do not.  I do not. | 03:10:50 |
| 22 | Q    Let's look at section 11 in your report | 03:10:55 |
| 23 | entitled "Relevant law." | 03:10:58 |
| 24 | A    Yes. | 03:11:01 |
| 25 | Q    You note that the firm that retained | 03:11:02 |

1   you, on page 11, provided you with explanations of        03:11:04

2   falsehood under the law, followed by two                   03:11:06

3   paragraphs there.                                          03:11:09

4          Are those paragraphs verbatim what the              03:11:10

5   firm, Mr. McMurtry's firm provided you?                    03:11:13

6       A    Yes.                                              03:11:16

7       Q    And in the second paragraph you discuss           03:11:16

8   substantial truth.  What does that mean to you?            03:11:34

9       A    (Reading):                                        03:11:36

10         "The defense of truth overlooks minor               03:11:36

11  inaccuracies and concentrates upon substantial             03:11:45

12  truth."                                                    03:11:48

13         If somebody had said something like                 03:11:49

14  someone was 37 inches in front of me and in fact           03:11:49

15  we could measure and it turned out that they were          03:11:53

16  33 or 40 inches in front of them but everything            03:11:54

17  else they said was true, then that would be                03:12:00

18  substantially true.  That's my understanding.              03:12:02

19  That the main force of what was considered in              03:12:03

20  adjudging whether this was true or not was in              03:12:06

21  keeping with the facts.                                    03:12:10

22      Q    Did you consider whether the statements           03:12:12

23  at issue were substantially true?                          03:12:15

24      A    The statements at issue?  Yes.                    03:12:16

25      Q    Did you try to determine whether they             03:12:18

1    were literally true?                                    03:12:19

2        A    Literal has no meaning in linguistics.         03:12:21

3        Q    You reference pleadings here.  Do you          03:12:27

4    understand what pleadings mean in a lawsuit?            03:12:28

5        A    I probably don't understand what an            03:12:33

6    attorney would mean by pleadings.                       03:12:36

7        Q    Do you have any understanding of what          03:12:40

8    the summary judgment phase of a case is?                03:12:41

9        A    No, I don't.  I mean, I've heard these         03:12:44

10   terms bantered around but I don't believe I know        03:12:49

11   what they mean in law.                                  03:12:52

12       Q    On page 12 of your report you said you         03:12:53

13   "kept these explanations in mind in forming my          03:12:55

14   opinion on the questions posed."                        03:12:58

15           What does that mean?                            03:13:04

16       A    Well, for example I told you that I            03:13:06

17   based my assessment of these passages on the truth      03:13:07

18   conditions, as I understood them as a linguist,         03:13:12

19   and on the facts in the video.                          03:13:14

20           So when I talk about the truth                  03:13:17

21   conditions, as I said to you earlier today, I am        03:13:19

22   interested in the plain meaning of the words as         03:13:22

23   they would mean to any native speaker of the            03:13:24

24   language and so when we talk about false having a       03:13:30

25   different effect on the mind of the reader from         03:13:33

| | | |
|---|---|---|
| 1 | that which the truth would have produced, I'm | 03:13:35 |
| 2 | talking -- that, to me, is talking about truth | 03:13:37 |
| 3 | conditions.  That's exactly what I am talking | 03:13:40 |
| 4 | about. | 03:13:42 |
| 5 | So I think I was keeping that in mind | 03:13:42 |
| 6 | all along methodologically as well as in my | 03:13:44 |
| 7 | conclusions, and when I talk about overlooking | 03:13:47 |
| 8 | minor inaccuracies and not concentrating on | 03:13:49 |
| 9 | substantial truth, if there was some minor | 03:13:52 |
| 10 | discrepancy between what Mr. Phillips said and | 03:13:54 |
| 11 | what is on the videos that didn't bear on the | 03:13:56 |
| 12 | substantial truth of the statements I would have | 03:13:58 |
| 13 | overlooked that or at least mentioned that as | 03:14:01 |
| 14 | minor but not substantive, but I didn't find | 03:14:04 |
| 15 | anything along those lines. | 03:14:07 |
| 16 | Q    Let's go to your report at page 12, | 03:14:09 |
| 17 | section 7, "Analysis and reasoning." | 03:14:13 |
| 18 | With respect to question 1 you analyzed | 03:14:32 |
| 19 | whether the statement that's listed there was true | 03:14:34 |
| 20 | or false. | 03:14:36 |
| 21 | A    Right. | 03:14:36 |
| 22 | Q    Correct?  And you said: | 03:14:37 |
| 23 | "To answer this question" -- well, | 03:14:39 |
| 24 | strike that: | 03:14:41 |
| 25 | To answer this question was it | 03:14:42 |

| | | |
|---|---|---|
| 1 | important to you to determine the truth conditions | 03:14:44 |
| 2 | of the sentences? | 03:14:46 |
| 3 | A    Yes. | 03:14:49 |
| 4 | Q    And what did you determine to be the | 03:14:50 |
| 5 | truth conditions of the sentences? | 03:14:51 |
| 6 | A    Well, let's look -- I mean, I could go | 03:14:55 |
| 7 | clause by clause, blah, blah, but let's assume | 03:15:01 |
| 8 | that Mr. Phillips was reporting accurately on what | 03:15:04 |
| 9 | he was thinking.  I have no way of knowing. | 03:15:08 |
| 10 | I know what this means and it says that he was | 03:15:10 |
| 11 | concerned he'd never get out of there.  Yeah? | 03:15:12 |
| 12 | I'm not disputing that. | 03:15:15 |
| 13 | Really, I think the question is about | 03:15:16 |
| 14 | the meaning of the last two sentences of the | 03:15:19 |
| 15 | passage: | 03:15:22 |
| 16 | "I started going that way and that guy | 03:15:23 |
| 17 | in the hat stood in my way and we were at an | 03:15:25 |
| 18 | impasse.  He just blocked my way and wouldn't | 03:15:27 |
| 19 | allow me to retreat." | 03:15:30 |
| 20 | Let me start with the last sentence: | 03:15:34 |
| 21 | "He just blocked my way and wouldn't | 03:15:35 |
| 22 | allow me to retreat." | 03:15:37 |
| 23 | As I told you, I base this partly on my | 03:15:39 |
| 24 | careful consideration of dictionary definitions, | 03:15:41 |
| 25 | which gives me a more objective way of | 03:15:44 |

1    characterizing what I think the plain meaning of          03:15:46
2    the passage is.                                           03:15:47
3           And as I said, "wouldn't allow me to               03:15:48
4    retreat," if you look in the Oxford English               03:15:52
5    Dictionary, when you look at the negative of the          03:15:54
6    past tense "wouldn't," that typically means that          03:15:56
7    the person in question refused or declined to             03:15:59
8    permit the other person to do what was going on.          03:16:02
9           So, if it's true -- if it were true                03:16:05
10   that Sandmann wouldn't allow Phillips to retreat,         03:16:10
11   then there was some way in which Phillips -- I            03:16:13
12   mean Sandmann refused, but for that to be true it         03:16:17
13   would have to be the case that Sandmann refused or        03:16:21
14   declined to permit Phillips to retreat.                   03:16:23
15          Now, there's three ways you could                  03:16:27
16   understand "retreat" here.  It could be retreat           03:16:28
17   the way he had come.  I don't think that's what he        03:16:32
18   could have meant because the way he had come was          03:16:34
19   not in the line where Sandmann stood.                     03:16:36
20          It couldn't mean retreat away from the             03:16:41
21   Lincoln Memorial because that's where there               03:16:45
22   were -- that -- so Sandmann was not in the way, so        03:16:49
23   he couldn't have done anything that seemed to be          03:16:53
24   offering the resistance to anybody going back away        03:16:55
25   from the Lincoln Memorial.                                03:16:59

| | | |
|---|---|---|
| 1 | So the retreat had to mean more retreat | 03:17:02 |
| 2 | from the situation, not retreat from the way he | 03:17:04 |
| 3 | had come but retreat from the situation, so the | 03:17:07 |
| 4 | only other thing I thought he could mean was that | 03:17:09 |
| 5 | he wanted to go up the steps. | 03:17:11 |
| 6 | But I couldn't -- so, that's -- that | 03:17:14 |
| 7 | that passage.  He would -- it would have to mean, | 03:17:18 |
| 8 | as I then say, Phillips' claims that he intended | 03:17:20 |
| 9 | to exit -- this is on page 13A, he intended to | 03:17:24 |
| 10 | exit the situation and finish his song -- I just | 03:17:28 |
| 11 | take that verbatim from what Phillips said, I have | 03:17:30 |
| 12 | no argument with that.  He intended to go to the | 03:17:33 |
| 13 | top of the stairs to get away from the group of | 03:17:37 |
| 14 | boys.  I take that -- yeah, he was going to finish | 03:17:39 |
| 15 | his song at the Lincoln Memorial and then he was | 03:17:42 |
| 16 | going to go up. | 03:17:43 |
| 17 | Then he says he started going up to the | 03:17:44 |
| 18 | Memorial and found himself at an impasse with | 03:17:46 |
| 19 | Sandmann.  I think that's pretty clear where that | 03:17:48 |
| 20 | comes in, and that Sandmann intentionally blocked | 03:17:50 |
| 21 | his way and therefore refused to allow Phillips to | 03:17:53 |
| 22 | retreat, by which I meant -- I take it he means | 03:17:57 |
| 23 | retreat from the situation up the stairs away from | 03:18:00 |
| 24 | the group of boys. | 03:18:02 |
| 25 | Q    Okay.  So let's break this down.  So in | 03:18:02 |

1  analyzing question 1 you refer to dictionary          03:18:06
2  definitions of "block," "will" and "impasse";          03:18:08
3  right?          03:18:12
4      A    Yes.          03:18:13
5      Q    Do you think you have a better          03:18:13
6  understanding or knowledge of what those words          03:18:14
7  mean, black, will, impasse than other people do?          03:18:16
8      A    No.          03:18:19
9      Q    Do you -- why did you examine those          03:18:20
10 words, block, will, and impasse as opposed to          03:18:23
11 other words in the first statement?          03:18:27
12     A    When I look at the statement the only          03:18:29
13 thing that I thought could be in question, I can't          03:18:30
14 question in any way what Mr. Phillips was          03:18:32
15 thinking.  I am not privy to that, so I was not          03:18:34
16 going to take that first passage -- that first          03:18:38
17 part of the passage into consideration -- I just          03:18:41
18 assume that's what he was thinking.  I have no          03:18:44
19 reason to think otherwise.  Then the last two          03:18:46
20 sentences are the things that we should have          03:18:48
21 evidence for or against in the videos.          03:18:50
22          So I considered the videos with respect          03:18:53
23 to those sentences and what was at issue was not          03:18:54
24 "I started going that way," he does turn towards          03:18:57
25 the steps, I agreed about that.  "The guy in the          03:19:01

| | | |
|---|---|---|
| 1 | hat stood in my way."  Well, it happened that when | 03:19:04 |
| 2 | he turned he walked straight up to Sandmann, so | 03:19:08 |
| 3 | Sandmann was standing there in the way that he | 03:19:11 |
| 4 | says he was going to go.  "And we were at an | 03:19:13 |
| 5 | impasse."  Well, that's where the question comes | 03:19:16 |
| 6 | up.  What's an impasse and why does Sandmann stay | 03:19:18 |
| 7 | -- Sandmann never moved, so why does Sandmann | 03:19:21 |
| 8 | staying there, constitute being at an impasse? | 03:19:25 |
| 9 | That's the question. | 03:19:27 |
| 10 | -- (overspeaking) -- | 03:19:28 |
| 11 | Q    So you looked at -- | 03:19:29 |
| 12 | A    The second part -- if I may finish my | 03:19:30 |
| 13 | answer. | 03:19:32 |
| 14 | Q    Sure. | 03:19:32 |
| 15 | Q    The second part is, "He blocked my way | 03:19:32 |
| 16 | and wouldn't allow me to retreat." | 03:19:34 |
| 17 | I said "wouldn't allow me to retreat" | 03:19:36 |
| 18 | attributes to Sandmann agency in refusing to allow | 03:19:38 |
| 19 | Phillips to retreat, and because of that, I took | 03:19:43 |
| 20 | "block" to mean not passively block, but actively | 03:19:46 |
| 21 | block.  I mentioned that and discussed that | 03:19:51 |
| 22 | earlier. | 03:19:52 |
| 23 | So those are the bases upon which -- | 03:19:53 |
| 24 | those are the reasons I looked at impasse, at | 03:19:55 |
| 25 | block and I told you about wouldn't.  Yeah.  I | 03:19:58 |

| | | |
|---|---|---|
| 1 | thought retreat was clear enough. | 03:20:04 |
| 2 | Q    Couldn't someone without a Ph.D. in | 03:20:06 |
| 3 | linguistics look up the same words in the | 03:20:09 |
| 4 | dictionary? | 03:20:11 |
| 5 | A    Sure could. | 03:20:12 |
| 6 | Q    Okay, and apply those definitions to | 03:20:13 |
| 7 | the facts as shown in the video? | 03:20:14 |
| 8 | A    Sure could. | 03:20:16 |
| 9 | Q    Are you offering an opinion on the | 03:20:19 |
| 10 | meaning of the word block that's different than | 03:20:20 |
| 11 | the dictionary definition of the word? | 03:20:24 |
| 12 | A    No, I'm not, that's the plain meaning. | 03:20:25 |
| 13 | Q    You know that the Oxford English | 03:20:26 |
| 14 | Dictionary definition of block and a full list of | 03:20:29 |
| 15 | the senses of block in that dictionary and then | 03:20:33 |
| 16 | you note comparable entries from Merriam Webster | 03:20:35 |
| 17 | and from American Heritage Dictionaries in the | 03:20:39 |
| 18 | appendix.  Why did you select the Oxford | 03:20:42 |
| 19 | definitions to include in the main part of your | 03:20:44 |
| 20 | report, as opposed to the other dictionaries.  Any | 03:20:47 |
| 21 | -- | 03:20:49 |
| 22 | -- (overspeaking) -- | 03:20:52 |
| 23 | A    I thought it was clearest. | 03:20:52 |
| 24 | Q    You noted that the Merriam Webster and | 03:20:54 |
| 25 | American Heritage are comparable -- | 03:20:56 |

| | | |
|---|---|---|
| 1 | A    Yes. | 03:20:58 |
| 2 | Q    -- right?  Does that mean it's fair to | 03:20:58 |
| 3 | say you also think they have valid definitions of | 03:21:00 |
| 4 | the word block in those two dictionaries? | 03:21:03 |
| 5 | A    Sure do. | 03:21:06 |
| 6 | Q    Do you believe that lay persons and | 03:21:08 |
| 7 | folks with without a Ph.D. in linguistics would | 03:21:11 |
| 8 | generally agree with the definitions you provided | 03:21:14 |
| 9 | for block and will, and impasse? | 03:21:19 |
| 10 | A    Well, what people tend to do -- first | 03:21:21 |
| 11 | of all, I don't think any native speaker could | 03:21:22 |
| 12 | doubt that the words have all the meanings that | 03:21:25 |
| 13 | are given in those dictionary entries. | 03:21:27 |
| 14 | I don't like the word "definition" | 03:21:30 |
| 15 | because it -- that suggests the lexicographer is | 03:21:31 |
| 16 | deciding what they mean, they are just discerning | 03:21:33 |
| 17 | what they mean, it's the plain meanings of the | 03:21:37 |
| 18 | words. | 03:21:39 |
| 19 | Q    Right, so -- but my point is anybody | 03:21:39 |
| 20 | could go to a dictionary and look up those usages, | 03:21:41 |
| 21 | correct? | 03:21:44 |
| 22 | A    Right, but I'm not just looking at the | 03:21:45 |
| 23 | dictionary.  People think that's what a linguist | 03:21:47 |
| 24 | does.  You've got it wrong.  You start with the | 03:21:49 |
| 25 | dictionary but I also look at the syntax and the | 03:21:52 |

| | | |
|---|---|---|
| 1 | context and all the things I'm doing here look at | 03:21:54 |
| 2 | all three factors. | 03:21:56 |
| 3 | Q    So if, hypothetically, one agrees with | 03:21:58 |
| 4 | the definition of block that you chose, is the one | 03:22:00 |
| 5 | that Phillips intended in his statement, what are | 03:22:03 |
| 6 | you offering beyond that as a linguist? | 03:22:06 |
| 7 | A    Well, first of all, I don't think | 03:22:09 |
| 8 | anybody else in this trial has said what I said, | 03:22:11 |
| 9 | so you tell me. | 03:22:13 |
| 10 | Secondly, I think that the -- the | 03:22:15 |
| 11 | understanding of what truth condition is -- this | 03:22:25 |
| 12 | is the thing people don't understand.  Everybody | 03:22:27 |
| 13 | uses language, like everything drives a car but | 03:22:30 |
| 14 | they don't know how it works, just like most | 03:22:32 |
| 15 | people don't know how a car works. | 03:22:35 |
| 16 | I spent 40 years learning a little bit | 03:22:37 |
| 17 | about how it works.  We don't completely | 03:22:40 |
| 18 | understand it yet.  It's very deep and very | 03:22:42 |
| 19 | complex.  So, by bringing to bear these different | 03:22:44 |
| 20 | factors it may seem perfectly natural and simple | 03:22:47 |
| 21 | when I give you the explanation because I thought | 03:22:50 |
| 22 | hard about how to try to explain it to a lay | 03:22:53 |
| 23 | person, but it isn't obvious to everybody where | 03:22:55 |
| 24 | the truth conditional meaning ends and other | 03:22:58 |
| 25 | factors come in because, as I said, at an earlier | 03:23:01 |

| | | |
|---|---|---|
| 1 | point in this deposition, meaning is much richer | 03:23:04 |
| 2 | than truth conditions, much richer. | 03:23:07 |
| 3 | I gave the example of slurs.  But I'm | 03:23:09 |
| 4 | saying the truth conditional content of an | 03:23:11 |
| 5 | utterance is where the rubber hits the road. | 03:23:13 |
| 6 | If the utterance is true, in virtue of | 03:23:15 |
| 7 | the plain meaning, then there's something -- you | 03:23:20 |
| 8 | can assess that by looking at the facts in the | 03:23:22 |
| 9 | situation.  If it's false you can point to a | 03:23:25 |
| 10 | particular fact and say, like in the other thing, | 03:23:27 |
| 11 | "he wouldn't allow me to retreat." | 03:23:30 |
| 12 | I said Sandmann's standing there, he | 03:23:33 |
| 13 | doesn't move.  He's got his hands behind his back. | 03:23:35 |
| 14 | Wait, so I'm saying I don't think so that's true | 03:23:38 |
| 15 | that he wouldn't allow him to retreat. | 03:23:40 |
| 16 | Q    Okay.  So as I understand it, there are | 03:23:43 |
| 17 | two parts to your analysis.  In the first part you | 03:23:45 |
| 18 | look at the passages -- | 03:23:47 |
| 19 | A    Yeah. | 03:23:49 |
| 20 | Q    -- to determine the meaning of the | 03:23:49 |
| 21 | usage of the words, right?  And then the second | 03:23:51 |
| 22 | part -- | 03:23:55 |
| 23 | A    Not just the words, the whole sentences | 03:23:56 |
| 24 | in which they pertain. | 03:23:58 |
| 25 | Q    The whole sentences. | 03:23:59 |

| | | |
|---|---|---|
| 1 | And then in the second part of your | 03:24:00 |
| 2 | analysis you review the videos to determine the | 03:24:02 |
| 3 | meaning -- whether the meaning of the two passages | 03:24:05 |
| 4 | seems to be true? | 03:24:08 |
| 5 | A    That it's consistent with the facts | 03:24:08 |
| 6 | that I observed in the videos, yes. | 03:24:09 |
| 7 | Q    And you are not more qualified than | 03:24:13 |
| 8 | anyone else to perform part 2 of the analysis, | 03:24:16 |
| 9 | right? | 03:24:19 |
| 10 | A    No, I'm not -- (overspeaking) . | 03:24:19 |
| 11 | Q    So once you've determined the meaning | 03:24:21 |
| 12 | of the passages, that's where your expertise ends | 03:24:23 |
| 13 | as a witness, right? | 03:24:26 |
| 14 | A    Well, I understand what truth | 03:24:29 |
| 15 | conditions are and I can see what's in front of my | 03:24:31 |
| 16 | eyes, so I'm as competent as anybody else to | 03:24:33 |
| 17 | assess whether, given the truth conditions, it is | 03:24:38 |
| 18 | true or false. | 03:24:40 |
| 19 | Q    But anyone could review the videos in | 03:24:41 |
| 20 | the same way you did and determine whether the | 03:24:43 |
| 21 | meaning you assigned to them seems to be true; | 03:24:46 |
| 22 | right? | 03:24:48 |
| 23 | A    I think so. | 03:24:48 |
| 24 | Q    Let's look at your report again and you | 03:24:54 |
| 25 | also lay out the definitions from the dictionaries | 03:25:04 |

| | | |
|---|---|---|
| 1 | you've consulted or the usages -- and the | 03:25:09 |
| 2 | dictionaries you've consulted for will and | 03:25:17 |
| 3 | impasse, and you list a number then in the | 03:25:20 |
| 4 | appendix, correct? | 03:25:23 |
| 5 | A    Yes. | 03:25:23 |
| 6 | Q    And those are valid possible | 03:25:24 |
| 7 | definitions of will and impasse to a native | 03:25:25 |
| 8 | speaker, correct? | 03:25:28 |
| 9 | A    Yes. | 03:25:31 |
| 10 | Q    And on page 13, if you flip to the next | 03:25:31 |
| 11 | page there. | 03:25:44 |
| 12 | A    Yes. | 03:25:45 |
| 13 | Q    You state that: "Where there are two or | 03:25:45 |
| 14 | more agents the word 'impasse" is typically used | 03:25:50 |
| 15 | to imply a situation in which the agents are | 03:25:50 |
| 16 | unable to negotiate movement, real or figurative, | 03:25:50 |
| 17 | in this case about whether Phillips could proceed | 03:25:50 |
| 18 | up the stairs to make his exit." | 03:25:50 |
| 19 | Do you see that? | 03:25:55 |
| 20 | A    Yes. | 03:26:00 |
| 21 | Q    And your basis for stating how the word | 03:26:00 |
| 22 | impasse is typically use is the definitions that | 03:26:02 |
| 23 | you've consulted in the dictionaries, correct? | 03:26:04 |
| 24 | A    Yes.  The figurative use of impasse is | 03:26:06 |
| 25 | the one that most people use today. | 03:26:15 |

| | | |
|---|---|---|
| 1 | Q    And you've concluded on page 13 that | 03:26:16 |
| 2 | Phillips is using the figurative -- | 03:26:20 |
| 3 | A    Yes. | 03:26:22 |
| 4 | Q    -- use of the word impasse, correct? | 03:26:22 |
| 5 | A    Yes. | 03:26:25 |
| 6 | Q    And the definition, the Oxford English | 03:26:26 |
| 7 | Dictionary definition defines impasse in a | 03:26:29 |
| 8 | figurative way as "affix"; right? | 03:26:32 |
| 9 | A    Yes. | 03:26:35 |
| 10 | Q    So that's a valid possible definition | 03:26:36 |
| 11 | of impasse to a native speaker, correct? | 03:26:39 |
| 12 | A    Yes. | 03:26:42 |
| 13 | Q    And if we were look at the appendix on | 03:26:42 |
| 14 | page 18, the American Heritage definition 2 for | 03:26:45 |
| 15 | impasse is: a situation that is so difficult that | 03:26:50 |
| 16 | no progress can be made. | 03:26:56 |
| 17 |      Do you see that? | 03:27:00 |
| 18 | A    Yep. | 03:27:00 |
| 19 | Q    Okay.  So that's a valid possible | 03:27:01 |
| 20 | definition of impasse to a native speaker, | 03:27:03 |
| 21 | correct? | 03:27:06 |
| 22 | A    Yes. | 03:27:06 |
| 23 | Q    And then Merriam Webster's definition, | 03:27:07 |
| 24 | one of them is, on the same page there: a | 03:27:11 |
| 25 | predicament affording no obvious escape, as a | 03:27:14 |

1    definition of impasse, and that's a valid possible       03:27:17
2    definition of impasse to a native speaker,               03:27:20
3    correct?                                                 03:27:22
4         A    All are native speaker meanings of             03:27:23
5    impasse.                                                 03:27:25
6         Q    Do you know whether Mr. Phillips felt          03:27:26
7    he was in a fix in that moment?                          03:27:28
8         A    May I say something?  It is not about          03:27:31
9    Mr. Phillips.  He didn't say, "I was at an               03:27:34
10   impasse."  He said, "We were at an impasse."  And       03:27:37
11   that's an important factor.  Remember, I am not         03:27:40
12   just looking at the definition of impasse.  You         03:27:42
13   have to look at the fact that this is --                03:27:44
14        Q    But my question is, do you know whether       03:27:45
15   --                                                       03:27:45
16             MR. McMURTRY:  Can she finish her              03:27:46
17   answer.                                                  03:27:46
18             MS. SPEARS:  Sure.                             03:27:46
19             THE WITNESS:  Your question is                 03:27:47
20   misguided.  It is not about -- Mr. Phillips             03:27:47
21   doesn't say, "I was at an impasse," and that's         03:27:50
22   very important.  He said, "We were at an impasse,"     03:27:53
23   and the only "we" there was him and Nick Sandmann.     03:27:55
24   So that has to mean that we, as two agents, were       03:27:59
25   at an impasse, and that is what -- I've said that      03:28:02

| | | |
|---|---|---|
| 1 | when it denotes -- when the subject denotes two or | 03:28:05 |
| 2 | more agents it is typically used to imply a | 03:28:09 |
| 3 | situation which they are unable to negotiate | 03:28:11 |
| 4 | movement -- (overspeaking) -- | 03:28:14 |
| 5 | BY MS. SPEARS: | 03:28:15 |
| 6 | Q     So -- | 03:28:15 |
| 7 | A     Negotiate is the key. | 03:28:16 |
| 8 | Q     So let me rephrase my question.  Do you | 03:28:17 |
| 9 | know whether Mr. Phillips felt he was in a fix or | 03:28:20 |
| 10 | a predicament vis-a-vis his position -- | 03:28:24 |
| 11 | (overspeaking) -- | 03:28:27 |
| 12 | A     I'm not in a position to read his mind. | 03:28:28 |
| 13 | Q     -- with Mr. Sandmann. | 03:28:30 |
| 14 | And I think you would say the same with | 03:28:32 |
| 15 | Mr. Sandmann, you don't know whether he felt he | 03:28:34 |
| 16 | was in a predicament? | 03:28:36 |
| 17 | A     No, I cannot. | 03:28:37 |
| 18 | Q     You did not know what Mr. Phillips | 03:28:39 |
| 19 | perceived in those moments, correct? | 03:28:43 |
| 20 | A     No, I do not.  I only know what I see | 03:28:45 |
| 21 | in the video. | 03:28:47 |
| 22 | Q     Okay.  Let's talk a little bit further. | 03:28:50 |
| 23 | You state on page -- let's go back to 13. | 03:28:52 |
| 24 | A     Mm-hmm. | 03:28:55 |
| 25 | Q     You stated: "Sandmann did not move from | 03:29:03 |

| | | |
|---|---|---|
| 1 | where he had been standing prior to Phillips' | 03:29:05 |
| 2 | approach." What do you mean? | 03:29:07 |
| 3 | A I reviewed every single video and | 03:29:10 |
| 4 | looked where Nick Sandmann was standing and from | 03:29:12 |
| 5 | the time that Mr. Phillips was anywhere near the | 03:29:15 |
| 6 | front of the steps where Sandmann was standing, I | 03:29:18 |
| 7 | never saw Sandmann move a foot, left, right, up or | 03:29:20 |
| 8 | down. | 03:29:25 |
| 9 | Q And which videos did you review to | 03:29:28 |
| 10 | reach that conclusion? | 03:29:30 |
| 11 | A All of them. All 18. And in | 03:29:30 |
| 12 | particular, I didn't see him move an inch from | 03:29:41 |
| 13 | where he was standing from the time that | 03:29:43 |
| 14 | Sandmann -- that Phillips walked in front of him | 03:29:46 |
| 15 | and then turned and walked away. | 03:29:49 |
| 16 | Q Why do you say "in particular"? | 03:29:55 |
| 17 | A Because that's where it bears on | 03:29:56 |
| 18 | whether they were at an impasse or whether | 03:29:58 |
| 19 | Sandmann blocked Phillips way by moving, as he | 03:30:02 |
| 20 | says in the second passage. | 03:30:06 |
| 21 | I could also point out that from what | 03:30:16 |
| 22 | -- (overspeaking) -- | 03:30:20 |
| 23 | Q There's not a question pending. | 03:30:21 |
| 24 | A Well, it bears on one of the questions | 03:30:22 |
| 25 | you've been asking me. But you if you don't want | 03:30:24 |

| | | |
|---|---|---|
| 1 | to hear it, fine. | 03:30:28 |
| 2 | MR. McMURTRY:  That's okay. | 03:30:29 |
| 3 | BY MS. SPEARS: | 03:30:34 |
| 4 | Q    Your -- one second.  Okay.  So, you | 03:30:34 |
| 5 | wanted to say something.  Go ahead and say it. | 03:31:21 |
| 6 | A    From Sandmann's perspective he could | 03:31:26 |
| 7 | have known that immediately to his left there were | 03:31:28 |
| 8 | no boys.  There was no reason for him to think | 03:31:30 |
| 9 | that he was impeding Mr. Phillips' progress. | 03:31:33 |
| 10 | Phillips could very readily have walked one step | 03:31:37 |
| 11 | to the right and on up the stairs as long as | 03:31:40 |
| 12 | Sandmann knew. | 03:31:44 |
| 13 | Q    Do you know what Sandmann knew? | 03:31:46 |
| 14 | A    I know what peripheral vision is and | 03:31:47 |
| 15 | I know that if he had any idea in his peripheral | 03:31:49 |
| 16 | vision what was to his left he would have known | 03:31:52 |
| 17 | there was empty space. | 03:31:54 |
| 18 | Q    And in the same moment your -- you are | 03:31:56 |
| 19 | saying that once Phillips stood in front of | 03:32:01 |
| 20 | Sandmann, he locked eyes with him, correct? | 03:32:04 |
| 21 | A    That's what I see. | 03:32:06 |
| 22 | Q    So Phillips was locked eyes on Sandmann | 03:32:08 |
| 23 | in that moment, correct? | 03:32:12 |
| 24 | A    Yes.  He seemed to pick him out. | 03:32:12 |
| 25 | Q    So you don't know whether Phillips had | 03:32:24 |

1    peripheral vision to his right or left if he was          03:32:27

2    locking eyes on Sandmann; wouldn't that be true?          03:32:31

3        A    If I was standing where Phillips was            03:32:34

4    standing, looking at Sandmann I would be able to          03:32:35

5    see that there was space to Sandmann's left but           03:32:38

6    not to his right.  Yes.                                   03:32:40

7        Q    But you don't know what Mr. Phillips            03:32:42

8    could see, do you?                                        03:32:43

9        A    I do, as a human being, standing there,        03:32:44

10   I could put myself in his position, and I know if         03:32:47

11   he has good peripheral vision -- not even good            03:32:50

12   peripheral, it's not that far peripheral.  Looking        03:32:52

13   directly in Sandmann's eyes he could see no space         03:32:53

14   to Sandmann right, space to Sandmann's left.  I am        03:32:56

15   looking at you.  I can see all the way down to the        03:33:00

16   end of the table.  I'm looking at you, I can see          03:33:02

17   all the way over past the videographer.                   03:33:05

18       Q    You are not an expert on visual --             03:33:06

19       A    No, I'm a human -- (overspeaking) --           03:33:08

20       Q    Hold on, you have to wait until I'm            03:33:10

21   done with that.  You are not an expert on visual          03:33:12

22   perception, correct?                                      03:33:14

23       A    No.                                             03:33:14

24       Q    And you are not an expert on peripheral        03:33:15

25   vision; right?                                            03:33:17

1      A    No.                                        03:33:18

2      Q    And you don't know what specifically       03:33:18

3  Mr. Phillips could see in that moment, do you?      03:33:20

4      A    I know what Mr. Phillips could see if      03:33:23

5  he were a normal human being standing where he was  03:33:25

6  standing in that video with normal vision.          03:33:28

7      Q    And that's based on your personal          03:33:30

8  experience; it is not your expertise in any kind    03:33:33

9  of visual perception, correct?                      03:33:35

10     A    No, I think we all -- that's what we       03:33:36

11 look at when we look at a video.  We know what's    03:33:37

12 there.  That's what I think.  It is not expertise.  03:33:41

13     Q    You don't have any expert --              03:33:44

14          -- (overspeaking) --                       03:33:45

15     A    I am not a perceptual psychologist,        03:33:46

16 I am not a videographer.  I completely agree with   03:33:50

17 you.                                                03:33:54

18     Q    You agree with me that you have no         03:33:55

19 expertise on visual perception or what somebody     03:33:56

20 else could see peripherally, correct?               03:33:59

21     A    No.                                        03:34:01

22     Q    As in yes, correct, you agree with me.     03:34:04

23     A    Oh, yes, I agree with you.                 03:34:07

24     Q    So a little down in your report here       03:34:10

25 you then say: "There was no publicly evident        03:34:16

1   indication that Phillips wanted to go up the        03:34:23

2   stairs."                                            03:34:25

3            Now, you testified -- well, strike         03:34:30

4   that.                                               03:34:34

5            What's a publicly evident indication?      03:34:35

6        A    If his trajectory had suggested that he   03:34:38

7   was trying to get up the stairs, that would have    03:34:40

8   been a publicly evident intention.                  03:34:42

9        Q    Okay.  And if he had been walking in      03:34:48

10  the direction of the Lincoln Memorial could that    03:34:50

11  have been a publicly evident indication then?       03:34:54

12  Hypothetically, if he had been?                     03:34:56

13       A    Not -- it's more complicated than that.   03:34:59

14  Just facing in that direction doesn't constitute    03:35:02

15  walking there.                                      03:35:05

16       Q    But if he was facing in that direction    03:35:07

17  that could have been a publicly evident             03:35:09

18  indication?                                         03:35:11

19       A    No, that's not sufficient.                03:35:12

20       Q    What do you base that on?                 03:35:14

21       A    How I understand people's intentions.     03:35:17

22  This is just normal human reading what each other   03:35:19

23  are doing.                                          03:35:22

24       Q    But that's not based on any specific      03:35:23

25  expertise you have.                                 03:35:25

1        A    I'm not an expertise.  I'm not an          03:35:26

2   expert on public and human behavior, no.            03:35:28

3        Q    You are not an expert on publicly         03:35:32

4   evident indications then, correct?                  03:35:34

5        A    I guess not, except for the linguistic    03:35:35

6   ones.                                               03:35:40

7        Q    You agreed that other students, we        03:35:42

8   talked about before, were moving aside for          03:35:44

9   Mr. Phillips; right?                                03:35:45

10       A    Yes.                                       03:35:47

11       Q    And when they did, he walked into the     03:35:47

12  space they left open, correct?                      03:35:49

13       A    Yes.                                       03:35:51

14       Q    Couldn't that be a publicly evident       03:35:52

15  indication that he wanted to keep going?            03:35:54

16       A    If he were walking that way up the        03:35:55

17  steps, yes.                                          03:35:57

18       Q    You say that other students -- well,      03:35:59

19  strike that.                                         03:36:04

20            Why do you think other students moved     03:36:05

21  out Mr. Phillips' way?                              03:36:06

22       A    I'm not going to try to read their        03:36:09

23  minds.  Evidently they wanted to let him through.   03:36:12

24       Q    And other students moved to create a      03:36:19

25  corridor; right?                                     03:36:21

| | | |
|---|---|---|
| 1 | A      That's what I saw. | 03:36:23 |
| 2 | Q      That's what you believe you've seen. | 03:36:23 |
| 3 | A      That's what I saw. | 03:36:25 |
| 4 | Q      And they did that for the same reason, | 03:36:26 |
| 5 | correct? | 03:36:28 |
| 6 | A      As far as I could tell, yes.  Yep. | 03:36:28 |
| 7 | Q      But Mr. Sandmann stayed put, correct? | 03:36:31 |
| 8 | A      He stood still. | 03:36:33 |
| 9 | Q      Let's pull up Video number 2.  We've | 03:36:41 |
| 10 | looked at that one before.  Can you play, please. | 03:36:45 |
| 11 | She's going to play Video 2, Exhibit 2 | 03:37:16 |
| 12 | of this deposition. | 03:37:19 |
| 13 | Why don't you play from minute 3:28 to | 03:37:20 |
| 14 | minute 3:32? | 03:37:24 |
| 15 | MS. MEEK:  Starting Video 2 at 3:28. | 03:37:27 |
| 16 | (Video 2 played.) | 03:37:30 |
| 17 | MS. MEEK:  I just paused Video 2 at | 03:37:37 |
| 18 | 3:32. | 03:37:39 |
| 19 | BY MS. SPEARS: | 03:37:41 |
| 20 | Q      Did you just hear on the video a | 03:37:41 |
| 21 | student yelling, "you can't move him"?  We can | 03:37:42 |
| 22 | play it again for you. | 03:37:45 |
| 23 | A      No, no, I didn't.  Let's hear it again. | 03:37:45 |
| 24 | Q      Okay, let's hear it again.  I should | 03:37:46 |
| 25 | have asked you that first before I played it. | 03:37:47 |

1    Sorry.  Pardon me.                                  03:37:49

2             MS. MEEK:  Re-starting Video 2 at 3        03:37:49

3    minutes and 28 seconds.                             03:37:49

4                    (Video 2 played.)                   03:37:49

5             THE WITNESS:  I did that time.             03:37:49

6    BY MS. MEEK:                                        03:37:49

7        Q    Okay.  I take it you don't need            03:37:49

8    linguistics training to understand what "you can't 03:37:49

9    move him" means; right?                             03:37:49

10       A    Don't need it.                             03:37:49

11       Q    Let's play again from 1:18 to 1:22 and     03:38:12

12   this time I'd like you to tell me if you hear a     03:38:12

13   student yelling, "He ain't moving."                 03:38:12

14            MS. MEEK:  Starting Video 2 at 1:18.       03:38:12

15                    (Video 2 played.)                  03:38:12

16            MS. MEEK:  Just paused at 1:22 in          03:38:12

17   Video 2.                                            03:38:12

18            THE WITNESS:  I'm not sure what he         03:38:36

19   said.  I could interpret that as "He ain't         03:38:37

20   moving," but I'm not sure, and I didn't hear it     03:38:41

21   previously.                                         03:38:41

22   BY MS. SPEARS:                                      03:38:41

23       Q    I'll play it once again.  Sometimes        03:38:41

24   it's easier once you've heard it once.              03:38:41

25            MS. MEEK:  Re-starting at 1:18 in          03:38:54

| | | |
|---|---|---|
| 1 | Video 2. | 03:38:55 |
| 2 | (Video 2 played.) | 03:38:57 |
| 3 | THE WITNESS:  I'm sorry.  I can't tell | 03:39:04 |
| 4 | what he said.  He ain't something, but I can't | 03:39:06 |
| 5 | tell what it was. | 03:39:07 |
| 6 | BY MS. SPEARS: | 03:39:08 |
| 7 | Q    Let's play video 2, Exhibit 2 from | 03:39:08 |
| 8 | 1:22 to 1:29. | 03:39:11 |
| 9 | THE WITNESS:  Starting video 2 at 1:22. | 03:39:16 |
| 10 | (Video 2 played.) | 03:39:18 |
| 11 | MS. MEEK:  Just paused video 2 at 1:29. | 03:39:25 |
| 12 | BY MS. SPEARS: | 03:39:31 |
| 13 | Q    Do you hear in there someone say "he's | 03:39:31 |
| 14 | an unmovable object"? | 03:39:33 |
| 15 | A    No, I didn't. | 03:39:35 |
| 16 | Q    So we talked about you did hear someone | 03:39:39 |
| 17 | say, "You can't move him."  You might have heard | 03:39:43 |
| 18 | somebody say "He ain't moving."  My question is, | 03:39:46 |
| 19 | are statements in the moment, that's what the | 03:39:48 |
| 20 | students said, what they were perceiving was | 03:39:51 |
| 21 | happening at the time, based on outward behaviors; | 03:39:54 |
| 22 | is that fair to say? | 03:39:58 |
| 23 | A    I don't know.  I'm not joking.  I'm not | 03:40:03 |
| 24 | trying to evade your question.  That is to say, it | 03:40:05 |
| 25 | would reflect what they thought was important | 03:40:07 |

1    there in the standoff, in the confrontation.  I        03:40:09

2    will say that.                                         03:40:12

3        Q    So it may be evidence of what they            03:40:14

4    thought was important, in terms of what they           03:40:16

5    were --                                                03:40:18

6        A    The confrontation.                            03:40:20

7             -- (overspeaking) --                          03:40:20

8        Q    Seeing in the moment --                       03:40:20

9             -- (overspeaking) --                          03:40:21

10       A    What was in issue.  What was in issue.         03:40:21

11            -- (overspeaking) --                          03:40:23

12       Q    You have to wait until I'm done with my       03:40:25

13   question.                                              03:40:27

14       A    All right.                                    03:40:29

15       Q    Sorry, just for the court reporter.  So       03:40:29

16   statements like those from students in the moment      03:40:30

17   may be evidence of what they were perceiving as        03:40:33

18   important to what was happening at the time?           03:40:36

19       A    Yes.                                          03:40:38

20       Q    And it -- it could be, you talk about         03:40:39

21   outward behaviors, it could be an indication of        03:40:43

22   what they believed the outward behaviors they were     03:40:45

23   seeing at the time were, right?                        03:40:48

24       A    Yes.  I'm conceding in my report that         03:40:50

25   Nick Sandmann was one student that did not move.       03:41:03

1   That's not an issue with me.  It is whether he          03:41:06

2   intentionally blocked Mr. Phillips' path or             03:41:08

3   refused to allow him to retreat and that's all I'm      03:41:13

4   talking about.                                          03:41:16

5        Q    Can you pull up Exhibit 17.  I'm sorry.       03:41:19

6   You're right, Exhibit 8, video 8.                       03:41:28

7              Can you play it -- play it from 34 to        03:42:08

8   37.                                                     03:42:11

9              MS. MEEK:  Starting video 8, Exhibit 8       03:42:14

10  at 34 seconds.                                          03:42:16

11                 (Video 8 played.)                        03:42:17

12             MS. MEEK:  Just paused video 8 at 37         03:42:22

13  seconds.                                                03:42:24

14  BY MS. SPEARS:                                          03:42:24

15       Q    Do you hear a student say, "Surrounded        03:42:24

16  you" there?                                             03:42:29

17       A    No.                                           03:42:30

18       Q    I'll play it again.                           03:42:30

19             MS. MEEK:  Restarting video 8 at 34          03:42:36

20  seconds.                                                03:42:38

21                 (Video 8 played.)                        03:42:38

22  BY MS. SPEARS:                                          03:42:42

23       Q    Did you hear it that time?                    03:42:42

24       A    No.  I'm serious.  I can't tell what          03:42:44

25  they're saying.  I hear people yelling.  I don't        03:42:45

| | | |
|---|---|---|
| 1 | know -- and somebody says something started "su.." | 03:42:48 |
| 2 | but I don't know what else they said. | 03:42:54 |
| 3 | Q    That's fine.  Let's go back to your | 03:42:57 |
| 4 | report here on page 14.  One second. | 03:42:59 |
| 5 | A    I'd also like to make it evident that | 03:43:16 |
| 6 | in the video clip that you just pointed out to me, | 03:43:17 |
| 7 | the corridor that I'm interested in was already -- | 03:43:18 |
| 8 | was available to Mr. Phillips at that point and it | 03:43:20 |
| 9 | went up considerably behind Mr. Sandmann. | 03:43:23 |
| 10 | So, as far as I could tell, there was | 03:43:25 |
| 11 | no inter -- there was no blockage of Mr. Phillips' | 03:43:28 |
| 12 | path at that point, and it was behind Sandmann so | 03:43:34 |
| 13 | Phillips could have seen that. | 03:43:39 |
| 14 | Q    Again, that's your interpretation of | 03:43:41 |
| 15 | the video that we just watched? | 03:43:43 |
| 16 | A    Of what Sandmann -- of what Phillips | 03:43:46 |
| 17 | could have seen if he was looking at Sandmann's | 03:43:48 |
| 18 | face at that time.  Okay. | 03:43:51 |
| 19 | Q    Okay, let's go to page 14 of your | 03:43:59 |
| 20 | report.  Give me one second.  Page 14 of the | 03:44:02 |
| 21 | report you provide your analysis of the second | 03:44:49 |
| 22 | passage, correct? | 03:44:55 |
| 23 | A    Yes. | 03:44:57 |
| 24 | Q    And then you offered two paragraphs | 03:44:58 |
| 25 | analyzing passage 2, correct? | 03:45:00 |

| | | |
|---|---|---|
| 1 | A    Yes. | 03:45:02 |
| 2 | Q    Okay, and looking at those two | 03:45:03 |
| 3 | paragraphs, you did not analyze the dictionary | 03:45:05 |
| 4 | definitions of any of the words contained in | 03:45:07 |
| 5 | passage 2, right? | 03:45:09 |
| 6 | A    No, I did not feel that was necessary. | 03:45:10 |
| 7 | Q    Okay.  All right.  You simply reviewed | 03:45:12 |
| 8 | the videos to determine whether the passage was | 03:45:15 |
| 9 | true or not? | 03:45:18 |
| 10 | A    Given the truth conditions of the | 03:45:19 |
| 11 | passage and plain English, yes. | 03:45:21 |
| 12 | Q    Okay, and you state that in -- | 03:45:24 |
| 13 | A    I didn't think that any of the word | 03:45:26 |
| 14 | meanings would be at issue.  That's why I didn't | 03:45:28 |
| 15 | offer any definitions. | 03:45:31 |
| 16 | Q    So you just went on to the second | 03:45:33 |
| 17 | part of your -- | 03:45:36 |
| 18 | A    Well, I analyzed this in terms of -- | 03:45:36 |
| 19 | for example, we have an intransitive verb:  He | 03:45:38 |
| 20 | slided to the left.  He slided to the right.  I | 03:45:41 |
| 21 | slided to the left.  He slided to the left. | 03:45:43 |
| 22 | There's slide.  I know what that means.  You know | 03:45:46 |
| 23 | what that means.  I don't think I needed to give | 03:45:47 |
| 24 | you a dictionary definition. | 03:45:47 |
| 25 | Q    All right.  So, you just didn't look up | 03:45:51 |

| | | |
|---|---|---|
| 1 | any of the words that are in there in the | 03:45:52 |
| 2 | dictionary, as you had with the others? | 03:45:53 |
| 3 | A    Not necessary. | 03:45:56 |
| 4 | Q    And so let's discuss, just a few points | 03:45:57 |
| 5 | here in your review.  You state: "I saw no | 03:46:00 |
| 6 | evidence that Sandmann moved as Phillips passed by | 03:46:06 |
| 7 | and then turned back to approach him." | 03:46:08 |
| 8 | What do you mean by that first | 03:46:12 |
| 9 | sentence?  Is that just what we've talked about | 03:46:13 |
| 10 | before that -- | 03:46:17 |
| 11 | A    Yes, that Sandmann -- as Phillips | 03:46:18 |
| 12 | passed by and turned and then approached him, I | 03:46:20 |
| 13 | saw no evidence that Sandmann moved his feet | 03:46:22 |
| 14 | at all to -- in order to slide to the left or to | 03:46:24 |
| 15 | the right or go up or go down.  I saw no evidence | 03:46:27 |
| 16 | that he moved in that way. | 03:46:31 |
| 17 | Q    Okay, and that's based on your | 03:46:32 |
| 18 | review -- | 03:46:35 |
| 19 | A    Review of all the videos -- | 03:46:36 |
| 20 | Q    You've got to wait until I'm done with | 03:46:37 |
| 21 | the question. | 03:46:39 |
| 22 | A    Sorry. | 03:46:39 |
| 23 | Q    That's based on your review of the | 03:46:40 |
| 24 | videos 1 to 18? | 03:46:42 |
| 25 | A    Correct. | 03:46:44 |

| | | |
|---|---|---|
| 1 | Q    And you say in relation to that, "So | 03:46:44 |
| 2 | far as I could see, Sandmann stood in one place | 03:47:06 |
| 3 | throughout the incident." | 03:47:09 |
| 4 | You used the phrase "So as far as I | 03:47:12 |
| 5 | could see."  Why do you use that phrase? | 03:47:14 |
| 6 | A    All the evidence that I saw, as | 03:47:19 |
| 7 | presented in all the videos, that's so as far as I | 03:47:20 |
| 8 | could see. | 03:47:22 |
| 9 | Q    Because it's based on your personal | 03:47:24 |
| 10 | view, as far as you could tell? | 03:47:26 |
| 11 | A    No, no, no, no.  I mean, I don't deny | 03:47:27 |
| 12 | that no one video had Nick Sandmann in the camera | 03:47:30 |
| 13 | 100 percent of the time throughout the entire | 03:47:35 |
| 14 | incident. | 03:47:37 |
| 15 | Every single camera must have moved | 03:47:38 |
| 16 | somewhat to the left, somewhat to the right during | 03:47:40 |
| 17 | the incidents, except for the very short clips. | 03:47:44 |
| 18 | However, the composite of them shows | 03:47:47 |
| 19 | him in one place throughout.  That's what I'm | 03:47:49 |
| 20 | saying. | 03:47:51 |
| 21 | Q    So, when you say so far as you could | 03:47:55 |
| 22 | see, it's based on your personal review of the | 03:47:56 |
| 23 | videos, what you saw in the videos? | 03:47:58 |
| 24 | A    My review of the videos.  What I saw. | 03:48:00 |
| 25 | Q    Okay, would your answer be the same | 03:48:02 |

| | | |
|---|---|---|
| 1 | with respect to your use of the phrase "It seems | 03:48:13 |
| 2 | to have been..." where we say -- | 03:48:15 |
| 3 | A    Where is this, please? | 03:48:17 |
| 4 | Q    "It seems to have been." | 03:48:18 |
| 5 | A    Where? | 03:48:20 |
| 6 | Q    In the same paragraph. | 03:48:22 |
| 7 | MR. McMURTRY:  How many lines down? | 03:48:24 |
| 8 | THE WITNESS:  Well, there's -- it's | 03:48:25 |
| 9 | a long paragraph, so I'm trying to get where | 03:48:26 |
| 10 | you're looking at. | 03:48:27 |
| 11 | BY MS. SPEARS:  Sure.  The last sentence, "It | 03:48:29 |
| 12 | seems to have been..." You're saying "It seems..." | 03:48:31 |
| 13 | A    No, I don't see it.  Sorry.  Stop. | 03:48:34 |
| 14 | Q    Oh, I'm sorry.  The second to the last | 03:48:36 |
| 15 | sentence. | 03:48:37 |
| 16 | A    Okay.  Thank you.  "While Sandmann | 03:48:39 |
| 17 | stayed in one place, it seems to have been | 03:48:41 |
| 18 | Phillips who aligned himself with Sandmann..." | 03:48:41 |
| 19 | Q    And why do you use the phrase "seems | 03:48:48 |
| 20 | have been"?  Again, that's because it's based on | 03:48:50 |
| 21 | your -- | 03:48:51 |
| 22 | -- (overspeaking) -- | 03:48:51 |
| 23 | A    Well, no -- | 03:48:51 |
| 24 | Q    -- personal review? | 03:48:51 |
| 25 | A    -- when I say "...it seems to have been | 03:48:53 |

| | | |
|---|---|---|
| 1 | Phillips who aligned himself." Again, I can't read | 03:48:55 |
| 2 | Phillips' mind.  I don't know why he went the | 03:48:59 |
| 3 | direction he went from the point of view of his | 03:49:01 |
| 4 | intentions.  Aligned is agentive verb.  In fact, | 03:49:01 |
| 5 | his movement aligned its -- was in such a way as | 03:49:05 |
| 6 | to align itself, so as to walk straight up to | 03:49:08 |
| 7 | Sandmann, okay? | 03:49:11 |
| 8 |     Q    And -- | 03:49:14 |
| 9 |     A    He moved in such a way as to align | 03:49:19 |
| 10 | himself with Sandmann. | 03:49:21 |
| 11 |     Q    And again, that's based on your -- | 03:49:24 |
| 12 |     A    No, that's what I saw in the videos. | 03:49:26 |
| 13 |     Q    Wait.  You've got to wait until I'm | 03:49:27 |
| 14 | done my question.  That's based on your review of | 03:49:29 |
| 15 | the videos, correct? | 03:49:34 |
| 16 |     A    Based on what I saw in the videos. | 03:49:37 |
| 17 |     Q    All right.  Why don't we take a short | 03:49:44 |
| 18 | break.  Maybe like five, ten minutes and come | 03:49:47 |
| 19 | back? | 03:49:51 |
| 20 |     MR. McMURTRY:  Thank you. | 03:49:52 |
| 21 |     THE VIDEOGRAPHER:  Going off the | 03:49:53 |
| 22 | record, the time is 3:50 p.m. | 03:49:53 |
| 23 |    (Recess taken from 3:50 p.m. to 4:05 p.m.) | 03:49:56 |
| 24 |     THE VIDEOGRAPHER:  Going back on the | 04:05:51 |
| 25 | record, the time is 4:05 p.m. | 04:05:52 |

```
1    BY MS. SPEARS:                                      04:05:55

2         Q    All right.  Can you pull your report     04:05:58

3    out one last time, please, page 2 of the report    04:06:08

4    itself.                                             04:06:16

5         A    Yes.                                      04:06:16

6         Q    Where you indicate your compensation in  04:06:18

7    the case is $300 per hour --                        04:06:19

8         A    Yes.                                      04:06:22

9         Q    -- of work.  How many hours of work      04:06:23

10   have you completed?                                 04:06:25

11        A    Oh gosh, I don't know.  I think I         04:06:28

12   billed for 17 and I've worked for another six or    04:06:31

13   something.  I'm not sure.  That doesn't count       04:06:36

14   today.                                              04:06:37

15        Q    And we talked earlier about               04:06:38

16   Mr. McMurtry was the person who initially reached   04:06:42

17   out to you for this engagement, correct?            04:06:45

18        A    Yes.                                      04:06:46

19        Q    When did Mr. McMurtry first reach out     04:06:48

20   to you.                                             04:06:50

21        A    It was in September, this last year,      04:06:51

22   September '21.  I don't have the exact date here.   04:06:53

23   I can get it for you if you need to know.           04:06:56

24        Q    Was -- do you know if -- yeah, I'd like   04:06:58

25   to know the exact date.                             04:06:59
```

| | | |
|---|---|---|
| 1 | A    Okay, well you keep asking.  I'll | 04:07:01 |
| 2 | just -- | 04:07:02 |
| 3 | Q    We'll just pause for a second. | 04:07:03 |
| 4 | A    Well ... whatever.  The 21st of | 04:07:12 |
| 5 | September. | 04:07:31 |
| 6 | Q    The 21st? | 04:07:32 |
| 7 | A    Mm-hmm.  That day I worked about four | 04:07:33 |
| 8 | hours for them, just to do some very preliminary | 04:07:35 |
| 9 | review of those passages in the videos and I | 04:07:38 |
| 10 | worked for a total of four hours, and then I | 04:07:41 |
| 11 | started working again the 27th of October they | 04:07:44 |
| 12 | commissioned this report. | 04:07:47 |
| 13 | Q    Do you have an engagement letter in the | 04:07:53 |
| 14 | matter? | 04:07:56 |
| 15 | A    I believe I do. | 04:07:56 |
| 16 | Q    You came in this morning with some | 04:07:59 |
| 17 | notes which you have dated December 7th, 2021.  I | 04:08:01 |
| 18 | want to mark them for the record. | 04:08:07 |
| 19 | A    Yes, of course. | 04:08:08 |
| 20 | Q    So we're going to call this Exhibit B. | 04:08:09 |
| 21 | Her report was Exhibit A and this will | 04:08:21 |
| 22 | be Exhibit B, which I think is just easier to | 04:08:22 |
| 23 | distinguish, given the video exhibits. | 04:08:26 |
| 24 | (Exhibit B was marked for | |
| 25 | identification.) | |

1    BY MS. SPEARS:                                          04:08:28

2         Q     Just for the record, would you agree        04:08:28

3    with me this is a two pages --                         04:08:29

4         A     Yes, the first part is two pages.           04:08:32

5         Q     Yes, it's -- and it's titled at the top     04:08:37

6    "Craig Roberts, Sandmann deposition notes,             04:08:39

7    December 7, 2021," is that correct?                    04:08:46

8         A     Correct.                                    04:08:55

9         Q     I do not have any further questions.        04:08:56

10   Does anyone else?                                      04:08:59

11             MR. McMURTRY:   Thank you.   Anybody         04:09:00

12   online?                                                04:09:00

13             MS. SPEARS:   Does anyone online have        04:09:02

14   any questions?   Okay, thank you for your time.        04:09:04

15             MR. McMURTRY:   Thank you.                   04:09:14

16             THE VIDEOGRAPHER:   This marks the end       04:09:15

17   of Craig Roberts.   We are going off the record at     04:09:16

18   4:09 p.m.                                              04:09:19

19   (Whereupon at 4:09 p.m. the deposition concluded.)

20

21

22

23

24

25

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC:

2             I, Lisa M. Barrett, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto

14     set my hand this 11th day of December, 2021

15

16      _____

17      Lisa M. Barrett, RPR, CRR, CRC, CSR

18      My commission expires:  06/23/2023

19

20

21

22

23

24

25
```

| A |
|---|

**a) (2**
64:24
**a) 2**
46:10
**abate**
5:22, 5:24,
10:20, 10:21,
10:25
**abc**
2:10, 4:10,
4:11, 9:9,
10:19, 11:4
**abc's**
71:14
**able**
18:11, 49:20,
130:21, 144:21,
206:4
**above**
75:6, 121:6,
135:2, 151:5,
165:10, 165:14,
173:24, 182:11
**absent**
93:22
**absolutely**
152:11
**absorb**
110:21
**academia**
38:5
**accent**
30:24, 31:21,
33:3, 33:12,
33:18, 33:19,
33:25
**accents**
33:22
**accept**
140:9
**accepted**
35:13
**access**
34:9, 34:13,
34:14, 42:1,
67:9, 112:13

**accidental**
98:11, 98:12
**accidentally**
98:10
**accompanied**
71:3, 181:15,
182:8, 182:19
**accompanying**
181:21
**according**
127:3, 179:20
**accordingly**
150:12
**accurate**
103:10, 148:18
**accurately**
190:8
**accused**
50:1
**acquaint**
75:13, 78:14
**across**
52:9, 133:9,
157:9
**acted**
139:16
**acting**
139:5, 140:4,
140:14, 140:15
**action**
48:1, 107:2
**active**
42:4, 118:5,
118:15
**actively**
118:10, 177:8,
194:20
**actual**
23:16, 24:7,
33:25, 74:24,
76:2, 87:14,
99:17, 109:9,
137:18
**actually**
25:9, 28:20,
30:25, 39:19,
42:9, 47:3,
52:19, 63:1,

63:8, 64:23,
66:12, 78:17,
79:21, 80:4,
80:20, 81:24,
82:24, 83:1,
87:19, 87:25,
98:17, 102:1,
102:3, 106:21,
107:2, 109:2,
112:9, 130:2,
130:6, 136:9,
155:11, 167:8
**addition**
20:13, 92:9
**additional**
69:12, 70:3,
73:6, 105:22
**address**
13:5, 13:11
**adjudging**
187:20
**admissible**
59:15, 59:22
**admitted**
15:19
**adult**
111:6, 113:11
**advance**
8:18
**advanced**
38:12
**advent**
23:4, 23:20
**advertising**
60:12, 60:18,
60:24
**advisor**
17:12
**affect**
92:23
**affiliate**
42:13, 43:3,
43:10
**affiliated**
88:16
**affirmatively**
135:7
**affix"**
201:8

**affording**
201:25
**african**
124:1, 126:3,
135:24
**after**
16:13, 35:2,
35:12, 58:23,
72:17, 76:3,
120:4, 120:22,
146:14, 154:5,
155:21, 161:25,
163:19, 164:19,
166:17, 175:8,
179:11, 186:11
**again**
13:25, 23:8,
29:19, 33:10,
85:22, 88:17,
92:15, 93:25,
105:23, 107:3,
108:5, 119:17,
123:12, 123:25,
129:11, 131:18,
132:11, 133:2,
134:22, 135:20,
135:21, 138:20,
139:4, 139:22,
147:17, 148:16,
149:2, 157:5,
163:17, 163:18,
170:22, 182:4,
199:24, 210:22,
210:23, 210:24,
211:11, 211:23,
214:18, 215:14,
219:20, 220:1,
220:11, 222:11
**against**
193:21
**agency**
194:18
**agent**
118:22, 177:5
**agentive**
118:20, 118:21,
220:4
**agents**
200:14, 200:15,

202:24, 203:2
**aggression**
171:1
**ago**
55:3, 97:1,
114:19, 141:2,
178:14
**agree**
61:22, 86:4,
87:12, 92:25,
167:13, 173:15,
196:8, 207:16,
207:18, 207:22,
207:23, 223:2
**agreed**
61:21, 61:24,
62:2, 65:6,
184:12, 193:25,
209:7
**agrees**
197:3
**ahead**
10:7, 10:8,
85:6, 86:9,
94:6, 94:16,
141:22, 158:7,
170:4, 182:17,
205:5
**ahhh**
109:21
**aiming**
103:14, 107:7
**aims**
25:16
**ain't**
107:15, 211:13,
211:19, 212:4,
212:18
**air**
184:1, 184:25
**akin**
141:4
**al**
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:21
**albany**
6:6

**align**
220:6, 220:9
**aligned**
219:18, 220:1,
220:4, 220:5
**all**
13:2, 21:16,
25:6, 25:17,
30:4, 32:11,
38:18, 39:7,
43:5, 43:11,
43:21, 52:7,
54:4, 68:23,
69:16, 70:23,
71:12, 72:17,
79:13, 79:21,
80:18, 86:5,
87:23, 92:2,
93:5, 97:14,
97:18, 99:8,
100:12, 100:17,
101:17, 103:19,
105:14, 110:8,
110:11, 120:21,
122:15, 130:12,
131:2, 131:3,
131:9, 131:18,
132:5, 133:11,
159:23, 164:9,
169:13, 172:16,
174:14, 176:22,
178:25, 180:12,
181:2, 182:5,
183:2, 183:4,
183:7, 189:6,
196:11, 196:12,
197:1, 197:2,
197:7, 202:4,
204:11, 206:15,
206:17, 207:10,
213:14, 214:3,
216:7, 216:25,
217:14, 217:19,
218:6, 218:7,
220:17, 221:2
**alligator**
20:19
**allow**
117:17, 118:12,

190:19, 190:22,
191:3, 191:10,
192:21, 194:16,
194:17, 194:18,
198:11, 198:15,
214:3
**alluding**
97:10
**almost**
56:6, 110:1
**along**
127:15, 146:13,
146:25, 152:6,
154:24, 155:10,
156:21, 157:11,
157:22, 157:23,
158:4, 158:5,
166:12, 167:23,
169:1, 189:6,
189:15
**already**
101:8, 104:14,
121:16, 132:5,
149:16, 156:1,
179:20, 215:7
**also**
6:18, 10:16,
11:3, 12:23,
16:1, 20:3,
26:6, 28:9,
29:11, 34:2,
36:24, 42:13,
55:25, 72:13,
83:4, 83:9,
86:14, 92:25,
98:24, 107:22,
116:8, 117:6,
118:21, 119:20,
123:10, 126:7,
154:23, 178:12,
186:13, 196:3,
196:25, 199:25,
204:21, 215:5
**alternative**
53:22
**alternatives**
31:1
**although**
79:2, 173:24

**always**
16:24, 49:23,
53:25, 54:5,
60:25, 61:8,
80:22
**ambiguous**
117:18, 117:19
**american**
71:24, 74:5,
74:6, 84:16,
84:20, 85:2,
85:20, 98:19,
98:22, 98:24,
122:17, 124:1,
124:25, 129:16,
130:7, 143:21,
144:13, 161:17,
180:14, 180:25,
186:14, 195:17,
195:25, 201:14
**americans**
88:3, 99:4,
123:19, 125:2,
126:3, 126:8,
132:25, 133:10,
135:24, 145:16
**americas**
10:2
**amherst**
15:9, 15:20,
17:5, 17:8,
39:20
**among**
31:16, 69:15,
115:10, 180:8,
186:13
**amsterdam**
36:6
**analogy**
137:15
**analyses**
38:1, 38:2
**analysis**
19:17, 27:11,
37:10, 45:23,
46:1, 48:5,
61:21, 90:19,
101:24, 102:7,

121:17, 121:19,
189:17, 198:17,
199:2, 199:8,
215:21
**analyze**
47:25, 153:15,
216:3
**analyzed**
189:18, 216:18
**analyzing**
64:3, 134:14,
193:1, 215:25
**angle**
134:9, 160:17
**angles**
148:20
**another**
8:6, 15:7,
15:10, 51:9,
51:17, 81:9,
86:15, 92:13,
101:16, 104:20,
118:5, 118:25,
143:1, 146:24,
162:17, 164:15,
167:9, 170:10,
173:17, 179:14,
221:12
**answer**
18:4, 31:11,
31:14, 75:5,
82:9, 83:3,
96:13, 138:13,
189:23, 189:25,
194:13, 202:17,
218:25
**answered**
105:25
**answering**
91:9, 101:5
**answers**
31:22, 43:23,
75:7, 153:20
**anthropology**
37:3
**anticipate**
8:4
**any**
8:8, 8:18,

12:16, 39:23,
40:6, 42:7,
43:4, 43:18,
45:8, 45:22,
45:25, 47:22,
48:4, 48:18,
52:14, 57:12,
59:23, 62:25,
63:18, 64:16,
67:18, 69:11,
71:2, 74:9,
76:17, 83:5,
83:10, 83:11,
83:14, 90:18,
92:3, 94:8,
95:3, 98:3,
103:16, 105:18,
105:22, 109:1,
114:25, 116:20,
118:3, 122:12,
123:17, 134:16,
136:3, 136:12,
136:22, 139:9,
141:9, 144:19,
154:2, 158:12,
169:12, 169:15,
176:23, 183:8,
188:7, 188:23,
193:14, 195:20,
196:11, 205:15,
207:8, 207:13,
208:24, 216:4,
216:13, 216:15,
217:1, 223:9,
223:14, 224:10
**anybody**
80:6, 81:12,
110:16, 112:18,
191:24, 196:19,
197:8, 199:16,
223:11
**anymore**
43:10
**anyone**
65:20, 66:15,
67:19, 82:4,
95:10, 112:6,
113:4, 136:5,

136:18, 199:8,
199:19, 223:10,
223:13
**anything**
25:4, 26:14,
27:4, 40:15,
43:16, 53:2,
73:3, 80:6,
88:9, 96:24,
136:6, 136:18,
143:12, 151:18,
177:3, 189:15,
191:23
**anyway**
80:5, 117:20
**anywhere**
204:5
**apart**
95:9
**apartment**
13:7
**apologize**
8:17
**apparel**
179:13, 180:9
**apparent**
88:22, 89:13,
123:11, 124:19,
124:22
**appear**
137:15
**appeared**
129:20
**appears**
63:11, 89:14
**appendix**
46:25, 47:3,
68:3, 195:18,
200:4, 201:13
**apple**
24:12
**apply**
195:6
**appreciate**
112:21, 143:6
**approach**
48:5, 101:5,
204:2, 217:7

**approached**
38:25, 93:3,
93:18, 131:10,
148:2, 154:12,
156:4, 217:12
**appropriate**
31:11, 31:22,
101:20, 143:9
**approved**
181:9
**approximation**
172:13, 173:1,
173:6
**area**
17:10, 39:23,
40:6, 123:1,
134:11, 154:3
**areas**
51:23
**argue**
179:14, 182:12
**arguing**
52:8, 181:3
**argument**
185:9, 192:12
**arguments**
146:17
**arises**
87:24
**arms**
184:25, 186:11
**around**
92:22, 110:7,
110:12, 110:21,
122:2, 123:3,
130:25, 150:14,
154:9, 155:18,
168:2, 169:3,
169:19, 188:10
**art**
116:17
**arthur**
16:4
**article**
45:13, 49:5,
49:6, 71:9,
71:14, 71:16,
71:23, 72:1,

72:12, 72:14,
73:3, 73:8,
127:11, 127:14
**articles**
49:7, 70:8,
70:21, 70:24,
71:4, 71:5,
72:6, 72:16,
72:20, 72:22,
73:1, 73:7,
73:13, 88:14,
88:18, 127:4,
127:8, 128:10,
128:11
**artificial**
50:7
**arts**
16:16
**aside**
93:7, 105:4,
173:23, 175:9,
209:8
**asked**
57:11, 66:9,
66:16, 72:21,
78:6, 82:9,
83:3, 99:22,
100:20, 105:21,
121:21, 162:19,
162:25, 210:25
**asking**
50:2, 86:18,
86:22, 151:7,
204:25, 222:1
**aspect**
53:22
**aspects**
29:1, 77:25,
176:14
**assassination**
54:10, 54:20
**assertion**
132:17
**assess**
34:1, 198:8,
199:17
**assessing**
38:21, 39:1,

91:25
**assessment**
67:12, 188:17
**assigned**
199:21
**assistant**
16:3, 49:3
**associate**
180:23
**associated**
73:6
**assume**
12:19, 48:13,
138:23, 157:10,
190:7, 193:18
**assumed**
125:1, 143:25,
147:4, 148:20,
154:3, 163:12
**assuming**
98:20, 151:20,
163:14
**assumption**
124:11, 124:16,
147:10, 147:20,
181:13, 181:17,
181:18, 182:14
**assumptions**
147:6, 147:18,
182:25
**atlanta**
161:13
**atmosphere**
92:20, 96:25,
97:24, 99:11
**attached**
65:14
**attempts**
21:2
**attend**
15:4
**attending**
8:3, 55:14
**attention**
77:16, 88:24,
145:23, 148:2,
148:6, 152:23,
153:4, 155:18

**attested**
115:14
**attire**
97:15
**attorney**
59:6, 61:19,
61:24, 188:6
**attorneys**
38:24, 57:4
**attribute**
95:9, 118:13,
139:21
**attributed**
90:14, 115:14
**attributes**
105:1, 170:5,
194:18
**attributing**
118:3, 141:8
**attribution**
119:1
**attributions**
89:25
**audible**
136:12, 136:22
**audience**
118:9
**audio**
13:16
**av**
6:19
**available**
34:10, 112:15,
113:2, 215:8
**avenue**
10:2
**average**
32:13, 110:18,
113:11
**avid**
44:5, 44:22
**aware**
8:7, 121:4,
121:8, 122:21,
124:6, 130:1,
130:6, 130:18
**away**
8:9, 93:17,

154:13, 174:7,
191:20, 191:24,
192:13, 192:23,
204:15
**axis**
157:13

**B**

**back**
8:8, 17:15,
27:9, 34:23,
47:4, 47:17,
52:23, 64:22,
64:23, 67:14,
68:6, 73:4,
74:19, 74:22,
74:23, 76:6,
99:1, 99:16,
108:18, 120:16,
120:21, 123:6,
126:10, 132:14,
136:6, 136:13,
152:12, 152:14,
153:25, 157:19,
159:13, 159:16,
163:17, 165:21,
167:1, 168:23,
169:3, 170:17,
170:18, 170:25,
171:3, 171:5,
178:8, 180:2,
180:21, 181:25,
191:24, 198:13,
203:23, 215:3,
217:7, 220:19,
220:24
**background**
13:12, 44:16,
87:22, 88:9,
98:21, 104:11,
124:21
**backgrounds**
123:11, 124:20,
124:22
**bad**
61:13, 99:3,
112:2
**badge**
56:6

banging
185:12
bank
60:22, 60:23,
60:24, 61:8,
61:24
bantered
188:10
banyamyan
135:1, 159:5
barbara
17:12
barnard
42:11
barrett
1:42, 3:23,
11:12, 224:2,
224:17
base
68:18, 70:14,
72:18, 79:11,
175:15, 181:18,
190:23, 208:20
baseball
161:13
based
30:25, 82:3,
82:4, 83:20,
83:25, 87:9,
120:6, 123:12,
124:16, 124:18,
125:19, 128:14,
134:20, 137:24,
138:3, 138:5,
138:21, 144:5,
147:6, 147:17,
168:14, 172:25,
175:17, 181:13,
181:19, 182:25,
188:17, 207:7,
208:24, 212:21,
217:17, 217:23,
218:9, 218:22,
219:20, 220:11,
220:14, 220:16
bases
68:15, 147:12,
194:23

basic
38:18, 43:15
basically
43:14
basing
75:7
basis
79:6, 79:7,
80:2, 101:23,
139:8, 153:24,
200:21
bear
18:12, 26:24,
29:11, 34:19,
38:20, 54:3,
55:18, 56:12,
90:19, 95:4,
122:3, 126:13,
153:22, 189:11,
197:19
bearing
31:20, 38:2,
79:24, 85:16,
85:23, 86:20,
87:7, 87:25,
91:7, 91:20
bears
50:20, 82:22,
94:21, 204:17,
204:24
beating
96:7, 145:22,
148:5
beautiful
44:7
because
13:20, 23:20,
30:4, 36:24,
37:2, 37:13,
42:21, 44:13,
48:23, 50:22,
51:16, 53:25,
54:1, 54:20,
59:7, 59:11,
59:20, 59:21,
75:3, 81:13,
91:8, 94:4,
96:8, 97:17,

100:20, 102:3,
103:18, 109:13,
110:6, 112:13,
114:4, 124:23,
126:13, 130:16,
131:19, 131:20,
133:4, 134:8,
135:8, 139:7,
145:7, 148:10,
159:7, 163:10,
165:6, 172:14,
173:16, 174:11,
180:24, 182:15,
191:18, 191:21,
194:19, 196:15,
197:21, 197:25,
204:17, 218:9,
219:20
been
11:15, 12:5,
16:12, 16:24,
20:18, 23:2,
23:5, 24:7,
41:17, 50:1,
53:9, 56:17,
57:8, 57:11,
58:10, 58:14,
58:20, 68:17,
70:3, 70:12,
74:11, 75:5,
88:6, 88:13,
100:12, 105:21,
106:5, 110:2,
123:2, 124:10,
125:1, 125:15,
128:9, 130:18,
132:2, 132:6,
137:18, 140:19,
143:20, 152:5,
154:9, 154:25,
165:20, 165:22,
182:2, 204:1,
204:25, 208:8,
208:9, 208:11,
208:12, 208:17,
219:2, 219:4,
219:12, 219:17,
219:20, 219:25

before
3:22, 8:17,
12:5, 36:1,
50:2, 56:15,
56:21, 57:9,
57:13, 65:13,
67:25, 79:10,
86:2, 86:7,
88:4, 111:11,
124:1, 162:10,
164:18, 166:1,
174:8, 178:14,
209:8, 210:10,
210:25, 217:10,
224:2
beg
126:4, 128:25
began
146:15, 155:16
begin
66:18
beginning
64:21, 64:22,
99:17, 100:6,
100:24, 117:4,
126:11, 149:17,
150:13, 150:16,
156:17, 156:20,
157:1, 158:19,
158:21, 159:14,
159:17, 170:14,
173:10, 173:11
begins
8:20
behalf
4:3, 4:10,
4:18, 5:1, 5:10,
5:20, 6:1, 6:9,
10:23
behave
122:18, 144:9
behaved
137:20
behavior
84:2, 97:16,
107:2, 141:4,
141:12, 143:8,
143:24, 143:25,

146:15, 147:13,
147:21, 153:14,
180:18, 209:2
**behaviors**
212:21, 213:21,
213:22
**behest**
135:11
**behind**
145:24, 158:1,
170:17, 170:18,
170:25, 171:2,
172:2, 179:6,
182:15, 183:5,
198:13, 215:9,
215:12
**being**
16:20, 51:6,
99:6, 99:7,
114:15, 116:19,
124:3, 125:9,
172:23, 176:16,
177:10, 185:10,
194:8, 206:9,
207:5
**believe**
56:22, 65:16,
67:16, 88:12,
88:17, 100:17,
128:8, 128:15,
133:6, 134:18,
134:25, 135:11,
135:25, 138:16,
139:21, 148:10,
149:24, 153:19,
154:10, 156:10,
161:16, 176:9,
178:19, 188:10,
196:6, 210:2,
222:15
**believed**
135:5, 185:10,
213:22
**bell**
59:14
**below**
75:8
**benzinger**
59:2, 62:13

**besides**
26:15, 29:13
**best**
8:6, 54:1,
84:13, 102:6,
132:9
**better**
13:17, 13:23,
52:13, 58:18,
193:5
**between**
18:9, 25:14,
31:15, 41:18,
48:14, 50:23,
66:7, 76:1,
81:11, 99:3,
108:19, 121:25,
123:4, 124:4,
124:9, 126:14,
139:13, 142:21,
144:22, 148:4,
152:22, 155:4,
158:2, 165:2,
171:20, 172:4,
173:3, 175:19,
182:6, 189:10
**beyond**
33:5, 197:6
**bhi**
152:17
**bibliographies**
119:17
**bibliography**
53:7
**big**
134:6
**bigger**
112:11, 134:7
**bill**
29:16, 29:18,
29:20, 29:21,
29:24, 29:25,
30:1, 30:3,
30:4, 30:6,
30:24, 31:6,
31:10, 31:13,
31:14, 32:7,
33:12, 33:18,

71:15
**billed**
221:12
**bingham**
4:22
**bird**
5:24, 10:21
**birds**
122:4
**birth**
110:6
**bit**
12:8, 17:15,
50:10, 90:25,
120:12, 156:12,
197:16, 203:22
**black**
77:13, 122:22,
123:14, 123:22,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
134:23, 135:10,
136:6, 136:13,
136:18, 136:23,
139:14, 139:17,
140:18, 141:16,
141:20, 142:16,
147:1, 148:4,
152:17, 152:22,
153:4, 157:20,
182:7, 193:7
**blah**
190:7
**blinking**
96:8
**block**
84:4, 84:8,
89:22, 90:15,
113:20, 115:17,
118:5, 118:6,
118:15, 118:20,
118:22, 118:24,
119:2, 193:2,
193:10, 194:20,
194:21, 194:25,

195:10, 195:14,
195:15, 196:4,
196:9, 197:4
**blockage**
215:11
**blocked**
114:7, 117:17,
117:18, 117:24,
118:1, 118:10,
158:12, 190:18,
190:21, 192:20,
194:15, 204:19,
214:2
**blocking**
118:18, 166:24,
176:12, 176:16,
177:5, 177:7,
177:9, 177:20
**blue**
174:5
**bob**
73:19
**body**
92:6, 92:11
**boiling**
32:25
**book**
39:13, 112:14
**books**
25:12, 39:12,
48:9
**border**
14:8
**bore**
88:2, 113:19
**born**
13:13, 13:25,
88:15, 109:25,
110:2, 110:21
**both**
24:8, 31:20,
33:17, 40:12,
40:13, 126:25,
136:10
**bottom**
54:25, 56:23,
70:14, 117:15,
119:5

box
125:13
boy
122:16, 123:8,
137:17, 164:16,
175:11, 175:21,
179:14
boy's
139:13, 175:20
boys
93:15, 93:21,
99:1, 126:6,
127:18, 128:3,
129:21, 131:15,
131:25, 132:5,
132:8, 133:22,
137:7, 137:8,
137:10, 137:19,
139:5, 139:19,
141:3, 141:12,
141:16, 145:16,
146:18, 146:19,
148:4, 152:16,
152:22, 152:23,
154:18, 154:20,
155:11, 155:16,
156:21, 158:4,
158:7, 158:8,
158:10, 160:14,
160:19, 160:21,
166:5, 166:12,
166:21, 167:24,
172:5, 173:3,
173:22, 174:4,
174:5, 174:23,
176:4, 176:7,
179:5, 180:7,
180:21, 181:3,
181:22, 182:8,
182:10, 182:13,
192:14, 192:24,
205:8
braids
180:13
brain
111:20
break
12:16, 74:13,

120:10, 120:12,
120:22, 175:22,
178:2, 178:15,
192:25, 220:18
brief
47:5, 47:13,
58:7
briefly
53:11, 121:14
bring
18:11, 38:20,
95:3
bringing
90:18, 197:19
brings
36:20
broad
5:16
broadcast
72:1
broadcasts
71:3
broadly
40:7
broke
76:3
brooklyn
39:16, 39:17
brought
34:19, 127:20,
152:3, 154:7
brown
5:15, 10:15,
10:17, 174:6
buddies
164:10
bullet
125:5, 127:2
bunch
56:16
buses
132:4
bystander
122:16
bystanders
83:12, 122:12,
122:14, 122:20

---
**C**
---

c-r-a
11:21

c-r-a-i-g-e
11:22
call
22:2, 33:20,
50:21, 51:5,
95:19, 107:23,
129:24, 133:5,
147:24, 148:23,
151:14, 183:5,
222:20
called
38:6, 39:13,
54:19, 126:3,
126:5, 130:2,
130:7, 152:3,
162:25
calling
185:2
calls
54:16, 67:19,
67:23
came
16:13, 67:14,
99:25, 146:13,
148:5, 152:20,
154:23, 222:16
camera
147:3, 151:15,
151:19, 163:5,
171:25, 218:12,
218:15
cameraman
134:24, 135:6,
146:8, 147:1,
148:22, 148:23,
148:25, 150:22,
151:14, 152:2,
157:16, 162:6,
162:20, 163:1
cameraman's
158:6
cameras
152:8
can't
39:16, 60:22,
61:1, 78:1,
100:8, 122:15,
123:5, 127:12,

129:15, 130:9,
134:4, 136:25,
139:21, 160:18,
172:3, 172:9,
193:13, 210:21,
211:8, 212:3,
212:4, 212:17,
214:24, 220:1
cannot
129:22, 133:25,
166:15, 170:6,
203:17
cap
162:14, 163:4,
171:23, 174:5,
174:12
capable
113:12
capacity
86:22
caplan
52:8, 54:14
caption
2:1, 9:19,
64:24
capture
37:6, 115:11
captured
106:4, 106:24,
130:17
capturing
37:8
car
197:13, 197:15
card
113:9
careful
27:20, 101:9,
190:24
carefully
135:23, 151:9
carissimo
71:25
case
1:10, 1:20,
1:33, 2:7, 2:17,
2:29, 9:2, 9:3,
9:4, 9:6, 9:10,

9:13, 9:21,
18:11, 21:6,
23:15, 38:23,
46:16, 56:15,
56:21, 56:23,
56:25, 57:1,
58:14, 58:20,
59:1, 59:2,
59:17, 59:18,
60:14, 60:16,
62:19, 62:21,
64:6, 64:13,
65:8, 66:2,
82:10, 83:4,
86:14, 86:23,
91:21, 92:15,
94:25, 95:19,
97:23, 100:19,
105:15, 109:10,
113:5, 115:6,
118:18, 118:23,
131:20, 137:4,
143:7, 149:6,
150:11, 188:8,
191:13, 200:17,
221:7, 224:11
**case's**
59:16
**cases**
39:2, 40:8,
40:18, 46:18,
52:12, 56:16,
56:24, 57:25,
58:5, 59:23,
62:25, 63:10,
64:5, 64:19,
75:7, 107:16,
148:17
**category**
70:21, 111:8
**catholic**
83:11, 99:1,
127:19, 128:4
**cats**
116:3
**caught**
155:17
**cbs**
1:36, 4:18,

4:19, 5:1, 5:2,
9:6, 11:10,
71:22
**cbs's**
72:12
**celebratory**
185:1, 186:12
**center**
6:14, 35:5,
36:19, 43:1
**centuries**
23:3, 37:1
**century**
25:10, 52:24
**ceremonial**
143:24, 144:4,
145:21, 146:23
**certain**
19:19, 23:25,
30:16, 33:4,
41:13, 53:16,
56:3, 81:21,
107:16, 110:17,
113:15, 132:3,
164:8, 176:1
**certainly**
25:11, 62:1
**certificate**
224:1
**certify**
224:4
**challenging**
109:3, 112:23
**chamber**
6:14
**changed**
18:9, 51:15
**changes**
51:2, 51:6
**chant**
143:17, 143:22,
143:25, 144:23,
145:1, 145:21
**chanted**
129:6, 181:22
**chanting**
129:10, 129:18,
143:14, 144:11,

144:16, 148:6,
156:22, 171:23,
182:4, 182:5
**chants**
143:22
**chaperones**
83:11
**character**
54:10, 54:17,
54:20, 54:21,
101:22, 126:9
**characterization**
116:16, 116:23,
164:11
**characterize**
53:15, 67:4,
78:1, 108:10,
108:11, 141:13,
170:2
**characterizing**
191:1
**characters**
77:11
**check**
113:9
**cheer**
137:9, 137:18,
137:19, 137:20
**cheering**
137:11
**chicago**
5:7, 14:10
**child**
110:16, 110:18,
111:5
**children**
109:23, 109:25,
110:2, 110:21
**choices**
98:4
**chop**
161:7, 161:10,
161:19
**chose**
197:4
**chris**
71:14
**church**
170:24

**circle**
129:7, 129:17,
129:19, 129:24,
129:25, 130:19,
131:5, 131:10,
133:5, 133:13
**circulating**
125:17
**circumstance**
94:9, 97:5,
117:22, 142:24
**circumstances**
34:1, 87:14,
102:9, 106:4,
106:23, 122:2,
144:4
**cite**
112:3, 149:7,
149:8, 149:11,
149:13, 171:6,
176:10
**cited**
127:4, 128:11,
149:24, 178:12
**city**
13:4, 13:10
**civil**
40:11
**claim**
84:4
**claiming**
131:9, 156:24,
183:3
**claims**
192:8
**clarification**
13:24
**clarify**
57:20, 58:16,
58:17, 69:18
**clarity**
54:7
**clasped**
170:18
**class**
38:6, 40:5,
40:16, 41:14,
107:19

classical
21:10
classwork
15:18
clause
190:7
clear
97:22, 98:13,
106:1, 118:19,
128:24, 132:24,
146:4, 158:14,
192:19, 195:1
clearest
195:23
clearly
146:16, 154:6,
175:7, 181:2
clenched
141:18
clicked
73:9, 73:12
climb
154:5
climbed
154:2, 154:11
climbs
154:8
clip
68:4, 68:6,
72:9, 73:9,
215:6
clips
218:17
close
13:20, 95:19,
96:6, 96:18,
96:21, 125:24,
154:18
closely
117:20
closer
179:5
clot
148:19
co-counsel
10:21, 10:25
cogni-science
36:20

cognition
36:22, 42:19
cognitive
35:8, 36:19,
42:16, 42:17,
42:25
colleague
11:9
collect
21:16
collecting
21:12, 116:11
collections
21:19
collector
16:17
college
16:13, 39:17,
42:11
collegiate
74:4
columbus
5:17
come
26:20, 26:24,
55:18, 56:12,
60:23, 96:21,
127:5, 146:23,
151:12, 157:25,
158:2, 172:12,
179:5, 182:1,
191:17, 191:18,
192:3, 197:25,
220:18
comes
29:11, 44:4,
54:3, 87:18,
168:24, 169:3,
192:20, 194:5
comfortable
96:17
coming
152:21, 157:22
command
106:15, 109:16
commencing
8:1
comment
121:21, 166:15,

180:24
comments
142:20
commercial
64:9, 64:10
commission
224:18
commissioned
222:12
committees
41:25, 43:12
common
38:4, 52:21,
109:13, 111:13,
112:21, 180:13
common-sense
111:15, 111:16
commonly
23:22
community
42:5, 43:7,
115:18
companion
179:23, 180:1,
180:10, 182:15,
182:18
companions
164:3, 164:14,
164:15, 179:13,
183:19
company
1:23, 4:12,
6:10, 9:20,
10:10, 11:1,
21:9
comparable
195:16, 195:25
compare
131:5
compensation
221:6
competence
111:17, 111:21
competent
115:13, 199:16
competition
37:2
compile
25:13

compiling
116:10
complete
15:21, 58:3,
70:23
completed
221:10
completely
88:22, 89:13,
197:17, 207:16
complex
18:24, 20:12,
23:6, 26:12,
32:1, 32:3,
51:3, 51:19,
51:20, 197:19
complicated
17:25, 208:13
compose
20:12, 26:11
composed
27:7
composite
218:18
computational
37:11
computer
8:10, 25:24,
37:1, 39:6,
42:23, 50:9,
108:13, 108:14,
108:15
computers
25:23
concede
150:7
conceding
213:24
concentrates
187:11
concentrating
189:8
concerned
190:11
conclude
83:25, 119:6,
123:16
concluded
201:1, 223:19

concluding
186:8
conclusion
88:19, 204:10
conclusions
189:7
conclusive
186:10
condition
55:19, 197:11
conditional
101:22, 197:24,
198:4
conditionally
56:8, 62:5
conditions
33:21, 61:18,
77:23, 78:10,
94:24, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 108:23,
109:1, 117:10,
119:7, 188:18,
188:21, 189:3,
190:1, 190:5,
198:2, 199:15,
199:17, 216:10
conduct
141:3
conducted
2:36, 3:2,
121:16
confidence
66:17
confront
84:3
confrontation
76:2, 77:18,
95:13, 95:16,
95:17, 95:20,
95:21, 98:7,
98:11, 120:1,
146:15, 179:12,
184:7, 213:1,
213:6
confused
31:8, 31:24

congratulating
184:19, 184:20,
185:5
conjecture
84:5, 84:8,
84:12
conjoined
118:25
conjunct
118:11, 118:15
connect
8:15
connecting
8:16
connection
57:12, 68:24,
70:25, 73:22
connotation
95:23
connotations
56:9, 109:5
conscious
95:6
consequence
37:22
conservative
172:23
consider
18:16, 64:16,
81:11, 84:15,
161:18, 187:22
considerably
215:9
consideration
31:2, 34:17,
38:3, 101:9,
190:24, 193:17
considered
68:16, 117:6,
119:24, 187:19,
193:22
considering
24:25, 94:2
consistent
84:2, 199:5
consists
21:11
constantly
44:5, 44:18

constitute
194:8, 208:14
constituted
99:7
construable
87:14
construal
80:9, 80:14,
81:1, 81:10,
87:20, 87:21,
114:12
construal's
81:3
construction
117:25, 172:19
construe
87:17
construed
82:5
consult
74:9, 119:22,
120:10
consulted
73:25, 74:6,
111:22, 113:1,
119:20, 200:1,
200:2, 200:23
contact
65:21
contacted
65:14, 65:18
contain
58:3
contained
216:4
contend
136:11
contending
136:21
content
44:6, 145:22,
198:4
contention
136:15, 165:25
contentious
39:2, 113:20,
114:2
context
20:21, 21:24,

26:16, 26:22,
27:8, 28:15,
28:17, 28:18,
28:21, 28:23,
29:1, 29:7,
29:11, 29:17,
30:8, 30:14,
33:1, 33:20,
34:2, 34:12,
34:18, 41:16,
41:19, 50:15,
50:17, 50:19,
50:20, 50:21,
50:22, 50:24,
51:2, 51:5,
51:11, 51:14,
51:15, 51:19,
97:18, 104:6,
109:8, 115:23,
118:7, 119:16,
133:14, 197:1
context-sensitive
26:25, 27:1,
29:10, 41:14
contextual
20:13, 31:5,
31:19, 51:21
continue
62:12, 117:2
continued
2:1, 4:27,
5:28, 165:11
continues
68:20
continuing
13:22, 67:25,
119:23, 133:18,
137:5, 165:3,
165:17, 165:18,
179:8
contract
63:16, 63:17,
64:11, 64:14
contracts
63:12, 64:9
contraposition
50:7
contributing
99:11

controversial
53:1, 53:3,
53:4, 161:13,
161:15
convention
115:9
conversation
66:1
conversations
8:12, 101:11
convey
17:24, 18:2,
19:20, 91:1,
91:3, 91:13,
91:14, 91:17,
91:23, 92:5
conveyed
17:3
copy
46:4, 46:10,
51:8
corporation
5:11
correctly
114:9
correlated
75:21
correlation
31:15
correspond
80:10, 150:10
correspondence
62:19
corridor
171:10, 171:20,
173:16, 174:2,
175:3, 177:18,
177:22, 178:16,
178:19, 209:25,
215:7
couched
107:10
could
17:3, 28:18,
28:22, 29:16,
33:15, 33:16,
33:25, 39:1,
49:13, 49:23,

51:4, 51:7,
53:16, 58:17,
76:8, 80:24,
105:4, 119:15,
119:17, 130:14,
132:19, 141:15,
142:23, 143:6,
147:8, 152:19,
154:11, 161:19,
163:16, 167:3,
173:2, 174:8,
174:15, 175:13,
175:25, 181:25,
187:15, 190:6,
191:15, 191:16,
191:18, 192:4,
193:13, 195:5,
195:8, 196:11,
196:20, 199:19,
200:17, 204:21,
205:6, 205:10,
206:8, 206:10,
206:13, 207:3,
207:4, 207:20,
208:10, 208:17,
210:6, 211:19,
213:20, 213:21,
215:10, 215:13,
215:17, 218:2,
218:5, 218:8,
218:10, 218:21
couldn't
125:18, 145:4,
154:1, 163:10,
186:4, 191:20,
191:23, 192:6,
195:2, 209:14
counsel
10:4, 113:5,
224:9
count
57:23, 130:13,
131:19, 132:10,
132:18, 148:16,
148:17, 221:13
country
181:4
couple
54:9, 76:24,

129:14, 130:24,
146:9, 159:22,
179:11
course
21:16, 28:24,
36:24, 38:11,
38:13, 38:15,
38:16, 38:17,
39:4, 39:9,
41:9, 41:11,
51:2, 51:22,
52:5, 52:17,
53:24, 63:24,
76:23, 84:24,
92:19, 92:24,
116:7, 121:24,
138:14, 149:22,
153:18, 172:3,
181:10, 222:19
courses
35:20, 35:23,
43:11
coursework
16:1
court
1:1, 11:11,
11:14, 12:12,
13:16, 13:23,
13:24, 14:2,
58:21, 60:6,
83:19, 112:23,
138:15, 138:18,
178:24, 213:15
courtroom
57:17
covington
1:3, 83:10,
99:1, 122:16,
123:8, 123:18,
126:6, 127:19,
128:4, 129:21,
131:6, 131:15,
137:6, 146:19,
158:7, 164:16,
180:7, 181:22,
182:7, 182:10,
182:13
crackers
126:6

craig
7:12, 11:24,
11:25, 223:6,
223:17
craige
2:35, 3:1, 7:3,
7:9, 8:21,
11:15, 11:20,
11:24, 26:20,
47:5
crane
117:25, 118:1,
118:2, 118:3
crc
224:17
create
209:24
creole
16:3, 48:9,
48:14, 48:16,
48:20, 49:14
criminal
40:11, 62:19
cross-examining
61:19
crowd
56:3, 125:17,
139:10, 154:10,
156:6, 158:8,
160:13, 160:20,
165:10, 166:21,
167:24, 176:4,
176:8, 185:17
crowd-sourcing
23:21, 24:5
crr
224:17
crucial
107:21, 119:8
crude
80:17
csr
224:17
cultural
56:10, 56:12,
85:12, 86:4,
86:17, 87:10,
97:20, 97:21,

138:7

**culture**
88:4, 92:10,
104:4, 130:7

**cultures**
184:23

**current**
42:7, 116:24

**currently**
13:3, 41:20

**curriculum**
58:7

**cursor**
150:25

**cut**
112:25

**cv**
27:18, 47:8,
47:10, 47:13,
47:15, 54:9,
56:14, 63:6,
68:7, 68:9

**cv--wob-cjs**
1:11, 1:21,
1:34, 9:2, 9:5,
9:7, 9:21

**cycle**
18:25

**D**

**dame**
173:19, 174:9,
174:12, 175:1,
175:9, 175:12

**dance**
129:20, 129:24,
130:2, 130:7,
130:14, 131:6,
131:10, 133:5,
133:6, 146:23

**danced**
129:6

**dancing**
129:10, 129:17,
129:25, 130:19,
133:11

**darren**
6:12, 10:6,

10:8, 10:9

**data**
19:14, 20:23,
21:2, 21:4,
22:9, 22:11,
22:15, 22:19,
22:20, 22:25,
24:25, 25:25,
27:5, 27:6,
27:10, 27:13,
27:14, 54:3,
127:13

**database**
108:17

**date**
9:15, 9:22,
99:19, 221:22,
221:25

**dated**
46:12, 65:12,
74:25, 222:17

**david**
6:18, 9:24

**davis**
4:14

**day**
45:2, 78:15,
85:3, 101:16,
222:7, 224:14

**days**
67:16, 76:24,
100:8

**dc**
4:16, 97:11,
127:5

**dear**
46:23

**debate**
28:20, 51:25,
52:15, 52:23,
53:12

**december**
2:37, 4:2,
7:14, 9:16,
9:23, 222:17,
223:7, 224:14

**decide**
79:11, 95:2,

115:8, 115:13,
115:17, 120:10,
151:12

**decided**
59:15, 72:17,
82:15, 101:17,
102:5, 121:17

**deciding**
196:16

**decipher**
86:15, 86:24

**decision**
75:18

**declined**
191:7, 191:14

**deem**
43:5

**deemed**
36:3, 59:10,
59:25, 60:2

**deep**
197:18

**deeper**
17:2

**deeply**
43:24

**deer**
109:25

**defamation**
40:15, 40:19,
56:15, 56:20,
57:7, 66:3

**defective**
111:20

**defendant**
1:13, 1:25,
5:10

**defendants**
1:37, 2:11,
2:23, 2:33,
4:10, 4:18, 5:1,
5:20, 6:1, 6:9,
11:10

**defense**
187:10

**define**
114:17

**defined**
28:20, 116:18,

116:20

**defines**
201:7

**defining**
116:18

**definitely**
145:12

**definition**
22:3, 115:24,
116:15, 116:16,
116:17, 116:21,
116:22, 195:11,
195:14, 196:14,
197:4, 201:6,
201:7, 201:10,
201:14, 201:20,
201:23, 202:1,
202:2, 202:12,
216:24

**definitions**
22:2, 113:13,
115:23, 116:10,
116:12, 116:13,
190:24, 193:2,
195:6, 195:19,
196:3, 196:8,
199:25, 200:7,
200:22, 216:4,
216:15

**definitive**
108:25

**defrank**
4:6, 57:2, 57:9

**degrade**
125:24, 126:17

**degrading**
126:18

**degree**
14:25, 15:1,
15:16

**dell**
76:14

**delusionary**
91:18

**demanding**
38:16

**denotes**
203:1

dentons
4:22, 5:5, 10:2
deny
85:11, 218:11
denying
150:3
department
35:14, 36:11,
40:22
depends
18:6, 20:20,
28:18, 49:22,
56:6
depicted
163:4
depos
6:19, 9:25
deposed
12:5
deposition
2:35, 3:1,
7:14, 8:21,
8:25, 10:1,
46:5, 46:9,
57:18, 73:20,
82:10, 82:14,
94:5, 101:10,
101:12, 124:1,
132:2, 150:11,
198:1, 210:12,
223:6, 223:19,
224:3
depositions
12:24, 79:3
describe
80:13, 107:18,
107:25, 108:2,
121:14, 141:12,
143:13, 152:15,
170:1, 180:10
described
22:6, 95:13,
152:20, 164:1,
183:19
description
7:7, 114:15,
156:19
descriptive
107:7, 107:11

design
82:2
desire
140:20
detailed
38:1
details
52:8, 60:16,
75:14, 123:25
determination
146:1
determine
48:1, 78:19,
101:21, 107:8,
109:6, 109:9,
109:19, 113:17,
115:23, 119:7,
125:8, 128:6,
129:9, 184:19,
187:25, 190:1,
190:4, 198:20,
199:2, 199:20,
216:8
determined
120:4, 199:11
determining
107:6
deters
59:2, 62:13
develop
22:1, 101:4,
110:8
developed
38:6
developing
41:17, 110:18
development
55:11
device
76:12
dictionaries
16:8, 16:18,
22:8, 22:12,
22:14, 23:12,
23:13, 25:2,
74:1, 74:2,
74:7, 74:9,
109:4, 111:22,

112:3, 112:7,
113:1, 113:6,
119:12, 119:13,
119:21, 119:22,
195:17, 195:20,
196:4, 199:25,
200:2, 200:23
dictionary
16:2, 16:3,
22:2, 22:3,
22:19, 48:10,
48:24, 49:1,
49:4, 49:6,
49:9, 49:14,
74:2, 74:4,
74:5, 95:17,
107:13, 112:10,
113:12, 115:22,
116:10, 190:24,
191:5, 193:1,
195:4, 195:11,
195:14, 195:15,
196:13, 196:20,
196:23, 196:25,
201:7, 216:3,
216:24, 217:2
dictionary's
24:15
difference
32:22, 98:3
differences
56:10, 56:12,
97:20, 97:22,
98:14, 99:6,
138:7
different
12:8, 12:10,
18:9, 18:21,
20:5, 20:18,
21:23, 25:14,
29:23, 30:5,
37:7, 51:18,
56:25, 58:22,
97:12, 97:13,
116:11, 122:10,
123:15, 124:7,
144:25, 148:19,
148:20, 184:15,

184:16, 188:25,
195:10, 197:19
difficult
32:10, 154:15,
201:15
dinsmore
60:9
direct
80:3, 126:13,
153:1, 155:19
direction
51:9, 51:10,
51:17, 152:24,
156:24, 157:7,
166:2, 166:4,
166:19, 167:7,
167:11, 208:10,
208:14, 208:16,
220:3, 224:8
directions
157:5
directly
158:7, 168:9,
206:13
disagreeing
174:20, 174:25
disambiguate
119:2
discerning
196:16
disclosure
46:12
disclosures
46:11, 64:25
discourse
26:23, 28:24,
29:5, 50:15,
50:17, 50:21,
50:22
discrepancy
189:10
discuss
48:4, 66:14,
83:9, 96:2,
107:22, 156:11,
176:20, 187:7,
217:4
discussed
194:21

discussing
183:24
discussion
20:20, 26:18,
26:20, 31:3,
31:17, 31:19,
33:16, 33:23,
53:10, 53:13,
53:15, 55:15,
100:19
discussion's
53:5
discussions
8:9
disney
4:11
displaying
173:13
dispute
87:23
disputing
90:3, 90:5,
190:12
disregard
102:4
dissing
54:20
distances
134:1, 134:4,
134:10, 134:14,
154:16, 172:10,
172:11
distinct
88:7
distinguish
49:20, 144:22,
222:23
distort
80:19
distortion
105:5
distorts
93:12
district
1:1, 1:2
disturbing
96:9
division
1:3

doctoral
35:4
document
7:12, 64:19
documents
76:15
dog
116:3
dogs
116:4
doing
37:9, 67:1,
85:24, 87:1,
92:23, 94:18,
119:18, 126:25,
130:14, 131:1,
131:2, 132:22,
140:18, 140:19,
140:25, 142:25,
145:20, 148:12,
160:18, 161:7,
184:25, 186:12,
186:16, 197:1,
208:23
domain
50:3, 50:12,
91:11
done
24:23, 63:16,
72:19, 85:23,
86:7, 86:21,
96:15, 108:5,
124:14, 130:6,
142:9, 162:23,
172:18, 177:3,
191:23, 206:21,
213:12, 217:20,
220:14
double
142:6
doubt
81:7, 84:18,
93:25, 161:22,
196:12
down
32:25, 48:8,
50:3, 50:10,
62:18, 123:6,

137:7, 137:11,
141:17, 152:13,
152:21, 154:24,
158:2, 158:9,
179:5, 192:25,
204:8, 206:15,
207:24, 217:15,
219:7
draft
121:8
drafting
121:15
draw
23:7, 23:16,
25:25, 43:8,
145:23, 148:2,
148:6
drawn
28:25
dressed
122:19, 124:23,
131:24, 146:22
dritz
62:18
drive
4:7, 5:6, 6:14
drives
197:13
drum
96:7, 96:8,
143:22, 145:22,
146:24, 148:5,
185:12
drummed
181:21
drumming
146:24, 156:22,
182:2, 182:3
drums
129:7
due
14:9, 52:6
duly
11:15
dumpty
115:7
during
85:4, 123:3,

124:9, 129:19,
218:16
dynamic
50:4, 50:15,
51:1, 51:5,
51:19

E

each
8:17, 17:24,
29:6, 75:20,
75:21, 89:15,
89:17, 96:19,
96:20, 96:21,
97:14, 98:9,
106:3, 111:2,
112:22, 142:22,
208:22
earlier
48:11, 51:24,
85:2, 114:14,
116:9, 122:21,
142:19, 157:4,
162:18, 162:24,
170:2, 171:24,
172:8, 176:21,
180:2, 188:21,
194:22, 197:25,
221:15
early
25:10, 52:24,
100:11, 132:25
easier
112:11, 112:14,
172:14, 211:24,
222:22
east
157:9, 157:11,
158:2, 168:5
eastern
1:2
easy
112:16, 113:4,
173:25
edge
156:21, 167:23
edition
74:5

education
15:17
edward
21:8
effect
118:2, 188:25
eight
67:16, 100:7
either
45:13, 72:7,
82:18, 100:5,
100:11, 100:24,
107:12, 131:1
elicit
26:4
eligible
41:25
ellipses
27:2, 29:13
ellipsis
20:15
else
25:4, 26:14,
27:4, 53:2,
65:20, 66:15,
96:24, 128:14,
184:6, 187:17,
197:8, 199:8,
199:16, 207:20,
215:2, 223:10
else's
81:12, 85:12,
86:24, 92:11,
93:23
em
113:9
email
62:18, 65:21
embedded
71:9, 72:5
emerita
41:21
emotional
56:9, 78:3
emphasis
30:5, 30:23,
31:16
emphasize
30:15, 177:25

empirical
19:19, 52:10
employed
224:10
employment
34:24, 43:15
empty
205:17
enabled
8:13
encode
26:21, 37:7
encounter
66:7, 79:5,
85:4, 98:3,
98:8, 98:9,
98:11, 106:5,
106:24, 139:6,
139:12, 166:17,
176:2
encourage
146:7
end
66:13, 68:2,
126:10, 135:2,
166:9, 206:16,
223:16
endeavored
79:5, 83:22,
88:21
endeavoring
83:18
ended
63:8
ends
197:24, 199:12
enforcement
38:14
engaged
56:17, 125:24,
126:7, 185:10
engagement
185:13, 221:17,
222:13
england
60:22
english
16:4, 18:13,

23:19, 24:1,
24:8, 24:11,
25:9, 26:6,
32:20, 32:22,
48:9, 48:14,
49:18, 52:21,
52:22, 65:9,
74:2, 95:7,
103:12, 103:15,
106:2, 106:8,
106:9, 106:12,
106:14, 106:16,
108:13, 108:19,
109:16, 111:23,
112:9, 113:23,
143:15, 143:18,
145:5, 184:4,
184:11, 191:4,
195:13, 201:6,
216:11
enormous
23:5
enough
13:20, 60:4,
102:19, 102:22,
103:16, 110:17,
195:1
entailments
26:9
entered
147:23
enthusiastically
137:10
entire
133:13, 218:13
entirely
72:18
entitled
7:12, 50:12,
186:23
entourage
148:8, 148:9,
148:14, 148:15
entries
195:16, 196:13
entry
71:13
errors
110:11

escape
201:25
especially
37:23, 75:24,
87:18, 123:5,
142:1, 142:13,
144:23, 170:23
esquire
4:4, 4:5, 4:13,
4:21, 5:4, 5:13,
5:14, 5:22, 6:4,
6:12
essays
21:14
essentially
22:7, 33:1,
47:1, 116:11,
120:3
establish
49:11
estimate
129:22, 130:9,
132:10
et
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:20
etcetera
20:7, 27:3,
37:25, 45:4,
59:2, 109:6
ethnic
56:3, 123:11,
124:20, 124:21,
124:22
europe
99:2, 139:10,
180:22
evade
212:24
even
41:7, 42:5,
43:9, 43:23,
59:14, 82:14,
107:19, 111:18,
118:22, 133:13,
154:24, 181:12,

206:11
**event**
80:9, 80:14,
80:15, 81:21,
82:6, 122:11,
127:4, 137:16,
139:9, 139:24,
140:4, 141:4,
141:10, 151:25
**events**
46:1, 48:1,
48:6, 78:15,
139:23, 140:23,
161:14
**ever**
56:15, 56:20,
57:8, 57:11,
58:10, 58:14,
58:19, 58:23,
60:2, 88:3,
93:23, 110:12,
136:5
**every**
37:25, 45:2,
60:21, 144:25,
204:3, 218:15
**everybody**
11:8, 60:21,
113:24, 197:12,
197:23
**everyday**
43:25, 111:12
**everyone**
8:3, 111:18,
120:11, 173:21
**everything**
17:20, 101:18,
187:16, 197:13
**evidence**
18:12, 21:24,
23:7, 27:6,
52:10, 76:7,
78:16, 79:8,
79:20, 80:3,
82:25, 83:19,
87:19, 90:16,
95:3, 95:4,
101:25, 102:2,

119:24, 176:22,
193:21, 213:3,
213:17, 217:6,
217:13, 217:15,
218:6
**evident**
88:25, 97:15,
99:8, 122:18,
207:25, 208:5,
208:8, 208:11,
208:17, 209:4,
209:14, 215:5
**evidently**
209:23
**exact**
221:22, 221:25
**exactly**
54:7, 58:1,
66:25, 72:3,
97:9, 100:8,
100:13, 129:15,
132:24, 135:23,
172:3, 173:25,
189:3
**examination**
7:3
**examine**
193:9
**examining**
63:17
**example**
19:24, 25:22,
29:12, 30:7,
30:8, 30:13,
37:11, 39:12,
43:9, 51:7,
52:4, 71:13,
77:13, 77:25,
81:3, 104:24,
110:12, 116:1,
116:4, 117:11,
118:17, 123:21,
153:17, 188:16,
198:3, 216:19
**examples**
51:4
**excellent**
25:8

**except**
77:16, 90:13,
95:4, 101:18,
209:5, 218:17
**exchange**
124:4, 124:9,
126:7, 126:9,
126:14
**exchanged**
123:22
**excluded**
58:10, 58:12,
58:14
**excluding**
106:12, 106:13
**excuse**
58:4
**exhibit**
7:7, 7:9, 7:12,
46:5, 46:6,
46:9, 46:11,
149:5, 150:12,
158:18, 158:21,
158:24, 170:11,
179:17, 210:11,
212:7, 214:5,
214:6, 214:9,
222:20, 222:21,
222:22, 222:24
**exhibits**
150:11, 158:16,
222:23
**exists**
14:15
**exit**
176:13, 177:21,
192:9, 192:10,
200:18
**expect**
118:9
**expected**
119:3, 170:25
**expensive**
16:21
**experience**
84:16, 87:22,
91:2, 111:13,
137:25, 138:22,

144:5, 144:7,
144:9, 207:8
**experienced**
92:17
**experiences**
84:23, 85:1,
85:2, 85:12,
86:2, 86:3,
86:16, 86:17,
86:25, 87:9,
92:9
**expert**
7:9, 18:16,
46:4, 56:17,
57:6, 57:12,
57:16, 57:18,
57:21, 58:4,
58:11, 58:20,
59:12, 59:21,
62:22, 63:21,
63:23, 63:25,
66:9, 82:22,
85:16, 86:23,
88:5, 88:10,
103:2, 105:21,
206:18, 206:21,
206:24, 207:13,
209:2, 209:3
**expertise**
18:4, 18:10,
19:10, 45:22,
45:25, 51:23,
63:23, 79:15,
79:16, 82:23,
84:19, 88:5,
91:8, 91:11,
91:12, 92:3,
92:5, 92:16,
93:25, 94:21,
96:4, 134:11,
134:20, 138:4,
138:6, 139:22,
143:11, 144:6,
153:22, 153:25,
161:21, 199:12,
207:8, 207:12,
207:19, 208:25,
209:1

experts
52:20
expires
224:18
explain
32:10, 37:15,
44:4, 79:1,
115:3, 197:22
explanation
32:19, 54:2,
197:21
explanations
187:1, 188:13
exploring
26:4, 26:7
expressed
89:15, 89:18,
90:10, 90:21,
105:15, 105:19
expressing
86:1, 87:8,
141:20
expression
38:22, 89:22,
107:8, 109:17,
164:12
expressions
18:13, 26:25,
27:1, 29:10,
37:24, 41:14,
41:19, 92:7,
92:12, 114:13,
114:16, 115:5
extensive
43:22
external
34:6
extremely
96:6
eyes
80:25, 87:18,
96:8, 199:16,
205:20, 205:22,
206:2, 206:13

**F**

face
96:7, 154:9,

155:19, 165:15,
165:24, 167:15,
168:9, 168:24,
215:18
face-to-face
95:18, 96:6,
179:12
facebook
45:15
faced
137:8, 155:18
faces
157:6, 157:8,
157:9, 157:11,
168:2, 169:3
facial
92:6, 92:12
facilities
59:3
facing
133:24, 157:3,
157:20, 157:21,
167:7, 167:13,
168:5, 208:14,
208:16
fact
34:5, 58:24,
82:13, 95:15,
118:23, 176:18,
187:14, 198:10,
202:13, 220:4
factor
31:5, 31:19,
202:11
factors
20:1, 20:14,
26:22, 26:24,
197:2, 197:20,
197:25
facts
78:19, 80:10,
83:10, 88:25,
121:1, 121:3,
121:9, 121:15,
121:18, 121:20,
149:23, 149:25,
150:6, 187:21,
188:19, 195:7,

198:8, 199:5
faculty
43:8
fair
60:4, 87:11,
102:19, 102:22,
114:24, 196:2,
212:22
fall
84:19, 103:25
false
29:17, 30:2,
31:23, 33:22,
33:25, 55:20,
78:2, 104:21,
105:7, 106:3,
106:18, 106:22,
120:5, 166:24,
188:24, 189:20,
198:9, 199:18
falsehood
187:2
familiar
60:20, 144:12,
161:9, 163:11
family
12:2
famous
16:17, 52:6,
54:16
far
83:14, 99:4,
100:1, 104:7,
104:24, 123:5,
154:13, 155:2,
206:12, 210:6,
215:10, 218:2,
218:4, 218:7,
218:10, 218:21
fascinating
60:16, 109:24,
110:22
fashion
186:12
faster
76:18
feel
216:6

feeling
99:3, 153:16
feet
133:23, 154:19,
154:22, 154:25,
172:6, 172:16,
172:20, 172:23,
172:24, 174:6,
217:13
felicitous
32:23
felicity
31:20
fellow
137:19, 151:2,
151:3, 151:4,
151:6, 171:22,
180:5
fellowship
35:2, 35:4
felt
140:13, 150:5,
176:1, 176:5,
202:6, 203:9,
203:15
ferocious
52:22
few
63:10, 172:3,
172:7, 217:4
field
17:14, 17:18,
28:21, 51:25,
52:16, 54:16
fields
36:21, 36:23,
38:14
fight
185:10
figurative
200:16, 200:24,
201:2, 201:8
film
134:9, 152:4
filmed
134:23
filming
135:17, 146:8

filter
86:3, 86:25
final
73:18
finally
137:6
financial
224:11
find
23:12, 23:16,
23:19, 24:7,
25:18, 81:5,
157:14, 159:4,
189:14
finding
21:11, 157:15
fine
12:11, 13:1,
24:2, 62:11,
178:1, 179:22,
205:1, 215:3
finish
28:1, 30:12,
30:20, 72:25,
82:14, 96:12,
112:19, 128:24,
192:10, 192:14,
194:12, 202:16
finished
25:5
firm
186:25, 187:5
first
28:2, 35:7,
38:17, 48:8,
49:2, 49:7,
60:6, 64:23,
65:14, 76:24,
100:17, 101:10,
117:14, 118:14,
121:7, 121:17,
125:5, 129:11,
130:12, 131:18,
154:12, 155:4,
157:25, 159:22,
179:10, 180:12,
193:11, 193:16,
196:10, 197:7,

198:17, 210:25,
217:8, 221:19,
223:4
fists
141:18
fit
116:18
fits
111:8
five
13:10, 125:15,
142:5, 142:15,
172:19, 175:23,
220:18
five-minute
74:12
fix
202:7, 203:9
flat
123:7, 154:3,
158:9, 158:11
flip
200:10
floor
5:25, 6:6
flying
122:4
focus
38:11, 139:9
focused
39:25, 40:6,
52:2, 121:24,
152:23
focuses
40:20
focusing
135:10, 147:2,
147:4
folks
196:7
follow
146:13
followed
46:11, 76:3,
148:12, 187:2
following
15:21, 68:18,
70:13, 75:6,

104:21, 146:6,
148:19, 157:25
follows
11:16, 182:10
foot
204:7
force
187:19
ford
6:12, 10:6,
10:7, 10:9
foregoing
224:3, 224:4
foreign
49:17
foremost
52:20
form
22:14, 22:16,
44:8, 46:22,
79:5, 80:1,
116:21
formal
18:17, 19:13,
37:5, 53:16,
63:8, 76:25,
100:14, 100:22,
101:14, 108:11
formally
28:22
forming
82:8, 83:2,
129:7, 188:13
forth
101:13, 146:23
forward
156:8
foul
28:6
found
23:8, 192:18
four
73:16, 173:24,
222:7, 222:10
frame
130:13, 130:14
frame-by-frame
76:18

frames
131:23
francescani
71:15
frega
52:24
french
16:4, 48:10,
48:14, 48:16,
48:20, 48:22,
49:16, 103:12
friend
186:11
friendly
95:24, 96:1,
96:11, 96:25,
97:17, 98:12
friends
45:15
front
69:19, 80:21,
81:6, 81:7,
81:8, 81:14,
87:18, 125:17,
137:7, 154:13,
154:17, 154:25,
155:1, 156:21,
157:2, 158:3,
158:4, 158:5,
166:5, 166:12,
166:21, 167:23,
168:6, 182:6,
187:14, 187:16,
199:15, 204:6,
204:14, 205:19
frost
5:15, 10:15,
10:17
ft
4:8, 6:15, 57:4
full
21:18, 21:19,
179:10, 195:14
fun
164:10
function
20:1, 27:7,
33:17, 33:22,

87:22
**funny**
54:23
**further**
50:10, 73:10,
150:24, 151:11,
176:18, 203:22,
223:9

## G

**games**
44:21, 161:11,
161:14
**gannett**
2:20, 5:20,
5:21, 6:1, 6:2,
9:20, 10:21,
10:22, 11:1
**gates**
21:8
**gather**
25:12, 132:3
**gave**
30:7, 62:23,
63:11, 67:10,
67:11, 76:24,
101:8, 198:3
**gaze**
152:24, 168:8
**general**
72:6, 115:22
**generally**
36:22, 75:22,
196:8
**generate**
25:17
**generative**
23:4, 25:15
**gesture**
161:13, 167:25,
184:24, 185:1,
186:18
**getting**
27:9, 78:5,
177:1
**give**
23:24, 29:12,
30:22, 38:18,

43:4, 51:4,
51:7, 51:8,
53:17, 54:2,
63:21, 64:1,
66:9, 105:22,
117:11, 119:17,
129:22, 130:9,
197:21, 215:20,
216:23
**given**
22:5, 33:10,
33:25, 36:2,
38:21, 44:16,
54:10, 58:19,
69:9, 78:10,
78:11, 94:24,
95:2, 98:24,
101:12, 101:20,
105:5, 115:16,
116:12, 116:20,
121:20, 133:15,
134:4, 146:15,
146:17, 149:18,
196:13, 199:17,
216:10, 222:23,
224:5
**gives**
190:25
**giving**
63:22, 151:16,
170:3
**glory**
43:5
**go**
10:7, 10:8,
13:21, 14:11,
23:14, 34:23,
43:11, 45:18,
46:3, 46:25,
53:6, 64:21,
64:23, 71:6,
73:4, 73:10,
85:6, 86:9,
93:8, 93:18,
94:6, 94:16,
99:1, 99:16,
105:8, 105:23,
107:4, 108:17,

120:8, 132:14,
141:22, 150:24,
152:12, 152:14,
158:4, 158:11,
158:13, 163:17,
166:8, 166:16,
166:17, 167:1,
167:17, 170:4,
171:5, 174:8,
178:22, 180:2,
180:21, 181:25,
182:17, 183:11,
189:16, 190:6,
192:5, 192:12,
192:16, 194:4,
196:20, 203:23,
205:5, 208:1,
215:3, 215:19,
217:15
**go'd**
110:16
**goal**
77:19
**god**
186:15
**goellner**
5:14, 10:16
**goes**
53:8, 68:19,
108:14, 166:22,
168:9, 169:2
**going**
11:23, 33:11,
38:13, 46:5,
49:14, 52:23,
65:4, 74:11,
74:16, 74:19,
74:23, 75:20,
75:21, 77:12,
105:4, 114:1,
120:13, 120:16,
132:4, 135:15,
136:10, 140:11,
148:3, 157:4,
158:5, 163:13,
166:18, 167:4,
167:8, 168:1,
171:21, 172:4,

176:18, 178:5,
178:8, 179:2,
185:6, 190:16,
191:8, 191:24,
192:14, 192:16,
192:17, 193:16,
193:24, 194:4,
209:15, 209:22,
210:11, 220:21,
220:24, 222:20,
223:17
**gone**
43:15, 43:23,
173:22
**good**
10:6, 10:14,
10:18, 11:7,
13:21, 54:6,
61:10, 103:16,
116:17, 132:13,
134:10, 154:16,
172:20, 206:11
**google**
26:19
**gosh**
221:11
**grab**
75:20
**graduate**
15:2, 15:4,
15:13, 15:17,
16:21, 35:2,
35:20, 35:23,
41:25, 43:12,
49:3, 55:9
**graduated**
15:3
**grammar**
18:2, 18:8,
23:4, 25:15,
25:16, 25:19,
107:13, 107:19,
111:3, 119:14
**grammarians**
23:15
**grammars**
17:21, 25:7,
25:8, 119:14

grammatical
25:17, 26:5,
36:3, 110:19
grandfather
14:16
grandmother
12:3, 12:4
grandpa
183:25, 184:5,
184:22, 185:3
grandview
4:7
grateful
186:17
gray
175:20
graydon
6:13
great
12:3, 12:4,
13:2, 14:4,
14:15, 186:15
greenbaum
4:22
greenberg
6:5, 10:24
grew
14:4, 138:1,
138:8
grin
164:5, 164:6,
164:7, 164:8
grinning
164:2, 165:11,
165:14, 170:1
ground
155:6, 155:12,
158:10, 158:11,
167:25
group
55:1, 55:5,
55:7, 55:8,
55:23, 56:2,
56:3, 56:6,
104:1, 115:10,
122:1, 122:17,
123:2, 123:21,
127:3, 127:17,

128:2, 128:7,
128:9, 128:14,
130:25, 131:3,
131:13, 131:14,
131:23, 132:21,
133:12, 141:15,
142:1, 142:13,
142:15, 142:24,
143:1, 145:15,
145:18, 146:5,
146:11, 146:13,
146:17, 146:21,
147:3, 147:4,
147:13, 151:13,
154:18, 154:20,
155:11, 155:15,
157:24, 166:11,
171:20, 172:5,
174:4, 174:6,
180:5, 180:7,
180:8, 181:20,
181:23, 181:24,
182:9, 182:10,
182:20, 183:5,
184:6, 184:18,
185:11, 192:13,
192:24
groups
97:11, 122:10,
122:13, 123:17,
142:21, 158:3,
182:6
grow
13:15, 84:22
growing
139:8
grunting
141:18
grygiel
6:4, 10:24
guardian
45:16
guardians
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
guess
96:12, 146:7,

155:1, 209:5
guessed
134:10
guy
81:4, 114:1,
114:3, 151:5,
162:6, 162:11,
162:14, 162:15,
180:4, 183:23,
183:24, 190:16,
193:25
guy's
54:14, 140:6

**H**

hair
174:6, 180:13
haitian
16:3, 48:9,
48:14, 48:16,
48:20, 48:22,
49:14
half
53:8
hand
115:7, 224:14
hands
170:17, 170:25,
171:2, 183:25,
198:13
hang
167:6
hanging
123:2
happened
67:8, 72:8,
76:7, 78:19,
78:23, 81:14,
83:20, 89:16,
89:19, 95:16,
131:24, 194:1
happening
80:18, 87:17,
92:21, 156:19,
212:21, 213:18
happy
120:11, 186:18
hard
110:16, 134:8,

197:22
hardest
63:24
hat
99:5, 114:2,
114:3, 151:3,
162:6, 165:11,
173:19, 175:1,
175:9, 175:12,
180:11, 180:15,
183:23, 190:17,
194:1
haute
13:14, 14:1,
14:7, 14:8,
14:12
head
6:13, 12:23
healthcare
59:3
hear
13:17, 14:1,
49:13, 59:13,
61:10, 125:12,
136:5, 136:17,
178:25, 185:18,
186:4, 205:1,
210:20, 210:23,
210:24, 211:12,
211:20, 212:13,
212:16, 214:15,
214:23, 214:25
heard
87:19, 117:16,
157:25, 188:9,
211:24, 212:17
hearing
55:25, 59:4
hebrew
77:13, 122:23,
123:14, 123:23,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:23, 135:10,

136:6, 136:14,
136:18, 136:23,
139:14, 139:17,
140:19, 141:16,
141:20, 147:1,
148:4, 152:17,
152:22, 153:4,
157:2, 157:20,
182:7
**heckling**
123:22
**hedge**
115:2
**held**
43:19, 141:18,
171:25
**hello**
13:17
**help**
8:13, 29:1
**helpful**
37:10, 54:22
**hemmer**
4:6, 57:2, 57:8
**hence**
28:24, 31:23,
84:3, 140:20
**here**
8:20, 8:24,
9:19, 11:5,
11:8, 12:8,
13:4, 13:9,
13:21, 16:14,
18:7, 26:6,
39:6, 39:11,
39:18, 41:15,
42:24, 43:24,
46:4, 47:20,
49:8, 57:25,
58:2, 59:1,
62:13, 62:17,
63:4, 64:6,
64:22, 68:17,
68:24, 69:2,
69:11, 69:17,
70:23, 71:14,
72:10, 72:11,
73:2, 73:11,

80:8, 83:20,
85:23, 86:23,
91:10, 92:4,
93:14, 95:4,
104:3, 104:20,
105:16, 105:20,
119:14, 120:11,
121:3, 122:9,
123:9, 125:14,
127:12, 127:15,
128:11, 128:13,
129:5, 130:15,
136:25, 137:16,
157:14, 169:1,
170:11, 171:6,
171:19, 174:1,
176:10, 180:1,
180:19, 181:4,
188:3, 191:16,
197:1, 207:24,
215:4, 217:5,
221:22
**hereby**
224:3
**hereunto**
224:13
**heritage**
74:5, 195:17,
195:25, 201:14
**hernandez**
6:18, 9:25
**high**
14:11, 14:13,
14:14, 14:17,
83:11, 99:1,
102:2, 171:25
**high-level**
37:13
**highbrow**
103:8
**higher**
172:7, 175:21
**higher-up**
174:23
**himself**
81:6, 81:8,
153:1, 177:10,
192:18, 219:18,

220:1, 220:10
**hired**
41:6, 41:7,
41:9
**historical**
18:8, 18:24,
74:3
**historically**
18:10
**history**
17:21, 34:24,
42:21, 43:16,
64:17, 96:3,
97:3, 97:4, 97:7
**hit**
174:8
**hits**
198:5
**hobby**
16:21
**hold**
30:12, 42:7,
174:24, 206:20
**holding**
151:15, 151:19,
152:8, 163:5
**home**
76:11
**honored**
42:3
**honorific**
184:23
**hoot**
185:1
**horrible**
172:11
**hostile**
143:4
**hostility**
136:10, 141:20
**hour**
74:11, 221:7
**hours**
77:2, 77:4,
221:9, 222:8,
222:10
**houses**
172:19

**however**
218:18
**huber**
4:5, 10:12
**huge**
21:19
**human**
25:23, 36:22,
42:19, 49:21,
49:23, 52:10,
206:9, 206:19,
207:5, 208:22,
209:2
**humpty**
115:7
**hungry**
20:17
**hutchinson**
71:15
**hypothesis**
53:25, 54:4
**hypothetically**
197:3, 208:12

**I**

**idea**
85:7, 94:8,
132:21, 146:13,
163:15, 182:22,
184:17, 205:15
**idealized**
111:3, 111:4
**identification**
46:7, 222:25
**identified**
124:24, 128:8,
128:9
**identifies**
99:5
**identify**
8:13, 8:16,
10:4, 163:10
**idioms**
116:2
**ignore**
101:18
**ignored**
126:12

ignoring
152:16, 152:18
iii
105:9
illinois
5:7, 14:9
image
179:19, 180:15
imagine
141:23
immediate
77:17
immediately
76:3, 122:2,
137:22, 173:20,
174:3, 175:11,
175:12, 205:7
impact
30:14, 33:2,
44:1, 92:10
impacted
97:24
impasse
114:6, 114:7,
190:18, 192:18,
193:7, 193:10,
194:5, 194:6,
194:8, 194:24,
196:9, 200:3,
200:7, 200:14,
200:22, 200:24,
201:4, 201:7,
201:11, 201:15,
201:20, 202:1,
202:2, 202:5,
202:10, 202:12,
202:21, 202:22,
202:25, 204:18
impasse"
115:17, 193:2
impeding
205:9
implicate
151:17
implications
56:9, 65:11
imply
200:15, 203:2

implying
153:3
important
29:7, 43:18,
55:10, 58:9,
80:1, 116:1,
153:20, 190:1,
202:11, 202:22,
212:25, 213:4,
213:18
impressed
44:8
impression
134:2, 134:4,
137:17, 137:21,
140:3
improves
53:23
in-crowd
56:5
in-person
2:36, 3:2,
67:18
in-utterances
32:24
inaccuracies
187:11, 189:8
inadequate
52:13
inadmissible
58:24, 59:11,
59:19, 59:25,
60:3
inanimate
117:24
inc
1:36, 2:10,
2:20, 4:10,
4:11, 4:18,
4:19, 5:1, 5:2,
5:20, 6:1, 9:6,
9:20, 10:22
incendiary
125:23, 125:25,
136:2
inch
204:12
inches
187:14, 187:16

incident
70:22, 82:12,
83:6, 83:10,
121:4, 218:3,
218:14
incidents
218:17
inclined
103:2
include
27:2, 41:15,
49:7, 195:19
included
69:16, 152:10,
185:11
includes
51:12
including
37:18, 146:8,
167:22, 174:11
inclusive
184:5
incorporated
9:10
incorrect
87:20, 159:8,
159:11, 159:12,
165:4, 176:13,
177:21
independent
37:9
indexi
41:13
indexical
54:17
indexicality
41:11, 41:12,
52:5, 52:6,
54:15
indexicals
41:13
indian
144:13
indiana
4:24, 13:14,
14:1, 14:7,
14:9, 14:19,
14:23, 15:7,

15:11, 15:23,
49:3
indianapolis
4:24
indicate
132:21, 171:1,
221:6
indicated
63:4
indicates
65:3
indication
208:1, 208:5,
208:11, 208:18,
209:15, 213:21
indications
209:4
indicative
95:21
indigenous
127:5, 130:10,
133:11, 146:16,
146:20, 161:17,
180:14
individuals
88:23, 89:7,
96:20, 115:7
infelicitous
44:12
infer
94:12
inferring
94:18
influence
59:16, 92:12
influenced
84:17
influences
26:16, 28:15,
119:16
influential
53:6, 54:15
informal
62:23, 79:14,
100:19, 101:11
informally
100:20, 101:8,
108:5

information
2:21, 5:21,
6:2, 10:22,
11:1, 19:15,
20:24, 25:12,
28:23, 28:25,
34:10, 34:13,
34:15, 35:6,
38:18, 38:20,
51:12, 51:22,
62:23, 64:17,
73:6, 108:18
informs
166:23
initial
27:10, 66:6,
76:25, 79:14
initially
65:21, 65:25,
67:9, 154:17,
221:16
insane
103:24, 104:18
insofar
78:20, 90:13
instead
16:16, 16:20,
107:16, 110:15
institutions
35:7
insult
125:23, 126:16
insulting
126:7, 126:18,
135:20, 136:17,
136:18, 136:23
insurance
60:17
intelligence
111:19
intend
28:6, 91:17,
105:14, 143:2
intended
84:4, 84:8,
89:22, 91:23,
109:9, 118:6,
118:8, 148:18,

192:8, 192:9,
192:12, 197:5
intending
84:3, 118:16
intent
63:18, 84:17,
86:15, 86:25,
87:19, 90:1,
90:10, 90:13,
90:22, 91:1,
91:4, 91:13,
91:14, 92:5,
92:14, 93:23,
93:24, 94:3,
94:8, 95:4,
95:5, 107:1,
119:1, 126:16,
177:14, 177:15
intention
94:13, 95:9,
95:10, 118:3,
118:13, 153:1,
170:6, 177:9,
208:8
intentionally
192:20, 214:2
intentions
81:25, 88:24,
94:18, 96:3,
105:1, 166:15,
208:21, 220:4
inter
215:11
inter-disciplina-
ry
35:9
interact
26:11, 38:3
interacted
122:10, 123:14,
126:4
interacting
123:1, 124:7
interaction
34:20, 76:1,
76:9, 81:10,
95:24, 96:18,
97:17, 99:9,

114:5, 121:24,
123:3, 127:18,
128:3, 128:15,
128:17, 129:3,
135:14, 142:20,
148:3
interactive
4:11, 4:19, 5:2
interdisciplinary
42:18, 42:22
interest
38:4, 70:22,
113:16, 224:11
interested
16:9, 16:15,
16:16, 16:18,
16:22, 16:24,
17:23, 19:3,
37:17, 37:24,
38:13, 42:20,
52:18, 55:10,
80:24, 88:6,
100:18, 101:3,
135:13, 188:22,
215:7
interesting
32:12, 39:15,
45:17, 59:5
interests
81:13, 142:21
interface
25:24
interjection
12:12, 13:16
interlocutor
55:25, 119:3
interlocutors
28:23, 29:3,
29:5, 34:9,
34:11, 50:23
interpret
44:2, 63:18,
64:13, 80:18,
81:24, 87:13,
142:25, 211:19
interpretation
21:24, 26:16,
28:15, 50:15,

50:20, 50:25,
51:1, 51:3,
51:22, 60:11,
62:18, 62:24,
63:12, 64:10,
81:12, 81:15,
84:10, 104:25,
119:16, 155:21,
155:24, 168:11,
168:12, 169:6,
170:8, 184:9,
215:14
interpreting
34:17, 63:15
interrupt
171:24
interruptions
8:19
interview
82:17, 83:4
interviews
79:3
intransitive
216:19
introduce
31:6, 31:9,
31:13
introduced
29:16, 29:18,
29:20, 29:21,
29:23, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12
investigative
73:18
investigator
101:13
invitation
42:10
invited
42:25
involved
88:23, 89:8,
97:25
involving
66:3
irrationality
103:18

israelites
77:13, 122:23,
123:14, 123:23,
124:4, 124:6,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:24, 135:10,
136:7, 136:14,
136:19, 136:23,
139:14, 139:18,
140:19, 141:16,
141:21, 147:2,
148:4, 152:17,
152:22, 153:4,
157:3, 157:20,
182:7
issue
40:19, 44:3,
62:19, 64:20,
88:7, 114:9,
184:8, 187:23,
187:24, 193:23,
213:10, 214:1,
216:14
issued
59:23
issues
13:22, 17:2,
17:20, 97:14
itself
19:21, 80:12,
220:6, 221:4
iv
68:15, 75:8

**J**

january
42:12, 69:19,
121:4
jessica
4:21
jessie
11:9
job
1:40, 151:21

john
20:4, 20:5,
20:19, 24:12,
29:15, 29:17,
29:20, 29:23,
30:1, 30:3,
31:7, 31:8,
31:9, 31:10,
31:12, 31:13,
32:9, 33:12,
39:16
john's
20:6
johnson
5:23, 10:21
jointly
145:3
joke
54:13
joking
212:23
judge
58:12, 59:12,
113:5, 133:25,
134:4, 172:9,
172:11, 173:25
judges
39:14
judging
179:13
judgment
188:8
judgments
23:24, 26:2,
26:9
julie
1:9, 1:19,
1:32, 2:6, 2:16,
2:28
jump
159:13, 179:18,
185:19
jumping
137:11, 141:17
junior
16:13
justin
71:24

**K**

kaplan
5:23, 10:20
keep
66:16, 112:8,
209:15, 222:1
keeping
187:21, 189:5
kentucky
1:2, 4:8, 5:26,
6:15, 59:8,
62:16
kept
57:24, 188:13
kevin
5:13, 10:14
key
203:7
kind
20:23, 25:24,
25:25, 26:2,
33:15, 44:19,
50:8, 50:24,
103:19, 125:13,
137:20, 180:13,
186:17, 207:8
kinds
19:14, 26:21,
26:23, 27:10,
27:13, 27:14,
40:8, 50:19,
97:12, 97:13,
110:11, 123:15,
124:7
knew
42:24, 59:6,
97:19, 100:17,
101:2, 132:1,
137:19, 183:4,
205:12, 205:13
knowing
79:15, 190:9
knowledge
18:8, 119:13,
119:15, 193:6
known
26:17, 161:7,

183:6, 183:8,
186:14, 205:7,
205:16
knows
98:21, 113:24,
181:14, 182:22
krishnan
4:13, 10:18,
10:19

**L**

lack
171:1
landscape
133:17
language
17:18, 18:8,
21:21, 23:7,
23:9, 23:10,
25:18, 25:22,
26:5, 29:10,
35:6, 35:11,
36:2, 36:4,
36:15, 36:22,
36:25, 37:9,
37:18, 37:19,
37:21, 38:7,
38:25, 39:14,
39:21, 40:1,
40:5, 42:20,
49:17, 49:22,
49:23, 50:5,
50:6, 50:9,
50:21, 50:25,
52:22, 55:16,
63:17, 63:25,
64:14, 64:19,
74:6, 78:11,
91:16, 91:25,
92:6, 92:12,
103:3, 106:16,
107:9, 108:14,
109:16, 109:21,
109:23, 110:3,
110:7, 110:20,
110:22, 111:4,
115:20, 116:25,
125:23, 125:25,

135:20, 135:21,
143:15, 143:18,
143:23, 144:1,
144:12, 144:25,
145:8, 145:9,
168:16, 188:24,
197:13
**languages**
17:21, 17:22,
18:10, 18:13,
37:7, 48:18,
49:20, 50:7,
50:8, 50:9,
52:10, 52:11,
108:15, 108:16,
108:20
**large**
17:18, 53:6,
53:7, 76:14,
127:3, 129:7,
129:17, 141:15,
142:14, 154:20
**larger**
132:19, 154:18
**larry**
39:13, 39:14
**last**
79:1, 83:24,
84:1, 100:24,
133:22, 137:5,
171:6, 181:25,
190:14, 190:20,
193:19, 219:11,
219:14, 221:3,
221:21
**late**
25:10, 52:24,
67:14, 100:5,
100:11
**later**
67:14, 75:12,
78:25, 131:10,
154:5, 175:3
**latter**
93:18
**laughing**
164:2, 164:9,
165:11

**laughter**
54:24
**laurin**
4:21
**lavelle**
59:2
**law**
38:7, 38:14,
38:23, 39:3,
39:21, 39:23,
40:6, 40:11,
40:16, 57:4,
60:11, 63:24,
63:25, 64:1,
80:21, 109:14,
109:22, 121:19,
186:23, 187:2,
188:11
**lawsuit**
188:4
**lay**
196:6, 197:22,
199:25
**lead**
80:19, 103:18
**lead-up**
75:25, 77:17
**leader**
137:20
**leading**
145:15, 145:18,
145:20
**leads**
51:20
**learn**
17:24, 110:22,
111:2
**learned**
106:14, 110:4
**learning**
104:14, 110:2,
110:5, 110:20,
197:16
**least**
22:22, 77:1,
123:1, 127:17,
128:2, 129:20,
134:7, 172:2,

172:6, 172:24,
173:24, 174:6,
179:4, 189:13
**lecture**
53:17
**led**
137:8, 143:17
**left**
19:23, 43:16,
43:19, 123:6,
151:4, 154:6,
158:6, 160:23,
165:21, 165:23,
168:20, 171:21,
172:6, 173:3,
173:18, 173:21,
174:3, 174:15,
175:1, 175:6,
175:13, 177:8,
179:2, 204:7,
205:7, 205:16,
206:1, 206:5,
206:14, 209:12,
216:20, 216:21,
217:14, 218:16
**legal**
58:4, 58:5,
59:7, 65:10,
68:2
**legally**
59:15
**legitimacy**
85:11
**legs**
175:20
**lend**
81:13
**less**
158:7
**let's**
17:15, 34:23,
46:3, 56:14,
62:7, 64:5,
64:21, 83:23,
90:25, 99:16,
100:23, 105:23,
107:4, 117:1,
120:19, 120:23,

134:22, 149:4,
152:12, 152:14,
156:11, 156:18,
157:10, 158:13,
158:17, 159:13,
159:25, 162:17,
165:5, 167:1,
167:17, 169:18,
171:5, 178:22,
183:11, 186:22,
189:16, 190:6,
190:7, 192:25,
199:24, 203:22,
203:23, 210:9,
210:23, 210:24,
211:11, 212:7,
215:3, 215:19,
217:4
**letter**
46:22, 73:18,
222:13
**letters**
43:13, 53:22
**lexicographer**
21:8, 21:22,
115:11, 196:15
**lexicographers**
22:7, 24:6,
115:19
**lexicographic**
21:11
**lexicography**
16:1, 16:6,
16:7, 16:10,
16:23, 21:6,
114:15, 116:10
**library**
113:8
**licensure**
59:3
**licit**
25:17, 34:19
**lie**
19:11
**life**
43:25, 84:23,
85:1, 86:3,
86:8, 86:16,

86:25, 87:9,
92:9, 92:18
**likely**
44:9, 44:10,
118:8, 118:20,
145:13
**lincoln**
69:19, 125:17,
133:16, 157:3,
157:5, 157:8,
157:20, 166:3,
191:21, 191:25,
192:15, 208:10
**line**
61:10, 61:11,
112:10, 112:12,
137:5, 168:7,
191:19
**lines**
189:15, 219:7
**linguist**
18:6, 19:5,
19:6, 19:12,
27:15, 27:24,
37:11, 43:22,
63:22, 77:22,
79:18, 112:20,
113:9, 144:6,
144:21, 188:18,
196:23, 197:6
**linguistic**
17:11, 17:24,
18:15, 23:23,
25:7, 39:1,
54:13, 59:12,
62:5, 91:15,
95:5, 101:24,
102:6, 111:21,
121:19, 138:3,
138:5, 209:5
**linguistically**
91:15
**linguistics**
15:12, 15:24,
16:16, 17:7,
17:10, 17:16,
17:17, 17:23,
18:20, 18:22,

18:23, 18:24,
18:25, 35:14,
36:17, 36:23,
37:2, 37:14,
38:2, 39:19,
40:22, 41:4,
52:15, 59:21,
107:7, 107:17,
110:23, 111:17,
188:2, 195:3,
196:7, 211:8
**linguists**
18:3, 19:15,
22:17, 23:2,
24:25, 27:10,
29:8, 38:3
**link**
53:8, 71:7
**linked**
71:17, 72:1,
73:6
**links**
71:6, 72:3,
73:13
**lips**
135:25
**lisa**
1:42, 3:22,
11:12, 224:2,
224:17
**list**
42:13, 47:20,
48:8, 56:16,
56:24, 58:2,
58:3, 70:23,
73:16, 73:24,
74:1, 149:17,
195:14, 200:3
**listed**
8:24, 24:11,
56:23, 57:25,
60:4, 68:24,
69:2, 69:11,
70:8, 70:9,
72:13, 73:1,
75:8, 111:24,
121:6, 189:19
**listener**
55:25

**listening**
34:16
**listens**
110:16
**listing**
60:6
**lists**
69:22, 71:23
**literal**
188:2
**literally**
116:3, 188:1
**literature**
21:13
**little**
12:8, 12:10,
17:15, 31:24,
50:10, 58:18,
60:22, 68:5,
109:25, 110:2,
120:12, 161:25,
163:18, 164:18,
164:19, 197:16,
203:22, 207:24
**live**
13:2, 13:4,
47:25, 48:6
**lived**
13:9, 13:10,
16:14
**living**
16:12, 44:17,
134:8
**llc**
1:12, 2:22,
2:32, 5:10,
5:15, 5:21, 6:2,
6:9, 9:2, 9:13,
10:11, 10:15,
10:17
**llp**
4:14, 4:22,
5:5, 5:24, 6:5,
6:13, 10:2
**local**
45:16
**locked**
205:20, 205:22

**locking**
206:2
**logic**
50:8
**logical**
37:6, 108:14,
108:16, 108:21
**logically**
108:12
**logicians**
37:23
**long**
13:9, 16:11,
34:8, 39:21,
41:7, 42:21,
67:2, 67:3,
91:18, 111:19,
119:17, 122:22,
123:13, 134:7,
165:13, 205:11,
219:9
**longer**
14:15, 111:5
**longest**
129:12
**look**
20:13, 28:19,
39:3, 39:5,
44:14, 45:3,
45:12, 46:21,
47:23, 56:14,
61:2, 63:7,
66:20, 67:10,
67:24, 72:2,
72:3, 78:5,
78:9, 83:23,
84:1, 94:23,
95:1, 95:16,
96:17, 97:10,
101:25, 102:7,
109:4, 109:8,
113:17, 113:22,
114:3, 118:11,
120:19, 120:23,
126:4, 128:21,
134:22, 139:4,
149:2, 151:11,
159:4, 167:4,

170:2, 171:22,
182:4, 186:22,
190:6, 191:4,
191:5, 193:12,
195:3, 196:20,
196:25, 197:1,
198:18, 199:24,
201:13, 202:13,
207:11, 216:25

**looked**
27:18, 38:23,
40:7, 40:18,
52:9, 63:18,
69:16, 71:8,
106:20, 113:15,
113:18, 113:21,
114:11, 116:8,
139:7, 140:24,
141:1, 157:7,
194:11, 194:24,
204:4, 210:10

**looking**
21:24, 44:6,
44:18, 77:2,
77:4, 78:4,
94:19, 96:5,
101:16, 103:7,
115:12, 115:22,
132:6, 149:10,
157:19, 178:11,
186:13, 196:22,
198:8, 202:12,
206:4, 206:12,
206:15, 206:16,
215:17, 216:2,
219:10

**looks**
20:17, 45:17,
164:15, 166:20,
172:21, 172:22

**loosely**
28:22

**lot**
27:16, 39:13,
50:18, 76:21,
99:3, 112:11,
124:4, 137:10,
138:1, 172:18

**lots**
152:7

**loudly**
141:17, 143:14,
143:18, 145:22,
148:5, 156:22

**loudspeaker**
125:11

**louisville**
5:26

**loves**
20:4, 20:5

**low**
111:18

**lunch**
120:10, 120:22

**lying**
89:24

## M

**made**
23:5, 34:3,
62:4, 99:12,
114:13, 122:22,
124:12, 124:16,
127:17, 128:3,
128:15, 128:16,
129:12, 134:9,
147:18, 180:9,
201:16

**maga**
99:5

**magistrate**
59:13, 59:18,
62:16

**magistrate's**
59:4

**main**
5:25, 22:20,
27:5, 187:19,
195:19

**major**
22:22

**make**
13:21, 16:8,
23:17, 26:9,
75:4, 91:17,
98:6, 106:1,

110:11, 114:11,
137:15, 145:25,
167:25, 200:18,
215:5

**makes**
52:11

**making**
16:2, 25:22,
89:25, 125:11,
129:3, 136:15,
137:10, 147:10,
181:12, 181:17,
184:24

**male**
20:19

**man**
123:24, 170:23,
185:2

**manual**
49:8

**many**
23:5, 29:9,
43:17, 51:19,
57:15, 57:20,
75:19, 76:5,
77:25, 107:12,
115:5, 115:12,
122:24, 123:15,
125:18, 129:20,
130:18, 130:21,
132:7, 146:4,
146:5, 148:11,
161:17, 167:24,
173:25, 184:22,
186:13, 219:7,
221:9

**march**
85:3, 127:6,
130:11

**mark**
46:3, 46:5,
150:14, 159:15,
160:1, 160:2,
160:23, 160:24,
161:25, 162:1,
164:19, 171:11,
171:12, 222:18

**marked**
46:6, 105:16,

149:4, 150:11,
158:18, 222:24

**market**
4:23

**marking**
46:9

**marks**
223:16

**mary**
20:4, 20:5

**maryland**
3:24

**mass**
17:8

**massachusetts**
15:9, 15:20,
17:5, 21:10,
39:20

**master's**
15:16, 15:21

**material**
69:8, 72:17,
101:8, 130:15,
132:11, 137:4

**materials**
68:16, 68:18,
68:22, 68:23,
69:3, 69:9,
69:12, 69:15,
70:8, 70:10,
70:13, 70:17,
73:15, 73:16,
73:21, 79:14,
101:15, 101:17,
121:5

**maternal**
110:6

**mathematical**
108:16

**matter**
8:22, 8:25,
9:5, 9:8, 9:12,
9:19, 15:17,
56:1, 62:17,
65:15, 66:14,
81:9, 104:4,
104:6, 104:20,
108:22, 111:12,

111:15, 111:17,
117:9, 138:8,
143:10, 170:8,
177:15, 222:14
**matters**
8:23, 57:15,
57:21, 104:8
**matthews**
6:19
**mature**
110:8
**maybe**
66:24, 135:12,
136:9, 154:19,
154:22, 159:5,
220:18
**mcmurtry**
4:4, 11:5,
24:24, 28:1,
28:4, 46:23,
65:19, 65:23,
74:14, 85:6,
85:14, 85:21,
86:9, 94:6,
94:16, 96:12,
100:1, 101:11,
102:16, 102:23,
126:23, 128:23,
138:11, 138:17,
141:22, 142:3,
142:6, 142:10,
142:17, 149:20,
158:14, 169:7,
170:4, 175:22,
176:24, 178:3,
182:17, 202:16,
205:2, 219:7,
220:20, 221:16,
221:19, 223:11,
223:15
**mcmurtry's**
70:18, 187:5
**mean**
22:21, 23:14,
24:3, 24:10,
26:7, 29:4,
32:24, 32:25,
33:8, 35:25,

41:23, 43:2,
50:18, 51:1,
53:4, 57:17,
57:18, 65:9,
80:14, 80:16,
81:1, 87:16,
95:7, 95:8,
103:1, 103:11,
103:21, 106:18,
106:24, 107:11,
107:14, 109:5,
109:12, 109:14,
109:17, 113:24,
115:18, 116:22,
119:4, 119:11,
145:17, 146:10,
146:12, 146:20,
149:12, 154:23,
156:23, 157:17,
157:18, 164:6,
165:4, 165:18,
167:20, 180:1,
181:23, 182:18,
183:21, 187:8,
188:4, 188:6,
188:9, 188:11,
188:15, 188:23,
190:6, 191:12,
191:20, 192:1,
192:4, 192:7,
193:7, 194:20,
196:2, 196:16,
196:17, 202:24,
204:2, 217:8,
218:11
**meaning**
16:24, 17:1,
17:3, 17:11,
17:24, 18:2,
18:12, 18:19,
19:2, 19:20,
19:25, 20:16,
20:25, 22:22,
24:13, 26:5,
26:12, 27:7,
29:2, 30:14,
34:19, 37:7,
37:8, 38:21,

39:2, 52:25,
54:16, 54:18,
55:17, 55:21,
58:12, 59:8,
64:3, 66:10,
77:24, 78:1,
91:15, 91:22,
91:23, 97:4,
101:24, 103:14,
107:8, 109:9,
109:11, 109:14,
109:19, 111:1,
111:12, 114:22,
114:25, 115:9,
115:21, 116:16,
116:24, 118:10,
176:16, 188:2,
188:22, 190:14,
191:1, 195:10,
195:12, 197:24,
198:1, 198:7,
198:20, 199:3,
199:11, 199:21
**meanings**
20:2, 20:8,
20:11, 20:12,
22:4, 26:8,
26:10, 27:21,
94:19, 94:21,
109:7, 114:13,
114:16, 115:6,
115:14, 196:12,
196:17, 202:4,
216:14
**means**
20:4, 20:17,
41:24, 56:8,
62:6, 65:8,
65:10, 66:12,
98:11, 106:25,
115:8, 115:17,
116:11, 175:20,
184:3, 184:4,
184:5, 184:11,
190:10, 191:6,
192:22, 211:9,
216:22, 216:23
**meant**
33:10, 90:1,

90:2, 95:8,
100:21, 127:23,
140:17, 148:1,
184:7, 184:10,
185:15, 191:18,
192:22
**measure**
187:15
**mechanical**
23:22, 26:3
**media**
1:12, 5:11,
6:9, 9:1, 10:11
**meek**
4:21, 11:9,
150:15, 150:18,
158:20, 158:23,
159:16, 159:19,
160:3, 160:6,
160:25, 161:3,
162:2, 162:12,
163:6, 163:20,
163:23, 164:20,
164:23, 169:20,
169:23, 171:13,
171:16, 173:12,
183:13, 183:16,
185:21, 185:24,
210:15, 210:17,
211:2, 211:6,
211:14, 211:16,
211:25, 212:11,
214:9, 214:12,
214:19
**meenakshi**
4:13, 10:18
**meetings**
67:18
**member**
42:5, 43:7,
122:17, 127:16,
128:1, 128:7
**members**
122:1, 146:16
**memorial**
69:19, 125:18,
132:6, 133:16,
157:3, 157:6,

157:8, 157:12,
157:21, 166:3,
166:9, 166:14,
168:1, 191:21,
191:25, 192:15,
192:18, 208:10
**memory**
80:9
**men**
142:16, 180:14
**mentality**
139:20, 140:1,
140:7
**mention**
20:24, 126:2,
131:8, 156:14
**mentioned**
36:1, 36:18,
48:10, 51:24,
75:24, 161:8,
189:13, 194:21
**mere**
146:6
**merely**
84:3
**merriam**
195:16, 195:24,
201:23
**merriam-webster**
21:9
**merriam-webster's**
74:4
**message**
125:8, 126:22
**met**
16:17, 29:25,
30:4, 82:19,
83:14
**methodologically**
189:6
**methodologies**
19:19
**methodology**
77:21, 101:20,
101:21
**mic**
8:11
**michael**
5:22, 6:4,

10:20, 10:24
**michigan**
36:7, 36:12
**middle**
105:9, 156:16,
176:3, 176:8,
179:9, 182:9
**midway**
50:11, 62:18,
64:8
**midwest**
138:1, 138:8,
139:8
**might**
16:15, 19:24,
22:23, 26:4,
26:6, 28:25,
38:20, 40:17,
45:15, 58:8,
68:5, 81:13,
88:13, 92:5,
100:12, 104:22,
106:13, 109:5,
109:6, 112:20,
114:9, 116:2,
117:21, 122:3,
123:2, 124:10,
125:1, 130:18,
132:6, 135:25,
137:18, 138:9,
141:3, 141:23,
142:22, 142:24,
143:6, 143:9,
146:6, 152:5,
159:3, 172:22,
172:23, 180:11,
180:15, 182:2,
212:17
**miles**
14:9
**mind**
104:2, 104:3,
111:20, 124:2,
186:20, 188:13,
188:25, 189:5,
203:12, 220:2
**minds**
209:23

**mine**
19:11, 52:18
**minor**
187:10, 189:8,
189:9, 189:14
**minute**
47:23, 179:4,
210:13, 210:14
**minutes**
175:23, 178:3,
179:11, 183:17,
211:3, 220:18
**misconstruing**
175:4
**misguided**
202:20
**misinterpret**
103:19
**misrepresent**
80:20
**misrepresented**
90:23
**mistaken**
81:22, 81:24,
90:11
**misunderstand**
81:14
**misunderstanding**
87:24
**misunderstood**
30:19
**mitchell**
4:8, 6:15, 57:4
**mixed**
177:2
**mm-hmm**
47:10, 54:11,
123:9, 127:24,
147:22, 203:24,
222:7
**mocking**
161:20
**modern**
17:22, 110:23,
111:23
**moment**
92:23, 140:2,
141:2, 153:13,

153:17, 161:19,
168:20, 169:11,
169:14, 174:1,
178:14, 184:16,
186:20, 202:7,
205:18, 205:23,
207:3, 212:19,
213:8, 213:16
**moments**
175:2, 176:1,
203:19
**money**
43:4, 82:16,
132:12
**monitors**
76:14
**month**
67:5
**months**
110:9, 110:10
**more**
9:18, 17:1,
17:23, 19:2,
20:12, 23:20,
26:12, 44:9,
44:10, 49:13,
51:19, 69:9,
77:11, 80:24,
90:25, 98:7,
98:8, 101:9,
103:2, 103:8,
103:10, 117:23,
118:7, 118:20,
120:12, 156:12,
158:7, 167:4,
174:7, 181:4,
190:25, 192:1,
199:7, 200:14,
203:2, 208:13
**morning**
10:6, 10:14,
10:18, 11:7,
117:4, 222:16
**most**
25:20, 26:17,
52:21, 54:15,
74:1, 86:6,
96:19, 101:19,

102:1, 113:19,
113:21, 113:22,
115:24, 150:6,
197:14, 200:25
**mostly**
45:3
**mother**
110:7
**mothers**
110:3
**motives**
88:24, 90:7,
139:21
**mouth**
140:8, 185:7
**move**
173:22, 175:6,
177:16, 198:13,
203:25, 204:7,
204:12, 210:21,
211:9, 212:17,
213:25
**moved**
42:23, 44:8,
93:6, 93:17,
118:5, 152:24,
173:22, 175:13,
176:23, 194:7,
209:20, 209:24,
217:6, 217:13,
217:16, 218:15,
220:9
**movement**
92:6, 144:13,
200:16, 203:4,
220:5
**moves**
174:12, 175:9
**moving**
90:14, 130:25,
153:1, 156:8,
166:2, 174:19,
177:4, 204:19,
209:8, 211:13,
211:20, 212:18
**much**
15:17, 48:24,
75:14, 76:20,

77:11, 77:15,
80:23, 131:12,
132:19, 198:1,
198:2
**multiple**
109:4, 115:5,
155:3, 167:21
**music**
145:4
**must**
77:1, 154:25,
218:15
**mute**
8:11
**myself**
78:14, 85:8,
113:4, 206:10

## N

**name**
11:18, 12:2,
18:16, 54:14,
66:8
**names**
31:8, 126:3,
177:2
**natalie**
5:4, 10:7
**nathalie**
11:8
**nathan**
11:3
**nationwide**
60:17, 60:18,
61:4, 61:6,
61:7, 61:19
**native**
21:21, 23:18,
23:23, 24:8,
24:9, 32:11,
38:19, 49:17,
71:23, 79:17,
84:16, 84:20,
85:2, 85:20,
88:3, 91:16,
91:24, 95:6,
98:19, 98:23,
99:4, 99:7,

103:3, 103:15,
103:17, 103:25,
104:1, 105:6,
105:24, 106:2,
106:7, 106:9,
106:11, 106:14,
106:20, 107:18,
108:15, 109:15,
110:5, 114:16,
115:1, 115:10,
115:13, 115:15,
119:3, 122:17,
123:18, 124:25,
125:2, 126:8,
129:16, 130:2,
130:7, 132:25,
133:10, 143:21,
145:15, 161:17,
180:14, 180:25,
186:13, 188:23,
196:11, 200:7,
201:11, 201:20,
202:2, 202:4
**natural**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 25:22,
50:4, 50:5,
50:6, 55:16,
197:20
**nature**
76:9
**nbcuniversal**
1:12, 6:9, 9:1
**ncbuniversal**
10:11
**near**
204:5
**nearly**
165:12, 167:19,
168:19
**necessarily**
82:1, 107:19,
143:2, 144:20
**necessary**
216:6, 217:3
**need**
12:16, 52:7,

100:9, 113:8,
115:23, 211:7,
211:10, 221:23
**needed**
78:8, 216:23
**negative**
191:5
**negotiate**
200:16, 203:3,
203:7
**neither**
177:7, 224:9
**network**
2:21, 5:21,
6:2, 10:22, 11:2
**neutral**
88:22, 89:13,
98:7, 98:8
**never**
57:24, 82:19,
83:14, 107:19,
130:12, 131:18,
158:11, 166:8,
190:11, 194:7,
204:7
**new**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14, 54:3,
60:22, 60:24,
61:3
**news**
1:36, 2:10,
4:10, 4:11,
4:18, 5:1, 9:6,
9:9, 45:1, 45:2,
45:3, 45:10,
45:12, 66:5,
66:6, 70:23,
71:2, 71:3,
71:4, 71:7,
71:9, 72:7,
73:1, 128:11
**newspaper**
21:14, 45:16,

70:8, 70:21,
72:20, 72:22
**newspapers**
45:5
**next**
62:11, 62:12,
70:21, 71:22,
129:5, 139:1,
143:13, 143:14,
175:23, 200:10
**nicholas**
1:6, 1:16,
1:29, 2:3, 2:13,
2:25, 8:25, 9:1,
9:3, 9:5, 9:8,
9:9, 9:12, 9:20,
10:13, 11:6,
65:4
**nick**
73:19, 73:20,
202:23, 204:4,
213:25, 218:12
**nine**
110:9
**nobody**
110:12, 172:4
**nods**
12:23
**noise**
137:11
**non-credit**
55:9
**non-expert**
91:5
**normal**
110:18, 207:5,
207:6, 208:22
**north**
152:21, 154:23,
157:13, 157:22,
157:23, 158:1,
158:5, 167:22,
168:4, 168:6,
168:22, 172:5
**northern**
1:3
**northwest**
4:15

**notary**
3:23
**note**
80:8, 123:9,
124:19, 170:16,
170:20, 186:25,
195:16
**noted**
98:14, 195:24
**notes**
7:14, 39:5,
100:9, 100:14,
169:17, 222:17,
223:6
**nothing**
114:2, 121:13,
136:11, 136:22,
150:3
**notice**
3:22, 31:12
**notre**
173:19, 174:8,
174:12, 175:1,
175:9, 175:12
**novel**
41:18
**november**
46:12, 47:4,
47:15, 65:13,
74:25, 99:19,
100:6, 100:11,
100:12, 100:25,
126:11
**ns**
135:1
**nuclear**
19:9
**number**
8:20, 9:2, 9:4,
9:7, 9:10, 9:13,
9:21, 17:19,
25:1, 52:12,
57:24, 58:1,
108:25, 122:23,
124:23, 129:23,
130:10, 130:13,
131:5, 131:6,
148:17, 200:3,

210:9
**numbers**
68:7, 132:18,
158:15, 169:17
**nyu**
40:22, 43:10

**O**

**oath**
11:14
**object**
20:7, 117:24,
212:14
**objection**
85:6, 85:14,
85:21, 86:9,
94:6, 94:16,
102:16, 126:23,
138:11, 138:16,
141:22, 142:3,
142:6, 142:7,
142:11, 142:17,
169:7, 170:4,
182:17
**objective**
83:18, 114:12,
190:25
**objectively**
83:20, 115:19
**objects**
30:6, 31:16
**observation**
123:13
**observe**
130:24
**observed**
92:1, 115:19,
120:6, 121:18,
199:6
**obtain**
20:10, 113:6
**obvious**
125:10, 197:23,
201:25
**obviously**
43:21, 49:17,
89:14, 94:3,
124:2

**occasion**
48:23, 98:22
**occur**
21:25
**occurred**
78:17, 79:21,
80:5, 80:11,
82:1, 82:25,
83:1, 102:1,
102:3, 106:21,
107:1, 120:1
**occurs**
87:7, 87:25,
107:2
**october**
66:24, 67:3,
67:14, 100:4,
100:5, 100:10,
100:11, 100:24,
126:11, 222:11
**odd**
31:14
**odds**
142:22
**off-the-record**
8:9, 74:17
**offence**
78:3
**offensive**
55:16, 56:5,
161:16, 161:20
**offer**
52:13, 105:15,
216:15
**offered**
215:24
**offering**
191:24, 195:9,
197:6
**office**
70:18, 76:11
**officer**
224:2
**official**
43:10, 151:16
**often**
44:25, 108:12,
108:20

**oh**
10:9, 32:10,
32:16, 47:8,
50:14, 53:4,
60:2, 61:6,
61:13, 65:1,
68:3, 96:2,
96:14, 103:23,
145:12, 207:23,
219:14, 221:11
**ohio**
5:17, 35:13,
35:16, 35:20,
60:16
**old**
21:7, 88:11,
103:16
**on-line**
71:14
**once**
126:10, 146:15,
199:11, 205:19,
211:23, 211:24
**one's**
87:18, 87:20,
87:22, 96:8
**ones**
62:25, 63:2,
63:8, 73:12,
75:3, 75:24,
77:16, 113:18,
149:7, 149:8,
156:5, 182:3,
209:6
**oneself**
99:5
**online**
45:3, 71:4,
71:5, 71:16,
71:22, 71:23,
71:25, 72:12,
73:3, 112:13,
223:12, 223:13
**onlookers**
146:6
**only**
25:17, 29:15,
29:17, 29:20,

29:24, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12,
34:18, 41:8,
66:11, 69:3,
72:5, 73:21,
78:16, 79:20,
80:3, 80:11,
82:3, 82:25,
88:1, 91:5,
93:10, 100:6,
102:2, 106:20,
114:25, 126:9,
130:17, 132:22,
143:20, 147:9,
154:10, 166:16,
166:25, 192:4,
193:12, 202:23,
203:20
**open**
173:16, 174:2,
209:12
**opened**
156:9
**opens**
174:11, 175:8
**opinion**
57:21, 62:22,
63:22, 63:23,
64:1, 64:2,
66:10, 68:19,
70:14, 76:25,
78:25, 79:6,
90:4, 90:9,
90:20, 91:7,
99:23, 106:8,
143:11, 166:24,
176:11, 177:19,
177:23, 177:24,
188:14, 195:9
**opinions**
60:14, 62:21,
68:15, 79:22,
80:2, 82:3,
82:8, 83:2,
86:18, 102:4,
105:10, 105:14,

105:18, 105:22,
153:20
**opposed**
151:15, 193:10,
195:20
**opposing**
95:22
**order**
68:5, 78:8,
78:13, 108:1,
108:7, 108:24,
217:14
**ordinary**
21:20, 22:4,
25:21, 103:21,
103:23, 104:1,
107:9, 107:18,
109:15, 109:18,
110:18, 111:1,
122:24
**organize**
21:23
**organized**
146:12
**original**
69:8, 69:15
**osu**
41:21, 55:1,
55:7
**other**
17:24, 19:9,
20:7, 22:19,
22:25, 23:10,
23:17, 29:6,
29:11, 30:1,
33:24, 42:7,
43:17, 43:18,
45:16, 48:18,
49:21, 59:23,
62:25, 63:18,
64:16, 69:11,
69:13, 70:7,
70:8, 70:9,
72:22, 73:1,
73:15, 73:16,
74:9, 75:21,
76:16, 82:11,
83:5, 91:2,

92:21, 93:2,
93:5, 93:14,
93:21, 96:8,
96:19, 96:21,
97:15, 98:2,
98:9, 98:24,
98:25, 101:13,
105:18, 111:2,
111:3, 112:22,
115:15, 122:1,
122:19, 136:3,
140:5, 142:22,
142:25, 143:1,
143:15, 143:18,
148:17, 156:3,
156:8, 159:4,
161:14, 163:9,
169:12, 169:15,
174:11, 177:21,
179:5, 182:12,
185:12, 191:8,
192:4, 193:7,
193:11, 195:20,
197:24, 198:10,
208:22, 209:7,
209:18, 209:20,
209:24
**other's**
96:7
**others**
45:8, 86:12,
92:22, 113:20,
115:20, 125:16,
138:23, 141:2,
141:10, 145:23,
151:10, 217:2
**otherwise**
12:18, 73:9,
193:19, 224:12
**out**
43:16, 43:19,
44:12, 57:24,
58:8, 68:5,
73:5, 104:2,
113:9, 117:18,
124:5, 132:6,
154:19, 175:2,
187:15, 190:11,

199:25, 204:21,
205:24, 209:21,
215:6, 221:3,
221:17, 221:19
**outcome**
59:16, 224:12
**outside**
130:19, 148:3
**outsider**
56:4
**outward**
84:2, 212:21,
213:21, 213:22
**over**
8:6, 47:21,
67:2, 67:5,
76:23, 76:25,
112:21, 169:1,
206:17
**over-generalize**
110:13, 110:19
**overall**
77:11
**overhead**
122:4
**overlap**
12:25
**overlooked**
189:13
**overlooking**
189:7
**overlooks**
187:10
**overspeaking**
9:17, 12:9,
12:12, 12:21,
18:5, 21:1,
22:24, 23:11,
24:18, 24:20,
27:22, 28:5,
30:9, 30:11,
31:25, 32:2,
32:5, 32:8,
32:15, 32:17,
35:10, 39:8,
39:10, 41:2,
41:4, 55:13,
56:11, 62:10,

62:15, 67:6,
67:20, 69:7,
72:24, 77:5,
77:8, 87:2,
87:4, 96:10,
97:6, 98:16,
112:17, 116:6,
123:20, 124:13,
128:20, 130:4,
136:16, 142:11,
153:11, 155:13,
162:21, 167:10,
167:12, 167:14,
174:22, 174:23,
176:25, 178:22,
181:13, 186:6,
186:7, 194:10,
195:22, 199:10,
203:4, 203:11,
204:22, 206:19,
207:14, 213:7,
213:9, 213:11,
219:22
**own**
80:7, 80:24,
86:3, 86:16,
92:17, 138:21,
160:10
**oxford**
74:2, 74:3,
112:9, 191:4,
195:13, 195:18,
201:6

**P**

**page**
7:3, 7:7,
46:21, 46:23,
46:25, 47:3,
47:6, 47:7,
47:12, 47:15,
47:21, 48:8,
50:2, 50:11,
53:7, 54:9,
55:1, 56:14,
56:24, 60:6,
64:23, 67:24,
67:25, 68:12,

68:13, 68:19,
68:20, 69:6,
70:12, 70:22,
71:14, 73:15,
73:24, 73:25,
74:24, 74:25,
75:3, 78:25,
79:1, 80:8,
83:23, 83:24,
88:20, 93:1,
99:17, 99:20,
105:8, 105:9,
105:23, 107:4,
107:5, 107:22,
117:1, 117:2,
117:15, 119:5,
119:23, 120:23,
120:25, 122:9,
125:5, 127:2,
133:18, 134:22,
135:19, 137:5,
137:6, 143:14,
146:3, 149:18,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5,
179:9, 187:1,
188:12, 189:16,
192:9, 200:10,
200:11, 201:1,
201:14, 201:24,
203:23, 215:4,
215:19, 215:20,
221:3
**pages**
1:41, 58:3,
68:25, 69:3,
70:9, 223:3,
223:4
**paid**
88:24, 153:4
**pan**
133:8
**paragraph**
79:1, 83:24,
84:1, 133:18,
133:21, 157:2,
171:6, 179:10,

187:7, 219:6,
219:9
**paragraphs**
88:21, 187:3,
187:4, 215:24,
216:3
**paraphrase**
116:17
**pardon**
126:4, 128:25,
211:1
**parents**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26
**part**
14:23, 15:13,
15:23, 34:15,
42:25, 61:3,
84:6, 87:21,
97:18, 104:9,
123:7, 125:1,
126:12, 130:17,
130:23, 133:12,
158:11, 161:21,
166:23, 166:25,
176:9, 176:19,
177:23, 177:24,
186:9, 186:18,
193:17, 194:12,
194:15, 195:19,
198:17, 198:22,
199:1, 199:8,
216:17, 223:4
**part-time**
100:7
**parted**
93:3, 156:3,
156:6
**partee**
17:12
**participants**
83:12, 97:25,
99:9, 130:10
**participating**
129:21
**particle**
19:8

particular
17:22, 18:11,
18:14, 20:14,
23:3, 23:25,
36:23, 37:4,
41:17, 42:20,
45:5, 45:10,
55:22, 81:25,
97:5, 98:6,
109:1, 115:1,
118:4, 118:18,
118:23, 123:2,
157:17, 169:14,
198:10, 204:12,
204:16
particularly
40:17, 121:25,
131:7
parties
224:10
partly
123:12, 190:23
parts
22:22, 27:8,
69:10, 132:25,
198:17
party
29:23
pass
49:15, 174:15
passage
78:12, 106:3,
109:20, 113:22,
117:14, 118:4,
128:22, 157:14,
179:3, 190:15,
191:2, 192:7,
193:16, 193:17,
204:20, 215:22,
215:25, 216:5,
216:8, 216:11
passages
21:25, 66:10,
67:10, 67:12,
78:6, 81:5,
100:18, 100:21,
101:3, 101:22,
103:7, 113:16,

113:19, 117:12,
119:9, 121:20,
122:3, 188:17,
198:18, 199:3,
199:12, 222:9
passageway
179:2
passed
135:25, 152:21,
154:24, 217:6,
217:12
passersby
123:10, 124:5,
124:10, 131:23
passing
154:24
passive
117:23, 118:22
passively
176:16, 177:7,
194:20
past
110:13, 155:16,
165:12, 167:19,
168:8, 168:19,
168:22, 169:2,
191:6, 206:17
path
214:2, 215:12
patterns
18:1, 19:1,
110:4, 110:5,
145:1
pause
158:19, 159:14,
160:24, 161:25,
163:18, 164:19,
169:19, 170:13,
171:12, 173:11,
179:18, 183:12,
185:20, 222:3
paused
150:18, 158:23,
159:19, 160:6,
161:3, 162:9,
163:23, 164:23,
169:23, 171:16,
183:16, 185:24,

210:17, 211:16,
212:11, 214:12
pay
16:20, 77:15
pending
204:23
penske
5:11
penultimate
88:20
people's
79:22, 102:4,
146:16, 146:21,
208:21
peoples
127:6, 129:17,
130:11, 186:14
pep
137:12, 137:18,
138:20
perceive
81:20, 92:11,
141:19, 178:15
perceived
84:17, 203:19
perceives
80:15, 80:17,
92:13
perceiving
87:10, 212:20,
213:17
percent
218:13
perception
81:21, 81:23,
85:19, 87:9,
87:13, 92:23,
175:17, 206:22,
207:9, 207:19
perceptions
85:13, 86:1
perceptual
207:15
perfectly
106:14, 150:7,
197:20
perform
199:8

performance
145:21
performing
143:21
perhaps
125:16
period
67:2, 67:3
peripheral
205:14, 205:15,
206:1, 206:11,
206:12, 206:24
peripherally
207:20
permit
133:15, 191:8,
191:14
perpendicular
168:7
person
29:24, 32:13,
34:16, 80:15,
80:23, 81:20,
86:19, 93:10,
94:10, 96:7,
98:20, 103:12,
103:14, 103:21,
104:22, 104:24,
113:11, 115:16,
135:9, 135:13,
135:17, 141:15,
148:23, 151:15,
151:19, 158:3,
162:25, 163:3,
163:4, 185:12,
191:7, 191:8,
197:23, 221:16
person's
86:15, 92:13
personal
91:6, 124:17,
137:24, 138:22,
143:10, 144:6,
144:8, 168:14,
172:25, 207:7,
218:9, 218:22,
219:24
persons
196:6

| | | | |
|---|---|---|---|
| **perspective**<br>55:24, 205:6 | **pick**<br>19:23, 205:24 | **played**<br>150:17, 151:1,<br>158:22, 159:18, | **pointed**<br>117:18, 162:13,<br>175:2, 215:6 |
| **pertain**<br>106:9, 198:24 | **piece**<br>127:13 | 160:5, 161:2,<br>162:4, 163:22, | **pointing**<br>51:8, 51:9, |
| **pertained**<br>77:17 | **pieces**<br>129:14 | 164:22, 169:22,<br>171:15, 183:15, | 51:10, 51:11,<br>51:12, 51:13, |
| **pertaining**<br>59:3, 75:6,<br>79:4 | **place**<br>10:1, 16:20,<br>44:12, 50:23, | 185:23, 210:16,<br>210:25, 211:4,<br>211:15, 212:2, | 51:17, 51:18<br>**points**<br>134:23, 217:4 |
| **ph**<br>2:35, 3:1, 7:3,<br>7:10, 11:15, | 81:11, 93:19,<br>131:3, 155:9,<br>158:12, 218:2, | 212:10, 214:11,<br>214:21 | **political**<br>97:14, 97:22,<br>98:13, 98:15, |
| 15:9, 39:18,<br>195:2, 196:7 | 218:19, 219:17<br>**placement** | **playing**<br>150:15 | 98:17, 99:6,<br>125:8, 126:22, |
| **phase**<br>46:11, 64:25, | 31:21<br>**places** | **pleadings**<br>188:3, 188:4, | 142:21<br>**politics** |
| 65:7, 188:8 | 39:17, 98:2 | 188:6 | 98:22 |
| **philosopher**<br>52:7 | **plain**<br>18:12, 23:9, | **please**<br>8:5, 8:7, 8:11, | **pond**<br>133:17, 157:10, |
| **philosophers**<br>37:17, 37:20,<br>42:23 | 38:21, 59:8,<br>64:2, 64:19,<br>78:11, 101:24, | 8:12, 8:16,<br>10:4, 11:12,<br>11:18, 12:16, | 157:11<br>**pool**<br>132:7 |
| **philosophical**<br>17:2 | 103:14, 107:8,<br>109:11, 109:14, | 12:18, 120:24,<br>163:19, 164:19, | **portions**<br>121:11 |
| **philosophy**<br>36:9, 36:13, | 109:19, 110:25,<br>111:12, 114:15, | 170:14, 210:10,<br>219:3, 221:3 | **portraying**<br>92:4 |
| 36:14, 36:15,<br>36:16, 36:24, | 114:25, 116:24,<br>188:22, 191:1, | **plenty**<br>173:23 | **posed**<br>100:2, 100:23, |
| 36:25, 37:14 | 195:12, 196:17,<br>198:7, 216:11 | **pll**<br>62:18 | 102:17, 102:20,<br>188:14 |
| **phone**<br>8:16, 19:21,<br>65:22, 65:24 | **plaintiff**<br>1:10, 1:20,<br>1:33, 2:7, 2:17, | **plla**<br>4:6 | **position**<br>35:13, 42:3,<br>42:4, 81:8, |
| **phonology**<br>18:25 | 2:29, 4:3,<br>10:13, 11:6 | **poetry**<br>44:7 | 89:23, 90:7,<br>153:15, 166:13, |
| **photographing**<br>145:24, 172:1 | **plaintiff's**<br>46:10 | **point**<br>30:23, 51:16, | 178:18, 203:10,<br>203:12, 206:10 |
| **phrase**<br>102:14, 102:24, | **plaintiff's**<br>64:24 | 51:17, 54:2,<br>61:23, 62:4, | **positioned**<br>81:6 |
| 102:25, 109:1,<br>109:12, 148:9, | **planet**<br>6:19, 9:25 | 76:7, 98:6,<br>107:21, 110:17, | **positions**<br>42:8, 42:9, |
| 218:4, 218:5,<br>219:1, 219:19 | **play**<br>159:14, 160:2, | 111:11, 125:6,<br>125:12, 146:5, | 43:18, 43:20<br>**possibility** |
| **physically**<br>167:8 | 210:10, 210:11,<br>210:13, 210:22, | 148:13, 150:24,<br>173:22, 175:7, | 51:21, 59:10<br>**possible** |
| **physicist**<br>19:8 | 211:11, 211:23,<br>212:7, 214:7, | 175:23, 196:19,<br>198:1, 198:9, | 21:23, 75:14,<br>78:14, 83:18, |
| **physics**<br>19:8, 19:9 | 214:18 | 204:21, 215:8,<br>215:12, 220:3 | |

109:7, 116:12,
142:23, 145:10,
184:15, 200:6,
201:10, 201:19,
202:1
**possibly**
113:19, 122:25,
131:15, 131:17
**post**
35:4, 45:7,
45:14, 45:15
**post-doc**
36:19
**postdoctoral**
35:2
**potentially**
28:25, 92:13,
141:19, 143:5
**pours**
158:9
**powwows**
144:10
**pragmatics**
28:10, 28:11,
28:13, 28:14,
35:24, 55:1,
55:7, 55:10,
104:11
**prayer**
186:14
**praying**
145:11
**preach**
125:7, 126:21
**precise**
53:16
**precluding**
174:18
**predicament**
201:25, 203:10,
203:16
**predictions**
52:12
**predicts**
54:8
**prejudice**
105:4
**prejudices**
104:23

**preliminary**
67:11, 222:8
**preparing**
57:7, 66:18
**prescribe**
114:20
**prescriptive**
107:13
**present**
6:18, 65:20,
83:12, 121:17
**presented**
78:15, 218:7
**press**
74:3
**presumably**
114:4
**presume**
86:10, 122:24,
124:8
**pretty**
40:7, 48:22,
101:7, 125:10,
136:1, 173:8,
192:19
**prevent**
176:17, 176:23,
177:4
**previously**
101:2, 211:21
**pride**
56:6
**primarily**
19:10, 20:2,
89:10
**primary**
26:14, 27:14
**principal**
180:18
**principally**
121:5
**principle**
43:20
**principles**
74:3
**print's**
112:11
**prior**
16:12, 204:1

**prism**
44:17
**private**
86:19, 94:10
**privy**
193:15
**probable**
118:8
**probably**
44:9, 57:25,
67:14, 100:4,
100:5, 188:5
**problems**
32:11
**procedure**
21:11, 49:6
**procedures**
49:8
**proceed**
200:17
**proceeding**
8:3, 8:8
**process**
43:24, 75:18,
121:15
**processes**
101:5
**produced**
189:1
**professional**
55:11, 151:18,
157:19
**professor**
16:4, 21:8,
36:5, 39:15,
40:22, 41:21
**professors**
41:5
**programs**
21:15, 21:16,
45:10
**progress**
23:5, 201:16,
205:9
**project**
49:4
**promoted**
124:3

**prong**
23:1
**prongs**
22:22
**pronoun**
20:14
**pronounced**
11:24
**pronouns**
27:2, 29:13
**prosody**
110:4
**protest**
98:19
**protesting**
98:23, 124:25
**protestors**
98:25
**protests**
97:12
**proud**
59:17
**provide**
99:22, 112:7,
215:21
**provided**
57:15, 57:18,
57:21, 58:19,
68:17, 70:13,
70:17, 70:24,
75:7, 75:13,
106:5, 119:24,
121:5, 121:11,
150:5, 187:1,
187:5, 196:8
**provides**
48:13
**psychological**
90:18
**psychologist**
81:18, 91:10,
207:15
**psychologists**
42:22
**psychology**
37:1
**public**
3:23, 14:17,

209:2, 224:1
**publication**
50:11
**publications**
47:20, 47:22,
48:4
**publicly**
112:15, 113:2,
207:25, 208:5,
208:8, 208:11,
208:17, 209:3,
209:14
**published**
49:7
**publisher**
11:2
**pull**
149:4, 158:17,
170:13, 171:10,
179:16, 210:9,
214:5, 221:2
**pulls**
165:14
**punch**
61:10, 61:11
**pure**
94:9, 153:23
**purely**
107:7, 107:11,
153:23
**purport**
18:7
**purporting**
80:13
**purpose**
125:9, 153:12
**purposefully**
82:3
**purposes**
8:8
**pursuant**
3:22
**put**
22:11, 30:5,
31:4, 31:16,
33:18, 58:22,
63:6, 68:5,
76:15, 93:9,

93:11, 140:8,
170:25, 185:6,
206:10, 210:7
**puts**
20:11
**putting**
22:7, 36:3,
173:2, 177:10

**Q**

**qualified**
199:7
**qualifying**
106:8
**quality**
102:2
**quantification**
50:4
**quantify**
76:22
**question**
20:20, 20:23,
26:18, 26:19,
27:10, 28:2,
30:13, 31:2,
31:5, 31:11,
31:15, 31:17,
31:22, 32:1,
32:4, 33:15,
33:23, 40:3,
40:4, 40:9,
49:24, 53:5,
53:9, 53:12,
53:15, 58:18,
59:9, 72:25,
91:9, 93:11,
102:11, 102:12,
102:20, 102:23,
103:4, 106:23,
109:3, 111:23,
112:1, 112:2,
112:6, 112:19,
115:2, 117:15,
121:7, 122:11,
142:9, 149:14,
171:25, 189:18,
189:23, 189:25,
190:13, 191:7,

193:1, 193:13,
193:14, 194:5,
194:9, 202:14,
202:19, 203:8,
204:23, 212:18,
212:24, 213:13,
217:21, 220:14
**question's**
31:18
**questioning**
61:20
**questions**
12:18, 18:3,
50:2, 75:6,
82:9, 83:3,
99:23, 99:25,
100:15, 100:16,
100:22, 101:6,
101:14, 102:17,
153:21, 162:19,
162:24, 188:14,
204:24, 223:9,
223:14
**quickly**
77:10, 101:17
**quite**
25:5, 123:23,
124:2, 172:3,
172:7, 181:2
**quote**
113:16, 125:7,
125:15, 125:23,
125:25, 127:15,
128:7, 132:23

**R**

**raced**
137:7
**races**
123:10, 124:19
**racist**
135:19, 135:20,
136:1, 136:6,
136:13
**radio**
21:15
**raining**
116:2, 116:3

**raised**
186:11
**rallies**
137:25
**rally**
137:12, 137:18,
137:23, 138:20
**rang**
59:14
**range**
17:20, 95:19,
96:18, 109:7,
115:13
**ranging**
174:4
**rather**
59:13, 135:6
**rational**
103:3, 103:17,
103:24, 105:7
**rd**
13:7
**re-starting**
211:2, 211:25
**reach**
134:3, 204:10,
221:19
**reached**
221:16
**reaching**
75:18
**read**
8:23, 11:14,
25:21, 44:1,
44:5, 44:6,
44:25, 45:2,
45:3, 45:17,
79:2, 103:6,
103:13, 112:12,
127:4, 127:25,
128:10, 132:1,
203:12, 209:22,
220:1
**reader**
44:5, 44:23,
102:10, 102:12,
102:15, 102:24,
103:9, 103:11,

103:16, 103:20,
104:2, 106:7,
111:9, 188:25
**readers**
104:16
**readily**
205:10
**reading**
43:25, 44:4,
44:7, 44:15,
82:14, 103:21,
106:3, 127:15,
165:8, 187:9,
208:22, 224:8
**real**
200:16
**realized**
16:25
**really**
15:16, 20:16,
43:6, 44:19,
61:10, 61:12,
65:10, 100:6,
114:3, 123:7,
129:15, 130:15,
130:17, 132:20,
137:21, 140:9,
190:13
**reason**
34:10, 62:8,
69:15, 72:16,
83:15, 90:24,
122:20, 130:21,
130:24, 145:19,
148:2, 155:17,
165:23, 168:23,
186:10, 193:19,
205:8, 210:4
**reasonable**
102:10, 102:11,
102:14, 102:24,
103:9, 103:20,
104:2, 105:3,
105:24, 106:2,
106:6, 106:7,
111:9
**reasoning**
189:17

**reasons**
83:6, 83:13,
130:12, 130:23,
131:21, 194:24
**recall**
39:11, 71:20,
72:5, 72:13,
72:15, 72:16,
73:2, 73:5,
73:11, 111:25,
133:14, 136:25,
169:15
**received**
42:10
**recent**
23:20, 24:5
**recently**
55:5
**recess**
74:18, 120:15,
178:7, 220:23
**recognize**
46:13, 142:20,
161:6
**recognized**
137:22, 138:24
**recollection**
66:22
**reconstruct**
78:22
**reconstructing**
46:1
**record**
11:19, 12:19,
23:13, 74:20,
74:22, 120:9,
120:14, 120:17,
120:21, 149:5,
150:9, 162:12,
173:12, 178:6,
178:9, 220:22,
220:25, 222:18,
223:2, 223:17,
224:5
**recorded**
25:7
**recording**
8:7, 131:1

**records**
63:7, 66:21,
149:2
**recursive**
25:16
**red**
162:6, 162:14,
163:4, 171:23,
173:18, 174:5,
183:23
**reduced**
224:7
**reduction**
33:5
**refer**
19:4, 19:5,
89:7, 109:3,
119:14, 123:18,
127:8, 135:19,
139:12, 150:21,
193:1
**reference**
86:16, 93:1,
165:1, 170:10,
178:15, 179:15,
186:5, 188:3
**referenced**
148:22
**references**
86:4, 87:10
**referencing**
52:3, 163:4
**referring**
122:14, 126:1,
132:24, 135:16,
135:21, 162:18,
162:19, 162:24,
165:6, 179:24
**reflect**
82:1, 212:25
**reflecting**
132:7, 133:16,
157:10, 157:11
**reflection**
22:3, 31:1
**reflects**
31:2, 33:15,
33:19, 33:23,

37:19
**refrained**
119:18
**refuse**
118:13
**refused**
191:7, 191:12,
191:13, 192:21,
214:3
**refusing**
194:18
**regarded**
161:16
**regular**
110:13
**regularly**
45:11, 145:2
**rejected**
58:21
**relate**
36:16, 37:14
**related**
38:14, 51:25,
117:21, 224:10
**relates**
37:22
**relation**
218:1
**relationship**
41:18
**relationships**
18:9, 25:13
**relative**
80:22
**relatively**
24:5, 111:18
**relevance**
131:11
**relevant**
50:25, 77:6,
77:9, 80:12,
117:22, 121:19,
131:4, 131:19,
186:23
**reliable**
129:22, 130:9
**reliably**
170:6

**relied**
75:13
**religious**
125:7, 126:22
**rely**
19:16, 20:16,
20:24, 27:11,
82:10, 83:5
**relying**
177:22
**remaining**
93:11
**remarks**
186:9
**remember**
8:5, 8:11,
36:18, 39:16,
58:6, 58:7,
60:15, 60:22,
61:1, 66:8,
72:6, 88:13,
88:18, 100:8,
100:13, 108:10,
126:8, 127:13,
135:23, 136:4,
136:8, 136:20,
137:3, 180:16,
182:3, 202:11
**remembered**
66:5, 82:5
**reminded**
66:11
**remote**
8:2
**remotely**
8:3
**repeatedly**
75:23, 126:6
**rephrase**
58:13, 102:22,
203:8
**reported**
1:42
**reporter**
8:13, 11:11,
11:12, 11:14,
12:12, 13:16,
13:24, 14:2,

**71:7, 72:7,**
112:23, 138:15,
138:18, 178:24,
213:15
**reporter-notary**
224:1
**reporting**
13:23, 21:14,
70:21, 121:23,
190:8
**reports**
63:8, 66:6,
88:13, 88:14,
102:5
**represent**
10:5, 10:17,
85:8
**representation**
81:17
**represented**
78:20, 79:23,
81:19, 102:9,
114:10
**representing**
9:25, 10:10,
10:19, 11:4,
11:9
**represents**
84:11
**requested**
224:9
**research**
16:2, 23:23,
42:2, 42:5,
42:11, 43:22
**resistance**
191:24
**resolve**
29:1
**resolving**
26:24
**resource**
43:7
**resources**
25:3, 42:1,
63:19, 119:6,
119:11
**respect**
42:4, 72:12,

**89:21, 92:1,**
171:1, 184:24,
189:18, 193:22,
219:1
**respected**
43:6, 74:1,
111:22
**respectful**
170:24
**respects**
185:2
**responding**
141:16, 142:5,
142:14, 142:15
**response**
140:18
**responses**
78:3
**rest**
133:17
**restart**
159:25, 160:22,
161:24, 163:18,
164:17, 169:18,
173:10
**restarting**
160:3, 160:25,
163:20, 164:20,
169:20, 185:21,
214:19
**results**
25:6
**resume**
35:22
**retain**
66:16
**retained**
57:6, 57:8,
75:5, 186:25
**retire**
41:5
**retired**
35:17, 40:25,
41:24, 42:6
**retreat**
114:8, 117:17,
118:12, 190:19,
190:22, 191:4,

**191:10, 191:14,**
191:16, 191:20,
192:1, 192:2,
192:3, 192:22,
192:23, 194:16,
194:17, 194:19,
195:1, 198:11,
198:15, 214:3
**review**
48:5, 48:6,
57:11, 71:2,
71:4, 71:25,
72:19, 83:19,
83:21, 83:25,
94:4, 124:17,
124:18, 127:10,
128:15, 135:22,
137:4, 167:3,
168:14, 199:2,
199:19, 204:9,
217:5, 217:18,
217:19, 217:23,
218:22, 218:24,
219:24, 220:14,
222:9
**reviewed**
67:11, 68:23,
69:3, 70:10,
70:24, 71:15,
71:17, 73:3,
73:22, 77:10,
79:13, 101:8,
120:3, 120:5,
123:25, 181:25,
204:3, 216:7
**reviewing**
77:20, 78:18,
122:6, 122:21,
155:22
**reviews**
79:14, 126:13
**revise**
54:3
**revision**
54:5
**rhythmically**
145:3
**rich**
77:24

**richer**
198:1, 198:2
**right-wing**
104:24
**rights**
98:19, 98:24
**ritchey**
6:13
**road**
198:5
**roberts**
2:35, 3:1, 7:3,
7:10, 7:13,
8:21, 11:15,
11:20, 26:20,
47:5, 223:6,
223:17
**rolling**
2:32, 5:10,
9:13, 10:17
**room**
19:23, 113:5,
134:8, 173:5,
173:23, 177:8
**rooms**
21:19
**root**
140:20
**rooting**
140:16
**rough**
134:1, 134:3
**roughly**
66:3, 167:23,
168:6
**round**
130:2, 130:7,
133:5
**rowdy**
139:2, 139:3,
139:6, 139:16
**rowe**
73:19
**rows**
155:3
**rpr**
224:17
**rubber**
198:5

**rude**
112:24
**rule**
64:24
**ruled**
58:23, 59:18,
59:20
**rules**
12:7, 12:14,
25:16, 110:19
**run**
8:4
**russell**
52:23
**rutgers**
42:14, 42:24
**ryan**
5:14, 10:16

**S**

**s**
4:1, 5:28, 52:8
**said**
13:18, 18:24,
20:4, 22:21,
26:3, 27:2,
29:9, 30:24,
34:5, 34:10,
34:17, 37:5,
40:25, 42:19,
44:22, 50:18,
51:16, 56:2,
59:21, 60:2,
61:20, 61:21,
62:1, 66:1,
66:11, 67:15,
79:10, 82:5,
87:12, 88:12,
88:17, 90:2,
90:12, 90:13,
91:21, 93:6,
94:3, 94:20,
96:25, 97:3,
97:7, 98:18,
102:16, 108:11,
111:11, 114:19,
118:12, 118:18,
122:20, 124:22,

126:9, 127:21,
134:18, 135:8,
136:12, 136:22,
138:14, 139:16,
141:2, 142:19,
156:10, 157:1,
157:4, 157:6,
172:9, 172:11,
181:1, 182:24,
184:21, 185:18,
186:4, 186:10,
187:13, 187:17,
188:12, 188:21,
189:10, 189:22,
191:3, 192:11,
194:17, 197:8,
197:25, 198:12,
202:10, 202:22,
202:25, 211:19,
212:4, 212:20,
215:2, 224:6
**same**
33:17, 33:25,
39:19, 47:12,
50:13, 50:14,
70:4, 72:21,
83:6, 83:13,
87:15, 90:6,
105:23, 116:19,
130:20, 138:20,
144:1, 158:15,
169:11, 178:19,
183:23, 195:3,
199:20, 201:24,
203:14, 205:18,
210:4, 218:25,
219:6
**sandmann's**
73:20, 82:10,
84:17, 90:10,
90:21, 164:12,
168:7, 170:17,
172:6, 173:3,
173:17, 173:18,
173:21, 174:3,
175:1, 177:13,
179:2, 198:12,
205:6, 206:5,

206:13, 206:14,
215:17
**sang**
129:6
**satellite**
2:21, 5:21,
6:2, 10:22, 11:1
**satisfied**
108:7
**saw**
67:13, 72:4,
88:1, 90:15,
96:5, 121:23,
131:22, 133:5,
133:12, 138:1,
141:13, 147:9,
147:12, 147:15,
148:11, 150:4,
155:10, 155:25,
156:1, 157:24,
158:12, 159:5,
166:8, 166:11,
167:21, 176:20,
179:3, 204:7,
210:1, 210:3,
217:5, 217:13,
217:15, 218:6,
218:23, 218:24,
220:12, 220:16
**saying**
13:1, 19:7,
31:10, 33:1,
43:6, 72:8,
81:22, 93:20,
93:22, 96:16,
97:16, 98:25,
103:9, 106:11,
106:14, 110:15,
117:16, 128:13,
128:16, 129:2,
140:10, 145:5,
145:6, 150:4,
168:18, 174:10,
175:5, 175:10,
177:11, 181:9,
184:25, 198:4,
198:14, 205:19,
214:25, 218:20,

| | | | |
|---|---|---|---|
| 219:12 | **sec** | **section** | 218:2, 218:5, |
| **says** | 158:19 | 75:8, 120:25, | 218:8, 218:22, |
| 35:22, 42:4, | **second** | 121:6, 121:9, | 219:13 |
| 47:4, 48:9, | 20:22, 23:1, | 121:15, 127:5, | **seeing** |
| 60:5, 68:17, | 24:19, 25:24, | 186:22, 189:17 | 80:20, 213:8, |
| 81:4, 102:23, | 25:25, 37:13, | **see** | 213:23 |
| 113:25, 116:22, | 50:3, 59:1, | 31:18, 46:23, | **seek** |
| 137:6, 179:14, | 71:13, 75:9, | 47:18, 50:10, | 73:5 |
| 183:22, 183:24, | 97:1, 114:19, | 50:11, 57:25, | **seem** |
| 190:10, 192:17, | 118:11, 120:9, | 58:2, 60:15, | 58:8, 139:25, |
| 194:4, 204:20, | 120:20, 127:2, | 69:11, 70:14, | 197:20 |
| 215:1 | 150:14, 150:24, | 73:16, 76:6, | **seemed** |
| **scene** | 160:2, 160:23, | 76:8, 78:9, | 44:12, 119:1, |
| 69:19, 130:17, | 160:24, 161:25, | 80:24, 81:25, | 122:12, 123:16, |
| 132:22, 133:9, | 162:1, 162:18, | 88:25, 93:2, | 131:12, 134:7, |
| 138:24, 147:23, | 163:5, 165:16, | 94:23, 95:1, | 135:9, 137:9, |
| 152:20, 180:3, | 167:6, 169:19, | 102:7, 104:14, | 140:11, 140:13, |
| 181:3, 181:16, | 171:9, 171:12, | 105:5, 105:6, | 145:19, 152:25, |
| 182:1 | 174:24, 176:22, | 110:17, 126:5, | 186:8, 186:17, |
| **scenes** | 187:7, 194:12, | 130:14, 133:13, | 191:23, 205:24 |
| 150:5 | 194:15, 198:21, | 135:3, 137:13, | **seems** |
| **scholar** | 199:1, 204:20, | 148:14, 148:18, | 61:14, 84:5, |
| 42:11 | 205:4, 215:4, | 149:13, 150:21, | 84:7, 95:2, |
| **school** | 215:20, 215:21, | 151:3, 152:19, | 118:20, 127:17, |
| 14:11, 14:13, | 216:16, 219:14, | 154:1, 154:6, | 127:23, 128:2, |
| 14:14, 14:17, | 222:3 | 154:11, 156:15, | 199:4, 199:21, |
| 15:4, 16:21, | **secondly** | 159:1, 159:23, | 219:1, 219:4, |
| 39:19, 83:11, | 130:16, 131:20, | 164:2, 165:5, | 219:12, 219:17, |
| 127:19, 128:4, | 131:21, 197:10 | 165:22, 166:16, | 219:19, 219:25 |
| 137:7, 137:16 | **seconds** | 166:18, 167:4, | **seen** |
| **schoolmates** | 150:19, 158:24, | 167:25, 168:10, | 66:5, 72:9, |
| 164:16 | 159:20, 159:22, | 168:13, 168:16, | 86:12, 86:13, |
| **science** | 160:4, 160:7, | 169:4, 169:8, | 161:11, 161:13, |
| 35:8, 36:19, | 160:9, 161:1, | 169:16, 171:7, | 210:2, 215:13, |
| 37:1, 42:16, | 161:4, 162:2, | 171:19, 173:2, | 215:17 |
| 42:17, 42:25, | 162:13, 163:21, | 173:9, 173:18, | **sees** |
| 53:24, 54:5, | 163:24, 164:21, | 174:1, 175:16, | 165:9 |
| 107:6, 110:24 | 164:24, 165:2, | 175:19, 176:19, | **segment** |
| **scientific** | 165:9, 169:19, | 176:22, 177:18, | 71:16, 72:14 |
| 17:17 | 169:21, 169:24, | 177:22, 178:20, | **segments** |
| **scientists** | 171:14, 171:17, | 179:2, 179:19, | 71:3, 75:23, |
| 19:18, 42:23, | 173:13, 178:23, | 199:15, 200:19, | 77:2, 77:6, |
| 53:24 | 179:1, 179:4, | 201:17, 203:20, | 77:9, 77:16 |
| **scrabble** | 183:17, 211:3, | 204:12, 205:21, | **select** |
| 44:20 | 214:10, 214:13, | 206:5, 206:8, | 195:18 |
| **screen** | 214:20 | 206:13, 206:15, | **selection** |
| 76:12, 173:4 | **secretary** | 206:16, 207:3, | 50:3, 50:12 |
| **seated** | 70:18 | 207:4, 207:20, | **seller** |
| 120:9 | | | 16:18 |

semantic
26:2
semanticist
19:13, 37:5,
108:11
semantics
17:11, 18:17,
18:18, 18:19,
18:21, 19:1,
19:6, 19:11,
19:12, 19:16,
24:21, 35:24,
50:4
semester
41:8
seminar
36:14
seminars
35:23, 43:11
sense
54:4, 58:16,
97:25, 117:23,
118:5, 118:15,
118:16, 119:2,
139:20, 176:4,
177:9
senses
117:21, 195:15
sensible
23:18
sensitive
29:1, 41:16
sensors
22:1
sent
70:19, 72:3
sentence
19:25, 20:15,
22:23, 26:5,
26:8, 26:13,
32:18, 33:3,
33:4, 51:3,
51:6, 108:2,
118:25, 127:25,
133:22, 135:1,
135:2, 139:1,
139:4, 190:20,
217:9, 219:11,

219:15
sentences
21:23, 25:18,
33:18, 119:8,
190:2, 190:5,
190:14, 193:20,
193:23, 198:23,
198:25
separate
68:7, 69:14
september
65:16, 65:17,
66:21, 67:8,
100:18, 221:21,
221:22, 222:5
serious
214:24
serve
41:25
set
25:16, 69:9,
105:4, 108:25,
132:22, 224:14
setting
92:20
seven
67:16, 100:7
several
20:1, 29:22,
29:23, 30:4,
36:21, 47:20,
63:2, 73:25,
75:3, 108:5,
123:10, 174:8,
174:16, 180:5
shakes
183:25
share
28:24, 34:15
shared
34:18
sharing
185:2
sheet
127:21, 154:7
shelf
112:8, 112:10,
112:14

shirt
137:8, 173:19
shoeboxes
21:18, 21:19
shohl
60:9
shook
5:13, 10:14,
10:15
short
72:8, 129:14,
218:17, 220:17
shorthand
224:1
shot
133:12, 157:2,
157:18
should
8:9, 34:21,
46:18, 74:12,
107:14, 107:15,
114:22, 116:22,
127:25, 141:10,
141:11, 153:3,
193:20, 210:24
shoulder
173:3
shouldn't
67:4, 107:15
show
107:1, 146:6,
147:24, 148:7
showed
106:25
shown
115:6, 195:7
shows
178:19, 218:18
shy
13:22
sic
105:3
side
13:23, 60:19,
60:25, 61:5,
61:6, 61:7,
61:8, 61:23,
62:2, 148:5,

160:13, 174:13
sides
95:22, 97:13
siegel
11:3
signature-p1kal
224:15
significance
150:2, 170:21,
170:22
signing
224:8
similar
131:24
simple
51:7, 77:21,
101:7, 113:23,
197:20
simply
96:16, 180:24,
216:7
since
23:3, 48:24
singing
129:10, 129:17
single
51:3, 204:3,
218:15
sitting
39:11, 72:11,
73:2, 73:11,
127:12, 136:25
situation
34:3, 75:15,
75:22, 77:12,
78:7, 78:9,
78:12, 79:19,
80:10, 80:11,
81:12, 81:16,
81:18, 82:24,
84:11, 90:24,
92:21, 93:12,
95:13, 97:10,
108:1, 108:2,
114:10, 119:25,
135:15, 146:8,
170:24, 192:2,
192:3, 192:10,

192:23, 198:9,
200:15, 201:15,
203:3

**six**
125:16, 142:5,
142:15, 221:12

**sizes**
132:22

**skewed**
80:6

**sleep**
91:19

**slide**
216:22, 217:14

**slided**
216:20, 216:21

**slightly**
98:6, 165:13,
168:8, 168:22,
169:2, 186:13

**slogan**
60:12, 60:18,
60:24, 61:2,
61:3

**slot**
116:19

**slower**
76:18

**slowly**
8:5

**slur**
55:25, 56:5,
56:7

**slurs**
55:1, 55:12,
55:15, 55:18,
55:21, 77:25,
126:19, 135:20,
135:23, 198:3

**small**
148:18, 181:24,
182:8

**smaller**
131:12

**smile**
164:8

**smirk**
170:3, 170:5

**smoothly**
8:4

**snippets**
69:13, 70:4

**soap**
125:13

**sociology**
37:2

**socrates**
6:19

**software**
76:17

**solan**
39:13, 39:14

**solely**
63:17, 64:13,
79:7, 79:12,
79:16, 80:2,
83:20, 88:24,
94:13

**some**
16:12, 22:2,
38:18, 38:21,
38:23, 45:16,
52:1, 55:17,
63:10, 69:9,
69:14, 69:15,
77:9, 93:6,
93:8, 93:14,
93:16, 93:20,
97:12, 98:2,
98:21, 101:12,
103:10, 111:3,
113:20, 115:6,
117:20, 123:23,
123:24, 124:8,
125:1, 126:2,
127:1, 127:21,
132:5, 136:1,
146:14, 151:9,
153:5, 155:6,
155:7, 155:12,
155:17, 156:3,
158:10, 161:6,
165:23, 168:23,
175:23, 179:5,
182:1, 184:6,
186:17, 189:9,

191:11, 222:8,
222:16

**somebody**
30:15, 86:23,
93:22, 132:17,
135:12, 136:9,
136:12, 152:3,
152:6, 187:13,
207:19, 212:18,
215:1

**someone**
16:17, 63:23,
85:12, 86:14,
86:24, 92:11,
92:13, 92:22,
93:23, 98:23,
104:18, 128:8,
128:14, 142:24,
184:23, 187:14,
195:2, 212:13,
212:16

**someone's**
80:9, 124:21

**something**
20:5, 20:18,
33:24, 43:25,
44:9, 45:15,
55:7, 58:8,
60:25, 91:15,
91:22, 107:14,
115:18, 116:4,
116:15, 122:4,
136:13, 137:22,
138:9, 138:21,
183:20, 185:17,
187:13, 198:7,
202:8, 205:5,
212:4, 215:1,
221:13

**sometimes**
23:6, 37:3,
51:4, 56:4,
122:17, 129:7,
211:23

**somewhat**
218:16

**song**
144:13, 144:19,

192:10, 192:15

**soon**
79:13, 110:1

**sophisticated**
25:7

**sorry**
9:18, 10:7,
19:22, 28:3,
28:7, 31:7,
40:2, 40:10,
47:6, 49:25,
50:14, 58:1,
58:15, 60:5,
61:1, 62:8,
63:6, 65:1,
66:20, 66:25,
68:10, 72:2,
87:5, 112:2,
112:20, 120:20,
124:15, 127:10,
155:14, 162:23,
177:1, 178:24,
211:1, 212:3,
213:15, 214:5,
217:22, 219:13,
219:14

**sort**
25:20, 38:24,
44:1, 46:22,
88:20, 125:1,
140:1, 140:20,
164:8, 176:12,
177:20

**sound**
13:23, 18:1,
19:1, 24:2,
110:4, 110:5,
144:22, 144:25

**sounds**
19:21, 23:19,
24:1, 26:4,
49:21, 145:2

**sources**
21:13, 115:12,
128:12

**south**
5:6, 14:9,
157:13, 158:5,

165:3, 165:11,
165:18, 167:23,
168:4, 168:6,
168:22
**sovereign**
60:23, 60:24,
61:3, 61:8,
61:24
**space**
156:8, 174:10,
175:2, 175:5,
175:8, 205:17,
206:5, 206:13,
206:14, 209:12
**sparks**
64:5
**speak**
8:5, 48:16,
48:18, 48:20,
49:16, 103:12,
107:14, 111:15
**speaker**
49:18, 79:17,
91:24, 95:7,
103:3, 103:15,
103:17, 104:1,
105:6, 105:25,
106:2, 106:7,
106:12, 106:15,
106:20, 109:15,
109:18, 119:3,
188:23, 196:11,
200:8, 201:11,
201:20, 202:2,
202:4
**speakers**
21:21, 23:9,
23:18, 23:24,
24:9, 32:11,
38:19, 91:16,
103:25, 106:9,
107:9, 111:1,
114:17, 115:1,
115:10, 115:13,
115:15
**speaking**
8:14, 8:17,
29:6, 48:11,

50:24, 86:24,
91:3, 110:10,
181:5
**spears**
5:4, 7:4, 8:23,
9:18, 10:8,
11:7, 11:8,
11:17, 12:13,
13:19, 14:3,
28:8, 46:8,
74:15, 74:21,
85:10, 85:17,
85:25, 86:11,
94:11, 95:11,
96:14, 96:23,
102:19, 102:21,
120:8, 120:18,
126:24, 129:1,
138:12, 138:19,
141:25, 142:4,
142:8, 142:12,
143:3, 149:21,
150:1, 150:20,
158:17, 158:25,
159:21, 159:25,
160:8, 160:22,
161:5, 161:24,
162:8, 162:16,
163:7, 163:17,
163:25, 164:17,
164:25, 169:10,
169:18, 169:25,
170:7, 171:18,
173:10, 173:14,
175:24, 177:12,
178:1, 178:4,
178:10, 179:7,
182:21, 183:11,
183:18, 185:19,
186:1, 202:18,
203:5, 205:3,
210:19, 211:22,
212:6, 212:12,
214:14, 214:22,
219:11, 221:1,
223:1, 223:13
**special**
18:4, 18:7,

45:22, 45:25,
113:8, 134:20
**specialities**
52:2
**specialize**
19:15, 28:11
**specialized**
134:13
**specific**
39:23, 40:6,
54:18, 64:6,
72:15, 73:12,
90:15, 108:6,
145:2, 169:15,
208:24
**specifically**
50:24, 75:23,
127:9, 207:2
**spectators**
139:2, 139:6,
139:16
**speculating**
88:23
**speculation**
94:9
**spelled**
11:21
**spent**
76:20, 76:21,
77:1, 77:3,
101:16, 197:16
**spirit**
186:15
**spoil**
44:19
**spoke**
65:23, 144:1
**spoken**
24:8, 30:14,
51:6, 83:15,
110:7, 144:22
**sporting**
137:16, 139:9,
139:23, 140:22,
141:4, 141:9,
161:14
**sports**
137:9, 137:23,

137:25, 139:6,
140:4, 161:11
**springfield**
21:10
**square**
126:20
**st**
222:4, 222:6
**stairs**
171:21, 192:13,
192:23, 200:18,
205:11, 208:2,
208:7
**stake**
80:7
**stance**
52:25
**standard**
38:24
**standing**
61:23, 95:18,
125:16, 130:19,
155:9, 166:2,
173:17, 194:3,
198:12, 204:1,
204:4, 204:6,
204:13, 206:3,
206:4, 206:9,
207:5, 207:6
**standoff**
213:1
**stanford**
35:6, 36:20
**start**
110:10, 132:16,
150:13, 158:18,
164:18, 171:11,
173:15, 190:20,
196:24
**started**
55:8, 67:1,
100:13, 114:1,
190:16, 192:17,
193:24, 215:1,
222:11
**starting**
25:9, 25:11,
42:11, 47:21,

150:16, 158:20,
159:16, 162:2,
171:13, 183:13,
210:15, 211:14,
212:9, 214:9
**starts**
46:22, 133:19,
179:14, 179:20,
182:12
**state**
3:23, 6:6,
10:5, 11:18,
15:23, 35:13,
35:16, 35:20,
75:4, 75:12,
80:23, 116:8,
116:14, 132:23,
133:25, 135:5,
144:11, 145:14,
149:23, 154:1,
171:19, 179:9,
184:18, 185:16,
200:13, 203:23,
216:12, 217:5
**stated**
150:6, 203:25
**statement**
73:20, 80:13,
84:7, 95:6,
104:21, 108:21,
126:21, 149:24,
166:24, 176:15,
184:13, 189:19,
193:11, 193:12,
197:5
**statements**
34:3, 48:2,
79:3, 79:7,
79:16, 79:18,
79:22, 79:24,
81:4, 82:11,
83:5, 94:20,
94:25, 103:22,
120:5, 176:11,
177:19, 187:22,
187:24, 189:12,
212:19, 213:16
**states**
1:1, 70:12,

139:11
**stating**
12:15, 135:6,
145:17, 163:3,
200:21
**status**
41:3
**statute**
63:15
**statutes**
63:12
**statutory**
64:17
**stay**
120:9, 194:6
**stayed**
93:9, 93:19,
210:7, 219:17
**staying**
194:8
**stays**
179:4
**stenographically**
224:6
**step**
154:11, 205:10
**steps**
137:7, 152:21,
154:3, 154:8,
154:21, 155:7,
155:20, 157:12,
157:21, 157:23,
158:6, 158:9,
165:10, 166:6,
166:12, 166:16,
166:19, 166:21,
167:5, 167:8,
167:23, 168:2,
169:1, 172:4,
172:7, 173:24,
173:25, 174:8,
174:16, 174:19,
175:6, 175:14,
175:19, 175:20,
175:21, 176:17,
176:18, 177:4,
179:3, 182:11,
192:5, 193:25,

204:6, 209:17
**sticking**
59:8
**still**
17:9, 17:13,
41:25, 42:4,
43:10, 53:1,
165:14, 173:4,
210:8
**stipulated**
149:6, 150:10
**stipulation**
11:14
**stone**
2:32, 5:10,
9:13, 10:17
**stood**
123:22, 154:13,
190:17, 191:19,
194:1, 205:19,
210:8, 218:2
**stop**
20:22, 37:12,
44:10, 63:19,
75:9, 150:13,
162:5, 165:16,
219:13
**stopped**
76:6, 130:13,
131:18
**stopping**
176:12, 176:13,
177:20
**story**
16:11, 45:17
**straight**
194:2, 220:6
**straightforward**
78:2
**stray**
123:10, 124:10
**streaming**
45:13, 45:18
**street**
4:15, 4:23,
5:16, 5:25, 6:6,
13:7
**strict**
59:7

**strike**
41:20, 68:22,
79:25, 107:3,
116:9, 137:2,
170:16, 189:24,
208:3, 209:19
**strong**
104:23
**structure**
20:3, 20:9,
20:25, 23:2,
23:14, 23:25,
24:1, 24:16,
25:3, 26:11,
32:18, 51:20,
117:3, 117:7,
117:9
**structures**
23:6, 24:10,
25:2, 25:14
**student**
173:17, 174:12,
175:1, 175:9,
210:21, 211:13,
213:25, 214:15
**students**
38:13, 38:16,
43:8, 43:12,
53:21, 55:9,
83:11, 93:2,
93:6, 93:8,
123:18, 131:6,
131:10, 143:8,
152:10, 154:13,
155:4, 156:3,
156:9, 161:6,
171:21, 174:11,
209:7, 209:18,
209:20, 209:24,
212:20, 213:16
**studied**
15:7, 15:10,
15:12, 16:1,
17:7, 21:7,
36:25, 37:21,
37:23, 88:3,
151:9
**studies**
19:12, 110:24

study
14:22, 15:11,
16:7, 16:25,
17:10, 17:11,
17:17, 17:20,
18:1, 18:15,
18:19, 19:1,
19:2, 19:3,
19:8, 19:20,
20:15, 21:7,
21:22, 23:5,
25:6, 26:15,
26:21, 28:14,
35:5, 35:8,
35:9, 36:2,
36:21, 37:5,
42:18, 104:9,
110:25, 111:1,
115:20
studying
21:12, 23:2,
24:7, 24:9,
26:6, 110:20
stuff
99:2
style
180:14
su
215:1
subfield
18:23
subfields
19:10
subject
17:25, 20:6,
52:15, 55:15,
203:1
subscribe
45:6, 45:9
subsequent
79:6, 79:22,
126:12
subsequently
72:20, 77:15,
79:2
substantial
187:8, 187:11,
189:9, 189:12

substantially
187:18, 187:23
substantive
189:14
substitute
85:18
sue
29:16, 29:18,
29:20, 29:21,
29:25, 30:1,
30:3, 30:6,
30:24, 31:6,
31:7, 31:9,
31:10, 31:14,
32:9, 33:12,
33:19
sufficient
208:19
suggest
84:25, 124:24
suggested
208:6
suggesting
181:5, 181:8
suggests
196:15
suit
57:7
suitable
115:24
suite
4:7, 4:16,
4:23, 5:6, 6:14
summary
105:9, 105:10,
154:7, 188:8
support
114:12, 148:12
supports
176:11, 177:19
suppose
29:22
sure
11:23, 13:6,
13:21, 29:14,
33:9, 40:4,
40:9, 47:2,
52:17, 58:13,

58:15, 66:25,
68:8, 74:14,
75:4, 93:23,
96:14, 97:9,
103:13, 106:1,
114:11, 115:4,
117:13, 123:7,
125:18, 127:1,
128:23, 129:2,
131:2, 147:7,
147:9, 147:14,
149:19, 150:23,
159:6, 173:7,
173:8, 175:25,
178:4, 181:11,
194:14, 195:5,
195:8, 196:5,
202:18, 211:18,
211:20, 219:11,
221:13
surmise
143:20, 153:24
surprise
144:15, 144:18
surrounded
176:1, 176:4,
176:5, 176:7,
214:15
suspect
58:6, 153:14
swear
11:12
sworn
11:16
synonymous
61:4, 61:9,
62:5, 62:6
syntactic
20:3, 20:9,
20:25, 23:1,
23:14, 24:1,
24:15, 25:2,
25:3, 25:14,
26:11, 51:20,
116:19, 117:3,
117:7, 117:9
syntacticians
23:15, 24:6,

25:8
syntax
18:1, 20:11,
23:2, 24:17,
25:6, 35:24,
35:25, 109:8,
118:17, 196:25
systematic
17:1

**T**
table
52:20, 206:16
tactic
23:6
take
22:4, 24:10,
27:16, 34:16,
38:3, 47:23,
49:16, 74:12,
82:17, 83:9,
95:8, 105:7,
106:3, 106:17,
109:16, 109:21,
114:12, 114:24,
117:22, 134:13,
152:12, 169:17,
175:22, 178:2,
178:18, 186:2,
192:11, 192:14,
192:22, 193:16,
211:7, 220:17
taken
58:8, 74:18,
120:15, 132:4,
133:6, 178:7,
220:23, 224:3,
224:6
takes
50:23
taking
10:1, 15:25,
89:23, 90:7,
91:24, 112:14,
151:19, 158:3,
180:4
talk
8:6, 25:3,

25:13, 28:9,
38:17, 54:19,
54:25, 64:5,
90:25, 94:4,
97:7, 102:10,
112:21, 122:4,
146:9, 148:8,
156:11, 156:12,
162:17, 171:9,
188:20, 188:24,
189:7, 203:22,
213:20
**talked**
22:9, 25:1,
27:12, 62:14,
65:13, 70:20,
77:24, 82:19,
86:2, 92:10,
99:10, 106:6,
114:14, 116:9,
117:2, 117:3,
172:9, 178:11,
178:14, 209:8,
212:16, 217:9,
221:15
**talking**
20:18, 34:23,
47:6, 47:9,
50:19, 56:7,
64:2, 68:3,
68:8, 68:10,
69:25, 89:8,
89:11, 90:12,
91:18, 106:15,
114:4, 114:5,
130:6, 156:13,
162:7, 168:19,
189:2, 189:3,
214:4
**talks**
54:10
**tape**
122:21, 122:22,
123:13
**taught**
35:19, 35:22,
36:14, 38:6,
39:21, 41:11

**teach**
36:13, 40:15,
41:9, 41:10,
109:23
**teaching**
42:6, 42:8,
42:9, 43:15,
52:5, 63:24,
108:13
**team**
139:13, 139:17,
140:5, 140:6,
140:14, 140:17,
140:21
**technical**
28:20, 51:25,
54:17, 58:15
**technical-related**
8:18
**technician**
6:19, 8:2
**techniques**
119:7
**ted**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**teenagers**
142:2, 142:14,
142:15
**telephone**
19:22, 67:19,
67:23
**television**
21:15, 139:9,
173:13
**tell**
13:25, 17:15,
19:2, 49:23,
53:11, 61:14,
63:7, 83:19,
108:4, 122:15,
123:5, 124:20,
127:11, 127:12,
129:15, 130:21,
134:8, 149:3,
149:11, 160:18,
164:9, 172:15,

197:9, 210:6,
211:12, 212:3,
212:5, 214:24,
215:10, 218:10
**telling**
107:13, 137:2,
150:6, 153:23,
180:21
**tells**
33:20, 80:6
**ten**
100:7, 178:3,
220:18
**tend**
196:10
**tense**
104:8, 110:13,
110:14, 191:6
**term**
21:12, 22:5,
41:7, 54:18,
56:4, 98:7,
116:18, 116:19
**terms**
17:18, 17:19,
27:4, 55:16,
59:9, 62:6,
78:1, 81:25,
98:13, 99:11,
121:18, 126:18,
167:6, 188:10,
213:4, 216:18
**terre**
13:14, 14:1,
14:7, 14:8,
14:11
**testified**
11:16, 56:15,
56:20, 59:4,
60:6, 61:2,
61:9, 156:1,
208:3
**testify**
65:4, 91:5
**testifying**
59:11, 66:13,
80:23
**testimony**
57:12, 57:16,

57:19, 58:23,
59:5, 59:10,
59:13, 59:17,
59:19, 59:22,
59:24, 63:11,
64:2, 80:22,
82:23, 85:16,
224:5, 224:6
**texts**
23:8
**th**
25:10, 46:12,
52:24, 65:13,
69:20, 74:4,
75:1, 222:11,
224:14
**thank**
8:2, 8:19,
12:14, 12:15,
24:24, 27:4,
28:9, 54:22,
58:18, 73:1,
93:21, 120:19,
138:18, 142:17,
152:13, 219:16,
220:20, 223:11,
223:14, 223:15
**thanks**
53:18, 74:15,
186:15
**theater**
15:1
**themself**
10:4
**themselves**
34:6, 134:19
**theories**
52:14
**theorist**
52:18
**theory**
28:19, 28:21,
30:25, 41:18,
52:6, 52:11,
52:13, 52:19,
53:12, 53:14,
53:23, 54:4,
54:6, 54:18,

54:21
**thereafter**
224:7
**therefore**
110:25, 192:21
**they'd**
80:6
**thing**
24:19, 25:20,
32:12, 62:12,
63:24, 87:15,
102:6, 109:24,
110:22, 138:20,
167:7, 167:9,
177:25, 180:19,
184:21, 192:4,
193:13, 197:12,
198:10
**things**
26:17, 27:2,
27:5, 36:21,
37:18, 42:18,
43:17, 44:2,
44:16, 45:3,
49:24, 55:17,
76:7, 77:14,
78:3, 86:20,
92:11, 98:24,
99:8, 102:8,
103:19, 105:1,
108:23, 109:5,
110:11, 110:23,
113:25, 114:8,
146:9, 146:18,
150:6, 184:16,
193:20, 197:1
**thinking**
85:4, 113:24,
113:25, 184:16,
184:17, 186:20,
190:9, 193:15,
193:18
**third**
26:2, 51:10,
51:18, 132:1,
133:21
**thoroughly**
78:14

**thought**
16:15, 37:18,
37:19, 37:22,
43:24, 61:22,
67:12, 96:14,
100:20, 102:8,
113:18, 113:21,
114:8, 118:7,
131:7, 140:15,
151:12, 184:6,
185:9, 185:14,
192:4, 193:13,
195:1, 195:23,
197:21, 212:25,
213:4
**three**
13:11, 22:22,
74:1, 74:6,
77:1, 77:4,
97:11, 111:24,
112:3, 117:20,
122:10, 123:17,
131:21, 142:21,
154:21, 172:6,
173:24, 191:15,
197:2
**through**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 43:15,
43:23, 44:17,
46:1, 64:8,
69:22, 72:18,
75:10, 79:12,
86:3, 86:25,
92:6, 101:17,
111:24, 149:16,
156:8, 156:18,
209:23
**throughout**
181:2, 218:3,
218:13, 218:19
**till**
110:8
**time**
8:17, 9:23,
12:16, 15:12,
15:25, 16:13,

17:8, 17:12,
39:22, 43:11,
49:13, 59:6,
67:3, 68:11,
74:17, 74:20,
76:2, 76:20,
76:22, 77:12,
80:19, 82:15,
87:11, 87:23,
98:22, 99:3,
110:8, 111:5,
114:1, 120:14,
120:17, 123:23,
132:3, 132:12,
135:24, 140:12,
154:10, 164:12,
167:4, 169:11,
172:16, 178:6,
178:9, 204:5,
204:13, 211:5,
211:12, 212:21,
213:18, 213:23,
214:23, 215:18,
218:13, 220:22,
220:25, 221:3,
223:14
**timeframe**
49:11
**times**
1:23, 1:24,
6:10, 6:11, 9:4,
10:10, 45:7,
45:14, 75:19,
76:5, 107:12,
108:6, 122:19
**timing**
120:10
**title**
151:16
**titled**
120:25, 223:5
**today**
9:24, 10:16,
10:23, 11:2,
21:15, 72:11,
73:2, 73:11,
127:12, 127:21,
137:1, 154:8,

188:21, 200:25,
221:14
**today's**
9:15, 9:22
**todd**
4:4, 5:15,
10:15, 10:17,
11:5, 65:19,
67:11, 102:20
**together**
20:11, 22:8,
22:11, 36:3,
36:20, 125:16,
147:16, 182:9
**told**
16:19, 52:4,
53:4, 54:14,
62:8, 64:18,
66:2, 66:3,
77:22, 92:15,
101:7, 101:20,
102:4, 132:3,
139:22, 154:15,
188:16, 190:23,
194:25
**tomahawk**
161:7, 161:9,
161:19
**tomorrow**
41:16
**took**
15:18, 16:12,
67:16, 68:4,
81:10, 96:20,
118:14, 119:8,
135:9, 137:10,
143:21, 157:18,
165:13, 194:19
**tool**
24:6, 25:25
**tools**
23:21, 25:23,
37:6, 39:1
**top**
17:9, 17:13,
73:24, 192:13,
223:5
**tore**
137:8

total
77:3, 222:10
touched
17:1
tourists
122:25
toward
141:19, 166:8,
166:16, 168:1,
168:25, 180:6
towards
15:15, 54:25,
135:24, 141:20,
145:16, 160:13,
166:14, 166:22,
168:1, 193:24
track
57:24
trademark
60:11
tradition
59:7
trailed
152:6
trailing
145:24
training
15:14, 15:24,
43:22, 44:1,
44:14, 134:14,
134:16, 211:8
trajectory
208:6
transcript
82:11, 224:4
transcription
73:19
transitive
118:24
translate
108:13, 108:18,
108:20
translating
108:19
translation
108:17
translations
48:13

traurig
6:5, 10:25
treat
20:16
tremaine
4:14
trial
65:4, 197:8
tribe
88:16, 143:23,
144:12
tried
38:17, 38:25,
75:19, 76:6,
77:22, 89:12,
134:6
tries
115:11
triple
142:7, 142:10,
142:17
true
29:16, 29:25,
31:23, 33:16,
33:21, 33:24,
34:1, 55:20,
61:25, 62:3,
67:13, 78:2,
78:8, 78:12,
79:19, 79:24,
81:7, 82:24,
84:18, 92:1,
94:25, 95:2,
100:21, 101:23,
102:8, 108:8,
108:24, 121:21,
187:17, 187:18,
187:20, 187:23,
188:1, 189:19,
191:9, 191:12,
198:6, 198:14,
199:4, 199:18,
199:21, 206:2,
216:9, 224:4
truth
33:21, 55:19,
56:8, 61:18,
62:5, 77:22,

78:10, 80:12,
87:7, 87:25,
88:1, 94:24,
101:21, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 109:1,
117:10, 119:7,
122:3, 187:8,
187:10, 187:12,
188:17, 188:20,
189:1, 189:2,
189:9, 189:12,
190:1, 190:5,
197:11, 197:24,
198:2, 198:4,
199:14, 199:17,
216:10
truthfully
108:2
try
33:10, 58:16,
58:17, 187:25,
197:22, 209:22
trying
12:25, 37:15,
40:4, 40:10,
78:5, 78:22,
81:19, 84:25,
85:18, 86:15,
86:24, 94:12,
112:24, 132:20,
141:11, 151:17,
153:10, 157:14,
208:7, 212:24,
219:9
tuesday
2:37, 4:2
turk
23:22, 26:3
turn
154:20, 167:25,
193:24
turned
155:18, 165:23,
167:15, 187:15,
194:2, 204:15,

217:7, 217:12
turning
168:24
turns
154:9, 160:10,
165:15, 166:22,
168:2, 168:9,
168:20, 168:21,
168:23, 169:2,
182:12
tv
45:20, 71:2
twice
134:7
two
25:2, 29:19,
32:23, 35:5,
40:18, 66:10,
75:6, 76:14,
77:1, 77:4,
82:9, 83:3,
94:20, 94:25,
95:18, 96:6,
97:11, 98:9,
99:23, 108:19,
110:10, 117:20,
130:12, 154:21,
158:3, 165:10,
176:14, 182:6,
187:2, 190:14,
193:19, 196:4,
198:17, 199:3,
200:13, 202:24,
203:1, 215:24,
216:2, 223:3,
223:4
type
18:15, 21:2,
32:14, 76:12,
116:20
types
18:3, 27:12
typewriting
224:7
typical
144:2
typically
86:2, 103:24,

115:25, 143:22,
145:3, 191:6,
200:14, 200:22,
203:2
**typo**
127:22, 128:19,
128:21
**typos**
127:21

---
**U**
---

**ultimate**
82:3
**umm**
45:2, 71:11,
104:17
**unable**
8:15, 200:16,
203:3
**unclear**
133:2
**under**
16:4, 20:20,
21:21, 26:18,
26:19, 31:1,
31:2, 31:17,
31:18, 33:16,
33:23, 48:9,
53:5, 53:9,
53:12, 53:15,
70:20, 73:15,
102:12, 105:9,
187:2, 224:7
**undergraduate**
14:24, 14:25,
15:3, 35:19,
35:23, 38:12,
49:2
**underlying**
25:13
**understand**
12:7, 12:17,
13:1, 32:13,
32:19, 33:14,
40:2, 54:7,
65:7, 78:11,
79:17, 83:17,
85:1, 104:21,

106:10, 107:20,
118:9, 119:4,
119:25, 184:22,
188:4, 188:5,
191:16, 197:12,
197:18, 198:16,
199:14, 208:21,
211:8
**understanding**
25:23, 84:13,
85:9, 113:12,
187:18, 188:7,
193:6, 197:11
**understood**
12:20, 12:22,
34:22, 38:19,
80:22, 103:6,
107:9, 188:18
**undertake**
19:16, 27:11
**unfriendly**
99:14
**ungrammatical**
44:13
**united**
1:1, 139:10
**universal**
55:21
**universities**
17:9
**university**
14:19, 14:23,
15:8, 15:11,
15:19, 17:4,
35:6, 35:14,
35:16, 36:6,
39:20, 42:1,
49:3, 74:3
**unless**
44:3, 87:13
**unmovable**
212:14
**unmoving**
95:18
**unquote**
128:7
**unreasonable**
104:16

**unrelated**
122:12, 123:17
**until**
24:23, 66:24,
124:14, 130:5,
142:8, 160:2,
162:23, 166:9,
166:17, 166:22,
167:15, 168:2,
172:6, 179:4,
206:20, 213:12,
217:20, 220:13
**unusually**
96:18
**upbringing**
170:23
**updating**
51:21
**usa**
10:23, 11:2
**usage**
23:16, 116:23,
198:21
**usages**
21:11, 21:17,
21:20, 23:8,
24:7, 196:20,
200:1
**use**
19:19, 21:15,
22:10, 22:11,
22:17, 23:21,
24:4, 25:1,
26:3, 27:21,
28:16, 37:6,
48:23, 61:4,
75:17, 95:14,
98:3, 102:25,
108:17, 109:11,
109:13, 111:2,
111:16, 115:10,
115:20, 116:24,
118:24, 139:1,
139:2, 145:1,
147:25, 148:9,
164:14, 168:16,
172:16, 172:17,
184:23, 200:22,

200:24, 200:25,
201:4, 218:5,
219:1, 219:19
**useful**
37:8, 39:1,
108:12
**uses**
23:16, 55:23,
102:24, 116:13,
116:14, 197:13
**using**
91:3, 98:5,
201:2
**usually**
76:15, 139:23,
145:3
**utilize**
76:17
**utter**
19:25, 20:3,
22:23
**utterance**
20:10, 20:21,
26:22, 26:25,
32:23, 33:11,
33:13, 34:12,
55:19, 91:17,
198:5, 198:6
**utterances**
29:19, 30:23,
31:22
**uttered**
95:5, 145:2

---
**V**
---

**vague**
98:9, 132:21
**valid**
196:3, 200:6,
201:10, 201:19,
202:1
**variety**
18:13, 19:9,
21:13, 37:18,
40:8, 42:18,
52:9
**various**
20:13, 49:24,

97:13, 122:11,
134:23
**veracity**
48:1
**verb**
110:13, 116:20,
116:21, 216:19,
220:4
**verbatim**
187:4, 192:11
**version**
112:13
**versus**
9:1, 9:3, 9:6,
9:9, 9:13, 9:20,
20:19, 29:20,
30:6, 30:24,
61:7, 131:23,
139:17, 139:19,
139:23, 140:7
**veteran**
71:24
**via**
8:16
**viacomcbs**
4:19, 5:2
**vicinity**
129:16
**video-recorded**
8:24
**videoed**
134:25
**videographer**
6:18, 8:20,
9:15, 9:22,
9:24, 11:11,
74:16, 74:19,
120:13, 120:16,
122:22, 125:11,
129:13, 130:16,
133:6, 147:2,
148:24, 149:1,
178:5, 178:8,
206:17, 207:16,
220:21, 220:24,
223:16
**videography**
131:1, 134:17

**videotape**
8:21
**videotaping**
135:14
**view**
90:9, 90:20,
104:22, 138:9,
141:9, 141:10,
141:11, 218:10,
220:3
**viewed**
72:17, 141:3,
142:22, 161:19
**viewing**
134:19, 138:24
**views**
86:19, 88:22,
89:13, 89:15,
89:18, 98:18,
124:3, 125:12
**viral**
71:24
**virtually**
2:36, 3:2
**virtue**
30:15, 54:6,
198:6
**vis-a-vis**
133:16, 203:10
**vision**
205:14, 205:16,
206:1, 206:11,
206:25, 207:6
**visiting**
36:5, 40:21
**visual**
51:14, 206:18,
206:21, 207:9,
207:19
**vitae**
58:7

---
**W**
---
**wacker**
5:6
**waded**
176:3
**wading**
160:19, 160:20

**wah**
145:6
**wait**
24:22, 120:20,
124:14, 130:5,
142:8, 162:23,
171:9, 198:14,
206:20, 213:12,
217:20, 220:13
**walk**
110:1, 155:16,
156:18, 180:3,
220:6
**walked**
93:7, 155:10,
155:11, 155:15,
155:19, 156:5,
160:10, 168:19,
176:8, 194:2,
204:14, 204:15,
205:10, 209:11
**walking**
152:15, 154:17,
156:25, 159:2,
159:7, 165:20,
165:22, 166:5,
166:11, 166:14,
166:20, 167:22,
168:4, 168:5,
168:22, 168:25,
169:1, 180:6,
181:22, 182:5,
182:9, 182:15,
208:9, 208:15,
209:16
**walks**
110:1, 156:20,
158:8, 165:12,
167:19, 168:8
**walt**
4:11
**want**
13:5, 13:20,
35:1, 37:13,
46:3, 53:19,
61:10, 61:14,
68:5, 75:4,
81:11, 83:16,

91:6, 93:1,
102:4, 103:14,
103:15, 103:17,
105:24, 106:1,
120:9, 126:2,
126:5, 140:8,
140:9, 146:9,
156:12, 165:16,
167:3, 171:10,
171:24, 177:25,
178:1, 204:25,
222:18
**wanted**
17:14, 18:1,
49:10, 53:17,
59:13, 61:3,
101:18, 118:14,
119:15, 125:12,
132:14, 132:15,
192:5, 205:5,
208:1, 209:15,
209:23
**washington**
4:16, 45:7,
45:14
**waste**
82:15
**watch**
44:25, 45:11,
45:12, 45:19,
45:20, 76:10,
76:13, 76:18,
104:22, 106:19,
169:5, 169:11
**watched**
71:10, 71:19,
72:14, 73:9,
75:19, 75:23,
76:5, 126:10,
135:8, 146:2,
149:12, 149:23,
150:8, 169:13,
215:15
**watching**
71:20, 76:21,
94:14, 139:20,
139:25, 141:15,
144:9, 147:19,

180:3, 183:1
**ways**
19:20, 20:15,
26:10, 26:15,
26:21, 29:11,
36:2, 37:6,
38:24, 51:20,
90:15, 103:10,
136:10, 191:15
**we'll**
222:3
**we're**
13:21, 47:12,
53:25, 56:3,
74:22, 103:14,
120:13, 120:21,
178:8, 222:20
**we've**
105:16, 149:4,
158:18, 210:9,
217:9
**wearing**
99:5, 147:18,
165:10, 180:11
**web**
21:16, 23:21,
23:23, 53:7
**webster**
195:16, 195:24
**webster's**
201:23
**week**
76:25
**weigh**
78:7
**weird**
49:24, 50:2
**well-known**
60:18
**went**
14:16, 14:19,
15:8, 15:20,
16:21, 17:4,
19:22, 35:17,
39:20, 72:14,
76:6, 110:15,
111:24, 149:16,
165:23, 215:9,

216:16, 220:2,
220:3
**weren't**
130:21, 151:20,
155:3
**wessels**
4:6, 57:2, 57:9
**west**
4:23, 5:16,
5:25, 13:7,
157:21, 168:1
**western**
14:8
**whatever**
64:3, 90:24,
94:2, 140:17,
145:22, 148:2,
184:5, 184:7,
222:4
**whereof**
224:13
**whereupon**
223:19
**wherever**
133:10
**whether**
23:24, 32:4,
32:7, 33:18,
53:14, 55:20,
67:12, 72:13,
73:2, 79:24,
91:25, 95:2,
100:21, 102:7,
114:9, 120:4,
121:20, 139:10,
145:4, 145:6,
145:8, 151:12,
153:12, 154:2,
161:18, 163:15,
181:11, 181:14,
182:22, 184:12,
187:20, 187:22,
187:25, 189:19,
199:3, 199:17,
199:20, 200:17,
202:6, 202:14,
203:9, 203:15,
204:18, 205:25,

214:1, 216:8
**white**
142:1, 142:14,
142:15, 151:3,
174:5
**whitehead**
52:23
**whoever**
157:18
**whole**
33:11, 135:9,
177:25, 198:23,
198:25
**wide**
21:13, 52:9
**wider**
172:15
**wiley**
14:13, 14:15
**willing**
66:9, 150:7
**within**
19:11, 28:21,
72:1, 73:13,
84:19, 103:25
**without**
33:12, 87:19,
118:2, 118:3,
195:2, 196:7
**witness**
11:13, 28:3,
28:6, 57:6,
82:23, 85:7,
85:15, 85:16,
85:22, 86:10,
94:7, 94:17,
96:16, 102:18,
102:20, 128:25,
141:23, 142:19,
149:22, 162:5,
162:12, 162:14,
169:8, 170:5,
177:1, 179:1,
182:18, 199:13,
202:19, 211:5,
211:18, 212:3,
212:9, 219:8,
224:13

**witnessing**
141:3
**womb**
110:3
**women**
123:25, 180:5
**won**
183:20, 183:21,
183:24, 183:25,
184:6, 184:11,
184:21, 184:25,
185:13, 185:15
**wonder**
151:2
**word**
23:25, 30:16,
33:2, 33:4,
37:24, 37:25,
44:21, 52:21,
52:22, 95:14,
95:17, 98:3,
98:4, 109:5,
109:19, 115:1,
115:8, 115:9,
116:12, 135:25,
139:1, 139:2,
139:13, 144:22,
145:9, 147:25,
152:16, 164:14,
195:10, 195:11,
196:4, 196:14,
200:14, 200:21,
201:4, 216:13
**words**
20:2, 20:8,
20:11, 20:25,
23:10, 26:10,
27:21, 31:16,
33:17, 33:19,
34:6, 36:3,
38:1, 69:13,
91:3, 92:21,
94:19, 104:7,
111:12, 113:15,
113:17, 114:10,
136:3, 140:8,
144:11, 144:19,
177:21, 185:6,

**work** (cont.)
188:22, 193:6,
193:10, 193:11,
195:3, 196:12,
196:18, 198:21,
198:23, 216:4,
217:1
**work**
12:23, 16:19,
17:14, 21:4,
26:17, 30:25,
35:3, 44:9,
44:11, 53:2,
53:5, 53:9,
54:15, 54:19,
56:18, 58:4,
63:16, 67:1,
68:2, 172:18,
221:9
**worked**
16:2, 21:9,
49:1, 100:6,
221:12, 222:7,
222:10
**working**
15:15, 42:21,
55:8, 100:13,
222:11
**works**
52:1, 197:14,
197:15, 197:17
**world**
17:10, 50:19,
87:11, 112:22
**world's**
52:20
**worth**
132:12, 179:21
**wouldn't**
18:7, 85:11,
109:22, 114:7,
117:17, 118:12,
132:9, 141:6,
144:21, 145:8,
190:18, 190:21,
191:3, 191:6,
191:10, 194:16,
194:17, 194:25,
198:11, 198:15,

206:2
**wrap**
35:1
**wright**
4:14
**write**
27:16, 27:20,
62:22, 64:1,
67:15, 67:17,
89:12, 121:3,
125:6, 156:19
**writing**
38:15, 39:25,
43:13, 53:21,
63:8, 161:22
**written**
24:8, 27:16,
53:9, 105:15,
105:19
**wrong**
52:11, 141:6,
159:3, 159:10,
159:24, 163:16,
165:6, 176:6,
196:24
**wrote**
46:15, 49:5,
63:1, 63:3,
63:4, 67:7

**Y**

**yardstick**
172:15, 173:2
**yardsticks**
172:16, 172:17,
172:19
**yeah**
12:10, 19:24,
22:11, 24:22,
27:8, 28:4,
29:15, 32:16,
34:25, 40:12,
40:14, 41:8,
44:15, 44:24,
45:4, 47:14,
47:24, 51:2,
55:2, 55:4,
57:20, 61:9,

61:22, 63:3,
70:16, 95:25,
102:18, 103:19,
122:5, 147:8,
166:4, 174:3,
190:11, 192:14,
194:25, 198:19,
221:24
**year**
15:7, 15:10,
15:21, 15:22,
16:13, 41:8,
55:3, 110:9,
221:21
**years**
13:10, 35:5,
35:15, 37:20,
197:16
**yelled**
185:16
**yelling**
141:17, 146:18,
183:20, 186:3,
210:21, 211:13,
214:25
**yep**
151:4, 170:15,
201:18, 210:6
**yesterday**
41:15
**yield**
33:24
**york**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14
**young**
170:23
**yourself**
8:17, 18:16,
19:4, 19:5, 92:4

**Z**

**zero**
173:13

**zoom**
55:14, 67:23

**$**

**$300**
221:7

**.**

**.1188**
4:9
**.1222**
5:18
**.1400**
6:8
**.3071**
6:16
**.4499**
4:17
**.8000**
5:8
**.8280**
5:27
**.8900**
4:25

**0**

**00023**
1:21, 9:5
**00024**
1:34, 9:7
**00025**
2:8, 9:11
**00026**
2:18, 9:21
**00027**
2:30, 9:14
**00056**
1:11, 9:2
**01**
9:23, 178:7,
178:9
**03**
185:22
**05**
220:23, 220:25
**06**
224:18
**07**
185:20, 185:25

**09**
223:18, 223:19

---
**1**

**1**
120:15, 120:17,
179:21, 211:11,
211:14, 211:16,
211:25, 212:8,
212:9, 212:11
**10**
4:23, 5:16,
9:23, 46:12,
57:25, 65:13,
75:1, 99:19,
137:6, 143:14,
146:3, 146:7,
148:13, 148:14,
149:5, 149:6,
149:9, 149:17,
149:24, 150:12,
150:14, 150:15,
150:17, 150:18,
150:19, 151:1,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5
**100**
218:13
**10027**
13:8
**11**
74:4, 74:17,
74:18, 74:20,
171:12, 171:17,
179:9, 186:22,
187:1, 224:14
**116**
135:1
**12**
7:4, 120:14,
120:15, 188:12,
189:16
**12207**
6:7
**1221**
10:2
**123**
13:7

**13**
83:23, 83:24,
192:9, 200:10,
201:1, 203:23
**1301**
4:15
**14**
74:17, 74:18,
88:20, 93:1,
93:14, 170:11,
215:4, 215:19,
215:20
**147**
179:18
**16**
47:6, 171:6,
171:11, 171:13,
171:15, 171:16,
173:13, 176:10,
177:17
**17**
214:5, 221:12
**18**
69:20, 69:23,
70:1, 70:4,
72:9, 72:19,
75:10, 75:17,
77:7, 79:12,
121:4, 122:7,
183:12, 183:14,
201:14, 204:11,
211:11, 211:14,
211:25, 217:24
**19**
1:11, 9:2,
25:10, 52:24
**1950**
23:4, 25:11
**1978**
15:3
**1979**
15:22
**1981**
48:25
**1988**
35:17

---
**2**

**2**
156:17, 178:6,

178:7
**20**
1:21, 1:34,
2:8, 2:18, 2:30,
9:5, 9:7, 9:11,
9:14, 9:21,
13:7, 25:10,
52:24, 120:14,
120:15, 146:7,
148:13, 148:14,
158:24, 160:2,
160:7, 160:23,
161:1, 172:20,
224:18
**200**
14:9, 37:20
**20005**
4:16
**2005**
38:9
**2016**
35:18, 38:9,
40:21
**2019**
40:21, 69:20,
121:4
**202.973**
4:17
**2021**
2:37, 4:2,
7:15, 9:23,
46:13, 47:4,
47:15, 75:1,
99:19, 222:17,
223:7, 224:14
**2022**
42:12
**2023**
224:18
**21**
65:16, 65:17,
165:9, 221:22,
222:4, 222:6
**22**
211:11, 211:16,
212:8, 212:9
**223**
7:12

**224**
1:41
**23**
224:18
**233**
5:6
**2400**
6:14
**250**
4:7
**26**
46:10, 64:24
**27**
120:17, 222:11
**2700**
4:23
**28**
178:6, 178:7,
210:13, 210:15,
211:3
**29**
74:18, 74:20,
212:8, 212:11
**2:-cv--wob-cj**
9:11
**2:-cv--wob-cjs**
2:8, 2:18,
2:30, 9:14

---
**3**

**3**
178:7, 178:9,
183:12, 183:14,
185:19, 185:22,
210:13, 210:14,
210:15, 210:18,
220:22, 220:23
**3-foot**
171:10, 171:20,
174:2, 175:3,
177:18, 178:16
**30**
2:37, 131:15,
132:18, 133:23,
161:25
**300**
6:14
**312.876**
5:8

**317.635**
4:25
**32**
160:24, 161:3,
162:2, 163:18,
163:21, 210:14,
210:18
**33**
183:12, 183:17,
187:16
**34**
214:7, 214:10,
214:19
**37**
187:14, 214:8,
214:12
**39**
162:13, 163:6,
163:8, 164:21

**4**

**4**
185:20, 185:25,
220:23, 220:25,
223:18, 223:19
**40**
131:15, 133:23,
163:5, 165:21,
187:16, 197:16
**40202**
5:26
**41**
162:1, 163:19,
164:18, 165:2
**41017**
4:8, 6:15
**416134**
1:40
**43**
163:24
**43215**
5:17
**46**
164:19, 165:2
**46204**
4:24
**47**
7:9, 164:24,

169:19, 169:21
**48**
179:21
**4th**
5:25

**5**

**50**
132:18, 178:23,
179:1, 179:4,
220:22, 220:23
**500**
4:7, 4:16
**501**
13:7
**502.540**
5:27
**518.689**
6:8
**53**
185:19
**54**
6:6
**58**
169:19, 169:24
**59**
8:1
**5900**
5:6

**6**

**6-second**
171:11
**60**
88:14
**60606**
5:7
**615.565**
5:18
**6th**
6:6

**7**

**7**
68:20
**70**
88:14
**710**
5:25

**78**
49:1
**7th**
9:16, 9:23,
222:17

**8**

**8-second**
159:15, 160:1
**80**
15:23, 49:2,
52:8
**859.344**
4:9
**859.578**
6:16

**9**

**9**
2:37, 8:1