# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 2:20-cv-00024-WOB-CJS |
| v. | ) ) ) |
| CBS NEWS, INC. d/b/a CBSN, VIACOMCBS, INC., and CBS INTERACTIVE, INC. | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING OF DEPOSITION
## TRANSCRIPT OF NICHOLAS SANDMANN

Pursuant to the Court's Order dated May 19, 2022 (Doc. 82), Defendants CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc. (collectively "CBS"), hereby submit the transcript of the deposition of Plaintiff Nicholas Sandmann conducted on September 13 and 14, 2021. Plaintiff has withdrawn all confidential designations to portions of the deposition previously asserted under the Stipulated Protective Order entered by the Court on June 21, 2021. (Doc. 48.) Accordingly, the entire deposition transcript is submitted for public filing.

Respectfully submitted,

*/s/ Natalie J. Spears*
Natalie J. Spears (admitted *pro hac vice*)
Gregory R. Naron (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-2481
natalie.spears@dentons.com
gregory.naron@dentons.com

Jared A. Cox (KBA #92523)
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40202
Phone: (502) 589-4200
jared.cox@dentons.com

Jessica Laurin Meek (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 635-8900
jessica.meek@dentons.com

*Counsel for Defendants CBS News Inc.,
ViacomCBS Inc. and CBS Interactive Inc.*