

**CONTAINS CONFIDENTIAL INFORMATION**

# Transcript of Nicholas Sandmann

**Date:** September 13-14, 2021

**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
2         NORTHERN DIVISION AT COVINGTON

3    CONTAINS CONFIDENTIAL INFORMATION - FULL VERSION

4   ------------------------------X

5   NICHOLAS SANDMANN, by and    :
    Through his parents and natural
6   Guardians, TED SANDMANN and  :
    JULIE SANDMANN,
7               Plaintiff,   : Case No.
          V            19-CV-00056-WOB-CJS
8                      :

    NBCUNIVERSAL MEDIA, LLC,
9             Defendant.  :

10  ------------------------------X

11  NICHOLAS SANDMANN, by and    :
    Through his parents and natural
12  Guardians, TED SANDMANN and  :
    JULIE SANDMANN,
13           Plaintiff,   : Case No.
         V           20-CV-00023-WOB-CJS
14                    :

    THE NEW YORK TIMES COMPANY
15  D/B/A THE NEW YORK TIMES,   :
             Defendant.
16  ------------------------------X

17  NICHOLAS SANDMANN, by and    :
18  Through his parents and natural
    Guardians, TED SANDMANN and  :
19  JULIE SANDMANN,
           Plaintiff,   : Case No.
20        V           20-CV-00024-WOB-CJS
                    :
21  CBS NEWS, INC., et al.,
            Defendants.  :
22  ------------------------------X

23  Job Nos.:  396015 and 396018

24  Pages 1 - 466

25  Reported by:  Dianna C. Kilgalen

```
 1    ------------------------------X

 2    NICHOLAS SANDMANN, by and      :
      Through his parents and natural
 3    Guardians, TED SANDMANN and    :
      JULIE SANDMANN,
 4                   Plaintiff,      : Case No.
                V                      2:20-CV-00025-WOB-CJS
 5                                   :
      ABC NEWS, INC., et al.,
 6                   Defendants.     :

 7    ------------------------------X

 8    NICHOLAS SANDMANN, by and      :
      Through his parents and natural
 9    Guardians, TED SANDMANN and    :
      JULIE SANDMANN,
10                   Plaintiff,      : Case No.
                V                      2:20-CV-00026-WOB-CJS
11                                   :
      GANNETT CO.,INC. AND GANNETT
12    SATELLITE INFORMATION NETWORK, :
      LLC,
13
                     Defendants.     :
14
      ------------------------------X
15
      NICHOLAS SANDMANN, by and      :
16    Through his parents and natural
      Guardians, TED SANDMANN and    :
17    JULIE SANDMANN,
                     Plaintiff       : Case No.
18              V                      2:20-CV-00027-WOB-CJS
                                     :
19    ROLLING STONE, LLC, et al.,
                     Defendants.     :
20
      ------------------------------X
21

22

23

24

25
```

1    Deposition of NICHOLAS SANDMANN

2            Conducted Virtually

3        Monday September 13, 2021

4                9:16 a.m.

5                  and

6        Tuesday, September 14, 2021

7                9:16 a.m.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              Deposition of NICHOLAS SANDMANN,

2     conducted virtually.

3

4

5

6

7

8

9              Pursuant to Notice, before Dianna C.

10    Kilgalen, Notary Public for the State of

11    Maryland.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2    Monday, September 13, 2021:

3    ON BEHALF OF THE PLAINTIFF:

4            TODD V. McMURTRY, ESQUIRE

5            WILL HUBER, ESQUIRE

6            HEMMER DEFRANK WESSELS, PLLA

7            250 Grandview Drive, Suite 500

8            Ft. Mitchell, Kentucky 41017

9            859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC

11   NEWS INTERACTIVE, INC. AND THE WALT DISNEY

12   COMPANY:

13           NATHAN SIEGEL, ESQUIRE

14           MEENAKSHI KRISHNAN, ESQUIRE

15           DAVIS WRIGHT TREMAINE, LLP

16           1301 K Street, Northwest, Suite 500

17           Washington, DC 20005

18           202.973.4499

19   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

20   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

21           JESSICA LAURIN MEEK, ESQUIRE

22           DENTONS BINGHAM GREENBAUM, LLP

23           10 West Market Street, Suite 2700

24           Indianapolis, Indiana 46204

25           317.635.8900
```

```
1        A P P E A R A N C E S    C O N T I N U E D

2    Monday, September 13, 2021:

3    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

4    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

5            NATALIE J. SPEARS, ESQUIRE

6            DENTONS US, LLP

7            233 South Wacker Drive

8            Suite 5900

9            Chicago, Illinois 60606

10           312.876.8000

11   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

12   PENSKE MEDIA CORPORATION:

13           KEVIN T. SHOOK, ESQUIRE

14           FROST BROWN TODD, LLC

15           10 West Broad Street

16           Columbus, Ohio 43215

17           615.565.1222

18   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

19   GANNETT SATELLITE INFORMATION NETWORK, LLC:

20           MICHAEL P. ABATE, ESQUIRE

21           KAPLAN JOHNSON ABATE & BIRD, LLP

22           710 West Main Street

23           4th Floor

24           Louisville, Kentucky 40202

25           502.540.8280
```

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2   Monday, September 13, 2021:

 3   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

 4   GANNETT SATELLITE INFORMATION NETWORK, LLC:

 5           MICHAEL J. GRYGIEL, ESQUIRE

 6           GREENBERG TRAURIG, LLP

 7           54 State Street

 8           6th Floor

 9           Albany, New York 12207

10           518.689.1400

11   ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

12   LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

13   YORK TIMES:

14           DARREN W. FORD, ESQUIRE

15           GRAYDON HEAD & RITCHEY, LLP

16           2400 Chamber Center Drive, Suite 300

17           Ft. Mitchell, Kentucky 41017

18           859.578.3071

19

20

21

22

23

24

25
```

1    Also present:

2         John Parkman, Videographer

3         Ted Sandmann

4         Justine Beyda

5         Marie Jones

6         Matthew Schafer

7         Daniel Kummer

8         Austin Costello, Planet Depos AV Technician

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S
 2   Tuesday, September 14, 2021:
 3   ON BEHALF OF THE PLAINTIFF:
 4           TODD V. McMURTRY, ESQUIRE
 5           WILL HUBER, ESQUIRE
 6           HEMMER DEFRANK WESSELS, PLLA
 7           250 Grandview Drive, Suite 500
 8           Ft. Mitchell, Kentucky 41017
 9           859.344.1188
10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC
11   NEWS INTERACTIVE, INC. AND THE WALT DISNEY
12   COMPANY:
13           NATHAN SIEGEL, ESQUIRE
14           MEENAKSHI KRISHNAN, ESQUIRE
15           DAVIS WRIGHT TREMAINE, LLP
16           1301 K Street, Northwest, Suite 500
17           Washington, DC 20005
18           202.973.4499
19             - and-
20           ROBERT B. CRAIG, ESQUIRE
21           TAFT STETTINIUS & HOLLISTER, LLP
22           50 East River Center Boulevard
23           Suite 850
24           Covington, Kentucky 41011-1683
25           859.547.4300
```

1        A P P E A R A N C E S    C O N T I N U E D

2    Tuesday, September 14, 2021:

3    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

4    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

5              JESSICA LAURIN MEEK, ESQUIRE

6              DENTONS BINGHAM GREENBAUM, LLP

7              10 West Market Street, Suite 2700

8              Indianapolis, Indiana 46204

9              317.635.8900

10   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

11   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

12             NATALIE J. SPEARS, ESQUIRE

13             DENTONS US, LLP

14             233 South Wacker Drive

15             Suite 5900

16             Chicago, Illinois 60606

17             312.876.8000

18   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

19   PENSKE MEDIA CORPORATION:

20             KEVIN T. SHOOK, ESQUIRE

21             FROST BROWN TODD, LLC

22             10 West Broad Street

23             Columbus, Ohio 43215

24             615.565.1222

25

```
1         A P P E A R A N C E S   C O N T I N U E D

2    Tuesday, September 14, 2021:

3    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

4    GANNETT SATELLITE INFORMATION NETWORK, LLC:

5              MICHAEL P. ABATE, ESQUIRE

6              KAPLAN JOHNSON ABATE & BIRD, LLP

7              710 West Main Street

8              4th Floor

9              Louisville, Kentucky 40202

10             502.540.8280

11   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

12   GANNETT SATELLITE INFORMATION NETWORK, LLC:

13             MICHAEL J. GRYGIEL, ESQUIRE

14             GREENBERG TRAURIG, LLP

15             54 State Street, 6th Floor

16             Albany, New York 12207

17             518.689.1400

18   ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

19   LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

20   YORK TIMES:

21             DARREN W. FORD, ESQUIRE

22             GRAYDON HEAD & RITCHEY, LLP

23             2400 Chamber Center Drive, Suite 300

24             Ft. Mitchell, Kentucky 41017

25             859.578.3071
```

1    Also present:

2          John Parkman, Videographer

3          Ted Sandmann

4          Justine Beyda

5          Marie Jones

6          Matthew Schafer

7          Daniel Kummer

8          Sara Loiler, Planet Depos AV Technician

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    C O N T E N T S

2    EXAMINATION OF NICHOLAS SANDMANN              PAGE

3    By MR. SIEGEL:                        16, 252

4

5

6                    E X H I B I T S

7              (Previously marked and submitted.)

8

9

10   Confidential portions:

11   Page 183, Line 12 to Page 187, Line 15

12   Page 195, Line 11 to Page 199, Line 17

13   Page 306, Line 2 to Page 307, Line 5

14   Page 308, Line 25 to Page 309, Line 13

15   Page 427, Line 19 to Page 463, Line 16

16

17

18

19

20

21

22

23

24

25
```

```
1          THE VIDEOGRAPHER:  This begins the              09:14:40

2    video-recorded deposition of Nicholas Sandmann in     09:14:45

3    the matter of Nicholas Sandmann, et al. versus         09:14:48

4    NBCUniversal Media, LLC, Case Number                   09:14:51

5    19-CV-00056-WOB-CJS, and Nicholas Sandmann versus      09:14:56

6    The New York Times Company, dba The New York           09:15:06

7    Times, Case Number 20-CV-00023-WOB-CJS, and            09:15:08

8    Nicholas Sandmann, et al. versus CBS News,             09:15:19

9    Incorporated, et al., Case Number                      09:15:22

10   20-CV-00024-WOB-CJS, and Nicholas Sandmann, et         09:15:25

11   al. versus ABC News, Incorporated, et al., Case        09:15:33

12   Number 2:20-CV-00025-WOB-CJS, and Nicholas             09:15:38

13   Sandmann, et al. versus Gannett Company,               09:15:50

14   Incorporated, et al., Case Number                      09:15:53

15   2:20-CV-00026-WOB-CJS, and Nicholas Sandmann, et       09:15:55

16   al. versus Rolling Stone, LLC, et al., Case            09:16:05

17   Number 2:20-CV-00027-WOB-CJS, each case filed in       09:16:09

18   the United States District Court Eastern District      09:16:21

19   of Kentucky Northern Division at Covington.            09:16:24

20          Today's date is Monday September 13th,          09:16:28

21   2021.  The time on the video monitor is now            09:16:31

22   9:16 a.m. eastern daylight time.                       09:16:35

23          The videographer today is John Parkman          09:16:38

24   representing Planet Depos.  This video deposition      09:16:41

25   is taking place remotely via Zoom video                09:16:43
```

| | | |
|---|---|---|
| 1 | conference. | 09:16:44 |
| 2 | Would counsel please voice identify | 09:16:45 |
| 3 | themselves and state whom they represent? | 09:16:47 |
| 4 | MR. SIEGEL:  This is Nathan Siegel. | 09:16:51 |
| 5 | Sorry. | 09:16:55 |
| 6 | MR. McMURTRY:  Go ahead. | 09:16:55 |
| 7 | MR. SIEGEL:  Nathan Siegel.  I represent | 09:16:55 |
| 8 | ABC News. | 09:16:56 |
| 9 | MR. McMURTRY:  Todd McMurtry | 09:16:59 |
| 10 | representing Nicholas Sandmann. | 09:17:01 |
| 11 | MS. MEEK:  Jessica Meek representing | 09:17:05 |
| 12 | CBS. | 09:17:08 |
| 13 | MR. FORD:  Darren Ford representing | 09:17:08 |
| 14 | NCBUniversal, LLC and The New York Times Company. | 09:17:09 |
| 15 | MS. KRISHNAN:  Meenu Krishnan | 09:17:11 |
| 16 | representing ABC. | 09:17:14 |
| 17 | MR. ABATE:  This is Michael Abate on | 09:17:16 |
| 18 | behalf of Gannett Company. | 09:17:19 |
| 19 | MR. GRYGIEL:  And also Michael Grygiel, | 09:17:21 |
| 20 | Greenberg Traurig, representing Gannett Company | 09:17:24 |
| 21 | and Gannett Satellite Information Network. | 09:17:26 |
| 22 | MS. SPEARS:  Natalie Spears representing | 09:17:29 |
| 23 | CBS News, Inc., Viacom, CBS, Inc. and CBS | 09:17:32 |
| 24 | Interactive, Inc. | 09:17:38 |
| 25 | MR. SHOOK:  Kevin Shook representing | 09:17:42 |

| | | |
|---|---|---|
| 1 | Rolling Stone. | 09:17:44 |
| 2 | MR. HUBER:  Will Huber representing Nick | 09:17:46 |
| 3 | Sandmann. | 09:17:53 |
| 4 | MR. SIEGEL:  I think that is everybody. | 09:17:57 |
| 5 | THE VIDEOGRAPHER:  All right.  The court | 09:17:58 |
| 6 | reporter today is Dianna Kilgalen also | 09:17:59 |
| 7 | representing Planet Depos. | 09:18:02 |
| 8 | Will the reporter please swear in the | 09:18:16 |
| 9 | witness? | 09:18:19 |
| 10 | P R O C E E D I N G S | 09:18:22 |
| 11 | NICHOLAS SANDMANN, having been duly | 09:18:22 |
| 12 | sworn, testified as follows: | 09:18:22 |
| 13 | MR. SIEGEL:  Are we ready to begin? | 09:18:22 |
| 14 | MR. McMURTRY:  We are ready. | 09:18:28 |
| 15 | EXAMINATION BY COUNSEL FOR THE DEFENDANTS | 09:18:29 |
| 16 | ABC NEWS, INC., ABC NEWS INTERACTIVE, INC. AND | 09:18:29 |
| 17 | THE WALT DISNEY COMPANY | 09:18:29 |
| 18 | BY MR. SIEGEL: | 09:18:29 |
| 19 | Q.    Okay.  Good morning.  Nick, is it okay | 09:18:29 |
| 20 | if I call you Nick? | 09:18:32 |
| 21 | A.    Yes. | 09:18:34 |
| 22 | Q.    Okay.  Have you ever had a deposition | 09:18:34 |
| 23 | taken before? | 09:18:36 |
| 24 | A.    No, I have not. | 09:18:37 |
| 25 | Q.    Okay.  So I'm sure you have been told, I | 09:18:39 |

| 1 | will ask you a series of questions.  It's | 09:18:45 |
| 2 | possible other lawyers may question you after or | 09:18:47 |
| 3 | not. | 09:18:50 |
| 4 | If any of my questions are unclear, just | 09:18:57 |
| 5 | let me know, and I will try to rephrase them to | 09:19:00 |
| 6 | make them more clear. | 09:19:03 |
| 7 | It is important to try to give -- I can | 09:19:05 |
| 8 | see you are already -- and it's normal to be | 09:19:09 |
| 9 | shaking your head yes, no.  Try to give audible | 09:19:13 |
| 10 | answers because there is a court reporter who is | 09:19:17 |
| 11 | making a record of this and she takes down words, | 09:19:20 |
| 12 | you know, not gestures.  So if you can try to do | 09:19:23 |
| 13 | that, we would appreciate it. | 09:19:28 |
| 14 | If you need to take a break at any | 09:19:29 |
| 15 | point, just let us know.  Okay? | 09:19:31 |
| 16 | A.    Okay. | 09:19:33 |
| 17 | Q.    Why don't you say just for the record, | 09:19:34 |
| 18 | what is your full name? | 09:19:38 |
| 19 | A.    My full name is Nicholas Joseph | 09:19:39 |
| 20 | Sandmann. | 09:19:42 |
| 21 | Q.    And how old are you? | 09:19:42 |
| 22 | A.    I'm 19 years old. | 09:19:43 |
| 23 | Q.    And what's your birth date? | 09:19:45 |
| 24 | A.    July 24th. | 09:19:47 |
| 25 | Q.    And who are your parents? | 09:19:49 |

| | | |
|---|---|---|
| 1 | A.  My parents are Ted and Julie Sandmann. | 09:19:53 |
| 2 | Q.  Do you have any siblings? | 09:19:58 |
| 3 | A.  I have two younger brothers. | 09:19:59 |
| 4 | Q.  And what are their names? | 09:20:01 |
| 5 | A.  Nathan and Nolan Sandmann. | 09:20:03 |
| 6 | Q.  How old are they? | 09:20:05 |
| 7 | A.  Nate is now 16.  And Nolan is 11. | 09:20:06 |
| 8 | Q.  Okay.  And where are you currently | 09:20:11 |
| 9 | attending school? | 09:20:15 |
| 10 | A.  I go to Transylvania University. | 09:20:16 |
| 11 | Q.  And what year are you in? | 09:20:21 |
| 12 | A.  I'm a sophomore. | 09:20:22 |
| 13 | Q.  And where did you go to high school? | 09:20:24 |
| 14 | A.  Covington Catholic. | 09:20:26 |
| 15 | Q.  And before I continue, have you declared | 09:20:30 |
| 16 | a major yet? | 09:20:32 |
| 17 | A.  I have not officially. | 09:20:33 |
| 18 | Q.  Unofficially, do you have -- this isn't | 09:20:36 |
| 19 | going to bind you in anything. | 09:20:39 |
| 20 | Unofficially, do you have a sense of | 09:20:41 |
| 21 | what you may want to major in? | 09:20:43 |
| 22 | A.  Yes. | 09:20:45 |
| 23 | Q.  And what is that? | 09:20:45 |
| 24 | A.  PPE, which is politics, philosophy and | 09:20:46 |
| 25 | economics. | 09:20:51 |

| | | |
|---|---|---|
| 1 | Q. Okay. And what -- what grade does | 09:20:52 |
| 2 | Covington Catholic start in? | 09:20:57 |
| 3 | A. Freshman year. | 09:20:58 |
| 4 | Q. So the ninth grade? | 09:21:00 |
| 5 | A. Ninth grade, yes. | 09:21:01 |
| 6 | Q. And so before you went to Covington, | 09:21:04 |
| 7 | where did you go to middle school? | 09:21:06 |
| 8 | A. I went to St. -- | 09:21:08 |
| 9 | THE REPORTER: I'm sorry. This is the | 09:21:13 |
| 10 | reporter. I'm getting feedback. I didn't | 09:21:18 |
| 11 | understand his answer. | 09:21:21 |
| 12 | MR. SIEGEL: Somebody may have a line on | 09:21:22 |
| 13 | or something. Which answer did -- was it the | 09:21:24 |
| 14 | name of the middle school? | 09:21:33 |
| 15 | THE REPORTER: Middle school. | 09:21:33 |
| 16 | A. I went to St. Pius for grade school. | 09:21:34 |
| 17 | BY MR. SIEGEL: | 09:21:39 |
| 18 | Q. Did that take you all the way through | 09:21:39 |
| 19 | eighth grade? | 09:21:41 |
| 20 | A. Yes. | 09:21:42 |
| 21 | Q. I take it that is a private school? | 09:21:43 |
| 22 | A. Yes. | 09:21:45 |
| 23 | Q. Okay. Have you ever been employed? | 09:21:50 |
| 24 | A. I have. | 09:21:50 |
| 25 | Q. Where have you worked? | 09:21:54 |

1      A.      I have worked in my counsel's law firm          09:21:56

2      and I have worked at a golf course this past          09:21:58

3      summer and I have also worked for the then Senate          09:22:01

4      Majority Leader Mitch McConnell.          09:22:06

5      Q.      Okay.  Let's do those one at a time.  So          09:22:09

6      what did you do in your counsel's office?          09:22:11

7      A.      I mostly spend time organizing          09:22:13

8      spreadsheets and cataloging information off          09:22:16

9      Twitter as well as doing some research.          09:22:20

10     Q.      Excuse me.  When did you do that?          09:22:24

11     A.      I did that the summer going into my          09:22:26

12     senior year of high school.          09:22:34

13     Q.      What did you do for Senator McConnell?          09:22:36

14     A.      I spent most of my time driving around          09:22:39

15     the state speaking to potential voters.  And then          09:22:41

16     I also spent time talking to college students on          09:22:45

17     Zoom.          09:22:49

18     Q.      And when did you do that?          09:22:49

19     A.      I did it during the -- his most recent          09:22:51

20     campaign, leading up to November 3rd.          09:22:57

21     Q.      And how long did you do that for?          09:23:00

22     A.      I think I did it for about two and a          09:23:03

23     half to three months.  I can't recall exactly.          09:23:06

24     Q.      And was that a -- was that paid          09:23:09

25     employment?          09:23:12

| | |
|---|---|
| 1 | A.    It was paid. | 09:23:12 |
| 2 | Q.    And what did you do at the golf course? | 09:23:13 |
| 3 | A.    I cleaned golf carts and helped guests | 09:23:19 |
| 4 | out with whatever they needed. | 09:23:24 |
| 5 | Q.    Is that like a summer job for -- | 09:23:26 |
| 6 | A.    Yes. | 09:23:28 |
| 7 | Q.    When?  Which summer? | 09:23:28 |
| 8 | A.    This most recent summer. | 09:23:29 |
| 9 | Q.    Okay.  What are your parents' | 09:23:32 |
| 10 | occupations? | 09:23:37 |
| 11 | A.    My dad is a salesman and my mom handles | 09:23:38 |
| 12 | relationships.  She's a relationship manager. | 09:23:43 |
| 13 | Q.    Is that a therapist or -- | 09:23:47 |
| 14 | A.    No.  She works in the financial -- | 09:23:49 |
| 15 | Q.    Oh, okay, that kind of relationship. | 09:23:53 |
| 16 | A.    Yes. | 09:23:56 |
| 17 | Q.    Okay.  Just at the present, what are | 09:23:57 |
| 18 | your career aspirations? | 09:24:07 |
| 19 | A.    I would like to become a lawyer, and I | 09:24:09 |
| 20 | don't know after that. | 09:24:11 |
| 21 | Q.    There may never be an after, we can all | 09:24:13 |
| 22 | tell you. | 09:24:17 |
| 23 | Why would you like to become a lawyer? | 09:24:17 |
| 24 | A.    I took -- or I did mock trial in high | 09:24:20 |
| 25 | school, and I realized about sophomore year | 09:24:22 |

1    that -- excuse me -- that that was something that                09:24:26

2    I actually liked doing.                                          09:24:29

3        Q.    Is there anything particular that sort                 09:24:31

4    of draws you to it?                                              09:24:33

5        A.    I like standing up in front of a                       09:24:35

6    courtroom and being able to argue for someone and                09:24:37

7    kind of putting facts together.                                  09:24:41

8        Q.    Okay.  At the end of the deposition, I                 09:24:43

9    think I'm going to ask you off the record whether                09:24:49

10   this experience makes you more or less likely.                   09:24:51

11   You don't have to answer.  It will be off the                    09:24:53

12   record.  But I'm curious anyway, if you still                    09:24:55

13   want to do that.                                                 09:24:59

14             What role does faith play in your life?                09:25:02

15       A.    I would say a rather large role.  I kind               09:25:06

16   of look at faith as it's not the answers to                      09:25:10

17   questions I have.  At least that's -- I know the                 09:25:18

18   answer is there, and I might not understand what                 09:25:20

19   it is.  So I would say a pretty large role.  It                  09:25:22

20   definitely shapes my growing up, going through a                 09:25:26

21   Catholic grade school and high school.                           09:25:31

22       Q.    And do you -- do you consider yourself a               09:25:35

23   conservative politically?                                        09:25:40

24       A.    I would say yes.                                       09:25:42

25       Q.    And what does that mean to you?                        09:25:43

1    A.    To me, a conservative believes in small            09:25:46

2    government and a small and limited government            09:25:51

3    that's able to protect the rights of its                09:25:55

4    citizens.                                                09:25:58

5    Q.    Up -- up to the time of the incident              09:26:07

6    that brings us all here today, have you taken any        09:26:08

7    classes about Native American history?                   09:26:11

8    A.    Yes.  Currently, I was taking advanced            09:26:13

9    placement U.S. history which covered Native              09:26:17

10   Americans.                                               09:26:22

11   Q.    So as -- were you a junior at the time?           09:26:23

12   A.    Yes.                                               09:26:26

13   Q.    So you were in AP U.S. history as a               09:26:26

14   junior?                                                  09:26:32

15   A.    Yes.                                               09:26:32

16   Q.    Did it have any particular focus on              09:26:32

17   Native Americans as the curriculum?                      09:26:35

18   A.    It -- whatever the curriculum was.  I            09:26:39

19   mean, they were definitely covered.                      09:26:42

20   Q.    Okay.  Have you ever taken any -- well,          09:26:44

21   up to the point of this incident, had you taken          09:26:47

22   any classes on Native American culture?                  09:26:49

23   A.    I had never taken a class specifically           09:26:52

24   focused on Native American culture.                      09:26:54

25   Q.    Since then, have you taken any classes           09:26:57

| | | |
|---|---|---|
| 1 | that specifically focused on Native Americans in | 09:27:00 |
| 2 | any way? | 09:27:02 |
| 3 | A.    No. | 09:27:03 |
| 4 | Q.    Have you just on your own done any | 09:27:05 |
| 5 | reading or studying about Native Americans | 09:27:09 |
| 6 | specifically? | 09:27:13 |
| 7 | A.    I would say yes.  The reason I took AP | 09:27:13 |
| 8 | U.S. history and then AP modern European history | 09:27:18 |
| 9 | the next year, is I like studying history and | 09:27:22 |
| 10 | stuff.  So I like reading around and knew a ton | 09:27:24 |
| 11 | of topics, including Native Americans. | 09:27:29 |
| 12 | Q.    So what -- do you recall anything in | 09:27:33 |
| 13 | particular that you have read relating | 09:27:35 |
| 14 | specifically to Native Americans? | 09:27:37 |
| 15 | A.    Not particularly. | 09:27:40 |
| 16 | Q.    Okay.  So just have you read any books | 09:27:41 |
| 17 | that were specifically about Native American | 09:27:45 |
| 18 | history or culture? | 09:27:49 |
| 19 | A.    The only book relating to the Native | 09:27:50 |
| 20 | Americans that I can recall, I actually read back | 09:27:52 |
| 21 | in the seventh grade.  I read the Last of the | 09:27:56 |
| 22 | Mohicans. | 09:28:00 |
| 23 | Q.    And I may have asked this, so I do | 09:28:05 |
| 24 | apologize.  But since this incident, have you | 09:28:11 |
| 25 | taken any classes on -- specific to Native | 09:28:14 |

| | | |
|---|---|---|
| 1 | Americans? | 09:28:17 |
| 2 | A.    No. | 09:28:18 |
| 3 | Q.    At the time of this incident, who did | 09:28:19 |
| 4 | you consider your five best friends? | 09:28:24 |
| 5 | A.    I would say -- do you want me to | 09:28:29 |
| 6 | identify them by first and last names? | 09:28:37 |
| 7 | MR. SIEGEL:  Yes, yes. | 09:28:39 |
| 8 | A.    I would say Will Fike (phonetically | 09:28:40 |
| 9 | spelled), Will Fries, Steven Schaeper, Henry | 09:28:44 |
| 10 | Bennett and Avery Logan. | 09:28:47 |
| 11 | Q.    Okay.  And are you still friendly with | 09:28:53 |
| 12 | all of them? | 09:28:55 |
| 13 | A.    Yes. | 09:28:56 |
| 14 | Q.    Did you -- did you like going to | 09:29:04 |
| 15 | Covington Catholic? | 09:29:05 |
| 16 | A.    I did. | 09:29:09 |
| 17 | Q.    Why?  What did you like about it? | 09:29:09 |
| 18 | A.    I kind of felt that I thrived more at an | 09:29:12 |
| 19 | all-male school because it allowed me just to | 09:29:16 |
| 20 | kind of just focus on schoolwork.  And everyone | 09:29:19 |
| 21 | in my class was someone that I could easily talk | 09:29:22 |
| 22 | to.  And I just felt really connected there. | 09:29:25 |
| 23 | Q.    Do you know about how many students the | 09:29:28 |
| 24 | school has? | 09:29:31 |
| 25 | A.    I would say around 600, give or take. | 09:29:32 |

1    Q.    Now, I have heard that Covington                   09:29:36

2    students are sometimes referred to as the Colonel        09:29:43

3    Crazies?                                                 09:29:46

4    A.    That's correct.                                    09:29:47

5    Q.    Do you know where that comes from?                 09:29:48

6    A.    I think we were nationally recognized at           09:29:50

7    one point for our student cheering section.              09:29:54

8    Q.    Do you know -- do you have any idea                09:29:57

9    whether that -- where that nickname in particular        09:29:59

10   comes from?                                              09:30:03

11   A.    I do not.                                          09:30:03

12   Q.    Okay.  So what -- what is praising using           09:30:06

13   that nickname about Covington students?                  09:30:13

14   A.    I would say that, unlike most high                 09:30:17

15   schools, Cov Cath is pretty organized in like            09:30:22

16   their cheering section and able to get loud very         09:30:26

17   effectively.  But also when we score a touchdown         09:30:30

18   in football or something, everyone would just go         09:30:34

19   completely wild and celebrate.                           09:30:38

20         We usually had a lot more attendance              09:30:40

21   than other high schools.                                 09:30:43

22   Q.    Did you -- did you attend sports games?            09:30:44

23   A.    Yes.                                               09:30:47

24   Q.    So football games, basketball games?               09:30:48

25   A.    Yes.                                               09:30:51

1        Q.      Are you a sports fan?                          09:30:52

2        A.      I am.                                          09:30:54

3        Q.      So who do you root for?                        09:30:55

4        A.      If we are talking football, then               09:31:01

5   Cincinnati.                                                 09:31:03

6        Q.      The Bengals?                                   09:31:05

7        A.      Yes.  And then I like UK as well.              09:31:07

8        Q.      Do you have a baseball team?                   09:31:12

9        A.      I like the Reds, but --                        09:31:14

10       Q.      The Reds?                                      09:31:16

11       A.      They are here and there, so.                   09:31:18

12       Q.      Fair enough.  I'm an Orioles fan, so           09:31:20

13  they are just there.                                        09:31:23

14               Would it be fair to say that part of the       09:31:31

15  purpose of the cheers that you guys do is to make           09:31:33

16  Covington a tougher place for your opponents to             09:31:36

17  play, your sports opponents?                                09:31:39

18       A.      I would say so.                                09:31:42

19       Q.      One cheer that you guys do is called the       09:31:43

20  sumo cheer?                                                 09:31:47

21       A.      Yes.                                           09:31:49

22       Q.      When is that done?                             09:31:49

23       A.      Honestly, usually there's four senior          09:31:50

24  students that are directing the order of the                09:31:56

25  chants, and I was never involved in that.  So I             09:32:00

1    have no idea when which ones come.  They kind of          09:32:03

2    just read them up to me and then you follow.              09:32:06

3        Q.    So they kind of call them out?                  09:32:09

4        A.    Yes.                                            09:32:11

5        Q.    And is that cheer usually led by someone        09:32:12

6    who takes off their shirt?                                09:32:16

7        A.    Yes.                                            09:32:17

8        Q.    Like -- how is -- like how does the            09:32:18

9    shirtless guy get designated?  Like is -- is that         09:32:21

10   like a thing or --                                        09:32:24

11       A.    It's kind of just like someone with --          09:32:25

12   someone gets picked out of the crowd by the kids          09:32:27

13   around them, and then he goes down and does it.           09:32:30

14       Q.    Is it usually somebody -- is it somebody        09:32:33

15   different every time, or is it like a person each         09:32:37

16   class year or --                                          09:32:38

17       A.    There was like a group of people that          09:32:39

18   would always do it.  It wasn't the same person           09:32:41

19   every game.  But there was a certain group of            09:32:45

20   kids that usually got picked.                            09:32:48

21       Q.    And why is it called the sumo cheer?            09:32:50

22       A.    I think because they kind of act like           09:32:53

23   sumo wrestlers.                                           09:32:56

24       Q.    Are there -- are there any words that          09:32:58

25   are being articulated during that cheer?                  09:33:02

1        A.    I don't think so.  I think it's just        09:33:04

2    yelling.                                              09:33:07

3        Q.    Okay.  And at the end of the cheer, does    09:33:07

4    the leader usually turn around, face the field or     09:33:15

5    the court or whatever it would be?                    09:33:18

6        A.    Yes.                                         09:33:19

7        Q.    And why is that?  Do you know?              09:33:20

8        A.    I think to kind of like show off our        09:33:21

9    strength towards the other team.                      09:33:26

10       Q.    Okay.  And I saw, actually you just did,     09:33:27

11   sometimes kids like at the end, you clench your       09:33:32

12   fists?                                                09:33:34

13       A.    Yes.                                         09:33:35

14       Q.    And why?  For the same reason?              09:33:35

15       A.    Just to like flex your muscles, I guess.    09:33:39

16       Q.    Okay.  Do you remember that a few days,     09:33:43

17   I think it was, after this incident, there was a      09:33:51

18   video circulating on social media showing cheers      09:33:55

19   of -- I think kind of a collage of different          09:34:00

20   cheers from Covington in the past?                    09:34:03

21       A.    I think I recall it.                         09:34:04

22       Q.    Okay.  So I'm going to play a couple of     09:34:06

23   excerpts from it briefly.  You can tell me if         09:34:11

24   it's the one you recognize.  I will play the          09:34:14

25   first ten seconds to see if --                         09:34:17

| | |
|---|---|
| 1 | (Thereupon, a video recording of Exhibit | 09:34:20 |
| 2 | 1 was played.) | 09:34:58 |
| 3 | MR. SIEGEL:  Will you call out, Jessica, | 09:34:59 |
| 4 | for the record where you started and stopped? | 09:35:01 |
| 5 | MS. MEEK:  I started at zero seconds and | 09:35:04 |
| 6 | ended at 10 seconds. | 09:35:07 |
| 7 | BY MR. SIEGEL: | 09:35:08 |
| 8 | Q.    Okay.  And that is Exhibit 1.  So have | 09:35:08 |
| 9 | you seen that one before? | 09:35:10 |
| 10 | A.    I think so. | 09:35:11 |
| 11 | MR. SIEGEL:  Okay.  Let's jump to 45 | 09:35:12 |
| 12 | seconds. | 09:35:14 |
| 13 | (Thereupon, a video recording of Exhibit | 09:35:29 |
| 14 | 1 was played.) | 09:35:31 |
| 15 | MS. MEEK:  For the record, I stopped at | 09:35:45 |
| 16 | 1 minute and 6 seconds in Exhibit 1. | 09:35:48 |
| 17 | MR. McMURTRY:  Just a quick question. | 09:35:52 |
| 18 | Who put the writing on the video? | 09:35:53 |
| 19 | MR. SIEGEL:  That is actually the | 09:35:55 |
| 20 | next -- literally the next frame of the video. | 09:35:56 |
| 21 | MR. McMURTRY:  Yeah.  The one said | 09:36:01 |
| 22 | "sumo," and I was wondering who added the -- | 09:36:02 |
| 23 | MR. SIEGEL:  No one added it. | 09:36:05 |
| 24 | MR. McMURTRY:  That was in there? | 09:36:06 |
| 25 | MR. SIEGEL:  That was in there, yeah. | 09:36:06 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 09:36:07 |
| 2 | Q.    So was that a sumo cheer at a Covington | 09:36:07 |
| 3 | basketball game? | 09:36:11 |
| 4 | A.    Yes. | 09:36:12 |
| 5 | Q.    Would you say that is typical of what it | 09:36:12 |
| 6 | looks like at a basketball game? | 09:36:15 |
| 7 | A.    Yes. | 09:36:17 |
| 8 | Q.    The students were also -- it sounded | 09:36:19 |
| 9 | like there was like banging on the floor or the | 09:36:22 |
| 10 | benches.  Is that common? | 09:36:25 |
| 11 | A.    I think it's the sound that it makes | 09:36:27 |
| 12 | when you are jumping and -- | 09:36:30 |
| 13 | Q.    Putting your shoes down.  Okay. | 09:36:32 |
| 14 | MR. SIEGEL:  We can take that down. | 09:36:38 |
| 15 | BY MR. SIEGEL: | 09:36:46 |
| 16 | Q.    When you were -- when you were attending | 09:36:46 |
| 17 | high school, were you ever told anything about | 09:36:48 |
| 18 | what to do if someone who is not a Covington | 09:36:51 |
| 19 | student enters your cheering section at a game? | 09:36:54 |
| 20 | A.    I think that we were told to grab one of | 09:36:57 |
| 21 | the administrators or teachers.  And it had | 09:37:00 |
| 22 | happened several times.  And they would usually | 09:37:03 |
| 23 | come up and ask them to leave. | 09:37:06 |
| 24 | Q.    And before the teachers or -- before an | 09:37:09 |
| 25 | adult, you know, got there to ask them to leave, | 09:37:13 |

1    were you told anything about what you should do?          09:37:18

2        A.    No.                                             09:37:21

3        Q.    Okay.  Were you ever told to like avoid         09:37:23

4    contact, you know, any physical contact with             09:37:26

5    someone who was an outsider coming into your             09:37:29

6    section?                                                 09:37:33

7        A.    Yes.  I mean, the general rule was, and         09:37:33

8    our principal used to always tell us, that at all        09:37:35

9    times, even at sports games or at church or              09:37:39

10   wherever you are, that you might not be at Cov           09:37:43

11   Cath but you are still representing Cov Cath.  So        09:37:45

12   I think that would apply.                                09:37:52

13       Q.    Okay.  Have you ever heard of something        09:37:55

14   called a haka dance?                                     09:37:59

15       A.    I think.                                        09:38:01

16       Q.    Do you -- what do you know -- what do          09:38:02

17   you know about that?                                     09:38:04

18       A.    My general impression is that it's a           09:38:06

19   tribal dance from -- I think from around New             09:38:10

20   Zealand or in that oceanic area.                         09:38:15

21       Q.    Have you ever seen that done?                  09:38:20

22       A.    I think once or twice.                         09:38:22

23       Q.    Once or twice.  Do you think there are         09:38:23

24   any similarities to the sumo cheer?                      09:38:28

25       A.    I wouldn't say -- I don't know who             09:38:31

| | | |
|---|---|---|
| 1 | created the sumo and what they were going for. | 09:38:34 |
| 2 | So it's . . . | 09:38:37 |
| 3 | Q.   I don't mean that.  I don't mean | 09:38:38 |
| 4 | intentional similarities, but I'm just asking the | 09:38:42 |
| 5 | way it looks. | 09:38:45 |
| 6 | A.   I can't completely recall what the haka | 09:38:46 |
| 7 | is.  So maybe. | 09:38:51 |
| 8 | Q.   Okay.  Another cheer that you guys did | 09:38:51 |
| 9 | is called Victory is our Battle Cry.  Is that | 09:38:53 |
| 10 | right, or Victory? | 09:38:57 |
| 11 | A.   Yes. | 09:39:00 |
| 12 | Q.   And when is that done? | 09:39:01 |
| 13 | A.   If I can remember, I think we did that | 09:39:02 |
| 14 | at halftime usually.  But it definitely could | 09:39:05 |
| 15 | have been done just throughout the game. | 09:39:08 |
| 16 | Q.   And how does that go? | 09:39:10 |
| 17 | A.   The soph -- or the senior leaders call | 09:39:14 |
| 18 | out, they spell out victory and say that's our | 09:39:20 |
| 19 | battle cry.  And then the freshmen stand up and | 09:39:25 |
| 20 | say victory, that's the freshman battle cry.  The | 09:39:28 |
| 21 | leaders then repeat.  Then the sophomores go -- | 09:39:31 |
| 22 | they spell it out, and they go that's the | 09:39:34 |
| 23 | sophomore battle cry.  They do it for the | 09:39:38 |
| 24 | juniors, the seniors.  And then they do it one | 09:39:40 |
| 25 | last time.  We all stand up, spell it out and go | 09:39:44 |

| | | |
|---|---|---|
| 1 | that is the Colonel battle cry. | 09:39:47 |
| 2 | Q.    And is there something that's called the | 09:39:50 |
| 3 | Braveheart March? | 09:39:53 |
| 4 | A.    Yes. | 09:39:54 |
| 5 | Q.    What is that? | 09:39:54 |
| 6 | A.    This occurs during the game against | 09:39:55 |
| 7 | Beechwood.  If it's at Beechwood, we will all get | 09:40:01 |
| 8 | dropped off somewhere and march to Beechwood. | 09:40:05 |
| 9 | And if it's at Cov Cath, we usually march down | 09:40:08 |
| 10 | from the Notre Dame parking lot.  And you wear -- | 09:40:12 |
| 11 | be it skirts or whatever, and you try to look | 09:40:19 |
| 12 | like the cast of Braveheart. | 09:40:22 |
| 13 | Q.    And do you have any understanding, like, | 09:40:23 |
| 14 | well, why has that become a tradition? | 09:40:25 |
| 15 | A.    I have no idea why. | 09:40:27 |
| 16 | Q.    What does it symbolize to you or | 09:40:29 |
| 17 | signify? | 09:40:32 |
| 18 | A.    I know that Beechwood is a very big | 09:40:32 |
| 19 | rivalry.  And usually at once, on the day of the | 09:40:35 |
| 20 | game, they would play the speech that Mel Gibson | 09:40:38 |
| 21 | gives about we will never -- they may take our | 09:40:44 |
| 22 | lives, they will never take our freedom, or | 09:40:47 |
| 23 | whatever.  I think it's a way to get people | 09:40:51 |
| 24 | really excited about playing Beechwood. | 09:40:53 |
| 25 | Q.    Okay.  So now we will move on to the | 09:40:58 |

| | | |
|---|---|---|
| 1 | trip to the Lincoln Memorial in 2019.  What was | 09:41:01 |
| 2 | the purpose of that trip? | 09:41:04 |
| 3 | A.    So I had not gone on the trip.  And to | 09:41:06 |
| 4 | the best of my knowledge, it was a trip that was | 09:41:11 |
| 5 | taken every year, which was kind of advertised as | 09:41:14 |
| 6 | like a spiritual journey in defense of the unborn | 09:41:20 |
| 7 | but also halfway kind of a field trip. | 09:41:25 |
| 8 | Q.    And how do you -- how did students sign | 09:41:28 |
| 9 | up for it? | 09:41:35 |
| 10 | A.    If I can remember, they -- we just | 09:41:36 |
| 11 | signed a piece -- we got a piece of paper, and we | 09:41:40 |
| 12 | signed it and our parents signed it and just | 09:41:44 |
| 13 | turned it in. | 09:41:46 |
| 14 | Q.    So does everybody who -- anyone who | 09:41:47 |
| 15 | wants to go have the opportunity to go? | 09:41:51 |
| 16 | A.    Yes.  I think there's a fee attached to | 09:41:53 |
| 17 | it.  But if you wanted to pay for it and go, you | 09:41:56 |
| 18 | could. | 09:42:00 |
| 19 | Q.    I think you mentioned it was the first | 09:42:01 |
| 20 | time that you had gone on the trip? | 09:42:03 |
| 21 | A.    Yes. | 09:42:04 |
| 22 | Q.    Was there any reason you didn't go as a | 09:42:05 |
| 23 | freshman or sophomore? | 09:42:08 |
| 24 | A.    No.  I just had never decided that, you | 09:42:09 |
| 25 | know, I should probably do it.  But this year, I | 09:42:13 |

1    really wanted to go.  I had heard things about,                09:42:17

2    you know, all the things they saw in DC and how                09:42:20

3    cool of an experience it was.                                  09:42:24

4        Q.    In the 2019 trip, do you know about how              09:42:25

5    many students went?                                            09:42:31

6        A.    I would say over a hundred, but I don't              09:42:32

7    know.                                                          09:42:34

8        Q.    Okay.  And do you -- did you -- do you               09:42:34

9    go -- and you mentioned Notre Dame, right?  Is                 09:42:41

10   Notre Dame a girls school?                                     09:42:46

11       A.    An all-girls school.                                 09:42:48

12       Q.    An all-girls school.                                 09:42:49

13             Do you go in coordination with any of                09:42:52

14   the other Catholic schools in the area?                        09:42:54

15       A.    It's mostly coordinated.  All of the                 09:42:56

16   diocese schools are supposed to meet up for mass               09:42:59

17   led by the Bishop in DC, and then they all go out              09:43:04

18   and march.                                                     09:43:07

19       Q.    Okay.  Do you remember about how many                09:43:11

20   busses there were, just for Covington students?                09:43:15

21       A.    I think there were three.                            09:43:18

22       Q.    Okay.  Do you guys mix it up on the                  09:43:19

23   busses in terms of the different schools going,                09:43:21

24   or is it all your school?                                      09:43:23

25       A.    Our school was the only one on our                   09:43:25

```
1   busses.                                         09:43:28
2       Q.    Okay.  So let's just try to walk      09:43:34
3   through.                                        09:43:37
4           Up to the time that you arrived at the  09:43:37
5   Lincoln Memorial that Saturday afternoon,       09:43:39
6   right -- Friday afternoon, January 18th that you 09:43:43
7   were there and you got to the Lincoln Memorial, 09:43:50
8   just sort of walk us through what happened.  What 09:43:54
9   time did you leave?  And just kind describe the 09:44:00
10  trip up to that point.                          09:44:01
11      A.    I think we left Cov Cath at like 7 or 8. 09:44:03
12  I know it was later at night.  And we started   09:44:09
13  driving.  And at some point, we stopped or      09:44:13
14  whatever at a rest stop.  I can't remember how  09:44:18
15  many times.  But I know eventually around 3 or  09:44:21
16  3:30 in the morning, like our bus broke down.   09:44:25
17  And I remember like the bus driver calling,     09:44:29
18  trying to get AAA or someone to come out and    09:44:34
19  repair it.                                      09:44:39
20          And I was just sitting on the bus,      09:44:40
21  trying to catch some sleep.  And we were kind of 09:44:42
22  stranded there for a couple hours, which made us 09:44:45
23  end up being late to get to the mass at the     09:44:49
24  diocese.  And all the other schools had made it, 09:44:55
25  and we missed the mass.                         09:44:59
```

| | | |
|---|---|---|
| 1 | So we probably got into DC around 9:30 | 09:45:01 |
| 2 | or 10 o'clock, somewhere early in the morning. | 09:45:05 |
| 3 | And we parked outside the church just as all the | 09:45:09 |
| 4 | kids from the other schools were coming out. | 09:45:14 |
| 5 | Q.    Did you sleep at all on the bus? | 09:45:18 |
| 6 | A.    No, I did not sleep well at all. | 09:45:20 |
| 7 | Q.    Okay.  So you all arrived in DC that | 09:45:25 |
| 8 | morning. | 09:45:28 |
| 9 | What happens at that point?  You get off | 09:45:32 |
| 10 | the busses.  What happens? | 09:45:35 |
| 11 | A.    We get off the bus.  We go inside this | 09:45:36 |
| 12 | building.  And they kind of talk to us and | 09:45:39 |
| 13 | whatever about what -- some -- like reiterating | 09:45:43 |
| 14 | some of the expectations that they had told us | 09:45:48 |
| 15 | before.  And then after that, we were kind of | 09:45:50 |
| 16 | just free to do whatever we wanted to. | 09:45:53 |
| 17 | Q.    What expectations had they told you? | 09:45:58 |
| 18 | A.    There was like the previous expectations | 09:46:01 |
| 19 | about what to do if someone approaches you.  But | 09:46:04 |
| 20 | they also mentioned the story that a couple years | 09:46:08 |
| 21 | ago some kids had ended up in like Baltimore or | 09:46:14 |
| 22 | something because they got screwed around on the | 09:46:17 |
| 23 | public transit or whatever and ended up in the | 09:46:21 |
| 24 | complete wrong area.  And some kids ended up | 09:46:25 |
| 25 | going to Arlington.  So it was kind of like, you | 09:46:29 |

1   know, if you are going to like go out, like          09:46:32

2   budget your time correctly to get back.              09:46:34

3          So it was mostly that.  And they told us       09:46:37

4   we are meeting back at the Lincoln at 5.             09:46:43

5      Q.    And what was the expectation about --        09:46:45

6   that was articulated about what to do if somebody    09:46:47

7   approaches you?                                      09:46:51

8      A.    It was that you don't say anything, you      09:46:52

9   walk away, you are always representing Cov Cath.     09:46:54

10     Q.    So you get off the busses.  When was the     09:47:02

11  march itself?                                        09:47:05

12     A.    I don't recall what time the actual          09:47:08

13  march started.  I know we got into the area where   09:47:11

14  people like speak from the stage.  And I think we   09:47:15

15  heard a couple people.  But all the main speakers   09:47:19

16  had already finished and packed up.                 09:47:22

17     Q.    Because you guys got there late?             09:47:24

18     A.    Yes.                                         09:47:27

19     Q.    All right.  So just tell us what you         09:47:27

20  did.                                                 09:47:30

21         You got off the bus.  You mentioned that       09:47:30

22  you had that meeting and those things were --       09:47:33

23  were reiterated to you.  And then what -- what      09:47:37

24  did you do next?                                    09:47:40

25     A.    Well, I was with my group of friends.        09:47:41

| | | |
|---|---|---|
| 1 | And we decided that since we had already kind of | 09:47:43 |
| 2 | missed the speeches or whatever, which is a big | 09:47:47 |
| 3 | part of it, we decided that we would kind of go | 09:47:50 |
| 4 | around DC and see some of the things we wanted to | 09:47:54 |
| 5 | see and then join the march after we had done | 09:47:58 |
| 6 | some sightseeing. | 09:48:02 |
| 7 | We headed to the Washington Monument. | 09:48:04 |
| 8 | And then we went -- we kind of just walked around | 09:48:10 |
| 9 | the National Mall area for a little bit.  And | 09:48:14 |
| 10 | then we eventually got up to the White House. | 09:48:17 |
| 11 | Q.    Who were -- who were the group of | 09:48:21 |
| 12 | friends that you were with? | 09:48:24 |
| 13 | A.    I can remember I was with Will Fries, | 09:48:25 |
| 14 | Will Fike, Henry Bennett.  And I can't remember | 09:48:29 |
| 15 | exactly who else was there.  I think -- I'm | 09:48:36 |
| 16 | almost positive Jerry Gallagher was there as | 09:48:38 |
| 17 | well.  And some people stayed with us but then | 09:48:45 |
| 18 | kind of peeled off and went their own way. | 09:48:48 |
| 19 | Q.    So and you had a girlfriend at the time? | 09:48:59 |
| 20 | A.    I did. | 09:49:01 |
| 21 | Q.    Did you meet up with her at any point? | 09:49:02 |
| 22 | A.    I saw her at the church when she had | 09:49:04 |
| 23 | gotten out.  And then later in the day, I tried | 09:49:07 |
| 24 | to meet up with her, but I didn't see her. | 09:49:10 |
| 25 | Q.    Okay.  So you did some sightseeing.  You | 09:49:13 |

| | | |
|---|---|---|
| 1 | said you went to the monument.  You went to the | 09:49:19 |
| 2 | White House. | 09:49:22 |
| 3 | A.    Uh-huh. | 09:49:22 |
| 4 | Q.    What did you do after you went to the | 09:49:23 |
| 5 | White House? | 09:49:26 |
| 6 | A.    We went over to the White House gift | 09:49:26 |
| 7 | shop and we bought Make America Great Again hats. | 09:49:29 |
| 8 | Q.    Okay.  And why did you do that? | 09:49:36 |
| 9 | A.    Personally, I was looking for a | 09:49:37 |
| 10 | souvenir.  I was -- I was deciding between the | 09:49:42 |
| 11 | hat or these White House golf balls that I wanted | 09:49:44 |
| 12 | to get.  But at the time, I decided, I'm probably | 09:49:47 |
| 13 | pretty bad at golf and I will lose these and I | 09:49:50 |
| 14 | really don't just want to look at them, so I will | 09:49:54 |
| 15 | buy the hat because I can wear that. | 09:49:57 |
| 16 | Q.    Did your golf game get better over the | 09:49:59 |
| 17 | summer? | 09:50:01 |
| 18 | A.    It has gotten better. | 09:50:02 |
| 19 | Q.    So other than you weren't confident | 09:50:13 |
| 20 | about your ability to retain the -- keep the golf | 09:50:15 |
| 21 | balls, is there any other reason you bought -- | 09:50:18 |
| 22 | why did you consider that a souvenir of your trip | 09:50:20 |
| 23 | that you wanted to bring back with you? | 09:50:26 |
| 24 | A.    I think specifically because it came | 09:50:28 |
| 25 | from the White House gift shop.  Like I had never | 09:50:30 |

1   had the urge to go into any store in northern          09:50:33

2   Kentucky and buy a MAGA hat.  But the fact that        09:50:37

3   it came from the gift shop or whatever seemed to       09:50:43

4   me like that was souvenir worthy.                      09:50:46

5       Q.    Did the slogan Make America Great Again      09:50:49

6   speak to you in any way?                               09:50:53

7       A.    I mean, I would agree with the               09:50:55

8   statement.                                             09:50:57

9       Q.    Okay.  And what would you -- what would      09:50:57

10  you agree about it?  What -- what do you agree         09:50:59

11  with?                                                  09:51:02

12      A.    I think -- well, first and foremost, was     09:51:02

13  President Trump's prolife stance, which is in          09:51:06

14  line with my belief and was kind of the most          09:51:10

15  driving factor in me getting it.  And I mean,          09:51:14

16  besides that, just as I mentioned earlier, my         09:51:21

17  more conservative views about limiting the            09:51:24

18  government and protecting rights.                      09:51:27

19      Q.    Okay.  So the slogan is Make America         09:51:29

20  Great Again, right?                                    09:51:36

21      A.    Uh-huh.                                      09:51:39

22      Q.    Does that -- so, in your opinion, I'm        09:51:40

23  just asking you for your views, not what               09:51:45

24  President Trump may mean or anything else,             09:51:47

25  when -- when was America great that it needs to        09:51:52

| | | |
|---|---|---|
| 1 | be made great again? | 09:51:56 |
| 2 | A.    I would say that America was the most | 09:51:58 |
| 3 | great I would say even during -- during World War | 09:52:09 |
| 4 | II.  Probably would be a prime example when the | 09:52:13 |
| 5 | country was unified and, you know, you didn't -- | 09:52:16 |
| 6 | everyone kind of loved their neighbor and | 09:52:22 |
| 7 | everyone pitched in together with the war effort | 09:52:25 |
| 8 | and things like that. | 09:52:27 |
| 9 | That -- that to me is what America kind | 09:52:29 |
| 10 | of represents.  It's when you look at the person | 09:52:32 |
| 11 | next to you who you may not agree with but you | 09:52:35 |
| 12 | still work together. | 09:52:38 |
| 13 | Q.    And you mentioned before that you | 09:52:39 |
| 14 | thought the -- the statement is in keeping with | 09:52:40 |
| 15 | your conservative values that you articulated. | 09:52:46 |
| 16 | Do you think that there was a time when | 09:52:50 |
| 17 | America functioned in a way that was more | 09:52:53 |
| 18 | consistent with those values than it does now? | 09:52:57 |
| 19 | A.    I mean, I would say that I don't know if | 09:53:00 |
| 20 | I could pick out a time that America ever fully | 09:53:03 |
| 21 | was perfect in a way that kind of Make America | 09:53:07 |
| 22 | Great Again mirrors. | 09:53:13 |
| 23 | I don't know if I could point to a | 09:53:15 |
| 24 | specific point in the country's history when | 09:53:18 |
| 25 | everything was fine and that's the model of what | 09:53:20 |

| 1 | I would like now because there have been bad | 09:53:23 |
| 2 | parts about, you know, the country all the time. | 09:53:26 |
| 3 | So . . . | 09:53:29 |
| 4 | Q.    Okay.  Fair enough.  But to say Make | 09:53:32 |
| 5 | America Great Again, is there a time when you | 09:53:36 |
| 6 | feel like it was better? | 09:53:41 |
| 7 | MR. McMURTRY:  Objection.  You can go | 09:53:44 |
| 8 | ahead.  I think you have answered that question, | 09:53:45 |
| 9 | but -- | 09:53:48 |
| 10 | BY MR. SIEGEL: | 09:53:49 |
| 11 | Q.    In that it was more consistent with the | 09:53:49 |
| 12 | conservative values that you articulated?  Sorry | 09:53:52 |
| 13 | about that. | 09:53:56 |
| 14 | MR. McMURTRY:  Objection.  Go ahead. | 09:53:56 |
| 15 | A.    I'm not sure I can point to a specific | 09:53:57 |
| 16 | time of -- I mean, just my example of -- I'm not | 09:54:03 |
| 17 | sure. | 09:54:10 |
| 18 | Q.    Is there a time that you can point to | 09:54:13 |
| 19 | when you feel that America started to decline? | 09:54:15 |
| 20 | A.    I would say during the Jimmy Carter | 09:54:19 |
| 21 | Administration. | 09:54:30 |
| 22 | Q.    And how so in your opinion? | 09:54:31 |
| 23 | A.    To me, he was a very weak president, | 09:54:33 |
| 24 | whatever, that failed in a lot of areas, | 09:54:37 |
| 25 | especially his handling of the hostage crisis and | 09:54:39 |

| | | |
|---|---|---|
| 1 | things on global levels. | 09:54:43 |
| 2 | Q.    Okay.  And did that decline continue | 09:54:45 |
| 3 | after Jimmy Carter in your view? | 09:54:52 |
| 4 | A.    I would say it was kind of revived with | 09:54:54 |
| 5 | Reagan, obviously.  But, I mean, you don't | 09:55:03 |
| 6 | have -- after that, you had Clinton or whatever, | 09:55:05 |
| 7 | and things haven't been the same. | 09:55:08 |
| 8 | Q.    Ever since the -- | 09:55:12 |
| 9 | A.    Yeah. | 09:55:20 |
| 10 | Q.    So going back to the trip, just if I | 09:55:20 |
| 11 | recall the timeline we were at.  You went to the | 09:55:22 |
| 12 | White House.  I think you said you then went to | 09:55:24 |
| 13 | the rally or whatever was left of the march? | 09:55:28 |
| 14 | A.    Correct. | 09:55:32 |
| 15 | Q.    And what did you do there? | 09:55:33 |
| 16 | A.    We marched along the kind of finishing | 09:55:34 |
| 17 | stretch of the rally.  And that took us to kind | 09:55:38 |
| 18 | of like behind the Capitol building, in terms of | 09:55:43 |
| 19 | not the side facing the rest of the mall and the | 09:55:48 |
| 20 | Washington Monument.  And there was kind of like | 09:55:52 |
| 21 | where everyone gathered.  And that's kind of | 09:55:57 |
| 22 | where I lost my friends.  Because I was going to | 09:56:00 |
| 23 | try and find my girlfriend at that point.  And | 09:56:02 |
| 24 | was just a huge crowd.  I kind of lost them. | 09:56:05 |
| 25 | Q.    So -- and about -- do you recall about | 09:56:09 |

1    what time in the day this was?                    09:56:13

2        A.    I would say this was somewhere around --   09:56:16

3    anywhere from 4 to 4:30.                          09:56:19

4        Q.    Okay.  So you lost your friends.  You    09:56:21

5    couldn't find your girlfriend.  So what did you   09:56:23

6    do next?                                          09:56:25

7        A.    So at that point, I went to kind of text  09:56:26

8    them and see if there was a spot we could meet    09:56:32

9    up.  And at the time, I had -- my phone was an    09:56:35

10   iPhone 6, or whatever, that -- and I had a        09:56:40

11   battery problem where it would be on 40 or 50     09:56:43

12   percent and it would just die without warning.    09:56:46

13          And so when I went to text them, I         09:56:49

14   turned it on and it instantly died.  And I        09:56:51

15   didn't -- at that point, I hadn't checked the     09:56:55

16   time.  So I thought it was closer to 5, or maybe  09:56:58

17   5.                                                09:57:03

18          So I had a map with me, I think.  I        09:57:04

19   pulled it out and I found out where the Lincoln   09:57:08

20   Memorial was.  And then I literally ran.  I       09:57:10

21   sprinted from the Capitol to the memorial because 09:57:15

22   I thought that it could have been 5 before I got  09:57:18

23   there and that I was going to get left in DC.     09:57:22

24       Q.    That is a pretty good workout.           09:57:25

25       A.    Yeah.                                    09:57:27

1    Q.    So when you get -- when you get to the          09:57:27

2    Lincoln Memorial, did you at any time see that       09:57:35

3    there was a -- some kind of rally or gathering of    09:57:39

4    indigenous peoples?                                  09:57:46

5    A.    Yes.                                            09:57:48

6    Q.    So what did you see?                            09:57:48

7    A.    So when I got to the memorial, I went to       09:57:50

8    the bathroom.  And I went up and I looked at         09:57:53

9    Lincoln, and then I came down.  And the first        09:57:55

10   thing I noticed was Black Hebrew Israelites were     09:57:58

11   kind of set up with posters or whatever and          09:58:03

12   stuff.                                               09:58:06

13        And then I think after a while, I               09:58:07

14   started to notice that there was another like        09:58:10

15   organized group there, which was the Native          09:58:12

16   Americans who were congregating for --              09:58:14

17   Q.    And -- and what were they doing?  What         09:58:21

18   did you see?                                         09:58:23

19   A.    I saw them -- they were all holding            09:58:24

20   hands in like a large circle and dancing around.    09:58:30

21        I wasn't paying too much attention to           09:58:32

22   them because there was a group way more              09:58:34

23   aggressive kind of in front of us that took up      09:58:37

24   most of my focus.                                    09:58:40

25   Q.    Okay.  Was this your first time at            09:58:42

| 1 | the -- was this your first time in DC? | 09:58:52 |
| 2 | A.    Yes. | 09:58:55 |
| 3 | Q.    And you said that you had -- you had | 09:58:56 |
| 4 | been told to meet up at 5 o'clock at the Lincoln | 09:58:58 |
| 5 | Memorial? | 09:59:01 |
| 6 | A.    Uh-huh. | 09:59:02 |
| 7 | Q.    Were you told any particular area around | 09:59:03 |
| 8 | the memorial to meet up at? | 09:59:06 |
| 9 | A.    No.  It was just kind of like on the | 09:59:08 |
| 10 | steps in front of it. | 09:59:11 |
| 11 | Q.    Okay.  And do you recall, was there a | 09:59:13 |
| 12 | time that the busses were supposed to leave? | 09:59:17 |
| 13 | A.    At 5, or around 5. | 09:59:21 |
| 14 | Q.    Okay.  So what was your understanding of | 09:59:23 |
| 15 | what you were supposed to do once you got there? | 09:59:25 |
| 16 | A.    My understanding was that we were all | 09:59:28 |
| 17 | going to meet there, wait, and then the | 09:59:31 |
| 18 | chaperones or whatever were going to do | 09:59:35 |
| 19 | attendance, count everyone, and then we were | 09:59:38 |
| 20 | going to walk to them, get on and leave. | 09:59:41 |
| 21 | Q.    And do you recall about how long before | 09:59:46 |
| 22 | the encounter with Nathan Phillips that you | 09:59:58 |
| 23 | arrived at the Lincoln Memorial? | 10:00:01 |
| 24 | A.    I would say that I arrived at the | 10:00:03 |
| 25 | Lincoln Memorial at like 4:20 or 4:30, like | 10:00:11 |

| | | |
|---|---|---|
| 1 | somewhere way before what I thought the actual | 10:00:16 |
| 2 | time was.  I didn't have my phone, really, to | 10:00:18 |
| 3 | gauge what time it was. | 10:00:20 |
| 4 | Q.    Okay.  Did you ever -- again, prior to | 10:00:22 |
| 5 | this incident, did you interact at all with any | 10:00:28 |
| 6 | of the Native Americans? | 10:00:31 |
| 7 | A.    No. | 10:00:33 |
| 8 | Q.    Did you see any other Covington students | 10:00:33 |
| 9 | interacting with any of the Native Americans? | 10:00:37 |
| 10 | A.    No, I did not. | 10:00:39 |
| 11 | Q.    Now, you have mentioned before that you | 10:00:40 |
| 12 | saw the African American men who were set up | 10:00:44 |
| 13 | there. | 10:00:50 |
| 14 | Did you later come to know that they | 10:00:53 |
| 15 | called themselves the Black Hebrew Israelites? | 10:00:57 |
| 16 | A.    Yes.  I think -- I'm not sure if I knew | 10:01:02 |
| 17 | at the time.  They could have had something on | 10:01:04 |
| 18 | one of their signs. | 10:01:06 |
| 19 | MR. SIEGEL:  Okay. | 10:01:07 |
| 20 | A.    I don't think I did, though. | 10:01:08 |
| 21 | Q.    And what did you see and hear? | 10:01:11 |
| 22 | A.    I saw and heard them berate a bunch of | 10:01:15 |
| 23 | my classmates. | 10:01:20 |
| 24 | Obviously, there was more than me | 10:01:23 |
| 25 | that -- I was not the only one that had Donald | 10:01:28 |

| | | |
|---|---|---|
| 1 | Trump campaign attire on.  And so they said | 10:01:32 |
| 2 | negative things about the president that I really | 10:01:36 |
| 3 | can't repeat.  And they said things about one of | 10:01:40 |
| 4 | the freshmen who was on the trip who was an | 10:01:45 |
| 5 | African American and called him, you know, a | 10:01:49 |
| 6 | bunch of things I also won't repeat.  And they | 10:01:52 |
| 7 | just kind of, you know, said a bunch of things | 10:01:57 |
| 8 | that, you know, were not nice. | 10:02:01 |
| 9 | Q.    And some of those things were directed | 10:02:03 |
| 10 | at the group of students.  Is that fair? | 10:02:07 |
| 11 | A.    I would say most of them were, yeah. | 10:02:10 |
| 12 | Q.    Most of them were.  Okay.  Including | 10:02:12 |
| 13 | when you were a part of that group? | 10:02:15 |
| 14 | A.    Yes. | 10:02:17 |
| 15 | Q.    And what was your reaction to what they | 10:02:18 |
| 16 | were saying? | 10:02:22 |
| 17 | A.    I -- I was kind of uneasy or whatever. | 10:02:24 |
| 18 | And that was because I had seen protestors | 10:02:31 |
| 19 | earlier throughout the day, especially around the | 10:02:36 |
| 20 | White House.  But mainly, they were all just | 10:02:43 |
| 21 | saying whatever they felt like or however they | 10:02:47 |
| 22 | felt, and I would have assumed that to kind of | 10:02:51 |
| 23 | get their attention you needed to do something to | 10:02:55 |
| 24 | them.  But we were kind of just standing there. | 10:02:57 |
| 25 | And then they locked onto us without us doing | 10:03:00 |

1    anything before that.  So it bothered me a little          10:03:06

2    bit that they were kind of targeting us for no             10:03:09

3    reason.                                                    10:03:14

4        Q.    Had you ever seen anything like this            10:03:18

5    before?                                                    10:03:22

6        A.    No.  No.                                         10:03:22

7        Q.    Okay.  Do you know or did you know              10:03:23

8    another Covington student named Robert McGrane,            10:03:25

9    is the name?                                               10:03:31

10       A.    I don't think so.                                10:03:41

11            MR. SIEGEL:  This is Exhibit 2, which is          10:03:41

12   an audio recording that was produced by GCI, the           10:03:42

13   investigative firm that did the investigation.             10:03:48

14   Number 218.  Is that right, Jessica?                       10:03:51

15            MS. MEEK:  Yes, that is right.                    10:03:55

16            MR. SIEGEL:  Okay.  I'm just going to             10:03:56

17   play you an excerpt of Mr. McGrane's recorded              10:03:58

18   interview.                                                 10:04:04

19            MS. MEEK:  For the record, I'm starting           10:04:21

20   Exhibit 2 at 5 minutes and 54 seconds.                     10:04:23

21            (Thereupon, an audio recording of                 10:04:27

22   Exhibit 2 was played.)                                     10:04:31

23            MS. MEEK:  I just stopped -- I just               10:05:03

24   stopped Exhibit 2 at 6 minutes and 30 seconds.             10:05:04

25   BY MR. SIEGEL:                                             10:05:08

| | | |
|---|---|---|
| 1 | Q.    He called it a culture shock.  Do you -- | 10:05:08 |
| 2 | did you feel that way? | 10:05:13 |
| 3 | A.    I would agree.  I would best describe DC | 10:05:14 |
| 4 | as kind of a war zone compared to what I was | 10:05:18 |
| 5 | compared to -- or what I'm used to seeing.  Just | 10:05:22 |
| 6 | because there was almost a protest around every | 10:05:25 |
| 7 | corner, and it was -- it couldn't -- it wouldn't | 10:05:28 |
| 8 | have even been related to the March For Life. | 10:05:31 |
| 9 | Everyone was just protesting something. | 10:05:38 |
| 10 | Q.    Did the -- the African American men stay | 10:05:41 |
| 11 | in the same place the whole time you were there? | 10:05:44 |
| 12 | A.    For the most part, except when Nathan | 10:05:48 |
| 13 | Phillips moved in.  Then they kind of shifted | 10:05:51 |
| 14 | closer. | 10:05:57 |
| 15 | Q.    Okay.  Did you hear any of them | 10:05:58 |
| 16 | insulting any of the -- any Native Americans? | 10:06:02 |
| 17 | A.    Not at the time.  I know they did now. | 10:06:06 |
| 18 | Q.    And you know that from seeing videos of | 10:06:09 |
| 19 | the event? | 10:06:13 |
| 20 | A.    Yes. | 10:06:13 |
| 21 | Q.    Okay.  So I take it at the time also you | 10:06:14 |
| 22 | didn't -- you didn't see how the Native Americans | 10:06:18 |
| 23 | responded to them? | 10:06:23 |
| 24 | A.    No. | 10:06:24 |
| 25 | Q.    Okay.  Did you see them insulting any | 10:06:24 |

| | | |
|---|---|---|
| 1 | African Americans? | 10:06:28 |
| 2 | A.    I saw them insult the one a part of our | 10:06:30 |
| 3 | group.  I didn't see -- I don't ever recall | 10:06:34 |
| 4 | seeing them insult another African American | 10:06:38 |
| 5 | outside of our group. | 10:06:42 |
| 6 | Q.    Okay.  Did you see them insulting people | 10:06:43 |
| 7 | other than in your group? | 10:06:46 |
| 8 | A.    Yes. | 10:06:47 |
| 9 | Q.    From what you recall, what do you | 10:06:49 |
| 10 | remember about that? | 10:06:52 |
| 11 | A.    I remember that there was one guy who | 10:06:53 |
| 12 | was on one of -- kind of like a motorized | 10:06:56 |
| 13 | skateboard.  I don't know what it is.  And he had | 10:07:01 |
| 14 | like a ski helmet and goggles on.  He had like a | 10:07:04 |
| 15 | boom box or something.  And he kept riding around | 10:07:09 |
| 16 | them and playing music. | 10:07:13 |
| 17 | Q.    Okay.  Did they make any negative | 10:07:17 |
| 18 | remarks about other peoples or groups or police? | 10:07:21 |
| 19 | A.    I would assume that they did.  I just | 10:07:26 |
| 20 | can't -- I don't think I witnessed any of it. | 10:07:29 |
| 21 | Q.    What about just, for example, those who | 10:07:34 |
| 22 | were gay? | 10:07:37 |
| 23 | A.    I know that when they were insulting us, | 10:07:37 |
| 24 | they made -- they insulted gays. | 10:07:45 |
| 25 | MR. SIEGEL:  Let's go to Exhibit 3, | 10:07:57 |

| | | |
|---|---|---|
| 1 | which I will state for the record is video 4 on | 10:07:59 |
| 2 | the stipulation, and I will just identify videos | 10:08:01 |
| 3 | that way because I think it will be easier for | 10:08:05 |
| 4 | the record.  That's the -- I think what your | 10:08:07 |
| 5 | Complaint calls the Banyamyan video.  And I will | 10:08:13 |
| 6 | show some excerpts from that. | 10:08:16 |
| 7 | MS. MEEK:  I'm starting at Exhibit 3, | 10:08:18 |
| 8 | which is video 4, at 11 minutes and 19 seconds. | 10:08:22 |
| 9 | (Thereupon, a video recording from | 10:08:26 |
| 10 | Exhibit 3 was played.) | 10:08:31 |
| 11 | BY MR. SIEGEL: | 10:09:14 |
| 12 | Q.    So do you see there was a group of | 10:09:14 |
| 13 | students off to the side?  Did those -- do those | 10:09:17 |
| 14 | include some Covington students? | 10:09:22 |
| 15 | A.    Yes. | 10:09:25 |
| 16 | Q.    Okay.  And do you know where the girls | 10:09:25 |
| 17 | were from? | 10:09:28 |
| 18 | A.    I do not.  I would assume Notre Dame. | 10:09:30 |
| 19 | Q.    But did you see any of that at the time? | 10:09:36 |
| 20 | A.    I don't think I did. | 10:09:38 |
| 21 | Q.    Okay.  You heard one of the Black Hebrew | 10:09:40 |
| 22 | Israelites who was talking, saying:  Don't stand | 10:09:47 |
| 23 | there and mock us? | 10:09:49 |
| 24 | A.    Yeah. | 10:09:50 |
| 25 | Q.    Do you think they were mocking them? | 10:09:51 |

| | | |
|---|---|---|
| 1 |      MR. McMURTRY:  Objection.  During the | 10:09:53 |
| 2 | video clip? | 10:09:54 |
| 3 |      MR. SIEGEL:  Yes. | 10:09:55 |
| 4 |      MR. McMURTRY:  Okay.  Go ahead and | 10:09:56 |
| 5 | answer. | 10:09:57 |
| 6 |      MR. SIEGEL:  Yes.  I will rephrase that | 10:09:57 |
| 7 | for the record.  Sorry. | 10:09:59 |
| 8 | BY MR. SIEGEL: | 10:10:00 |
| 9 |   Q.   On the video, did you hear one of the | 10:10:00 |
| 10 | Black Hebrew Israelites say:  Don't stand there | 10:10:04 |
| 11 | and mock us? | 10:10:10 |
| 12 |   A.   I heard it. | 10:10:11 |
| 13 |   Q.   Okay.  Do you think the students were | 10:10:12 |
| 14 | mocking them? | 10:10:13 |
| 15 |   A.   I don't think so.  I mean, because at | 10:10:14 |
| 16 | the time that the video turns, the kids had their | 10:10:16 |
| 17 | backs to the -- to the Black Hebrew Israelites, | 10:10:20 |
| 18 | and I can't even hear any of the kids saying | 10:10:23 |
| 19 | anything. | 10:10:27 |
| 20 |   Q.   Okay.  And they are walking away, right? | 10:10:27 |
| 21 |   A.   Correct. | 10:10:30 |
| 22 |   Q.   Okay.  Would it be fair to say that is | 10:10:30 |
| 23 | your interpretation of what you are seeing from | 10:10:33 |
| 24 | the video as to whether or not they seem to you | 10:10:35 |
| 25 | to be mocking them? | 10:10:37 |

| | | |
|---|---|---|
| 1 | A.    I would say yes. | 10:10:38 |
| 2 | Q.    Okay.  Can you identify any of those | 10:10:39 |
| 3 | students? | 10:10:42 |
| 4 | A.    I cannot. | 10:10:42 |
| 5 | MR. SIEGEL:  Let's jump to 38 minutes. | 10:10:46 |
| 6 | MS. MEEK:  For the record, a moment ago | 10:10:49 |
| 7 | I stopped Exhibit 3 at 12 minutes and 8 seconds. | 10:10:50 |
| 8 | Now I'm restarting at 38 minutes. | 10:10:54 |
| 9 | (Thereupon, a video recording of Exhibit | 10:10:58 |
| 10 | 3 was played.) | 10:11:04 |
| 11 | BY MR. SIEGEL: | 10:11:36 |
| 12 | Q.    The person in the blue coat, do you | 10:11:36 |
| 13 | recognize who that person is? | 10:11:43 |
| 14 | A.    I mean, I have a guess who he is, but | 10:11:45 |
| 15 | not really from that clip. | 10:11:48 |
| 16 | Q.    What is your best guess? | 10:11:50 |
| 17 | A.    I think that is Billy Smith, but I have | 10:11:52 |
| 18 | no idea. | 10:11:55 |
| 19 | Q.    Okay.  And do you recognize any of the | 10:11:56 |
| 20 | other students standing I guess to his left as | 10:11:58 |
| 21 | Covington students? | 10:12:02 |
| 22 | A.    I think the one on his -- from this | 10:12:03 |
| 23 | point of view, from our right, the next one is | 10:12:06 |
| 24 | Luke Keninso (phonetically spelled), but I | 10:12:09 |
| 25 | don't -- I can't recognize him for sure. | 10:12:13 |

| | | |
|---|---|---|
| 1 | Q. Okay. Did you see any of this at the | 10:12:16 |
| 2 | time? | 10:12:20 |
| 3 | A. I can't say for sure. There were | 10:12:22 |
| 4 | several times when some of the students were | 10:12:26 |
| 5 | standing somewhat close. I can't say if I saw | 10:12:29 |
| 6 | this one for sure and not another one. | 10:12:34 |
| 7 | MR. SIEGEL: Okay. Keep going. | 10:12:36 |
| 8 | MS. MEEK: For the record, a moment ago | 10:12:41 |
| 9 | I paused at 38 minutes and 25 seconds. And now | 10:12:42 |
| 10 | I'm continuing on from that point in Exhibit 3. | 10:12:46 |
| 11 | (Thereupon, a video recording from | 10:12:50 |
| 12 | Exhibit 3 was played.) | 10:12:53 |
| 13 | MS. MEEK: I just paused at 38 minutes | 10:12:58 |
| 14 | and 33 seconds. | 10:13:01 |
| 15 | BY MR. SIEGEL: | 10:13:03 |
| 16 | Q. Do you know what the water bottle says? | 10:13:03 |
| 17 | A. I can't remember. It said something -- | 10:13:07 |
| 18 | I think it might have said Voss or something, or | 10:13:14 |
| 19 | maybe it had -- like someone had removed the logo | 10:13:18 |
| 20 | and put something on it. I don't remember what | 10:13:22 |
| 21 | the logo was. | 10:13:29 |
| 22 | Q. And do you think that the way he sort of | 10:13:31 |
| 23 | picked up the water bottle and smiles, is he | 10:13:36 |
| 24 | mocking the Black Hebrew Israelites? | 10:13:41 |
| 25 | MR. McMURTRY: Objection. Go ahead. | 10:13:42 |

1    A.    No.  I don't see any reason why he would          10:13:43

2    be or what kind of -- the smile and the water          10:13:45

3    bottle mock, at least in my view of it.                10:13:49

4          MR. SIEGEL:  Okay.  Play a few more               10:13:55

5    seconds.                                               10:13:58

6          (Thereupon, a video recording of Exhibit         10:13:59

7    3 was played.)                                         10:14:02

8          MS. MEEK:  I just paused at 38 minutes           10:14:04

9    and 36 seconds in Exhibit 3.                           10:14:06

10   BY MR. SIEGEL:                                         10:14:09

11   Q.    Do you think that looks like a -- do you         10:14:09

12   see him smiling?                                       10:14:10

13   A.    Yeah, I see him smiling.                         10:14:11

14   Q.    Does that look like a smirk to you?              10:14:13

15         MR. McMURTRY:  Objection.                        10:14:17

16   A.    No.  At this point, he hasn't even said          10:14:17

17   anything.  And the guy on this thing just called       10:14:20

18   him -- and whatever you want to call it, insulted      10:14:24

19   him.                                                   10:14:26

20   BY MR. SIEGEL:                                         10:14:27

21   Q.    Okay.  Do you think someone else looking         10:14:27

22   at this video could disagree with you about            10:14:30

23   whether he is smirking at them?                        10:14:34

24         MR. McMURTRY:  Objection.  Go ahead.             10:14:36

25   A.    If they wanted to, I guess they could,          10:14:37

| | | |
|---|---|---|
| 1 | right. | 10:14:40 |
| 2 | BY MR. SIEGEL: | 10:14:40 |
| 3 | Q.    Would you -- would you say that's an | 10:14:40 |
| 4 | honest opinion that they could have, to look at | 10:14:48 |
| 5 | that and say I think that -- what's his name | 10:14:50 |
| 6 | again? | 10:14:54 |
| 7 | A.    Charlie. | 10:14:55 |
| 8 | Q.    -- I think Charlie is smirking at him? | 10:14:56 |
| 9 | A.    I would -- I would -- I don't -- I | 10:14:59 |
| 10 | wouldn't accuse them of being dishonest, but I | 10:15:02 |
| 11 | would certainly tell them that that's not the | 10:15:05 |
| 12 | right opinion. | 10:15:09 |
| 13 | MR. McMURTRY:  We are at an hour.  I'm | 10:15:13 |
| 14 | going to want to stop at some point. | 10:15:15 |
| 15 | MR. SIEGEL:  We can do that now. | 10:15:17 |
| 16 | MR. McMURTRY:  Whatever is convenient. | 10:15:19 |
| 17 | Okay. | 10:15:21 |
| 18 | MR. SIEGEL:  Sure.  Yes. | 10:15:21 |
| 19 | THE VIDEOGRAPHER:  We are going off the | 10:15:22 |
| 20 | record.  The time is 10:15 a.m. | 10:15:23 |
| 21 | (Thereupon, there was a recess taken at | 10:15:28 |
| 22 | 10:15 a.m.) | 10:15:28 |
| 23 | (Thereupon, the proceedings were resumed | 10:26:42 |
| 24 | at 10:26 a.m.) | 10:26:42 |
| 25 | THE VIDEOGRAPHER:  We are back on the | 10:26:48 |

| | | |
|---|---|---|
| 1 | record.  The time is 10:26 a.m. | 10:26:49 |
| 2 | BY MR. SIEGEL: | 10:26:53 |
| 3 | Q.    Nick, one of the words that you hear the | 10:26:53 |
| 4 | Black Hebrew Israelite man saying was -- on | 10:27:03 |
| 5 | approach to the students was cracker or crackers? | 10:27:06 |
| 6 | A.    Yeah. | 10:27:09 |
| 7 | Q.    Did you hear that? | 10:27:10 |
| 8 | A.    I did. | 10:27:10 |
| 9 | Q.    Is that something you also heard them | 10:27:11 |
| 10 | say when you were there? | 10:27:14 |
| 11 | A.    Yes. | 10:27:15 |
| 12 | Q.    What did -- did you know what that was | 10:27:16 |
| 13 | at the time? | 10:27:17 |
| 14 | A.    I just knew it was an epithet used to | 10:27:17 |
| 15 | describe white people. | 10:27:25 |
| 16 | MR. SIEGEL:  Okay.  Let's go to -- on | 10:27:29 |
| 17 | Exhibit 3, 43 minutes and 56 seconds. | 10:27:31 |
| 18 | (Thereupon, a video recording of Exhibit | 10:27:36 |
| 19 | 3 was played.) | 10:27:43 |
| 20 | MS. MEEK:  I just paused Exhibit 3 at 44 | 10:28:57 |
| 21 | minutes and 39 seconds. | 10:29:00 |
| 22 | BY MR. SIEGEL: | 10:29:02 |
| 23 | Q.    Okay.  So, again, the boys who are | 10:29:02 |
| 24 | standing to the right of the screen as we are | 10:29:06 |
| 25 | looking at it, are those Covington students? | 10:29:08 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:29:12 |
| 2 | Q.    And do you know who the student is | 10:29:12 |
| 3 | holding the water bottle? | 10:29:17 |
| 4 | A.    I would assume that is Charlie still. | 10:29:19 |
| 5 | Q.    Still Charlie?  And it looks like that | 10:29:23 |
| 6 | water bottle was blue? | 10:29:29 |
| 7 | A.    Correct. | 10:29:30 |
| 8 | Q.    Do you know what it says? | 10:29:31 |
| 9 | A.    I do not. | 10:29:32 |
| 10 | Q.    Does it say Trump on it? | 10:29:35 |
| 11 | A.    I think that is my leading guess as to | 10:29:39 |
| 12 | what it said.  I honestly, though, can't | 10:29:42 |
| 13 | remember. | 10:29:44 |
| 14 | MR. SIEGEL:  Okay.  Can we just pull up | 10:29:45 |
| 15 | Exhibit 4 for a second? | 10:29:47 |
| 16 | MS. MEEK:  The paper copy or up there? | 10:29:50 |
| 17 | MR. SIEGEL:  We could put it up there, | 10:29:53 |
| 18 | actually, the front, the photo. | 10:29:55 |
| 19 | BY MR. SIEGEL: | 10:30:30 |
| 20 | Q.    Nick, I will represent to you this is | 10:30:30 |
| 21 | just a photo I pulled off the Internet.  It's not | 10:30:32 |
| 22 | a photo of the event.  But do you think that that | 10:30:35 |
| 23 | is what that water bottle looked like? | 10:30:38 |
| 24 | MR. McMURTRY:  Objection.  Go ahead. | 10:30:41 |
| 25 | A.    I would say it's very possible.  And I | 10:30:42 |

| | | |
|---|---|---|
| 1 | would assume that's probably what it is. | 10:30:44 |
| 2 | BY MR. SIEGEL: | 10:30:48 |
| 3 | Q.    Okay.  So let's go back. | 10:30:48 |
| 4 | What do you think Billy was trying to | 10:30:51 |
| 5 | communicate? | 10:30:54 |
| 6 | Stop and pause.  And I will rephrase the | 10:30:56 |
| 7 | question when she gets the frame up so you can | 10:30:58 |
| 8 | view it. | 10:31:00 |
| 9 | What do you think Billy was trying to | 10:31:11 |
| 10 | communicate to the Black Hebrew Israelites by | 10:31:14 |
| 11 | holding the Trump water bottle up? | 10:31:17 |
| 12 | MR. McMURTRY:  Objection.  Go | 10:31:19 |
| 13 | ahead if -- | 10:31:22 |
| 14 | MR. SIEGEL:  I will rephrase it. | 10:31:22 |
| 15 | BY MR. SIEGEL: | 10:31:23 |
| 16 | Q.    What do you think Billy was trying to | 10:31:23 |
| 17 | communicate to the Black Hebrew Israelites by | 10:31:25 |
| 18 | holding that water bottle up? | 10:31:29 |
| 19 | MR. McMURTRY:  Objection.  Go ahead. | 10:31:30 |
| 20 | A.    I think Charlie was already being mocked | 10:31:32 |
| 21 | for wearing the Make America Great Again hat.  So | 10:31:35 |
| 22 | he was also saying, hey, I have a water bottle, | 10:31:39 |
| 23 | too, you know.  I don't know.  He was showing | 10:31:44 |
| 24 | them that he had a water bottle, too.  I don't | 10:31:51 |
| 25 | know what he was trying to do with it. | 10:31:53 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 10:31:58 |
| 2 | Q.    So you understand that he was being | 10:31:58 |
| 3 | mocked, or you are attesting that he was being | 10:32:00 |
| 4 | mocked by the Black Hebrew Israelites, right?  Do | 10:32:04 |
| 5 | you think he was mocking them -- | 10:32:09 |
| 6 | A.    No. | 10:32:10 |
| 7 | Q.    -- by doing that? | 10:32:10 |
| 8 | A.    No, not at all. | 10:32:12 |
| 9 | Q.    He was taunting them by doing that? | 10:32:13 |
| 10 | A.    I don't think so. | 10:32:16 |
| 11 | Q.    Why? | 10:32:17 |
| 12 | A.    Well, I think it's pretty clear to me | 10:32:18 |
| 13 | that they had already -- the Black Hebrew | 10:32:21 |
| 14 | Israelites, you can clearly hear them already | 10:32:22 |
| 15 | label Charlie many insults and epithets.  I | 10:32:31 |
| 16 | don't -- I don't know how he would -- could be | 10:32:34 |
| 17 | mocking them when they are going after him. | 10:32:36 |
| 18 | Q.    Well, is it possible that he was kind of | 10:32:38 |
| 19 | responding in kind? | 10:32:46 |
| 20 | MR. McMURTRY:  Objection. | 10:32:46 |
| 21 | A.    I don't think so, because his reaction | 10:32:47 |
| 22 | is on a way more toned-down level than what he is | 10:32:50 |
| 23 | being presented with. | 10:32:55 |
| 24 | BY MR. SIEGEL: | 10:32:56 |
| 25 | Q.    Do you think somebody seeing this and | 10:32:56 |

| | | |
|---|---|---|
| 1 | seeing Charlie holding up a Trump water bottle to | 10:32:58 |
| 2 | the Black Hebrew Israelites, that he was mocking | 10:33:02 |
| 3 | them by doing that? | 10:33:05 |
| 4 | MR. McMURTRY:  Objection.  Go ahead. | 10:33:06 |
| 5 | A.    I guess they could.  To me, a water | 10:33:08 |
| 6 | bottle doesn't seem that provocative.  So if | 10:33:11 |
| 7 | someone wanted to -- wanted to look at it that | 10:33:16 |
| 8 | way, they could. | 10:33:19 |
| 9 | MR. SIEGEL:  Okay.  Let's go to 49 | 10:33:27 |
| 10 | minutes and 29 seconds. | 10:33:29 |
| 11 | Did you say when you stopped that, | 10:33:31 |
| 12 | Jessica, just for the record, before? | 10:33:34 |
| 13 | MS. MEEK:  I stopped at 49 minutes and | 10:33:36 |
| 14 | 39 seconds before. | 10:33:39 |
| 15 | (Thereupon, a video recording of Exhibit | 10:33:42 |
| 16 | 3 was played.) | 10:33:46 |
| 17 | MR. SIEGEL:  Okay. | 10:33:47 |
| 18 | MS. MEEK:  Did you say jumping to 49 | 10:33:47 |
| 19 | minutes and 29 seconds now? | 10:33:51 |
| 20 | MR. SIEGEL:  Yes.  It was 44:39 before, | 10:33:57 |
| 21 | right? | 10:34:02 |
| 22 | MS. MEEK:  Yes. | 10:34:03 |
| 23 | MR. SIEGEL:  Okay.  Actually, one last | 10:34:04 |
| 24 | question when we get there. | 10:34:05 |
| 25 | BY MR. SIEGEL: | 10:34:08 |

1    Q.   The -- that part with Billy Morrison,          10:34:08
2 did you see that at the time?                          10:34:12
3    A.   I might -- I may have.  I can't recall         10:34:14
4 fully.  I think so.                                    10:34:17
5         MR. SIEGEL:  Okay.                             10:34:19
6         MS. MEEK:  I'm starting Exhibit 3 at 49        10:34:21
7 minutes and 29 seconds.                                10:34:23
8         (Thereupon, a video recording of Exhibit       10:34:26
9 3 was played.)                                         10:34:30
10        MS. MEEK:  I just paused Exhibit 3 at 49        10:34:47
11 minutes and 49 seconds.                                10:34:50
12 BY MR. SIEGEL:                                          10:34:52
13    Q.   Okay.  So you heard the Black Hebrew           10:34:52
14 Israelites man saying -- calling someone an Uncle      10:34:57
15 Tom and Super Sambo.  Who did understand that to       10:35:01
16 be directed at?                                        10:35:05
17    A.   I mean, I can't really tell who.              10:35:07
18    Q.   Did you understand it to be directed at       10:35:09
19 one or more persons who were African American?         10:35:11
20    A.   I really can't say.  I have no idea who       10:35:15
21 they are talking to, at least from this video.         10:35:19
22    Q.   Do you know what the phrase Uncle Tom         10:35:22
23 means?                                                 10:35:25
24    A.   I do.                                          10:35:25
25    Q.   What's your understanding of it?              10:35:26

1       A.      It's based on the book Uncle Tom's          10:35:28
2   Cabin, which basically -- or my understanding is      10:35:32
3   African Americans view it as another African          10:35:38
4   American selling out or whatever to rich white        10:35:44
5   slave owners, however, you know, how the book         10:35:49
6   goes.                                                 10:35:54
7       Q.      Okay.  And so when an African              10:35:55
8   American -- what do you understand that term to       10:36:02
9   mean when it's used today by an African American?     10:36:04
10      A.      I would say my understanding is that an    10:36:12
11  African American labels another African American      10:36:17
12  an Uncle Tom, that means that they are not            10:36:22
13  authentically African American or not of the same     10:36:25
14  standard.  It's a designation that ends up            10:36:30
15  meaning that you are lesser in some way.              10:36:33
16      Q.      And he spoke the words Super Sambo.  Do    10:36:36
17  you have any understanding of what Sambo means?       10:36:42
18      A.      I do not.                                  10:36:45
19      Q.      So based on what he was saying, does it    10:36:48
20  appear to you that he was yelling at some person      10:36:51
21  or persons who were African American?                 10:36:54
22      A.      I think that's possible.  But there's      10:36:57
23  also this skateboarder guy in the middle of the       10:37:00
24  video who I -- if I recall correctly, was not         10:37:05
25  African American.                                     10:37:10

| | | |
|---|---|---|
| 1 | Q. Okay. Now, I know, and we are not going | 10:37:11 |
| 2 | to watch it all because we would be here for a | 10:37:18 |
| 3 | week, but you have reviewed this whole video, I | 10:37:22 |
| 4 | take it, the Banyamyan video? | 10:37:25 |
| 5 | A. I don't think I have watched every | 10:37:31 |
| 6 | single minute of it, no. | 10:37:34 |
| 7 | Q. Okay. Have you watched a fair amount of | 10:37:36 |
| 8 | it? | 10:37:39 |
| 9 | A. I can't say. | 10:37:39 |
| 10 | Q. Okay. Well, you mentioned before that, | 10:37:40 |
| 11 | once you reviewed the video, you saw that the | 10:37:42 |
| 12 | Black Hebrew Israelites had yelled insults at | 10:37:46 |
| 13 | Native Americans at different points? | 10:37:49 |
| 14 | A. Correct. | 10:37:51 |
| 15 | Q. Okay. Did you see either from the video | 10:37:52 |
| 16 | or at the time them making any negative | 10:37:57 |
| 17 | references to Jews? | 10:38:01 |
| 18 | A. Yes. | 10:38:02 |
| 19 | Q. How about to Catholics? | 10:38:04 |
| 20 | A. Yes. | 10:38:07 |
| 21 | Q. Okay. And does it appear to you also to | 10:38:07 |
| 22 | some other African Americans? | 10:38:10 |
| 23 | A. Yes. | 10:38:13 |
| 24 | Q. Would it be fair to say that they were | 10:38:14 |
| 25 | equal opportunity haters? | 10:38:18 |

1    A.    I would agree.                                      10:38:20

2          MR. SIEGEL:  All right.  Now, let's --             10:38:34

3    let's keep playing.                                       10:38:36

4          (Thereupon, a video recording from                 10:38:36

5    Exhibit 3 was played.)                                    10:38:40

6          MS. MEEK:  I just paused Exhibit 3 at 50            10:38:49

7    minutes and 2 seconds.                                    10:38:52

8          MR. SIEGEL:  Can you repeat that?                   10:38:59

9          MS. MEEK:  Yes.  50 minutes and 3                  10:39:02

10   seconds.                                                  10:39:04

11   BY MR. SIEGEL:                                            10:39:04

12   Q.    Okay.  So first you heard him use the               10:39:04

13   word pepper boys.  Do you have any understanding          10:39:06

14   of what that meant?                                       10:39:10

15   A.    I do not.                                           10:39:11

16   Q.    Do you have an understanding today of               10:39:11

17   what it is?                                               10:39:13

18   A.    No.                                                 10:39:14

19   Q.    Okay.  Given the context, do you have an            10:39:15

20   educated guess about what it is?                          10:39:17

21   A.    I mean, I will assume it's pretty                   10:39:20

22   derogatory, but I don't even know if I could             10:39:25

23   guess what it means.                                      10:39:29

24   Q.    Okay.  So let's just go back.  I'm just             10:39:36

25   going to ask you, Nick, that those are some               10:39:39

| | | |
|---|---|---|
| 1 | Covington students, correct? | 10:39:42 |
| 2 | A.    Correct. | 10:39:44 |
| 3 | Q.    So starting to sort of where we see the | 10:39:46 |
| 4 | boys, I'm just going to ask if you can identify | 10:39:49 |
| 5 | any of those people.  We're just going to sort of | 10:39:53 |
| 6 | go through it frame by frame to -- | 10:39:56 |
| 7 | A.    Okay. | 10:40:00 |
| 8 | Q.    We are now at 50 minutes and 2 seconds. | 10:40:00 |
| 9 | A.    On the -- on the left, looking at the | 10:40:03 |
| 10 | video on the left side, where the mouse is | 10:40:06 |
| 11 | closest to, that looks like Patrick Kennedy. | 10:40:08 |
| 12 | Q.    So just so it's clear, he's -- it looks | 10:40:13 |
| 13 | like he is wearing a MAGA hat and he is wearing a | 10:40:15 |
| 14 | sweatshirt that sort of has a red stripe going | 10:40:20 |
| 15 | down the middle? | 10:40:23 |
| 16 | A.    Yes. | 10:40:23 |
| 17 | MR. SIEGEL:  Okay. | 10:40:24 |
| 18 | A.    Behind him, also wearing a MAGA hat, | 10:40:24 |
| 19 | looks like Cammeron Martin. | 10:40:27 |
| 20 | In front of him with the animal hat and | 10:40:29 |
| 21 | the March For Life shirt looks like Peter Rice. | 10:40:32 |
| 22 | And to the right of Peter in the brown | 10:40:37 |
| 23 | beanie looks like Liam Gray. | 10:40:41 |
| 24 | And I -- those are the only ones I could | 10:40:45 |
| 25 | put names to. | 10:40:51 |

| | | |
|---|---|---|
| 1 | Q.    Okay.  We are just going to move it to | 10:40:52 |
| 2 | the right. | 10:40:55 |
| 3 | A.    Okay.  To the right of Liam Gray with | 10:40:55 |
| 4 | the MAGA hat, or what looks like one on | 10:40:59 |
| 5 | backwards, is -- his last name is Summe.  His | 10:41:04 |
| 6 | first name I'm blanking on right now. | 10:41:13 |
| 7 | Q.    Is Sunny -- say that -- | 10:41:17 |
| 8 | A.    Summe. | 10:41:18 |
| 9 | Q.    Can you spell it? | 10:41:19 |
| 10 | A.    S-U-M-M-E. | 10:41:20 |
| 11 | MR. SIEGEL:  Okay. | 10:41:24 |
| 12 | A.    And his older brother, too.  I don't | 10:41:24 |
| 13 | know his name, his older brother's name.  I think | 10:41:26 |
| 14 | it's his name. | 10:41:31 |
| 15 | Q.    Okay.  And the fellow in the blue | 10:41:31 |
| 16 | sweatshirt, sort of pointing to his hat, I think? | 10:41:39 |
| 17 | A.    I think that is Charlie Regan | 10:41:42 |
| 18 | (phonetically spelled), my best friend.  I do not | 10:41:45 |
| 19 | know who that person is. | 10:42:04 |
| 20 | Q.    You are talking about the person -- it | 10:42:05 |
| 21 | looks like a blue and white ski hat? | 10:42:09 |
| 22 | A.    Yes. | 10:42:12 |
| 23 | Q.    Okay.  Going to the right. | 10:42:13 |
| 24 | MR. SIEGEL:  Can you frame it, Jessie? | 10:42:16 |
| 25 | MS. MEEK:  I think that might be the | 10:42:18 |

| | | |
|---|---|---|
| 1 | end. | 10:42:20 |
| 2 | MR. SIEGEL: Oh, you think -- well, | 10:42:32 |
| 3 | let's just go through it real quick. Go a little | 10:42:32 |
| 4 | bit -- yeah, keep going. | 10:42:34 |
| 5 | BY MR. SIEGEL: | 10:42:35 |
| 6 | Q. So the fellow on the bicycle, do you | 10:42:35 |
| 7 | recognize who that is? | 10:42:37 |
| 8 | A. I can -- I do not know. | 10:42:38 |
| 9 | Q. You don't know if he's from Covington? | 10:42:40 |
| 10 | A. No, I can't -- | 10:42:43 |
| 11 | MR. SIEGEL: Okay. Let's go ahead. Go | 10:42:48 |
| 12 | back to 50 minutes and 2 seconds and play a | 10:42:51 |
| 13 | little bit more. | 10:42:56 |
| 14 | (Thereupon, a video recording of Exhibit | 10:42:57 |
| 15 | 3 was played.) | 10:43:03 |
| 16 | MS. MEEK: I just -- I just paused | 10:43:13 |
| 17 | Exhibit 3 at 50 minutes and 14 seconds. | 10:43:14 |
| 18 | BY MR. SIEGEL: | 10:43:17 |
| 19 | Q. So did you see any of this when you were | 10:43:17 |
| 20 | there? | 10:43:21 |
| 21 | A. I think I did. | 10:43:22 |
| 22 | Q. Okay. Did you hear someone in the | 10:43:24 |
| 23 | background that says build that wall? | 10:43:27 |
| 24 | A. Yes. | 10:43:31 |
| 25 | Q. And then the Black Hebrew Israelite man | 10:43:32 |

1   who was speaking sort of talking about it?                    10:43:37

2       A.    I -- from my hearing, it seemed as if              10:43:39

3   one of the Black Hebrew Israelite men was saying             10:43:42

4   build that wall in kind of a mocking form.  I                10:43:46

5   don't -- I don't think that was one of us that              10:43:51

6   said it.                                                      10:43:54

7       Q.    Okay.  Can you tell for sure who said             10:43:55

8   it?                                                           10:43:57

9       A.    Perhaps, if you replay it, I think I              10:43:59

10  would be able to hear if that was a student or               10:44:02

11  not, but --                                                   10:44:06

12          MR. SIEGEL:  Okay.  Go ahead.                        10:44:07

13          MS. MEEK:  Going back to 50 minutes and              10:44:18

14  2 seconds.                                                    10:44:21

15          (Thereupon, a video recording of Exhibit             10:44:23

16  3 was played.)                                                10:44:26

17      A.    It sounds to me like I can hear one of             10:44:34

18  the Hebrew Israelites saying build that wall,                10:44:37

19  question mark, why don't you build the damn wall,            10:44:45

20  question mark, is a snippet I catch from that at             10:44:48

21  least.                                                        10:44:50

22          MR. SIEGEL:  Okay.  Let's go back again.             10:44:51

23  I will tell you when to stop it.  Okay?                       10:44:54

24          MS. MEEK:  Okay.  Going back to 50                   10:44:57

25  minutes and 2 seconds on Exhibit 3.                          10:45:03

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 10:45:14 |
| 2 | Q.    So you hear somebody who says it, right? | 10:45:14 |
| 3 | A.    Right. | 10:45:17 |
| 4 | Q.    And then he continues to talk. | 10:45:17 |
| 5 | So when it's said that first time, could | 10:45:22 |
| 6 | you tell who said it? | 10:45:25 |
| 7 | A.    There, I can't tell who said it. | 10:45:26 |
| 8 | MR. SIEGEL:  Okay.  Let's continue to | 10:45:37 |
| 9 | play it through. | 10:45:41 |
| 10 | (Thereupon, a video recording from | 10:45:44 |
| 11 | Exhibit 3 was played.) | 10:45:48 |
| 12 | BY MR. SIEGEL: | 10:46:28 |
| 13 | Q.    So, after this sort of point, the | 10:46:28 |
| 14 | students all walk away, right? | 10:46:34 |
| 15 | A.    Right. | 10:46:36 |
| 16 | Q.    If you did see this at the time, do you | 10:46:38 |
| 17 | remember where you were standing at this point? | 10:46:43 |
| 18 | Because I don't see you in the group.  Although, | 10:46:46 |
| 19 | that doesn't mean you weren't there. | 10:46:48 |
| 20 | A.    I -- so from where they are facing | 10:46:51 |
| 21 | outward, I would have been behind them and to the | 10:46:54 |
| 22 | right on the steps.  I wasn't in that group, | 10:46:58 |
| 23 | looking at them and their posters.  So . . . | 10:47:03 |
| 24 | Q.    Okay.  Okay.  So now we will jump to a | 10:47:09 |
| 25 | point where I think you do start to be visible. | 10:47:13 |

1          MS. MEEK:  For the record, a moment ago          10:47:17

2     I stopped Exhibit 3 at 50 minutes and 53 seconds.     10:47:19

3     Now I'm going to 53 minutes and 29 seconds.           10:47:23

4          (Thereupon, a video recording of Exhibit         10:47:29

5     3 was played.)                                        10:47:32

6     BY MR. SIEGEL:                                        10:47:42

7        Q.   Okay.  So we have stopped at 53 minutes       10:47:42

8     and 34 seconds.                                       10:47:45

9          Is -- is that you in the kind of middle          10:47:47

10    of the screen?                                        10:47:51

11       A.   Off to the left.                              10:47:53

12       Q.   Slightly off to the left?                     10:47:54

13       A.   Yeah, with the white shoes.  I think          10:47:56

14    that's me.                                            10:47:59

15          MR. SIEGEL:  Okay.  Let's jump to 58:29.        10:48:16

16          (Thereupon, a video recording of Exhibit        10:48:24

17    3 was played.)                                        10:48:28

18          MS. MEEK:  I just paused Exhibit 3 at 59        10:49:02

19    minutes and 9 seconds.                                10:49:05

20    BY MR. SIEGEL:                                        10:49:07

21       Q.   Okay.  Did you hear that at the time?         10:49:07

22       A.   I would have heard them yelling.  I           10:49:11

23    don't know if I heard it word for word.               10:49:13

24       Q.   Okay.  Do you agree with anything he          10:49:15

25    said there about Bill Clinton?                        10:49:18

| | | |
|---|---|---|
| 1 | A.    No. | 10:49:21 |
| 2 | Q.    No? | 10:49:21 |
| 3 | A.    No. | 10:49:22 |
| 4 | Q.    Or democrats? | 10:49:23 |
| 5 | A.    No. | 10:49:24 |
| 6 | Q.    What do you disagree with him about? | 10:49:25 |
| 7 | MR. McMURTRY:  I'm sorry.  I lost track. | 10:49:28 |
| 8 | You said do you agree with anything he said, and | 10:49:30 |
| 9 | then you said what do you disagree with him | 10:49:33 |
| 10 | about. | 10:49:35 |
| 11 | MR. SIEGEL:  No, no, no. | 10:49:35 |
| 12 | MR. McMURTRY:  He hasn't said that he | 10:49:36 |
| 13 | did disagree with anything.  So I just lost | 10:49:39 |
| 14 | track. | 10:49:43 |
| 15 | MR. SIEGEL:  All right.  Well, let's do | 10:49:44 |
| 16 | it again. | 10:49:44 |
| 17 | MR. McMURTRY:  Okay. | 10:49:44 |
| 18 | MR. SIEGEL:  Because my last question | 10:49:44 |
| 19 | was confusing. | 10:49:45 |
| 20 | BY MR. SIEGEL: | 10:49:46 |
| 21 | Q.    You heard him say something about Bill | 10:49:46 |
| 22 | Clinton, right? | 10:49:48 |
| 23 | A.    Right.  I guess the people claim that he | 10:49:50 |
| 24 | was the first black president, is how they said. | 10:49:53 |
| 25 | Q.    Yeah, but that's not what I'm asking you | 10:49:56 |

| | | |
|---|---|---|
| 1 | about. | 10:49:59 |
| 2 | Let's go ahead and listen to it again. | 10:49:59 |
| 3 | Okay? | 10:50:02 |
| 4 | A.    Okay. | 10:50:02 |
| 5 | Q.    And I want you to -- particularly the | 10:50:02 |
| 6 | point about -- when he talks about blacks and | 10:50:05 |
| 7 | Hispanics being locked up. | 10:50:08 |
| 8 | A.    Okay. | 10:50:11 |
| 9 | MS. MEEK:  I'm starting at 58 minutes | 10:50:12 |
| 10 | and 29 seconds in Exhibit 3. | 10:50:14 |
| 11 | (Thereupon, a video recording from | 10:50:17 |
| 12 | Exhibit 3 was played.) | 10:50:19 |
| 13 | MR. McMURTRY:  Okay.  I have a question | 10:50:57 |
| 14 | before you ask your question.  I just want to | 10:50:58 |
| 15 | make sure we are all dealing with the same | 10:51:01 |
| 16 | terminology. | 10:51:03 |
| 17 | So he said that there were more blacks | 10:51:04 |
| 18 | and Hispanics locked up during the Clinton | 10:51:06 |
| 19 | administration? | 10:51:10 |
| 20 | MR. SIEGEL:  Uh-huh. | 10:51:11 |
| 21 | MR. McMURTRY:  Is that what -- okay. | 10:51:12 |
| 22 | MR. SIEGEL:  Yeah. | 10:51:13 |
| 23 | MR. McMURTRY:  I could barely hear it. | 10:51:13 |
| 24 | So if we agree that that is what we heard, go | 10:51:13 |
| 25 | ahead. | 10:51:15 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 10:51:15 |
| 2 | Q.   Yeah.  And -- so did you -- I will ask | 10:51:15 |
| 3 | you again.  Did you -- did you agree with | 10:51:19 |
| 4 | anything that he said in reference to Bill | 10:51:21 |
| 5 | Clinton? | 10:51:23 |
| 6 | A.   I -- honestly, it's not my place to | 10:51:25 |
| 7 | agree or disagree.  I don't know the statistics, | 10:51:28 |
| 8 | data.  So he could be right.  He could be wrong. | 10:51:33 |
| 9 | Q.   Okay.  What do you understand him to be | 10:51:37 |
| 10 | criticizing -- | 10:51:43 |
| 11 | A.   I think he's -- | 10:51:46 |
| 12 | Q.   -- democrats for? | 10:51:46 |
| 13 | A.   He's criticizing democrats and other | 10:51:46 |
| 14 | African Americans for liking Bill Clinton. | 10:51:51 |
| 15 | Because according to him, he's locked up more | 10:51:55 |
| 16 | Hispanics and African American citizens than any | 10:51:58 |
| 17 | other president. | 10:52:03 |
| 18 | Q.   Okay.  And is that a criticism you -- of | 10:52:04 |
| 19 | Bill Clinton that you agree with? | 10:52:13 |
| 20 | MR. McMURTRY:  Objection.  Go ahead. | 10:52:15 |
| 21 | A.   Again, I don't know whether he did or he | 10:52:16 |
| 22 | didn't.  So I don't know. | 10:52:19 |
| 23 | BY MR. SIEGEL: | 10:52:22 |
| 24 | Q.   Okay.  Would it be fair to say that the | 10:52:22 |
| 25 | Black Hebrew Israelite man, he didn't limit his | 10:52:28 |

1   invective to republicans?                        10:52:31

2       A.    Correct.  I would say he mainly focused  10:52:34

3   on republicans.  But as the case here, not only   10:52:37

4   republicans.                                       10:52:41

5            MR. SIEGEL:  Okay.  Let's go to the       10:52:45

6   next, 51 minutes and 21 seconds.                   10:52:47

7            (Thereupon, a video recording from        10:52:54

8   Exhibit 3 was played.)                             10:52:59

9            MR. SIEGEL:  I think you may just --      10:53:05

10  yeah, go forward a little bit.  Maybe the other    10:53:07

11  way.  Go back a little bit.                         10:53:11

12  BY MR. SIEGEL:                                      10:53:24

13      Q.    Okay.  So that -- pointing out the white  10:53:24

14  sneakers, that is a good reference point.  You      10:53:29

15  see where the cursor is pointing.  Is that you      10:53:32

16  standing on the stairs?                             10:53:35

17      A.    I'm pretty sure that's me.                10:53:36

18           MR. SIEGEL:  Okay.  Let's go to 1 minute   10:53:39

19  and 7 seconds -- I'm sorry -- 1 hour and 7          10:53:43

20  minutes and 44 seconds.                             10:53:49

21           MS. MEEK:  For the record, we just         10:53:50

22  paused at 1 minute and 23 seconds, where           10:53:52

23  Mr. Sandmann pointed out where he was standing.     10:53:56

24           (Thereupon, a video recording from        10:54:08

25  Exhibit 3 was played.)                             10:54:12

| | | |
|---|---|---|
| 1 | MS. MEEK: We just paused 1 hour, 7 | 10:54:24 |
| 2 | minutes and 57 seconds in Exhibit 3. | 10:54:28 |
| 3 | BY MR. SIEGEL: | 10:54:30 |
| 4 | Q. Okay. So you heard in this he is | 10:54:30 |
| 5 | calling to the group and calling them incest | 10:54:32 |
| 6 | babies? | 10:54:38 |
| 7 | A. Correct. | 10:54:38 |
| 8 | Q. Trailer park babies? | 10:54:38 |
| 9 | A. Correct. | 10:54:40 |
| 10 | Q. And without playing the whole video, | 10:54:41 |
| 11 | would it be fair to say that you already heard at | 10:54:44 |
| 12 | different points he called you crackers, pool | 10:54:47 |
| 13 | shooters, right? | 10:54:50 |
| 14 | A. Right. | 10:54:52 |
| 15 | Q. Okay. How did the things that they were | 10:54:55 |
| 16 | saying make you feel? | 10:55:00 |
| 17 | A. I mean, I was upset by it. It -- I was | 10:55:03 |
| 18 | kind of -- I mean, I was just -- I was upset, | 10:55:09 |
| 19 | confused and a little worried at why they were | 10:55:13 |
| 20 | spending so much time and energy insulting us. | 10:55:17 |
| 21 | It didn't make a whole lot of sense. | 10:55:21 |
| 22 | As you can see, we are kind of -- there | 10:55:24 |
| 23 | was like 20 feet of space now in between us and | 10:55:27 |
| 24 | them, and they are still focused on yelling at | 10:55:30 |
| 25 | us. | 10:55:33 |

1      Q.    What were you a little worried about?              10:55:33

2      A.    Well, it didn't seem particularly                 10:55:36

3   friendly.  And talking about how Washington was a          10:55:39

4   culture shock, I had never seen a group of adults          10:55:45

5   get so angry at kids or whatever, which kind of            10:55:50

6   felt not -- not okay to me.  And that, you know,           10:55:56

7   this is something I hadn't experienced before.             10:56:01

8      Q.    Okay.  I will show you later, but you             10:56:03

9   said to Savannah Guthrie that you felt                     10:56:14

10  threatened.  How so?  Is that -- is that right?            10:56:18

11     A.    Yes.  I felt threatened for the reason I          10:56:20

12  was describing, in that I had never seen adults            10:56:23

13  so angry at a group of kids, especially since I            10:56:26

14  hadn't -- really hadn't done anything to them.             10:56:30

15     Q.    And I think you said in your statement            10:56:33

16  that they were taunting.  Did you feel like they           10:56:35

17  were taunting you?                                         10:56:39

18     A.    I think so.                                       10:56:40

19     Q.    What do you -- what do you mean?  How             10:56:40

20  so?                                                        10:56:44

21     A.    Well, my impression of them was that --          10:56:44

22  and when I found out that they had been harassing          10:56:47

23  other groups as well, that they were taunting the         10:56:51

24  Native Americans, us, anyone that would come up            10:56:54

25  to them, to try and get a reaction or something.          10:56:58

1    Because they kind of thrive off controversy, and          10:57:02

2    they would be saying things that most people              10:57:08

3    don't agree with.                                         10:57:10

4        Q.    I mean, they said a lot of things about         10:57:11

5    Trump, right?                                             10:57:14

6        A.    Right.                                          10:57:14

7        Q.    Fair to say, negative things about              10:57:15

8    Trump, right?                                             10:57:18

9        A.    Right.                                          10:57:19

10       Q.    And you mentioned before you thought            10:57:20

11   they were mocking Billy Bart when they talking            10:57:22

12   about Trump.  Did you feel like they were mocking         10:57:26

13   the group when they talked about that?                    10:57:29

14       A.    I don't know if -- when they were               10:57:31

15   talking about Trump, I don't -- I -- yes, they            10:57:32

16   would have been mocking us for wearing his stuff,         10:57:35

17   and they claimed that we were supporting it,              10:57:39

18   blah, blah, blah, epithets.                               10:57:42

19       Q.    Did you think that any of the things            10:57:45

20   that the Black Hebrew Israelites were saying were         10:57:47

21   racist?                                                   10:57:54

22       A.    Yes.                                            10:57:55

23       Q.    How so?                                         10:57:56

24       A.    They called white people crackers.  They       10:57:58

25   called the African American student with us Uncle         10:58:01

| | | |
|---|---|---|
| 1 | Tom and a sellout for being around us. They told | 10:58:05 |
| 2 | the African American student that we were -- like | 10:58:12 |
| 3 | us as white people were going to harvest his | 10:58:15 |
| 4 | organs and blah, blah, blah, which seemed really | 10:58:19 |
| 5 | racist to me. | 10:58:23 |
| 6 | Q. Why did you think that calling him an | 10:58:25 |
| 7 | Uncle Tom was racist? | 10:58:27 |
| 8 | A. Calling the student with us an Uncle | 10:58:30 |
| 9 | Tom? | 10:58:33 |
| 10 | Q. Yes. Yes. | 10:58:34 |
| 11 | A. Because, as we talked about earlier, my | 10:58:35 |
| 12 | understanding was it was a derogatory term. And | 10:58:37 |
| 13 | to me, what I understood was that the Hebrew | 10:58:41 |
| 14 | Israelites were basically calling him less of an | 10:58:45 |
| 15 | African American than they were. | 10:58:51 |
| 16 | MR. SIEGEL: Okay. Let's go to 1 | 10:59:04 |
| 17 | minute, 7 minutes and 57 seconds. | 10:59:07 |
| 18 | Wait a second. So we are going to play | 10:59:11 |
| 19 | this through and then I'm going to go back and | 10:59:13 |
| 20 | ask you a couple specific questions. But I want | 10:59:16 |
| 21 | you to watch it through, and then we will go back | 10:59:19 |
| 22 | a little bit. Okay? | 10:59:22 |
| 23 | THE WITNESS: Okay. | 10:59:23 |
| 24 | (Thereupon, a video recording of Exhibit | 10:59:47 |
| 25 | 3 was played.) | 10:59:47 |

| | | |
|---|---|---|
| 1 | MS. MEEK:  I just paused Exhibit 3 at 1 | 10:59:47 |
| 2 | hour, 8 minutes and 19 seconds. | 10:59:49 |
| 3 | MR. SIEGEL:  Okay.  Let's go back to | 10:59:52 |
| 4 | 1:08:05. | 10:59:54 |
| 5 | (Thereupon, a video recording of Exhibit | 11:00:11 |
| 6 | 3 was played.) | 11:00:11 |
| 7 | BY MR. SIEGEL: | 11:00:11 |
| 8 | Q.    So here he says:  When was it great? | 11:00:11 |
| 9 | You hear something from the crowd, and he says: | 11:00:14 |
| 10 | Exactly. | 11:00:17 |
| 11 | A.    Uh-huh. | 11:00:17 |
| 12 | Q.    Could you tell what was being said from | 11:00:18 |
| 13 | the crowd? | 11:00:21 |
| 14 | A.    No. | 11:00:21 |
| 15 | Q.    Does it sound like to you that someone | 11:00:22 |
| 16 | used the word lynchings? | 11:00:25 |
| 17 | A.    No, not at all. | 11:00:27 |
| 18 | MR. SIEGEL:  Listen to it again. | 11:00:29 |
| 19 | (Thereupon, a video recording from | 11:00:34 |
| 20 | Exhibit 3 was played.) | 11:00:38 |
| 21 | BY MR. SIEGEL: | 11:00:47 |
| 22 | Q.    Okay.  Can you tell what's being said? | 11:00:47 |
| 23 | A.    That's what it sounds like to me, but I | 11:00:50 |
| 24 | don't -- I can't say if these students right | 11:00:54 |
| 25 | there on the end that are dressed mostly in all | 11:00:58 |

| | | |
|---|---|---|
| 1 | black or whatever, not like the students on the | 11:01:01 |
| 2 | left side are Cov Cath students. | 11:01:05 |
| 3 | MR. SIEGEL:  Okay.  Let's play it one | 11:01:15 |
| 4 | more time. | 11:01:19 |
| 5 | (Thereupon, a video recording from | 11:01:21 |
| 6 | Exhibit 3 was played.) | 11:01:27 |
| 7 | BY MR. SIEGEL: | 11:01:34 |
| 8 | Q.    So after he says that, where you say | 11:01:34 |
| 9 | sounds like it may be lynching, do you hear | 11:01:38 |
| 10 | people laughing? | 11:01:41 |
| 11 | A.    Yes. | 11:01:42 |
| 12 | Q.    Can you tell whether the Cov Cath -- | 11:01:43 |
| 13 | some of the people laughing were Cov Cath | 11:01:45 |
| 14 | students? | 11:01:48 |
| 15 | A.    I cannot. | 11:01:48 |
| 16 | Q.    Do you think it's possible? | 11:01:49 |
| 17 | A.    It could be.  I mean, I -- these | 11:01:51 |
| 18 | students I know are Cov Cath.  I see students I | 11:01:54 |
| 19 | don't know, and I hear laughing.  But I mean from | 11:01:57 |
| 20 | this angle, I can't -- I can't tell anything. | 11:02:02 |
| 21 | Q.    Okay.  Was it appropriate to laugh at | 11:02:07 |
| 22 | that moment in your opinion? | 11:02:09 |
| 23 | MR. McMURTRY:  Objection.  Go ahead. | 11:02:10 |
| 24 | A.    I don't agree with it.  I wouldn't have | 11:02:11 |
| 25 | laughed. | 11:02:14 |

1    BY MR. SIEGEL:                                      11:02:15

2        Q.    Why?                                      11:02:15

3             MR. McMURTRY:  Objection.  Go ahead.       11:02:16

4        A.    Because I think that it's not             11:02:18

5    appropriate to tell an African American that        11:02:22

6    lynchings were great, even as a joke, and then      11:02:28

7    laugh about it.                                      11:02:31

8             MR. SIEGEL:  Okay.  Let's restart it        11:02:32

9    at right where you are.                              11:02:37

10            (Thereupon, a video recording from          11:02:39

11   Exhibit 3 was played.)                               11:02:42

12   BY MR. SIEGEL:                                        11:02:46

13       Q.    You hear somebody that says, right,        11:02:46

14   since you had us in slavery, you bastards, right?    11:02:49

15       A.    Yes.                                        11:02:51

16       Q.    And somebody -- you hear somebody           11:02:52

17   saying, that's right?                                11:02:53

18       A.    Right.                                      11:02:55

19       Q.    Do you know who that was?                   11:02:56

20       A.    No.  And from this angle, there's even     11:02:57

21   more people on this right side that I don't know     11:03:01

22   and, frankly, don't look like they are a part of     11:03:04

23   our group.                                            11:03:07

24       Q.    Okay.  Would it be fair to say that        11:03:10

25   someone could perceive that exchange as             11:03:17

| | | |
|---|---|---|
| 1 | responding to the insults of the B -- BHI with | 11:03:19 |
| 2 | racial insult? | 11:03:27 |
| 3 | A.   Yeah. | 11:03:28 |
| 4 | Q.   Okay.  Can you say for sure whether you | 11:03:30 |
| 5 | heard every single thing that every student said | 11:03:35 |
| 6 | throughout the whole incident? | 11:03:39 |
| 7 | MR. McMURTRY:  Objection. | 11:03:40 |
| 8 | A.   I would assume that there had to be | 11:03:41 |
| 9 | things I missed. | 11:03:44 |
| 10 | BY MR. SIEGEL: | 11:03:45 |
| 11 | Q.   Okay.  And can you say for sure whether | 11:03:45 |
| 12 | every single thing every student said from | 11:03:49 |
| 13 | anywhere in the crowd can be heard on any video? | 11:03:52 |
| 14 | A.   That is more of a difficult question | 11:03:56 |
| 15 | because there were a lot of camera angles | 11:04:02 |
| 16 | dispensed throughout the crowd.  But I would | 11:04:05 |
| 17 | certainly say it's possible that there could have | 11:04:08 |
| 18 | been things said that weren't picked up on a | 11:04:10 |
| 19 | camera. | 11:04:13 |
| 20 | Q.   Okay.  Did you hear any student say to | 11:04:14 |
| 21 | any of the Black Hebrew Israelites:  Can you even | 11:04:18 |
| 22 | read? | 11:04:22 |
| 23 | A.   No. | 11:04:23 |
| 24 | Q.   Can you say for certain whether someone | 11:04:25 |
| 25 | said that or not? | 11:04:28 |

1      A.    I mean --                                    11:04:29

2            MR. McMURTRY:  Within his hearing or         11:04:31

3    maybe somebody that he couldn't hear might have      11:04:33

4    said it.                                             11:04:35

5            MR. SIEGEL:  Right, that's what I mean.       11:04:35

6    BY MR. SIEGEL:                                       11:04:37

7      Q.    I understand you didn't hear it.  And        11:04:37

8    I'm not asking you for certain whether you heard     11:04:38

9    it or not.  But I'm just saying -- okay.  You        11:04:42

10   can't say for certain whether anyone in the crowd    11:04:44

11   said that?                                           11:04:47

12     A.    Right.  I can't say whether that did or      11:04:48

13   didn't happen.                                       11:04:50

14     Q.    Okay.  Do you think if someone did say       11:04:51

15   that, that would have been an appropriate thing      11:04:53

16   to say?                                              11:04:55

17     A.    No, I do not.                                11:04:56

18     Q.    Okay.  And why is that?                      11:04:57

19     A.    Because based off the history of African     11:04:58

20   Americans in this country, at one point they         11:05:02

21   weren't allowed to learn how to read.  So to ask     11:05:04

22   them that would be pretty insensitive.               11:05:10

23     Q.    Did you ever -- strike that.  I will         11:05:13

24   rephrase.                                            11:05:19

25            How did the group come to do what you       11:05:23

| | | |
|---|---|---|
| 1 | call the school spirit cheers? | 11:05:28 |
| 2 | A.    I -- much like the exhibit before, I saw | 11:05:33 |
| 3 | a couple students go over to the chaperones and | 11:05:37 |
| 4 | the teachers and ask them if we could do | 11:05:44 |
| 5 | something to kind of drown out the hateful | 11:05:47 |
| 6 | remarks that were, you know, being yelled at us. | 11:05:51 |
| 7 | MR. SIEGEL:  Okay. | 11:05:56 |
| 8 | A.    And in -- and in addition to that, I | 11:05:57 |
| 9 | found out that the year before, they always do | 11:05:59 |
| 10 | their school spirit chants with the congressman | 11:06:01 |
| 11 | for our district on the steps.  So I think it was | 11:06:07 |
| 12 | somewhat of a tradition but also useful. | 11:06:11 |
| 13 | Q.    Now, when that was done with the | 11:06:14 |
| 14 | congressman, right, Congressman Matthews? | 11:06:16 |
| 15 | A.    Yes. | 11:06:21 |
| 16 | Q.    Was that done on the steps of the | 11:06:22 |
| 17 | memorial or the steps of the Capitol? | 11:06:23 |
| 18 | A.    I'm not sure. | 11:06:25 |
| 19 | Q.    Okay.  You said you saw it -- was it the | 11:06:33 |
| 20 | last exhibit where you saw the kids go over to | 11:06:35 |
| 21 | the chaperone? | 11:06:38 |
| 22 | A.    No.  No.  I -- I witnessed that myself. | 11:06:39 |
| 23 | MR. SIEGEL:  Oh, okay. | 11:06:42 |
| 24 | A.    And in a previous exhibit, a student | 11:06:42 |
| 25 | testified or whatever the same thing that I | 11:06:47 |

| | | |
|---|---|---|
| 1 | witnessed that we wanted to drown them out. | 11:06:49 |
| 2 | Q. Oh, okay. So I just want to be clear | 11:06:54 |
| 3 | here. You didn't mean one of the things -- one | 11:06:58 |
| 4 | of the video clips we just saw? | 11:07:01 |
| 5 | A. No. | 11:07:03 |
| 6 | Q. That is not what you were referring to? | 11:07:03 |
| 7 | A. No. | 11:07:05 |
| 8 | Q. Did you talk to any of the chaperones | 11:07:05 |
| 9 | about that? | 11:07:13 |
| 10 | A. I personally did not ask about the | 11:07:14 |
| 11 | spirit chants. | 11:07:17 |
| 12 | Q. So how did you come to -- how did it -- | 11:07:18 |
| 13 | strike that. | 11:07:24 |
| 14 | How did you come to learn that that's | 11:07:25 |
| 15 | what was going to happen? | 11:07:29 |
| 16 | A. Because after the seniors who had gotten | 11:07:30 |
| 17 | permission, I think they went down in front of | 11:07:39 |
| 18 | everyone, just kind of yelled at everyone, like | 11:07:42 |
| 19 | this is what -- you know, get in formation or | 11:07:44 |
| 20 | whatever they said, and kind of notified everyone | 11:07:48 |
| 21 | that we were going to do that. | 11:07:54 |
| 22 | Q. Do you know who any of the students who | 11:07:55 |
| 23 | asked for permission were? | 11:07:57 |
| 24 | A. No. | 11:07:59 |
| 25 | Q. Okay. Do you know Mr. Kleier? Was he | 11:08:07 |

1    one of the teachers or chaperones?                     11:08:10

2        A.    Yes.                                          11:08:13

3        Q.    Was he one of the people who gave            11:08:13

4    permission, to your knowledge?                         11:08:16

5        A.    I don't think -- he -- I think he           11:08:17

6    might -- there is a chance that he might have          11:08:19

7    been one of the ones they asked, but he wasn't         11:08:21

8    the main person that they asked.                       11:08:29

9        Q.    Who was the main person?                     11:08:30

10       A.    Matthew Hansman.                             11:08:32

11       Q.    Matthew Hansman.  Okay.  So who is          11:08:34

12   Matthew Hansman?                                       11:08:37

13       A.    He was a teacher or is a teacher at Cov      11:08:39

14   Cath.                                                  11:08:41

15       Q.    And what does he teach?                      11:08:42

16       A.    Science, I think, chemistry.                 11:08:44

17       Q.    And who is Mr. Kleier, I think his name      11:08:46

18   is?                                                    11:08:52

19       A.    He's a religion teacher at Cov Cath.         11:08:53

20       Q.    In the statement that you issued a           11:08:55

21   couple days later, you said part of the purpose        11:09:09

22   of the cheers was, quote, to counter the hateful       11:09:13

23   things that were being shouted at our group,           11:09:15

24   right?                                                 11:09:19

25       A.    Right.                                       11:09:19

1    Q.    Okay.  Or you said that you wanted to

2    drown out their hateful --

3    A.    Correct.

4    Q.    Why did you want to drown them out?

5    A.    Well, certainly I think I could speak

6    for a lot of other kids that had never seen this

7    either.  And when you're in an environment that

8    you're unfamiliar with and you keep getting

9    berated, you know, things become really uneasy,

10   and you don't know what to do and you don't feel,

11   you know, as safe as you are in your community,

12   where none of this had happened.  So we chose to

13   do something that was familiar to us and we

14   thought would get them to stop yelling insults at

15   us.

16   Q.    Okay.  Now, you already testified that

17   you saw, at least once before and maybe more than

18   that, that when the Black Hebrew Israelites had

19   sort of lodged insults or epithets at a group of

20   students, they walked away, right?

21   A.    Right.

22   Q.    And after they walked away, typically

23   the Black Hebrew Israelites would turn their

24   attention to something -- to somewhere else for a

25   while, right?

| | |
|---|---|
| | 11:09:20 |
| | 11:09:22 |
| | 11:09:31 |
| | 11:09:31 |
| | 11:09:34 |
| | 11:09:35 |
| | 11:09:38 |
| | 11:09:42 |
| | 11:09:45 |
| | 11:09:49 |
| | 11:09:52 |
| | 11:09:56 |
| | 11:10:00 |
| | 11:10:04 |
| | 11:10:07 |
| | 11:10:12 |
| | 11:10:13 |
| | 11:10:17 |
| | 11:10:21 |
| | 11:10:24 |
| | 11:10:26 |
| | 11:10:26 |
| | 11:10:29 |
| | 11:10:31 |
| | 11:10:34 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Objection.  Go ahead. | 11:10:35 |
| 2 | A.    Right. | 11:10:36 |
| 3 | BY MR. SIEGEL: | 11:10:37 |
| 4 | Q.    So why not just move to somewhere else? | 11:10:37 |
| 5 | A.    Well, at that point we had already moved | 11:10:40 |
| 6 | away from where we initially were.  There is | 11:10:42 |
| 7 | now -- from like closer to where they were when | 11:10:45 |
| 8 | they had their posters up. | 11:10:48 |
| 9 | And there is now 20, 30 or some kids | 11:10:50 |
| 10 | maybe, and 40 feet in between us.  I mean, we | 11:10:54 |
| 11 | thought we had, I guess, enough distance between | 11:11:01 |
| 12 | us and them to where they would leave us alone. | 11:11:05 |
| 13 | Now, why we didn't move somewhere else, | 11:11:08 |
| 14 | I would assume it's because that is where we were | 11:11:10 |
| 15 | supposed to be to leave, and I don't -- I also | 11:11:14 |
| 16 | think it wasn't up to like the kids on the trip | 11:11:18 |
| 17 | whether or not we could go somewhere else. | 11:11:22 |
| 18 | Q.    Well, I think you said before, there | 11:11:24 |
| 19 | wasn't like a particular point in the memorial | 11:11:26 |
| 20 | area that you were instructed to be at, right? | 11:11:29 |
| 21 | A.    Right.  Correct.  We were, at the | 11:11:32 |
| 22 | closest point, in the -- on the memorial itself | 11:11:34 |
| 23 | to where the busses were going to be. | 11:11:39 |
| 24 | Q.    So my question is, why didn't you just | 11:11:41 |
| 25 | move fully away from the Black Hebrew Israelites | 11:11:51 |

| | | |
|---|---|---|
| 1 | so you are out of earshot, they are out of | 11:11:53 |
| 2 | earshot? | 11:11:57 |
| 3 | MR. McMURTRY:  Are you talking about all | 11:11:57 |
| 4 | of the students or Nick himself? | 11:11:59 |
| 5 | MR. SIEGEL:  That is a good question. | 11:12:01 |
| 6 | That's fair.  That's fair. | 11:12:02 |
| 7 | BY MR. SIEGEL: | 11:12:03 |
| 8 | Q.    So let's stick to Nick yourself. | 11:12:03 |
| 9 | A.    Personally, I -- I wasn't going to go | 11:12:06 |
| 10 | stand over somewhere by myself.  I mean, my -- | 11:12:11 |
| 11 | still, my biggest concern at that point was kind | 11:12:16 |
| 12 | of making sure I got back home.  And so, I mean, | 11:12:19 |
| 13 | my thought was, I've got my teachers here, or | 11:12:23 |
| 14 | whatever, and I'm just going to stand by them and | 11:12:26 |
| 15 | wait for the bus to come. | 11:12:30 |
| 16 | Q.    Okay.  Do you have any understanding why | 11:12:42 |
| 17 | kids or others in the group didn't say, hey, | 11:12:44 |
| 18 | let's just move out of the way? | 11:12:46 |
| 19 | A.    I have no idea.  The group as a whole, | 11:12:47 |
| 20 | which obviously I had no part in kind of picking | 11:12:51 |
| 21 | where we moved, but I don't know why there wasn't | 11:12:55 |
| 22 | a decision made to move somewhere else. | 11:12:57 |
| 23 | Q.    Do you feel like the group succeeded in | 11:13:06 |
| 24 | drowning out the comments of the BHI? | 11:13:13 |
| 25 | A.    I think so, up until the point of Nathan | 11:13:16 |

1   Phillips coming over.  I would say that they were        11:13:19
2   a little puzzled.  They didn't expect school            11:13:22
3   spirit chants to be the response that they would        11:13:26
4   get.  I think they are used -- usually used to          11:13:29
5   dealing with people that are mad at them for what       11:13:32
6   they are saying or aggressive, and we were kind         11:13:35
7   of doing our own thing.                                 11:13:38
8       Q.    And I'm just going to use the term BHI        11:13:40
9   from now on for --                                      11:13:48
10      A.    Okay.                                         11:13:51
11      Q.    Would it be fair to say that trying to        11:13:51
12  counter a group of people by drowning them out is       11:13:55
13  not a friendly gesture towards them?                    11:13:58
14      A.    I think so.  But at that point, I don't       11:14:00
15  think there was a chance of us being friends with       11:14:04
16  them after what they had said about us.                 11:14:09
17      Q.    Okay.  Could that be perceived as a           11:14:12
18  hostile gesture?                                        11:14:15
19      A.    If -- if you want to say that doing high      11:14:18
20  school spirit chants is hostile, then that is           11:14:23
21  your prerogative, I guess, anyone who would say         11:14:27
22  that.                                                   11:14:31
23      Q.    Did you assume that everybody around the      11:14:32
24  Lincoln Memorial knew that those were high school       11:14:34
25  spirit chants?                                          11:14:37

1    A.    I think they were pretty obvious.  At          11:14:37

2  one point, we said, we've got spirit; yes, we do;     11:14:40

3  we've got spirit, how about you?                      11:14:45

4    Q.    Okay.  And do you assume that everybody        11:14:47

5  at the Lincoln Memorial would know that the sumo      11:14:49

6  cheer was a high school spirit chant?                 11:14:51

7    A.    I mean, to me, we had done other ones,         11:14:54

8  and it seemed commonly associated with sporting       11:14:56

9  events.  At least in my own estimation, I thought     11:15:00

10 it was kind of clear that we were -- we weren't        11:15:03

11 being very aggressive.                                 11:15:06

12   Q.    Do you assume that everybody at the            11:15:07

13 Lincoln Memorial area that day had been to sports      11:15:10

14 games and heard those cheers?                          11:15:20

15   A.    I mean, the spirit one is basic, and I         11:15:22

16 would assume most people go to -- I mean, sports       11:15:25

17 are almost like -- how do you avoid them, you          11:15:27

18 know?  Like, high school games are very common.        11:15:30

19       I mean, looking back on it now, I guess          11:15:32

20 some people might not be familiar with some of         11:15:35

21 the cheers we did.  But I thought one or two of        11:15:37

22 them would be common or recognizable.                  11:15:40

23   Q.    Now, that is true in your life                 11:15:49

24 experience.  Do you think it's true in anyone's        11:15:52

25 life experience?                                       11:15:55

```
1              MR. McMURTRY:  To see sports?              11:15:56

2    BY MR. SIEGEL:                                       11:15:59

3       Q.    To -- to -- to recognize those cheers as    11:15:59

4    high school spirit cheers.                           11:16:03

5              MR. McMURTRY:  Okay.  I don't --           11:16:06

6    BY MR. SIEGEL:                                       11:16:06

7       Q.    To recognize what you guys were doing as    11:16:06

8    high school spirit cheers.                           11:16:08

9       A.    I -- I still believe that a bunch of        11:16:13

10   high school students doing these organized           11:16:17

11   recitations of things would come across pretty       11:16:22

12   obvious as something rehearsed that is a part of     11:16:25

13   the school.                                          11:16:28

14      Q.    Okay.  And so if somebody says -- were      11:16:32

15   to say, I had no idea that that's what those         11:16:36

16   were, would you say they were lying?                 11:16:43

17             MR. McMURTRY:  Objection.  Go ahead.       11:16:46

18      A.    I wouldn't accuse them of lying, but I      11:16:47

19   would accuse them of taking something out of         11:16:49

20   context, if you were to take a rehearsed action      11:16:52

21   and call that some -- some war cry aggressive        11:16:57

22   kind of chant.                                       11:17:03

23   BY MR. SIEGEL:                                       11:17:18

24      Q.    Okay.  If someone were to perceive it as    11:17:18

25   you just described it, would they not be entitled    11:17:21
```

1    to their opinion?                                    11:17:30

2        A.    Yes, they are entitled.  Everyone is       11:17:31

3    entitled to their opinion.  I think it's             11:17:33

4    extremely hyperbolic, though.                        11:17:36

5        Q.    I'm just curious, Nick.  What percentage   11:17:38

6    of Americans do you think have attended a high       11:17:41

7    school football event?                               11:17:45

8        A.    I have no idea.                             11:17:47

9        Q.    You have no idea?                           11:17:48

10       A.    I have no idea.  I would assume that        11:17:50

11   most -- almost everyone has been to high school.     11:17:54

12   And if they have not been to one, are at least       11:17:57

13   aware that they exist.                               11:18:01

14       Q.    Okay.  And they would -- and do you        11:18:02

15   believe that almost every American would identify    11:18:04

16   what you guys did at the Lincoln Memorial as a       11:18:11

17   high school spirit cheer?                            11:18:14

18       A.    Oh, I don't know how they would perceive   11:18:17

19   it.  But, I mean, to me, it seems pretty obvious     11:18:19

20   that what we were doing was something that we        11:18:23

21   didn't just randomly come up with.  Because we       11:18:27

22   did several of them.  And we were all on the same    11:18:30

23   page when we did them.  So to me, when you have a    11:18:33

24   bunch of kids doing something the exact same way     11:18:35

25   and it's not something on a small scale, there       11:18:39

| 1 | are, you know, over a hundred of us and we are | 11:18:41 |
| 2 | all able to do it the same way, to me it looks | 11:18:43 |
| 3 | like, oh, that high school obviously practices | 11:18:46 |
| 4 | and does something like that, you know, more than | 11:18:49 |
| 5 | just once a year at the March For Life. | 11:18:52 |
| 6 | MR. SIEGEL:  Let's look at the -- I'm | 11:19:04 |
| 7 | going to show you a clip from the Savannah | 11:19:06 |
| 8 | Guthrie interview that you did. | 11:19:14 |
| 9 | MS. MEEK:  This is Exhibit 5.  I'm | 11:19:22 |
| 10 | starting at 8 minutes and 29 seconds. | 11:19:24 |
| 11 | (Thereupon, a video recording from | 11:19:27 |
| 12 | Exhibit 5 was played.) | 11:19:30 |
| 13 | MS. MEEK:  I just stopped Exhibit 5 at 9 | 11:20:33 |
| 14 | minutes and 32 seconds. | 11:20:36 |
| 15 | BY MR. SIEGEL: | 11:20:38 |
| 16 | Q.    What were you worried might happen? | 11:20:38 |
| 17 | A.    The fact that they seemed very | 11:20:40 |
| 18 | aggressive.  And I mean, I had never really ever | 11:20:43 |
| 19 | witnessed a fight in my life, but this seemed | 11:20:49 |
| 20 | like an environment where one potentially could | 11:20:52 |
| 21 | break out. | 11:20:55 |
| 22 | Q.    Okay.  When you say a fight, do you mean | 11:20:56 |
| 23 | some kind of physical altercation? | 11:20:58 |
| 24 | A.    Correct. | 11:21:00 |
| 25 | Q.    Okay.  And if -- if you were worried | 11:21:01 |

| | | |
|---|---|---|
| 1 | about that, would you agree that someone else | 11:21:05 |
| 2 | watching this could also worry that the situation | 11:21:11 |
| 3 | could escalate into a physical altercation | 11:21:16 |
| 4 | between BHI and the students? | 11:21:19 |
| 5 | A.    Yes. | 11:21:22 |
| 6 | Q.    Why did you think you would be | 11:21:23 |
| 7 | outmatched when there were four or five of them | 11:21:26 |
| 8 | and dozens of you? | 11:21:30 |
| 9 | MR. McMURTRY:  Objection.  I think there | 11:21:31 |
| 10 | were more than four or five.  But for however | 11:21:33 |
| 11 | many there were. | 11:21:35 |
| 12 | BY MR. SIEGEL: | 11:21:37 |
| 13 | Q.    Were there? | 11:21:37 |
| 14 | A.    I think they did have one guy that was | 11:21:37 |
| 15 | kind of back and forth with the camera.  I would | 11:21:41 |
| 16 | total it at about six. | 11:21:44 |
| 17 | Q.    Okay.  Well, we will call it six. | 11:21:46 |
| 18 | A.    Okay. | 11:21:49 |
| 19 | Q.    It is what it is.  But let's just call | 11:21:49 |
| 20 | it six. | 11:21:52 |
| 21 | So there were six of them, dozens of | 11:21:53 |
| 22 | you.  Why did you think that you would be | 11:21:55 |
| 23 | outmatched? | 11:21:58 |
| 24 | A.    Because at this point, I was 16 and like | 11:21:59 |
| 25 | 135 or 140 pounds.  And these guys kind of -- | 11:22:08 |

| | | |
|---|---|---|
| 1 | they -- I mean, they looked strong to me, at | 11:22:12 |
| 2 | least in my view of them.  And I just -- I don't | 11:22:15 |
| 3 | know.  I kind of took my feeling as, you know, | 11:22:21 |
| 4 | the feeling for how it would probably be for the | 11:22:24 |
| 5 | rest of us if -- if these guys were -- were not | 11:22:27 |
| 6 | happy and decided to start something. | 11:22:32 |
| 7 | I think even the most physically fit | 11:22:33 |
| 8 | kids in our group or whatever, and those were 18 | 11:22:37 |
| 9 | and 19 years old -- I don't know how old these | 11:22:44 |
| 10 | guys were.  But they definitely developed and | 11:22:46 |
| 11 | matured, you know, because they have 20 years on | 11:22:49 |
| 12 | us probably. | 11:22:51 |
| 13 | Q.    Okay.  It would be fair to say that | 11:22:52 |
| 14 | you -- there were some adult-size teenagers among | 11:22:56 |
| 15 | your group, right? | 11:23:00 |
| 16 | A.    I would say so, yes. | 11:23:01 |
| 17 | Q.    Do you know were there any football | 11:23:03 |
| 18 | players there? | 11:23:05 |
| 19 | A.    I don't know. | 11:23:05 |
| 20 | Q.    Okay.  In terms of numbers, would it be | 11:23:07 |
| 21 | fair to say that you far outmatched them? | 11:23:10 |
| 22 | A.    Correct. | 11:23:14 |
| 23 | Q.    Now, here, essentially, I think you said | 11:23:16 |
| 24 | there were over -- you believe over a hundred in | 11:23:26 |
| 25 | your group. | 11:23:29 |

| | | |
|---|---|---|
| 1 | So here you had a group of over a | 11:23:36 |
| 2 | hundred white teenagers shouting and | 11:23:38 |
| 3 | gesticulating at five African American men, | 11:23:42 |
| 4 | right? | 11:23:47 |
| 5 | MR. McMURTRY:  Six. | 11:23:47 |
| 6 | MR. SIEGEL:  Six. | 11:23:48 |
| 7 | A.    Can you -- can you repeat that? | 11:23:50 |
| 8 | MR. McMURTRY:  With weapons.  I mean, go | 11:23:52 |
| 9 | ahead, yeah. | 11:23:52 |
| 10 | A.    Can you repeat that? | 11:23:52 |
| 11 | BY MR. SIEGEL: | 11:23:52 |
| 12 | Q.    Sure.  So you had a group of over a | 11:23:52 |
| 13 | hundred white teenagers yelling and gesticulating | 11:23:54 |
| 14 | at six African American men? | 11:24:00 |
| 15 | A.    Who had started this entire road that we | 11:24:02 |
| 16 | were on -- | 11:24:05 |
| 17 | MR. McMURTRY:  Right. | 11:24:05 |
| 18 | A.    -- at that point.  And were continuing | 11:24:05 |
| 19 | to respond as we did things that -- we weren't | 11:24:06 |
| 20 | even necessarily chanting at them.  I would | 11:24:12 |
| 21 | disagree with that premise that we were shouting | 11:24:15 |
| 22 | at them. | 11:24:17 |
| 23 | Q.    Were you shouting in their direction? | 11:24:21 |
| 24 | A.    I mean, we were shouting for everyone, | 11:24:23 |
| 25 | yes. | 11:24:26 |

| | | |
|---|---|---|
| 1 | Q. And when you did things like the | 11:24:26 |
| 2 | clenched fist, were you looking at them? | 11:24:28 |
| 3 | A. Yes, I mean -- | 11:24:32 |
| 4 | Q. So do you think someone watching over a | 11:24:33 |
| 5 | hundred white teenagers sort of shouting in the | 11:24:36 |
| 6 | direction of the African American men, clenching | 11:24:42 |
| 7 | their fists or otherwise gesticulating in the | 11:24:46 |
| 8 | direction of the six African American men, and as | 11:24:51 |
| 9 | you say, the six African men were shouting | 11:24:53 |
| 10 | insults at the teenagers, do you think somebody | 11:24:59 |
| 11 | watching that could have perceived that to be a | 11:25:01 |
| 12 | dangerous situation that might escalate into | 11:25:04 |
| 13 | violence? | 11:25:06 |
| 14 | A. Yes, I did. | 11:25:07 |
| 15 | MR. McMURTRY: We are at an hour. | 11:25:11 |
| 16 | MR. SIEGEL: One more question. | 11:25:15 |
| 17 | MR. McMURTRY: You break when you want | 11:25:16 |
| 18 | to break. I'm just telling you -- | 11:25:18 |
| 19 | MR. SIEGEL: This would be a good | 11:25:20 |
| 20 | breaking point. | 11:25:22 |
| 21 | BY MR. SIEGEL: | 11:25:23 |
| 22 | Q. Do you think a person of color might | 11:25:23 |
| 23 | have been more likely to perceive the situation | 11:25:26 |
| 24 | that way? | 11:25:29 |
| 25 | A. I can't speak to that. I don't know. | 11:25:29 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL: Let's take a break. | 11:25:36 |
| 2 | THE VIDEOGRAPHER: We are going off the | 11:25:39 |
| 3 | record. The time is 11:25 a.m. | 11:25:40 |
| 4 | (Thereupon, there was a recess taken at | 11:25:45 |
| 5 | 11:25 a.m.) | 11:25:45 |
| 6 | (Thereupon, the proceedings were resumed | 11:38:22 |
| 7 | at 11:38 a.m.) | 11:38:22 |
| 8 | THE VIDEOGRAPHER: We are back on the | 11:38:50 |
| 9 | record. The time is 11:38 a.m. | 11:38:53 |
| 10 | BY MR. SIEGEL: | 11:38:57 |
| 11 | Q.    Nick, in the Complaint that you filed | 11:38:57 |
| 12 | against ABC, paragraph 166 alleges, and I will -- | 11:39:01 |
| 13 | this is a quote, that many people consider the | 11:39:08 |
| 14 | phrase Making America Great Again and | 11:39:11 |
| 15 | particularly wearing a MAGA hat to be the | 11:39:14 |
| 16 | equivalent of a racist statement. | 11:39:16 |
| 17 | Do you agree that many people consider | 11:39:19 |
| 18 | that to be the case? | 11:39:22 |
| 19 | A.    Yes. | 11:39:23 |
| 20 | Q.    Okay.  Do you think that someone with | 11:39:23 |
| 21 | that perspective on the MAGA slogan could have | 11:39:28 |
| 22 | perceived the group of white teenagers to be | 11:39:32 |
| 23 | expressing aggression towards the African | 11:39:39 |
| 24 | American men? | 11:39:42 |
| 25 | A.    If their previous view is that MAGA hats | 11:39:43 |

| | | |
|---|---|---|
| 1 | are racist, then, yes, that seems logical. | 11:39:46 |
| 2 | Q.    Okay.  Let's go to the next exhibit | 11:39:49 |
| 3 | which -- oh, and just for the record, I will | 11:39:52 |
| 4 | state that's the same identical allegation that | 11:39:54 |
| 5 | is in paragraph -- is in paragraph 166 of your | 11:39:56 |
| 6 | Complaint against CBS, paragraph 210 against NBC, | 11:40:01 |
| 7 | paragraph 155 against New York Times, paragraph | 11:40:06 |
| 8 | 165 against Rolling Stone and paragraph 182 | 11:40:10 |
| 9 | against Gannett.  Okay. | 11:40:15 |
| 10 | Let's go to Exhibit 7, which for the | 11:40:18 |
| 11 | record is video 5 of the video stipulation that | 11:40:22 |
| 12 | the parties entered into. | 11:40:26 |
| 13 | MR. McMURTRY:  Are you going by the | 11:40:28 |
| 14 | exhibits in order?  Because we -- I think we just | 11:40:29 |
| 15 | did 4.  We are skipping to 5 now. | 11:40:32 |
| 16 | MR. SIEGEL:  Thanks for pointing that | 11:40:35 |
| 17 | out.  And please do that again.  Because I'm bad | 11:40:37 |
| 18 | at that. | 11:40:40 |
| 19 | Yeah.  We are skipping Exhibit 6. | 11:40:40 |
| 20 | MR. McMURTRY:  Okay. | 11:40:43 |
| 21 | MR. SIEGEL:  I mean, Exhibit 6 was the | 11:40:43 |
| 22 | Complaint. | 11:40:46 |
| 23 | MR. McMURTRY:  Okay. | 11:40:46 |
| 24 | MR. SIEGEL:  I didn't think we really | 11:40:46 |
| 25 | needed to -- I have that if we needed it, but -- | 11:40:48 |

1    so we will just skip Exhibit 6 and go to Exhibit        11:40:52

2    7, which is video 5 of the video stipulation the        11:40:55

3    parties entered into.  And we will just start at        11:40:58

4    the beginning.                                          11:41:02

5           (Thereupon, a video recording of Exhibit         11:41:04

6    7 was played.)                                          11:41:12

7    BY MR. SIEGEL:                                          11:41:38

8        Q.    Now, when you go, we've got spirit, how       11:41:38

9    about you, right, you guys are pointing out?            11:41:44

10   Would you agree you are pointing at the BHI?            11:41:46

11       A.    Yes.                                          11:41:48

12       Q.    And at the end of that cheer, do you do       11:41:49

13   a thumbs down, woo?                                     11:41:52

14       A.    Yeah, we boo.                                 11:41:53

15       Q.    Boo?                                          11:41:54

16       A.    Boo.                                          11:41:55

17       Q.    Okay.  So going thumbs down, and you go       11:41:56

18   boo?                                                    11:41:58

19       A.    Yes.                                          11:41:58

20       Q.    So can that reasonably be perceived that      11:42:00

21   you were booing the BHI?                                11:42:03

22       A.    Yes.                                          11:42:05

23       Q.    Okay.  And couldn't that be perceived as      11:42:07

24   a hostile gesture towards them?                         11:42:12

25       A.    I don't know.                                 11:42:15

| | | |
|---|---|---|
| 1 | Q.    Okay.  Now, and I will just state for | 11:42:19 |
| 2 | the record, this is going to happen a couple of | 11:42:26 |
| 3 | times, right? | 11:42:28 |
| 4 |         As I'm sure you know, there were often | 11:42:29 |
| 5 | multiple videos that captured the same part of | 11:42:31 |
| 6 | the day.  So sometimes I'm going to show you the | 11:42:34 |
| 7 | same thing from a couple different perspectives, | 11:42:41 |
| 8 | and this would be an example of one of them. | 11:42:45 |
| 9 |         So we will go back to Exhibit 3, which | 11:42:47 |
| 10 | is video 4 of the stipulation.  It's the | 11:42:49 |
| 11 | Banyamyan video.  And we will start at 1 hour and | 11:42:52 |
| 12 | 9 minutes and 13 seconds. | 11:42:58 |
| 13 |         (Thereupon, a video recording of Exhibit | 11:43:03 |
| 14 | 3 was played.) | 11:43:06 |
| 15 |         MS. MEEK:  For the record, I went | 11:43:40 |
| 16 | forward a bit to 1:09:15. | 11:43:42 |
| 17 |         MR. SIEGEL:  Let's go just a little bit | 11:43:45 |
| 18 | more.  All right.  Stop. | 11:43:48 |
| 19 | BY MR. SIEGEL: | 11:43:50 |
| 20 |   Q.    Nick, do you see that there is a student | 11:43:50 |
| 21 | who looks like he is wearing blue who takes a | 11:43:53 |
| 22 | water bottle from another student and rolls it | 11:43:57 |
| 23 | out? | 11:44:00 |
| 24 |   A.    No, I can't see that. | 11:44:00 |
| 25 |         MR. SIEGEL:  All right.  Let's watch it | 11:44:02 |

| | | |
|---|---|---|
| 1 | again. | 11:44:04 |
| 2 | (Thereupon, a video recording from | 11:44:05 |
| 3 | Exhibit 3 was played.) | 11:44:09 |
| 4 | MR. SIEGEL:  Jessie, why don't you point | 11:44:11 |
| 5 | to what we want Nick to be looking at.  Right | 11:44:14 |
| 6 | there. | 11:44:17 |
| 7 | THE WITNESS:  Okay. | 11:44:18 |
| 8 | MR. SIEGEL:  Okay.  And let's play that | 11:44:48 |
| 9 | one more time in realtime. | 11:44:50 |
| 10 | Again, if you could point Nick, before | 11:44:52 |
| 11 | you start, to where he should be focused.  Like | 11:44:55 |
| 12 | right there. | 11:45:01 |
| 13 | THE WITNESS:  I've got it. | 11:45:03 |
| 14 | BY MR. SIEGEL: | 11:45:05 |
| 15 | Q.    See it? | 11:45:05 |
| 16 | A.    Yeah. | 11:45:06 |
| 17 | Q.    You saw it the last time? | 11:45:06 |
| 18 | A.    Yeah. | 11:45:07 |
| 19 | Q.    Okay.  You saw there is a student who | 11:45:08 |
| 20 | takes a water bottle from someone and rolls it | 11:45:10 |
| 21 | out? | 11:45:14 |
| 22 | A.    Yes. | 11:45:14 |
| 23 | Q.    Do you know who was that? | 11:45:15 |
| 24 | A.    I can't see. | 11:45:16 |
| 25 | Q.    You can't see who it was?  Okay.  You | 11:45:17 |

| | | |
|---|---|---|
| 1 | may be able to see it later on in another video. | 11:45:20 |
| 2 | Did you notice that at the time? | 11:45:24 |
| 3 | A. No. | 11:45:26 |
| 4 | Q. Okay. We will show you some more of | 11:45:28 |
| 5 | that. | 11:45:30 |
| 6 | What do you think was the point of that? | 11:45:38 |
| 7 | MR. McMURTRY: Objection. Go ahead. | 11:45:40 |
| 8 | A. I have no idea. | 11:45:41 |
| 9 | MR. SIEGEL: Okay. Let's -- let's watch | 11:45:43 |
| 10 | a little more. | 11:45:48 |
| 11 | (Thereupon, a video recording of Exhibit | 11:45:49 |
| 12 | 3 was played.) | 11:45:52 |
| 13 | MR. SIEGEL: Yeah. Go ahead to -- | 11:45:54 |
| 14 | BY MR. SIEGEL: | 11:46:09 |
| 15 | Q. Okay. Can you tell who that was? | 11:46:09 |
| 16 | A. I think that's Charlie, but I don't | 11:46:10 |
| 17 | know. | 11:46:13 |
| 18 | Q. You think that is Charlie again? | 11:46:14 |
| 19 | MR. SIEGEL: Okay. Let's go another 7 | 11:46:18 |
| 20 | seconds. | 11:46:20 |
| 21 | MS. MEEK: And where we just paused is | 11:46:20 |
| 22 | Exhibit 3 at 1:09:26. So now I'm continuing on. | 11:46:21 |
| 23 | (Thereupon, a video recording of Exhibit | 11:46:27 |
| 24 | 3 was played.) | 11:46:33 |
| 25 | MS. MEEK: I just paused at 1:09:33. | 11:46:35 |

1   BY MR. SIEGEL:                                        11:46:38

2       Q.    Okay.  Having seen that whole thing --      11:46:38

3   now, you're -- you're standing right there,          11:46:41

4   right?                                               11:46:42

5       A.    Yes.                                        11:46:43

6       Q.    So do you think you did see that at the     11:46:43

7   time?                                                11:46:45

8       A.    Yeah.  I saw him run back.  I was -- I      11:46:46

9   thought you meant in reference to if he rolled it    11:46:48

10  out initially.                                       11:46:51

11           I'm kind of blocked off.  I wouldn't        11:46:52

12  have seen, you know, 90 degrees to my right.  I      11:46:55

13  wasn't paying attention.                             11:47:00

14      Q.    So when you saw this at the time, did       11:47:02

15  you have any impressions of what was happening?      11:47:06

16      A.    No.  To me, it looks like Charlie is        11:47:09

17  just trying to be funny and throw something out      11:47:13

18  there that he then immediately goes, gets and        11:47:17

19  comes back.                                          11:47:21

20      Q.    And do you think that is funny?             11:47:21

21      A.    I mean, personally, no.  But students       11:47:26

22  there laughed.                                       11:47:32

23      Q.    Okay.  You saw that -- he was the same      11:47:36

24  student before who held up that Trump water          11:47:43

25  bottle?                                              11:47:45

| | | |
|---|---|---|
| 1 | A.    Correct. | 11:47:46 |
| 2 | Q.    Okay.  Do you think that there was some | 11:47:46 |
| 3 | significance to the fact that he chose that water | 11:47:51 |
| 4 | bottle to roll out? | 11:47:53 |
| 5 | MR. McMURTRY:  Objection. | 11:47:55 |
| 6 | A.    I -- I don't know if he had -- with the | 11:47:55 |
| 7 | water bottle, I don't know. | 11:48:02 |
| 8 | BY MR. SIEGEL: | 11:48:03 |
| 9 | Q.    Okay.  That wasn't the spirit cheer, | 11:48:03 |
| 10 | right? | 11:48:05 |
| 11 | A.    No.  That was just Charlie. | 11:48:06 |
| 12 | Q.    Okay.  Do you -- do you think that that | 11:48:08 |
| 13 | was intended as a positive gesture towards the | 11:48:21 |
| 14 | BHI? | 11:48:24 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 11:48:25 |
| 16 | A.    No.  I -- I don't know what Charlie was | 11:48:25 |
| 17 | doing. | 11:48:28 |
| 18 | MR. SIEGEL:  Okay. | 11:48:29 |
| 19 | A.    Sorry.  I would assume just make some | 11:48:30 |
| 20 | kids laugh. | 11:48:33 |
| 21 | MR. SIEGEL:  Okay.  Let's go to | 11:48:42 |
| 22 | Exhibit -- back to Exhibit 7, video 5.  And we | 11:48:46 |
| 23 | will look at some of that from a different angle. | 11:48:50 |
| 24 | Start at 50 seconds. | 11:48:55 |
| 25 | (Thereupon, a video recording of Exhibit | 11:48:57 |

| | | |
|---|---|---|
| 1 | 7 was played.) | 11:49:02 |
| 2 | BY MR. SIEGEL: | 11:49:13 |
| 3 | Q.   Did you hear somebody shout Trump water? | 11:49:13 |
| 4 | A.   I didn't hear it in all the yelling. | 11:49:17 |
| 5 | Q.   Do you hear it on the video? | 11:49:20 |
| 6 | A.   No.  That's what I'm saying.  I -- | 11:49:22 |
| 7 | MR. SIEGEL:  Let's play it again. | 11:49:26 |
| 8 | MS. MEEK:  I'm playing from 50 seconds | 11:49:39 |
| 9 | to 1 minute and 2 seconds. | 11:49:41 |
| 10 | (Thereupon, a video recording of Exhibit | 11:49:59 |
| 11 | 7 was played.) | 11:49:59 |
| 12 | BY MR. SIEGEL: | 11:49:59 |
| 13 | Q.   Okay.  Did you hear it that time? | 11:49:59 |
| 14 | A.   Yes. | 11:50:01 |
| 15 | Q.   Okay.  That wasn't a school spirit | 11:50:02 |
| 16 | cheer, right? | 11:50:05 |
| 17 | A.   No. | 11:50:06 |
| 18 | Q.   Did you notice that at the time?  Did | 11:50:06 |
| 19 | you hear that at the time? | 11:50:09 |
| 20 | A.   I -- I think I saw Charlie run out.  But | 11:50:11 |
| 21 | I'm pretty sure in this frame I start to move.  I | 11:50:15 |
| 22 | wasn't -- I didn't really pay attention to it. | 11:50:19 |
| 23 | Q.   So did you say that? | 11:50:22 |
| 24 | A.   No. | 11:50:25 |
| 25 | Q.   Okay.  And remember the picture of the | 11:50:25 |

| | | |
|---|---|---|
| 1 | water bottle we showed you before?  Would you | 11:50:30 |
| 2 | agree that that was the same water bottle that | 11:50:37 |
| 3 | Charlie had been showing before? | 11:50:39 |
| 4 | A.    Yes. | 11:50:41 |
| 5 | Q.    Would yelling out Trump water in that | 11:50:41 |
| 6 | moment -- what do you think of that? | 11:50:53 |
| 7 | A.    To me, what I make of that is that it's | 11:50:55 |
| 8 | an all-boys' school humor and that he threw the | 11:51:01 |
| 9 | water bottle out there so he could look funny | 11:51:07 |
| 10 | having to go out and like pick it up right in | 11:51:11 |
| 11 | front of them.  And that is how I look at it as. | 11:51:14 |
| 12 | Q.    Okay.  And I asked you specifically, | 11:51:17 |
| 13 | though, about yelling out Trump water when he is | 11:51:19 |
| 14 | doing that, what do you think of that? | 11:51:22 |
| 15 | A.    I think the other student called out | 11:51:23 |
| 16 | Trump water because he saw Charlie throw out the | 11:51:26 |
| 17 | Trump water. | 11:51:29 |
| 18 | Q.    Is that something you would have been | 11:51:31 |
| 19 | comfortable saying in that context? | 11:51:34 |
| 20 | A.    Yeah.  I mean, I don't -- I don't see | 11:51:37 |
| 21 | anything particularly wrong with saying the name | 11:51:41 |
| 22 | of a water bottle. | 11:51:43 |
| 23 | Q.    Do you think that the student was trying | 11:51:45 |
| 24 | to communicate anything to the BHI by saying that | 11:51:47 |
| 25 | in that context? | 11:51:51 |

| | | |
|---|---|---|
| 1 | A.    No. | 11:51:52 |
| 2 | Q.    Do you think he was taunting the BHI by | 11:51:54 |
| 3 | saying that? | 11:51:58 |
| 4 | MR. McMURTRY:  Objection. | 11:51:59 |
| 5 | A.    No. | 11:51:59 |
| 6 | BY MR. SIEGEL: | 11:52:00 |
| 7 | Q.    I mean, that's your interpretation of | 11:52:00 |
| 8 | it, right? | 11:52:02 |
| 9 | A.    Right, I don't -- | 11:52:03 |
| 10 | Q.    You don't know, right? | 11:52:05 |
| 11 | A.    I don't -- I don't know, but I don't | 11:52:06 |
| 12 | think he was. | 11:52:08 |
| 13 | Q.    Okay.  Is it fair to say that someone | 11:52:08 |
| 14 | else watching the same thing could disagree with | 11:52:11 |
| 15 | you? | 11:52:14 |
| 16 | A.    They could. | 11:52:14 |
| 17 | Q.    And I take it that they could honestly | 11:52:18 |
| 18 | disagree with you? | 11:52:34 |
| 19 | A.    I suppose, yeah. | 11:52:35 |
| 20 | MR. SIEGEL:  All right.  Let's go back | 11:52:38 |
| 21 | to 50 seconds. | 11:52:44 |
| 22 | (Thereupon, a video recording of Exhibit | 11:52:47 |
| 23 | 7 was played.) | 11:52:50 |
| 24 | MS. MEEK:  I just stopped Exhibit 7 at | 11:53:07 |
| 25 | one minute and 7 seconds. | 11:53:10 |

1    BY MR. SIEGEL:                                        11:53:12

2        Q.    He said:  You all outnumber us and you     11:53:12

3    all keeping you all's distance, right?  There is     11:53:16

4    a reason for that.  You don't see the angels         11:53:20

5    around us.  You couldn't touch us if you wanted      11:53:22

6    to.                                                  11:53:25

7              Did you hear that at the time?             11:53:25

8        A.    I -- yeah.                                 11:53:27

9        Q.    Okay.  How do you interpret what he's      11:53:28

10   saying?  What do you understand him to mean?         11:53:30

11       A.    To me, it sounds pretty provocative,       11:53:32

12   like they are asking for a fight.                    11:53:36

13       Q.    Okay.  Does it seem to suggest that he     11:53:38

14   might think that you guys wanted to touch them?      11:53:48

15       A.    No.  Because we hadn't mentioned           11:53:51

16   anything about fighting them.  And then he goes      11:53:55

17   to say:  You couldn't touch us if you wanted to.     11:53:58

18       Q.    Okay.  You said that you thought that      11:54:02

19   that was provocative?                                11:54:10

20       A.    Yes.                                       11:54:12

21       Q.    So was this a part of what made you        11:54:12

22   concerned that there -- this might escalate into     11:54:16

23   some kind of physical confrontation?                 11:54:19

24       A.    Yes.  Sorry.                               11:54:21

25             MR. SIEGEL:  That's okay.  Okay.  Let's    11:54:24

| | | |
|---|---|---|
| 1 | start at -- restart at wherever we stopped. | 11:54:27 |
| 2 | (Thereupon, a video recording of Exhibit | 11:54:31 |
| 3 | 7 was played.) | 11:54:34 |
| 4 | BY MR. SIEGEL: | 11:54:41 |
| 5 | Q.    Do you hear people -- | 11:54:41 |
| 6 | MS. MEEK:  I just paused Exhibit 7 at 1 | 11:54:42 |
| 7 | minute and 15 seconds. | 11:54:45 |
| 8 | BY MR. SIEGEL: | 11:54:47 |
| 9 | Q.    Do you hear some people saying Trump, | 11:54:47 |
| 10 | Trump? | 11:54:50 |
| 11 | Did you say that? | 11:54:51 |
| 12 | A.    No. | 11:54:52 |
| 13 | Q.    So did you join in to that?  Did you | 11:54:52 |
| 14 | hear that at the time? | 11:54:55 |
| 15 | A.    Yes. | 11:54:55 |
| 16 | Q.    Why didn't you join in? | 11:54:56 |
| 17 | A.    Well, not everyone was chanting it, and | 11:54:59 |
| 18 | I didn't really feel the need to. | 11:55:02 |
| 19 | Q.    Is that something you would have been | 11:55:04 |
| 20 | comfortable saying to BHI? | 11:55:06 |
| 21 | A.    I don't -- I don't think I would have | 11:55:11 |
| 22 | been comfortable with it. | 11:55:15 |
| 23 | Q.    Why? | 11:55:17 |
| 24 | A.    Just because they obviously did not like | 11:55:17 |
| 25 | Trump, and there wasn't really any need to get | 11:55:21 |

1    them more angry.                                    11:55:27

2        Q.    So do you think that could have been     11:55:29

3    perceived as taunting the BHI by saying Trump,      11:55:31

4    Trump?                                              11:55:35

5        A.    It could be.                              11:55:36

6        Q.    Okay.  Did you think that's what they     11:55:37

7    were doing?                                         11:55:51

8        A.    Did I think the students were trying to   11:55:52

9    taunt them?                                         11:55:55

10            MR. SIEGEL:  Yes, by yelling Trump,        11:55:56

11   Trump.                                              11:55:59

12       A.    I don't -- at the time I wasn't really    11:56:00

13   thinking about it.  Now, no.                        11:56:03

14       Q.    And why?  Why is that your opinion?       11:56:07

15       A.    I think that, if anything, they were      11:56:11

16   just trying to represent something that they        11:56:17

17   support, the same way that the Black Hebrew         11:56:20

18   Israelites were, you know, naming very many         11:56:24

19   things that they believe in.                        11:56:31

20       Q.    Okay.  So you think yelling out -- do     11:56:39

21   you think yelling out Trump, Trump in this          11:56:41

22   context was no different than if that was yelled    11:56:44

23   out at the March For Life rally?                    11:56:47

24       A.    I mean, I don't -- I don't see why it     11:56:52

25   would be any different.                             11:56:56

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  All right.  Let's start it | 11:57:05 |
| 2 | at 1:15. | 11:57:06 |
| 3 | (Thereupon, a video recording of Exhibit | 11:57:08 |
| 4 | 7 was played.) | 11:57:10 |
| 5 | BY MR. SIEGEL: | 11:57:19 |
| 6 | Q.    So, Nick, it looks like you are sort of | 11:57:19 |
| 7 | talking to a couple of other students there? | 11:57:22 |
| 8 | A.    I think I was smiling and looking back | 11:57:25 |
| 9 | and forth.  I don't know if I was talking to | 11:57:28 |
| 10 | anyone. | 11:57:31 |
| 11 | Q.    Okay.  Do you know who the fellow to -- | 11:57:32 |
| 12 | it would have been your left as you were standing | 11:57:36 |
| 13 | there, to your right as you are looking at the | 11:57:38 |
| 14 | video. | 11:57:42 |
| 15 | A.    Very close to me, with the backpack? | 11:57:42 |
| 16 | MR. SIEGEL:  Yes. | 11:57:44 |
| 17 | A.    That is Jake Kleier.  With the blue Cov | 11:57:45 |
| 18 | Cath beanie on? | 11:57:49 |
| 19 | Q.    Okay.  So that is a teacher? | 11:57:50 |
| 20 | A.    Yes. | 11:57:52 |
| 21 | Q.    I think you said the fellow on the other | 11:57:52 |
| 22 | side, his last name is Summe? | 11:57:55 |
| 23 | A.    Summe. | 11:57:58 |
| 24 | Q.    Summe? | 11:57:59 |
| 25 | A.    Yeah. | 11:57:59 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  Okay.  Let's restart at | 11:58:08 |
| 2 | 1:24. | 11:58:10 |
| 3 | (Thereupon, a video recording of Exhibit | 11:58:12 |
| 4 | 7 was played.) | 11:58:15 |
| 5 | BY MR. SIEGEL: | 11:58:31 |
| 6 | Q.    Okay.  So that's the sumo cheer, right? | 11:58:31 |
| 7 | A.    Right. | 11:58:33 |
| 8 | Q.    Is it fair to say that as you guys are | 11:58:33 |
| 9 | doing it, you are getting louder? | 11:58:36 |
| 10 | A.    Yes. | 11:58:38 |
| 11 | MR. SIEGEL:  Okay. | 11:58:39 |
| 12 | MS. MEEK:  We just paused at 1:40.  I | 11:58:39 |
| 13 | will restart at 1:40. | 11:58:42 |
| 14 | (Thereupon, a video recording of Exhibit | 11:58:44 |
| 15 | 7 was played.) | 11:58:48 |
| 16 | MS. MEEK:  Just paused at 1 minute and | 11:59:00 |
| 17 | 54 seconds. | 11:59:03 |
| 18 | BY MR. SIEGEL: | 11:59:03 |
| 19 | Q.    So, again, when the cheer ends, you are | 11:59:03 |
| 20 | all looking in the direction of the BHI, right, | 11:59:09 |
| 21 | shouting with your fists clenched? | 11:59:13 |
| 22 | A.    Right. | 11:59:15 |
| 23 | Q.    Including you?  It looks like you have | 11:59:16 |
| 24 | your fists clenched there? | 11:59:18 |
| 25 | A.    Right. | 11:59:20 |

| | | |
|---|---|---|
| 1 | Q. Did you intend to express hostility to | 11:59:21 |
| 2 | the BHI by doing that? | 11:59:25 |
| 3 | A. No. | 11:59:27 |
| 4 | Q. Do you assume that everyone at the | 11:59:32 |
| 5 | Lincoln Memorial knew that that was a high school | 11:59:35 |
| 6 | cheer? | 11:59:38 |
| 7 | MR. McMURTRY: Objection. Go ahead. | 11:59:39 |
| 8 | A. Maybe not this one. But the earlier | 11:59:40 |
| 9 | spirit one, I stand by that one being very easily | 11:59:42 |
| 10 | readable. | 11:59:49 |
| 11 | BY MR. SIEGEL: | 11:59:50 |
| 12 | Q. Okay. And that's the we've got spirit | 11:59:50 |
| 13 | one in particular? | 11:59:55 |
| 14 | A. Yes. | 11:59:56 |
| 15 | Q. Okay. And these cheers were meant for | 11:59:57 |
| 16 | sporting events, right, not for Washington, DC? | 12:00:04 |
| 17 | A. Yes. | 12:00:07 |
| 18 | Q. All right. So for a person who is not | 12:00:08 |
| 19 | familiar with Covington Catholic, do you think | 12:00:12 |
| 20 | the cheers could be interpreted differently in | 12:00:16 |
| 21 | this context than at a sporting event where | 12:00:18 |
| 22 | Covington is playing? | 12:00:23 |
| 23 | A. Yes. | 12:00:23 |
| 24 | Q. And would you agree that a person | 12:00:24 |
| 25 | watching over 100 white teenage boys responding | 12:00:26 |

1    to BHI by yelling loudly, jumping up and down          12:00:31

2    with clenched fists held toward them could be an       12:00:37

3    expression of hostility towards the BHI?               12:00:41

4        A.    I agree that you could look at it that       12:00:44

5    way.                                                   12:00:47

6        Q.    Okay.  And as an expression of               12:00:47

7    aggression?                                            12:00:51

8        A.    If -- if you choose to see it that way,      12:00:52

9    then sure.                                             12:00:55

10       Q.    Okay.  Do you think that students taking     12:00:55

11   their shirt off like that, yelling, jumping up         12:01:05

12   and down and fronting with clenched fists on the       12:01:08

13   steps of the Lincoln Memorial in this context was      12:01:13

14   appropriate conduct?                                   12:01:16

15       A.    Yes.                                         12:01:17

16       Q.    Why?                                         12:01:18

17       A.    Because this is -- and, well, this is        12:01:18

18   hundreds of times more appropriate than what was       12:01:20

19   said at us, especially given our age.  This is --      12:01:23

20   this is -- I mean, there were adults here that         12:01:30

21   were not acting like adults should.  So this to        12:01:33

22   me looks more than appropriate, given what was --      12:01:37

23   what situation we were in.                             12:01:42

24       Q.    Fair to say that that's a matter of          12:01:44

25   opinion?                                               12:01:46

1     A.    Of course.  Everyone can decide whether      12:01:47

2    that was appropriate or not.                        12:01:50

3     Q.    In hindsight, do you think the               12:01:52

4    chaperones exercised poor judgment in allowing      12:02:01

5    these cheers to happen?                             12:02:06

6     A.    I think the better option would have         12:02:07

7    been to find somewhere else to go.                  12:02:09

8     Q.    Okay.  And why is that?                       12:02:13

9     A.    Because then we wouldn't have had to         12:02:16

10   have dealt with them and we could have just stood   12:02:19

11   by ourselves and gone home.                         12:02:22

12    Q.    Who led the sumo cheer?                       12:02:29

13    A.    I think his name is Jake Mulaku              12:02:34

14   (phonetically spelled).                             12:02:38

15    Q.    Is there any particular reason why -- it     12:02:39

16   looked like the students were like pointing at      12:02:41

17   him to sort of come lead it.  Is there any          12:02:44

18   particular reason why him?                          12:02:46

19    A.    None other than the fact that I'm pretty     12:02:48

20   sure he was a freshman, which, like I say,          12:02:51

21   freshmen step up and lead things because it helps   12:02:59

22   integrate them more into the school.                12:03:03

23    Q.    Okay.  Was it like somebody's idea to        12:03:08

24   point to him?                                       12:03:11

25    A.    It could have been some of his friends       12:03:11

| | | |
|---|---|---|
| 1 | that wanted him to do it.  I don't know. | 12:03:13 |
| 2 | MR. SIEGEL:  Okay.  Let's go back to | 12:03:17 |
| 3 | Exhibit 7, to video 5, and start it at 2 minutes | 12:03:22 |
| 4 | and 30 seconds. | 12:03:29 |
| 5 | (Thereupon, a video recording of Exhibit | 12:03:43 |
| 6 | 7 was played.) | 12:03:47 |
| 7 | BY MR. SIEGEL: | 12:04:07 |
| 8 | Q.    Could you tell what's being shouted | 12:04:07 |
| 9 | there by the students? | 12:04:16 |
| 10 | A.    No, I can't. | 12:04:18 |
| 11 | MR. SIEGEL:  Okay.  Let's just listen to | 12:04:20 |
| 12 | it one more time.  And if you can't, you can't. | 12:04:23 |
| 13 | THE WITNESS:  Yes. | 12:04:27 |
| 14 | MS. MEEK:  This frame was from 2:30 to | 12:04:27 |
| 15 | 2:37. | 12:04:31 |
| 16 | (Thereupon, a video recording from | 12:04:42 |
| 17 | Exhibit 7 was played.) | 12:04:45 |
| 18 | A.    I can hear hey, hey and ho, ho, but I | 12:04:46 |
| 19 | can't say -- or I can't hear what else they are | 12:04:52 |
| 20 | saying. | 12:04:56 |
| 21 | BY MR. SIEGEL: | 12:04:56 |
| 22 | Q.    Okay.  Did you notice that there was a | 12:04:56 |
| 23 | kid who's like holding a stick up? | 12:04:58 |
| 24 | A.    Yeah. | 12:05:00 |
| 25 | Q.    Do you have any understanding why? | 12:05:03 |

| | | |
|---|---|---|
| 1 | A.    No. | 12:05:05 |
| 2 | Q.    Do you think that could be perceived as | 12:05:07 |
| 3 | a hostile gesture? | 12:05:14 |
| 4 | A.    It could be. | 12:05:16 |
| 5 | Q.    Can you even tell us what they are | 12:05:25 |
| 6 | shouting here?  Is it -- is it here like a more | 12:05:27 |
| 7 | organized cheer? | 12:05:31 |
| 8 | A.    I can't tell what it is. | 12:05:31 |
| 9 | MR. SIEGEL:  Okay.  Let's keep going. | 12:05:36 |
| 10 | (Thereupon, a video recording from | 12:05:39 |
| 11 | Exhibit 7 was played.) | 12:05:42 |
| 12 | BY MR. SIEGEL: | 12:05:45 |
| 13 | Q.    Do you see the two guys sort of on the | 12:05:45 |
| 14 | right side raising their fists and going, Donald | 12:05:49 |
| 15 | Trump, Donald Trump? | 12:05:53 |
| 16 | Do you know, are those Covington | 12:05:56 |
| 17 | students? | 12:05:58 |
| 18 | A.    Again, I don't -- I think these might | 12:05:58 |
| 19 | have been the kids who said -- the ones shaking | 12:06:01 |
| 20 | right there.  I don't -- I -- to me, I don't | 12:06:06 |
| 21 | think they are a part of Cov Cath because | 12:06:08 |
| 22 | they're -- not wearing clothes that we are and | 12:06:11 |
| 23 | they are more off to the side. | 12:06:14 |
| 24 | MR. SIEGEL:  Okay. | 12:06:17 |
| 25 | A.    I don't recognize them. | 12:06:17 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Lunch is here when you | 12:06:22 |
| 2 | are ready -- and when you are -- when you have | 12:06:23 |
| 3 | reached a point. | 12:06:25 |
| 4 | MR. SIEGEL:  Maybe ten more minutes, | 12:06:26 |
| 5 | maybe.  It will be kind of a good segue point. | 12:06:28 |
| 6 | BY MR. SIEGEL: | 12:06:35 |
| 7 | Q.    Did you notice them at the time doing | 12:06:35 |
| 8 | that? | 12:06:38 |
| 9 | A.    No. | 12:06:38 |
| 10 | Q.    What do you think of it, seeing it now? | 12:06:38 |
| 11 | MR. McMURTRY:  Objection.  Go ahead. | 12:06:41 |
| 12 | A.    I mean, I don't agree with it.  I | 12:06:42 |
| 13 | haven't agreed with a single thing they have done | 12:06:44 |
| 14 | that I have seen, and -- I mean, if it were up to | 12:06:47 |
| 15 | me, they wouldn't be behaving like that. | 12:06:53 |
| 16 | BY MR. SIEGEL: | 12:06:56 |
| 17 | Q.    Okay.  Why don't you agree with their | 12:06:56 |
| 18 | going, Donald Trump, Donald Trump, though? | 12:06:59 |
| 19 | MR. McMURTRY:  Objection.  Go ahead. | 12:07:02 |
| 20 | A.    Well, I don't think shaking their fists | 12:07:03 |
| 21 | does anyone any good. | 12:07:07 |
| 22 | BY MR. SIEGEL: | 12:07:09 |
| 23 | Q.    Okay.  Because it seems aggressive? | 12:07:09 |
| 24 | A.    Well, to me, it seems like these kids -- | 12:07:13 |
| 25 | and the one of them looks like he has a smile on | 12:07:15 |

| | | |
|---|---|---|
| 1 | his face, like they want the Hebrew Israelites to | 12:07:18 |
| 2 | talk to them next.  Maybe they think it's funny. | 12:07:23 |
| 3 | I don't know. | 12:07:28 |
| 4 | Q.   Okay.  Do you think that they were | 12:07:29 |
| 5 | responding to the behavior of the Covington | 12:07:33 |
| 6 | students? | 12:07:36 |
| 7 | MR. McMURTRY:  Objection. | 12:07:36 |
| 8 | A.   I mean, it's possible. | 12:07:37 |
| 9 | MR. SIEGEL:  All right.  Let's keep | 12:07:42 |
| 10 | going. | 12:07:43 |
| 11 | MS. MEEK:  We were just discussing 2 | 12:07:44 |
| 12 | minutes and 44 seconds in Exhibit 7.  And now I'm | 12:07:45 |
| 13 | continuing on. | 12:07:49 |
| 14 | (Thereupon, a video recording from | 12:07:51 |
| 15 | Exhibit 7 was played.) | 12:07:54 |
| 16 | BY MR. SIEGEL: | 12:08:06 |
| 17 | Q.   Did you know why the students are | 12:08:06 |
| 18 | shouting there? | 12:08:10 |
| 19 | A.   Because some more kids returned from out | 12:08:10 |
| 20 | in DC.  They were seniors. | 12:08:12 |
| 21 | Q.   Okay.  And what's the connection -- | 12:08:15 |
| 22 | what's the shouting?  What's that responding to? | 12:08:18 |
| 23 | A.   I think they were just happy or whatever | 12:08:20 |
| 24 | more of the kids were coming back. | 12:08:24 |
| 25 | MR. SIEGEL:  Okay.  So let's keep | 12:08:27 |

| | | |
|---|---|---|
| 1 | playing. | 12:08:28 |
| 2 | MS. MEEK:  We just stopped at 2 minutes | 12:08:29 |
| 3 | and 57 seconds.  And now we are continuing on. | 12:08:31 |
| 4 | (Thereupon, a video recording from | 12:08:36 |
| 5 | Exhibit 7 was played.) | 12:08:39 |
| 6 | BY MR. SIEGEL: | 12:08:57 |
| 7 | Q.    Okay.  So you mentioned before that | 12:08:57 |
| 8 | there were other students who were coming at this | 12:08:59 |
| 9 | point, right? | 12:09:01 |
| 10 | A.    Yes. | 12:09:02 |
| 11 | Q.    And there are certainly more students | 12:09:02 |
| 12 | now than there were before? | 12:09:05 |
| 13 | A.    Right. | 12:09:07 |
| 14 | Q.    And does it look to you like the group | 12:09:07 |
| 15 | is getting closer to the BHI as it fills in, some | 12:09:11 |
| 16 | of the group? | 12:09:18 |
| 17 | A.    Yeah.  Some are closer. | 12:09:18 |
| 18 | Q.    Okay.  You said before that it -- you | 12:09:20 |
| 19 | think it would have been better -- never mind. | 12:09:23 |
| 20 | You already answered that. | 12:09:28 |
| 21 | MR. McMURTRY:  Thank you. | 12:09:29 |
| 22 | MR. SIEGEL:  Let's go to Exhibit -- back | 12:09:37 |
| 23 | to Exhibit 3, which is video 4 of the Banyamyan | 12:09:42 |
| 24 | video. | 12:09:49 |
| 25 | MS. MEEK:  And we just stopped at 3:20 | 12:09:49 |

| | | |
|---|---|---|
| 1 | in Exhibit 7.  Did you say 1:10:32? | 12:09:55 |
| 2 | MR. SIEGEL:  No -- yes.  1:10:32.  1 | 12:10:30 |
| 3 | hour, 10 minutes, 32 seconds. | 12:10:33 |
| 4 | (Thereupon, a video recording of Exhibit | 12:10:38 |
| 5 | 7 was played.) | 12:10:44 |
| 6 | BY MR. SIEGEL: | 12:11:00 |
| 7 | Q.    What's your reaction to what he says | 12:11:00 |
| 8 | there? | 12:11:03 |
| 9 | MR. McMURTRY:  Objection.  Go ahead. | 12:11:03 |
| 10 | A.    I mean, I think it's pretty obvious, | 12:11:05 |
| 11 | even admitted from them, that we weren't trying | 12:11:09 |
| 12 | to fight them.  He said we weren't going to do a | 12:11:12 |
| 13 | thing.  And that -- like, even after the sumo | 12:11:15 |
| 14 | chant, which may be perceived as hostile, we all | 12:11:20 |
| 15 | just turned around and kept talking amongst | 12:11:24 |
| 16 | ourselves. | 12:11:28 |
| 17 | BY MR. SIEGEL: | 12:11:28 |
| 18 | Q.    Okay.  When he said you -- when he said | 12:11:28 |
| 19 | we are surrounded, does that indicate to you that | 12:11:35 |
| 20 | he might have felt that you guys were expressing | 12:11:43 |
| 21 | aggression or hostility? | 12:11:45 |
| 22 | A.    He might have, but -- | 12:11:47 |
| 23 | MR. McMURTRY:  Objection.  Go ahead.  Go | 12:11:49 |
| 24 | ahead. | 12:11:50 |
| 25 | A.    He might have, but that is factually | 12:11:50 |

| 1 | untrue.  I mean, we were in one area.  We did not | 12:11:53 |
| 2 | surround them. | 12:11:57 |
| 3 | MR. SIEGEL:  Okay.  Let's -- let's | 12:11:59 |
| 4 | restart it there. | 12:12:10 |
| 5 | MS. MEEK:  Restarting at 1 hour, 10 | 12:12:11 |
| 6 | minutes and 45 seconds. | 12:12:15 |
| 7 | (Thereupon, a video recording of Exhibit | 12:12:17 |
| 8 | 3 was played.) | 12:12:20 |
| 9 | BY MR. SIEGEL: | 12:12:44 |
| 10 | Q.    So does that indicate to you that at | 12:12:44 |
| 11 | least the person talking felt that they were | 12:12:48 |
| 12 | outmatched by you? | 12:12:51 |
| 13 | MR. McMURTRY:  Objection.  Go ahead. | 12:12:53 |
| 14 | A.    I guess, but that is not matched by the | 12:12:54 |
| 15 | smiles on the rest of their faces.  They look | 12:12:59 |
| 16 | like they are getting exactly what they want. | 12:13:02 |
| 17 | MR. McMURTRY:  We are going to start | 12:13:05 |
| 18 | lunch in two minutes. | 12:13:06 |
| 19 | MR. SIEGEL:  I mean, I will ask for five | 12:13:10 |
| 20 | minutes. | 12:13:12 |
| 21 | MR. McMURTRY:  I know.  But we are at | 12:13:12 |
| 22 | ten.  I'm just trying to -- go ahead. | 12:13:14 |
| 23 | MR. SIEGEL:  No worries.  All right. | 12:13:16 |
| 24 | Let's keep going. | 12:13:21 |
| 25 | MS. MEEK:  Starting from 1:11:18. | 12:13:22 |

1              (Thereupon, a video recording of Exhibit          12:13:27
2     3 was played.)                                             12:13:31
3     BY MR. SIEGEL:                                             12:13:52
4        Q.    When he says, I'm turning up the Esau,            12:13:52
5     Esau, this caveman thing, I'm turning up, what do          12:13:56
6     you understand him to be saying?                           12:13:59
7              MR. McMURTRY:  Objection.  Go ahead.              12:14:00
8        A.    I'm not -- I'm not really sure.                   12:14:02
9        Q.    Do you have an understanding what the             12:14:04
10    reference to Esau means?                                   12:14:08
11       A.    Not really.                                       12:14:10
12       Q.    Did you study the Old Testament?                  12:14:10
13       A.    Oh, I did.  But they -- they mean --              12:14:13
14    they use an alternate.                                     12:14:16
15             I mean, their history is not real                 12:14:17
16    history, so I don't know what they are talking             12:14:21
17    about.                                                     12:14:24
18       Q.    Do you know who Esau in the Old                   12:14:24
19    Testament is?                                              12:14:28
20       A.    Yes.  But, I mean, I don't know what              12:14:30
21    they are talking about.                                    12:14:32
22             They -- they claim the current Jews in            12:14:33
23    Israel are not the real Israelites.  So, I mean,           12:14:35
24    whatever version of history they have is not an            12:14:40
25    accurate one.                                              12:14:44

| | | |
|---|---|---|
| 1 | Q.    Who is Esau? | 12:14:45 |
| 2 | MR. McMURTRY:  Objection.  I don't -- I | 12:14:46 |
| 3 | don't understand what the quiz is, why it matters | 12:14:47 |
| 4 | speculating at what this guy's saying.  I mean, | 12:14:50 |
| 5 | it's okay to try to trip him up, but to try to | 12:14:53 |
| 6 | trip him up -- | 12:14:56 |
| 7 | MR. SIEGEL:  I'm not trying to trip him | 12:14:56 |
| 8 | up. | 12:14:59 |
| 9 | MR. McMURTRY:  The Old Testament | 12:14:59 |
| 10 | history, I mean -- | 12:15:01 |
| 11 | MR. SIEGEL:  If you don't know, that is | 12:15:02 |
| 12 | fine. | 12:15:03 |
| 13 | THE WITNESS:  I remember that Esau was | 12:15:03 |
| 14 | connected to Israel. | 12:15:05 |
| 15 | BY MR. SIEGEL: | 12:15:08 |
| 16 | Q.    Okay.  So you don't remember the story | 12:15:08 |
| 17 | of Esau and Jacob and all that? | 12:15:10 |
| 18 | A.    Not -- not a hundred percent, not -- | 12:15:12 |
| 19 | Q.    It's not a quiz.  I was just asking if | 12:15:15 |
| 20 | you know. | 12:15:18 |
| 21 | So did you think that you looked like | 12:15:19 |
| 22 | you were behaving like cavemen. | 12:15:21 |
| 23 | A.    No. | 12:15:26 |
| 24 | Q.    Why? | 12:15:27 |
| 25 | A.    Because -- I don't know.  We look like | 12:15:28 |

| | | |
|---|---|---|
| 1 | high school kids. | 12:15:30 |
| 2 | Q.    Okay.  Would you say anyone who | 12:15:31 |
| 3 | disagrees with you about that was wrong? | 12:15:36 |
| 4 | A.    No. | 12:15:39 |
| 5 | MR. SIEGEL:  Let's go ten more seconds | 12:15:51 |
| 6 | of this. | 12:15:54 |
| 7 | MS. MEEK:  Starting at 1:11:47. | 12:15:54 |
| 8 | (Thereupon, a video recording of Exhibit | 12:15:58 |
| 9 | 3 was played.) | 12:16:01 |
| 10 | BY MR. SIEGEL: | 12:16:04 |
| 11 | Q.    Okay.  So you said before you felt | 12:16:04 |
| 12 | threatened.  Did you take that as a threat? | 12:16:07 |
| 13 | A.    Yes. | 12:16:10 |
| 14 | MR. SIEGEL:  Okay.  Lunchtime. | 12:16:16 |
| 15 | MR. McMURTRY:  Lunchtime.  Thank you. | 12:16:17 |
| 16 | THE VIDEOGRAPHER:  We are going off the | 12:16:26 |
| 17 | record.  The time is 12:16 p.m. | 12:16:28 |
| 18 | (Thereupon, there was a recess taken at | 12:16:32 |
| 19 | 12:16 p.m.) | 12:16:32 |
| 20 | (Thereupon, the proceedings were resumed | 12:54:58 |
| 21 | at 12:54 p.m.) | 12:54:58 |
| 22 | THE VIDEOGRAPHER:  We're back on the | 12:54:59 |
| 23 | record.  The time is 12:55 p.m. | 12:55:04 |
| 24 | MR. SIEGEL:  Okay.  So we are now going | 12:55:07 |
| 25 | to go back to Exhibit 7, which is video 5 of the | 12:55:16 |

| | | |
|---|---|---|
| 1 | stip.  Start that at 3 minutes and 20 seconds. | 12:55:21 |
| 2 | And I'm just going to ask you to explain what is | 12:55:30 |
| 3 | happening, what the students are doing. | 12:55:33 |
| 4 | THE WITNESS:  Okay. | 12:55:36 |
| 5 | (Thereupon, a video recording of Exhibit | 12:55:55 |
| 6 | 5 was played.) | 12:55:55 |
| 7 | BY MR. SIEGEL: | 12:56:22 |
| 8 | Q.    So what -- what's happening? | 12:56:22 |
| 9 | A.    Everyone is getting ready to do the | 12:56:26 |
| 10 | victory chant that we discussed at the start of | 12:56:30 |
| 11 | the deposition. | 12:56:32 |
| 12 | MR. SIEGEL:  Okay.  And where did we | 12:56:34 |
| 13 | pause? | 12:56:41 |
| 14 | MS. MEEK:  3:50. | 12:56:42 |
| 15 | BY MR. SIEGEL: | 12:56:43 |
| 16 | Q.    So are the four guys who were standing | 12:56:43 |
| 17 | up, are they like the leaders? | 12:56:46 |
| 18 | A.    I would assume. | 12:56:47 |
| 19 | Q.    Okay.  And everybody else sits down at | 12:56:48 |
| 20 | that part of the -- | 12:56:51 |
| 21 | A.    Yes. | 12:56:51 |
| 22 | Q.    -- for the stunt? | 12:56:52 |
| 23 | Okay.  So before the person who you now | 12:56:52 |
| 24 | know is Nathan Phillips started approaching the | 12:56:56 |
| 25 | group, had you noticed him? | 12:57:01 |

| | | |
|---|---|---|
| 1 | A.    I hadn't noticed him specifically.  As I | 12:57:02 |
| 2 | said earlier, I noticed the group of Native | 12:57:05 |
| 3 | Americans.  That was about it. | 12:57:08 |
| 4 | Q.    Okay.  And when did you first notice | 12:57:11 |
| 5 | that he was approaching or seemed to be | 12:57:16 |
| 6 | approaching the group? | 12:57:18 |
| 7 | A.    I probably noticed he -- him coming over | 12:57:19 |
| 8 | when he was near the Black Israelites -- Hebrew | 12:57:26 |
| 9 | Israelites and passing.  That is when I kind of | 12:57:31 |
| 10 | first became aware there was Native Americans in | 12:57:37 |
| 11 | between us and the Hebrew Israelites. | 12:57:41 |
| 12 | Q.    Okay.  And I take it you don't know what | 12:57:52 |
| 13 | he saw or heard prior to the time he approached | 12:57:53 |
| 14 | you? | 12:57:58 |
| 15 | A.    Correct. | 12:57:58 |
| 16 | MR. SIEGEL:  Let's keep -- let's restart | 12:58:00 |
| 17 | it at 3:50. | 12:58:03 |
| 18 | (Thereupon, a video recording of Exhibit | 12:58:07 |
| 19 | 7 was played.) | 12:58:07 |
| 20 | MR. SIEGEL:  Okay. | 12:58:31 |
| 21 | MS. MEEK:  I just stopped at 4 minutes | 12:58:33 |
| 22 | and 18 seconds. | 12:58:35 |
| 23 | BY MR. SIEGEL: | 12:58:37 |
| 24 | Q.    So what the students are doing there as | 12:58:37 |
| 25 | Mr. Phillips and some others were approaching, is | 12:58:42 |

| | | |
|---|---|---|
| 1 | that the -- the whole Victory is Our Battle Cry | 12:58:46 |
| 2 | cheer? | 12:58:51 |
| 3 | A.    Yes. | 12:58:51 |
| 4 | Q.    And people jumping up, is that part of | 12:58:51 |
| 5 | that? | 12:58:56 |
| 6 | A.    Yes. | 12:58:56 |
| 7 | Q.    Okay.  I think you described before what | 12:58:56 |
| 8 | is said during that cheer? | 12:59:03 |
| 9 | A.    Uh-huh. | 12:59:04 |
| 10 | Q.    Can you hear if that is what is being | 12:59:05 |
| 11 | said here? | 12:59:08 |
| 12 | A.    Yes, yes. | 12:59:08 |
| 13 | Q.    Do you assume that others watching this | 12:59:09 |
| 14 | would have any idea what you are saying? | 12:59:12 |
| 15 | A.    Probably not.  We say the letters very | 12:59:14 |
| 16 | quickly. | 12:59:16 |
| 17 | MR. SIEGEL:  Okay.  Let's restart at | 12:59:32 |
| 18 | 4:24. | 12:59:35 |
| 19 | MS. MEEK:  I think we are starting at | 12:59:36 |
| 20 | 4:18, not 4:24. | 12:59:38 |
| 21 | MR. SIEGEL:  Yes.  I think we can just | 12:59:43 |
| 22 | go.  Because I think Nick just answered what I | 12:59:46 |
| 23 | was going to ask him anyway at 4:18. | 12:59:49 |
| 24 | (Thereupon, a video recording of Exhibit | 12:59:55 |
| 25 | 7 was played.) | 12:59:55 |

1      MS. MEEK:  We just stopped at 4:55,          13:00:28

2   still on Exhibit 7.                                13:00:31

3   BY MR. SIEGEL:                                     13:00:32

4      Q.    Okay.  So did you see that -- remind me   13:00:32

5   of his name again, the last name, the fellow in    13:00:36

6   the red sweatshirt?                                13:00:39

7      A.    Summe.                                    13:00:41

8      Q.    Summe shouts:  Don't touch him, don't     13:00:42

9   touch him?                                         13:00:46

10     A.    Yes.                                      13:00:47

11     Q.    Any idea why he said that?                13:00:48

12     A.    He said the guy in the green             13:00:50

13  sweatshirt -- or gray/green hooded, that is John   13:00:51

14  Monterey.  And when John went to turn to film      13:00:56

15  with his camera, Nathan Phillips hit up against    13:00:59

16  him and kind of, you know, came in physical        13:01:04

17  contact with him.                                  13:01:07

18     Q.    Okay.  Who do you understand him to be    13:01:08

19  saying don't -- who is don't touch him directed    13:01:10

20  at?                                                13:01:14

21     A.    At Phillips for running in to John.       13:01:14

22     Q.    Okay.  And how do you know that?          13:01:18

23     A.    Well, you are asking me what it -- what   13:01:22

24  does that -- what do I -- what does that look      13:01:26

25  like is happening.                                 13:01:28

| | | |
|---|---|---|
| 1 | MR. SIEGEL: Okay. | 13:01:30 |
| 2 | A. That is my opinion. | 13:01:30 |
| 3 | Q. Did John tell you that? | 13:01:31 |
| 4 | A. No. | 13:01:33 |
| 5 | Q. I'm sorry. Did Summe tell you that, | 13:01:34 |
| 6 | that that is what he was doing? | 13:01:37 |
| 7 | A. No. I'm saying this is what it looks | 13:01:40 |
| 8 | like from -- from here. I don't -- I can't say | 13:01:42 |
| 9 | that for a fact. | 13:01:45 |
| 10 | MR. SIEGEL: Okay. Let's just play the | 13:01:46 |
| 11 | last ten seconds again maybe. | 13:01:48 |
| 12 | (Thereupon, a video recording of Exhibit | 13:01:57 |
| 13 | 7 was played.) | 13:01:57 |
| 14 | BY MR. SIEGEL: | 13:02:13 |
| 15 | Q. Okay. Is it possible that he is | 13:02:13 |
| 16 | directing that at John Lawrie? He said to John | 13:02:16 |
| 17 | Lawrie, don't touch Nathan Phillips? | 13:02:20 |
| 18 | A. Yeah, that could be possible. | 13:02:23 |
| 19 | Q. Okay. Where do you see Nathan Phillips | 13:02:24 |
| 20 | coming -- John Lawrie is like turning around, | 13:02:25 |
| 21 | right, kind of -- | 13:02:29 |
| 22 | A. Right. | 13:02:29 |
| 23 | Q. -- as he's -- as he's -- | 13:02:30 |
| 24 | A. Right. | 13:02:31 |
| 25 | Q. Where do you see Nathan Phillips coming | 13:02:31 |

1    into contact with him?                                    13:02:33

2        A.    I could have been wrong, but it almost          13:02:34

3    appeared in the video like when John was turning          13:02:36

4    that Phillips had kind of -- maybe not                     13:02:40

5    intentionally but maybe bumped into him a little           13:02:43

6    bit.  I don't know, though.  I -- I was on --             13:02:46

7    like three or four rows of people back.                    13:02:50

8        Q.    Okay.  Would it be -- watching this,            13:02:54

9    would it be reasonable to infer that somebody              13:03:07

10   might have been concerned that at least one of             13:03:09

11   the students was getting too close to Phillips?            13:03:10

12       A.    I don't think that's reasonable.                13:03:13

13       Q.    Really?  You don't think that is                13:03:15

14   reasonable?  Why not?                                      13:03:17

15       A.    No, because Nathan Phillips' feet --            13:03:18

16   five minutes before this frame, Nathan Phillips            13:03:21

17   was 40, 50 feet away.  So to say that we were too          13:03:24

18   close --                                                   13:03:28

19       Q.    No, at this particular moment that one          13:03:30

20   of the students was -- was getting too close to            13:03:33

21   Phillips or might be touching him?                         13:03:37

22       A.    I -- I still think that's unreasonable.         13:03:40

23   Because the students don't -- these students in            13:03:42

24   between Phillips and the rest of the group don't           13:03:46

25   have anywhere to move because of how crowded it            13:03:48

1    is.                                                        13:03:51

2        Q.    Okay.  But John Lawrie was moving,               13:03:52

3    right?  He was kind of turning from side to side?          13:03:58

4        A.    I mean, he was rotating.  He wasn't              13:04:01

5    physically stepping anywhere.                              13:04:05

6        Q.    And do you think it's reasonable to              13:04:06

7    infer that Summe might have been concerned that            13:04:09

8    in the course of doing that, John Lawrie might             13:04:11

9    bump into him and that is what he was responding           13:04:15

10   to?                                                        13:04:17

11       A.    No.  I think that is unreasonable.               13:04:17

12       Q.    So you don't think somebody watching             13:04:19

13   this could have that honest opinion, that that's          13:04:21

14   what --                                                    13:04:25

15           MR. McMURTRY:  I think he answered that.           13:04:25

16   But go ahead.                                              13:04:27

17       A.    No.  I think that for Nathan Phillips to         13:04:27

18   come from where he was and then to get close and          13:04:29

19   then not give John any room to move and then to           13:04:32

20   say that the students weren't giving Phillips his         13:04:35

21   personal space to me is a dishonest, unreasonable         13:04:39

22   opinion.                                                   13:04:43

23   BY MR. SIEGEL:                                             13:04:43

24       Q.    Okay.  That is not what I'm asking you.          13:04:43

25   I'm asking you could someone watching this                 13:04:48

| | | |
|---|---|---|
| 1 | honestly infer that that is what Summe -- Summe | 13:04:51 |
| 2 | was saying to John Lawrie, hey, don't touch him? | 13:04:55 |
| 3 | MR. McMURTRY: Objection. Go ahead and | 13:05:00 |
| 4 | answer. | 13:05:01 |
| 5 | A. Someone could infer that that is who | 13:05:02 |
| 6 | Summe was talking to. Yeah, I agree with that. | 13:05:04 |
| 7 | BY MR. SIEGEL: | 13:05:10 |
| 8 | Q. Okay. Someone could infer that the | 13:05:10 |
| 9 | reason he said that was that he was concerned | 13:05:14 |
| 10 | that John Lawrie might be bumping into Phillips? | 13:05:16 |
| 11 | A. Yes. | 13:05:20 |
| 12 | MR. SIEGEL: Okay. Let's keep going. | 13:05:26 |
| 13 | MS. MEEK: Starting at 4:55. | 13:05:28 |
| 14 | (Thereupon, a video recording of Exhibit | 13:05:32 |
| 15 | 7 was played.) | 13:05:32 |
| 16 | MR. SIEGEL: Where did we stop, Jessie, | 13:05:59 |
| 17 | for the record? | 13:06:01 |
| 18 | MS. MEEK: 5:22. | 13:06:01 |
| 19 | BY MR. SIEGEL: | 13:06:04 |
| 20 | Q. Do you see the -- the student with his | 13:06:04 |
| 21 | hands up? | 13:06:07 |
| 22 | A. Yes. | 13:06:07 |
| 23 | Q. It looks like he is wearing maybe a | 13:06:08 |
| 24 | black sweatshirt. Do you know who that is? | 13:06:10 |
| 25 | A. No. And to be honest, I don't know if | 13:06:13 |

| | | |
|---|---|---|
| 1 | he was a part of our group or not.  I mean, he | 13:06:15 |
| 2 | might -- he might be, but I have no idea who he | 13:06:19 |
| 3 | is. | 13:06:23 |
| 4 | Q.    Okay.  So you don't know whether he was | 13:06:24 |
| 5 | a Covington student at the time? | 13:06:26 |
| 6 | A.    No.  Like, what I mean by that is I had | 13:06:28 |
| 7 | never seen him before in my life.  It's possible | 13:06:31 |
| 8 | I missed him in the hallways or whatever or just | 13:06:36 |
| 9 | didn't recognize him.  But, I mean, to my | 13:06:38 |
| 10 | knowledge, that was the first and only time I | 13:06:41 |
| 11 | have seen him. | 13:06:44 |
| 12 | Q.    Okay.  Do you see how he was sort of, | 13:06:45 |
| 13 | kind of bowing up and down, like moving his hands | 13:06:48 |
| 14 | up and down? | 13:06:53 |
| 15 | A.    Yes. | 13:06:54 |
| 16 | Q.    Did that seem appropriate to you? | 13:06:57 |
| 17 | A.    Well -- | 13:07:02 |
| 18 | MR. McMURTRY:  Objection.  If I may, are | 13:07:04 |
| 19 | you saying did he see that happening at the time | 13:07:05 |
| 20 | or are you asking him to evaluate the video | 13:07:08 |
| 21 | today?  Because I don't know -- | 13:07:10 |
| 22 | MR. SIEGEL:  Fair question. | 13:07:12 |
| 23 | MR. McMURTRY:  -- what the answer is. | 13:07:13 |
| 24 | BY MR. SIEGEL: | 13:07:16 |
| 25 | Q.    Did you notice that at the time? | 13:07:16 |

1    A.    No.                                          13:07:17

2    Q.    Okay.  Having seen it on the video, do      13:07:18

3  you think that that was appropriate?                13:07:20

4    A.    You know, to be honest, I -- I really       13:07:21

5  don't know.  Because under -- at this present       13:07:24

6  frame of the video, most of the people, including   13:07:29

7  myself, were confused on Phillips' intentions.      13:07:32

8  And I think many of the front line kids thought     13:07:37

9  at first that he was here to help us, which is      13:07:42

10  why they danced along to his music.                13:07:45

11        And, I mean, I don't know what that          13:07:48

12  kid's doing.  He could be -- as seen, in a way,    13:07:50

13  he could be trying to mock him.  I -- I really     13:07:55

14  don't know.                                        13:07:58

15    Q.    Okay.  Did you at the time have any idea   13:08:01

16  why Phillips was playing the drum?                 13:08:10

17    A.    No.                                        13:08:12

18    Q.    Okay.  Did you have any idea what          13:08:13

19  playing a drum, as he was doing, signifies in      13:08:22

20  Native American culture?                           13:08:28

21    A.    Well, I -- I should back up that while I   13:08:30

22  haven't taken a class specifically on Native       13:08:34

23  Americans, like I said, I have had classes where   13:08:36

24  that's been incorporated.  And one of them was     13:08:42

25  music back from grade school.  And what I am       13:08:45

| | | |
|---|---|---|
| 1 | aware of is that playing the drum can mean more | 13:08:50 |
| 2 | than one thing. | 13:08:53 |
| 3 | So to be honest with you, I'm not | 13:08:54 |
| 4 | skilled enough to know what chants or what rhythm | 13:08:59 |
| 5 | means what.  But, I mean, I knew he was playing | 13:09:03 |
| 6 | it.  I didn't know what it signified. | 13:09:06 |
| 7 | Q.    What is the more than one thing that you | 13:09:08 |
| 8 | understand playing a drum in Native American | 13:09:11 |
| 9 | culture signifies? | 13:09:15 |
| 10 | A.    You can -- it's played for a variety of | 13:09:17 |
| 11 | religious reasons or whatever to match with | 13:09:21 |
| 12 | ancestors and -- you know, as he's -- I guess as | 13:09:25 |
| 13 | Mr. Phillips claims, these drums were war drums. | 13:09:31 |
| 14 | They play them for multiple reasons. | 13:09:35 |
| 15 | Q.    Okay.  Since this incident, have you | 13:09:38 |
| 16 | ever sort of gone back and done any more reading | 13:09:43 |
| 17 | about that? | 13:09:46 |
| 18 | A.    No. | 13:09:47 |
| 19 | Q.    Do you know anything about how elderly | 13:09:49 |
| 20 | persons are viewed in Native American culture? | 13:09:53 |
| 21 | A.    At the time, I knew that elders are very | 13:09:56 |
| 22 | respected and kind of the head of -- in a Native | 13:10:00 |
| 23 | American community. | 13:10:05 |
| 24 | Q.    And have you done any more reading or | 13:10:09 |
| 25 | learning about that? | 13:10:13 |

1    A.    No.                                         13:10:16

2    Q.    Okay.  Could you hear what Mr. Phillips     13:10:17

3    was expressing verbally?                          13:10:23

4    A.    I could not understand what he was          13:10:25

5    saying.  I didn't know if he was just making      13:10:27

6    noise or it was another language or --            13:10:31

7    Q.    Okay.  So did you have -- at the time,       13:10:36

8    right, did you have any understanding at all of   13:10:43

9    what he was trying to -- may have been trying to  13:10:46

10   communicate?                                      13:10:50

11   A.    No.                                         13:10:50

12   Q.    Did you know whether it was a song or a     13:10:52

13   prayer or words he was articulating?  Did you     13:10:57

14   have any idea?                                    13:11:03

15   A.    I did not.                                  13:11:04

16       MR. SIEGEL:  Okay.  Now we are going to       13:11:07

17   look at roughly the same theme from the           13:11:09

18   perspective of Exhibit 3, video 4, the Banyamyan  13:11:14

19   video.                                            13:11:20

20       MS. MEEK:  We are going start at 1 hour,      13:11:28

21   12 minutes, 15 seconds in Exhibit 3.              13:11:30

22       (Thereupon, a video recording of Exhibit      13:11:34

23   3 was played.)                                    13:11:34

24   BY MR. SIEGEL:                                    13:11:44

25   Q.    Okay.  I take it from our last              13:11:44

| | | |
|---|---|---|
| 1 | exchange -- what do you understand him to be | 13:11:46 |
| 2 | saying, the part where -- here comes -- | 13:11:50 |
| 3 | A.    Yeah, dad. | 13:11:52 |
| 4 | MR. SIEGEL:  Right. | 13:11:53 |
| 5 | A.    I don't know. | 13:11:53 |
| 6 | Q.    Yeah.  I take it you have no | 13:11:54 |
| 7 | understanding about what he might have meant by | 13:11:56 |
| 8 | that, what that references? | 13:11:58 |
| 9 | A.    No. | 13:11:59 |
| 10 | MR. SIEGEL:  Let's keep going. | 13:12:00 |
| 11 | MS. MEEK:  Starting from 1:12:25. | 13:12:01 |
| 12 | (Thereupon, a video recording of Exhibit | 13:12:05 |
| 13 | 3 was played.) | 13:12:05 |
| 14 | BY MR. SIEGEL: | 13:12:43 |
| 15 | Q.    So the speaker says:  Dad not playing, | 13:12:43 |
| 16 | he came to the rescue. | 13:12:47 |
| 17 | What do understand him to mean by that? | 13:12:49 |
| 18 | MR. McMURTRY:  Objection.  Go ahead. | 13:12:53 |
| 19 | A.    I'm not sure who he means that he's | 13:12:54 |
| 20 | rescuing.  I guess maybe he's referring to the | 13:12:59 |
| 21 | black -- he himself, that he is being rescued by | 13:13:05 |
| 22 | him.  But it really doesn't make sense to me, | 13:13:10 |
| 23 | because an hour ago these Black Hebrew Israelites | 13:13:12 |
| 24 | hated them.  And now he loves them because he is | 13:13:17 |
| 25 | coming to save them.  I don't really understand | 13:13:21 |

1   the dynamic that is happening between the Black          13:13:23

2   Hebrew Israelites and the Native Americans.              13:13:26

3   BY MR. SIEGEL:                                           13:13:29

4       Q.    Okay.  It doesn't make sense to you            13:13:29

5   because the BHI had been insulting them, too?            13:13:33

6       A.    Yeah.  Like an hour ago they were              13:13:38

7   calling them Uncle Tomahawks.  So I have no idea.        13:13:41

8       Q.    Okay.  Do you have any reason to think         13:13:58

9   that the BHI person -- do you think that Phillips        13:14:00

10  was coming to their rescue, as he called it?            13:14:03

11          MR. McMURTRY:  Objection.                        13:14:06

12      A.    No.  I mean, to me, it looks like I            13:14:06

13  guess that Nathan Phillips is coming to their           13:14:10

14  rescue.  Again, I don't know why he would say           13:14:14

15  that.                                                    13:14:18

16          MR. SIEGEL:  Okay.  Let's keep going.           13:14:20

17          MS. MEEK:  Starting at 1:13:02.                 13:14:22

18          (Thereupon, a video recording of Exhibit        13:14:27

19  3 was played.)                                           13:14:27

20  BY MR. SIEGEL:                                           13:14:40

21      Q.    Okay.  Do you see from that angle              13:14:40

22  somebody saying again:  Don't touch him?  Does          13:14:42

23  that change anything about the answer you gave          13:14:45

24  before?                                                  13:14:48

25      A.    No.                                            13:14:49

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  All right.  Keep going. | 13:14:50 |
| 2 | MS. MEEK:  Starting at 1:13:16. | 13:14:52 |
| 3 | (Thereupon, a video recording of Exhibit | 13:14:55 |
| 4 | 3 was played.) | 13:14:55 |
| 5 | BY MR. SIEGEL: | 13:15:02 |
| 6 | Q.    Now you hear the speaker says:  You all | 13:15:02 |
| 7 | better not touch him. | 13:15:06 |
| 8 | What do you think that he meant by that? | 13:15:08 |
| 9 | A.    I mean, I think that even though he says | 13:15:09 |
| 10 | that, that doesn't confirm that Summe meant it in | 13:15:12 |
| 11 | the same way he does. | 13:15:16 |
| 12 | Obviously, I believe the Black Hebrew | 13:15:18 |
| 13 | Israelites and the student are looking at the | 13:15:22 |
| 14 | situation from two different perspectives. | 13:15:26 |
| 15 | Q.    Okay.  Fair enough.  Does it indicate to | 13:15:29 |
| 16 | you that the BHI speaker perceived that that is | 13:15:32 |
| 17 | what Summe was saying? | 13:15:37 |
| 18 | A.    No, because I can't say for certain that | 13:15:38 |
| 19 | this guy heard Summe say what he did. | 13:15:41 |
| 20 | Q.    Does it sound to you like he says it | 13:15:45 |
| 21 | almost immediately after Summe says it, right? | 13:15:49 |
| 22 | A.    Okay.  Well, then, I guess I must have | 13:15:52 |
| 23 | missed that in the video. | 13:15:55 |
| 24 | Yeah.  I mean, it looks like he could be | 13:15:56 |
| 25 | trying to capitalize on what Summe said and be | 13:15:59 |

1   like -- like basically frame it in to let the          13:16:03

2   students know that we shouldn't touch him, which        13:16:08

3   I don't think is representative of what actually        13:16:10

4   happened.                                               13:16:13

5       Q.   At that point, two different people have       13:16:15

6   shouted out, don't touch the -- don't touch him?        13:16:19

7       A.   Yes.                                           13:16:23

8       Q.   Couldn't that give somebody a reason to        13:16:24

9   be concerned that the students might be trying to       13:16:27

10  do something physical to Phillips?                      13:16:31

11      A.   No.                                            13:16:34

12      Q.   No?  Why not?                                  13:16:34

13      A.   Because he keeps moving closer and             13:16:36

14  closer, especially as the video progresses and he      13:16:40

15  starts to walk through people.                          13:16:44

16           So people yelling out don't touch him --       13:16:45

17  I mean, what he's doing, he's doing to himself by       13:16:49

18  coming closer and closer to people like me who          13:16:54

19  were behind other kids and then ended up next to        13:16:57

20  him.  So it's me yelling out don't touch him does       13:17:01

21  not accurately depict that we were going to do          13:17:07

22  anything hostile.                                       13:17:11

23      Q.   Well, I'm not asking you that, whether         13:17:12

24  it did or it didn't accurately depict that,             13:17:15

25  right?  But I'm asking you -- here, right, a            13:17:19

| | | |
|---|---|---|
| 1 | couple people, one, two, and one member of the | 13:17:27 |
| 2 | BHI shouting out don't touch him.  Would it give | 13:17:30 |
| 3 | somebody there reason to be concerned that some | 13:17:36 |
| 4 | of the students might be trying to touch him and | 13:17:38 |
| 5 | that is what was causing people to yell that out? | 13:17:41 |
| 6 | A.    I would say no. | 13:17:44 |
| 7 | Q.    Why is that? | 13:17:45 |
| 8 | A.    Because there is -- there is no -- there | 13:17:47 |
| 9 | is no visual example that students were trying to | 13:17:51 |
| 10 | touch him. | 13:17:55 |
| 11 | And I think if you heard that and you | 13:17:55 |
| 12 | looked -- I mean, nobody was trying to touch him. | 13:17:58 |
| 13 | It would be pretty easy to, from where he was, if | 13:18:02 |
| 14 | students did want to, but everyone kind of backed | 13:18:06 |
| 15 | off. | 13:18:10 |
| 16 | Q.    Do you know whether Phillips was | 13:18:10 |
| 17 | concerned about his safety? | 13:18:13 |
| 18 | A.    Now?  I mean, he claims that he was. | 13:18:15 |
| 19 | Q.    Do you have any -- do you have any | 13:18:20 |
| 20 | belief? | 13:18:27 |
| 21 | A.    I think people concerned about their | 13:18:28 |
| 22 | safety usually don't go into crowds. | 13:18:32 |
| 23 | Q.    I'm saying that once he approached the | 13:18:34 |
| 24 | crowd, right? | 13:18:37 |
| 25 | A.    Right. | 13:18:37 |

| | | |
|---|---|---|
| 1 | Q.    He was at that point.  Do you think that | 13:18:37 |
| 2 | he became concerned about his safety? | 13:18:41 |
| 3 |      MR. McMURTRY:  Objection.  Go ahead. | 13:18:43 |
| 4 | A.    Well, knowing now, after the fact, he | 13:18:44 |
| 5 | does claim that he was concerned about his | 13:18:48 |
| 6 | safety. | 13:18:51 |
| 7 | Q.    (Inaudible). | 13:19:04 |
| 8 |      MR. McMURTRY:  Objection.  I think he | 13:19:04 |
| 9 | answered the question.  But go ahead. | 13:19:04 |
| 10 | A.    I mean, to me -- | 13:19:04 |
| 11 |      THE REPORTER:  I'm sorry.  Mr. Siegel, | 13:19:04 |
| 12 | this is the reporter.  I did not hear your | 13:19:08 |
| 13 | question. | 13:19:10 |
| 14 | BY MR. SIEGEL: | 13:19:11 |
| 15 | Q.    My question is:  Do you think he was not | 13:19:11 |
| 16 | concerned about his safety? | 13:19:14 |
| 17 |      MR. McMURTRY:  Objection. | 13:19:16 |
| 18 | A.    My logic is that people usually | 13:19:16 |
| 19 | concerned about their safety do not walk into | 13:19:19 |
| 20 | crowds, especially crowds they are scared of.  If | 13:19:21 |
| 21 | he was worried about his safety, he could have | 13:19:23 |
| 22 | walked right back out the way he came in. | 13:19:26 |
| 23 |      As evidenced by this video angle, there | 13:19:29 |
| 24 | are no students behind him.  He could have gone | 13:19:31 |
| 25 | back to where all of his other Native American | 13:19:35 |

| | | |
|---|---|---|
| 1 | gatherers were with him when they held the rally. | 13:19:39 |
| 2 | I mean, that does not make sense. | 13:19:43 |
| 3 | Q.   Is that the only possible response he | 13:19:47 |
| 4 | could have had if he ever became concerned about | 13:19:49 |
| 5 | his safety? | 13:19:52 |
| 6 | A.   I mean, he got -- he got -- | 13:19:53 |
| 7 | MR. McMURTRY:  Objection.  Go ahead. | 13:19:53 |
| 8 | BY MR. SIEGEL: | 13:19:55 |
| 9 | Q.   The point is that if someone is | 13:19:55 |
| 10 | concerned about their safety, right, they would | 13:19:58 |
| 11 | try to get out of there? | 13:20:00 |
| 12 | A.   Yes.  That is a normal human response. | 13:20:02 |
| 13 | MR. SIEGEL:  Okay.  Let's keep going. | 13:20:06 |
| 14 | MS. MEEK:  Starting at 1:13:22. | 13:20:08 |
| 15 | (Thereupon, a video recording of Exhibit | 13:20:15 |
| 16 | 3 was played.) | 13:20:15 |
| 17 | MS. MEEK:  Just paused at 1:13:45. | 13:20:36 |
| 18 | BY MR. SIEGEL: | 13:20:41 |
| 19 | Q.   Okay.  Can you tell what the students | 13:20:41 |
| 20 | are chanting there? | 13:20:45 |
| 21 | A.   I think they are just yelling along with | 13:20:46 |
| 22 | the repetition of the drum. | 13:20:48 |
| 23 | Q.   Okay.  Were you yelling anything? | 13:20:51 |
| 24 | A.   I might have -- I don't -- I don't think | 13:20:56 |
| 25 | I did, but I honestly can't recall. | 13:21:02 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL: Okay. Let's -- where did | 13:21:08 |
| 2 | we stop? | 13:21:08 |
| 3 | MS. MEEK: 1:13:45. | 13:21:09 |
| 4 | MR. SIEGEL: All right. Let's keep | 13:21:13 |
| 5 | going. | 13:21:15 |
| 6 | (Thereupon, a video recording of Exhibit | 13:21:17 |
| 7 | 3 was played.) | 13:21:17 |
| 8 | MR. SIEGEL: We stopped at 1:14:07. | 13:21:39 |
| 9 | BY MR. SIEGEL: | 13:21:46 |
| 10 | Q. So the BHI speaker says: Dad, calm | 13:21:46 |
| 11 | them -- calm all these students down. Right? | 13:21:50 |
| 12 | When you hear him say dad, are they referring to | 13:21:54 |
| 13 | Phillips? | 13:21:55 |
| 14 | A. Okay. Yes. | 13:21:55 |
| 15 | Q. Do you understand that? | 13:21:57 |
| 16 | So he says, Phillips, calm the students | 13:21:58 |
| 17 | down. Do you agree with that? | 13:22:01 |
| 18 | A. No. | 13:22:03 |
| 19 | Q. Why? | 13:22:03 |
| 20 | A. Because we weren't riled up in the first | 13:22:04 |
| 21 | place. | 13:22:08 |
| 22 | Q. Compared to, for example, when you were | 13:22:08 |
| 23 | doing the sumo cheer, do you think you were more | 13:22:10 |
| 24 | riled up then than at this moment? | 13:22:13 |
| 25 | A. I mean, there is a difference. If you | 13:22:16 |

| | | |
|---|---|---|
| 1 | are talking about were we less excited now than | 13:22:17 |
| 2 | we were then, yeah.  Were we less angry, angrier | 13:22:22 |
| 3 | in this moment than what we were before?  The | 13:22:26 |
| 4 | answer is we never were.  So there was nothing to | 13:22:29 |
| 5 | calm down. | 13:22:32 |
| 6 | Q.    Okay.  Well, are you saying that | 13:22:33 |
| 7 | somebody looking at this couldn't think that you | 13:22:34 |
| 8 | were calmer at that point than you were when you | 13:22:37 |
| 9 | were doing the sumo cheer? | 13:22:42 |
| 10 | A.    They could. | 13:22:43 |
| 11 | MR. McMURTRY:  Objection.  Go ahead. | 13:22:44 |
| 12 | MR. SIEGEL:  Keep going. | 13:22:45 |
| 13 | MS. MEEK:  Starting at 1:14:07. | 13:22:46 |
| 14 | (Thereupon, a video recording of Exhibit | 13:22:50 |
| 15 | 3 was played.) | 13:22:50 |
| 16 | MS. MEEK:  Pausing at 1:14:15. | 13:22:59 |
| 17 | BY MR. SIEGEL: | 13:23:02 |
| 18 | Q.    Okay.  Do you hear the students going, | 13:23:02 |
| 19 | whoa, whoa? | 13:23:08 |
| 20 | A.    Can you replay it? | 13:23:12 |
| 21 | MR. SIEGEL:  Sure. | 13:23:14 |
| 22 | (Thereupon, a video recording of Exhibit | 13:23:16 |
| 23 | 3 was played.) | 13:23:16 |
| 24 | BY MR. SIEGEL: | 13:23:29 |
| 25 | Q.    Do you hear them going whoa, whoa? | 13:23:29 |

| | | |
|---|---|---|
| 1 | A. It sounds like a college football game. | 13:23:33 |
| 2 | Q. Okay. And what do you mean by that? | 13:23:36 |
| 3 | A. That's the kind of -- I don't know what | 13:23:38 |
| 4 | you would call it -- chant that happens at most | 13:23:41 |
| 5 | college football games, the whoa, whoa, whoa, | 13:23:44 |
| 6 | whoa, whoa. | 13:23:47 |
| 7 | Q. Do you understand that -- | 13:23:50 |
| 8 | MR. McMURTRY: He was singing. | 13:23:51 |
| 9 | BY MR. SIEGEL: | 13:23:53 |
| 10 | Q. Do you understand that to be the -- like | 13:23:53 |
| 11 | the chant that is done often with the tomahawk | 13:23:55 |
| 12 | chop, whoa? | 13:23:59 |
| 13 | A. Yes. I saw it last week at Florida | 13:23:59 |
| 14 | State University when they played Notre Dame. | 13:24:04 |
| 15 | Q. Did you join in to do this? | 13:24:08 |
| 16 | A. No. | 13:24:12 |
| 17 | Q. Why? | 13:24:13 |
| 18 | A. I didn't -- I didn't hold my arm up. I | 13:24:13 |
| 19 | didn't see any point. | 13:24:15 |
| 20 | Q. Do you think that was an appropriate | 13:24:19 |
| 21 | thing for the students to be doing in that | 13:24:22 |
| 22 | moment? | 13:24:25 |
| 23 | A. To me, it's not really my place to | 13:24:28 |
| 24 | interpret whether it's appropriate or not. And I | 13:24:32 |
| 25 | think a small group of high school kids, if that | 13:24:35 |

| | | |
|---|---|---|
| 1 | needs to be addressed, should not be the starting | 13:24:39 |
| 2 | point. | 13:24:43 |
| 3 | Q.    Do you have an understanding that some | 13:24:44 |
| 4 | people perceive that to be disrespectful to | 13:24:47 |
| 5 | Native Americans, that cheer? | 13:24:54 |
| 6 | A.    I have heard that. | 13:24:56 |
| 7 | Q.    What do you think about that? | 13:24:58 |
| 8 | A.    Well, to be honest, it might just be | 13:25:00 |
| 9 | from some lack of knowledge on my end.  I -- I | 13:25:05 |
| 10 | don't really know the origin of it or why it is | 13:25:10 |
| 11 | considered disrespectful and why some consider it | 13:25:13 |
| 12 | not disrespectful. | 13:25:17 |
| 13 | So I -- I am an uninformed person and | 13:25:18 |
| 14 | really not one to give an informed opinion on | 13:25:27 |
| 15 | this. | 13:25:31 |
| 16 | Q.    Do you think there is a difference | 13:25:32 |
| 17 | between doing that cheer in the context of the | 13:25:37 |
| 18 | Florida State football game, Florida State, and | 13:25:40 |
| 19 | doing that cheer directly when confronted with a | 13:25:46 |
| 20 | Native American? | 13:25:55 |
| 21 | MR. McMURTRY:  Objection. | 13:25:56 |
| 22 | A.    Well, that just depends, and it depends | 13:25:56 |
| 23 | on the way you look at it. | 13:26:00 |
| 24 | And the students certainly thought at | 13:26:02 |
| 25 | first that Phillips was on their side, and I -- | 13:26:04 |

| | | |
|---|---|---|
| 1 | you make the argument that the Florida State fans | 13:26:08 |
| 2 | do it because they are in support of the war | 13:26:11 |
| 3 | chief Native American that runs out on his horse | 13:26:14 |
| 4 | right before the game starts.  And here they were | 13:26:17 |
| 5 | doing it because Nathan Phillips was here to help | 13:26:21 |
| 6 | us. | 13:26:25 |
| 7 |         I mean, you know, in both ways, you | 13:26:26 |
| 8 | could argue that people are doing it to support | 13:26:29 |
| 9 | it or support Native Americans, I guess.  But, I | 13:26:32 |
| 10 | mean, like I said, I don't -- I don't know too | 13:26:38 |
| 11 | much about this, and I'm just not a person to | 13:26:41 |
| 12 | give a good opinion on this. | 13:26:46 |
| 13 | BY MR. SIEGEL: | 13:26:47 |
| 14 |     Q.    Okay.  So given that, would it be fair | 13:26:47 |
| 15 | to say that others could perceive that as | 13:26:49 |
| 16 | disrespectful to Mr. Phillips? | 13:26:53 |
| 17 |     A.    Yes. | 13:26:57 |
| 18 |         MR. SIEGEL:  All right.  Let's keep | 13:27:01 |
| 19 | playing. | 13:27:03 |
| 20 |         MS. MEEK:  Starting at 1:14:15. | 13:27:03 |
| 21 |         (Thereupon, a video recording of Exhibit | 13:27:08 |
| 22 | 3 was played.) | 13:27:08 |
| 23 | BY MR. SIEGEL: | 13:27:18 |
| 24 |     Q.    So the BHI guy says that the students | 13:27:18 |
| 25 | were engaging in serious mockery.  Do you agree | 13:27:22 |

| | | |
|---|---|---|
| 1 | with that? | 13:27:26 |
| 2 | A.    No. | 13:27:27 |
| 3 | Q.    Okay.  And why is that? | 13:27:27 |
| 4 | A.    Because we weren't doing anything to | 13:27:29 |
| 5 | mock them and none of the students were trying to | 13:27:31 |
| 6 | mock him.  And I mean, he kind of ends in the | 13:27:36 |
| 7 | hats -- or the Make America Great Again gear | 13:27:43 |
| 8 | contributing to that, which I don't agree with | 13:27:48 |
| 9 | either. | 13:27:50 |
| 10 | Q.    So do you think he was -- was that a lie | 13:27:50 |
| 11 | that he was saying? | 13:27:53 |
| 12 | A.    No, I don't think it was a lie.  I -- I | 13:27:57 |
| 13 | think he was pushing his position, which wasn't | 13:27:59 |
| 14 | honest.  But I mean, it's not a question of -- | 13:28:05 |
| 15 | I'm really not sure how to answer that question. | 13:28:12 |
| 16 | Q.    Well, do you have any reason to think -- | 13:28:15 |
| 17 | do you have any reason -- any reason to believe | 13:28:19 |
| 18 | he did not perceive this behavior as mocking | 13:28:20 |
| 19 | Mr. Phillips? | 13:28:24 |
| 20 | A.    No.  I mean, I don't have any reason to | 13:28:26 |
| 21 | say that he -- he was -- I don't have any reason | 13:28:29 |
| 22 | to say that he didn't see what he was telling | 13:28:37 |
| 23 | himself he was seeing.  I mean -- | 13:28:41 |
| 24 | Q.    And would you give the same answer if | 13:28:46 |
| 25 | just others who were witnessing this perceived | 13:28:49 |

| | | |
|---|---|---|
| 1 | that the students' behavior was mocking | 13:28:52 |
| 2 | Mr. Phillips?  Would you give the same answer? | 13:28:55 |
| 3 |     A.    I mean, I think that is a given that | 13:28:58 |
| 4 | certain people perceived what they saw.  I | 13:29:00 |
| 5 | don't -- I don't dispute that. | 13:29:03 |
| 6 |     Q.    Okay.  And it's people who were there, I | 13:29:05 |
| 7 | mean, physically there? | 13:29:09 |
| 8 |     A.    Right. | 13:29:11 |
| 9 |     Q.    And it's a given that some people there | 13:29:11 |
| 10 | perceived the students' behavior as mocking | 13:29:14 |
| 11 | Mr. Phillips? | 13:29:17 |
| 12 |     A.    Yes.  I think that was people that were | 13:29:18 |
| 13 | either a part of the Hebrew Israelites or a part | 13:29:21 |
| 14 | of Nathan Phillips' group. | 13:29:25 |
| 15 |     Q.    And no one else perceived that? | 13:29:27 |
| 16 |     A.    No.  I mean, I'm not aware.  I -- I | 13:29:29 |
| 17 | don't think people went around and took a straw | 13:29:32 |
| 18 | poll of who saw it one way or another. | 13:29:35 |
| 19 |     Q.    Okay.  I will ask you, as for any of the | 13:29:45 |
| 20 | Native Americans -- any person who was a Native | 13:29:54 |
| 21 | American who was there, would you agree that some | 13:29:55 |
| 22 | of them perceived the students' behavior as | 13:30:00 |
| 23 | mocking Mr. Phillips? | 13:30:03 |
| 24 |         MR. McMURTRY:  Objection. | 13:30:04 |
| 25 |     A.    I would agree. | 13:30:04 |

1  BY MR. SIEGEL:                                    13:30:05

2      Q.    Do you think that they were dishonest in  13:30:05

3  perceiving that?                                   13:30:09

4      A.    I don't think they were dishonest.  I    13:30:10

5  think they just came to the wrong conclusion.      13:30:13

6      Q.    You disagree with their perception?      13:30:16

7      A.    Yes.                                      13:30:19

8           MR. SIEGEL:  Okay.  Let's go on to the    13:30:23

9  next.  This is an excerpt of your NBC interview.   13:30:25

10          MS. MEEK:  This is Exhibit 5, starting    13:31:13

11  at 13:06.                                          13:31:15

12          (Thereupon, a video recording of Exhibit  13:31:19

13  5 was played.)                                     13:31:19

14 BY MR. SIEGEL:                                     13:32:08

15     Q.    I think you mentioned this before.  So   13:32:08

16 you knew that some of the other students were      13:32:12

17 parting?                                            13:32:14

18     A.    That's correct.                          13:32:14

19     Q.    They were moving out of Phillips' way?   13:32:16

20     A.    Yes.                                      13:32:19

21     Q.    To allow a path for him?                 13:32:19

22          Okay.  And you saw that Phillips was      13:32:22

23 starting to walk through your group?               13:32:24

24     A.    Yes.                                      13:32:26

25     Q.    All right.  He was going forward, right?  13:32:26

| | | |
|---|---|---|
| 1 | A.    Right. | 13:32:29 |
| 2 | MR. SIEGEL:  Okay.  This is -- I will | 13:32:29 |
| 3 | say for the record this is Exhibit 9, video 10, | 13:32:34 |
| 4 | which is actually a video that your counsel | 13:32:40 |
| 5 | produced this from, and at 1:28. | 13:32:43 |
| 6 | MS. MEEK:  Starting at the beginning of | 13:32:59 |
| 7 | Exhibit 9. | 13:33:01 |
| 8 | (Thereupon, a video recording of Exhibit | 13:33:04 |
| 9 | 9 was played.) | 13:33:04 |
| 10 | BY MR. SIEGEL: | 13:33:10 |
| 11 | Q.    So first I will ask you, do you know who | 13:33:10 |
| 12 | took this video? | 13:33:13 |
| 13 | A.    Not off the top of my head. | 13:33:14 |
| 14 | MR. SIEGEL:  Okay. | 13:33:16 |
| 15 | A.    I don't -- | 13:33:21 |
| 16 | Q.    Do you happen to know how it came into | 13:33:21 |
| 17 | you or your counsel's possession? | 13:33:24 |
| 18 | If you know -- in general, Nick, if I | 13:33:27 |
| 19 | ask you a question like that, if -- if you know | 13:33:29 |
| 20 | something that he told you, then, you know, don't | 13:33:32 |
| 21 | tell me that. | 13:33:34 |
| 22 | Do you have any independent knowledge of | 13:33:35 |
| 23 | where this video came from? | 13:33:36 |
| 24 | A.    I would say with all the things we | 13:33:38 |
| 25 | produced, it's not easy for me to look -- look at | 13:33:40 |

| | | |
|---|---|---|
| 1 | one angle and compartmentalize where that came | 13:33:44 |
| 2 | from and draw it out. | 13:33:50 |
| 3 | I would know if I looked through things | 13:33:51 |
| 4 | that I had, how we obtained it.  But off the top | 13:33:53 |
| 5 | of my head, I don't know. | 13:33:56 |
| 6 | Q.   So right where we paused, which is at 5 | 13:33:58 |
| 7 | seconds -- | 13:34:02 |
| 8 | MR. SIEGEL:  Is that right? | 13:34:03 |
| 9 | MS. MEEK:  Yes. | 13:34:03 |
| 10 | BY MR. SIEGEL: | 13:34:04 |
| 11 | Q.   So there are now students who were on at | 13:34:04 |
| 12 | least three sides of Phillips, right? | 13:34:07 |
| 13 | A.   Give or take on his side.  But yes, for | 13:34:12 |
| 14 | the most part. | 13:34:15 |
| 15 | MR. SIEGEL:  Okay.  Let's keep going a | 13:34:17 |
| 16 | bit. | 13:34:19 |
| 17 | (Thereupon, a video recording of Exhibit | 13:34:23 |
| 18 | 9 was played.) | 13:34:23 |
| 19 | BY MR. SIEGEL: | 13:34:29 |
| 20 | Q.   Are you able -- there we go. | 13:34:29 |
| 21 | So can you point the cursor to -- I | 13:34:37 |
| 22 | think that is you, Nick, where Jessie is pointing | 13:34:39 |
| 23 | the cursor? | 13:34:43 |
| 24 | A.   Yes. | 13:34:44 |
| 25 | MR. SIEGEL:  Okay. | 13:34:45 |

| | | |
|---|---|---|
| 1 | MS. MEEK:  We are at 12 seconds. | 13:34:45 |
| 2 | BY MR. SIEGEL: | 13:34:48 |
| 3 | Q.    Right.  And so at that point, there are | 13:34:48 |
| 4 | several rows of students between you and where | 13:34:50 |
| 5 | Mr. Phillips is, right? | 13:34:53 |
| 6 | A.    Correct. | 13:34:54 |
| 7 | MR. SIEGEL:  Okay.  Let's restart. | 13:34:55 |
| 8 | (Thereupon, a video recording of Exhibit | 13:34:58 |
| 9 | 3 was played.) | 13:34:58 |
| 10 | MR. SIEGEL:  Okay.  So where did you | 13:35:14 |
| 11 | stop? | 13:35:17 |
| 12 | MS. MEEK:  26 seconds. | 13:35:17 |
| 13 | BY MR. SIEGEL: | 13:35:19 |
| 14 | Q.    So is it fair to say this is what you | 13:35:19 |
| 15 | were describing to Ms. Guthrie, the students are | 13:35:21 |
| 16 | parting from Mr. Phillips as he is moving | 13:35:25 |
| 17 | forward? | 13:35:28 |
| 18 | A.    Right.  It gets to be the solid.  Now | 13:35:28 |
| 19 | you've got this kind of ring in the middle as he | 13:35:31 |
| 20 | walks through. | 13:35:35 |
| 21 | Q.    Okay.  And in this video, the direction | 13:35:35 |
| 22 | he's moving in is towards the Lincoln Memorial, | 13:35:39 |
| 23 | right? | 13:35:42 |
| 24 | A.    Right. | 13:35:42 |
| 25 | MR. SIEGEL:  And why don't we watch it | 13:35:46 |

| | | |
|---|---|---|
| 1 | just until the end, and then we will come back to | 13:35:49 |
| 2 | 26. | 13:35:53 |
| 3 | MS. MEEK:  From the beginning?  Nathan, | 13:35:54 |
| 4 | did you say from the beginning? | 13:35:57 |
| 5 | MR. SIEGEL:  No.  No.  No.  Just I think | 13:35:59 |
| 6 | there is like literally one more second, just so | 13:36:00 |
| 7 | we watch it all the way through in realtime. | 13:36:04 |
| 8 | (Thereupon, a video recording from | 13:36:07 |
| 9 | Exhibit 3 was played.) | 13:36:07 |
| 10 | BY MR. SIEGEL: | 13:36:07 |
| 11 | Q.   It looks like this cuts off like maybe | 13:36:07 |
| 12 | shortly before he gets -- approaches where you | 13:36:10 |
| 13 | are? | 13:36:12 |
| 14 | A.    Correct. | 13:36:13 |
| 15 | MR. SIEGEL:  Okay.  So now go back to | 13:36:15 |
| 16 | 26. | 13:36:17 |
| 17 | (Thereupon, a video recording from | 13:36:40 |
| 18 | Exhibit 3 was played.) | 13:36:40 |
| 19 | BY MR. SIEGEL: | 13:36:40 |
| 20 | Q.    Okay.  So that is like a second or a | 13:36:40 |
| 21 | half second, you know, before the video cuts off, | 13:36:43 |
| 22 | where after he started walking through the group. | 13:36:46 |
| 23 | So would you agree that at this point | 13:36:51 |
| 24 | there are a bunch of people that are behind | 13:36:53 |
| 25 | Mr. Phillips? | 13:36:56 |

1    A.    People that aren't students.                    13:36:57

2    Q.    Well, do you know who they are?                 13:36:59

3    A.    Some of them were -- are random people.         13:37:01

4    I've never seen.  Some of them, it looks like         13:37:09

5    they are part of the indigenous people's rally        13:37:12

6    that was what Nathan Phillips was a part of.  And     13:37:17

7    I mean, that's all I can say.                         13:37:22

8          But all of them are adults, or -- and           13:37:24

9    you can tell by what they look like or whatever,      13:37:27

10   and they are -- they are not students.                13:37:31

11   Q.    What about --                                   13:37:35

12         MR. SIEGEL:  Jessica, look -- look --           13:37:36

13   put the -- why don't you point at Mr. Phillips.       13:37:42

14   Right.                                                13:37:46

15   BY MR. SIEGEL:                                        13:37:46

16   Q.    Now, look -- do you see the back row            13:37:46

17   behind him?                                           13:37:49

18   A.    Correct.                                        13:37:50

19   Q.    Do you know who those people are?               13:37:51

20   A.    So there's that guy and the -- it looks         13:37:52

21   like he goes from orange to green to white, like      13:37:56

22   that beanie with the phone camera covering his        13:37:59

23   face.                                                 13:38:04

24   Q.    No.  I mean even behind him.                    13:38:04

25   A.    Even behind him?                                13:38:06

| | | |
|---|---|---|
| 1 | Q.     Do you see there is a -- | 13:38:08 |
| 2 |        MR. SIEGEL:  Jessica, if you could -- | 13:38:09 |
| 3 | the row -- there is a row of people behind him, | 13:38:11 |
| 4 | sort of encircling. | 13:38:15 |
| 5 |        MS. MEEK:  Here? | 13:38:17 |
| 6 |        MR. SIEGEL:  Him, yes. | 13:38:18 |
| 7 | BY MR. SIEGEL: | 13:38:19 |
| 8 | Q.     Behind him, behind that fellow with -- | 13:38:19 |
| 9 | the African American fellow with the three | 13:38:20 |
| 10 | beanies, as you say.  Behind him.  Do you see | 13:38:24 |
| 11 | there is a row of people? | 13:38:26 |
| 12 | A.     That aren't even looking in this | 13:38:28 |
| 13 | direction?  Like you can see the side profile on | 13:38:30 |
| 14 | the video? | 13:38:35 |
| 15 | Q.     But they are physically behind | 13:38:36 |
| 16 | Mr. Phillips, right? | 13:38:39 |
| 17 | A.     I mean, they are behind him, but they're | 13:38:40 |
| 18 | not even paying attention to what's going on. | 13:38:42 |
| 19 | Q.     How do you know?  You don't know that | 13:38:45 |
| 20 | any of them are paying attention? | 13:38:47 |
| 21 | A.     Well, they're not even looking in the | 13:38:48 |
| 22 | direction of it all. | 13:38:51 |
| 23 | Q.     All of them are not? | 13:38:52 |
| 24 | A.     No, the -- those two people that we just | 13:38:52 |
| 25 | pointed at are -- | 13:38:54 |

1    Q.    I'm talking about all of the people that          13:38:54
2    are behind where the fellow with the African           13:38:57
3    American -- the African American fellow with, you       13:39:00
4    say, the green beanie.  You could tell that none        13:39:03
5    of them are paying attention to what is                 13:39:06
6    happening?                                              13:39:08
7    A.    I'm -- I'm confused on who you are               13:39:08
8    asking is paying attention and who is not.              13:39:11
9    Q.    Okay.  Maybe I -- let me -- I'm going to          13:39:13
10   move the --                                             13:39:19
11         Do you see there is kind of a line of             13:39:23
12   people?  Do you see where I'm moving the cursor?        13:39:27
13   A.    I see that.                                       13:39:27
14   Q.    Do you know who those people are?                 13:39:28
15   A.    I do not.  They don't -- they appear to           13:39:29
16   not even be boys.  So they wouldn't go to my            13:39:31
17   school.                                                 13:39:34
18   Q.    But whether they went to your school or           13:39:34
19   not, would you agree that they are physically           13:39:36
20   behind Mr. Phillips, right?                             13:39:39
21   A.    They are behind them -- him.                      13:39:40
22         I would note that who is even closer to           13:39:42
23   Mr. Phillips is this ring of people with phones         13:39:45
24   out --                                                  13:39:49
25         MR. SIEGEL:  Right.                               13:39:49

1    A.    -- that do not go to my school and could          13:39:49

2    be associated with Mr. Phillips.                        13:39:54

3    Q.    Do you know whether --                             13:39:56

4    A.    I do not, no.                                      13:39:57

5    Q.    Do you know whether Nathan Phillips knew          13:39:58

6    who all of those people who you are referring to        13:40:02

7    were?                                                    13:40:06

8    A.    No, I don't know.                                 13:40:07

9    Q.    And would you agree that physically,              13:40:09

10   regardless of who you think they were or weren't,       13:40:13

11   that there -- at this point, there are a number         13:40:15

12   of people behind Mr. Phillips?                          13:40:20

13   A.    Yes.  I -- I would -- I would add,                13:40:22

14   though, that there is -- they are more spaced out       13:40:25

15   behind him than they are behind me.                     13:40:28

16   Q.    Okay.  So the only difference is they             13:40:32

17   are a little bit more spaced out?                       13:40:35

18   A.    Yes.  There is room over there.  It's             13:40:37

19   packed in on this side of the picture.                  13:40:39

20   Q.    Okay.  Well, do you see any room                  13:40:41

21   actually right behind where Mr. Phillips is?  Do        13:40:43

22   you see, it looks like, three or four people            13:40:46

23   holding cameras up?                                     13:40:49

24   A.    To me, it looks like those group of               13:40:50

25   students you referenced are about five to ten           13:40:53

| | | |
|---|---|---|
| 1 | feet from this group of camera people. | 13:40:58 |
| 2 | Q.    Okay. | 13:41:00 |
| 3 | A.    That I referenced, that there is space | 13:41:01 |
| 4 | here. | 13:41:03 |
| 5 | Meanwhile, over here, everyone is | 13:41:03 |
| 6 | shoulder to shoulder packed in. | 13:41:05 |
| 7 | Q.    Okay.  Fair enough.  They are not as | 13:41:07 |
| 8 | packed in, right? | 13:41:09 |
| 9 | A.    Right. | 13:41:10 |
| 10 | Q.    But there certainly are a fair number of | 13:41:10 |
| 11 | people who are physically behind him, right? | 13:41:13 |
| 12 | A.    Right. | 13:41:15 |
| 13 | Q.    And you have no idea whether Nathan | 13:41:15 |
| 14 | Phillips knows who they are? | 13:41:17 |
| 15 | A.    Right.  I don't know. | 13:41:20 |
| 16 | MR. SIEGEL:  Let's hand Nick and his | 13:41:33 |
| 17 | counsel Exhibit 10. | 13:41:35 |
| 18 | BY MR. SIEGEL: | 13:41:51 |
| 19 | Q.    So Nick, you are aware, of course, that | 13:41:51 |
| 20 | your counsel produced a bunch of texts.  Are | 13:41:55 |
| 21 | these texts from your phone? | 13:41:58 |
| 22 | A.    Yes. | 13:42:00 |
| 23 | Q.    Okay.  So these are texts that you sent | 13:42:01 |
| 24 | or received? | 13:42:06 |
| 25 | A.    Correct. | 13:42:07 |

| | | |
|---|---|---|
| 1 | Q. Okay. You mentioned, I think -- does he | 13:42:09 |
| 2 | go by Steve Schaeper or Dave Schaeper? | 13:42:15 |
| 3 | A. Steve. | 13:42:19 |
| 4 | Q. And who is he? | 13:42:19 |
| 5 | A. He was one of my best friends, or he is. | 13:42:20 |
| 6 | Q. So let's go to the page that is marked | 13:42:24 |
| 7 | 309, NS 309. | 13:42:29 |
| 8 | A. Okay. | 13:42:36 |
| 9 | Q. Okay. And if you go to the second text | 13:42:37 |
| 10 | down, which is marked 498 on the side. | 13:42:40 |
| 11 | A. Yes. | 13:42:45 |
| 12 | Q. Do you see that it's Steve Schaeper to | 13:42:45 |
| 13 | you? | 13:42:49 |
| 14 | A. Yes. | 13:42:49 |
| 15 | Q. And the time stamp on that is January | 13:42:50 |
| 16 | 19th at 8:29 p.m., right? | 13:42:54 |
| 17 | A. Right. | 13:42:57 |
| 18 | Q. So this is on the 19th, the day after | 13:42:57 |
| 19 | this incident? | 13:43:03 |
| 20 | A. Correct. | 13:43:04 |
| 21 | Q. Could you just read into the record what | 13:43:04 |
| 22 | Steve text to you? | 13:43:07 |
| 23 | A. Steven texted: Can I ask what made you | 13:43:09 |
| 24 | stand in front of the Indian guy? | 13:43:13 |
| 25 | Q. Okay. And then read your responses, | 13:43:15 |

| | | |
|---|---|---|
| 1 | which look like they are in the next two texts, | 13:43:18 |
| 2 | 499 and 500. | 13:43:21 |
| 3 |     A.    I said:  Yeah. | 13:43:23 |
| 4 |           And then I followed up with the whole | 13:43:25 |
| 5 | thing with the black people calling us things and | 13:43:28 |
| 6 | the guy moving through the crowd trying to | 13:43:31 |
| 7 | intimidate us. | 13:43:33 |
| 8 |     Q.    And then go on to the first one, 501 on | 13:43:35 |
| 9 | page 310. | 13:43:39 |
| 10 |     A.    It just made me want to stand up for the | 13:43:40 |
| 11 | school. | 13:43:42 |
| 12 |     Q.    So you perceived that Mr. Phillips | 13:43:44 |
| 13 | moving through the crowd is trying to intimidate | 13:43:48 |
| 14 | us? | 13:43:53 |
| 15 |     A.    I perceived that when he came to me and | 13:43:53 |
| 16 | his drum directly came into contact with my | 13:43:59 |
| 17 | shoulder and the drum stick that he was using to | 13:44:03 |
| 18 | beat it was a couple centimeters from my face. | 13:44:10 |
| 19 |     Q.    But here you texted to Steve that the | 13:44:13 |
| 20 | guy moving through the crowd was trying to | 13:44:19 |
| 21 | intimidate. | 13:44:21 |
| 22 |     A.    Yes. | 13:44:24 |
| 23 |     Q.    Why did you perceive that him moving | 13:44:24 |
| 24 | through the crowd was trying to intimidate us? | 13:44:27 |
| 25 | By us, you mean the group of students -- | 13:44:32 |

1      A.    Yes.                                      13:44:34

2      Q.    -- collectively?                          13:44:35

3            So why did you perceive that his moving   13:44:35

4      through the crowd, which you just saw, right, was 13:44:37

5      trying to intimidate you collectively?          13:44:40

6      A.    Because when you look at pictures of the  13:44:43

7      Lincoln Memorial, there was hundreds of feet of 13:44:45

8      space to get there that did not involve walking 13:44:49

9      through a group of students that had been there 13:44:52

10     for some time.                                  13:44:55

11     Q.    So in the -- in the video that we just    13:44:56

12     saw, do you remember when I asked you about the 13:45:00

13     people behind him, is it your contention that   13:45:03

14     there was hundreds of feet of space there for him 13:45:06

15     to go to the Lincoln Memorial?                  13:45:09

16     A.    It's my contention that there was space   13:45:11

17     before he even came over to us.                 13:45:13

18     Q.    Okay.  And do you have any idea whether   13:45:15

19     Mr. Phillips intended to go to the Lincoln      13:45:18

20     Memorial before he came over to you?            13:45:20

21     A.    I don't before, but now he said that's    13:45:22

22     where he was trying to go.                      13:45:26

23     Q.    Where did he say that?                    13:45:28

24     A.    He's admitted that in public interviews,  13:45:29

25     that he was trying to get to the Lincoln Memorial 13:45:33

| | |
|---|---|
| 1 | to finish his prayer. | 13:45:36 |
| 2 | Q. Right. Before, where did he say that he | 13:45:38 |
| 3 | was trying to do that before he ever started | 13:45:40 |
| 4 | approaching you? | 13:45:42 |
| 5 | A. I never said I knew that before. I'm | 13:45:43 |
| 6 | saying that now I know that. | 13:45:47 |
| 7 | Q. No, I'm asking you where -- | 13:45:48 |
| 8 | MR. McMURTRY: I think -- I think the | 13:45:48 |
| 9 | question is getting pretty confused here. | 13:45:49 |
| 10 | BY MR. SIEGEL: | 13:45:52 |
| 11 | Q. You are contending that Mr. Phillips | 13:45:52 |
| 12 | said that it was his original intention from the | 13:45:54 |
| 13 | very beginning to go to the Lincoln Memorial, | 13:45:57 |
| 14 | that that is what he was trying to do. Is that | 13:46:00 |
| 15 | what your -- is that your testimony? | 13:46:02 |
| 16 | A. Right. | 13:46:03 |
| 17 | Q. And what are you referring to? | 13:46:03 |
| 18 | A. I'm referring to his public interviews | 13:46:05 |
| 19 | after the fact that stated that he said that | 13:46:08 |
| 20 | he -- when he was in -- in the middle of our | 13:46:11 |
| 21 | group that he was trying to get to the Lincoln | 13:46:16 |
| 22 | Memorial to finish his prayer. | 13:46:18 |
| 23 | Which if his prayer is this drum beat | 13:46:21 |
| 24 | and some chant, it started before he made his way | 13:46:24 |
| 25 | into our group. | 13:46:29 |

1      Q.    Oh, so that -- is that you interpreting          13:46:30

2   what he said as meaning that he intended to do            13:46:33

3   that from the very beginning?                             13:46:36

4      A.    I'm -- I mean, you've asked me --                13:46:37

5      Q.    Can you point to a specific interview            13:46:42

6   where Nathan Phillips said that before he                 13:46:44

7   approached the students, his intention was to go          13:46:46

8   to the Lincoln Memorial?                                  13:46:51

9      A.    No.                                              13:46:53

10          MR. SIEGEL:  Okay.  So I will -- read             13:46:54

11   back his answer, when I asked him before about           13:47:02

12   why you perceived Mr. Phillips moving through the         13:47:04

13   crowd as trying to intimidate you collectively.          13:47:09

14   Could you just read that back?  I don't want to          13:47:12

15   ask him again.                                           13:47:15

16          THE WITNESS:  Which --                            13:47:17

17          MR. SIEGEL:  No, no, not you, Nick.  The          13:48:35

18   court reporter is going to read it back.                 13:48:35

19          (Thereupon, the proceedings on Page 169,          13:48:39

20   Line 1 to Page 169, Line 13 were read back by the        13:48:39

21   reporter.)                                               13:48:39

22   BY MR. SIEGEL:                                           13:48:39

23      Q.    Okay.  So now -- and then we had a              13:48:39

24   question about the interviews, right?                    13:48:41

25          But -- but at that moment, right,                 13:48:43

1    obviously before Mr. Phillips gave any interviews          13:48:45

2    or anything like that, right?                             13:48:49

3        A.    Right.                                          13:48:49

4        Q.    At that moment, why did you perceive            13:48:49

5    Mr. Phillips walking through the students as they          13:48:52

6    were parting as trying to intimidate you                   13:48:55

7    collectively?                                             13:48:58

8        A.    Because if he wanted to get to where he         13:48:59

9    was going, he could have just not walked through          13:49:04

10   our group in the first place; or if he wanted to          13:49:07

11   get, you know, behind us instead of walking               13:49:13

12   through us, he could have gone out to where there         13:49:17

13   was only this small amount of people, like I              13:49:20

14   mentioned, that were not students and gone               13:49:25

15   around.                                                  13:49:28

16       Q.    Okay.                                           13:49:28

17       A.    The -- the need to keep making us move          13:49:29

18   for him and then eventually stopping at me and            13:49:33

19   getting in my face convinced me that he was there         13:49:36

20   to intimidate us, not to move through.                    13:49:39

21       Q.    And what did you think he was trying to         13:49:42

22   intimidate you to do?                                     13:49:44

23       A.    I don't know if he was trying to get me         13:49:46

24   to do anything.                                           13:49:48

25       Q.    Well, you said us, you.  I mean, in             13:49:49

1    these texts you say he was trying to intimidate                    13:49:53

2    us, right, like the students collectively?                    13:49:56

3        A.    Right.                    13:49:57

4        Q.    So what did you think he was trying to                    13:49:58

5    intimidate the group?  How was he trying to                    13:50:00

6    intimidate the group?  What does that mean?                    13:50:03

7            MR. McMURTRY:  Objection.  I think he's                    13:50:05

8    answered it.  But go ahead.  We will try again.                    13:50:07

9        A.    I mean, generally, and any other school                    13:50:10

10   field trip I had been a part of from that point                    13:50:16

11   in the Catholic school system down to first                    13:50:18

12   grade, people that were not -- were not approved                    13:50:22

13   or whatever, nobody got that close to students,                    13:50:25

14   which is my point, that the closer he got and                    13:50:30

15   when he got that close to me, I figured that,                    13:50:34

16   based on all my experience, in which this is not                    13:50:38

17   supposed to happen and does not happen, that he                    13:50:43

18   was trying to intimidate us and something was                    13:50:45

19   going wrong here.                    13:50:49

20   BY MR. SIEGEL:                    13:50:50

21       Q.    And what did you think he was trying                    13:50:50

22   to -- did you think he was trying to intimidate                    13:50:52

23   you to do something?                    13:50:56

24       A.    I -- I don't know.                    13:50:57

25       Q.    Okay.  And how did you think that                    13:50:59

1     standing in front of Mr. Phillips was standing up          13:51:03

2     for the school?                                            13:51:07

3         A.    Because we -- the students of the school         13:51:09

4     had stood there long enough and taken all kinds            13:51:13

5     of insults from the Hebrew Israelites, then had            13:51:17

6     had the Native American -- or Mr. Phillips, the            13:51:24

7     Native American, walk through us or whatever.              13:51:28

8     And by the time he got in my face, when he could           13:51:31

9     have kept -- he could have even kept going                 13:51:34

10    through the students if he wanted to, I figured            13:51:37

11    was it time for someone to plant their foot and            13:51:41

12    stand there where I had been and just face up.             13:51:44

13    And to me, that was standing up for the school,            13:51:49

14    because I wasn't going to move.                            13:51:53

15        Q.    And what message was being communicated          13:51:58

16    by standing up for the school?  What does that             13:52:01

17    mean?                                                      13:52:04

18        A.    Well, it means that we can come to               13:52:04

19    Washington, DC and protest something that we               13:52:07

20    believe to be deeply wrong and not be harassed on          13:52:10

21    our way out.                                               13:52:14

22        Q.    Okay.  It's your -- your interpretation          13:52:16

23    of what you observed, right, at that moment, was           13:52:26

24    that Mr. Phillips was trying to intimidate you,            13:52:29

25    right?                                                     13:52:33

| | | |
|---|---|---|
| 1 | A.    Right. | 13:52:33 |
| 2 | Q.    Do you know for a fact whether that is | 13:52:33 |
| 3 | true? | 13:52:37 |
| 4 | A.    No. | 13:52:37 |
| 5 | Q.    Possibly, you just perceived it? | 13:52:39 |
| 6 | A.    I mean, I guess. | 13:52:42 |
| 7 | Q.    Your text also said:  The whole thing | 13:52:46 |
| 8 | with the black people calling us things. | 13:52:49 |
| 9 |        How did the black people calling us | 13:52:52 |
| 10 | things relate to your deciding to stand in front | 13:52:54 |
| 11 | of Mr. Phillips? | 13:52:57 |
| 12 | A.    Well, as I mentioned -- | 13:52:58 |
| 13 |        MR. McMURTRY:  Objection.  Just go ahead | 13:53:00 |
| 14 | and answer it. | 13:53:01 |
| 15 | A.    As I mentioned, we -- we had already | 13:53:02 |
| 16 | taken many insults from them.  And at one point, | 13:53:06 |
| 17 | I just felt like enough is enough, we don't need | 13:53:11 |
| 18 | to respond to them anymore with chants: | 13:53:16 |
| 19 | Someone's just got to stand here, be still and | 13:53:19 |
| 20 | put their foot down. | 13:53:22 |
| 21 |        MR. SIEGEL:  Okay.  Let's hand Nick | 13:53:31 |
| 22 | Exhibit 11.  And you can go ahead and hand him | 13:53:34 |
| 23 | 12, too, while we are at it. | 13:53:44 |
| 24 |        MS. MEEK:  Okay. | 13:53:46 |
| 25 | BY MR. SIEGEL: | 13:53:56 |

1      Q.    Nick, I'm confident you are more versed          13:53:56

2   in social media than I am.  This appears to be           13:54:00

3   some kind of DM message?                                 13:54:03

4      A.    Yes.                                             13:54:05

5      Q.    What is it --                                    13:54:06

6           MR. McMURTRY:  Can we just go ahead -- I          13:54:06

7   haven't finished reading it yet.                          13:54:08

8           MR. SIEGEL:  Oh, yeah, yeah.  Sure, of            13:54:10

9   course.  I apologize.                                    13:54:11

10          MR. McMURTRY:  Go ahead and read it.              13:54:12

11  And when you are done reading it, let me know.           13:54:14

12          THE WITNESS:  I read it.                          13:54:55

13          MR. McMURTRY:  Okay.  Go ahead.                   13:54:56

14  BY MR. SIEGEL:                                            13:54:56

15     Q.    So just explain for the record for those        13:54:56

16  less literate in social media what this is.              13:55:00

17     A.    This is a direct message conversation           13:55:03

18  between me and Kyle Kashuv on the Twitter app.           13:55:06

19     Q.    Okay.  And the time stamp on that               13:55:12

20  appears to be January 19th, 2019, at 5:59 a.m.?          13:55:17

21     A.    Correct.                                         13:55:22

22     Q.    Were you still on the bus home at that          13:55:22

23  point, or do you remember where you sent that            13:55:24

24  from?                                                     13:55:26

25     A.    I believe I was still on the bus.               13:55:27

| | | |
|---|---|---|
| 1 | Q.    Okay.  And I think that at least from | 13:55:30 |
| 2 | the communications that you have produced that | 13:55:35 |
| 3 | this seems to be your first one to anyone | 13:55:38 |
| 4 | describing what happened? | 13:55:46 |
| 5 | A.    Right. | 13:55:47 |
| 6 | Q.    Okay.  And who is Kyle Kashuv? | 13:55:47 |
| 7 | A.    Kyle Kashuv is kind of a conservative | 13:55:50 |
| 8 | influencer and younger personality that is | 13:55:57 |
| 9 | popular with demographics that I would assume are | 13:56:03 |
| 10 | mostly people around my age. | 13:56:07 |
| 11 | Q.    Okay.  And why were you a big fan at the | 13:56:08 |
| 12 | time? | 13:56:11 |
| 13 | A.    I -- he -- I liked him a lot for being | 13:56:11 |
| 14 | able to speak a message that I, for the most | 13:56:16 |
| 15 | part, agreed with, as such, at basically my age. | 13:56:20 |
| 16 | Q.    Okay.  And what is TPUSA? | 13:56:25 |
| 17 | A.    TPUSA stands for Turning Point USA, | 13:56:32 |
| 18 | which is an organization run by Charlie Kirk. | 13:56:38 |
| 19 | Q.    And what is it? | 13:56:42 |
| 20 | A.    They run -- and I'm -- I'm not sure how | 13:56:43 |
| 21 | accurate this is.  But they run chapters on | 13:56:45 |
| 22 | college campuses all across the country, and they | 13:56:48 |
| 23 | are a student -- a conservative student activist | 13:56:52 |
| 24 | organization that I guess kind of is there to | 13:56:57 |
| 25 | combat liberal ideas on college campuses and | 13:57:03 |

1    spread more conservative ideas.                          13:57:08

2        Q.    Okay.  And why are you a big fan of           13:57:11

3    TPUSA?                                                   13:57:14

4        A.    I think -- I think that I was impressed        13:57:17

5    with them because they were able to do what no          13:57:19

6    one else was really doing, which was reaching out       13:57:23

7    to people my age or whatever and taking a more          13:57:26

8    active role.                                             13:57:31

9            It's not like they were some news               13:57:33

10   company that just believes what they believe and        13:57:37

11   writes about it.  Like they actually come to            13:57:40

12   campuses and are more on the ground.                     13:57:42

13       Q.    Okay.  And so let's go to Exhibit 12           13:57:46

14   now.                                                     13:57:50

15           It looks like Exhibit 12 was sent a             13:57:50

16   couple minutes later.  The one to Charlie Kirk          13:57:54

17   was sent a couple minutes later than the one to         13:57:58

18   Kyle Kashuv?                                             13:58:04

19       A.    Yes.                                           13:58:05

20       Q.    And it looks to me like it's the same --      13:58:06

21   the text is the same other than, obviously, one         13:58:08

22   is to Charlie and one is to Kyle?                        13:58:11

23       A.    Yes.  I think I just copied, pasted them      13:58:13

24   and changed the names.                                   13:58:16

25           MR. SIEGEL:  Okay.                              13:58:17

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  The question -- I'm sorry | 13:58:17 |
| 2 | to interrupt you.  I lost -- these exhibits | 13:58:19 |
| 3 | aren't marked.  What is this -- | 13:58:22 |
| 4 | MR. SIEGEL:  That was 10. | 13:58:24 |
| 5 | MR. McMURTRY:  10. | 13:58:25 |
| 6 | MR. SIEGEL:  10 is attached.  11 is Kyle | 13:58:26 |
| 7 | Kashuv.  And 12 is Charlie Kirk. | 13:58:29 |
| 8 | MR. McMURTRY:  Thank you. | 13:58:33 |
| 9 | BY MR. SIEGEL: | 13:58:34 |
| 10 | Q.    So let's use the Charlie Kirk one | 13:58:34 |
| 11 | because the print is a lot bigger. | 13:58:37 |
| 12 | The second sentence -- or the third | 13:58:40 |
| 13 | sentence, I guess, Nick, says:  As the march | 13:58:42 |
| 14 | ended, we were waiting for our busses at the | 13:58:44 |
| 15 | Lincoln Memorial and members of the Indigenous | 13:58:47 |
| 16 | People's March approached me (I was wearing a | 13:58:49 |
| 17 | MAGA hat).  A man plays drum in my face.  But | 13:58:53 |
| 18 | unlike others at my school, I didn't step out of | 13:58:54 |
| 19 | the way because he was trying to intimidate us. | 13:58:57 |
| 20 | Right? | 13:59:01 |
| 21 | A.    Right. | 13:59:02 |
| 22 | Q.    So again, you were -- you were aware | 13:59:02 |
| 23 | that others -- other students were stepping out | 13:59:04 |
| 24 | of Phillips' way? | 13:59:07 |
| 25 | A.    Right. | 13:59:09 |

| | | |
|---|---|---|
| 1 | Q. But you didn't because you thought he | 13:59:09 |
| 2 | was trying to intimidate you collectively? | 13:59:12 |
| 3 | A. Yes, me and other students at the | 13:59:17 |
| 4 | school. | 13:59:21 |
| 5 | MR. SIEGEL: Okay. Let's go to Exhibit | 13:59:22 |
| 6 | 13. | 13:59:40 |
| 7 | MR. McMURTRY: Do you want him to read | 13:59:59 |
| 8 | the whole thing or are you going to ask him | 14:00:01 |
| 9 | about -- | 14:00:04 |
| 10 | MR. SIEGEL: No. I'm going to ask him | 14:00:04 |
| 11 | about a few -- as with many of these texts, they | 14:00:06 |
| 12 | are not even continuous, so... | 14:00:10 |
| 13 | BY MR. SIEGEL: | 14:00:13 |
| 14 | Q. So, Nick, again, I will just ask you to | 14:00:13 |
| 15 | confirm this exhibit, which is Bates numbered NS | 14:00:17 |
| 16 | 326 through 335. These are texts that you | 14:00:21 |
| 17 | exchanged from your phone? | 14:00:26 |
| 18 | A. Yes. | 14:00:27 |
| 19 | Q. It looks like many of these were | 14:00:27 |
| 20 | exchanged with Mara Schutt? | 14:00:31 |
| 21 | A. Schutt. | 14:00:33 |
| 22 | Q. Schutt? Who is she? | 14:00:34 |
| 23 | A. She is a friend that went to Notre Dame. | 14:00:36 |
| 24 | Q. Okay. Okay. So let's go to 327. And | 14:00:54 |
| 25 | do you see the text marked 547 at the bottom of | 14:00:59 |

| 1 | the page from Mara? | 14:01:04 |
| 2 |    A.    Yes. | 14:01:07 |
| 3 |    Q.    She texts:  That was so brave to stand | 14:01:07 |
| 4 | there while he walked up into your face and | 14:01:09 |
| 5 | banged the drum. | 14:01:13 |
| 6 |        Right? | 14:01:14 |
| 7 |        MR. McMURTRY:  We didn't mark this as a | 14:01:14 |
| 8 | confidential document.  So -- although that's | 14:01:16 |
| 9 | exactly what we are supposed to do with regard to | 14:01:20 |
| 10 | handling this in the deposition, it's in the | 14:01:23 |
| 11 | protective order. | 14:01:26 |
| 12 |        MR. SIEGEL:  Yeah. | 14:01:27 |
| 13 |        MR. McMURTRY:  I think we just need to | 14:01:28 |
| 14 | make it -- | 14:01:30 |
| 15 |        MR. SIEGEL:  Yeah.  No.  It's fine. | 14:01:42 |
| 16 | Whatever we are required to do, we will abide by | 14:01:44 |
| 17 | it. | 14:01:50 |
| 18 |        MR. McMURTRY:  I think we just have | 14:01:50 |
| 19 | to -- we have to mark this portion of the | 14:01:50 |
| 20 | deposition dealing with the confidential | 14:01:53 |
| 21 | materials as confidential and then file this | 14:01:55 |
| 22 | exhibit under seal, if it's filed, is what I | 14:02:01 |
| 23 | think it says here on paragraph 8, on page 9. | 14:02:08 |
| 24 |        So proceed.  We will just -- if you go | 14:02:11 |
| 25 | to file the deposition, we just need to -- | 14:02:14 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  Okay.  I don't remember | 14:02:17 |
| 2 | exactly what the provisions are. | 14:02:18 |
| 3 | MR. McMURTRY:  It's a lot. | 14:02:20 |
| 4 | MR. SIEGEL:  But whatever it is, | 14:02:21 |
| 5 | we'll -- | 14:02:22 |
| 6 | MR. McMURTRY:  Right.  So I just think | 14:02:22 |
| 7 | at this section the court reporter needs to mark | 14:02:22 |
| 8 | as confidential and we should be good. | 14:02:25 |
| 9 | (The following portion from Page 183, | 14:02:30 |
| 10 | Line 12 to Page 187, Line 15 was designated | 14:02:30 |
| 11 | Confidential and is bound separately.) | 14:02:30 |
| 12 | MR. SIEGEL:  Okay.  So I'm going to | 14:02:30 |
| 13 | restart.  I will restart. | 14:02:31 |
| 14 | BY MR. SIEGEL: | 14:02:34 |
| 15 | Q.    Let's go back to 327, Nick. | 14:02:34 |
| 16 | A.    Okay. | 14:02:36 |
| 17 | Q.    547.  So Mara texted you, said:  That | 14:02:38 |
| 18 | was so brave just to stand there while he walked | 14:02:42 |
| 19 | up into your face and banged the drum. | 14:02:42 |
| 20 | Okay.  Going to 328, text 548, you | 14:02:44 |
| 21 | respond:  He was trying to intimidate me and the | 14:02:51 |
| 22 | rest of the school and that just wasn't going to | 14:02:55 |
| 23 | happen. | 14:02:58 |
| 24 | So once you and Mr. Phillips were face | 14:02:59 |
| 25 | to face and he was drumming, did you also in -- | 14:03:01 |

| | | |
|---|---|---|
| 1 | I'm sorry -- did you also interpret his drumming | 14:03:07 |
| 2 | as trying to intimidate? | 14:03:11 |
| 3 | A.    Yes. | 14:03:12 |
| 4 | Q.    Why? | 14:03:13 |
| 5 | A.    Because at one point, his drum came up | 14:03:13 |
| 6 | against my shoulder, arm area; and the rest of | 14:03:17 |
| 7 | the time, his drum stick was close enough to hit | 14:03:22 |
| 8 | my face, if he messed up at all.  And I felt that | 14:03:27 |
| 9 | him invading my personal space was representative | 14:03:31 |
| 10 | of him trying to intimidate me. | 14:03:36 |
| 11 | Q.    Okay.  When people feel that their | 14:03:40 |
| 12 | personal space is invaded, right, they often kind | 14:03:47 |
| 13 | of back away a little bit, right? | 14:03:49 |
| 14 | A.    Right. | 14:03:52 |
| 15 | Q.    Why didn't you do that? | 14:03:52 |
| 16 | A.    It's worth mentioning that where I was | 14:03:53 |
| 17 | located in this crowd of people was on a chunk of | 14:03:56 |
| 18 | ice on one of these stairs.  I wasn't on flat | 14:03:59 |
| 19 | ground.  And so with all the kids around me, I | 14:04:05 |
| 20 | didn't really feel that I could move without | 14:04:07 |
| 21 | slipping and falling. | 14:04:10 |
| 22 | Q.    Okay.  And we will get to some video of | 14:04:11 |
| 23 | where you were. | 14:04:16 |
| 24 | A.    Okay. | 14:04:17 |
| 25 | Q.    It would be fair to say that the reason | 14:04:22 |

| | | |
|---|---|---|
| 1 | you decided to stand there was not because of the | 14:04:24 |
| 2 | ice, it was because of your perception of what | 14:04:28 |
| 3 | Mr. Phillips was doing to try to intimidate you? | 14:04:31 |
| 4 | A.   I think it was a combination.  Because | 14:04:34 |
| 5 | the longer it went on, the more I felt like | 14:04:36 |
| 6 | getting out of there.  But at first, I didn't | 14:04:39 |
| 7 | want to.  And then when I did, I realized I | 14:04:42 |
| 8 | didn't have the option to. | 14:04:47 |
| 9 | Q.   Okay.  And we will see some video, and | 14:04:48 |
| 10 | you can tell us at what point later on you felt | 14:04:50 |
| 11 | like you wanted to get out. | 14:04:54 |
| 12 | A.   Okay. | 14:04:56 |
| 13 | Q.   Now, Mara responds to you:  Also thought | 14:04:56 |
| 14 | you should know that this guy goes around the | 14:05:09 |
| 15 | country doing this and that he has done the same | 14:05:11 |
| 16 | situations with another high school.  At 49. | 14:05:15 |
| 17 | A.   Uh-huh. | 14:05:21 |
| 18 | Q.   And then your next response on 551 is: | 14:05:21 |
| 19 | I heard that.  Apparently, he also tried to do it | 14:05:24 |
| 20 | to Covington Latin earlier, too.  I hope the | 14:05:28 |
| 21 | truth hits them. | 14:05:32 |
| 22 | What -- what were you talking about? | 14:05:34 |
| 23 | A.   I was told, which I'm not sure at this | 14:05:35 |
| 24 | point if it turned out being true, but it was | 14:05:39 |
| 25 | unconfirmed that earlier that Nathan Phillips had | 14:05:43 |

1    gone up to other students from other schools          14:05:47

2    and -- I -- I don't know exactly what he did, but     14:05:51

3    that he approached other students, and Covington      14:05:55

4    Latin is a school in northern Kentucky.               14:06:00

5        Q.    And when did you hear that he had           14:06:03

6    approached them?                                      14:06:06

7        A.    I can't recall.  I think that -- it was     14:06:08

8    probably that another student mentioned it to me      14:06:11

9    after it happened or on the bus.                      14:06:15

10       Q.    Which student?                              14:06:18

11       A.    I can't recall.  I -- I just know that I    14:06:19

12   heard that.                                           14:06:23

13       Q.    And -- and where -- did the student tell    14:06:23

14   you when this supposedly happened that Nathan         14:06:30

15   Phillips approached Covington Latin?                  14:06:32

16       A.    No.                                         14:06:36

17       Q.    Do you understand that he was -- the        14:06:36

18   student was telling you that it happened the same     14:06:39

19   day, supposedly?                                      14:06:42

20       A.    It was my impression that it had            14:06:43

21   happened on the same day.  But with so many           14:06:45

22   question marks, is why I basically never did          14:06:49

23   anything with it, because I had no idea if it had     14:06:53

24   actually happened.                                    14:06:56

25       Q.    So to this day, do you have any             14:06:57

| | | |
|---|---|---|
| 1 | information that that's true? | 14:07:00 |
| 2 | A.    My -- my counsel may, but I do not. | 14:07:02 |
| 3 | I -- I -- to my knowledge, I don't -- I don't | 14:07:06 |
| 4 | think -- I don't know if it happened. | 14:07:10 |
| 5 | Q.    Okay.  Did you ever have any other | 14:07:12 |
| 6 | communication with Mara Schutt about supposedly | 14:07:24 |
| 7 | whether this had happened with some other high | 14:07:27 |
| 8 | schools? | 14:07:31 |
| 9 | A.    I don't think so.  But I cannot recall | 14:07:32 |
| 10 | my text messages from two and a half -- | 14:07:35 |
| 11 | Q.    Okay.  No.  Fair.  And when I use | 14:07:39 |
| 12 | communication in this context, I mean anything. | 14:07:42 |
| 13 | It could be text message.  It could be face to | 14:07:45 |
| 14 | face.  It could be a phone call.  It could be -- | 14:07:46 |
| 15 | A.    I -- I honestly cannot recall. | 14:07:50 |
| 16 | (This concludes the Confidential | 14:08:01 |
| 17 | portion.) | 14:08:01 |
| 18 | MR. SIEGEL:  Okay.  Let's go to page | 14:08:01 |
| 19 | 335. | 14:08:03 |
| 20 | MR. McMURTRY:  Just note this does not | 14:08:04 |
| 21 | have a confidential stamp on it, so... | 14:08:06 |
| 22 | MR. SIEGEL:  We will certainly agree | 14:08:08 |
| 23 | that, you know -- well, and you are saying it | 14:08:10 |
| 24 | should? | 14:08:13 |
| 25 | MR. McMURTRY:  No. | 14:08:13 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  Okay. | 14:08:14 |
| 2 | MR. McMURTRY:  I'm saying, just to be | 14:08:14 |
| 3 | clear, we are out of that territory now. | 14:08:15 |
| 4 | MR. SIEGEL:  Okay.  Fair enough. | 14:08:18 |
| 5 | BY MR. SIEGEL: | 14:08:23 |
| 6 | Q.    Okay.  So if you look at text 573 on | 14:08:23 |
| 7 | 335 -- and again, this is the text exchange you | 14:08:29 |
| 8 | were having with her on -- it looks like the | 14:08:33 |
| 9 | night of January 19th? | 14:08:36 |
| 10 | A.    Yes. | 14:08:38 |
| 11 | Q.    Okay.  So on 573, Ms. Schutt texts:  Me | 14:08:39 |
| 12 | too because you did nothing wrong and this guy | 14:08:45 |
| 13 | does this for a living to ruin -- that's young -- | 14:08:47 |
| 14 | A.    Yeah. | 14:08:54 |
| 15 | Q.    -- kids' lives.  I think roles were | 14:08:54 |
| 16 | reversed and you were acting like the adult and | 14:08:56 |
| 17 | he was the kid. | 14:08:59 |
| 18 | You respond:  I agree.  He was trying to | 14:09:00 |
| 19 | intimidate young kids. | 14:09:02 |
| 20 | So why did you think Phillips was acting | 14:09:05 |
| 21 | like a kid and you the adult? | 14:09:08 |
| 22 | A.    Because I think it's childish as a elder | 14:09:13 |
| 23 | to get in the face of a stranger that also | 14:09:18 |
| 24 | happens to be a child at 16 and get in their face | 14:09:22 |
| 25 | for several minutes.  I think that's childish. | 14:09:28 |

| | | |
|---|---|---|
| 1 | Q.    Okay.  But you don't think that deciding | 14:09:32 |
| 2 | to stand your ground in that situation was? | 14:09:35 |
| 3 | A.    No.  I think that's very mature. | 14:09:38 |
| 4 | Q.    When -- could anyone disagree with you | 14:09:45 |
| 5 | about that? | 14:10:01 |
| 6 | A.    They could.  I don't think they are | 14:10:01 |
| 7 | right. | 14:10:04 |
| 8 | Q.    You just -- you would disagree with | 14:10:04 |
| 9 | them, right?  You wouldn't agree with their | 14:10:07 |
| 10 | opinion? | 14:10:09 |
| 11 | A.    Right. | 14:10:10 |
| 12 | Q.    Okay.  Did you think that by not | 14:10:10 |
| 13 | parting, along with the other students who were | 14:10:12 |
| 14 | doing that, that you were acting like the adult? | 14:10:15 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 14:10:19 |
| 16 | A.    No.  I think I was acting like the adult | 14:10:20 |
| 17 | for staying calm in a situation that was very | 14:10:22 |
| 18 | high pressure. | 14:10:31 |
| 19 | BY MR. SIEGEL: | 14:10:32 |
| 20 | Q.    Do you know what Mara Schutt was | 14:10:32 |
| 21 | referring to when she texted:  Phillips ruins | 14:10:34 |
| 22 | young people's lives for a living? | 14:10:37 |
| 23 | A.    I do not. | 14:10:40 |
| 24 | MR. SIEGEL:  Okay. | 14:10:41 |
| 25 | A.    Now I think it's in reference to | 14:10:42 |

| | | |
|---|---|---|
| 1 | something that he was involved in, in Detroit | 14:10:46 |
| 2 | with -- I mean, I don't even know that story | 14:10:50 |
| 3 | fully.  I just know that this -- this isn't the | 14:10:54 |
| 4 | first time his name necessarily appeared. | 14:10:57 |
| 5 | Q.    Okay.  Do you know anything more about | 14:11:01 |
| 6 | what you were referring to, the incident in | 14:11:16 |
| 7 | Detroit? | 14:11:19 |
| 8 | A.    No.  And I don't -- I know nothing about | 14:11:20 |
| 9 | it, whether Phillips was in the right or wrong, | 14:11:23 |
| 10 | any of it. | 14:11:25 |
| 11 | MR. SIEGEL:  Okay. | 14:11:26 |
| 12 | A.    I just know it exists. | 14:11:27 |
| 13 | MR. SIEGEL:  I will ask about maybe a | 14:11:31 |
| 14 | couple more exhibits, and then we will take | 14:11:39 |
| 15 | another break, Todd. | 14:11:41 |
| 16 | MR. McMURTRY:  Yes. | 14:11:42 |
| 17 | MR. SIEGEL:  Does that work? | 14:11:43 |
| 18 | MR. McMURTRY:  Yes. | 14:11:44 |
| 19 | MR. SIEGEL:  Okay.  Let's show Exhibit | 14:11:45 |
| 20 | 14. | 14:11:50 |
| 21 | Now, this is -- this is confidential, | 14:11:50 |
| 22 | too, certainly.  And Todd, I will say for the | 14:11:52 |
| 23 | record, it's only going to come up a couple of | 14:11:55 |
| 24 | times, but what we elected to do here is, rather | 14:12:01 |
| 25 | than put the whole document in the record, a high | 14:12:04 |

| | | |
|---|---|---|
| 1 | percent of it is irrelevant to this phase, just | 14:12:10 |
| 2 | putting in, you know, the particular page that I | 14:12:13 |
| 3 | want to ask some questions about. | 14:12:16 |
| 4 | If he wants to look at the document, I | 14:12:18 |
| 5 | have it. But I don't think there also wasn't any | 14:12:20 |
| 6 | reason -- in the event this ever does become a | 14:12:25 |
| 7 | public record, then we didn't need the whole | 14:12:28 |
| 8 | report. Is that fair? | 14:12:32 |
| 9 | MR. McMURTRY: Yes. | 14:12:33 |
| 10 | MR. SIEGEL: Okay. | 14:12:34 |
| 11 | MR. McMURTRY: Just to be clear, now, at | 14:12:34 |
| 12 | this point, we are marking the deposition as | 14:12:36 |
| 13 | being confidential and the exhibit, as part of | 14:12:39 |
| 14 | the deposition, also being confidential. | 14:12:41 |
| 15 | MR. SIEGEL: Okay. | 14:12:52 |
| 16 | BY MR. SIEGEL: | 14:12:52 |
| 17 | Q. So, Nick, if I could direct you to -- | 14:12:52 |
| 18 | this is just one page of NS 16, right? | 14:12:56 |
| 19 | A. Uh-huh. | 14:12:59 |
| 20 | Q. Look at the -- I guess it's the fourth | 14:12:59 |
| 21 | paragraph down. Just -- just read that to | 14:13:03 |
| 22 | yourself for a moment, the one that starts "I | 14:13:05 |
| 23 | felt." | 14:13:10 |
| 24 | MR. McMURTRY: If I may just jump in | 14:13:19 |
| 25 | here, if we are just going to talk about these | 14:13:21 |

| | | |
|---|---|---|
| 1 | facts, there is no need to mark it as | 14:13:25 |
| 2 | confidential, his recollection. | 14:13:29 |
| 3 | MR. SIEGEL:  Okay. | 14:13:29 |
| 4 | MR. McMURTRY:  I think the whole report, | 14:13:30 |
| 5 | obviously, was confidential, and I would like to | 14:13:31 |
| 6 | treat the portions of the report as confidential. | 14:13:34 |
| 7 | But to the extent you are asking him questions | 14:13:37 |
| 8 | about what he thought or felt or said -- | 14:13:39 |
| 9 | MR. SIEGEL:  Sure. | 14:13:41 |
| 10 | MR. McMURTRY:  -- that's fine.  Okay. | 14:13:43 |
| 11 | MR. SIEGEL:  I will isolate this as much | 14:13:46 |
| 12 | as possible. | 14:13:46 |
| 13 | MR. McMURTRY:  Okay. | 14:13:46 |
| 14 | THE WITNESS:  Okay.  I read it. | 14:13:46 |
| 15 | BY MR. SIEGEL: | 14:13:48 |
| 16 | Q.    So you have read it? | 14:13:48 |
| 17 | So the examiner quotes you as saying:  I | 14:13:51 |
| 18 | felt Phillips was creepy and weird and I didn't | 14:13:54 |
| 19 | know his intentions. | 14:13:57 |
| 20 | Did you say that to the -- whichever | 14:13:59 |
| 21 | examiner was recording this report? | 14:14:01 |
| 22 | A.    I believe I did. | 14:14:03 |
| 23 | Q.    Okay.  Why did you think he was creepy | 14:14:05 |
| 24 | and weird? | 14:14:08 |
| 25 | A.    Because, as I said before, in my | 14:14:08 |

1  experience, adults don't get that close to kids,          14:14:10

2  especially for that long.                                 14:14:13

3     Q.    Okay.  Do you believe respecting your            14:14:15

4  elders is a value that you hold?                          14:14:25

5     A.    Yes.  It's part of how I was raised.             14:14:27

6     Q.    If a teenager sees an older person               14:14:31

7  walking in his or her direction and other people          14:14:34

8  are parting for that person as he moves forward,          14:14:37

9  is it a respectful thing to do to move out of the         14:14:39

10 way as well?                                              14:14:43

11    A.    I would agree.  But it's not my                  14:14:44

12 responsibility to slip on the steps and                   14:14:47

13 potentially break an arm or something to make             14:14:51

14 sure he can get through.                                  14:14:54

15    Q.    Well, there were lots of other kids on           14:14:56

16 the steps, right?                                         14:14:58

17    A.    But not all the kids were on ice.                14:14:59

18    Q.    And other kids moved away, right?                14:15:02

19    A.    Right.                                           14:15:04

20    Q.    And I think you said before, that                14:15:05

21 originally, you were -- you were making a                 14:15:07

22 decision, right, that you didn't want to move             14:15:10

23 because you felt he was trying to intimidate you?         14:15:12

24    A.    Correct.                                         14:15:15

25    Q.    Right?  So do you -- even if a teenager          14:15:16

| | | |
|---|---|---|
| 1 | thinks that an older person might be trying to | 14:15:27 |
| 2 | intimidate them, you see that that person is | 14:15:29 |
| 3 | walking forward and other people are parting for | 14:15:34 |
| 4 | him, isn't the respectful thing to do to move out | 14:15:36 |
| 5 | of his way as well? | 14:15:41 |
| 6 | A. Not if he's trying to intimidate me. | 14:15:42 |
| 7 | Q. You don't think that even if the older | 14:15:45 |
| 8 | person -- even if you think the older person is | 14:15:47 |
| 9 | trying to intimidate you, you don't think the | 14:15:49 |
| 10 | respectful thing to do is to just move out of the | 14:15:52 |
| 11 | way? | 14:15:55 |
| 12 | A. I can't see why I would. If -- if they | 14:15:55 |
| 13 | want to intimidate me, which I would assume then | 14:15:58 |
| 14 | means they exhibit a dislike of me, I can't find | 14:16:01 |
| 15 | any compelling reason as to why I would equally | 14:16:05 |
| 16 | return the respect to clear a place for them to | 14:16:09 |
| 17 | move. | 14:16:12 |
| 18 | Q. Do you think people could disagree with | 14:16:14 |
| 19 | you about that? | 14:16:17 |
| 20 | A. They could. | 14:16:18 |
| 21 | Q. Do you have any idea what in the Native | 14:16:22 |
| 22 | American culture would be considered the | 14:16:36 |
| 23 | respectful thing to do in that situation? | 14:16:38 |
| 24 | A. I would assume the respectful thing is | 14:16:40 |
| 25 | probably to just move out of the way regardless. | 14:16:43 |

1      Q.    But you disagree with that?                      14:16:45

2      A.    Well, it's not how I was raised.                 14:16:48

3            MR. SIEGEL:  Let's go to Exhibit 15.             14:16:52

4      After this one, we will take a break.                  14:16:58

5            MR. McMURTRY:  Okay.  Just for the               14:17:18

6      record, 15 is also marked as confidential.             14:17:19

7            MR. SIEGEL:  Yes.                                 14:17:28

8            (The following portion from Page 195,            14:17:28

9      Line 11 to Page 199, Line 17 was designated            14:17:28

10     Confidential and is bound separately.)                 14:17:28

11     BY MR. SIEGEL:                                          14:17:28

12     Q.    Nick, can you explain what medium of             14:17:28

13     communication is Exhibit 15?                           14:17:31

14     A.    This is direct messaging on Instagram.           14:17:34

15     Q.    Okay.  And it looks like you are                 14:17:37

16     directly messaging with Will Fries, I take it?         14:17:39

17     A.    Correct.                                          14:17:43

18     Q.    And someone named Josh Merkle?                    14:17:44

19     A.    Correct.                                          14:17:47

20     Q.    Who is Josh Merkle?                               14:17:48

21     A.    Josh is a cousin of Will.                         14:17:49

22     Q.    Okay.  Was Josh there?                            14:17:52

23     A.    No.                                               14:17:54

24     Q.    Are you friendly with Josh independently         14:17:55

25     or --                                                  14:18:04

| | |
|---|---|
| 1 | A.    I really only know him through Will. | 14:18:04 |
| 2 | Q.    Okay.  Let's turn to page 2,047. | 14:18:08 |
| 3 |       So if you look sort of in the middle of | 14:18:20 |
| 4 | the page where Josh messages:  Why was your | 14:18:23 |
| 5 | school there?  LOL. | 14:18:26 |
| 6 |       Which is laugh out loud, right?  Do you | 14:18:29 |
| 7 | see that? | 14:18:33 |
| 8 | A.    Yes. | 14:18:34 |
| 9 | Q.    Okay.  So Josh texts:  Why was your | 14:18:34 |
| 10 | school there?  LOL. | 14:18:37 |
| 11 |       You message:  March For Life. | 14:18:42 |
| 12 | A.    Uh-huh. | 14:18:45 |
| 13 | Q.    Right?  He messages:  Ah, promoting | 14:18:45 |
| 14 | prolife, I see. | 14:18:48 |
| 15 |       You respond:  Among other things, yes. | 14:18:49 |
| 16 | A.    Yes. | 14:18:52 |
| 17 | Q.    He messages:  What other things? | 14:18:52 |
| 18 |       You respond:  I also promoted not being | 14:18:54 |
| 19 | intimidated by leftists. | 14:18:58 |
| 20 | A.    Yes. | 14:19:00 |
| 21 | Q.    So when you are saying not being | 14:19:01 |
| 22 | intimidated there, are you referring to the same | 14:19:02 |
| 23 | perception you've testified to before, that | 14:19:05 |
| 24 | Mr. Phillips was trying to intimidate the group? | 14:19:08 |
| 25 | A.    Correct.  Or I should also add -- excuse | 14:19:12 |

 1    me.  I should also add this was not meant to be          14:19:16
 2    taken seriously.  This was more of a joke that,          14:19:19
 3    oh, I was there to promote not being intimidated.       14:19:22
 4          I obviously didn't plan on ever meeting           14:19:26
 5    Nathan Phillips that day, and I made this remark        14:19:33
 6    more as a joke at my own expense.                       14:19:35
 7     Q.    Okay.  Well, but you -- the statement            14:19:40
 8    was, right, not what you were intending to, but         14:19:42
 9    it was:  I also promoted not being intimidated.         14:19:45
10          I think that's what ended up happening,           14:19:48
11    right?                                                  14:19:51
12     A.    Right.                                           14:19:51
13     Q.    Okay.  Do you disagree with that                 14:19:52
14    statement or did you feel you also promoted not         14:20:02
15    being intimidated by leftists?                          14:20:06
16     A.    I mean, if I had any control over it,            14:20:08
17    the nar -- or the covers that would have come out       14:20:11
18    for the March For Life would have been about the        14:20:13
19    March For Life and not about what happened.             14:20:15
20          Obviously, I don't.  So the joke here             14:20:19
21    kind of was that, well, among other things, yeah,       14:20:21
22    I supported the March For Life but,                     14:20:25
23    unfortunately, this is what everyone's talking          14:20:27
24    about right now and I didn't mean for it to             14:20:31
25    happen.                                                 14:20:33

| | | |
|---|---|---|
| 1 | Q.    Okay.  But given that it did happen, | 14:20:33 |
| 2 | right? | 14:20:41 |
| 3 | A.    Right. | 14:20:42 |
| 4 | Q.    How did what happened promote not being | 14:20:42 |
| 5 | intimidated by leftists? | 14:20:46 |
| 6 | A.    Because there -- a lot of the | 14:20:48 |
| 7 | commentators and people who are weighing in on | 14:20:55 |
| 8 | what happened to me made kind of the slogan of | 14:20:57 |
| 9 | stand your ground, whatever. | 14:21:01 |
| 10 | So even whether this was my goal or not | 14:21:03 |
| 11 | or whether I wanted it to happen or not, I became | 14:21:06 |
| 12 | kind of this poster for not being intimidated and | 14:21:10 |
| 13 | standing your ground. | 14:21:15 |
| 14 | Q.    Were the leftists who you are saying you | 14:21:17 |
| 15 | are humorously referring to, right -- but did the | 14:21:23 |
| 16 | leftists mean Mr. Phillips? | 14:21:26 |
| 17 | A.    No.  I would -- I would attribute that | 14:21:28 |
| 18 | comment more to the members of Congress and other | 14:21:31 |
| 19 | people on the political left that decided that | 14:21:34 |
| 20 | they should weigh in on what happened.  Because I | 14:21:39 |
| 21 | would say there is a whole lot more than me -- | 14:21:45 |
| 22 | there is a whole lot more standing that I did | 14:21:49 |
| 23 | than me just physically standing there. | 14:21:52 |
| 24 | Q.    Okay.  Now, those -- the other | 14:21:55 |
| 25 | students -- other students, right, parted for | 14:21:58 |

| | | |
|---|---|---|
| 1 | Phillips, correct, and you didn't? | 14:22:01 |
| 2 | A.    Hut-uhn. | 14:22:03 |
| 3 | Q.    Couldn't Phillips have perceived that | 14:22:04 |
| 4 | you intended to stop his path forward? | 14:22:07 |
| 5 | MR. McMURTRY:  Objection. | 14:22:10 |
| 6 | A.    He could have.  I think he would have | 14:22:10 |
| 7 | figured out really quickly, if he tried to move | 14:22:13 |
| 8 | anywhere else, that I wasn't going to follow | 14:22:18 |
| 9 | them. | 14:22:22 |
| 10 | BY MR. SIEGEL: | 14:22:23 |
| 11 | Q.    So you think you could have -- you think | 14:22:23 |
| 12 | he could have figured that out, and we will talk | 14:22:26 |
| 13 | about that, but would you acknowledge that he | 14:22:30 |
| 14 | could have perceived that it was your intention | 14:22:33 |
| 15 | to stop his path forward? | 14:22:35 |
| 16 | A.    Right. | 14:22:37 |
| 17 | MR. SIEGEL:  Okay.  Let's break. | 14:22:39 |
| 18 | (This concludes the Confidential | 14:22:50 |
| 19 | portion.) | 14:22:50 |
| 20 | THE VIDEOGRAPHER:  We are going off the | 14:22:50 |
| 21 | record.  The time is 2:22 p.m. | 14:22:51 |
| 22 | (Thereupon, there was a recess taken at | 14:22:54 |
| 23 | 2:22 p.m.) | 14:22:54 |
| 24 | THE VIDEOGRAPHER:  We are back on the | 14:41:34 |
| 25 | record.  The time is 2:41 p.m. | 14:41:35 |

1              (Thereupon, the proceedings were resumed          14:41:39
2     at 2:41 p.m.)                                              14:41:39
3     BY MR. SIEGEL:                                             14:41:40
4        Q.    Nick, in one of the clips from the               14:41:40
5     Guthrie interview that we played for you earlier,         14:41:43
6     you said:  He also had a -- referring to                  14:41:47
7     Phillips:  He also had a companion that also had          14:41:50
8     a drum and a cameraman with him.                          14:41:54
9              Do you remember that?                            14:41:58
10       A.    Yes.                                             14:41:59
11       Q.    Okay.  Was that one of the reasons you           14:41:59
12    felt that Phillips was trying to intimidate the           14:42:02
13    group, you saw he had a cameraman with him?               14:42:04
14       A.    Yes.  That seemed odd.                           14:42:09
15       Q.    Okay.  And -- and why did you say that           14:42:11
16    he had a cameraman with him?                              14:42:13
17       A.    I saw someone following him as he walked         14:42:15
18    towards the students that was filming him.                14:42:22
19       Q.    Okay.  And by saying he, meaning                 14:42:27
20    Phillips had a cameraman with him, was it your            14:42:30
21    perception that that was like somebody that               14:42:33
22    Phillips had brought with him?                            14:42:36
23       A.    Yes.  Now, I -- that was my perception           14:42:38
24    from standing there.                                      14:42:41
25       Q.    Okay.  And if you recall, just off the           14:42:45

1    top of your head, whom you were referring to?        14:42:48

2        A.    Not off the top of my head.  I can         14:42:52

3    describe to you what his -- one of his companions     14:42:55

4    looked like that had the second drum, but I -- I      14:43:00

5    can't remember off the top of my head what the        14:43:04

6    cameraman looked like.                                14:43:07

7        Q.    Okay.  So we are going to show you some     14:43:08

8    video, and I'm going to ask if you can point out      14:43:13

9    who it was that you were referring to.  Okay?         14:43:16

10       A.    Okay.                                       14:43:19

11       Q.    Before we do, just the person with the      14:43:20

12   drum, what do you remember he looked like?            14:43:25

13       A.    He has a -- almost like a baseball hat      14:43:27

14   kind of thing on that is completely white and         14:43:33

15   this sort of handlebar mustache.  And he is           14:43:37

16   holding a smaller drum.  The drum he has is           14:43:44

17   smaller than Phillips'.                               14:43:47

18       Q.    Okay.  And I will ask you to point him      14:43:49

19   out, too.                                             14:43:52

20       A.    Okay.                                       14:43:54

21       Q.    This is Exhibit 9, which is video 10.       14:43:54

22   Again, the one produced by your counsel.              14:43:58

23             So is that the cameraman you are            14:44:02

24   referring to?  There is a fellow who is holding       14:44:06

25   up a camera there with the --                         14:44:09

| | | |
|---|---|---|
| 1 | A.    Yes, that the cursor is on -- | 14:44:11 |
| 2 | MR. SIEGEL:  Yeah. | 14:44:13 |
| 3 | A.    -- with the red hat.  That is him. | 14:44:13 |
| 4 | Q.    It looks like a -- it looks like a Reds | 14:44:16 |
| 5 | hat? | 14:44:18 |
| 6 | A.    It does.  It does. | 14:44:18 |
| 7 | Q.    I'm going to refer to him as the man | 14:44:19 |
| 8 | with the Reds hat.  Okay? | 14:44:22 |
| 9 | A.    Okay. | 14:44:24 |
| 10 | Q.    And I think it's pretty -- the fellow | 14:44:25 |
| 11 | with the white hat sort of behind him to the | 14:44:30 |
| 12 | right, is that the -- that's the drummer? | 14:44:33 |
| 13 | A.    I -- | 14:44:35 |
| 14 | MR. SIEGEL:  Let's -- you know what, | 14:44:37 |
| 15 | let's -- let's move it forward about nine | 14:44:38 |
| 16 | seconds, where I think -- we'll play it for about | 14:44:41 |
| 17 | nine seconds. | 14:44:44 |
| 18 | (Thereupon, a video recording of Exhibit | 14:44:47 |
| 19 | 9 was played.) | 14:44:47 |
| 20 | BY MR. SIEGEL: | 14:44:52 |
| 21 | Q.    Okay.  So you can see a little clearer | 14:44:52 |
| 22 | here.  He has a mustache, wearing glasses, right? | 14:44:55 |
| 23 | A.    Right. | 14:44:59 |
| 24 | Q.    Okay.  So sitting here today, do you | 14:44:59 |
| 25 | think Mr. Phillips had anything to do with | 14:45:10 |

| 1  | videotaping this incident? | 14:45:13 |
| 2  | MR. McMURTRY:  Objection.  Go ahead. | 14:45:15 |
| 3  | A.    I can't -- I can't guess as to if he | 14:45:17 |
| 4  | arranged to be videotaped before he walked over | 14:45:25 |
| 5  | or if that was just a decision made by whoever | 14:45:29 |
| 6  | did it.  I -- I don't know. | 14:45:34 |
| 7  | Q.    Okay.  And you referred to the gentleman | 14:45:37 |
| 8  | with the drum as a companion of Phillips.  What | 14:45:44 |
| 9  | did you mean by that? | 14:45:49 |
| 10 | A.    I meant like he was definitely a part of | 14:45:49 |
| 11 | the group that walked over that was led by Nathan | 14:45:53 |
| 12 | Phillips. | 14:45:57 |
| 13 | Q.    Okay.  And did you -- did you -- by | 14:45:59 |
| 14 | companion, did you mean they were friends or | 14:46:10 |
| 15 | they -- perceived that they were friends in some | 14:46:13 |
| 16 | way? | 14:46:15 |
| 17 | A.    I meant that they -- kind of like a -- I | 14:46:16 |
| 18 | know it's a short distance.  But like a traveling | 14:46:23 |
| 19 | companion somewhat.  They both traveled from | 14:46:26 |
| 20 | their area to ours together. | 14:46:30 |
| 21 | From what I perceived, it seemed like | 14:46:36 |
| 22 | they -- they knew each other or at least were a | 14:46:38 |
| 23 | part of the same group in some sense. | 14:46:41 |
| 24 | Q.    Okay.  Traveling, you mean like | 14:46:44 |
| 25 | traveling to DC? | 14:46:50 |

1    A.    Traveling from where they were at the          14:46:51

2    memorial to where we were.  It's a -- I mean,       14:46:54

3    it's a short distance.  So that analogy, but --      14:46:56

4    Q.    Okay.  And that was your perception, I          14:47:01

5    take it, based on what you saw?                      14:47:06

6    A.    Yes.                                            14:47:08

7         MR. SIEGEL:  Okay.  Let's go to Exhibit          14:47:14

8    16, video 2 of the videos.                           14:47:17

9         (Thereupon, a video recording of Exhibit        14:47:35

10   16 was played.)                                      14:47:35

11        MR. SIEGEL:  I guess if you could just          14:47:40

12   point to -- we're at -- point the cursor at Nick.    14:47:43

13   BY MR. SIEGEL:                                        14:47:47

14   Q.    That is you, right, or that is your face       14:47:47

15   where she's pointing?                                14:47:50

16   A.    Right.                                          14:47:51

17   Q.    So I think you may have given us his           14:47:52

18   name before.                                          14:47:55

19        But right now, there are about three or         14:47:56

20   four at least rows of students in front of you,      14:48:01

21   right?                                                14:48:05

22   A.    Right.                                          14:48:05

23   Q.    And do you see that sort of in front of        14:48:06

24   you, to your right, there is a student wearing       14:48:11

25   a -- it looks like a gray and white ski hat?         14:48:15

| | | |
|---|---|---|
| 1 | A.    Yes. | 14:48:21 |
| 2 | Q.    Turned to his side?  Do you know who | 14:48:22 |
| 3 | that is? | 14:48:24 |
| 4 | A.    Not off -- not from this picture, no. | 14:48:24 |
| 5 | Q.    Okay.  Is he a Covington student, to | 14:48:27 |
| 6 | your knowledge? | 14:48:31 |
| 7 | A.    I don't know. | 14:48:31 |
| 8 | Q.    Okay.  And at -- at the front -- so it's | 14:48:32 |
| 9 | at the front, at the very right side of the | 14:48:40 |
| 10 | frame, there is a fellow in an L.L. Bean shirt. | 14:48:43 |
| 11 | Do you know who he is? | 14:48:50 |
| 12 | A.    Yes. | 14:48:51 |
| 13 | Q.    Who is that? | 14:48:51 |
| 14 | A.    Cammeron Martin. | 14:48:52 |
| 15 | Q.    That's Cammeron Martin? | 14:48:54 |
| 16 | A.    Yes. | 14:48:57 |
| 17 | Q.    Okay.  So right now, you are -- and you | 14:48:59 |
| 18 | see the student we talked about before in the | 14:49:04 |
| 19 | black sweatshirt who was moving up his hands -- | 14:49:07 |
| 20 | hands up and down, and you say you have no idea | 14:49:13 |
| 21 | who he is? | 14:49:16 |
| 22 | A.    Correct. | 14:49:18 |
| 23 | Q.    So right now, you are -- if you look at | 14:49:18 |
| 24 | the -- where the L.L. Bean guy is, you look like | 14:49:27 |
| 25 | you are a little bit to his left behind there? | 14:49:31 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 14:49:35 |
| 2 | Q.    Okay.  And the student who was doing the | 14:49:36 |
| 3 | up and hands down motion is standing to your | 14:49:42 |
| 4 | right, correct? | 14:49:46 |
| 5 | A.    Correct. | 14:49:47 |
| 6 | MR. SIEGEL:  Let's go about 10 more | 14:49:51 |
| 7 | seconds. | 14:49:53 |
| 8 | (Thereupon, a video recording of Exhibit | 14:49:58 |
| 9 | 16 was played.) | 14:49:59 |
| 10 | MR. SIEGEL:  Go back just a little bit. | 14:50:11 |
| 11 | BY MR. SIEGEL: | 14:50:16 |
| 12 | Q.    So in those 10 seconds, Nick, it looks | 14:50:16 |
| 13 | like you moved to your right a little bit? | 14:50:19 |
| 14 | A.    I'm not sure if I moved or the people | 14:50:22 |
| 15 | around me did.  I'm pretty -- I'm almost positive | 14:50:27 |
| 16 | that I did not move and the people around me | 14:50:31 |
| 17 | shifted and that's why it looks like I'm in a | 14:50:35 |
| 18 | different spot. | 14:50:39 |
| 19 | MR. SIEGEL:  Okay.  So let's go -- let's | 14:50:39 |
| 20 | go back to 7 seconds. | 14:50:42 |
| 21 | (Thereupon, a video recording of Exhibit | 14:50:47 |
| 22 | 16 was played.) | 14:50:47 |
| 23 | MR. SIEGEL:  And we are going to go | 14:50:51 |
| 24 | through this frame by frame.  Okay?  Stop. | 14:50:53 |
| 25 | BY MR. SIEGEL: | 14:51:06 |

| | | |
|---|---|---|
| 1 | Q. You -- you looked down, right? | 14:51:06 |
| 2 | A. Right. | 14:51:09 |
| 3 | Q. And you mentioned before that that's | 14:51:09 |
| 4 | where it could be slippery in parts. So you | 14:51:12 |
| 5 | looked down, right? | 14:51:16 |
| 6 | A. Right. | 14:51:17 |
| 7 | MR. SIEGEL: Okay. Keep going. | 14:51:19 |
| 8 | BY MR. SIEGEL: | 14:51:38 |
| 9 | Q. Didn't you just move a little to your | 14:51:38 |
| 10 | right? | 14:51:41 |
| 11 | MR. McMURTRY: Objection. | 14:51:41 |
| 12 | A. I -- I honestly can't tell with the way | 14:51:41 |
| 13 | it's rotating. | 14:51:44 |
| 14 | I guess the perspective makes me seem as | 14:51:47 |
| 15 | if I'm moving; or if I moved, I can't tell. | 14:51:51 |
| 16 | Q. You can't tell. But it's possible that | 14:51:54 |
| 17 | you did move a little to your right at that | 14:51:57 |
| 18 | point? | 14:51:59 |
| 19 | MR. McMURTRY: Objection. Go ahead. | 14:51:59 |
| 20 | A. I mean, it could be. It depends. | 14:52:00 |
| 21 | Q. Okay. You would agree at this point you | 14:52:01 |
| 22 | were actually on the opposite side of the fellow | 14:52:03 |
| 23 | with the black sweatshirt than you were when we | 14:52:05 |
| 24 | looked at that about two seconds earlier? | 14:52:10 |
| 25 | MR. McMURTRY: Objection. Go ahead. | 14:52:17 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 14:52:18 |
| 2 | Q.    Right. | 14:52:18 |
| 3 | A.    Yeah, we're -- we're on -- we don't line | 14:52:18 |
| 4 | up the same way anymore.  But I -- I don't know | 14:52:21 |
| 5 | if that is because he moved or I moved or it's | 14:52:24 |
| 6 | just a different angle of the camera or what it | 14:52:28 |
| 7 | is. | 14:52:30 |
| 8 | MR. SIEGEL:  Okay.  Let's go -- you can | 14:52:36 |
| 9 | just play it normal, normal speed from here. | 14:52:38 |
| 10 | (Thereupon, a video recording of Exhibit | 14:52:53 |
| 11 | 16 was played.) | 14:52:53 |
| 12 | BY MR. SIEGEL: | 14:52:53 |
| 13 | Q.    All right.  I'm going to play this | 14:52:53 |
| 14 | again, because it -- do you see the -- in the | 14:52:55 |
| 15 | frame right now, there is a -- someone wearing a | 14:53:01 |
| 16 | brown hoodie? | 14:53:05 |
| 17 | A.    Yeah. | 14:53:06 |
| 18 | Q.    There is someone wearing a green hoodie? | 14:53:07 |
| 19 | A.    Yes. | 14:53:10 |
| 20 | Q.    And there is a student in between them? | 14:53:11 |
| 21 | A.    Yes. | 14:53:14 |
| 22 | Q.    Do you know who the student in between | 14:53:15 |
| 23 | them is? | 14:53:17 |
| 24 | A.    Yes. | 14:53:17 |
| 25 | Q.    Who is that? | 14:53:18 |

| | | |
|---|---|---|
| 1 | A.    That is Sam Paley. | 14:53:19 |
| 2 | Q.    Okay.  So we're just going to go back to | 14:53:21 |
| 3 | 10 seconds.  And I'm going to ask you to see, can | 14:53:22 |
| 4 | you make out what Sam Paley is saying. | 14:53:25 |
| 5 | A.    Okay. | 14:53:32 |
| 6 |        (Thereupon, a video recording of Exhibit | 14:53:32 |
| 7 | 16 was played.) | 14:53:32 |
| 8 | A.    He said -- I think he said, hey, Law. | 14:53:32 |
| 9 | And Law -- because that is John Lawrie.  That is | 14:53:38 |
| 10 | his nickname. | 14:53:43 |
| 11 |        MR. SIEGEL:  Okay.  Okay.  Let's | 14:53:44 |
| 12 | restart. | 14:53:49 |
| 13 |        MS. MEEK:  We are restarting at 13, | 14:53:50 |
| 14 | Exhibit 16. | 14:53:54 |
| 15 |        (Thereupon, a video recording of Exhibit | 14:53:58 |
| 16 | 16 was played.) | 14:53:58 |
| 17 |        MR. SIEGEL:  Where did we stop? | 14:54:13 |
| 18 |        MS. MEEK:  Paused at 30.  I think we | 14:54:14 |
| 19 | need to go a bit further to be -- | 14:54:16 |
| 20 | BY MR. SIEGEL: | 14:54:16 |
| 21 | Q.    Some of the students at this point are | 14:54:16 |
| 22 | doing what is referred to as the tomahawk chop? | 14:54:19 |
| 23 | A.    Yes. | 14:54:22 |
| 24 | Q.    Were you doing it? | 14:54:23 |
| 25 | A.    No. | 14:54:25 |

| | | |
|---|---|---|
| 1 | Q. Why weren't you doing it? | 14:54:26 |
| 2 | A. I don't know. | 14:54:28 |
| 3 | MR. McMURTRY: I think he answered that | 14:54:28 |
| 4 | before. But go ahead. You can answer again. | 14:54:30 |
| 5 | A. As I said, I did not feel a need to or | 14:54:33 |
| 6 | any reason to. | 14:54:36 |
| 7 | BY MR. SIEGEL: | 14:54:37 |
| 8 | Q. Did you consider doing a tomahawk chop | 14:54:37 |
| 9 | there to be disrespectful to Mr. Phillips? | 14:54:42 |
| 10 | A. As I said before, I am completely | 14:54:45 |
| 11 | uneducated on the origins of the tomahawk chop, | 14:54:52 |
| 12 | why it may or may not be seen as disrespectful; | 14:54:55 |
| 13 | and, therefore, I really don't have any informed | 14:54:59 |
| 14 | opinion on it whatsoever. | 14:55:02 |
| 15 | Q. Okay. And -- and is that still true | 14:55:10 |
| 16 | today? | 14:55:11 |
| 17 | A. That is true today. I -- I, yes, | 14:55:12 |
| 18 | understand why some people consider it | 14:55:14 |
| 19 | disrespectful. But other times, Indians will -- | 14:55:17 |
| 20 | Native Americans will run out to people doing the | 14:55:21 |
| 21 | tomahawk chop. I don't understand it. | 14:55:24 |
| 22 | Q. And at the time of this incident did you | 14:55:37 |
| 23 | have any understanding that some people consider | 14:55:39 |
| 24 | it disrespectful to Native Americans to do the | 14:55:41 |
| 25 | tomahawk chop? | 14:55:45 |

1    A.    I think I knew at that point in time                14:55:46

2    that to some Native Americans it was                      14:55:48

3    disrespectful and that to others it -- that it --         14:55:50

4    other Indians -- or Native Americans are fine             14:55:53

5    with it.                                                  14:55:59

6          At that point, I knew it was                        14:56:02

7    controversial.                                            14:56:03

8    Q.    Did you -- do you have an understanding             14:56:04

9    that some Native Americans feel like it makes fun         14:56:06

10   of their culture?                                         14:56:09

11   A.    As I said, I -- I really don't know why             14:56:10

12   they find it disrespectful.  I guess it makes fun         14:56:12

13   of them somewhat.                                         14:56:17

14   Q.    So earlier you said that you felt                   14:56:18

15   insulted and, you know, mocked by the BHIs.               14:56:20

16         Is it your contention that you felt that            14:56:26

17   you were mocked by the BHIs but Mr. Phillips              14:56:28

18   couldn't have felt that he was being mocked by            14:56:33

19   the students at that point?                               14:56:35

20   A.    I never claimed that he felt like we                14:56:36

21   weren't mocking him.  I mean, he's entitled to            14:56:41

22   feel however he wants to.  What I'm saying is             14:56:45

23   that I -- from my perception, it didn't seem like         14:56:50

24   anyone ever was mocking him.                              14:56:55

25         MR. SIEGEL:  Let's go back to 24 seconds            14:57:00

| | | |
|---|---|---|
| 1 | and go frame by frame.  No.  Go back to 24 and | 14:57:03 |
| 2 | then start frame by frame. | 14:57:22 |
| 3 | MS. MEEK:  Yeah, I did. | 14:57:25 |
| 4 | MR. SIEGEL:  Is that what you did? | 14:57:26 |
| 5 | Okay. | 14:57:28 |
| 6 | BY MR. SIEGEL: | 14:57:34 |
| 7 | Q.   Aren't you doing the tomahawk chop | 14:57:35 |
| 8 | there? | 14:57:37 |
| 9 | A.   No.  I think I had raised my hand up to | 14:57:37 |
| 10 | point at something.  I don't know what I'm -- I | 14:57:40 |
| 11 | don't -- I'm not -- I have my hands like right | 14:57:43 |
| 12 | here. | 14:57:46 |
| 13 | I think there is a difference between | 14:57:49 |
| 14 | this and this, is what I'm getting at. | 14:57:51 |
| 15 | Q.   So it's your testimony that you weren't | 14:57:55 |
| 16 | in any way even sort of slightly trying to join | 14:57:57 |
| 17 | in with the tomahawk chop? | 14:58:00 |
| 18 | A.   No.  I think -- I think when you listen | 14:58:03 |
| 19 | to the video with the audio, and maybe it's from | 14:58:05 |
| 20 | a different angle, you can hear me with my hand | 14:58:08 |
| 21 | up kind of like shrugging and asking what is | 14:58:12 |
| 22 | going on right now. | 14:58:15 |
| 23 | Q.   Okay.  Well, if you hear that at any | 14:58:16 |
| 24 | point in any of the videos, just point it out. | 14:58:18 |
| 25 | A.   Okay. | 14:58:22 |

| 1 | MR. SIEGEL: Okay. So let's keep going | 14:58:22 |
| 2 | in realtime. | 14:58:24 |
| 3 | (Thereupon, a video recording of Exhibit | 14:58:37 |
| 4 | 16 was played.) | 14:58:37 |
| 5 | BY MR. SIEGEL: | 14:58:44 |
| 6 | Q. So at this point, there are still at | 14:58:44 |
| 7 | least two or three rows of students between you | 14:58:48 |
| 8 | and wherever the camera is? | 14:58:52 |
| 9 | A. Yes. | 14:58:54 |
| 10 | MR. SIEGEL: Okay. Let's keep going. | 14:58:58 |
| 11 | MS. MEEK: I just paused at 32, and I'm | 14:59:00 |
| 12 | continuing from that point. | 14:59:03 |
| 13 | MR. SIEGEL: Now, this is at 37, right? | 14:59:10 |
| 14 | MS. MEEK: Yes. | 14:59:13 |
| 15 | BY MR. SIEGEL: | 14:59:13 |
| 16 | Q. Now, at this point, there are a bunch of | 14:59:13 |
| 17 | students to Mr. Phillips' right and to the right | 14:59:16 |
| 18 | of some of the other individuals, the one with | 14:59:19 |
| 19 | the drum and the one with the camera, right? | 14:59:24 |
| 20 | A. Right. | 14:59:27 |
| 21 | Q. Couldn't someone perceive that there | 14:59:28 |
| 22 | were students who were swarming around him at | 14:59:32 |
| 23 | this point? | 14:59:35 |
| 24 | MR. McMURTRY: Objection. Go ahead. | 14:59:35 |
| 25 | A. I mean, to me, not really. | 14:59:36 |

| | | |
|---|---|---|
| 1 | If you look at a couple of the students | 14:59:39 |
| 2 | there, they don't really look like they are | 14:59:42 |
| 3 | swarming. They are looking off at something | 14:59:45 |
| 4 | else. They are not even -- they are at best half | 14:59:47 |
| 5 | interested in what's going on right now. You can | 14:59:52 |
| 6 | see them all looking in a different direction. | 14:59:55 |
| 7 | MR. SIEGEL: Okay. Let's go back and -- | 14:59:58 |
| 8 | to 32 seconds again. | 14:59:59 |
| 9 | (Thereupon, a video recording of Exhibit | 15:00:04 |
| 10 | 16 was played.) | 15:00:04 |
| 11 | MR. SIEGEL: You can stop. | 15:00:21 |
| 12 | BY MR. SIEGEL: | 15:00:21 |
| 13 | Q. So, it could -- I mean, it's just a | 15:00:21 |
| 14 | matter of opinion, right? Somebody could | 15:00:24 |
| 15 | perceive that there are students now who have | 15:00:26 |
| 16 | sort of swarmed around Phillips on both sides, | 15:00:29 |
| 17 | right? | 15:00:32 |
| 18 | A. Yeah. I mean, someone could look at it | 15:00:32 |
| 19 | that way if they wanted to. | 15:00:35 |
| 20 | MR. SIEGEL: Okay. Now let's go back to | 15:00:37 |
| 21 | 32 seconds. | 15:00:40 |
| 22 | MS. MEEK: And for the record, a moment | 15:00:43 |
| 23 | ago, I just stopped at 44 seconds. Now I'm going | 15:00:44 |
| 24 | back to 32 seconds. | 15:00:49 |
| 25 | (Thereupon, a video recording of Exhibit | 15:00:53 |

| | | |
|---|---|---|
| 1 | 16 was played.) | 15:00:53 |
| 2 | MR. SIEGEL:  Okay.  Just go back and | 15:00:56 |
| 3 | start again. | 15:00:59 |
| 4 | BY MR. SIEGEL: | 15:01:09 |
| 5 | Q.    Okay.  So this is at 32 seconds.  Where | 15:01:09 |
| 6 | I showed you this before, there are at this point | 15:01:11 |
| 7 | still several of the students, right, between you | 15:01:13 |
| 8 | and where the camera is, right? | 15:01:16 |
| 9 | A.    Yes. | 15:01:18 |
| 10 | MR. SIEGEL:  Okay.  So let's go about 12 | 15:01:19 |
| 11 | more seconds. | 15:01:21 |
| 12 | (Thereupon, a video recording of Exhibit | 15:01:23 |
| 13 | 16 was played.) | 15:01:23 |
| 14 | MR. SIEGEL:  Okay.  So where is it now, | 15:01:36 |
| 15 | Jessica? | 15:01:39 |
| 16 | MS. MEEK:  44 seconds. | 15:01:39 |
| 17 | BY MR. SIEGEL: | 15:01:41 |
| 18 | Q.    So in those 12 seconds, those several | 15:01:41 |
| 19 | rows of students who were in front of you before | 15:01:43 |
| 20 | have parted for Mr. Mr. Phillips, right? | 15:01:48 |
| 21 | A.    Right. | 15:01:51 |
| 22 | Q.    Okay.  And there are students behind you | 15:01:52 |
| 23 | who are parting as well, right? | 15:01:53 |
| 24 | MR. McMURTRY:  Objection.  I'm not -- | 15:01:53 |
| 25 | part, you mean -- it looks to me like they are | 15:01:55 |

| | | |
|---|---|---|
| 1 | moving away. | 15:01:58 |
| 2 | MR. SIEGEL: Moving to the side. | 15:01:58 |
| 3 | MR. McMURTRY: Well, no, I don't even | 15:01:59 |
| 4 | see that. But go ahead. Ask him the questions. | 15:02:01 |
| 5 | He can -- | 15:02:03 |
| 6 | BY MR. SIEGEL: | 15:02:03 |
| 7 | Q. Okay. Are there students behind you who | 15:02:03 |
| 8 | are moving to the side? | 15:02:06 |
| 9 | A. I mean, it looks like some of the | 15:02:07 |
| 10 | students behind me are moving. | 15:02:09 |
| 11 | MR. SIEGEL: Right. | 15:02:11 |
| 12 | A. I don't -- I don't necessarily know -- I | 15:02:11 |
| 13 | don't know if I would say they are moving aside. | 15:02:12 |
| 14 | MR. SIEGEL: Okay. Let's watch the next | 15:02:16 |
| 15 | few seconds. | 15:02:18 |
| 16 | (Thereupon, a video recording of Exhibit | 15:02:21 |
| 17 | 16 was played.) | 15:02:21 |
| 18 | BY MR. SIEGEL: | 15:02:31 |
| 19 | Q. Okay. Now, most of the students behind | 15:02:31 |
| 20 | you have moved to the side, right? | 15:02:34 |
| 21 | A. I mean, most. There are still, it looks | 15:02:36 |
| 22 | like, three rows deep behind me. | 15:02:39 |
| 23 | Q. It's more -- there are some students at | 15:02:41 |
| 24 | the top of the stairs, right? | 15:02:44 |
| 25 | A. Right. And I can count the blue | 15:02:46 |

| | | |
|---|---|---|
| 1 | sweatshirt, the black, and then the head popping | 15:02:48 |
| 2 | out behind him who were all one after another. | 15:02:51 |
| 3 | Q.   Okay.  Fair enough.  So it would be | 15:02:52 |
| 4 | three rows of students had moved behind you to | 15:02:53 |
| 5 | the side? | 15:02:57 |
| 6 | MR. McMURTRY:  Objection. | 15:02:58 |
| 7 | A.   At least three rows of students are | 15:02:58 |
| 8 | still behind me at this point. | 15:03:01 |
| 9 | BY MR. SIEGEL: | 15:03:03 |
| 10 | Q.   Directly behind you?  No, no, no.  I | 15:03:03 |
| 11 | understand that.  But the three rows -- the | 15:03:06 |
| 12 | several rows of students who were most | 15:03:08 |
| 13 | immediately behind you are not -- | 15:03:10 |
| 14 | A.   Are not there -- | 15:03:12 |
| 15 | Q.   They have all moved to the side, | 15:03:13 |
| 16 | correct? | 15:03:15 |
| 17 | A.   Correct. | 15:03:15 |
| 18 | MR. McMURTRY:  Objection. | 15:03:16 |
| 19 | BY MR. SIEGEL: | 15:03:18 |
| 20 | Q.   So were you aware at the time that | 15:03:18 |
| 21 | students behind you were moving to the side? | 15:03:29 |
| 22 | MR. McMURTRY:  Objection.  Go ahead. | 15:03:31 |
| 23 | A.   I don't really think I was.  Most of my | 15:03:33 |
| 24 | attention was taken up by Nathan Phillips. | 15:03:35 |
| 25 | Q.   Okay.  But certainly Mr. Phillips could | 15:03:39 |

1    have perceived that people behind you were moving              15:03:42

2    to the side?                                                   15:03:45

3         A.    I mean, yes, he could have.  He                     15:03:46

4    definitely saw that there's -- I don't know how                15:03:48

5    many feet of -- excuse me -- I don't know how                  15:03:53

6    many feet of space in between me and the kid with             15:03:56

7    the white hat holding on to a sweatshirt, but we              15:04:00

8    are clearly not shoulder to shoulder.                          15:04:07

9              So it even looks to me as if he just                 15:04:10

10   went around to my right, he had even more room to              15:04:13

11   keep walking if that is what he wanted to do.                  15:04:17

12        Q.    Okay.  And so we've seen, you know, in              15:04:20

13   front of you, there were several students, or a                15:04:25

14   lot of students, who moved to the side, right?                 15:04:29

15        A.    Right.                                              15:04:32

16        Q.    Now, behind you, there were students who            15:04:32

17   moved to the side, right?                                      15:04:35

18        A.    Right.                                              15:04:36

19        Q.    So, I mean, physically, you could have              15:04:37

20   done the same thing, right?  You could have                    15:04:40

21   done -- you could have moved aside as the other                15:04:42

22   students did?                                                  15:04:45

23        A.    I could have moved and risked falling               15:04:46

24   down the steps and, you know, potentially in my                15:04:49

25   fall bumping right into Mr. Phillips and not                   15:04:52

| | | |
|---|---|---|
| 1 | knowing what that would have led to. | 15:04:55 |
| 2 | Q. So it's your testimony, Nick, that you | 15:04:57 |
| 3 | were the only student there, with several rows in | 15:05:01 |
| 4 | front of you and behind you, who somehow were at | 15:05:04 |
| 5 | risk to move to the side? | 15:05:08 |
| 6 | A. That is not what I said. | 15:05:10 |
| 7 | My testimony is that I was on ice and -- | 15:05:11 |
| 8 | and at the current moment, I judged that there | 15:05:16 |
| 9 | was a chance I could have fallen. | 15:05:19 |
| 10 | Q. Did you see before the video where you | 15:05:20 |
| 11 | looked down? | 15:05:24 |
| 12 | A. Yes. | 15:05:24 |
| 13 | Q. Do you remember before? | 15:05:25 |
| 14 | A. Yes. | 15:05:28 |
| 15 | Q. Were you looking down to -- to put | 15:05:28 |
| 16 | yourself in a place that was secure? | 15:05:31 |
| 17 | A. I -- I don't -- I don't know what I | 15:05:36 |
| 18 | was -- I think -- I don't -- I don't remember | 15:05:39 |
| 19 | what I was looking at when I looked down. | 15:05:43 |
| 20 | I mean, I probably just glanced down for | 15:05:46 |
| 21 | a second. | 15:05:49 |
| 22 | I mean, my shoes -- I could have been | 15:05:50 |
| 23 | looking at my shoes which were covered in mud | 15:05:53 |
| 24 | from when I ran back from the Capitol. Because | 15:05:57 |
| 25 | all the dirt streets were -- were mud from the | 15:06:01 |

| | | |
|---|---|---|
| 1 | snow, and I had gotten mud all over my white | 15:06:05 |
| 2 | shoes. | 15:06:09 |
| 3 | Q.    Okay.  There -- the other students | 15:06:10 |
| 4 | weren't physically preventing you at that point | 15:06:21 |
| 5 | from moving? | 15:06:23 |
| 6 | A.    I mean, they parted.  I still had | 15:06:24 |
| 7 | students to my left that are just out of frame | 15:06:26 |
| 8 | that you can't see. | 15:06:30 |
| 9 | I could -- I mean, I could have tried to | 15:06:31 |
| 10 | make my way a little more over towards the kid in | 15:06:35 |
| 11 | the white hat. | 15:06:40 |
| 12 | MR. SIEGEL:  Right. | 15:06:41 |
| 13 | A.    But someone directly behind me, that's | 15:06:41 |
| 14 | almost covered up by me.  And I mean, at that | 15:06:45 |
| 15 | point, I really wasn't looking to see how the | 15:06:49 |
| 16 | crowd had adjusted itself. | 15:06:52 |
| 17 | Q.    Okay.  You later, in a couple of | 15:06:56 |
| 18 | statements, said, I think, you wished that you | 15:07:02 |
| 19 | had walked away? | 15:07:04 |
| 20 | A.    Yes. | 15:07:05 |
| 21 | Q.    So it is right you could have walked | 15:07:06 |
| 22 | away? | 15:07:12 |
| 23 | MR. McMURTRY:  Objection. | 15:07:13 |
| 24 | BY MR. SIEGEL: | 15:07:14 |
| 25 | Q.    At least at this point? | 15:07:14 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Objection. | 15:07:14 |
| 2 | A.    I mean, there was never a point where I | 15:07:16 |
| 3 | was unable to walk -- to walk away.  It was just, | 15:07:18 |
| 4 | in my head, a cost/benefit of what -- if I move | 15:07:23 |
| 5 | now, there is a chance I fall and hit people, | 15:07:26 |
| 6 | especially the person that is in my face, and I | 15:07:29 |
| 7 | don't know how that's going to play out. | 15:07:32 |
| 8 | Q.    Okay.  But at the point that you first | 15:07:37 |
| 9 | made your decision to stay there, you were, as | 15:07:40 |
| 10 | you said in all of the texts, right, feeling that | 15:07:44 |
| 11 | Mr. Phillips was trying to intimidate you and the | 15:07:50 |
| 12 | group and you didn't want that to happen? | 15:07:54 |
| 13 | A.    Right. | 15:07:57 |
| 14 | MR. SIEGEL:  Okay.  Let's go to -- let's | 15:07:58 |
| 15 | keep going a little bit. | 15:08:01 |
| 16 | MS. MEEK:  We are at 52 seconds, which | 15:08:02 |
| 17 | is where we were paused before.  Continuing on. | 15:08:06 |
| 18 | (Thereupon, a video recording of Exhibit | 15:08:11 |
| 19 | 16 was played.) | 15:08:11 |
| 20 | BY MR. SIEGEL: | 15:08:12 |
| 21 | Q.    Okay.  Now you see there are a couple of | 15:08:12 |
| 22 | students who have now -- who were sort of right | 15:08:14 |
| 23 | behind you, and they have moved over some, right? | 15:08:17 |
| 24 | A.    Right. | 15:08:20 |
| 25 | MR. SIEGEL:  Okay.  Keep going. | 15:08:22 |

1          MS. MEEK:  Paused at 56.  Now continuing          15:08:23

2     on.                                                    15:08:26

3          (Thereupon, a video recording of Exhibit          15:08:28

4     16 was played.)                                        15:08:28

5          MS. MEEK:  Paused at 1:05.                        15:08:38

6     BY MR. SIEGEL:                                         15:08:41

7       Q.    Okay.  So, again, at this point, there         15:08:41

8     is still space to your side, to your left and          15:08:43

9     behind you, right?                                     15:08:49

10      A.    To my --                                       15:08:50

11      Q.    To your left.  To your left as you are         15:08:50

12    standing there?                                        15:08:53

13      A.    Yes.  There is space behind me and right       15:08:53

14    and my left.                                           15:08:58

15         MR. SIEGEL:  Okay.  Let's keep going.             15:08:59

16         (Thereupon, a video recording of Exhibit          15:09:06

17    16 was played.)                                        15:09:06

18    BY MR. SIEGEL:                                         15:09:28

19      Q.    Okay.  So you see the fellow in the            15:09:28

20    black hoodie crosses over, right?                      15:09:31

21      A.    Yes.                                           15:09:34

22      Q.    From one side to the other?                    15:09:35

23      A.    Uh-huh.                                        15:09:37

24      Q.    Okay.  Were you -- were you aware of           15:09:37

25    that at the time?                                      15:09:39

| | | |
|---|---|---|
| 1 | A. No. I was not paying attention to | 15:09:40 |
| 2 | behind me. | 15:09:43 |
| 3 | MR. SIEGEL: Okay. Let's go. | 15:09:48 |
| 4 | MS. MEEK: We just paused at 32. I'm | 15:09:49 |
| 5 | restarting from that point. | 15:09:54 |
| 6 | MR. SIEGEL: Just stop a second. So | 15:09:55 |
| 7 | again, where are we at, 1:34? | 15:09:57 |
| 8 | MS. MEEK: Yes. | 15:10:00 |
| 9 | BY MR. SIEGEL: | 15:10:01 |
| 10 | Q. Again, the fellow in the black hoodie | 15:10:01 |
| 11 | has crossed all the way over from one side to the | 15:10:04 |
| 12 | other, right? | 15:10:06 |
| 13 | A. Right. | 15:10:06 |
| 14 | Q. And again, there is space for you on | 15:10:07 |
| 15 | your left side and behind you still at this | 15:10:09 |
| 16 | point, right? | 15:10:11 |
| 17 | A. Right. And at this point, his companion | 15:10:11 |
| 18 | that I described is right next to him, because | 15:10:14 |
| 19 | seeing him a couple frames ago. | 15:10:18 |
| 20 | And if it's me, Phillips and him, he's | 15:10:21 |
| 21 | got a clear shot up and around me if he wants to | 15:10:23 |
| 22 | go there. | 15:10:27 |
| 23 | Q. Okay. And do you -- why does the fact | 15:10:28 |
| 24 | that his companion who is next to him on the | 15:10:32 |
| 25 | right side mean he has a free shot? | 15:10:35 |

| | | |
|---|---|---|
| 1 | A.    Because he has a -- by free shot, I mean | 15:10:39 |
| 2 | he has a free lane to move. | 15:10:42 |
| 3 | Like, as we said earlier, when he got | 15:10:44 |
| 4 | into the group, I at that point didn't know that | 15:10:47 |
| 5 | he wanted to go to the Lincoln.  So in my mind, | 15:10:51 |
| 6 | if -- if I don't know what he wants to do and | 15:10:56 |
| 7 | where he wants to go, I -- and with the ice | 15:10:59 |
| 8 | coming into play, it really didn't seem like | 15:11:03 |
| 9 | there was much of a reason to move because I | 15:11:06 |
| 10 | didn't know where he was trying to go.  And if he | 15:11:09 |
| 11 | wanted to go there, he could have made that clear | 15:11:12 |
| 12 | to me.  I would have moved -- there is a chance I | 15:11:15 |
| 13 | could have moved, but -- | 15:11:18 |
| 14 | Q.    And how would he have made that clear to | 15:11:21 |
| 15 | you in your mind; to say:  Excuse me.  May I | 15:11:25 |
| 16 | pass? | 15:11:30 |
| 17 | A.    Yeah.  I mean, you do that in public all | 15:11:30 |
| 18 | the time. | 15:11:33 |
| 19 | Q.    I just want to go back to -- so now you | 15:11:33 |
| 20 | say your companion -- the person you called his | 15:11:36 |
| 21 | companion is on the right side, right? | 15:11:37 |
| 22 | A.    Right. | 15:11:40 |
| 23 | Q.    His companion is actually physically to | 15:11:41 |
| 24 | his right? | 15:11:44 |
| 25 | A.    Yes. | 15:11:44 |

| | | |
|---|---|---|
| 1 | Q. Which is also to your left now? | 15:11:44 |
| 2 | A. Uh-huh. | 15:11:47 |
| 3 | Q. How does that free up a path for | 15:11:47 |
| 4 | Phillips? Doesn't that make him more pinned in? | 15:11:50 |
| 5 | A. Well, if they -- if they are going to | 15:11:56 |
| 6 | the same area, or they are a part of the same | 15:11:58 |
| 7 | group, it's now easier for them to go somewhere | 15:12:01 |
| 8 | because his companion can go up first and then | 15:12:05 |
| 9 | Phillips can follow him. | 15:12:08 |
| 10 | Q. Even, in fact, assuming that the person | 15:12:10 |
| 11 | you called his companion did exactly what | 15:12:13 |
| 12 | Phillips wanted him to do, wanted to do? | 15:12:16 |
| 13 | A. Well, yeah. I mean, I don't know | 15:12:19 |
| 14 | anything about them. But I know that there is -- | 15:12:22 |
| 15 | there is space right there if either of them want | 15:12:25 |
| 16 | to go there. | 15:12:27 |
| 17 | And I didn't know what their intentions | 15:12:29 |
| 18 | were. So I stayed right where I was. | 15:12:33 |
| 19 | Q. Okay. And you still don't know what was | 15:12:35 |
| 20 | the intent or the intentions of the person you | 15:12:40 |
| 21 | call his companion, right? | 15:12:43 |
| 22 | A. I don't know his intentions. | 15:12:45 |
| 23 | MR. SIEGEL: Okay. Let's keep going. | 15:12:58 |
| 24 | MS. MEEK: Starting from 1:34. | 15:13:00 |
| 25 | (Thereupon, a video recording of Exhibit | 15:13:09 |

| | | |
|---|---|---|
| 1 | 16 was played.) | 15:13:09 |
| 2 | MR. SIEGEL: Okay. | 15:13:21 |
| 3 | MS. MEEK: Paused at 1:55. | 15:13:21 |
| 4 | BY MR. SIEGEL: | 15:13:24 |
| 5 | Q. So at this point, there are students | 15:13:24 |
| 6 | sort of behind you and on the side there that are | 15:13:28 |
| 7 | filling that space back in, right? | 15:13:30 |
| 8 | A. Yeah. They are trying to move | 15:13:33 |
| 9 | somewhere. | 15:13:35 |
| 10 | Q. Okay. Were you -- again, were you -- | 15:13:36 |
| 11 | were you aware of that at the time? Were you | 15:13:38 |
| 12 | aware there were more kids now directly behind | 15:13:40 |
| 13 | you? | 15:13:43 |
| 14 | A. No. I was -- almost all of my attention | 15:13:43 |
| 15 | was placed on Phillips. | 15:13:47 |
| 16 | Q. Did you -- you know, as this went along, | 15:13:51 |
| 17 | did you become aware of that at some point, that | 15:13:56 |
| 18 | there were a bunch of kids kind of right behind | 15:13:59 |
| 19 | you? | 15:14:01 |
| 20 | A. In the back of my head, I knew there | 15:14:01 |
| 21 | were people somewhat all around me. And I -- I | 15:14:05 |
| 22 | guess I somewhat knew that people were moving. | 15:14:09 |
| 23 | But I never actually bothered to think about | 15:14:11 |
| 24 | where they were going and what they were doing. | 15:14:16 |
| 25 | I just knew it was packed and at some point some | 15:14:19 |

| | | |
|---|---|---|
| 1 | people moved. | 15:14:23 |
| 2 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 15:14:25 |
| 3 | 17, which is video 8 of the stip. | 15:14:27 |
| 4 | MR. McMURTRY:  Exhibit 17? | 15:14:39 |
| 5 | MR. SIEGEL:  Yeah, Exhibit 17, video 8 | 15:14:41 |
| 6 | of the stip. | 15:14:45 |
| 7 | (Thereupon, a video recording of Exhibit | 15:15:07 |
| 8 | 17 was played.) | 15:15:07 |
| 9 | BY MR. SIEGEL: | 15:15:14 |
| 10 | Q.   Okay.  Zero seconds.  So, again, Nick, I | 15:15:14 |
| 11 | will ask you the same question.  Do you see where | 15:15:19 |
| 12 | your hand is up? | 15:15:21 |
| 13 | MR. McMURTRY:  Where the cursor is? | 15:15:26 |
| 14 | MR. SIEGEL:  Yeah, where the cursor is. | 15:15:28 |
| 15 | A.   I can't even be sure that that is my | 15:15:30 |
| 16 | hand, to be honest with you.  I don't -- I don't | 15:15:33 |
| 17 | think it is my hand. | 15:15:44 |
| 18 | Q.   You think that's not your hand? | 15:15:46 |
| 19 | A.   No.  I do see a hand in the crowd, | 15:15:47 |
| 20 | but -- | 15:15:50 |
| 21 | MR. McMURTRY:  I'm sorry.  I was just | 15:15:50 |
| 22 | thinking out loud.  I apologize. | 15:15:53 |
| 23 | MR. SIEGEL:  All right.  Human nature. | 15:15:55 |
| 24 | Okay.  So let's go ahead and just play | 15:15:57 |
| 25 | that in realtime. | 15:16:00 |

1          (Thereupon, a video recording of Exhibit          15:16:03

2    17 was played.)                                          15:16:03

3          MS. MEEK:  Paused at 9 seconds.                    15:16:13

4          MR. SIEGEL:  Can we make out Nick?                 15:16:18

5    BY MR. SIEGEL:                                           15:16:22

6      Q.    That's you, where the cursor is                  15:16:22

7    pointing?                                                15:16:24

8      A.    Yes.                                             15:16:24

9      Q.    Okay.  So at this point, it looks like           15:16:25

10   you were standing somewhat to Mr. Phillips' left?        15:16:27

11     A.    Correct.                                         15:16:31

12     Q.    Okay.  And again, at this point, there           15:16:32

13   are students between you and Phillips?                   15:16:35

14     A.    Correct.                                         15:16:38

15     Q.    And there are students -- quite a few            15:16:38

16   students behind you, right, in the rows right            15:16:42

17   behind you?                                              15:16:46

18     A.    Right.                                           15:16:46

19         MR. SIEGEL:  Okay.  Let's restart.                 15:16:47

20         MS. MEEK:  Restarting at 9 seconds.                15:16:49

21         (Thereupon, a video recording of Exhibit           15:16:54

22   17 was played.)                                          15:16:54

23   BY MR. SIEGEL:                                           15:16:56

24     Q.    Okay.  Again, some students in front of          15:16:56

25   you have parted, right, moved out of the way,            15:16:59

| | | |
|---|---|---|
| 1 | between where you and Phillips are, right? | 15:17:02 |
| 2 | A.    Right. | 15:17:05 |
| 3 | Q.    Okay.  And there are still some students | 15:17:06 |
| 4 | standing behind you? | 15:17:09 |
| 5 | A.    Right. | 15:17:10 |
| 6 | MR. SIEGEL:  Okay.  Where are we now? | 15:17:22 |
| 7 | Are we at 15? | 15:17:25 |
| 8 | MS. MEEK:  Yes, this is 15. | 15:17:27 |
| 9 | MR. SIEGEL:  Okay.  Look at yourself and | 15:17:28 |
| 10 | play a couple more seconds. | 15:17:30 |
| 11 | (Thereupon, a video recording of Exhibit | 15:17:34 |
| 12 | 17 was played.) | 15:17:34 |
| 13 | BY MR. SIEGEL: | 15:17:36 |
| 14 | Q.    Do you see you look down? | 15:17:36 |
| 15 | A.    Not really. | 15:17:45 |
| 16 | Q.    Okay.  Let's go back and look at that | 15:17:45 |
| 17 | again. | 15:17:47 |
| 18 | (Thereupon, a video recording of Exhibit | 15:17:50 |
| 19 | 17 was played.) | 15:17:50 |
| 20 | BY MR. SIEGEL: | 15:17:56 |
| 21 | Q.    Do you see that looking down? | 15:17:56 |
| 22 | A.    Yeah.  I'm looking down that way. | 15:17:58 |
| 23 | MR. SIEGEL:  Okay. | 15:18:01 |
| 24 | MS. MEEK:  We are at 16 seconds. | 15:18:03 |
| 25 | MR. SIEGEL:  Now, just frame -- go frame | 15:18:14 |

1    by frame a little bit more.                          15:18:16

2          (Thereupon, a video recording of Exhibit       15:18:19

3    17 was played.)                                      15:18:19

4          MR. SIEGEL:  Okay.  Stop.                      15:18:20

5    BY MR. SIEGEL:                                       15:18:21

6       Q.    So it looks like the camera is blocked      15:18:21

7    by the white hat, right?                             15:18:24

8       A.    Right.                                      15:18:26

9       Q.    But it looks like at this point there is    15:18:27

10   nobody between you and Mr. Phillips?                  15:18:30

11      A.    Correct.                                     15:18:32

12      Q.    Okay.  And it looks like at this point       15:18:33

13   you and Phillips are kind of facing each other?      15:18:41

14      A.    Right.                                       15:18:43

15          MR. SIEGEL:  Okay.  All right.  Let's go       15:18:51

16   a few more seconds.                                  15:18:53

17          MS. MEEK:  Starting at 16.                     15:19:00

18          (Thereupon, a video recording of Exhibit       15:19:02

19   17 was played.)                                      15:19:02

20   BY MR. SIEGEL:                                        15:19:06

21      Q.    Do you see now Phillips has turned to        15:19:06

22   his left -- I mean, to his left a little bit,         15:19:10

23   right?                                                15:19:12

24      A.    Right.                                       15:19:12

25      Q.    And he's looking -- he's not looking at      15:19:13

| | | |
|---|---|---|
| 1 | you now, right? | 15:19:15 |
| 2 | A.    Correct. | 15:19:16 |
| 3 | Q.    He is looking -- you are sort of looking | 15:19:16 |
| 4 | at him, but he's not looking at you, right? | 15:19:18 |
| 5 | A.    Right. | 15:19:20 |
| 6 | Q.    He's looking up towards his left? | 15:19:21 |
| 7 | A.    Right. | 15:19:25 |
| 8 | MR. SIEGEL:  Where are we now, at 20 | 15:19:25 |
| 9 | seconds? | 15:19:26 |
| 10 | MS. MEEK:  Yes. | 15:19:27 |
| 11 | BY MR. SIEGEL: | 15:19:28 |
| 12 | Q.    And so right now, the -- the student who | 15:19:28 |
| 13 | is standing right in front of Phillips is | 15:19:32 |
| 14 | Cammeron, right? | 15:19:37 |
| 15 | A.    Correct. | 15:19:40 |
| 16 | MR. SIEGEL:  Okay.  So let's go -- just | 15:19:41 |
| 17 | another second frame by frame. | 15:19:42 |
| 18 | (Thereupon, a video recording of Exhibit | 15:19:46 |
| 19 | 17 was played.) | 15:19:46 |
| 20 | MR. SIEGEL:  Now stop.  Where are we | 15:19:52 |
| 21 | now? | 15:19:54 |
| 22 | MS. MEEK:  21 seconds. | 15:19:54 |
| 23 | BY MR. SIEGEL: | 15:19:56 |
| 24 | Q.    Now, Cammeron has just moved over, | 15:19:56 |
| 25 | right? | 15:20:01 |

| | | |
|---|---|---|
| 1 | A.    Right. | 15:20:01 |
| 2 | Q.    Moved over to his right? | 15:20:01 |
| 3 | A.    Right. | 15:20:04 |
| 4 | Q.    So he is no longer standing in front of | 15:20:04 |
| 5 | Phillips, right? | 15:20:07 |
| 6 | A.    Right. | 15:20:08 |
| 7 | Q.    And so do you know why Mr. Phillips | 15:20:09 |
| 8 | turned to his left after first facing you and | 15:20:15 |
| 9 | looked towards his left? | 15:20:20 |
| 10 | A.    No. | 15:20:22 |
| 11 | Q.    Is it possible that he was trying to see | 15:20:24 |
| 12 | if Cammeron and you would move out of his way? | 15:20:26 |
| 13 | MR. McMURTRY:  Objection. | 15:20:32 |
| 14 | A.    That's possible.  But if you rewind the | 15:20:33 |
| 15 | video a couple of seconds, you will see that | 15:20:37 |
| 16 | there was a lot less students to go through if he | 15:20:40 |
| 17 | had gone to my right, which the other angle shows | 15:20:44 |
| 18 | when his companion gets up next to him. | 15:20:48 |
| 19 | Q.    At this -- right now, you are saying | 15:20:51 |
| 20 | there is lots of room on the right? | 15:20:53 |
| 21 | A.    No.  I'm saying if you rewind it a | 15:20:55 |
| 22 | couple seconds ago, you will see a lot less | 15:20:58 |
| 23 | students, and they are a lot more spread out to | 15:21:01 |
| 24 | my right. | 15:21:04 |
| 25 | MR. SIEGEL:  Let's go back a couple -- | 15:21:05 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY: To his right. | 15:21:05 |
| 2 | BY MR. SIEGEL: | 15:21:06 |
| 3 | Q. You are saying to your -- | 15:21:06 |
| 4 | A. No. To -- to my left. My right now on | 15:21:06 |
| 5 | the video. | 15:21:12 |
| 6 | MR. McMURTRY: We are at five hours now. | 15:21:12 |
| 7 | You can go over, but -- | 15:21:14 |
| 8 | MR. SIEGEL: Are we? | 15:21:16 |
| 9 | MR. McMURTRY: Yes. | 15:21:17 |
| 10 | MR. SIEGEL: Okay. Let's go back over | 15:21:17 |
| 11 | those two frames. | 15:21:19 |
| 12 | MS. MEEK: Starting at 19 seconds. | 15:21:20 |
| 13 | (Thereupon, a video recording of Exhibit | 15:21:33 |
| 14 | 17 was played.) | 15:21:33 |
| 15 | MR. SIEGEL: Okay. So keep going. | 15:21:34 |
| 16 | THE WITNESS: Right there. | 15:21:37 |
| 17 | BY MR. SIEGEL: | 15:21:37 |
| 18 | Q. Okay. So -- so your testimony is that, | 15:21:37 |
| 19 | if I understand what you are saying, is that if | 15:21:43 |
| 20 | Mr. Phillips at that point wanted to try to | 15:21:47 |
| 21 | find -- find a path, he could have made a better | 15:21:49 |
| 22 | decision by looking to your right? | 15:21:57 |
| 23 | A. Right. He could have gone around that | 15:21:59 |
| 24 | kid with what I think is a Notre Dame Irish | 15:22:01 |
| 25 | beanie on and gotten all the way up to the kid | 15:22:08 |

| | | |
|---|---|---|
| 1 | with both the sweatshirt and the red hat. | 15:22:11 |
| 2 | Q. And it's your testimony he should have | 15:22:14 |
| 3 | walked right through those snow piles? | 15:22:16 |
| 4 | A. Why? I mean, what -- why wouldn't he be | 15:22:18 |
| 5 | able to? Is there a chance that he would have | 15:22:21 |
| 6 | fallen maybe? | 15:22:24 |
| 7 | Q. Your testimony is that a 65-year-old man | 15:22:26 |
| 8 | should have just walked right through the snow | 15:22:30 |
| 9 | piles. Do you see there are like three snow | 15:22:33 |
| 10 | piles on the three steps? | 15:22:36 |
| 11 | A. Oh, I mean -- | 15:22:37 |
| 12 | Q. Is it visible here? | 15:22:39 |
| 13 | MR. McMURTRY: You don't need to argue | 15:22:39 |
| 14 | it out with him. Just -- just answer the | 15:22:41 |
| 15 | question. Is there a question? | 15:22:42 |
| 16 | A. My -- | 15:22:44 |
| 17 | MR. McMURTRY: Wait a second. Let's see | 15:22:45 |
| 18 | if there's a question. | 15:22:46 |
| 19 | BY MR. SIEGEL: | 15:22:47 |
| 20 | Q. I just want to say, your testimony is | 15:22:47 |
| 21 | that a roughly 65-year-old man could have walked | 15:22:49 |
| 22 | up through those three snow piles to your right? | 15:22:54 |
| 23 | MR. McMURTRY: First off, objection. | 15:22:57 |
| 24 | You have already suggested that Nick should have | 15:22:58 |
| 25 | walked up that way as if he did something wrong. | 15:23:01 |

1    If you can answer --                                    15:23:04

2          MR. SIEGEL:  No, I didn't say that.  But          15:23:04

3    go ahead.                                               15:23:05

4          MR. McMURTRY:  Well, it is the same               15:23:06

5    frame.  No, it is the same frame.  Right in             15:23:08

6    there, where you said everybody was moving and          15:23:10

7    there was space for him to move, that is where he       15:23:12

8    would -- you were suggesting that Nick move.  Now       15:23:14

9    you are calling into question Nick's judgment by        15:23:17

10   suggesting his suggestion that Phillips do --           15:23:21

11         MR. SIEGEL:  No, what I'm asking is why           15:23:21

12   is it his testimony that he somehow was                 15:23:23

13   encumbered but a 65-year-old man, roughly               15:23:26

14   65-year-old man, in his view --                         15:23:28

15         MR. McMURTRY:  And you argued the                 15:23:31

16   opposite point.  But now you are arguing his            15:23:32

17   side.  You are just arguing both sides.  That's         15:23:35

18   all I'm saying.                                         15:23:38

19         But go ahead and answer the question.             15:23:39

20   A.    My -- my testimony is that if I -- if I           15:23:41

21   would have been able to move out of the way, then       15:23:43

22   he should have been able to go up.                      15:23:46

23         I mean, that's two sides of the same              15:23:48

24   coin.  If -- if it's dangerous for me to move,          15:23:52

25   it's dangerous for him.                                 15:23:54

1        If it wasn't for him, then it wouldn't    15:23:56

2  have been for me either.                        15:23:58

3        It seems like Mr. Phillips and I both     15:24:00

4  made the same judgment right here that we both  15:24:02

5  prefer not to move on the snow and ice.  That is 15:24:05

6  my point.                                       15:24:10

7    Q.    And your contention is you made a       15:24:10

8  different judgment than all the other students  15:24:13

9  who were standing on those same steps and moved 15:24:16

10 to the side?                                     15:24:19

11   A.    Yes, the same way that Phillips did.     15:24:21

12   Q.    Well, how do you know what judgment      15:24:23

13 Phillips made?                                   15:24:25

14   A.    Because I -- I saw what judgment he made 15:24:26

15 because I was two feet in front of him and I saw 15:24:29

16 where he moved.                                  15:24:31

17   Q.    You don't know what was in his mind?     15:24:32

18   A.    Oh, I'm not -- I'm not claiming I knew   15:24:36

19 what was in his mind.  I'm saying I saw the      15:24:39

20 result of his thinking in his actions.          15:24:42

21   Q.    Right.  So let's go back to the          15:24:45

22 question.  Right?                                15:24:48

23   A.    Okay.                                    15:24:49

24   Q.    So we have established that initially    15:24:49

25 you and Phillips came face to face?              15:24:52

| | | |
|---|---|---|
| 1 | A.    Right. | 15:24:54 |
| 2 | Q.    And Phillips turns to his left? | 15:24:55 |
| 3 | A.    Right. | 15:24:56 |
| 4 | Q.    He is looking at Cammeron? | 15:24:57 |
| 5 | A.    Right. | 15:25:00 |
| 6 | Q.    Right?  And Cammeron moves -- | 15:25:00 |
| 7 | A.    Right. | 15:25:02 |
| 8 | Q.    -- to the right?  And then Phillips | 15:25:02 |
| 9 | turns back towards you, right? | 15:25:04 |
| 10 | A.    Right. | 15:25:06 |
| 11 | Q.    So isn't it possible that Mr. Phillips | 15:25:06 |
| 12 | at that point was trying to see if you all would | 15:25:10 |
| 13 | create a path to his left -- | 15:25:16 |
| 14 |         MR. McMURTRY:  Objection. | 15:25:18 |
| 15 | BY MR. SIEGEL: | 15:25:18 |
| 16 | Q.    -- so he could move that way? | 15:25:18 |
| 17 | A.    Correct.  But I don't think there is a | 15:25:20 |
| 18 | difference.  Because the way this is being shaped | 15:25:23 |
| 19 | is that if I moved, he would have had a safer | 15:25:27 |
| 20 | path.  When in reality, the conditions on my | 15:25:31 |
| 21 | left, where we can see that it's clear and where | 15:25:34 |
| 22 | I actually was, were the same; and mine, if not, | 15:25:37 |
| 23 | might have been a little worse. | 15:25:44 |
| 24 | Q.    Well, again, that is not my question. | 15:25:45 |
| 25 |         My question is, it's possible that | 15:25:48 |

| | | |
|---|---|---|
| 1 | Phillips was, when he turned to his left and | 15:25:52 |
| 2 | looked at Cammeron and Cammeron moved out of the | 15:25:56 |
| 3 | way, looked back and looked at you, that Phillips | 15:25:59 |
| 4 | was trying to see if you guys would both move to | 15:26:03 |
| 5 | create a path for him to go towards what would | 15:26:08 |
| 6 | now be where you are standing? | 15:26:14 |
| 7 | MR. McMURTRY:  Objection. | 15:26:15 |
| 8 | BY MR. SIEGEL: | 15:26:16 |
| 9 | Q.    Slightly to your right.  Isn't that | 15:26:16 |
| 10 | possible? | 15:26:18 |
| 11 | MR. McMURTRY:  Objection.  Go ahead. | 15:26:19 |
| 12 | A.    It's possible he was thinking that. | 15:26:20 |
| 13 | Again, he never made that clear. | 15:26:22 |
| 14 | BY MR. SIEGEL: | 15:26:25 |
| 15 | Q.    He never made that clear, meaning he | 15:26:25 |
| 16 | didn't articulate it -- | 15:26:28 |
| 17 | A.    Correct. | 15:26:29 |
| 18 | Q.    -- to you at the -- at the moment? | 15:26:30 |
| 19 | A.    Correct. | 15:26:31 |
| 20 | MR. SIEGEL:  Okay.  Okay.  Let's just go | 15:26:31 |
| 21 | a little bit more. | 15:26:48 |
| 22 | MS. MEEK:  We were just discussing a | 15:26:50 |
| 23 | frame at 20 seconds.  I will continue the video | 15:26:53 |
| 24 | from that point. | 15:26:56 |
| 25 | MR. McMURTRY:  We are at five hours and | 15:26:57 |

| 1  | six minutes.                                           | 15:26:59 |
| 2  | MR. SIEGEL:  Okay.                                     | 15:27:00 |
| 3  | MR. McMURTRY:  I'm not stopping you.                   | 15:27:00 |
| 4  | I'm just telling you.                                  | 15:27:02 |
| 5  | (Thereupon, a video recording of Exhibit              | 15:27:06 |
| 6  | 17 was played.)                                        | 15:27:06 |
| 7  | MS. MEEK:  I just paused at 32 seconds.                | 15:27:17 |
| 8  | BY MR. SIEGEL:                                         | 15:27:20 |
| 9  | Q.    Okay.  So again, at this point in the           | 15:27:20 |
| 10 | video there are students behind you who have          | 15:27:24 |
| 11 | parted as well, right, or moved, moved to the         | 15:27:27 |
| 12 | side?                                                 | 15:27:30 |
| 13 | A.    Right.                                          | 15:27:31 |
| 14 | MR. SIEGEL:  Okay.  All right.  Let's                 | 15:27:32 |
| 15 | quickly -- we will do part of one more video and      | 15:27:33 |
| 16 | then we will stop.  Okay?  I think that would be      | 15:27:36 |
| 17 | sort of a logical breaking point.                     | 15:27:39 |
| 18 | MR. McMURTRY:  That's fine.                           | 15:27:41 |
| 19 | MR. SIEGEL:  Obviously, for the record,               | 15:27:42 |
| 20 | it will be less time tomorrow.                        | 15:27:44 |
| 21 | MR. McMURTRY:  Video -- which is the                  | 15:28:08 |
| 22 | video?                                                | 15:28:09 |
| 23 | MR. SIEGEL:  I'm sorry.  Exhibit 18,                  | 15:28:10 |
| 24 | which is video 17 of the stip.  Sorry.  1 minute,    | 15:28:12 |
| 25 | 55 seconds.                                           | 15:28:20 |

| | | |
|---|---|---|
| 1 | (Thereupon, a video recording of Exhibit | 15:28:38 |
| 2 | 18 was played.) | 15:28:38 |
| 3 | MR. SIEGEL:  Let's go 10 more seconds. | 15:28:54 |
| 4 | (Thereupon, a video recording of Exhibit | 15:29:01 |
| 5 | 18 was played.) | 15:29:01 |
| 6 | BY MR. SIEGEL: | 15:29:08 |
| 7 | Q.    It looks like you were sort of cupping | 15:29:08 |
| 8 | your mouth, maybe yelling something there.  Do | 15:29:11 |
| 9 | you want to look at it again? | 15:29:13 |
| 10 | MR. SIEGEL:  Just do a quick -- | 15:29:17 |
| 11 | MS. MEEK:  This is at 2 minutes and 25 | 15:29:17 |
| 12 | seconds. | 15:29:20 |
| 13 | (Thereupon, a video recording of Exhibit | 15:29:33 |
| 14 | 18 was played.) | 15:29:33 |
| 15 | A.    Yes. | 15:29:45 |
| 16 | BY MR. SIEGEL: | 15:29:45 |
| 17 | Q.    What were you -- do you know what you | 15:29:45 |
| 18 | were yelling? | 15:29:48 |
| 19 | A.    I do not. | 15:29:48 |
| 20 | Q.    Okay.  So, again, at this point, there | 15:29:49 |
| 21 | are several rows of students between you and the | 15:29:53 |
| 22 | camera, right? | 15:29:59 |
| 23 | A.    Correct. | 15:30:00 |
| 24 | MR. SIEGEL:  Okay.  Let's restart. | 15:30:00 |
| 25 | MS. MEEK:  Restarting at 2 minutes and | 15:30:02 |

| | | |
|---|---|---|
| 1 | 25 seconds. | 15:30:06 |
| 2 | (Thereupon, a video recording of Exhibit | 15:30:08 |
| 3 | 18 was played.) | 15:30:08 |
| 4 | MR. SIEGEL:  We can keep going. | 15:30:11 |
| 5 | (Thereupon, a video recording of Exhibit | 15:30:31 |
| 6 | 18 was played.) | 15:30:31 |
| 7 | MR. SIEGEL:  Okay.  So now we are at -- | 15:30:33 |
| 8 | where are we at now, Jessie? | 15:30:34 |
| 9 | MS. MEEK:  2 minutes and 45 seconds. | 15:30:36 |
| 10 | BY MR. SIEGEL: | 15:30:38 |
| 11 | Q.    Okay.  So, again, there are still two or | 15:30:38 |
| 12 | three rows of students between you and the | 15:30:41 |
| 13 | camera? | 15:30:44 |
| 14 | A.    Yes. | 15:30:44 |
| 15 | MR. SIEGEL:  Okay.  Keep going. | 15:30:45 |
| 16 | (Thereupon, a video recording of Exhibit | 15:30:48 |
| 17 | 18 was played.) | 15:30:48 |
| 18 | BY MR. SIEGEL: | 15:31:09 |
| 19 | Q.    So -- | 15:31:09 |
| 20 | MS. MEEK:  We just paused at 3 minutes | 15:31:11 |
| 21 | and 7 seconds. | 15:31:13 |
| 22 | BY MR. SIEGEL: | 15:31:15 |
| 23 | Q.    Okay.  So now you're -- you're -- from | 15:31:15 |
| 24 | this angle, you're -- the fellow who you don't | 15:31:17 |
| 25 | know is to your right, right, behind you in the | 15:31:21 |

| | | |
|---|---|---|
| 1 | black hoodie? | 15:31:24 |
| 2 | Who is the fellow in the Notre Dame hat | 15:31:26 |
| 3 | right behind you, a little to your left? | 15:31:31 |
| 4 | A.    I think I was able to identify him on | 15:31:33 |
| 5 | the stills.  It's kind of hard to right here. | 15:31:36 |
| 6 | But I would assume -- I would guess, based off | 15:31:40 |
| 7 | this picture, that it's Chase Donahue. | 15:31:44 |
| 8 | Q.    Chase Donahue?  Okay. | 15:31:47 |
| 9 | A.    I could be wrong. | 15:31:50 |
| 10 | Q.    Is he somebody you knew? | 15:31:51 |
| 11 | A.    He was in my grade, yeah. | 15:31:52 |
| 12 | MR. SIEGEL:  Okay.  Let's go ahead. | 15:32:02 |
| 13 | (Thereupon, a video recording of Exhibit | 15:32:05 |
| 14 | 18 was played.) | 15:32:05 |
| 15 | BY MR. SIEGEL: | 15:32:07 |
| 16 | Q.    Okay.  From that angle, Nick, didn't you | 15:32:07 |
| 17 | just move over to your right a little? | 15:32:10 |
| 18 | A.    Can you rewind it? | 15:32:13 |
| 19 | MR. SIEGEL:  Sure. | 15:32:15 |
| 20 | MR. McMURTRY:  Can you go frame by frame | 15:32:15 |
| 21 | backwards? | 15:32:18 |
| 22 | MS. MEEK:  Not on a VLC player.  I'm | 15:32:19 |
| 23 | starting at 3:07. | 15:32:27 |
| 24 | MR. McMURTRY:  Do it frame by frame, | 15:32:29 |
| 25 | please. | 15:32:31 |

| | | |
|---|---|---|
| 1 | I mean, I can't -- you say this stuff. | 15:32:32 |
| 2 | I can't see it. I'm just trying to know whether | 15:32:34 |
| 3 | I need to object or not. | 15:32:36 |
| 4 | You are saying he moved forward. Can | 15:32:38 |
| 5 | you identify where he moved -- | 15:32:41 |
| 6 | MR. SIEGEL: No. My question was, you | 15:32:43 |
| 7 | moved to your right? | 15:32:46 |
| 8 | (Thereupon, a video recording of Exhibit | 15:32:58 |
| 9 | 18 was played.) | 15:32:58 |
| 10 | MS. MEEK: We just did frame by frame | 15:33:29 |
| 11 | from 3:07 to 3:12. | 15:33:31 |
| 12 | BY MR. SIEGEL: | 15:33:35 |
| 13 | Q. So from that vantage point, Nick, is | 15:33:35 |
| 14 | when you moved some to your right? | 15:33:36 |
| 15 | A. I answered so as I may have. It's | 15:33:38 |
| 16 | somewhat hard to tell with the video. Whoever | 15:33:41 |
| 17 | recorded this, it's kind of shaky. I could have. | 15:33:44 |
| 18 | It's -- it's -- I can't put a definite answer on | 15:33:49 |
| 19 | it. | 15:33:53 |
| 20 | Q. Okay. And at this point, it looks like | 15:33:56 |
| 21 | there are still maybe one or two rows of students | 15:33:59 |
| 22 | between you and the camera? | 15:34:02 |
| 23 | A. Correct. | 15:34:04 |
| 24 | MR. SIEGEL: Okay. Let's keep going | 15:34:08 |
| 25 | realtime. | 15:34:12 |

| | | |
|---|---|---|
| 1 | MS. MEEK:  Starting at 3 minutes and 12 | 15:34:12 |
| 2 | seconds. | 15:34:15 |
| 3 | (Thereupon, a video recording of Exhibit | 15:34:38 |
| 4 | 18 was played.) | 15:34:38 |
| 5 | MS. MEEK:  Paused at 3 minutes and 32 | 15:34:39 |
| 6 | seconds. | 15:34:42 |
| 7 | BY MR. SIEGEL: | 15:34:43 |
| 8 | Q.    Okay.  So at this point, Nick, am I | 15:34:43 |
| 9 | correct that the student to your left as you are | 15:34:47 |
| 10 | looking from the stairs is Beau? | 15:34:50 |
| 11 | A.    Yes. | 15:34:53 |
| 12 | Q.    Okay.  And do you see on your right, | 15:35:01 |
| 13 | there is a student in a -- like a gray hoodie and | 15:35:03 |
| 14 | a blue or black ski hat? | 15:35:08 |
| 15 | A.    Yes. | 15:35:11 |
| 16 | Q.    Do you know who that is? | 15:35:12 |
| 17 | A.    Yes. | 15:35:13 |
| 18 | Q.    Who's that? | 15:35:13 |
| 19 | A.    That's Joe Kiely. | 15:35:13 |
| 20 | Q.    Joe Kiely.  Okay.  So Joe Kiely is on | 15:35:15 |
| 21 | your right and Beau's on your left.  I will try | 15:35:19 |
| 22 | to remember those names. | 15:35:24 |
| 23 | And the guy -- the guy -- there is a guy | 15:35:28 |
| 24 | who you don't know, right, a row behind, between | 15:35:32 |
| 25 | you and Beau? | 15:35:36 |

1     A.    Correct.                                          15:35:37

2     Q.    You are a little bit to his right.  Beau          15:35:38

3  is a little bit to his left.  Right?                       15:35:41

4     A.    Yes.                                              15:35:43

5           MR. SIEGEL:  Okay.  Let's go.                     15:35:48

6           MS. MEEK:  Continuing on from 3:32.               15:35:49

7           (Thereupon, a video recording of Exhibit          15:35:55

8  18 was played.)                                            15:35:55

9           MS. MEEK:  Paused at 3:37.                        15:35:57

10 BY MR. SIEGEL:                                             15:36:02

11    Q.    Okay.  So now Beau's -- Beau's sort of            15:36:02

12 moving over to the side, right?  He is moving              15:36:09

13 over to your left.  And the other guy, the blue            15:36:12

14 ski hat --                                                 15:36:21

15    A.    Joe.                                              15:36:22

16    Q.    -- Joe is moving over to your right?              15:36:22

17    A.    Right.                                            15:36:25

18    Q.    Okay.  And let's go -- okay.  And you             15:36:28

19 are still standing in front of the fellow with            15:36:36

20 the black sweatshirt sort of to his right, right?         15:36:40

21    A.    Right.                                            15:36:44

22          MR. SIEGEL:  Okay.  Let's play it.                15:36:44

23          MS. MEEK:  Playing from 3 minutes and 37         15:36:46

24 seconds.                                                   15:36:51

25          (Thereupon, a video recording of Exhibit          15:36:54

| | | |
|---|---|---|
| 1 | 18 was played.) | 15:36:54 |
| 2 | MS. MEEK:  Paused at 3 minutes and 42 | 15:36:55 |
| 3 | seconds. | 15:36:58 |
| 4 | BY MR. SIEGEL: | 15:36:58 |
| 5 | Q.    Okay.  Nick, do we see you look down | 15:36:58 |
| 6 | again? | 15:37:01 |
| 7 | A.    Yeah. | 15:37:02 |
| 8 | Q.    And did you move a little bit over to | 15:37:03 |
| 9 | your left? | 15:37:06 |
| 10 | A.    My left? | 15:37:07 |
| 11 | Q.    Your left as you were standing there? | 15:37:10 |
| 12 | A.    Can you replay it? | 15:37:13 |
| 13 | MR. SIEGEL:  Sure. | 15:37:15 |
| 14 | MS. MEEK:  Going back to 3:37.  We will | 15:37:19 |
| 15 | pause at 3:42. | 15:37:24 |
| 16 | BY MR. SIEGEL: | 15:37:26 |
| 17 | Q.    Just to get it into the record, so now | 15:37:26 |
| 18 | you are to the right of the fellow in the black | 15:37:29 |
| 19 | sweatshirt who you don't know, right? | 15:37:32 |
| 20 | A.    Right. | 15:37:34 |
| 21 | MR. SIEGEL:  Go ahead and play it. | 15:37:34 |
| 22 | (Thereupon, a video recording of Exhibit | 15:37:37 |
| 23 | 18 was played.) | 15:37:37 |
| 24 | BY MR. SIEGEL: | 15:37:43 |
| 25 | Q.    It seems like you just moved over a | 15:37:43 |

| | | |
|---|---|---|
| 1 | little to your left? | 15:37:46 |
| 2 | A.    I think the guy behind me moved.  I | 15:37:47 |
| 3 | think I kind of -- if I moved over, it may have | 15:37:49 |
| 4 | been two inches, an inch.  I think I was just | 15:37:52 |
| 5 | kind of resetting my footing on the step. | 15:37:55 |
| 6 | MR. McMURTRY:  We do need to wrap it up. | 15:37:59 |
| 7 | BY MR. SIEGEL: | 15:38:02 |
| 8 | Q.    Okay.  So -- so you may have been | 15:38:02 |
| 9 | repositioning yourself a little bit, just | 15:38:03 |
| 10 | resetting your footing? | 15:38:07 |
| 11 | A.    Yeah, resetting my footing.  If I moved, | 15:38:08 |
| 12 | it was very minimal to where it was not -- was | 15:38:11 |
| 13 | not noticeable, for the most part, besides when | 15:38:14 |
| 14 | you slow down the frame. | 15:38:17 |
| 15 | Q.    Well, you say it's not noticeable for | 15:38:18 |
| 16 | the most part.  Can you say that it's absolutely | 15:38:20 |
| 17 | not noticeable to somebody who was watching this | 15:38:23 |
| 18 | at the time? | 15:38:26 |
| 19 | A.    No.  I'm -- I'm just saying that the | 15:38:26 |
| 20 | movement in which I did was minimal.  It's not | 15:38:30 |
| 21 | like I slid over a foot or two.  I moved six | 15:38:33 |
| 22 | inches at the most. | 15:38:39 |
| 23 | MR. SIEGEL:  Okay.  And at this point, | 15:38:50 |
| 24 | you're -- let's go six more seconds, and then we | 15:38:53 |
| 25 | will -- | 15:38:54 |

| | | |
|---|---|---|
| 1 | MS. MEEK: Starting at 3:42. | 15:38:55 |
| 2 | MR. SIEGEL: Yes. | 15:38:57 |
| 3 | (Thereupon, a video recording of Exhibit | 15:39:00 |
| 4 | 18 was played.) | 15:39:00 |
| 5 | BY MR. SIEGEL: | 15:39:04 |
| 6 | Q. So at this point, you are right in front | 15:39:04 |
| 7 | of Nathan Phillips, right? | 15:39:07 |
| 8 | A. Right. | 15:39:09 |
| 9 | MR. SIEGEL: Okay. Let's call it a day | 15:39:10 |
| 10 | and come back tomorrow. | 15:39:12 |
| 11 | MR. McMURTRY: See you in the morning. | 15:39:13 |
| 12 | MR. SIEGEL: For my prep purposes, how | 15:39:14 |
| 13 | long did we go today? | 15:39:16 |
| 14 | THE VIDEOGRAPHER: Counsel, would you | 15:39:19 |
| 15 | like to go off the record and I can tell you the | 15:39:20 |
| 16 | full amount? | 15:39:22 |
| 17 | MR. SIEGEL: Sure. | 15:39:23 |
| 18 | THE VIDEOGRAPHER: We are going off the | 15:39:24 |
| 19 | record. The time is 3:39 p.m. | 15:39:25 |
| 20 | (Off the record at 3:39 p.m.) | 15:39:29 |
| 21 | Tuesday, September 14, 2021 Continuation of the | 09:14:27 |
| 22 | deposition of Nicholas Sandmann | 09:14:27 |
| 23 | THE VIDEOGRAPHER: This begins day two, | 09:14:35 |
| 24 | continuing the deposition of Nicholas Sandmann in | 09:14:37 |
| 25 | the matter of Nicholas Sandmann, et al. versus | 09:14:39 |

| | | |
|---|---|---|
| 1 | NBCUniversal Media, LLC, Case Number | 09:14:43 |
| 2 | 19-CV-00056-WOB-CJS, and Nicholas Sandmann, et | 09:14:47 |
| 3 | al. versus The New York Times Company dba The New | 09:14:57 |
| 4 | York Times, Case Number 20-CV-00023-WOB-CJS, and | 09:14:58 |
| 5 | Nicholas Sandmann, et al. versus CBS News, | 09:15:09 |
| 6 | Incorporated, et al., Case Number | 09:15:13 |
| 7 | 20-CV-00024-WOB-CJS, and Nicholas Sandmann, et | 09:15:15 |
| 8 | al. versus ABC News, Incorporated, et al., Case | 09:15:24 |
| 9 | Number 2:20-CV-00025-WOB-CJS, and Nicholas | 09:15:28 |
| 10 | Sandmann, et al. versus Gannett Company, | 09:15:39 |
| 11 | Incorporated, et al., Case Number | 09:15:44 |
| 12 | 2:20-CV-00026-WOB-CJS, and Nicholas Sandmann, et | 09:15:46 |
| 13 | al. versus Rolling Stone, LLC, et al., Case | 09:15:54 |
| 14 | Number 2:20-CV-00027-WOB-CJS, all cases filed in | 09:15:59 |
| 15 | the United States District Court Eastern District | 09:16:08 |
| 16 | of Kentucky Northern Division at Covington. | 09:16:12 |
| 17 | Today's date is Tuesday, September 14th, | 09:16:15 |
| 18 | 2021.  The time on the video monitor is now | 09:16:18 |
| 19 | 9:16 a.m. eastern daylight time. | 09:16:21 |
| 20 | The videographer today is John Parkman | 09:16:26 |
| 21 | representing Planet Depos. | 09:16:26 |
| 22 | This video deposition is taking place | 09:16:27 |
| 23 | remotely via Zoom video conference. | 09:16:29 |
| 24 | Would counsel please voice-identify | 09:16:32 |
| 25 | themselves and state whom they represent? | 09:16:32 |

| 1  | MR. McMURTRY:  Todd McMurtry here | 09:16:36 |
| 2  | representing the Plaintiff, Nicholas Sandmann. | 09:16:39 |
| 3  | MR. SIEGEL:  Nathan Siegel, Davis, | 09:16:42 |
| 4  | Wright, Tremaine, representing ABC. | 09:16:42 |
| 5  | MR. FORD:  Darren Ford representing | 09:16:46 |
| 6  | NBCUniversal, LLC, and The New York Times | 09:16:47 |
| 7  | Company. | 09:16:51 |
| 8  | MR. SHOOK:  Kevin Shook representing | 09:16:52 |
| 9  | Rolling Stone. | 09:16:55 |
| 10 | MS. KRISHNAN:  Meenu Krishnan | 09:16:58 |
| 11 | representing ABC. | 09:17:00 |
| 12 | MR. ABATE:  Michael Abate representing | 09:17:02 |
| 13 | Gannett Satellite Information. | 09:17:05 |
| 14 | MR. GRYGIEL:  Michael Grygiel, Greenberg | 09:17:07 |
| 15 | Traurig, also representing Gannett and Gannett | 09:17:10 |
| 16 | Satellite. | 09:17:11 |
| 17 | MS. SPEARS:  Natalie Spears representing | 09:17:12 |
| 18 | CBS Defendants. | 09:17:17 |
| 19 | MR. CRAIG:  Bob Craig for Defendant ABC. | 09:17:22 |
| 20 | MR. GOELLNER:  Ryan Goellner for | 09:17:28 |
| 21 | Defendants Rolling Stone and Penske Media. | 09:17:30 |
| 22 | MR. HUBER:  Will Huber for Plaintiff | 09:17:34 |
| 23 | Nick Sandmann. | 09:17:38 |
| 24 | THE VIDEOGRAPHER:  The court reporter | 09:17:44 |
| 25 | today is Dianna Kilgalen also representing Planet | 09:17:45 |

| | | |
|---|---|---|
| 1 | Depos. | 09:17:48 |
| 2 | Will the reporter please swear in the | 09:17:53 |
| 3 | witness? | 09:17:53 |
| 4 | MR. SIEGEL:  Before you do, before we go | 09:17:53 |
| 5 | on the record, can you hear me okay?  I ask only | 09:17:55 |
| 6 | because yesterday, there was a microphone in | 09:18:02 |
| 7 | front of me, but I don't think I have one yet | 09:18:02 |
| 8 | today, so. | 09:18:02 |
| 9 | THE REPORTER:  I can hear you fine, | 09:18:02 |
| 10 | Mr. Siegel. | 09:18:04 |
| 11 | MR. SIEGEL:  Okay.  But we can start. | 09:18:08 |
| 12 | Go ahead.  You can swear the witness in.  Wait. | 09:18:17 |
| 13 | Yeah. | 09:18:17 |
| 14 | MR. McMURTRY:  We don't need to. | 09:18:17 |
| 15 | MR. SIEGEL:  We waive -- he's already | 09:18:19 |
| 16 | sworn. | 09:18:22 |
| 17 | THE REPORTER:  Okay. | 09:18:22 |
| 18 | MR. SIEGEL:  We all agree to that. | 09:18:23 |
| 19 | Okay? | 09:18:27 |
| 20 | THE REPORTER:  Okay. | 09:18:28 |
| 21 | MR. SIEGEL:  And everything is fine with | 09:18:32 |
| 22 | the video? | 09:18:34 |
| 23 | THE VIDEOGRAPHER:  Yes, sir.  You may | 09:18:35 |
| 24 | proceed. | 09:18:39 |
| 25 | MR. SIEGEL:  Okay.  Great. | 09:18:39 |

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 09:18:39 |
| 2 | NICHOLAS SANDMAN, having been previously | 09:18:39 |
| 3 | duly sworn, was recalled and testified as | 09:18:39 |
| 4 | follows: | 09:18:39 |
| 5 | EXAMINATION BY COUNSEL FOR THE DEFENDANTS ABC | 09:18:39 |
| 6 | NEWS, INC., ABC NEWS INTERACTIVE, INC., AND THE | 09:18:39 |
| 7 | WALT DISNEY COMPANY | 09:18:39 |
| 8 | BY MR. SIEGEL: | 09:18:39 |
| 9 | Q.   Good morning, Nick.  We are going to | 09:18:39 |
| 10 | continue with some of the video we were showing. | 09:18:42 |
| 11 | And I will ask if you can just try to pay | 09:18:45 |
| 12 | attention on this to what you can hear from the | 09:18:50 |
| 13 | crowd.  Okay?  Thanks. | 09:18:53 |
| 14 | So we are going to start at Exhibit 18, | 09:18:56 |
| 15 | which is video 17 on the stip. | 09:19:02 |
| 16 | MS. MEEK:  It is video 19. | 09:19:06 |
| 17 | MR. SIEGEL:  I'm sorry.  Why don't you | 09:19:09 |
| 18 | call it out?  You will -- | 09:19:11 |
| 19 | MS. MEEK:  We are starting on Exhibit 18 | 09:19:12 |
| 20 | at 4 minutes and 38 seconds. | 09:19:17 |
| 21 | MR. SIEGEL:  She has it as video 17.  I | 09:19:23 |
| 22 | just want to make sure there is no -- | 09:19:26 |
| 23 | MS. MEEK:  Maybe it was adjusted later. | 09:19:27 |
| 24 | MR. SIEGEL:  Yeah.  It's video 17. | 09:19:29 |
| 25 | MS. MEEK:  This one is video 2. | 09:19:33 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  Right.  Exhibit 18, video | 09:19:34 |
| 2 | 2 -- video 17.  Okay.  We will go with that.  I | 09:19:37 |
| 3 | will double check it just to make sure of it. | 09:19:41 |
| 4 | (Thereupon, a video recording of Exhibit | 09:19:44 |
| 5 | 18 was played.) | 09:19:44 |
| 6 | BY MR. SIEGEL: | 09:19:51 |
| 7 | Q.   Do you -- do you hear a couple of kids | 09:19:51 |
| 8 | saying:  You can't move him? | 09:19:53 |
| 9 | A.   No.  You can replay it. | 09:19:55 |
| 10 | MR. SIEGEL:  Yeah.  Let's replay it. | 09:19:59 |
| 11 | MS. MEEK:  Starting again at 4:38. | 09:20:02 |
| 12 | (Thereupon, a video recording of Exhibit | 09:20:07 |
| 13 | 18 was played.) | 09:20:07 |
| 14 | BY MR. SIEGEL: | 09:20:12 |
| 15 | Q.   Did you hear that? | 09:20:12 |
| 16 | A.   Yes. | 09:20:14 |
| 17 | Q.   Okay.  Did you hear that at the time? | 09:20:14 |
| 18 | A.   I'm not sure if I did.  And from this, I | 09:20:19 |
| 19 | can't really tell who said it. | 09:20:22 |
| 20 | Q.   Okay.  And what do you understand it to | 09:20:25 |
| 21 | mean? | 09:20:33 |
| 22 | MR. McMURTRY:  Objection.  Go ahead. | 09:20:33 |
| 23 | A.   I understand that based off whoever -- | 09:20:35 |
| 24 | whoever said it, whether it was a student from | 09:20:39 |
| 25 | Cov Cath, a third party or someone associated | 09:20:43 |

| | | |
|---|---|---|
| 1 | with Mr. Phillips, that Mr. Phillips would be | 09:20:46 |
| 2 | unable to move me. | 09:20:52 |
| 3 | BY MR. SIEGEL: | 09:20:55 |
| 4 | Q.    Okay.  Do you -- whoever said it, right, | 09:20:55 |
| 5 | do you think it would be fair to say that that | 09:21:03 |
| 6 | could be interpreted as taunting Mr. Phillips? | 09:21:05 |
| 7 | MR. McMURTRY:  Objection. | 09:21:11 |
| 8 | A.    No. | 09:21:12 |
| 9 | BY MR. SIEGEL: | 09:21:13 |
| 10 | Q.    And why not? | 09:21:13 |
| 11 | A.    Because I -- whoever said it was, I | 09:21:14 |
| 12 | think -- or I think was noticing how close | 09:21:20 |
| 13 | Mr. Phillips was to me and simply stating the | 09:21:23 |
| 14 | obvious, that Mr. Phillips could not move me. | 09:21:28 |
| 15 | Q.    Okay.  So, what, they were in your -- | 09:21:32 |
| 16 | so -- | 09:21:38 |
| 17 | MR. McMURTRY:  He answered the question. | 09:21:41 |
| 18 | MR. SIEGEL:  No.  That's fair. | 09:21:43 |
| 19 | BY MR. SIEGEL: | 09:21:45 |
| 20 | Q.    And so, your -- in your opinion, they | 09:21:45 |
| 21 | weren't in any way -- well, I will rephrase it. | 09:21:47 |
| 22 | Do you think that was disrespectful to | 09:21:51 |
| 23 | Mr. Phillips, whoever said it? | 09:21:53 |
| 24 | MR. McMURTRY:  Objection. | 09:21:56 |
| 25 | A.    No, because I don't think Mr. Phillips | 09:21:57 |

| | | |
|---|---|---|
| 1 | has a right to move me. | 09:21:59 |
| 2 | BY MR. SIEGEL: | 09:22:03 |
| 3 | Q.   Okay.  Would it be fair to say that | 09:22:03 |
| 4 | people -- someone could reasonably disagree with | 09:22:07 |
| 5 | you about whether that was disrespectful to him | 09:22:10 |
| 6 | in that moment? | 09:22:13 |
| 7 | MR. McMURTRY:  Objection. | 09:22:14 |
| 8 | A.   I disagree with that. | 09:22:14 |
| 9 | MR. SIEGEL:  Yeah, I understand you | 09:22:16 |
| 10 | would disagree with it. | 09:22:17 |
| 11 | A.   No, I don't think it's reasonable to | 09:22:19 |
| 12 | think that. | 09:22:21 |
| 13 | Q.   Okay.  So you -- you think that your | 09:22:21 |
| 14 | opinion is the only reasonable opinion? | 09:22:23 |
| 15 | MR. McMURTRY:  Objection. | 09:22:25 |
| 16 | A.   I didn't say that.  I think it's just | 09:22:25 |
| 17 | unreasonable to think that it would be respectful | 09:22:28 |
| 18 | to be able to move me out of the way. | 09:22:31 |
| 19 | BY MR. SIEGEL: | 09:22:35 |
| 20 | Q.   Well, what the person said was:  You | 09:22:35 |
| 21 | can't move him, right? | 09:22:39 |
| 22 | A.   Right. | 09:22:41 |
| 23 | Q.   So what -- so why do you think it would | 09:22:42 |
| 24 | be disrespectful to think that Mr. Phillips could | 09:22:49 |
| 25 | move you out of the way? | 09:22:56 |

| | | |
|---|---|---|
| 1 | A.    Because Mr. Phillips and I have never | 09:22:58 |
| 2 | known each other for our entire lives, and for | 09:23:01 |
| 3 | him to physically move me out of the way would | 09:23:06 |
| 4 | involve him in some way using some kind of force | 09:23:10 |
| 5 | to alter where I was.  And to me, that's very | 09:23:14 |
| 6 | disrespectful to put your hands on someone you | 09:23:18 |
| 7 | don't know. | 09:23:21 |
| 8 | Q.    Okay.  What about, do you think it would | 09:23:22 |
| 9 | be disrespectful for Mr. Phillips to -- strike | 09:23:26 |
| 10 | that. | 09:23:35 |
| 11 | Okay.  Let's keep going. | 09:23:44 |
| 12 | MS. MEEK:  Starting at 4:43. | 09:23:46 |
| 13 | MR. SIEGEL:  Listen here, because it's | 09:23:48 |
| 14 | literally like two or three seconds.  Okay?  We | 09:23:49 |
| 15 | will replay it, if we need to. | 09:23:51 |
| 16 | (Thereupon, a video recording of Exhibit | 09:23:55 |
| 17 | 18 was played.) | 09:23:55 |
| 18 | BY MR. SIEGEL: | 09:23:56 |
| 19 | Q.    Did you hear somebody say:  Get him? | 09:23:56 |
| 20 | A.    It kind of cut off. | 09:23:58 |
| 21 | MR. SIEGEL:  It actually was | 09:24:00 |
| 22 | literally -- listen to it again. | 09:24:01 |
| 23 | (Thereupon, a video recording of Exhibit | 09:24:17 |
| 24 | 18 was played.) | 09:24:17 |
| 25 | A.    Yes, I hear that. | 09:24:18 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 09:24:20 |
| 2 | Q.    Okay.  Did you hear that at the time? | 09:24:20 |
| 3 | A.    It's possible. | 09:24:22 |
| 4 | Q.    Do you know who said either one of | 09:24:31 |
| 5 | those? | 09:24:33 |
| 6 | A.    No. | 09:24:33 |
| 7 | Q.    Okay.  What do you understand it to | 09:24:34 |
| 8 | mean? | 09:24:39 |
| 9 |        MR. McMURTRY:  Objection.  Go ahead. | 09:24:40 |
| 10 | A.    To be honest, I don't really know what | 09:24:41 |
| 11 | they mean by that.  I -- I don't -- I don't | 09:24:44 |
| 12 | really know. | 09:24:51 |
| 13 | BY MR. SIEGEL: | 09:24:52 |
| 14 | Q.    Okay.  Could that be interpreted as | 09:24:52 |
| 15 | disrespectful to Phillips? | 09:24:55 |
| 16 |        MR. McMURTRY:  Objection. | 09:24:57 |
| 17 | BY MR. SIEGEL: | 09:24:58 |
| 18 | Q.    In your opinion. | 09:24:58 |
| 19 | A.    That could be interpreted. | 09:25:00 |
| 20 | Q.    Okay.  Now, at this point -- let's | 09:25:02 |
| 21 | just -- | 09:25:04 |
| 22 |        MR. SIEGEL:  For the record, the time | 09:25:05 |
| 23 | code? | 09:25:07 |
| 24 |        MS. MEEK:  4 minutes and 46 seconds. | 09:25:08 |
| 25 | BY MR. SIEGEL: | 09:25:12 |

1      Q.    Okay.  So at this point, there is          09:25:12
2   still -- this is a little bit of an angle, but      09:25:15
3   there are still several rows of space behind you,   09:25:19
4   right, where there -- where there are not any       09:25:22
5   kids?                                               09:25:24
6      A.    Correct.                                   09:25:24
7            MR. McMURTRY:  Objection.  Go ahead.       09:25:24
8      A.    Correct.                                   09:25:26
9            MR. SIEGEL:  Okay.  Let's keep playing     09:25:26
10  it.                                                 09:25:29
11           (Thereupon, a video recording of Exhibit   09:25:30
12  18 was played.)                                     09:25:30
13           MS. MEEK:  I just paused at 5 minutes.     09:25:46
14  BY MR. SIEGEL:                                      09:25:50
15     Q.    Okay.  So in that roughly 15 seconds we    09:25:50
16  saw, right, the students have all kind of filled    09:25:52
17  back in, right?                                     09:25:56
18     A.    Right.                                     09:25:57
19     Q.    And so you have several kids that are      09:25:58
20  right behind you at that point and closer on your   09:26:04
21  side, et cetera, right?                             09:26:06
22     A.    Correct.                                   09:26:07
23     Q.    Okay.  And you testified before that the   09:26:08
24  longer it went on, the more I felt like getting     09:26:13
25  out of there; at first I didn't want to; then       09:26:17

| | | |
|---|---|---|
| 1 | when I did, I realized I didn't have the option. | 09:26:19 |
| 2 | Was this about the point where you were sort of | 09:26:23 |
| 3 | thinking I wish I could get out of here? | 09:26:26 |
| 4 | A.    Yes.  After a couple minutes, when I | 09:26:29 |
| 5 | realized that he wasn't going to move around me | 09:26:32 |
| 6 | or go anywhere else, it started to make me feel | 09:26:36 |
| 7 | uncomfortable.  Because in my opinion, it was | 09:26:42 |
| 8 | very awkward, and I -- I just felt as if the | 09:26:45 |
| 9 | longer he stayed there, the more weird the | 09:26:51 |
| 10 | encounter was, which made me want to leave more. | 09:26:57 |
| 11 | MR. SIEGEL:  Okay.  Let's go to -- can | 09:27:02 |
| 12 | you hand, Nick and Todd, Exhibit 19, which is -- | 09:27:06 |
| 13 | the Bates numbers are NS 105 and 106. | 09:27:14 |
| 14 | Nick, you have the same initials as me, | 09:27:21 |
| 15 | and this completely confounds me throughout this | 09:27:25 |
| 16 | case.  I keep thinking I'm looking at my name. | 09:27:28 |
| 17 | BY MR. SIEGEL: | 09:27:36 |
| 18 | Q.    So this is -- this appears to be -- | 09:27:36 |
| 19 | well, you tell us what this is. | 09:27:37 |
| 20 | A.    This is an e-mail I sent the time day | 09:27:39 |
| 21 | after the encounter to my principal. | 09:27:41 |
| 22 | Q.    Okay.  And I take it you -- you wrote | 09:27:49 |
| 23 | this, right? | 09:27:52 |
| 24 | A.    Correct. | 09:27:53 |
| 25 | Q.    Okay.  I'm going to try to go -- do you | 09:27:54 |

1    see the sentence that's maybe about a third of          09:28:07

2    the way down where it says:  We did the normal          09:28:10

3    spirit cheers?                                          09:28:13

4            I'm actually going to start on the next         09:28:15

5    one, which says:  At this point, I was in the           09:28:18

6    middle surrounded.                                      09:28:20

7        A.    Okay.                                         09:28:22

8            MR. McMURTRY:  Where are we?                    09:28:23

9        A.    I see it, at this point.                      09:28:23

10   BY MR. SIEGEL:                                          09:28:26

11       Q.    So you say:  At this point, I was in the      09:28:26

12   middle surrounded by all other 250-ish students.        09:28:28

13           So do you -- when you said 250-ish in           09:28:33

14   the e-mail, do you believe that is about accurate       09:28:36

15   in terms of the number of students who were             09:28:39

16   there?  And Covington students, is what I mean.         09:28:44

17       A.    To be honest, at this point -- and even       09:28:47

18   now I don't know the actual total number of             09:28:50

19   students there.  And at the time of writing this        09:28:53

20   e-mail, I was under a lot of duress and just            09:28:57

21   writing off the top of my head.  So I would not         09:29:01

22   take this 250 number literally.                         09:29:05

23       Q.    Okay.  Fair enough.                           09:29:07

24           So a couple of sentences later, you say:        09:29:12

25   Our students moved out of his way.  It was as if        09:29:16

1    he was trying to make a path through our section,     09:29:20

2    which was obviously unsafe.                           09:29:23

3           So it appeared to you that Phillips was        09:29:25

4    trying to make a path through the students?           09:29:32

5    A.     Yes, based off their reaction.                 09:29:34

6    Q.     Okay.  Did you think all the other             09:29:38

7    students were doing something that was unsafe?        09:29:47

8    A.     No.  I -- I meant, obviously, unsafe,          09:29:50

9    and then as in unsafe that Nathan Phillips was        09:29:54

10   walking through our section.                          09:29:58

11   Q.     No, I understand that.  I'm sorry.  I --       09:30:05

12   I -- that was a confusing question.                   09:30:07

13          Did you think that by making a path for        09:30:10

14   Mr. Phillips, right, so that he continued to walk     09:30:14

15   forward, the other students were allowing him to      09:30:17

16   do something that was unsafe?  Is that clear?         09:30:23

17   A.     Yes.  I --                                     09:30:28

18          MR. McMURTRY:  Objection to the form of        09:30:28

19   the question.  Go ahead.  Sorry.                      09:30:30

20   A.     I meant this as what Nathan Phillips was       09:30:32

21   doing was unsafe for us as students.                  09:30:35

22   BY MR. SIEGEL:                                        09:30:40

23   Q.     Okay.  And why did you think it was            09:30:40

24   unsafe?                                               09:30:44

25   A.     As I testified earlier, this is based         09:30:44

| | | |
|---|---|---|
| 1 | off of my understanding of how field trips | 09:30:49 |
| 2 | operate ever since I had been in first grade, | 09:30:52 |
| 3 | which was that we don't -- we don't let, you | 09:30:56 |
| 4 | know, strangers who are not affiliated or cleared | 09:30:59 |
| 5 | with the school to walk through that closely to | 09:31:05 |
| 6 | us. | 09:31:10 |
| 7 | I mean, our school even has whole | 09:31:11 |
| 8 | programs set up to like basically background | 09:31:16 |
| 9 | checking, clear volunteers.  So this was out of | 09:31:20 |
| 10 | the ordinary to me. | 09:31:23 |
| 11 | Q.    Okay.  Did you feel like you had better | 09:31:25 |
| 12 | judgment about what was safe at that moment than | 09:31:47 |
| 13 | Mr. Phillips? | 09:31:49 |
| 14 | MR. McMURTRY:  Objection.  Go ahead. | 09:31:50 |
| 15 | A.    I wasn't really -- I wasn't really | 09:31:51 |
| 16 | thinking as to -- in the moment as to what -- | 09:31:54 |
| 17 | whether Mr. Phillips was or was not thinking | 09:31:59 |
| 18 | about what was safe.  I was only reacting off of | 09:32:02 |
| 19 | what I was thinking. | 09:32:06 |
| 20 | BY MR. SIEGEL: | 09:32:09 |
| 21 | Q.    Okay.  You then say -- you also write to | 09:32:09 |
| 22 | Principal Roe:  As he approached me, he realized | 09:32:23 |
| 23 | I was not moving and locked eye contact with me. | 09:32:26 |
| 24 | Right? | 09:32:30 |
| 25 | A.    Right. | 09:32:30 |

1    Q.    So your perception was that Phillips          09:32:33

2    realized you were not moving, and then he locked    09:32:37

3    eye contact with you?                                09:32:40

4    A.    Correct.                                       09:32:42

5          MR. McMURTRY:  Objection.  Go ahead.           09:32:42

6    BY MR. SIEGEL:                                       09:32:43

7    Q.    Did you feel like the two of you were at       09:32:43

8    an impasse?                                          09:32:46

9          MR. McMURTRY:  Objection.  Go ahead.           09:32:48

10   A.    In some form of it, yes.                       09:32:51

11   BY MR. SIEGEL:                                       09:32:55

12   Q.    Okay.  Isn't it possible he locked eye         09:32:55

13   contact with you because he realized you were the    09:33:00

14   only student who wasn't moving and he perceived      09:33:03

15   that you were intentionally blocking him?            09:33:07

16         MR. McMURTRY:  Objection.                       09:33:10

17   A.    I don't think that's possible.                 09:33:10

18   BY MR. SIEGEL:                                       09:33:12

19   Q.    Why?                                           09:33:12

20         MR. McMURTRY:  Objection.                       09:33:13

21   A.    Because when he first looked at me, he         09:33:14

22   was still next to Joe and the other student on my    09:33:19

23   right, left on the video.  And so there is no way    09:33:23

24   for me to block him when I'm five or six feet        09:33:26

25   away from him.  He waited to come up to me and       09:33:30

| | | |
|---|---|---|
| 1 | then claim that I blocked him. | 09:33:33 |
| 2 | Q.    So when do you maintain he first -- | 09:33:36 |
| 3 | he -- let's go back a second. | 09:33:40 |
| 4 | The other students are parting, right? | 09:33:45 |
| 5 | At what point do you maintain that | 09:33:47 |
| 6 | Phillips locked eye contact with you? | 09:33:49 |
| 7 | A.    At some -- at some point before -- a | 09:33:52 |
| 8 | couple of seconds before he approached me.  He | 09:33:55 |
| 9 | looked at me and then walked towards me. | 09:33:59 |
| 10 | Q.    So he was -- wasn't he walking -- he was | 09:34:01 |
| 11 | walking through the students, right? | 09:34:07 |
| 12 | A.    Right. | 09:34:09 |
| 13 | Q.    And he was walking forward, right? | 09:34:09 |
| 14 | A.    Right. | 09:34:12 |
| 15 | Q.    So he was walking towards you, right? | 09:34:12 |
| 16 | A.    Right. | 09:34:19 |
| 17 | Q.    And then stopped in front of you? | 09:34:19 |
| 18 | A.    No.  Because as we saw yesterday, he | 09:34:22 |
| 19 | went a little bit to the left, and then he came | 09:34:25 |
| 20 | back. | 09:34:27 |
| 21 | Q.    Well, Correct.  So he first stopped in | 09:34:28 |
| 22 | front of you? | 09:34:30 |
| 23 | MR. McMURTRY:  Objection. | 09:34:31 |
| 24 | BY MR. SIEGEL: | 09:34:31 |
| 25 | Q.    And then he went a little to the left. | 09:34:31 |

1    Then he looked back to you, right?                         09:34:33

2            MR. McMURTRY:  Objection.                          09:34:35

3    A.    Right.                                               09:34:36

4    BY MR. SIEGEL:                                             09:34:37

5    Q.    We saw that on the video, right?                     09:34:37

6    A.    Right.                                               09:34:41

7    Q.    So he -- it's the point where you say --             09:34:41

8    you are saying he locked eye contact with you             09:34:44

9    when he kind of first came to you, before he              09:34:48

10   moved to the -- before he looked to the left and          09:34:51

11   then looked back?                                          09:34:54

12   A.    Well, I think -- I -- when I describe                09:34:55

13   when he locked eye contact with me, that was when         09:34:57

14   he came back after he had gone off to the left.           09:35:00

15   Q.    Got it.  Okay.                                       09:35:06

16         Okay.  So we saw this on the video,                  09:35:15

17   right, when he first approached you, approached           09:35:20

18   where you were, right?                                     09:35:23

19   A.    Uh-huh.                                              09:35:24

20   Q.    And then he looked to the left?                      09:35:25

21   A.    Right.                                               09:35:26

22   Q.    He looks at Cammeron?  Is that Cammeron?             09:35:27

23   A.    I think Cammeron and Joe.                            09:35:35

24   Q.    So Cammeron.  And then Cammeron moves               09:35:37

25   over?                                                      09:35:40

| | | |
|---|---|---|
| 1 | A.    Uh-huh. | 09:35:40 |
| 2 | MR. McMURTRY:  You need to answer yes. | 09:35:41 |
| 3 | BY MR. SIEGEL: | 09:35:42 |
| 4 | Q.    Right?  Yes?  Looks back at you, right? | 09:35:42 |
| 5 | And you don't move. | 09:35:44 |
| 6 | So why do you contend it's not possible | 09:35:46 |
| 7 | that he locked eye -- that he at that point | 09:35:49 |
| 8 | locked eye contact with you because he realized | 09:35:52 |
| 9 | you were the only student who wasn't moving? | 09:35:55 |
| 10 | MR. McMURTRY:  Objection.  I don't | 09:35:58 |
| 11 | understand the question. | 09:36:01 |
| 12 | MR. SIEGEL:  Fair enough. | 09:36:03 |
| 13 | A.    I don't understand it either. | 09:36:05 |
| 14 | BY MR. SIEGEL: | 09:36:05 |
| 15 | Q.    So why do you contend at that point | 09:36:05 |
| 16 | he -- Joe had just moved, right? | 09:36:08 |
| 17 | A.    Right. | 09:36:10 |
| 18 | Q.    Other students had moved as he | 09:36:11 |
| 19 | approached where you were, right? | 09:36:13 |
| 20 | So why do you contend that it's | 09:36:16 |
| 21 | impossible that he locked eye contact with you | 09:36:22 |
| 22 | because he realized that you were the only | 09:36:25 |
| 23 | student who wasn't moving and so his perception | 09:36:28 |
| 24 | was that you were trying to block him? | 09:36:33 |
| 25 | MR. McMURTRY:  Objection. | 09:36:35 |

1    A.    That is a question that can't be --          09:36:40

2  that's compounded in a way that doesn't allow me     09:36:44

3  to answer it correctly.  I contend that he locked    09:36:47

4  eyes with me because I wasn't moving, but I did      09:36:51

5  not block him.                                       09:36:55

6  BY MR. SIEGEL:                                       09:36:57

7    Q.    Well, I -- I understand that that's what     09:36:57

8  you contend.  Okay?                                  09:37:00

9    A.    Yes.                                         09:37:01

10   Q.    But my question is, okay, so he locks        09:37:01

11 eye contact with you because you weren't moving?     09:37:05

12   A.    Right.                                       09:37:08

13   Q.    Right?                                       09:37:09

14        MR. McMURTRY:  Objection.  I don't think      09:37:10

15 he testified that he locked eye contact with him.    09:37:11

16        MR. SIEGEL:  That is exactly what he          09:37:14

17 just testified to.                                   09:37:15

18        MR. McMURTRY:  Well, let's read it back       09:37:16

19 so I can be educated.                                09:37:18

20        MR. SIEGEL:  Okay.                            09:37:20

21        MR. McMURTRY:  If he -- he may have           09:37:21

22 answered one of your leading questions              09:37:23

23 incorrectly, but I mean --                           09:37:25

24        MR. SIEGEL:  I think you are really           09:37:27

25 crossing over the line here now, Todd.               09:37:28

1        MR. McMURTRY:  I don't think --                    09:37:31

2        MR. SIEGEL:  I'm fine if you want --               09:37:31

3        MR. McMURTRY:  Let's read it back so I             09:37:33

4   can see if that's what he said.                         09:37:43

5        THE REPORTER:  Exactly what do you want            09:37:43

6   me to read back, Counsel?                               09:37:46

7        MR. SIEGEL:  Maybe go one or two                   09:37:47

8   questions back.                                         09:37:49

9        MR. McMURTRY:  Sure.  I guess we are off           09:37:57

10  the record.                                             09:38:00

11       MR. SIEGEL:  Yes.                                  09:38:02

12       MR. McMURTRY:  Your -- your contention            09:38:03

13  question is, is that --                                 09:38:03

14       THE REPORTER:  We are not off the                  09:38:06

15  record.                                                 09:38:06

16       MR. McMURTRY:  Okay.  Well, go -- get             09:38:06

17  your question.                                          09:38:06

18       THE REPORTER:  Do you want me to read it           09:38:06

19  back?                                                   09:38:07

20       MR. McMURTRY:  Yes.                                09:38:10

21       THE REPORTER:  One second.                         09:38:11

22       MR. SIEGEL:  I think it's somewhere in            09:38:28

23  the course of where Nick said something about a         09:38:32

24  compound question.                                      09:38:35

25           (Thereupon, the proceedings from Page          09:39:17

| | | |
|---|---|---|
| 1 | 266, Line 21 to Page 267, Line 8 were read back | 09:39:17 |
| 2 | by the reporter.) | 09:39:17 |
| 3 | MR. SIEGEL:  Okay? | 09:39:17 |
| 4 | MR. McMURTRY:  Okay. | 09:39:18 |
| 5 | MR. SIEGEL:  That's fine. | 09:39:25 |
| 6 | BY MR. SIEGEL: | 09:39:29 |
| 7 | Q.   So I understand you contend that -- | 09:39:29 |
| 8 | so -- okay.  And I will rephrase the question. | 09:39:31 |
| 9 | So he locked eye contact with you | 09:39:42 |
| 10 | because you were the only student who wasn't | 09:39:46 |
| 11 | moving, right? | 09:39:48 |
| 12 | A.   Yes. | 09:39:49 |
| 13 | Q.   So couldn't he have perceived that you | 09:39:50 |
| 14 | were intentionally blocking him? | 09:39:58 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 09:39:59 |
| 16 | A.   I mean, he could perceive whatever he | 09:40:00 |
| 17 | wants to.  That doesn't mean it's actually | 09:40:03 |
| 18 | truthful. | 09:40:05 |
| 19 | MR. SIEGEL:  Okay.  Let's go. | 09:40:07 |
| 20 | Q.   Do you see the sentence that has the | 09:40:23 |
| 21 | word "elder" in it? | 09:40:26 |
| 22 | A.   Yes. | 09:40:28 |
| 23 | Q.   I'm aware what happened to Elder; and as | 09:40:28 |
| 24 | I saw the cameras, I was determined to not have | 09:40:33 |
| 25 | that happen to our school. | 09:40:36 |

1     A.     Right.                                            09:40:37

2     Q.     Can you explain what that means, what             09:40:37

3  you meant by that?                                          09:40:39

4     A.     I used to remember more about it.  But            09:40:39

5  all I can basically remember is that Elder, which           09:40:42

6  is a high school in Cincinnati, it's in the                 09:40:46

7  Catholic school system, played a basketball game            09:40:50

8  against another Catholic school, and they chanted           09:40:54

9  racial slurs at one of the basketball players,              09:40:59

10  the student section did.                                   09:41:02

11     Q.     Okay.  And what about that -- what was           09:41:05

12  it about the event with Elder that you thought             09:41:15

13  related to what was happening at the memorial?             09:41:20

14     A.     The fact that, as I was looking at               09:41:24

15  Nathan Phillips, I started to look more and more           09:41:27

16  at the background, and there were four, five               09:41:31

17  cameras that I could see, and that made me                 09:41:35

18  uncomfortable.  And that's what -- that was what           09:41:39

19  I initially thought of.  Because we had had that           09:41:43

20  assembly just recently before we went on the trip          09:41:46

21  to DC.                                                     09:41:52

22         So I -- I, for some reason, thought that            09:41:53

23  cameras could mean that, you know, something               09:41:59

24  viral happens and the school will look bad for             09:42:04

25  it, not necessarily the content of what they did           09:42:07

| | | |
|---|---|---|
| 1 | compared to what was happening there, but just, | 09:42:10 |
| 2 | you know, a news headline, which I didn't want. | 09:42:14 |
| 3 | Q.    Okay.  You then say:  I am sure he | 09:42:23 |
| 4 | wanted to intimidate me or get a reaction as he | 09:42:25 |
| 5 | moved into my personal space and hit the drum | 09:42:29 |
| 6 | harder than he had before. | 09:42:32 |
| 7 | What reaction did you think Phillips | 09:42:35 |
| 8 | wanted to get out of you? | 09:42:37 |
| 9 | A.    I would say something other than me -- | 09:42:39 |
| 10 | something -- I think Nathan Phillips wanted a | 09:42:46 |
| 11 | reaction out of me that he could legitimately | 09:42:49 |
| 12 | claim was disrespectful. | 09:42:54 |
| 13 | Q.    And why do you think that? | 09:42:55 |
| 14 | A.    Because when he came -- when he walked | 09:42:58 |
| 15 | over, there was -- he already had people from the | 09:43:01 |
| 16 | indigenous people's rally filming before he had | 09:43:06 |
| 17 | even gotten -- gotten into the middle of the | 09:43:11 |
| 18 | group.  And in my opinion, you usually don't film | 09:43:15 |
| 19 | things unless you are expecting something to | 09:43:19 |
| 20 | happen. | 09:43:21 |
| 21 | Q.    And what is the basis of your statement | 09:43:21 |
| 22 | that Nathan Phillips had people filming? | 09:43:24 |
| 23 | A.    Based off what I noticed and then | 09:43:30 |
| 24 | footage afterwards where one of the men that was | 09:43:35 |
| 25 | filming and -- or one of the men that was a part | 09:43:38 |

| | | |
|---|---|---|
| 1 | of the group with Nathan Phillips walks up to | 09:43:42 |
| 2 | Mr. Phillips and says: We got him, Grandpa. We | 09:43:45 |
| 3 | won. We won. | 09:43:49 |
| 4 | Q. Okay. And what did you understand that | 09:43:50 |
| 5 | man -- what do you understand that to mean? | 09:43:57 |
| 6 | A. To me, it means -- | 09:43:59 |
| 7 | Q. Just for the record, we will show it | 09:44:02 |
| 8 | later, but I think that is the guy in the Reds | 09:44:04 |
| 9 | cap, right? | 09:44:07 |
| 10 | A. Right. | 09:44:08 |
| 11 | Q. So when the guy in the Reds cap -- when | 09:44:08 |
| 12 | the man in the Reds cap said that, what did you | 09:44:10 |
| 13 | understand that to mean? | 09:44:12 |
| 14 | A. To me that means that they got their | 09:44:13 |
| 15 | captured moment on camera and they planned to | 09:44:17 |
| 16 | post it, which turned out to be exactly what they | 09:44:20 |
| 17 | did. | 09:44:23 |
| 18 | Nathan Phillips was already behind a | 09:44:23 |
| 19 | camera at the Lincoln Memorial some like 45 | 09:44:25 |
| 20 | minutes to an hour later, before I even knew what | 09:44:29 |
| 21 | was happening. | 09:44:32 |
| 22 | Q. Do you have any facts to support -- do | 09:44:33 |
| 23 | you know if the man in the Reds hat ever posted | 09:44:38 |
| 24 | anything on social media? | 09:44:42 |
| 25 | A. Personally, I am not sure. | 09:44:45 |

1    Q.    Do you believe he did?                    09:44:47

2    A.    Well, I think that the other guy, the     09:44:48

3    guy in the white hat with the -- I'm not sure.  09:44:50

4    I -- I'm pretty -- I can't remember at this point 09:44:53

5    who had the camera, but I'm --                  09:44:56

6    Q.    Well, we went over that earlier, right?   09:44:58

7    A.    Yes.                                       09:45:00

8    Q.    We were talking about a man in the Reds    09:45:01

9    hat?                                            09:45:04

10   A.    Yeah.  I -- I think the video exists.  I  09:45:05

11   don't know if it exists on social media.  I think 09:45:08

12   it does, but --                                 09:45:11

13   Q.    Okay.                                      09:45:13

14   A.    -- I'm not -- I'm not entirely sure.       09:45:13

15   Q.    So other than that, do you have any        09:45:15

16   facts to support the contention that Nathan     09:45:18

17   Phillips had any involvement in asking,         09:45:19

18   suggesting, planning that anyone film this event? 09:45:31

19   A.    Yes.  Because --                           09:45:36

20   Q.    What is the basis of that?                09:45:38

21   A.    Because of what was said afterwards.       09:45:39

22         To me, when they come up to him           09:45:42

23   afterwards and say, we got him, we won, that    09:45:45

24   demonstrates a clear, for lack of a better word, 09:45:49

25   conspiracy between them to capture something.   09:45:55

| | | |
|---|---|---|
| 1 | Q.    Okay.  And that's entirely based on the | 09:45:58 |
| 2 | assumption, right, that what you understood the | 09:46:01 |
| 3 | man in the Reds hat to mean when he said, we got | 09:46:04 |
| 4 | him, is that we got him on camera, right, we got | 09:46:09 |
| 5 | him on the camera? | 09:46:12 |
| 6 | A.    Right.  And to be honest, they didn't | 09:46:13 |
| 7 | even have to capture me on their camera because | 09:46:15 |
| 8 | there was someone from the Black Hebrew | 09:46:18 |
| 9 | Israelites filming as well.  There were other | 09:46:20 |
| 10 | random people filming. | 09:46:24 |
| 11 | The fact that it got on so many digital | 09:46:26 |
| 12 | cameras is enough to where they didn't need to | 09:46:28 |
| 13 | record it. | 09:46:31 |
| 14 | And even one of the people from the | 09:46:32 |
| 15 | Indigenous People's March did post it on social | 09:46:35 |
| 16 | media, the Titano (phonetically spelled) video. | 09:46:40 |
| 17 | Q.    Do you know if Nathan Phillips had | 09:46:44 |
| 18 | anything to do with Hyas Titano filming this | 09:46:47 |
| 19 | event? | 09:46:53 |
| 20 | A.    Not a -- no, not -- not completely. | 09:46:53 |
| 21 | Q.    But even a little bit? | 09:46:56 |
| 22 | MR. McMURTRY:  Objection. | 09:47:00 |
| 23 | BY MR. SIEGEL: | 09:47:01 |
| 24 | Q.    What do you mean by -- fair enough. | 09:47:01 |
| 25 | What do you mean by not completely? | 09:47:03 |

| | | |
|---|---|---|
| 1 | A.    I mean, I can't -- I can't a hundred | 09:47:05 |
| 2 | percent say for sure that an hour before this | 09:47:08 |
| 3 | that -- or five minutes before this, when they | 09:47:10 |
| 4 | saw something happening, that they spoke to each | 09:47:13 |
| 5 | other and said, hey, I'm going to go and you film | 09:47:16 |
| 6 | it.  I -- I can't prove that. | 09:47:20 |
| 7 | Q.    Okay.  In the next sentence, you say: | 09:47:22 |
| 8 | The only response I gave him was to be a bigger | 09:47:57 |
| 9 | person and stand there without responding. | 09:48:00 |
| 10 | And when you said -- when you wrote, the | 09:48:03 |
| 11 | only response I gave him to be -- was to be a | 09:48:05 |
| 12 | bigger person, did you mean to be a bigger person | 09:48:09 |
| 13 | than Mr. Phillips was being? | 09:48:12 |
| 14 | A.    Right. | 09:48:13 |
| 15 | Q.    Okay.  Let's go to -- | 09:48:14 |
| 16 | MR. McMURTRY:  Are we done with 19? | 09:48:25 |
| 17 | MR. SIEGEL:  We are done with 19.  Let's | 09:48:28 |
| 18 | go to 20.  And 20, for the record, is NS 102 to | 09:48:30 |
| 19 | 104. | 09:48:45 |
| 20 | BY MR. SIEGEL: | 09:48:49 |
| 21 | Q.    Do you want to tell us what this is, | 09:48:49 |
| 22 | Nick? | 09:48:52 |
| 23 | A.    This was my first public statement | 09:48:52 |
| 24 | released to the world, I guess. | 09:48:55 |
| 25 | Q.    Okay.  Go to the second page, which is | 09:49:00 |

| | | |
|---|---|---|
| 1 | NS 103.  And turn your attention to the second | 09:49:16 |
| 2 | paragraph, the one that says:  I never felt. | 09:49:26 |
| 3 | Right? | 09:49:29 |
| 4 | So the statement says:  I never felt | 09:49:30 |
| 5 | like I was blocking the Native American | 09:49:32 |
| 6 | protester.  He did not make any attempt to go | 09:49:35 |
| 7 | around me.  It was clear to me that he was | 09:49:38 |
| 8 | singling me out for a confrontation; although, | 09:49:40 |
| 9 | I'm not sure why. | 09:49:43 |
| 10 | Okay.  Now, when -- you were standing in | 09:49:45 |
| 11 | front of him, right? | 09:49:48 |
| 12 | A.    Right. | 09:49:49 |
| 13 | Q.    Phillips -- Phillips couldn't have gone | 09:49:50 |
| 14 | forward without running into you, right? | 09:49:53 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 09:49:55 |
| 16 | BY MR. SIEGEL: | 09:49:57 |
| 17 | Q.    I mean, if he just continued to move | 09:49:57 |
| 18 | forward, he would have physically knocked into | 09:49:59 |
| 19 | you? | 09:50:01 |
| 20 | A.    He would hit me, yes. | 09:50:01 |
| 21 | Q.    Right.  So -- and you thought he should | 09:50:04 |
| 22 | have tried to go around you, right?  And I think | 09:50:06 |
| 23 | you testified about that. | 09:50:09 |
| 24 | So if he needed to try to go around you | 09:50:10 |
| 25 | to move forward, how were you not blocking him? | 09:50:14 |

1          MR. McMURTRY:  Objection.                    09:50:17

2     A.    Because blocking requires some sort of      09:50:18

3  active attempt to cut someone off.                   09:50:23

4          MR. SIEGEL:  Right.                          09:50:28

5     A.    And I did not -- I was -- I was standing    09:50:29

6  there.  He had the option to go around me            09:50:33

7  whatever way he would choose, or he could have       09:50:36

8  gone back out the way that he entered the group      09:50:42

9  and taken, you know, use of the hundreds of feet     09:50:44

10 of space that the memorial offers to get wherever    09:50:48

11 he was trying to get.                                09:50:51

12    Q.    And you testified -- we testified before    09:50:52

13 on one of the other videos that was taken from       09:50:55

14 the top, right?                                      09:50:58

15    A.    Right.                                      09:50:59

16    Q.    That there were certainly people behind     09:50:59

17 him at that moment, right?                           09:51:01

18    A.    Right.  But not near as many as there       09:51:03

19 were behind me.                                      09:51:06

20    Q.    Okay.  What does blocking mean to you?      09:51:06

21        MR. McMURTRY:  Objection.  Go ahead.          09:51:13

22    A.    Blocking to me means that you actively      09:51:15

23 try to cut someone off from further continuing in    09:51:19

24 the way that they are trying to go.                  09:51:24

25 BY MR. SIEGEL:                                       09:51:27

1    Q.    Okay.  So you were -- you were standing          09:51:27

2   there, right?                                           09:51:30

3    A.    Right.                                           09:51:31

4    Q.    And you were standing there                      09:51:31

5   deliberately.  So -- so if he couldn't continue         09:51:34

6   to go in the way that he had been going and he          09:51:40

7   needed to go around you, how is that not blocking       09:51:43

8   him?                                                    09:51:48

9           MR. McMURTRY:  Objection to the form.           09:51:48

10   A.    Because at that point, he wasn't trying          09:51:50

11  to go anywhere else.                                    09:51:52

12          I mean, like you -- like you said, I            09:51:57

13  didn't know at that point that he wanted to go to       09:52:00

14  the Lincoln Memorial.  And when he's standing in        09:52:02

15  front of me with his drum, he's making no effort        09:52:06

16  or any kind of signal to me that he is trying to        09:52:09

17  move somewhere else.  Like, he is planted in            09:52:12

18  front of me.                                            09:52:15

19  BY MR. SIEGEL:                                          09:52:17

20   Q.    Okay.  You say that you didn't feel like         09:52:17

21  you were blocking --                                    09:52:22

22   A.    Right.                                           09:52:24

23   Q.    -- Mr. Phillips, right?                          09:52:25

24          And why was that the way that you felt?         09:52:27

25   A.    Well, as I said --                               09:52:29

| | | |
|---|---|---|
| 1 | Q.    Is that what you just said? | 09:52:33 |
| 2 | A.    Yes.  He wasn't trying to go anywhere. | 09:52:34 |
| 3 | Q.    But that -- your perception is that he | 09:52:38 |
| 4 | wasn't trying to go anywhere, right, that he -- | 09:52:41 |
| 5 | your perception was that he never had any | 09:52:44 |
| 6 | intention of going anywhere? | 09:52:47 |
| 7 | A.    No.  The reality of it is, is that for | 09:52:48 |
| 8 | those minutes -- | 09:52:52 |
| 9 | MR. SIEGEL:  Right. | 09:52:53 |
| 10 | A.    -- when he stood there, his feet were | 09:52:53 |
| 11 | planted, and he did not take even the slightest | 09:52:55 |
| 12 | step in any direction. | 09:52:58 |
| 13 | Q.    Okay.  And again, I think we went over | 09:52:59 |
| 14 | this before, but I will -- I will say it again. | 09:53:02 |
| 15 | Isn't it -- it's possible that the | 09:53:08 |
| 16 | reason he did that is because he perceived by | 09:53:12 |
| 17 | that point that you didn't want to let him go? | 09:53:16 |
| 18 | MR. McMURTRY:  Objection. | 09:53:18 |
| 19 | A.    Well, as I said before, he can perceive | 09:53:19 |
| 20 | whatever he wants to. | 09:53:22 |
| 21 | BY MR. SIEGEL: | 09:53:23 |
| 22 | Q.    Okay.  And, in fact, couldn't this be | 09:53:23 |
| 23 | the fact that given that you -- you perceived | 09:53:27 |
| 24 | that it was unsafe for him to be sort of moving | 09:53:31 |
| 25 | in the first place, he could have perceived | 09:53:34 |

| | | |
|---|---|---|
| 1 | unsafe at that point to try to, like, maneuver | 09:53:36 |
| 2 | around you? | 09:53:39 |
| 3 | MR. McMURTRY:  Objection. | 09:53:40 |
| 4 | A.    Again, he can perceive what he wants to. | 09:53:40 |
| 5 | BY MR. SIEGEL: | 09:53:44 |
| 6 | Q.    Okay.  In your opinion, what would it | 09:53:44 |
| 7 | have looked like if you had blocked him, if you | 09:54:02 |
| 8 | were blocking him? | 09:54:04 |
| 9 | A.    In my opinion, for me to block him, he | 09:54:06 |
| 10 | would have had to have taken a step or a half | 09:54:11 |
| 11 | step in another direction, other than standing | 09:54:14 |
| 12 | there, even forward, and it would have required | 09:54:18 |
| 13 | me to meet him in the corresponding way, wherever | 09:54:21 |
| 14 | he went, to, you know, basically not let him go | 09:54:27 |
| 15 | anywhere. | 09:54:31 |
| 16 | Q.    Okay.  And that's your understanding or | 09:54:31 |
| 17 | definition of blocking in this context? | 09:54:34 |
| 18 | A.    Yes. | 09:54:37 |
| 19 | Q.    All right.  Let's play a clip from your | 09:54:38 |
| 20 | interview with Ms. Guthrie. | 09:55:13 |
| 21 | Actually, you know what, I think -- I | 09:55:39 |
| 22 | think we can skip that.  Let's go to Exhibit 21. | 09:55:42 |
| 23 | I will represent this is the only other page from | 09:56:12 |
| 24 | the Shelton report. | 09:56:16 |
| 25 | MR. McMURTRY:  Yeah.  Let me just look | 09:56:21 |

| | | |
|---|---|---|
| 1 | at it. | 09:56:23 |
| 2 | MR. SIEGEL:  Do you want to take a look | 09:56:32 |
| 3 | at it?  We can go off the record to let him -- | 09:56:32 |
| 4 | let him read this. | 09:56:35 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 09:56:37 |
| 6 | record.  The time is 9:56 a.m. | 09:56:39 |
| 7 | (Thereupon, there was a recess taken at | 09:56:43 |
| 8 | 9:56 a.m.) | 09:56:43 |
| 9 | (Thereupon, the proceedings were resumed | 09:56:56 |
| 10 | at 9:57 a.m.) | 09:56:56 |
| 11 | THE VIDEOGRAPHER:  We are back on the | 09:56:59 |
| 12 | record.  The time is 9:57 a.m. | 09:57:07 |
| 13 | MR. McMURTRY:  Yeah.  Because this | 09:57:10 |
| 14 | discusses his psychological condition, I would | 09:57:13 |
| 15 | like to have it remain confidential and mark this | 09:57:16 |
| 16 | portion of the deposition confidential, unless -- | 09:57:19 |
| 17 | if the questions are simply about facts, I don't | 09:57:22 |
| 18 | mind that.  But there is some, you know -- some | 09:57:26 |
| 19 | statement in there about depression and so forth. | 09:57:32 |
| 20 | So I prefer that that -- | 09:57:34 |
| 21 | MR. SIEGEL:  That is fine.  I'm not | 09:57:37 |
| 22 | going to ask him about that. | 09:57:39 |
| 23 | MR. McMURTRY:  Okay.  Well, I will just | 09:57:40 |
| 24 | worry about the exhibit, and your questions are | 09:57:42 |
| 25 | fine.  If there is an objection to a question -- | 09:57:44 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  The other thing I will | 09:57:46 |
| 2 | represent we would be willing to do is after the | 09:57:48 |
| 3 | fact, I'm happy to redact any of the -- for | 09:57:52 |
| 4 | purposes of putting the exhibit in the record, we | 09:57:53 |
| 5 | would be happy to redact any of those paragraphs | 09:57:55 |
| 6 | that -- | 09:58:00 |
| 7 | MR. McMURTRY:  That's fine. | 09:58:00 |
| 8 | MR. SIEGEL:  -- relate to those matters. | 09:58:00 |
| 9 | MR. McMURTRY:  That's fine. | 09:58:01 |
| 10 | MR. SIEGEL:  Okay. | 09:58:02 |
| 11 | MR. McMURTRY:  So for now, you are not | 09:58:02 |
| 12 | going to ask him about his mental health? | 09:58:04 |
| 13 | MR. SIEGEL:  No, no, no, no, no. | 09:58:06 |
| 14 | MR. McMURTRY:  Just about the facts? | 09:58:07 |
| 15 | MR. SIEGEL:  Correct. | 09:58:07 |
| 16 | MR. McMURTRY:  Go ahead.  We do not need | 09:58:07 |
| 17 | to mark this portion of the deposition | 09:58:09 |
| 18 | confidential. | 09:58:11 |
| 19 | MR. SIEGEL:  Okay.  So consistent with | 09:58:13 |
| 20 | that, the only paragraph I'm going to ask you is | 09:58:16 |
| 21 | the one that begins:  He had a good recall. | 09:58:19 |
| 22 | MR. McMURTRY:  That's fine.  Go ahead. | 09:58:26 |
| 23 | BY MR. SIEGEL: | 09:58:29 |
| 24 | Q.   Okay.  And -- and really, my only | 09:58:29 |
| 25 | question about this, Nick, is not even | 09:58:56 |

1    specifically about any of the words, but you --          09:58:59

2    you -- I think you testified before that          09:59:04

3    Mr. Phillips, that he didn't request you to move,          09:59:09

4    right, or ask you to move, okay, verbally?  In          09:59:14

5    other words, he didn't -- he didn't say anything          09:59:20

6    to you.          09:59:21

7        A.    Correct.          09:59:23

8        Q.    Is that right?          09:59:23

9              Okay.  Now, the -- the people that          09:59:24

10   were -- and I think we saw in the video, it was          09:59:27

11   Exhibit 18, right, particularly, there is a point          09:59:32

12   of maybe a minute, a minute and a half into the          09:59:35

13   encounter, where all the students are sort of          09:59:39

14   kind of filling back in and they are kind of          09:59:42

15   around you on all sides at that point, right?          09:59:46

16       A.    Right.          09:59:48

17       Q.    Now, those folks were -- many of them          09:59:49

18   were your friends, right?  Some of them were your          09:59:57

19   friends?          10:00:00

20       A.    Some of them.          10:00:00

21       Q.    And they were certainly your fellow          10:00:00

22   students, right?          10:00:03

23       A.    Right.          10:00:04

24       Q.    So you didn't -- did you ever ask any of          10:00:05

25   those students if they would move so that you          10:00:12

1    could move away a little?                              10:00:18

2        A.    No.                                          10:00:19

3        Q.    Do you have any reason to believe that       10:00:22

4    if you had asked one or two of them to do that,        10:00:27

5    that they would not have let you go?                   10:00:31

6        A.    No.                                          10:00:33

7        Q.    Okay.  So you said you felt like you         10:00:34

8    were being, at least at one point, at some point       10:01:00

9    in the encounter, right, blocked by the crowd?         10:01:03

10       A.    Right.                                        10:01:06

11       Q.    So why do you contend that you felt like     10:01:07

12   you were being blocked but Mr. Phillips couldn't       10:01:09

13   have felt the same way?                                10:01:14

14             MR. McMURTRY:  Objection.                     10:01:17

15       A.    I don't -- I don't think I specifically      10:01:17

16   ever labeled the crowd as blocking me, but I           10:01:20

17   think that I -- I've -- I've always used that I        10:01:26

18   was just surrounded on all sides and there was no      10:01:33

19   room to -- to move in any direction.                   10:01:37

20   BY MR. SIEGEL:                                         10:01:39

21       Q.    So maybe we will cut through it.             10:01:39

22             So is your testimony that you did not        10:01:41

23   say, as he was being blocked by the crowd, to I        10:01:44

24   guess it's Doctor Graves-Alcorn?                       10:01:51

25       A.    I'm not being quoted on that.  And I --      10:01:55

| | | |
|---|---|---|
| 1 | and what I remember from this trip is that they | 10:02:00 |
| 2 | took notes and typed up what -- what they | 10:02:03 |
| 3 | understood and, you know, put it in their own | 10:02:09 |
| 4 | words. I don't recall if I ever used the word | 10:02:13 |
| 5 | blocked to Doctor Graves-Alcorn. | 10:02:16 |
| 6 | Q. Okay. And so is -- is what Doctor | 10:02:19 |
| 7 | Graves-Alcorn wrote, just in that sentence, an | 10:02:29 |
| 8 | inaccurate statement as to what you said to her? | 10:02:41 |
| 9 | MR. McMURTRY: Objection. Go ahead. | 10:02:43 |
| 10 | A. I think -- | 10:02:44 |
| 11 | MR. SIEGEL: Who was -- is there -- just | 10:02:44 |
| 12 | what is your objection? | 10:02:45 |
| 13 | MR. McMURTRY: I'm not sure who is being | 10:02:46 |
| 14 | blocked? What are we talking about? Maybe I | 10:02:48 |
| 15 | missed it. But the objection is -- | 10:02:51 |
| 16 | MR. SIEGEL: Well, I think -- | 10:02:54 |
| 17 | MR. McMURTRY: -- that he was being -- | 10:02:54 |
| 18 | MR. SIEGEL: -- it's his recall they | 10:02:55 |
| 19 | couldn't move because he was being blocked by the | 10:02:55 |
| 20 | crowd. He means Nick, right, in that sentence? | 10:02:56 |
| 21 | MR. McMURTRY: And I'm not -- so the | 10:02:59 |
| 22 | question would be, Nick, did you feel as if you | 10:03:01 |
| 23 | were blocked by the crowd? Nick would answer. | 10:03:03 |
| 24 | And then the follow-up question is what -- did | 10:03:05 |
| 25 | you state this to the physician? And he can | 10:03:10 |

| | | |
|---|---|---|
| 1 | answer. And he said no. | 10:03:12 |
| 2 | MR. SIEGEL: Yeah. I think he already | 10:03:12 |
| 3 | sort of answered the first part of it. | 10:03:14 |
| 4 | BY MR. SIEGEL: | 10:03:16 |
| 5 | Q. So I'm asking did you -- let's break it | 10:03:16 |
| 6 | down. | 10:03:22 |
| 7 | Did you tell Doctor Graves-Alcorn that | 10:03:23 |
| 8 | you were being blocked by the crowd? | 10:03:26 |
| 9 | A. I cannot recall what specific words I | 10:03:29 |
| 10 | used. I relayed to the doctors that, especially | 10:03:32 |
| 11 | when the students filled back in, is that I had | 10:03:38 |
| 12 | Nathan Phillips in front of me and I had students | 10:03:43 |
| 13 | all around me and I was at the center of it and I | 10:03:47 |
| 14 | couldn't -- I couldn't have moved to the side for | 10:03:52 |
| 15 | Nathan Phillips at that point, really, even if I | 10:03:55 |
| 16 | wanted to. I was stuck in the middle. | 10:03:58 |
| 17 | Q. Okay. And then the other part, you | 10:04:00 |
| 18 | could have asked one or two of the students -- | 10:04:03 |
| 19 | A. Right. | 10:04:06 |
| 20 | Q. -- would you give me some space, right? | 10:04:06 |
| 21 | A. At the time I didn't really consider | 10:04:08 |
| 22 | that. | 10:04:11 |
| 23 | Q. Okay. And so my last question is, did | 10:04:11 |
| 24 | you tell Doctor Graves-Alcorn that you were being | 10:04:26 |
| 25 | blocked by the crowd? | 10:04:30 |

1    A.    I don't recall ever specifically using          10:04:31

2  that word.                                              10:04:34

3    Q.    Okay.  And so do you believe that that          10:04:35

4  is an inaccurate characterization of what you           10:04:39

5  told her?                                               10:04:44

6    A.    I think my -- my description was then           10:04:44

7  followed down to a word that was the wrong word         10:04:51

8  choice.                                                 10:04:54

9         MR. SIEGEL:  Okay.  Let's go to Exhibit          10:05:07

10  22.  What's the time?                                  10:05:10

11         MR. McMURTRY:  It's 5 after 10.                 10:05:21

12         MR. SIEGEL:  I'm going to go through --         10:05:23

13  I'm going to suggest we go through -- I think I        10:05:28

14  have got about two or three more exhibits on this      10:05:32

15  thing, but I think it will be pretty quick.  And       10:05:35

16  then we will take a break.                             10:05:38

17         MR. McMURTRY:  Fine.  Yes.                      10:05:39

18  BY MR. SIEGEL:                                         10:05:40

19    Q.    So, Nick, this is a screenshot taken of        10:05:40

20  a tweet that you posted?                               10:05:47

21    A.    Correct.                                       10:05:52

22    Q.    Is that correct?  And the tweet links to       10:05:53

23  a video?                                               10:05:56

24    A.    Right.                                         10:05:57

25         MR. SIEGEL:  So let's go to Exhibit 23.         10:05:58

| | | |
|---|---|---|
| 1 | We are going to play the video that I will | 10:05:59 |
| 2 | represent the tweet links to.  Obviously, on | 10:06:02 |
| 3 | paper, I can't. | 10:06:05 |
| 4 | MR. McMURTRY:  This is one of the better | 10:06:05 |
| 5 | videos, I agree.  Is it Tom Petty?  It's one of | 10:06:08 |
| 6 | my favorites. | 10:06:11 |
| 7 | THE WITNESS:  I love Tom Petty. | 10:06:13 |
| 8 | (Thereupon, a video recording of Exhibit | 10:06:33 |
| 9 | 23 was played.) | 10:06:33 |
| 10 | MS. MEEK:  I'm starting from the | 10:06:40 |
| 11 | beginning of Exhibit 23. | 10:06:42 |
| 12 | BY MR. SIEGEL: | 10:08:31 |
| 13 | Q.    That's the video you linked to, right? | 10:08:31 |
| 14 | A.    Yes. | 10:08:34 |
| 15 | Q.    And why did you say you liked that video | 10:08:35 |
| 16 | or you liked it better than the one you were | 10:08:45 |
| 17 | responding to? | 10:08:48 |
| 18 | A.    I think because I like the song attached | 10:08:49 |
| 19 | to it better.  But in all honesty, this is part | 10:08:53 |
| 20 | of a larger trend of things that I post where I'm | 10:08:57 |
| 21 | very cynical about what happened, just to keep my | 10:09:01 |
| 22 | spirits relatively high. | 10:09:04 |
| 23 | Q.    Did you feel like the song expressed | 10:09:06 |
| 24 | something that spoke to you? | 10:09:08 |
| 25 | A.    Yes, as I testified earlier about how I | 10:09:11 |

1   wanted to stand up for the school.                    10:09:15

2        Q.    Okay.  So it's the stand -- you feel       10:09:18

3   like you stood your ground?                           10:09:21

4        A.    Yes.                                        10:09:23

5        Q.    I will just represent the screenshot of    10:09:30

6   this tweet was taken in early August, I think,        10:09:33

7   you know --                                           10:09:38

8        A.    Uh-huh.                                     10:09:38

9        Q.    -- maybe six weeks ago?                     10:09:39

10            And it appears that the tweet was no         10:09:41

11   longer on your Twitter feed after that point.  Is     10:09:44

12   that right?  Do you know if that's right?             10:09:49

13        A.    I'm unaware of ever deleting this.         10:09:52

14        Q.    Okay.  And have you deleted any tweets     10:09:55

15   from your Twitter feed?                               10:10:01

16        A.    I've deleted tweets from back before       10:10:02

17   this ever happened that I look at now.  I know I      10:10:07

18   wasn't the smartest kid at 14 or 15, and I would     10:10:12

19   rather -- I would rather look a lot more             10:10:16

20   professional.                                         10:10:19

21        Q.    You don't want -- you don't want them to   10:10:20

22   show up on a job search five years from now?          10:10:21

23        A.    Well, not necessarily that.  I just        10:10:24

24   would rather have a more accurate reflection --       10:10:26

25            MR. SIEGEL:  I got it.                        10:10:29

| | | |
|---|---|---|
| 1 | A.     -- of who I am now on my social media. | 10:10:29 |
| 2 | Q.     Okay.  Do you -- the last time I checked | 10:10:32 |
| 3 | your Twitter feed, it looked to me like that all | 10:10:37 |
| 4 | the tweets before I think around November 19, | 10:10:44 |
| 5 | 2019, weren't there anymore.  Is that -- is that | 10:10:47 |
| 6 | correct? | 10:10:52 |
| 7 | A.     I -- I have no idea.  I have not en | 10:10:52 |
| 8 | masse deleted tweets from that point. | 10:10:55 |
| 9 | Q.     Okay.  So you haven't done anything | 10:10:58 |
| 10 | with it? | 10:11:00 |
| 11 | A.     Correct. | 10:11:01 |
| 12 | Q.     Okay.  Okay.  Let's do Exhibit 24, and | 10:11:01 |
| 13 | then we will take a break. | 10:11:07 |
| 14 | So Exhibit 24 consists of Bates numbers | 10:11:18 |
| 15 | NS 662 through NS 671.  Again, Nick these are -- | 10:11:22 |
| 16 | these are texts that you exchanged? | 10:11:33 |
| 17 | A.     Yes. | 10:11:35 |
| 18 | Q.     Okay.  So if you could look at the first | 10:11:36 |
| 19 | page, which is 662, and it looks like -- the text | 10:11:42 |
| 20 | is just sent from a telephone number, but it | 10:11:51 |
| 21 | says:  Nick, it's Isaac -- Boldery? | 10:11:53 |
| 22 | A.     Boldery. | 10:11:59 |
| 23 | Q.     Did you know him? | 10:12:01 |
| 24 | A.     I knew of him.  He went to Cov Cath. | 10:12:02 |
| 25 | And he was maybe two grades above me.  I'm not | 10:12:05 |

| | | |
|---|---|---|
| 1 | sure.  But he was older and had graduated by that | 10:12:09 |
| 2 | point. | 10:12:12 |
| 3 | Q.    He says:  Pretty sure you know me.  I | 10:12:13 |
| 4 | graduated CCH last year.  I'm texting you to get | 10:12:15 |
| 5 | permission from your parents to print a shirt | 10:12:20 |
| 6 | that has your face on it.  Right? | 10:12:24 |
| 7 | And then you respond in 1530:  I can ask | 10:12:27 |
| 8 | them.  Do you have a picture of what it would | 10:12:29 |
| 9 | look like? | 10:12:31 |
| 10 | And in 1531, he texts an image, right? | 10:12:31 |
| 11 | A.    Yes. | 10:12:37 |
| 12 | Q.    And it looks like the image has a | 10:12:38 |
| 13 | picture of your face with a red hat? | 10:12:42 |
| 14 | A.    Yes. | 10:12:47 |
| 15 | Q.    Okay.  And it says Stand Your Ground? | 10:12:48 |
| 16 | A.    Yes. | 10:12:51 |
| 17 | Q.    Okay.  And then 1532, 1533, you guys | 10:12:52 |
| 18 | text a couple other things back and forth. | 10:13:04 |
| 19 | Then on 1534, you says -- you say: | 10:13:06 |
| 20 | Okay.  Thank you.  I will ask my parents when I | 10:13:10 |
| 21 | can. | 10:13:13 |
| 22 | A.    Right. | 10:13:14 |
| 23 | Q.    Okay.  Now we are going to move ahead to | 10:13:20 |
| 24 | page 667.  And if you look at 1548, Isaac, the | 10:13:25 |
| 25 | phone number that is associated with Isaac, texts | 10:13:53 |

| | | |
|---|---|---|
| 1 | you back:  Hey, any news on approval for the | 10:13:56 |
| 2 | shirts?  I know you have been busy, so I just | 10:14:00 |
| 3 | wanted to give you some time. | 10:14:02 |
| 4 | And in 1549, you respond:  Yeah.  I have | 10:14:03 |
| 5 | been told we need to ask the lawyers on their | 10:14:05 |
| 6 | opinion.  I wish I could just give you the | 10:14:09 |
| 7 | go-ahead. | 10:14:11 |
| 8 | A.    Correct. | 10:14:12 |
| 9 | Q.    Why did you wish that you could just | 10:14:13 |
| 10 | give Isaac the go-ahead? | 10:14:15 |
| 11 | A.    Well, in all honesty, my feelings on | 10:14:18 |
| 12 | Isaac changed over time. | 10:14:21 |
| 13 | At first -- at first, I wanted -- the | 10:14:23 |
| 14 | date on this, I still was not -- not projected in | 10:14:29 |
| 15 | a very positive light, and so I figured anyone | 10:14:33 |
| 16 | that could show some way to support me or | 10:14:37 |
| 17 | whatever was a good thing. | 10:14:42 |
| 18 | And then I later -- so that is why I | 10:14:44 |
| 19 | said I wish I could just go ahead and give you | 10:14:49 |
| 20 | the support.  But I then kind of felt like he was | 10:14:53 |
| 21 | more leeching off the idea of making some money | 10:14:56 |
| 22 | on selling T-shirts with my face on it than | 10:14:59 |
| 23 | actually caring. | 10:15:04 |
| 24 | Q.    Okay.  So you came -- you became | 10:15:05 |
| 25 | uncomfortable with what you felt were his | 10:15:12 |

| | | |
|---|---|---|
| 1 | motives.  Is that fair say? | 10:15:16 |
| 2 | A.    Right.  Right. | 10:15:17 |
| 3 | MR. SIEGEL:  Okay. | 10:15:18 |
| 4 | A.    And I talked to my -- I think I had | 10:15:18 |
| 5 | another conversation with my parents or whatever, | 10:15:21 |
| 6 | and we felt more uneasy about it.  And I ended up | 10:15:23 |
| 7 | never giving him permission to do it. | 10:15:28 |
| 8 | Q.    Right.  So we can jump ahead then on | 10:15:30 |
| 9 | 671.  On 1562, you text:  Unfortunately, I don't | 10:15:34 |
| 10 | think it's a good idea.  Other people printed | 10:15:52 |
| 11 | them, but they didn't ask us.  I -- is that I | 10:15:55 |
| 12 | don't know? | 10:15:58 |
| 13 | A.    Yes. | 10:15:58 |
| 14 | Q.    -- if stuff will happen to them. | 10:15:58 |
| 15 | And is that -- is what you just | 10:16:03 |
| 16 | testified to, is that what you had in mind when | 10:16:07 |
| 17 | you responded with that -- | 10:16:10 |
| 18 | A.    Yes. | 10:16:12 |
| 19 | Q.    -- later? | 10:16:13 |
| 20 | Okay.  So if -- if -- would it be fair | 10:16:14 |
| 21 | to say that if you had felt that his motive was | 10:16:20 |
| 22 | purely to express support for you, you would have | 10:16:26 |
| 23 | been comfortable with the idea of him printing | 10:16:29 |
| 24 | these Stand Your Ground shirts, at least at that | 10:16:34 |
| 25 | point? | 10:16:38 |

| 1 | A. Maybe. I'm not sure. I -- I -- I don't | 10:16:38 |
| 2 | know if I still would have let him do it. | 10:16:43 |
| 3 | Because, I don't know, at the time we had more | 10:16:46 |
| 4 | important things to worry about than starting a | 10:16:51 |
| 5 | shirt campaign. | 10:16:55 |
| 6 | MR. SIEGEL: Okay. Okay. Let's break, | 10:17:04 |
| 7 | take a break. | 10:17:06 |
| 8 | MR. McMURTRY: Okay. | 10:17:07 |
| 9 | THE VIDEOGRAPHER: We are going off the | 10:17:08 |
| 10 | record. The time is 10:17 a.m. | 10:17:10 |
| 11 | (Thereupon, there was a recess taken at | 10:17:13 |
| 12 | 10:17 a.m.) | 10:17:13 |
| 13 | (Thereupon, the proceedings were resumed | 10:33:34 |
| 14 | at 10:33 a.m.) | 10:33:34 |
| 15 | THE VIDEOGRAPHER: We are back on the | 10:33:35 |
| 16 | record. The time is 10:33 a.m. | 10:33:49 |
| 17 | BY MR. SIEGEL: | 10:33:53 |
| 18 | Q. Okay. Nick, I'm showing you Exhibit 25, | 10:33:53 |
| 19 | which is Bates number NS 720. And I want you to | 10:33:59 |
| 20 | look at particularly number 74 -- 1714, the one | 10:34:09 |
| 21 | in the middle, where it looks like you are | 10:34:14 |
| 22 | texting Mara Schutt. | 10:34:17 |
| 23 | A. Uh-huh. | 10:34:19 |
| 24 | Q. And you said: I smiled at him to let | 10:34:20 |
| 25 | him know he wasn't going to intimidate me, right? | 10:34:35 |

| | | |
|---|---|---|
| 1 | And I take it the him in this is Mr. Phillips. | 10:34:39 |
| 2 | A.    Correct. | 10:34:44 |
| 3 | Q.    How did you think smiling at | 10:34:44 |
| 4 | Mr. Phillips would communicate the message to him | 10:34:46 |
| 5 | that he wasn't going to intimidate you? | 10:34:52 |
| 6 | A.    To me, usually when I think of someone | 10:34:55 |
| 7 | smiling, it projects a more friendly -- friendly | 10:34:59 |
| 8 | image or whatever.  And I -- I assumed that | 10:35:04 |
| 9 | partly if I gave him a smile, that he might | 10:35:11 |
| 10 | realize that I was just standing there and he | 10:35:13 |
| 11 | could back away from me. | 10:35:17 |
| 12 | Q.    Okay.  And how is that let him -- | 10:35:20 |
| 13 | letting him know that he wasn't going to | 10:35:31 |
| 14 | intimidate you? | 10:35:33 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 10:35:34 |
| 16 | A.    I mean, I don't know if it was effective | 10:35:36 |
| 17 | or it was the right -- right body language choice | 10:35:39 |
| 18 | to -- to use.  But that's what I was hoping it | 10:35:44 |
| 19 | would accomplish. | 10:35:50 |
| 20 | BY MR. SIEGEL: | 10:35:51 |
| 21 | Q.    Okay.  And I think you in your -- you | 10:35:51 |
| 22 | testified before and you wrote in your e-mail to | 10:36:07 |
| 23 | Principal Roe that you thought that your actions, | 10:36:09 |
| 24 | right, to stand there and smile was being a | 10:36:18 |
| 25 | bigger person than Mr. Phillips was being.  Is | 10:36:23 |

| | | |
|---|---|---|
| 1 | that fair? | 10:36:27 |
| 2 | A.    Correct. | 10:36:28 |
| 3 | Q.    So do you think a smile that reflects a | 10:36:28 |
| 4 | belief that you are being a bigger person is not | 10:36:31 |
| 5 | a smirk? | 10:36:36 |
| 6 | A.    No, I don't think that. | 10:36:38 |
| 7 | Q.    What's a smirk to you? | 10:36:39 |
| 8 | A.    I don't really know, to be honest with | 10:36:42 |
| 9 | you.  I -- I -- I would say -- I would say my | 10:36:45 |
| 10 | best guess or definition of a smirk is a facial | 10:36:51 |
| 11 | expression that is -- has the appearance of a | 10:36:58 |
| 12 | smile but is not authentic and meant to kind of | 10:37:04 |
| 13 | just blow people off.  I -- I mean, I really | 10:37:09 |
| 14 | don't have any way of defining it. | 10:37:17 |
| 15 | Q.    Okay.  And I can show you the exhibit | 10:37:20 |
| 16 | again, but maybe to save the -- to save us, in | 10:37:29 |
| 17 | the Shelton interview, you are actually quoted, | 10:37:38 |
| 18 | and you said other people I guess think my smile | 10:37:41 |
| 19 | looks like a smirk. | 10:37:46 |
| 20 | A.    Yes. | 10:37:47 |
| 21 | Q.    Is that right?  Is it fair to say | 10:37:47 |
| 22 | whether your smile looks like a smirk is a matter | 10:37:49 |
| 23 | of opinion? | 10:37:52 |
| 24 | A.    Oh, I would agree. | 10:37:52 |
| 25 | Q.    Okay.  We showed you a video a little | 10:37:54 |

1   bit earlier where you heard somebody say you          10:38:11

2   can't move him, right, and then you heard             10:38:13

3   somebody say get him.                                 10:38:16

4        A.    Right.                                     10:38:17

5        Q.    And I think you testified to that.         10:38:18

6              So -- and other than the words get him,    10:38:22

7   which I think you said you thought could be           10:38:25

8   disrespectful, did you ever hear any students say     10:38:27

9   anything to Mr. Phillips that you thought was         10:38:32

10  inappropriate?                                        10:38:34

11       A.    I don't recall specifically --            10:38:36

12  specifically paying attention to what most of the     10:38:41

13  students were saying.  I was -- I was positioned      10:38:43

14  so close to the drum that that was mostly what I      10:38:51

15  heard and also where all of my attention was.  So     10:38:54

16  even if there was something audible that I may        10:38:57

17  have or probably heard, I -- I think I probably       10:39:02

18  tuned it out.                                         10:39:07

19       Q.    Okay.  And that's fair.  So just -- so I   10:39:07

20  take it that your -- the answer is that you           10:39:13

21  personally didn't hear anything that you said to      10:39:17

22  Mr. Phillips that you thought was inappropriate?      10:39:19

23       A.    Correct.                                   10:39:27

24       Q.    Okay.  And partly that's because you       10:39:28

25  didn't hear much at all because that is not what      10:39:30

| 1 | you were focused on? | 10:39:34 |
| 2 | A.    Right. | 10:39:35 |
| 3 | Q.    Okay.  And I will just ask you the | 10:39:36 |
| 4 | question to be complete.  Would your answer be | 10:39:37 |
| 5 | the same for anyone else who may have been behind | 10:39:39 |
| 6 | Mr. Phillips?  In other words, did you hear | 10:39:42 |
| 7 | anything directed to anyone that you thought was | 10:39:44 |
| 8 | inappropriate during that encounter? | 10:39:47 |
| 9 | A.    I -- I did not. | 10:39:49 |
| 10 | MR. SIEGEL:  Okay. | 10:39:51 |
| 11 | A.    And that doesn't mean there weren't | 10:39:51 |
| 12 | things said.  And if I heard them now, I would -- | 10:39:54 |
| 13 | I would have an opinion on it. | 10:39:57 |
| 14 | Q.    Did you ever later come to learn about | 10:39:59 |
| 15 | anything that had been said? | 10:40:01 |
| 16 | A.    Currently, not that I can recall. | 10:40:07 |
| 17 | MR. SIEGEL:  Okay. | 10:40:11 |
| 18 | A.    I have -- I have not watched these | 10:40:11 |
| 19 | videos in a long time.  I try not to. | 10:40:14 |
| 20 | Q.    Okay.  But did anyone ever | 10:40:17 |
| 21 | communicate -- any other students there | 10:40:21 |
| 22 | communicate with you about something that was | 10:40:23 |
| 23 | said during that encounter that you thought was | 10:40:25 |
| 24 | inappropriate? | 10:40:27 |
| 25 | A.    No.  No one -- none of the other | 10:40:28 |

| | | |
|---|---|---|
| 1 | students came up to me and told me things that | 10:40:31 |
| 2 | they had said or that they had heard. | 10:40:34 |
| 3 | Q.   Okay.  And the last question so it's | 10:40:38 |
| 4 | clear, in any other way, through e-mails or texts | 10:40:52 |
| 5 | or social media or anything like that, did you -- | 10:40:55 |
| 6 | have you come to learn about anything?  And I'm | 10:40:58 |
| 7 | not talking about anything we saw here today.  So | 10:41:00 |
| 8 | prior to today, have you come to learn | 10:41:03 |
| 9 | about any -- did you come to learn about anything | 10:41:05 |
| 10 | that was said during that encounter that you | 10:41:08 |
| 11 | thought was inappropriate? | 10:41:10 |
| 12 | A.   At this point, I can't recall any -- any | 10:41:11 |
| 13 | information I may have received or things that I | 10:41:14 |
| 14 | could have witnessed prior to the -- or now, in | 10:41:17 |
| 15 | the future of when the event was, at this point | 10:41:23 |
| 16 | in time that would have been said. | 10:41:26 |
| 17 | MR. SIEGEL:  Okay.  All right.  Let's go | 10:41:28 |
| 18 | to Exhibit 16, which is video 2 on the | 10:41:32 |
| 19 | stipulation. | 10:41:38 |
| 20 | MS. MEEK:  I'm starting Exhibit 16 at 55 | 10:42:00 |
| 21 | seconds. | 10:42:04 |
| 22 | (Thereupon, a video recording of Exhibit | 10:42:05 |
| 23 | 16 was played.) | 10:42:05 |
| 24 | MS. MEEK:  I just paused at 1 minute and | 10:42:14 |
| 25 | 3 seconds. | 10:42:17 |

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 10:42:19 |
| 2 | Q.    Now I'm going to ask you -- let's back 8 | 10:42:19 |
| 3 | seconds -- let's go back to where you started and | 10:42:22 |
| 4 | ask you to watch it again and focus on Will | 10:42:24 |
| 5 | Fries. | 10:42:27 |
| 6 | A.    Okay. | 10:42:28 |
| 7 | MR. McMURTRY:  I can ask which one is | 10:42:28 |
| 8 | Will Fries? | 10:42:30 |
| 9 | MR. SIEGEL:  Good point. | 10:42:32 |
| 10 | BY MR. SIEGEL: | 10:42:32 |
| 11 | Q.    Can you -- let's just for the record, | 10:42:32 |
| 12 | can you point -- | 10:42:33 |
| 13 | MR. McMURTRY:  Okay.  I see him.  Back | 10:42:33 |
| 14 | there in the glasses and the red hat? | 10:42:35 |
| 15 | MR. SIEGEL:  Right.  For the record, to | 10:42:38 |
| 16 | be accurate, at 1 minute and 3 seconds, he's the | 10:42:39 |
| 17 | fellow who kind of -- you see his hand. | 10:42:44 |
| 18 | MR. McMURTRY:  His arms are up and you | 10:42:46 |
| 19 | can't see the hands? | 10:42:47 |
| 20 | MR. SIEGEL:  Okay.  All right.  Let's go | 10:42:49 |
| 21 | back. | 10:42:53 |
| 22 | (Thereupon, a video recording of Exhibit | 10:42:54 |
| 23 | 16 was played.) | 10:42:54 |
| 24 | BY MR. SIEGEL: | 10:42:57 |
| 25 | Q.    Okay.  What did you hear Will say? | 10:42:57 |

| | | |
|---|---|---|
| 1 | A.    I can make out parts of it.  I think I | 10:43:01 |
| 2 | know what he said. | 10:43:04 |
| 3 | Q.    What do you think he said? | 10:43:06 |
| 4 | A.    I will -- I don't want to repeat. | 10:43:08 |
| 5 | Q.    I'm going to ask you to repeat for the | 10:43:09 |
| 6 | record. | 10:43:13 |
| 7 | A.    What I believe was said was grab his | 10:43:13 |
| 8 | dick and twist it. | 10:43:16 |
| 9 | Q.    Okay.  And he made a twisting motion | 10:43:18 |
| 10 | with his hand? | 10:43:21 |
| 11 | A.    I believe so. | 10:43:22 |
| 12 | MR. SIEGEL:  Okay.  And let's look at | 10:43:23 |
| 13 | the next exhibit, which is Exhibit 17, video 8. | 10:43:25 |
| 14 | MS. MEEK:  I'm starting Exhibit 17 at 35 | 10:44:10 |
| 15 | seconds. | 10:44:13 |
| 16 | (Thereupon, a video recording of Exhibit | 10:44:15 |
| 17 | 17 was played.) | 10:44:15 |
| 18 | BY MR. SIEGEL: | 10:44:21 |
| 19 | Q.    Okay.  Do you hear Will saying that too, | 10:44:21 |
| 20 | same thing, grab his dick and twist it? | 10:44:26 |
| 21 | A.    Yes. | 10:44:28 |
| 22 | MR. SIEGEL:  Let's just play a few more | 10:44:29 |
| 23 | seconds. | 10:44:32 |
| 24 | MS. MEEK:  Starting at 39 seconds. | 10:44:33 |
| 25 | (Thereupon, a video recording of Exhibit | 10:44:35 |

| | | |
|---|---|---|
| 1 | 17 was played.) | 10:44:35 |
| 2 | MR. SIEGEL: All right. And let's play | 10:44:35 |
| 3 | it again. And I want you to look the couple of | 10:44:37 |
| 4 | students who are to -- sort of to Will Fries' | 10:44:40 |
| 5 | right. | 10:44:47 |
| 6 | MS. MEEK: I will restart at 35 | 10:44:48 |
| 7 | seconds through -- | 10:44:49 |
| 8 | MR. SIEGEL: No. You can just do 39, go | 10:44:50 |
| 9 | to 39. | 10:44:52 |
| 10 | (Thereupon, a video recording of Exhibit | 10:44:58 |
| 11 | 17 was played.) | 10:44:58 |
| 12 | BY MR. SIEGEL: | 10:45:02 |
| 13 | Q.    Do you see at least one other student | 10:45:02 |
| 14 | after Will kind of make a twisting motion? | 10:45:05 |
| 15 | A.    Yes. | 10:45:09 |
| 16 | Q.    Who is that? | 10:45:09 |
| 17 | A.    Well, can you cursor point out which -- | 10:45:10 |
| 18 | which one it was? | 10:45:14 |
| 19 | MR. SIEGEL: Yeah. It's the fellow in | 10:45:16 |
| 20 | the -- that one. | 10:45:18 |
| 21 | A.    Okay. I believe that to be Henry. | 10:45:19 |
| 22 | Q.    Henry Bennett, right? | 10:45:22 |
| 23 | A.    Yes. | 10:45:24 |
| 24 | Q.    And is the fellow next to him named | 10:45:24 |
| 25 | Cahill, last name Cahill? | 10:45:28 |

| | | |
|---|---|---|
| 1 | A.    I believe so. | 10:45:30 |
| 2 | Q.    Okay.  So did you hear them say that at | 10:45:31 |
| 3 | the time? | 10:45:35 |
| 4 | A.    I don't think I did.  And judging by my | 10:45:36 |
| 5 | facial reaction, it really doesn't change when I | 10:45:41 |
| 6 | heard that.  So I -- I don't believe I ever did. | 10:45:45 |
| 7 | Q.    When did you first become aware that he | 10:45:48 |
| 8 | had said that? | 10:45:51 |
| 9 | A.    I think he might have mentioned it to | 10:45:53 |
| 10 | me.  And a week -- I don't know, a week or so | 10:45:55 |
| 11 | after that, he -- he had said that at one point. | 10:46:02 |
| 12 | But it didn't really stay in the front of my mind | 10:46:04 |
| 13 | because I didn't do it and it really wasn't my | 10:46:09 |
| 14 | priority. | 10:46:12 |
| 15 | Q.    What do you think of it? | 10:46:13 |
| 16 | A.    I mean, I think it was not the smartest | 10:46:15 |
| 17 | thing to say.  It was probably inappropriate. | 10:46:20 |
| 18 | I know -- I know why he said it.  It's | 10:46:23 |
| 19 | based off a viral Internet video that I guess he | 10:46:27 |
| 20 | was quoting.  Because he thought others didn't -- | 10:46:32 |
| 21 | maybe would find it funny. | 10:46:37 |
| 22 | Q.    What is the viral Internet video that he | 10:46:39 |
| 23 | was quoting? | 10:46:42 |
| 24 | A.    The -- what he is quoting is a video | 10:46:43 |
| 25 | where there are sports fans at -- and in a fight, | 10:46:47 |

| | | |
|---|---|---|
| 1 | and one of the fans stands up and says that line. | 10:46:54 |
| 2 | And I -- I don't know.  Someone reacts to it. | 10:46:58 |
| 3 | And that's -- that's what the video is. | 10:47:04 |
| 4 | Q.   Okay.  So in the video, is the fan who | 10:47:07 |
| 5 | says that line saying that to one of the | 10:47:12 |
| 6 | wrestlers, wrestler one, grab the other | 10:47:16 |
| 7 | guy's penis and twist it? | 10:47:18 |
| 8 | A.   Yeah, I believe so.  I believe he's | 10:47:19 |
| 9 | yelling it at the ring.  I don't know. | 10:47:22 |
| 10 | Q.   He's yelling it at the ring? | 10:47:24 |
| 11 | A.   Yeah. | 10:47:26 |
| 12 | Q.   Okay.  So in this situation, when you | 10:47:27 |
| 13 | and Phillips are face to face and Fries is | 10:47:33 |
| 14 | yelling it out, whose penis do you understand | 10:47:36 |
| 15 | Fries is referring to? | 10:47:41 |
| 16 | MR. McMURTRY:  Objection.  I'm just | 10:47:42 |
| 17 | curious, today or -- I think he said before he | 10:47:43 |
| 18 | didn't hear it then. | 10:47:44 |
| 19 | MR. SIEGEL:  He didn't hear it then. | 10:47:46 |
| 20 | BY MR. SIEGEL: | 10:47:47 |
| 21 | Q.   But when you came to learn about it. | 10:47:47 |
| 22 | MR. McMURTRY:  Okay.  I'm sorry. | 10:47:50 |
| 23 | A.   I have no idea.  I don't know. | 10:47:50 |
| 24 | BY MR. SIEGEL: | 10:47:53 |
| 25 | Q.   Okay.  Do you think that was an | 10:47:53 |

| | | |
|---|---|---|
| 1 | appropriate thing to say to an elderly Native | 10:48:11 |
| 2 | American man? | 10:48:13 |
| 3 | MR. McMURTRY:  Objection.  Go ahead. | 10:48:15 |
| 4 | A.    Again, I don't know even if he directed | 10:48:16 |
| 5 | it at Nathan Phillips.  But I can say that he is | 10:48:20 |
| 6 | a 17-year-old-kid and it was probably just a | 10:48:23 |
| 7 | poorly timed joke. | 10:48:27 |
| 8 | Q.    Do you think that could be perceived as | 10:48:28 |
| 9 | disrespectful? | 10:48:31 |
| 10 | A.    Of course. | 10:48:32 |
| 11 | Q.    Okay.  And could it be perceived as | 10:48:32 |
| 12 | mocking Mr. Phillips? | 10:48:37 |
| 13 | A.    Yes, if you -- if you speculate or | 10:48:38 |
| 14 | surmise that Will was saying it at Mr. Phillips, | 10:48:40 |
| 15 | if you take that jump, then yeah. | 10:48:45 |
| 16 | Q.    Well, whether he was saying it to you or | 10:48:47 |
| 17 | to Mr. Phillips, fair to say that it would be -- | 10:48:51 |
| 18 | it could be perceived as mocking Mr. Phillips? | 10:48:54 |
| 19 | A.    Yes. | 10:48:58 |
| 20 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 10:49:06 |
| 21 | 26. | 10:49:09 |
| 22 | MR. McMURTRY:  This is 25 here? | 10:49:26 |
| 23 | MR. SIEGEL:  Yes.  And 25 is NS 780. | 10:49:27 |
| 24 | (The following portion from Page 306, | 10:49:45 |
| 25 | Line 2 to Page 307, Line 5 was designated | 10:49:45 |

| | | |
|---|---|---|
| 1 | Confidential and is bound separately.) | 10:49:45 |
| 2 | BY MR. SIEGEL: | 10:49:45 |
| 3 | Q.    And the first text, Nick, comes from | 10:49:45 |
| 4 | Henry B.  Is that Henry Bennett? | 10:49:48 |
| 5 | A.    Yes. | 10:49:50 |
| 6 | Q.    And it looks like he's texting you, | 10:49:50 |
| 7 | Steve Schaeper, Will Fries, Jared Gallagher, Will | 10:49:53 |
| 8 | Clark and Nick Sandmann.  I already said you. | 10:49:59 |
| 9 | The text is:  Can we all appreciate | 10:50:00 |
| 10 | Cahill and I screaming, grab his dick and twist | 10:50:03 |
| 11 | it? | 10:50:07 |
| 12 | And this is texted around 6 in the | 10:50:08 |
| 13 | evening on January 19th. | 10:50:10 |
| 14 | A.    Right. | 10:50:13 |
| 15 | Q.    So was this the first point that you | 10:50:14 |
| 16 | learned anything about that? | 10:50:19 |
| 17 | A.    Probably. | 10:50:20 |
| 18 | MR. SIEGEL:  Okay. | 10:50:24 |
| 19 | A.    Actually, if I may add, I think at this | 10:50:25 |
| 20 | point my phone was still dead from earlier in the | 10:50:28 |
| 21 | day, so I don't think I would have seen it yet. | 10:50:33 |
| 22 | Q.    Okay.  And at some point when you -- | 10:50:36 |
| 23 | when your phone came back on, did you go back and | 10:50:43 |
| 24 | read old texts? | 10:50:47 |
| 25 | A.    I did.  I would have -- I assume I would | 10:50:49 |

| | | |
|---|---|---|
| 1 | have read this, but I -- I -- I can't say for | 10:50:53 |
| 2 | sure. | 10:50:56 |
| 3 | Q.    And the last name here is Cahill.  Is | 10:50:57 |
| 4 | that Chris Cahill? | 10:51:02 |
| 5 | A.    Yes. | 10:51:03 |
| 6 | (This concludes the Confidential | 10:51:06 |
| 7 | portion.) | 10:51:06 |
| 8 | MR. SIEGEL:  Okay.  Let's look at | 10:51:06 |
| 9 | Exhibit 27. | 10:51:08 |
| 10 | MR. McMURTRY:  Just real quick on 26. | 10:51:08 |
| 11 | It was marked confidential.  Because we don't | 10:51:10 |
| 12 | want to see this -- you know, these kids | 10:51:12 |
| 13 | subjected to anything like Will was subjected to. | 10:51:14 |
| 14 | So to the extent that we have mentioned | 10:51:18 |
| 15 | their names and all that, I would ask that the | 10:51:19 |
| 16 | record and the document be treated as | 10:51:21 |
| 17 | confidential just referring to that. | 10:51:25 |
| 18 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 10:51:31 |
| 19 | 27. | 10:51:32 |
| 20 | MR. McMURTRY:  Exhibit 27 is also marked | 10:51:33 |
| 21 | as confidential. | 10:51:35 |
| 22 | (The following portion from Page 308, | 10:51:41 |
| 23 | Line 25 through Page 309, Line 13 was designated | 10:51:41 |
| 24 | Confidential and is bound separately.) | 10:51:41 |
| 25 | BY MR. SIEGEL: | 10:51:41 |

1     Q.    And Exhibit 27 is Bates stamped by your          10:51:41
2  counsel NS 717.                                            10:51:46
3          And the first text at the top at 1705 is          10:51:50
4  from Will Clark texting you and those four other          10:51:54
5  students.                                                  10:51:59
6     A.    Yes.                                              10:52:00
7     Q.    And he texts:  They showed the same clip         10:52:03
8  like four times of you screaming in the                   10:52:06
9  background grab his dick and twist it.  I was             10:52:10
10  dying, dude.                                              10:52:13
11          Do you know when Will Clark said they            10:52:14
12  showed the same clip like four times, do you have        10:52:16
13  any idea what he was referring to?                       10:52:19
14     A.    I have no idea.                                  10:52:21
15     Q.    Okay.  When Will Clark texted:  I was           10:52:22
16  dying, dude, what -- how did you understand that?        10:52:34
17     A.    Again, I don't know if I was paying            10:52:41
18  attention to the text at this point, but I would        10:52:43
19  assume that means that he was dying of laughter.         10:52:49
20  He thought that it was funny.                             10:52:53
21     Q.    Okay.  Did you think it was funny?             10:52:55
22          MR. McMURTRY:  Objection.  Go ahead.            10:53:05
23     A.    In the present or in the past?                 10:53:06
24  BY MR. SIEGEL:                                            10:53:09
25     Q.    Well, that is a fair question.                 10:53:09

1          Did -- did this -- did any of these          10:53:12

2     texts ever cause you to go back and look at any    10:53:16

3     of the video and see if you could tell what they   10:53:19

4     were talking about?                                10:53:22

5          A.    I have never gone back to look at the   10:53:23

6     video to see if I could hear that.                 10:53:26

7               MR. SIEGEL:  Okay.                        10:53:29

8          A.    As I testified earlier, I try to watch  10:53:30

9     these videos as little as possible.                10:53:33

10         Q.    Okay.  Looking at it today, do you -- do 10:53:36

11    you think it was funny?                             10:53:45

12         A.    As I've testified earlier, I don't think 10:53:46

13    it was appropriate.  So no.                         10:53:49

14              (This concludes the Confidential          10:53:51

15    portion.)                                           10:53:51

16              MR. SIEGEL:  Okay.  Let's go to Exhibit   10:53:51

17    17, which is video 8.                               10:53:53

18              MS. MEEK:  I'm starting Exhibit 17 at 34  10:54:09

19    seconds.                                            10:54:13

20              (Thereupon, a video recording of Exhibit  10:54:14

21    17 was played.)                                     10:54:14

22              MR. SIEGEL:  Okay.  Let's just listen to  10:54:17

23    it one more time.  And again, I'm going to ask      10:54:20

24    you to focus on what is coming out of the crowd.    10:54:22

25              THE WITNESS:  Okay.                        10:54:27

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 10:54:34 |
| 2 | Q. Did you hear someone say surrounded you? | 10:54:34 |
| 3 | A. No. | 10:54:39 |
| 4 | MR. SIEGEL: Go through it one more | 10:54:39 |
| 5 | time. | 10:54:41 |
| 6 | (Thereupon, a video recording of Exhibit | 10:54:48 |
| 7 | 17 was played.) | 10:54:48 |
| 8 | A. I -- I can't -- I do not personally, | 10:54:52 |
| 9 | because when -- when that sound starts coming, | 10:54:58 |
| 10 | it's the same time as Will starts to say what he | 10:55:01 |
| 11 | said, which we have already covered. | 10:55:06 |
| 12 | MR. SIEGEL: Right. | 10:55:08 |
| 13 | A. And I -- I really can't tell, to be | 10:55:09 |
| 14 | honest with you. | 10:55:13 |
| 15 | MR. SIEGEL: Okay. Let's then -- okay. | 10:55:14 |
| 16 | Let's restart it. | 10:55:21 |
| 17 | MS. MEEK: Restarting at 37 seconds. | 10:55:22 |
| 18 | (Thereupon, a video recording of Exhibit | 10:55:25 |
| 19 | 17 was played.) | 10:55:25 |
| 20 | MR. SIEGEL: Okay. Now let's go back | 10:55:38 |
| 21 | about five seconds and play it again. | 10:55:41 |
| 22 | MS. MEEK: Going back to 43 seconds. | 10:55:55 |
| 23 | (Thereupon, a video recording of Exhibit | 10:55:58 |
| 24 | 17 was played.) | 10:55:58 |
| 25 | BY MR. SIEGEL: | 10:56:04 |

| | | |
|---|---|---|
| 1 | Q.    So I think somebody says give them the | 10:56:04 |
| 2 | old, and then I'm not sure what else was said. | 10:56:08 |
| 3 | Did you hear that? | 10:56:11 |
| 4 | A.    I heard the start of something, but I | 10:56:11 |
| 5 | can't hear the ending either. | 10:56:14 |
| 6 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 10:56:30 |
| 7 | 16, which is video 2. | 10:56:34 |
| 8 | MS. MEEK:  Starting Exhibit 16 at 1:18. | 10:57:02 |
| 9 | (Thereupon, a video recording of Exhibit | 10:57:09 |
| 10 | 16 was played.) | 10:57:09 |
| 11 | MS. MEEK:  I just paused at 1:20. | 10:57:14 |
| 12 | MR. SIEGEL:  Okay.  Play it again. | 10:57:16 |
| 13 | (Thereupon, a video recording of Exhibit | 10:57:26 |
| 14 | 16 was played.) | 10:57:26 |
| 15 | BY MR. SIEGEL: | 10:57:31 |
| 16 | Q.    Did you hear someone shout he ain't | 10:57:31 |
| 17 | moving? | 10:57:36 |
| 18 | A.    Yeah. | 10:57:36 |
| 19 | Q.    Did you hear that at the time? | 10:57:40 |
| 20 | A.    Again, I probably tuned it out -- | 10:57:43 |
| 21 | MR. SIEGEL:  Okay. | 10:57:46 |
| 22 | A.    -- or wasn't paying attention. | 10:57:47 |
| 23 | Q.    What do you understand it to mean | 10:57:52 |
| 24 | hearing it now? | 10:57:54 |
| 25 | A.    I would guess that they are either | 10:57:57 |

| | | |
|---|---|---|
| 1 | referring to me or Mr. Phillips as one of us | 10:58:00 |
| 2 | wasn't moving, and as an observation, I guess. | 10:58:05 |
| 3 | Q.   Okay.  And I take it you don't know who | 10:58:13 |
| 4 | said that? | 10:58:15 |
| 5 | A.   Correct. | 10:58:15 |
| 6 | MR. SIEGEL:  Okay.  Let's restart. | 10:58:26 |
| 7 | MS. MEEK:  Restarting at 1:22. | 10:58:29 |
| 8 | (Thereupon, a video recording of Exhibit | 10:58:33 |
| 9 | 16 was played.) | 10:58:33 |
| 10 | MS. MEEK:  Paused at 1:29. | 10:58:38 |
| 11 | BY MR. SIEGEL: | 10:58:40 |
| 12 | Q.   Did you hear someone say movable object | 10:58:40 |
| 13 | or unmovable object? | 10:58:43 |
| 14 | A.   Yes. | 10:58:45 |
| 15 | MR. McMURTRY:  I can't hear any of this | 10:58:46 |
| 16 | stuff.  You guys are good. | 10:58:48 |
| 17 | BY MR. SIEGEL: | 10:58:58 |
| 18 | Q.   Do you understand it to be referring to | 10:58:58 |
| 19 | you, that you are the unmovable object? | 10:59:00 |
| 20 | A.   No.  It could have been either of us at | 10:59:03 |
| 21 | this point.  We are both standing there. | 10:59:05 |
| 22 | MR. SIEGEL:  Okay.  Let's keep going. | 10:59:11 |
| 23 | And I want you to focus on Will Fries again. | 10:59:13 |
| 24 | MS. MEEK:  Starting at 1:29. | 10:59:18 |
| 25 | (Thereupon, a video recording of Exhibit | 10:59:20 |

| | | |
|---|---|---|
| 1 | 16 was played.) | 10:59:20 |
| 2 | MS. MEEK:  Pausing at 1:39. | 10:59:32 |
| 3 | MR. SIEGEL:  Go back a few seconds.  We | 10:59:35 |
| 4 | might have cut that off a bit too early. | 10:59:44 |
| 5 | MS. MEEK:  Okay.  Restarting at 1:29 | 10:59:48 |
| 6 | through -- | 10:59:53 |
| 7 | MR. SIEGEL:  Play another like ten | 10:59:54 |
| 8 | seconds. | 10:59:56 |
| 9 | MS. MEEK:  Okay. | 10:59:56 |
| 10 | (Thereupon, a video recording of Exhibit | 10:59:58 |
| 11 | 16 was played.) | 10:59:58 |
| 12 | BY MR. SIEGEL: | 11:00:11 |
| 13 | Q.    Do you see it looked like Will was | 11:00:11 |
| 14 | shouting something? | 11:00:15 |
| 15 | A.    Yes.  Yes. | 11:00:15 |
| 16 | Q.    Can you tell what he's saying? | 11:00:17 |
| 17 | A.    There he was inaudible.  I couldn't even | 11:00:20 |
| 18 | hear his voice. | 11:00:23 |
| 19 | MR. SIEGEL:  If that gives you any more | 11:00:27 |
| 20 | comfort, Todd -- | 11:00:34 |
| 21 | MR. McMURTRY:  I was feeling like there | 11:00:36 |
| 22 | is something wrong. | 11:00:37 |
| 23 | MR. SIEGEL:  I couldn't hear it either. | 11:00:38 |
| 24 | MR. McMURTRY:  He keeps answering, and | 11:00:39 |
| 25 | I'm -- | 11:00:44 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  On that one.  All right. | 11:00:44 |
| 2 | Let's keep going.  And again, I ask you to sort | 11:00:46 |
| 3 | of focus on Will. | 11:00:50 |
| 4 | THE WITNESS:  Okay. | 11:00:53 |
| 5 | MS. MEEK:  All right.  I'm going to go | 11:00:54 |
| 6 | back to 1:39. | 11:00:56 |
| 7 | MR. SIEGEL:  I think you can actually | 11:00:58 |
| 8 | start where you are. | 11:00:59 |
| 9 | MS. MEEK:  Okay.  Now we are at 1:42. | 11:01:00 |
| 10 | (Thereupon, a video recording of Exhibit | 11:01:06 |
| 11 | 16 was played.) | 11:01:06 |
| 12 | BY MR. SIEGEL: | 11:01:11 |
| 13 | Q.   So did you see Will -- you saw Will | 11:01:11 |
| 14 | shouting something? | 11:01:16 |
| 15 | A.   Yes. | 11:01:17 |
| 16 | Q.   Did he say beat that drum? | 11:01:17 |
| 17 | A.   Could you replay it? | 11:01:20 |
| 18 | MR. SIEGEL:  Absolutely. | 11:01:22 |
| 19 | A.   I heard beat that drum.  I didn't hear | 11:01:23 |
| 20 | it necessarily from him. | 11:01:28 |
| 21 | (Thereupon, a video recording of Exhibit | 11:01:42 |
| 22 | 16 was played.) | 11:01:42 |
| 23 | A.   Yes. | 11:01:42 |
| 24 | BY MR. SIEGEL: | 11:01:44 |
| 25 | Q.   Okay.  What do you think of that | 11:01:44 |

| | | |
|---|---|---|
| 1 | comment? | 11:01:52 |
| 2 | A.    I don't really know what to make of it. | 11:01:52 |
| 3 | Q.    Do you think that was -- there was only | 11:01:55 |
| 4 | one person playing the drum there, right? | 11:01:58 |
| 5 | A.    Correct.  Well, two, technically. | 11:02:01 |
| 6 | Q.    So when you hear him saying beat that | 11:02:04 |
| 7 | drum, he is referring to Mr. Phillips beating the | 11:02:08 |
| 8 | drum? | 11:02:11 |
| 9 | A.    I would assume. | 11:02:12 |
| 10 | Q.    Okay.  Do you think that that was | 11:02:12 |
| 11 | respectful to shout at, at Mr. Phillips? | 11:02:14 |
| 12 | A.    Probably not. | 11:02:16 |
| 13 | Q.    Okay.  Do you think that could be | 11:02:17 |
| 14 | perceived as mocking him? | 11:02:20 |
| 15 | A.    You could perceive it that way, yes. | 11:02:21 |
| 16 | Q.    Okay.  Do you? | 11:02:24 |
| 17 | A.    I -- the way I look at it is it's | 11:02:26 |
| 18 | probably not the smartest thing to do. | 11:02:30 |
| 19 |         MR. SIEGEL:  Okay.  Let's keep going. | 11:02:38 |
| 20 |         MS. MEEK:  Restarting at 1:52. | 11:02:40 |
| 21 |         (Thereupon, a video recording of Exhibit | 11:02:44 |
| 22 | 16 was played.) | 11:02:44 |
| 23 | BY MR. SIEGEL: | 11:03:04 |
| 24 | Q.    So you are seeing some of the students | 11:03:04 |
| 25 | going what, what, what, what, what? | 11:03:09 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:03:11 |
| 2 | Q.    Do you have any understanding of what | 11:03:11 |
| 3 | that is in that context? | 11:03:13 |
| 4 | A.    We would do what, what, what.  It was | 11:03:15 |
| 5 | another one of our school spirit chants that we | 11:03:21 |
| 6 | did when we couldn't hear the opposing team's | 11:03:25 |
| 7 | cheering section.  So we basically called them | 11:03:30 |
| 8 | out for being quiet. | 11:03:33 |
| 9 |       But I think here, they are doing it | 11:03:35 |
| 10 | because they -- you can see Mr. Phillips raise | 11:03:38 |
| 11 | the drum almost -- I think part of it starts to | 11:03:41 |
| 12 | go past my head.  And I think they are doing that | 11:03:46 |
| 13 | because they are confused as to what's going on. | 11:03:49 |
| 14 |       MR. SIEGEL:  Okay.  Let's keep going. | 11:03:58 |
| 15 |       MS. MEEK:  I paused before at 2:12.  And | 11:04:00 |
| 16 | now I'm continuing from that point. | 11:04:04 |
| 17 |       (Thereupon, a video recording of Exhibit | 11:04:08 |
| 18 | 16 was played.) | 11:04:08 |
| 19 |       MS. MEEK:  Paused at 2:34. | 11:04:28 |
| 20 | BY MR. SIEGEL: | 11:04:30 |
| 21 | Q.    Okay.  So you hear somebody says what's | 11:04:30 |
| 22 | going on or I don't know what's going on? | 11:04:33 |
| 23 | A.    Correct. | 11:04:35 |
| 24 | Q.    And the woman wearing that green hat -- | 11:04:36 |
| 25 | A.    Yes. | 11:04:43 |

| | | |
|---|---|---|
| 1 | Q.    -- says you guys are acting like a mob, | 11:04:43 |
| 2 | that's what is going on, fucking mob mentality? | 11:04:48 |
| 3 | A.    Yeah. | 11:04:52 |
| 4 | Q.    Do you agree with her? | 11:04:53 |
| 5 | A.    Of course not. | 11:04:54 |
| 6 | Q.    Okay.  And why is that? | 11:04:56 |
| 7 | A.    Because we weren't.  We are a group of | 11:04:58 |
| 8 | students and -- whose personal space is being | 11:05:01 |
| 9 | invaded by adults while we have an entire camera | 11:05:07 |
| 10 | crew set up to capture it. | 11:05:11 |
| 11 | Q.    Do you have any -- do you believe that | 11:05:14 |
| 12 | that's how she perceived the students' behavior | 11:05:27 |
| 13 | at that time? | 11:05:32 |
| 14 | MR. McMURTRY:  Objection. | 11:05:32 |
| 15 | A.    No.  I think that right here she's | 11:05:33 |
| 16 | already starting to craft the story that is | 11:05:35 |
| 17 | eventually going to be taken to social media and | 11:05:38 |
| 18 | public interviews before I will even know what's | 11:05:43 |
| 19 | happening. | 11:05:48 |
| 20 | BY MR. SIEGEL: | 11:05:49 |
| 21 | Q.    And what's your basis for saying that? | 11:05:49 |
| 22 | A.    Because Nathan Phillips was on | 11:05:52 |
| 23 | television before I even knew what was happening. | 11:05:54 |
| 24 | Q.    And do you know who that woman is? | 11:05:57 |
| 25 | A.    No. | 11:05:59 |

1    Q.    So what is the -- your basis for saying          11:06:00

2   that or claiming that she had anything to do with       11:06:04

3   crafting a story at that moment?                        11:06:08

4    A.    Because you are asking me what I thought         11:06:11

5   she was doing, and I'm -- I'm telling you from          11:06:14

6   this point, I -- that's what I believe she's            11:06:19

7   doing.                                                  11:06:23

8    Q.    Okay.  That's your perception of it,             11:06:24

9   right?                                                  11:06:27

10    A.    Yes.                                            11:06:27

11    Q.    Okay.  Just one last time, to make the          11:06:28

12   record clear, you don't have any other facts           11:06:43

13   about her, do you, to substantiate that                11:06:46

14   perception?                                            11:06:49

15    A.    Right.  I don't -- I have no idea who            11:06:50

16   she is.                                                11:06:54

17         MR. SIEGEL:  Okay.  Let's keep going.            11:06:54

18         MS. MEEK:  I'm playing Exhibit 16                11:07:06

19   starting at 3 minutes and 15 seconds.                  11:07:09

20         (Thereupon, a video recording of Exhibit         11:07:13

21   16 was played.)                                        11:07:13

22         MS. MEEK:  I just paused at 3 minutes             11:07:20

23   and 20 seconds.                                        11:07:22

24   BY MR. SIEGEL:                                         11:07:23

25    Q.    Who is the student with his hand on your        11:07:23

| | | |
|---|---|---|
| 1 | shoulders? | 11:07:26 |
| 2 | A.    I believe that's Charlie, but I could be | 11:07:26 |
| 3 | wrong.  Because earlier he had a red hat on, and | 11:07:34 |
| 4 | now it looks like a white hat.  So it looks like | 11:07:37 |
| 5 | Charlie, but I don't know. | 11:07:42 |
| 6 | MR. SIEGEL:  Do you want to play it a | 11:07:44 |
| 7 | few more -- I will tell you, we are going to play | 11:07:46 |
| 8 | it forward anyway.  So if you are able to see his | 11:07:49 |
| 9 | face more clearly and, you know, answer on that | 11:07:52 |
| 10 | basis, let's just -- let me know. | 11:07:55 |
| 11 | (Thereupon, a video recording of Exhibit | 11:08:00 |
| 12 | 16 was played.) | 11:08:00 |
| 13 | MS. MEEK:  Paused at 3:22. | 11:08:02 |
| 14 | A.    That's Charlie. | 11:08:05 |
| 15 | BY MR. SIEGEL: | 11:08:07 |
| 16 | Q.    That's Charlie?  Okay. | 11:08:07 |
| 17 | MS. MEEK:  I'm continuing on from that | 11:08:12 |
| 18 | point. | 11:08:14 |
| 19 | (Thereupon, a video recording of Exhibit | 11:08:16 |
| 20 | 16 was played.) | 11:08:16 |
| 21 | MS. MEEK:  Paused at 3:32. | 11:08:24 |
| 22 | BY MR. SIEGEL: | 11:08:27 |
| 23 | Q.    Okay.  Here again, somebody said you | 11:08:27 |
| 24 | can't move him? | 11:08:31 |
| 25 | A.    Yeah. | 11:08:33 |

1          MR. SIEGEL:  Okay.  Let's just play it          11:08:35

2     one more time.  Maybe go one more second past.       11:08:37

3          MS. MEEK:  Okay.  Going back to 3:20.           11:08:44

4          MR. SIEGEL:  No, no, no, I'm sorry.             11:08:49

5     Yeah.  Just -- you can go maybe five seconds         11:08:50

6     before and then go one second past so he can         11:08:53

7     focus just on that.                                  11:08:57

8          MS. MEEK:  Playing from 3:27.                   11:09:00

9          (Thereupon, a video recording of Exhibit        11:09:03

10    16 was played.)                                      11:09:03

11    BY MR. SIEGEL:                                       11:09:13

12    Q.    So would it be fair to say that whoever        11:09:13

13    said that is kind of in a sing-song voice, like      11:09:18

14    you can't move him?                                  11:09:22

15    A.    Yeah.  It was Beau.                            11:09:23

16    Q.    That was Beau?                                 11:09:26

17    A.    Yeah.                                          11:09:27

18    Q.    Okay.  And do you think that could be          11:09:29

19    interpreted as mocking Mr. Phillips?                 11:09:32

20    A.    No.                                            11:09:36

21    Q.    Why not?                                       11:09:37

22    A.    Because, I mean, that's a very neutral,        11:09:38

23    truthful statement.                                  11:09:44

24          Technically, he is not allowed to move         11:09:46

25    me or put his hands on me, if you are looking at     11:09:49

| | | |
|---|---|---|
| 1 | this legally.  So I don't -- I don't see that as | 11:09:53 |
| 2 | how you could take that as disrespectful to | 11:10:01 |
| 3 | Mr. Phillips. | 11:10:04 |
| 4 | Q.   Does the tone of voice that he says it | 11:10:04 |
| 5 | in, you can't move him, does that affect your | 11:10:07 |
| 6 | answer at all? | 11:10:11 |
| 7 | A.   No.  That was the way in which we | 11:10:11 |
| 8 | recited our school spirit chants. | 11:10:15 |
| 9 | Q.   Okay.  So your interpretation of it is | 11:10:19 |
| 10 | Beau was reciting it here as if it were a cheer? | 11:10:24 |
| 11 | A.   Yes. | 11:10:28 |
| 12 | MR. SIEGEL:  Okay.  Just go back.  Play | 11:10:28 |
| 13 | that one more time. | 11:10:34 |
| 14 | BY MR. SIEGEL: | 11:10:35 |
| 15 | Q.   And can you point out to me where you | 11:10:35 |
| 16 | see that it is Beau who is saying this? | 11:10:38 |
| 17 | A.   Okay.  It might be helpful to do it | 11:10:41 |
| 18 | frame by frame so I can -- | 11:10:44 |
| 19 | MS. MEEK:  Sure.  I will do that from | 11:10:45 |
| 20 | 3:27. | 11:10:48 |
| 21 | THE WITNESS:  Okay. | 11:10:50 |
| 22 | (Thereupon, a video recording of Exhibit | 11:10:55 |
| 23 | 16 was played.) | 11:10:55 |
| 24 | THE WITNESS:  You will see him when the | 11:11:13 |
| 25 | camera shows back over to the left. | 11:11:15 |

| | | |
|---|---|---|
| 1 | (Thereupon, a video recording of Exhibit | 11:11:22 |
| 2 | 16 was played.) | 11:11:22 |
| 3 | THE WITNESS:  You can see his hand right | 11:11:31 |
| 4 | there. | 11:11:33 |
| 5 | MR. SIEGEL:  Right. | 11:11:33 |
| 6 | THE WITNESS:  And then he will go up to | 11:11:35 |
| 7 | cup his mouth in a couple of seconds. | 11:11:37 |
| 8 | MR. SIEGEL:  Okay. | 11:11:40 |
| 9 | MS. MEEK:  This frame by frame is not | 11:11:48 |
| 10 | working great.  There we go. | 11:11:50 |
| 11 | (Thereupon, a video recording of Exhibit | 11:11:53 |
| 12 | 16 was played.) | 11:11:53 |
| 13 | MR. SIEGEL:  Keep going. | 11:12:00 |
| 14 | THE WITNESS:  Again, he says it right | 11:12:10 |
| 15 | there. | 11:12:17 |
| 16 | MS. MEEK:  For the record, was that | 11:12:18 |
| 17 | 3:33? | 11:12:21 |
| 18 | MR. SIEGEL:  So can you just go -- go | 11:12:23 |
| 19 | back about five seconds again and play it through | 11:12:25 |
| 20 | him cupping his mouth? | 11:12:29 |
| 21 | MS. MEEK:  Sure. | 11:12:31 |
| 22 | MR. SIEGEL:  A little before, because | 11:12:32 |
| 23 | he's already doing it then.  Okay. | 11:12:34 |
| 24 | MS. MEEK:  Starting from 3:28. | 11:12:42 |
| 25 | (Thereupon, a video recording of Exhibit | 11:12:46 |

| | | |
|---|---|---|
| 1 | 16 was played.) | 11:12:46 |
| 2 | BY MR. SIEGEL: | 11:12:55 |
| 3 | Q.    Beau cups his mouth after that. | 11:12:55 |
| 4 | A.    Okay.  My mistake then. | 11:12:59 |
| 5 | Q.    Okay.  So I take it you don't know who | 11:13:00 |
| 6 | says that? | 11:13:02 |
| 7 | A.    Yeah.  Then, I don't know. | 11:13:03 |
| 8 | Q.    Have you ever talked to Beau about this | 11:13:09 |
| 9 | incident after it happened? | 11:13:16 |
| 10 | A.    I never had the chance to speak to Beau, | 11:13:17 |
| 11 | and then he transferred out of Cov Cath. | 11:13:20 |
| 12 | Q.    Did you know him? | 11:13:25 |
| 13 | A.    I did not.  He was a freshman.  I was a | 11:13:28 |
| 14 | junior. | 11:13:31 |
| 15 | MR. SIEGEL:  Okay.  So let's go back to | 11:13:35 |
| 16 | 3:32 and then play it normally. | 11:13:37 |
| 17 | (Thereupon, a video recording of Exhibit | 11:13:41 |
| 18 | 16 was played.) | 11:13:41 |
| 19 | MS. MEEK:  Paused at 3:36. | 11:13:46 |
| 20 | MR. SIEGEL:  Now, it looks -- play that | 11:13:48 |
| 21 | again.  And I'm going to ask you to focus on what | 11:13:53 |
| 22 | the kid in the -- it looks like that black | 11:13:56 |
| 23 | sweatshirt that I think -- okay. | 11:13:58 |
| 24 | (Thereupon, a video recording of Exhibit | 11:14:03 |
| 25 | 16 was played.) | 11:14:03 |

1    BY MR. SIEGEL:                                    11:14:07

2        Q.    Do you hear someone saying this is how  11:14:07

3    we won this war?                                  11:14:10

4        A.    No.                                      11:14:11

5              MR. SIEGEL:  Try it again.               11:14:12

6        A.    I -- with my best try, I cannot          11:14:15

7    understand.                                        11:14:19

8              (Thereupon, a video recording of Exhibit 11:14:22

9    16 was played.)                                    11:14:22

10       A.    No.                                      11:14:26

11   BY MR. SIEGEL:                                    11:14:27

12       Q.    You can't --                             11:14:27

13       A.    I hear this is how, and then the rest is 11:14:28

14   speculation at best.  I don't -- I can't tell.     11:14:32

15             MR. SIEGEL:  Okay.  Let's -- okay.       11:14:43

16   Let's keep going.                                  11:14:45

17             MS. MEEK:  Restarting at 3:36.           11:14:47

18             (Thereupon, a video recording of Exhibit 11:14:49

19   16 was played.)                                    11:14:49

20             MS. MEEK:  Paused at 3:43.               11:14:58

21             MR. SIEGEL:  And I'll just -- then we    11:15:02

22   can -- why don't we just play it so it's clear on  11:15:02

23   the record.  The video is about to stop.  Go back  11:15:05

24   to 3:43.                                           11:15:09

25   BY MR. SIEGEL:                                    11:15:23

1    Q.    Okay.  So at this point, which is right    11:15:23

2    before the video cuts off, Nick, would you agree    11:15:26

3    that by this point, there are students on all    11:15:30

4    side of Phillips, right, including behind him?    11:15:34

5    A.    I mean, behind him to me does not seem    11:15:37

6    very accurate.  The people immediately behind him    11:15:42

7    are people from the Indigenous People's March,    11:15:46

8    and you've got students five or six feet past    11:15:52

9    that.    11:15:56

10    MR. SIEGEL:  Right.    11:15:56

11    A.    So, I mean, technically, yes, they are    11:15:57

12    behind him, but not immediately --    11:16:00

13    Q.    I understand that.  But in -- and I'm    11:16:02

14    not asking you who was standing like literally    11:16:05

15    right immediately behind him.  But in the    11:16:08

16    direction behind him, right, to his rear, there    11:16:11

17    are now students standing there, right?    11:16:14

18    A.    Correct.    11:16:17

19    Q.    Okay.  So in -- and Nick, you may have    11:16:17

20    recognized.  I mean, this is what is called the    11:16:25

21    Titano video, and the -- in this video, you and    11:16:31

22    Phillips came face to face around 50 seconds, and    11:16:39

23    the video ends at 3:44.  So that is roughly three    11:16:44

24    minutes later, right, you are still standing    11:16:49

25    there?    11:16:52

| | | |
|---|---|---|
| 1 | So for those three minutes, you didn't | 11:16:53 |
| 2 | move from your spot, right? | 11:16:56 |
| 3 | A.    Right. | 11:16:57 |
| 4 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 11:17:01 |
| 5 | 28. | 11:17:04 |
| 6 | MR. McMURTRY:  Tell me again what video | 11:17:10 |
| 7 | that is. | 11:17:12 |
| 8 | MR. SIEGEL:  I'm sorry.  Video 9.  And | 11:17:14 |
| 9 | it's just the first five or six seconds.  And | 11:17:30 |
| 10 | again, listen to the crowd. | 11:17:33 |
| 11 | THE WITNESS:  Okay. | 11:17:35 |
| 12 | (Thereupon, a video recording of Exhibit | 11:17:49 |
| 13 | 28 was played.) | 11:17:49 |
| 14 | BY MR. SIEGEL: | 11:17:54 |
| 15 | Q.    Did you hear somebody shouting something | 11:17:54 |
| 16 | out? | 11:17:57 |
| 17 | A.    I mean, I heard people shouting.  I | 11:17:57 |
| 18 | didn't hear anything. | 11:18:00 |
| 19 | MR. SIEGEL:  Let's -- let's just play it | 11:18:02 |
| 20 | one more time. | 11:18:05 |
| 21 | (Thereupon, a video recording of Exhibit | 11:18:08 |
| 22 | 28 was played.) | 11:18:08 |
| 23 | BY MR. SIEGEL: | 11:18:11 |
| 24 | Q.    So right there, around four or five | 11:18:11 |
| 25 | seconds, does it sounds like someone may be | 11:18:15 |

| | | |
|---|---|---|
| 1 | shouting build that wall? | 11:18:17 |
| 2 | A.    No.  I can't hear that. | 11:18:20 |
| 3 | MR. SIEGEL:  Let's listen to it again. | 11:18:22 |
| 4 | (Thereupon, a video recording of Exhibit | 11:18:24 |
| 5 | 28 was played.) | 11:18:24 |
| 6 | BY MR. SIEGEL: | 11:18:30 |
| 7 | Q.    Can you say for certain that that's not | 11:18:30 |
| 8 | what is being said? | 11:18:33 |
| 9 | A.    Of course not.  But I don't think you | 11:18:34 |
| 10 | could say for certain someone did say that. | 11:18:37 |
| 11 | Q.    Okay.  I know you have already said that | 11:18:52 |
| 12 | you generally weren't able to hear much or you | 11:18:54 |
| 13 | weren't focusing on what the crowd -- what was | 11:18:57 |
| 14 | audible coming from the crowd. | 11:19:01 |
| 15 | A.    Right. | 11:19:02 |
| 16 | Q.    But did you ever hear anyone say build | 11:19:03 |
| 17 | that wall? | 11:19:06 |
| 18 | A.    Not from -- | 11:19:06 |
| 19 | Q.    During the -- during the encounter? | 11:19:07 |
| 20 | A.    Not from what I remember, no. | 11:19:09 |
| 21 | Q.    Okay.  Did anyone ever tell you that | 11:19:11 |
| 22 | they said that? | 11:19:14 |
| 23 | A.    No one has told me that they said build | 11:19:15 |
| 24 | that wall. | 11:19:18 |
| 25 | Q.    Okay.  Has anyone ever told you that | 11:19:18 |

| | | |
|---|---|---|
| 1 | they heard that? | 11:19:22 |
| 2 | A.    No one's told me that they've heard it | 11:19:22 |
| 3 | either. | 11:19:27 |
| 4 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 11:19:39 |
| 5 | 29. | 11:19:43 |
| 6 | MS. MEEK:  This is video 3 in the | 11:19:56 |
| 7 | stipulation, and I'm playing Exhibit 29 from the | 11:19:59 |
| 8 | beginning. | 11:20:03 |
| 9 | (Thereupon, a video recording of Exhibit | 11:20:05 |
| 10 | 29 was played.) | 11:20:05 |
| 11 | BY MR. SIEGEL: | 11:20:26 |
| 12 | Q.    So what are the students shouting there? | 11:20:26 |
| 13 | A.    Cov Cath is the best. | 11:20:31 |
| 14 | MR. SIEGEL:  Okay. | 11:20:33 |
| 15 | A.    Which is a school spirit thing. | 11:20:34 |
| 16 | Q.    Okay.  Do you assume that everyone else | 11:20:36 |
| 17 | there knows what or knew what Cov Cath is? | 11:20:42 |
| 18 | MR. McMURTRY:  Objection. | 11:20:46 |
| 19 | A.    I mean, I don't think it would be pretty | 11:20:47 |
| 20 | hard to figure out.  A lot of kids have | 11:20:52 |
| 21 | sweatshirts that say in pretty big letters | 11:20:56 |
| 22 | Covington Catholic on it. | 11:21:00 |
| 23 | BY MR. SIEGEL: | 11:21:02 |
| 24 | Q.    Okay.  So you assume that anyone in that | 11:21:02 |
| 25 | Lincoln Memorial area would know that this was | 11:21:05 |

| | | |
|---|---|---|
| 1 | some kind of school cheer? | 11:21:09 |
| 2 | MR. McMURTRY:  Objection. | 11:21:11 |
| 3 | A.    I think even without -- again, as I had | 11:21:12 |
| 4 | said yesterday, Cov Cath to me sounds like a high | 11:21:14 |
| 5 | school name.  Anything Catholic, I would think | 11:21:18 |
| 6 | school at the very least.  And I think it's | 11:21:21 |
| 7 | pretty -- pretty common to abbreviate it, the | 11:21:24 |
| 8 | first four letters.  So to me, it does not seem | 11:21:28 |
| 9 | too hard to figure out. | 11:21:32 |
| 10 | BY MR. SIEGEL: | 11:21:36 |
| 11 | Q.    Okay.  Let's jump to 1 minute and 15 | 11:21:36 |
| 12 | seconds. | 11:21:43 |
| 13 | And while we are doing that, do you know | 11:21:44 |
| 14 | who took this video? | 11:21:52 |
| 15 | A.    No. | 11:21:54 |
| 16 | MR. SIEGEL:  Okay. | 11:21:56 |
| 17 | MS. MEEK:  Starting at 1:15. | 11:21:58 |
| 18 | (Thereupon, a video recording of Exhibit | 11:22:01 |
| 19 | 28 was played.) | 11:22:01 |
| 20 | MR. SIEGEL:  Actually, let's go back | 11:22:07 |
| 21 | because I want to sort of focus Nick's attention | 11:22:09 |
| 22 | so he will know what to be looking for. | 11:22:12 |
| 23 | BY MR. SIEGEL: | 11:22:20 |
| 24 | Q.    So I'm going to ask you to try to focus | 11:22:20 |
| 25 | on the communication between the man in the Reds | 11:22:25 |

| | | |
|---|---|---|
| 1 | hat and Will Fries.  Okay? | 11:22:28 |
| 2 | A.    Okay. | 11:22:34 |
| 3 | (Thereupon, a video recording of Exhibit | 11:23:03 |
| 4 | 28 was played.) | 11:23:03 |
| 5 | MS. MEEK:  Paused at 1:43. | 11:23:03 |
| 6 | BY MR. SIEGEL: | 11:23:06 |
| 7 | Q.    Okay.  Towards the end of that you hear | 11:23:06 |
| 8 | the man in the Reds hat say -- | 11:23:10 |
| 9 | MR. McMURTRY:  Excuse me. | 11:23:12 |
| 10 | BY MR. SIEGEL: | 11:23:13 |
| 11 | Q.    Do you hear the man in the Reds hat say, | 11:23:13 |
| 12 | if you want to make America great, of course, you | 11:23:16 |
| 13 | white people go back to Europe where you came | 11:23:21 |
| 14 | from? | 11:23:23 |
| 15 | A.    I didn't hear all of that.  I did hear | 11:23:23 |
| 16 | him telling Will to go back to Europe, and that | 11:23:29 |
| 17 | this was -- the Reds hat -- red hat guy say this | 11:23:33 |
| 18 | is our land. | 11:23:35 |
| 19 | Q.    Okay.  So from this video, do you see | 11:23:39 |
| 20 | that -- you can tell that they are communicating | 11:23:42 |
| 21 | in some way, right, before the man in the Reds | 11:23:44 |
| 22 | hat says that? | 11:23:48 |
| 23 | MR. McMURTRY:  Who is communicating? | 11:23:49 |
| 24 | BY MR. SIEGEL: | 11:23:52 |
| 25 | Q.    Well, the man in the Reds hat is | 11:23:52 |

| | | |
|---|---|---|
| 1 | communicating to somebody, right? | 11:23:54 |
| 2 | A.    Right. | 11:23:56 |
| 3 | Q.    So do you know how that communication | 11:23:57 |
| 4 | got started? | 11:24:00 |
| 5 | A.    I -- I do not know.  I know that | 11:24:01 |
| 6 | eventually, unlike other one-line things that | 11:24:04 |
| 7 | were being said by everybody in the crowd, that | 11:24:10 |
| 8 | ended up catching my attention because I could | 11:24:14 |
| 9 | hear a back-and-forth going on. | 11:24:17 |
| 10 | Q.    Okay.  Did you ever talk to Will about | 11:24:19 |
| 11 | how that conversation with the man in the Reds | 11:24:22 |
| 12 | hat got started? | 11:24:27 |
| 13 | A.    I have talked to him about it, but I -- | 11:24:29 |
| 14 | I can't accurately remember how it started.  I -- | 11:24:33 |
| 15 | I'm pretty -- I'm pretty sure I know how it | 11:24:39 |
| 16 | started, but I don't want to definitely say it | 11:24:43 |
| 17 | happened one way and then that not be true. | 11:24:45 |
| 18 | Q.    Okay.  Well, so let's break that down. | 11:24:49 |
| 19 | Okay? | 11:24:53 |
| 20 | So you said at the point that -- in that | 11:24:53 |
| 21 | moment, when he said -- what was it that caught | 11:24:57 |
| 22 | your ear? | 11:25:02 |
| 23 | A.    I don't -- I can't remember what exactly | 11:25:03 |
| 24 | he said that caught my ear.  I think I just heard | 11:25:06 |
| 25 | both of them in an argument, and that caught my | 11:25:09 |

| | | |
|---|---|---|
| 1 | attention.  Because up until that point, none of | 11:25:14 |
| 2 | the other students were interacting with anyone | 11:25:17 |
| 3 | outside of Cov Cath, at least to my knowledge. | 11:25:21 |
| 4 | Q.    Okay.  So how do you -- you say you | 11:25:23 |
| 5 | don't know for sure, but how do you think it got | 11:25:27 |
| 6 | started? | 11:25:30 |
| 7 | A.    From -- from what I remember, which | 11:25:31 |
| 8 | could not be -- may not be accurate, the person | 11:25:34 |
| 9 | we are calling the man in the Reds hat turned | 11:25:39 |
| 10 | around to Will and said F you, F you, you stole | 11:25:42 |
| 11 | our land, which prompted Will to respond to him. | 11:25:49 |
| 12 | Q.    And -- and what's the basis of your | 11:25:53 |
| 13 | saying that?  In other words, where is that | 11:26:00 |
| 14 | information coming from? | 11:26:02 |
| 15 | A.    This is information that I think -- this | 11:26:03 |
| 16 | is what I think Will Fries told me. | 11:26:05 |
| 17 | MR. SIEGEL:  Okay. | 11:26:11 |
| 18 | A.    I will say again, I don't know -- I | 11:26:11 |
| 19 | don't even know if he told me that, like in | 11:26:13 |
| 20 | that -- that's what I think I remember him | 11:26:17 |
| 21 | telling me. | 11:26:19 |
| 22 | Q.    Do you recall anything else Will telling | 11:26:20 |
| 23 | you about not just this moment but anything about | 11:26:22 |
| 24 | the guy in the Reds hat? | 11:26:26 |
| 25 | A.    I remember him kind of describing more | 11:26:31 |

| | | |
|---|---|---|
| 1 | of the conversation he had with the man in the | 11:26:34 |
| 2 | red hat.  But, I mean, anything else he would | 11:26:42 |
| 3 | have described to me, I don't remember. | 11:26:46 |
| 4 | Q.    Okay.  Is there anything else that Will | 11:26:50 |
| 5 | told you about this that you recall? | 11:26:55 |
| 6 | A.    Not besides some of the things that were | 11:26:57 |
| 7 | said in the conversation. | 11:27:00 |
| 8 | Q.    Okay.  Well, I will tell you what, | 11:27:09 |
| 9 | maybe -- what do you remember that he told you | 11:27:14 |
| 10 | about what was said in the conversation other | 11:27:16 |
| 11 | than what you've already testified to? | 11:27:19 |
| 12 | A.    I -- I remember Will telling -- Will | 11:27:21 |
| 13 | telling me that he told the man in the red hat | 11:27:27 |
| 14 | that -- he said something along the lines of like | 11:27:30 |
| 15 | we are kids or we are from Kentucky, we didn't | 11:27:35 |
| 16 | steal anything.  And then I know at one point | 11:27:39 |
| 17 | Will tells the man in the red hat, well, let's | 11:27:43 |
| 18 | just go back to Africa where all life started. | 11:27:48 |
| 19 | And I think at one point, he tries to talk to him | 11:27:52 |
| 20 | about the land bridge theory or whatever, that | 11:27:55 |
| 21 | that's where Native Americans even got to North | 11:27:59 |
| 22 | America in the first place.  But that's about all | 11:28:03 |
| 23 | I recall. | 11:28:08 |
| 24 | MR. SIEGEL:  Okay.  And a lot of that is | 11:28:09 |
| 25 | captured on the video.  So let's go ahead and | 11:28:13 |

| | | |
|---|---|---|
| 1 | play it through to the next pause point. | 11:28:17 |
| 2 | MS. MEEK: Restarting from 1:43. | 11:28:19 |
| 3 | (Thereupon, a video recording of Exhibit | 11:28:23 |
| 4 | 28 was played.) | 11:28:23 |
| 5 | MS. MEEK: Paused at 2:05. | 11:28:44 |
| 6 | BY MR. SIEGEL: | 11:28:47 |
| 7 | Q. Okay. So what's your reaction to that | 11:28:47 |
| 8 | conversation so far? | 11:28:50 |
| 9 | MR. McMURTRY: Objection. Go ahead. | 11:28:51 |
| 10 | A. I mean, Will, and I think he knows this | 11:28:54 |
| 11 | now, was just better off not -- not bothering to | 11:28:58 |
| 12 | interact with this guy. | 11:29:02 |
| 13 | I don't -- my reaction is I don't really | 11:29:05 |
| 14 | see any point in having this conversation. I | 11:29:08 |
| 15 | don't think either of them are going to come out | 11:29:11 |
| 16 | of it feeling better about themselves or feeling | 11:29:15 |
| 17 | more knowledgeable. | 11:29:19 |
| 18 | Q. You heard the man in the Reds hat use | 11:29:22 |
| 19 | the F word in that last -- do you think that is | 11:29:27 |
| 20 | what Will was describing to you? | 11:29:31 |
| 21 | A. Yeah, I heard the man in the red hat say | 11:29:33 |
| 22 | get the fuck out of my face, which I think in | 11:29:36 |
| 23 | some way made Will want to argue more and prove | 11:29:39 |
| 24 | his point. | 11:29:43 |
| 25 | MR. SIEGEL: Okay. Let's -- maybe let's | 11:29:44 |

| | | |
|---|---|---|
| 1 | go back -- let's go back to 1:43 and listen to | 11:29:46 |
| 2 | that again. | 11:29:49 |
| 3 | (Thereupon, a video recording of Exhibit | 11:29:58 |
| 4 | 28 was played.) | 11:29:58 |
| 5 | BY MR. SIEGEL: | 11:30:20 |
| 6 | Q.   Okay.  So that is what you are talking | 11:30:20 |
| 7 | about. | 11:30:22 |
| 8 | Is that -- you testified earlier about | 11:30:22 |
| 9 | Will describing to you that the guy had used the | 11:30:25 |
| 10 | F word.  Is that what you think Will was | 11:30:27 |
| 11 | describing to you? | 11:30:30 |
| 12 | A.   Yeah.  Well, in this clip, he said it | 11:30:31 |
| 13 | twice so far, and I would imagine that he | 11:30:34 |
| 14 | probably said it other times which aren't in this | 11:30:37 |
| 15 | section we're watching. | 11:30:41 |
| 16 | Q.   Okay.  Now, I'm going to play that | 11:30:44 |
| 17 | again.  But this time I want you to look at not | 11:30:55 |
| 18 | Will but the man you described as the -- the | 11:31:02 |
| 19 | other man with the drum who has the white hat. | 11:31:08 |
| 20 | A.   Okay. | 11:31:13 |
| 21 | MR. SIEGEL:  Okay. | 11:31:14 |
| 22 | Q.   So he's -- | 11:31:22 |
| 23 | A.   He's got the checkered -- | 11:31:24 |
| 24 | MR. SIEGEL:  Yeah, the checkered hat. | 11:31:27 |
| 25 | THE WITNESS:  Okay. | 11:31:30 |

| | |
|---|---|
| 1 | (Thereupon, a video recording of Exhibit | 11:31:30 |
| 2 | 28 was played.) | 11:31:30 |
| 3 | BY MR. SIEGEL: | 11:31:50 |
| 4 | Q.    Did you see what Will is saying when | 11:31:50 |
| 5 | he's saying there appears to be some -- some | 11:31:53 |
| 6 | communication between the man in the white hat | 11:31:56 |
| 7 | and the man in the red hat? | 11:31:59 |
| 8 | A.    Yes. | 11:32:00 |
| 9 | Q.    Did you hear any of that? | 11:32:01 |
| 10 | A.    No. | 11:32:02 |
| 11 | Q.    Okay.  So did you have any idea what | 11:32:03 |
| 12 | they were saying to each other? | 11:32:06 |
| 13 | A.    No. | 11:32:08 |
| 14 | MR. SIEGEL:  Okay.  Let's keep going. | 11:32:11 |
| 15 | MS. MEEK:  Restarting at 2:05. | 11:32:13 |
| 16 | (Thereupon, a video recording of Exhibit | 11:32:17 |
| 17 | 28 was played.) | 11:32:17 |
| 18 | MS. MEEK:  Paused at 2:20. | 11:32:30 |
| 19 | BY MR. SIEGEL: | 11:32:32 |
| 20 | Q.    Okay.  And you -- it looks like you | 11:32:32 |
| 21 | motioned to Will, right? | 11:32:35 |
| 22 | A.    Right. | 11:32:37 |
| 23 | Q.    And is that -- what were you trying to | 11:32:37 |
| 24 | communicate to him? | 11:32:40 |
| 25 | A.    To stop talking. | 11:32:42 |

| | | |
|---|---|---|
| 1 | Q.    Okay.  Let's go back to Exhibit 20, | 11:32:45 |
| 2 | which is your -- the first public statement that | 11:33:10 |
| 3 | you issued. | 11:33:12 |
| 4 | Just give me a minute here.  Yeah.  Go | 11:33:32 |
| 5 | to the second page, which is NS 103, the first | 11:33:34 |
| 6 | paragraph. | 11:33:39 |
| 7 | A.    Uh-huh. | 11:33:41 |
| 8 | Q.    Read it to yourself for a second. | 11:33:44 |
| 9 | MR. McMURTRY:  I'm sorry.  Can you | 11:33:46 |
| 10 | reorient me as to what you just said?  I was -- | 11:33:47 |
| 11 | MR. SIEGEL:  Yes.  It's NS 103. | 11:33:52 |
| 12 | MR. McMURTRY:  First paragraph? | 11:33:54 |
| 13 | MR. SIEGEL:  First paragraph. | 11:33:55 |
| 14 | BY MR. SIEGEL: | 11:34:05 |
| 15 | Q.    Okay.  And Nick, I take it this | 11:34:05 |
| 16 | paragraph refers to that interaction that we just | 11:34:07 |
| 17 | watched? | 11:34:10 |
| 18 | A.    Correct. | 11:34:11 |
| 19 | Q.    Okay.  You refer to the man in the red | 11:34:11 |
| 20 | hat as a member of the protestor's entourage. | 11:34:17 |
| 21 | What did you mean by a member of the | 11:34:23 |
| 22 | protestor's entourage? | 11:34:25 |
| 23 | A.    In the same way I referred to the guy | 11:34:29 |
| 24 | with the white and checkered hat as a companion | 11:34:31 |
| 25 | of Mr. Phillips.  They followed him over to our | 11:34:35 |

1   group.                                            11:34:38

2        Q.    Okay.  Did you think that everyone who  11:34:39

3   followed him was a companion of his?              11:34:47

4        A.    I mean, yes.  I made that assumption    11:34:52

5   because they were over there conducting their own 11:34:56

6   indigenous people's rally.  I assumed some of     11:35:00

7   them knew each other.  And it appears afterwards   11:35:06

8   like they did.  And so when they followed him      11:35:09

9   over there, I assumed that they were all a part    11:35:12

10  of the same group.                                 11:35:16

11       Q.    Okay.  But that was an assumption,       11:35:18

12  right?                                             11:35:21

13       A.    Right.                                  11:35:22

14       Q.    Okay.  Do you think that what the man in 11:35:22

15  the Reds hat said to Will reflects anything about  11:35:31

16  Nathan Phillips?                                   11:35:36

17       A.    In some ways.                           11:35:40

18       Q.    How so?                                 11:35:48

19       A.    I think that in the way Nathan Phillips  11:35:49

20  walked up to me and then we had our encounter for  11:35:58

21  how many minutes, when the guy with the red hat,   11:36:03

22  as we are calling him, found out that he could     11:36:08

23  engage Will in an argument, that it kind of        11:36:11

24  reflects that both of them were trying to make     11:36:20

25  points.                                            11:36:23

1     Q.    Okay.  Do you -- and why does the fact          11:36:26

2     that -- why do you attribute what you perceive to     11:36:32

3     be the intentions of the man in the Reds hat to       11:36:35

4     Nathan Phillips?                                       11:36:40

5     A.    No.  I'm not saying that they both had          11:36:41

6     the same intentions.  I'm just saying that there      11:36:43

7     is a common link between both of them, that I         11:36:46

8     believe that Nathan Phillips was -- I believe         11:36:48

9     that Nathan Phillips stayed in front of me            11:36:52

10    intentionally; and that once that argument began      11:36:55

11    between Will and the man with the red hat on,         11:37:00

12    that the guy in the red hat kept responding to        11:37:04

13    Will because he was trying to make a point as         11:37:09

14    well, which I think is clearly expressed when he      11:37:12

15    tells Will that we stole their land and that he       11:37:16

16    needs to go back to Europe.                           11:37:20

17    Q.    And do you think that Nathan Phillips          11:37:22

18    wanted him to make that point?                        11:37:27

19    A.    I have no idea.                                 11:37:28

20    Q.    Do you think when Will Fries yelled out        11:37:30

21    grab his dick and twist it that that said            11:37:34

22    something about your intentions when you were         11:37:37

23    standing there?                                       11:37:40

24    A.    I don't -- I -- I don't think so.              11:37:40

25    Q.    So why do you see a common link between         11:37:42

1      the man in the Reds hat and Nathan Phillips but          11:37:45

2      not between you and Will Fries?                          11:37:49

3          A.    As I said -- as I said earlier, I'm not       11:37:51

4      saying that they both had -- that that -- I'm not        11:37:55

5      saying that Nathan Phillips' motive was the same         11:38:00

6      motive.  I'm just saying they both appeared to be        11:38:04

7      doing similar things.                                    11:38:08

8              I think it would be incorrect to make           11:38:09

9      that same conclusion about Will and I because            11:38:12

10     Will and I were behaving in two different ways.          11:38:16

11             Will was vocal and interacting with him.        11:38:20

12     I stood there and did or said nothing.                   11:38:23

13         Q.    Well, did Nathan Phillips ever say             11:38:25

14     anything disparaging to you?                             11:38:29

15         A.    No.  But --                                    11:38:31

16         Q.    Or to any other -- through that                11:38:35

17     encounter, did he ever say anything disparaging          11:38:38

18     to you?                                                  11:38:41

19         A.    He didn't say anything disparaging to          11:38:41

20     me.  But when he was close to me, I mean, his            11:38:44

21     spit was getting on my face.  I was smelling his         11:38:47

22     breath.  It wasn't a pleasant experience.                11:38:51

23             I think that his words -- he doesn't             11:38:53

24     have to speak to -- for it to be obvious that            11:38:56

25     he's trying to do something.                             11:39:00

1      Q.    Okay.  So you perceived that he was          11:39:04

2    trying to do something even though he wasn't        11:39:07

3    articulating in words?                              11:39:09

4      A.    Correct.                                     11:39:11

5      Q.    Okay.  I want to show you -- let's call      11:39:12

6    up -- again, this is one of the videos that your    11:39:21

7    counsel produced.  It's Exhibit 9.                  11:39:23

8            MR. McMURTRY:  What number video?           11:39:32

9            MR. SIEGEL:  It's not marked here, but      11:39:34

10    we -- I know we called it out before.              11:39:36

11            MS. MEEK:  NS 128.                          11:39:39

12            MR. SIEGEL:  It's NS 128.  But we did       11:39:41

13    label it as one of the videos.                     11:39:44

14            MR. McMURTRY:  Okay.                        11:39:46

15            MS. MEEK:  Video 10.                        11:39:51

16            MR. SIEGEL:  Okay.                          11:39:54

17    BY MR. SIEGEL:                                      11:40:02

18      Q.    So I'm going to ask you, who -- just        11:40:02

19    watching this, looking at this screenshot, right?  11:40:04

20      A.    Yes.                                        11:40:08

21      Q.    Who do you contend is part of Phillips'     11:40:08

22    entourage?                                          11:40:11

23      A.    I would say --                              11:40:14

24      Q.    Why don't you -- yeah, let -- let Jessie    11:40:16

25    follow with the cursor.                            11:40:21

| | | |
|---|---|---|
| 1 | A.    Okay.  So Nathan Phillips, right? | 11:40:22 |
| 2 | MR. SIEGEL:  Right. | 11:40:25 |
| 3 | A.    The man in the red hat that we see to | 11:40:26 |
| 4 | his left.  Just above him, the guy with the white | 11:40:29 |
| 5 | hat. | 11:40:33 |
| 6 | MR. SIEGEL:  Uh-huh. | 11:40:34 |
| 7 | A.    You can't see it from this screenshot, | 11:40:34 |
| 8 | but there is a man with a snappack that's holding | 11:40:37 |
| 9 | a professional camera.  And he has a black shirt | 11:40:42 |
| 10 | on that says Indigenous People's March. | 11:40:46 |
| 11 | Q.    I think I know -- I believe that is him. | 11:40:52 |
| 12 | The fellow with the beard? | 11:40:53 |
| 13 | A.    Yes. | 11:40:54 |
| 14 | Q.    Okay. | 11:40:56 |
| 15 | A.    And then there -- there is one more | 11:40:57 |
| 16 | person who I can't see from the screenshot but is | 11:41:01 |
| 17 | wearing -- I'm unsure if he has the same | 11:41:05 |
| 18 | Indigenous People's March black shirt on, but I | 11:41:09 |
| 19 | remember her having dream catcher earrings and | 11:41:13 |
| 20 | her attire seemed to suggest that she -- she had | 11:41:17 |
| 21 | come from the Indigenous People's March as well. | 11:41:22 |
| 22 | Q.    Okay.  So just stop it there. | 11:41:28 |
| 23 | There is a woman who had very short | 11:41:30 |
| 24 | hair.  Is that -- do you think that is who you | 11:41:34 |
| 25 | are talking about? | 11:41:38 |

| | | |
|---|---|---|
| 1 | A.    I -- I think so. | 11:41:39 |
| 2 | Q.    Okay.  We probably will see her at one | 11:41:40 |
| 3 | point down the road.  So we will just point her | 11:41:43 |
| 4 | out.  But I think I know who you are talking | 11:41:46 |
| 5 | about. | 11:41:49 |
| 6 | Okay.  So I think those were five | 11:41:50 |
| 7 | people.  Anyone else that you contend was in | 11:41:51 |
| 8 | Nathan Phillips' entourage? | 11:41:56 |
| 9 | A.    I mean, there were other people that I | 11:42:00 |
| 10 | think probably came from over there, but I | 11:42:02 |
| 11 | wouldn't say that they were specific -- it would | 11:42:03 |
| 12 | be too much of a leap at that point to say for | 11:42:05 |
| 13 | sure. | 11:42:07 |
| 14 | Q.    Do you assume that Nathan Phillips knew | 11:42:07 |
| 15 | all five of those people? | 11:42:10 |
| 16 | A.    I would say they were familiar with each | 11:42:12 |
| 17 | other based on the fact that they call him | 11:42:15 |
| 18 | Grandpa or -- and Elder Nathan at some points | 11:42:20 |
| 19 | after this thing. | 11:42:23 |
| 20 | I -- to me, Nathan Phillips seems like | 11:42:25 |
| 21 | somewhat of a leader in organizing their rally. | 11:42:29 |
| 22 | So I would say they know each other. | 11:42:36 |
| 23 | Q.    Okay.  And when you say he -- Nathan | 11:42:39 |
| 24 | Phillips seems to be a leader organizing their | 11:42:45 |
| 25 | rally, are you referring to the indigenous | 11:42:49 |

1    people's rally that happened earlier?                    11:42:52

2        A.    Yes.                                            11:42:55

3        Q.    Okay.  And -- okay.  Okay.  You used the        11:42:55

4    word conspiracy before I think or conspired.             11:43:26

5        A.    Yes.                                            11:43:31

6        Q.    Do you believe that all five of those          11:43:31

7    people conspired with Nathan Phillips in some            11:43:33

8    way?                                                     11:43:37

9        A.    I don't know.                                   11:43:37

10       Q.    Okay.  Do you believe that all five of          11:43:39

11   them had some prior communication with Nathan           11:43:48

12   Phillips about this encounter before it happened?       11:43:50

13       A.    I don't know.                                   11:43:53

14       Q.    Okay.  And in -- again, I think I can          11:43:54

15   just read it to you.                                     11:44:11

16             In the Complaint you filed in ABC's            11:44:11

17   case, in paragraph 43, you -- you said he                11:44:14

18   intentionally walked up to the crowd of Cov Cath        11:44:21

19   students; and in paragraph 44, immediately behind       11:44:23

20   and around Phillips were several of his own             11:44:26

21   companions, right?                                       11:44:29

22       A.    Right.                                          11:44:31

23       Q.    So this is the point where he is walking      11:44:31

24   up to you guys.                                          11:44:33

25             Is it the same people you are referring       11:44:34

| | | |
|---|---|---|
| 1 | to as his companions? | 11:44:36 |
| 2 | A.    Yes. | 11:44:38 |
| 3 | MR. SIEGEL:  Okay.  And I will just note | 11:44:39 |
| 4 | for the record the same allegations are in | 11:44:47 |
| 5 | paragraphs 43 and 44 of your Complaint against | 11:44:49 |
| 6 | CBS, 73 and 74 for NBC, 42 and 43 for The New | 11:44:52 |
| 7 | York Times, 42 and 43 for Rolling Stone and 29 | 11:44:56 |
| 8 | and 30 for Gannett. | 11:45:00 |
| 9 | Okay.  Let's go back to Exhibit 29, | 11:45:11 |
| 10 | which is video 3. | 11:45:14 |
| 11 | MS. MEEK:  Starting at 2:20. | 11:45:43 |
| 12 | (Thereupon, a video recording of Exhibit | 11:45:51 |
| 13 | 29 was played.) | 11:45:51 |
| 14 | MS. MEEK:  Paused at 2:37. | 11:46:01 |
| 15 | BY MR. SIEGEL: | 11:46:03 |
| 16 | Q.    Okay.  So the man in the Reds hat is | 11:46:03 |
| 17 | continuing to talk to Will, right? | 11:46:06 |
| 18 | A.    Yes. | 11:46:08 |
| 19 | Q.    And did you -- at this point, did you | 11:46:08 |
| 20 | hear what they were saying? | 11:46:11 |
| 21 | A.    No. | 11:46:13 |
| 22 | Q.    If you can recall? | 11:46:13 |
| 23 | A.    No.  And in this frame, I'm exiting. | 11:46:14 |
| 24 | MR. SIEGEL:  Okay.  So that's -- yeah, | 11:46:20 |
| 25 | that's -- let's go back to -- to the beginning | 11:46:22 |

1    again and get that point where you are exiting.          11:46:25

2           (Thereupon, a video recording of Exhibit          11:46:41

3    29 was played.)                                          11:46:42

4    BY MR. SIEGEL:                                           11:46:50

5      Q.    Okay.  So we see you walking off, right,         11:46:50

6    towards the -- maybe the last five seconds of            11:46:54

7    that, of that frame.                                     11:46:57

8           So -- so recognizing that you didn't              11:46:59

9    hear it at the time, the man in the Reds hat             11:47:05

10   says:  We were here already.  We were here              11:47:09

11   already.  We had a demonstration here and now you       11:47:13

12   come here and F-ing do this.  You're being white.       11:47:16

13          Do you have any understanding what he            11:47:20

14   was talking about?                                       11:47:22

15     A.    I think he was saying that they had             11:47:23

16   scheduled their indigenous people's rally before        11:47:25

17   we started showing up for our busses.                    11:47:30

18     Q.    Okay.  And why did you move away at that        11:47:36

19   point?                                                   11:47:40

20     A.    My teacher -- one of my teachers came up        11:47:41

21   to me, Ms. Hagedorn, and told us that the busses        11:47:44

22   were here and it was time to leave, and so I            11:47:48

23   exited.                                                  11:47:51

24     Q.    Okay.  And we have counted -- it looks          11:47:54

25   like the total amount of time that you were             11:48:03

1   standing in front of Nathan Phillips was about          11:48:05

2   six minutes.                                            11:48:08

3       A.    Okay.                                         11:48:09

4       Q.    Does that seem correct?                       11:48:10

5       A.    That seems accurate.                          11:48:12

6       Q.    Okay.  And so for that six minutes, you       11:48:12

7   didn't move from your spot, right?                      11:48:15

8       A.    Right.                                        11:48:16

9       Q.    And then you exited when Ms. Hagedorn         11:48:17

10  came?                                                   11:48:20

11      A.    Correct.                                      11:48:20

12          MR. SIEGEL:  Okay.  Okay.  Let's play           11:48:21

13  the next 17 seconds, I guess.                           11:48:27

14          MS. MEEK:  Starting at 2:37.                    11:48:31

15          (Thereupon, a video recording of Exhibit        11:48:34

16  29 was played.)                                         11:48:34

17  BY MR. SIEGEL:                                          11:48:53

18      Q.    So you hear the man in the reads cap say      11:48:53

19  I got him man, I got him man, we are not alone?         11:48:57

20      A.    Yes.                                          11:49:01

21      Q.    Do you have any understanding of what he      11:49:03

22  meant by that?                                          11:49:05

23      A.    Not -- not really.  At that point, maybe      11:49:07

24  he got Will, he beat him in the argument they           11:49:10

25  were having or whatever.  I'm not sure.                 11:49:14

1    Q.    Okay.  Okay.  Let's keep going.  And                   11:49:23

2    again, I will ask you to just sort of focus on             11:49:32

3    whatever communication you might be able to hear           11:49:36

4    from the man in the Reds hat.  Okay?                       11:49:38

5    A.    Okay.                                                 11:49:41

6          MS. MEEK:  Restarting at 2:54.                        11:49:42

7          (Thereupon, a video recording of Exhibit             11:49:46

8    29 was played.)                                            11:49:46

9          MS. MEEK:  Paused at 3:07.                            11:49:57

10   BY MR. SIEGEL:                                             11:49:59

11   Q.    Okay.  So do you see it looks like the               11:49:59

12   man in the red hat is talking to the man in the            11:50:02

13   white hat?                                                 11:50:05

14   A.    Yes.                                                  11:50:05

15   Q.    Can you hear anything the man in the                 11:50:05

16   white hat is saying?                                       11:50:08

17   A.    I heard him say close your eyes at one               11:50:10

18   point, but I could not really make out most of            11:50:13

19   what he was saying.                                        11:50:17

20         MR. SIEGEL:  Okay.  Let's just listen to             11:50:18

21   that one more time.                                        11:50:20

22         (Thereupon, a video recording of Exhibit             11:50:44

23   29 was played.)                                            11:50:45

24   BY MR. SIEGEL:                                             11:50:46

25   Q.    The reason I ask, I thought I heard the              11:50:46

1    man in the Reds hat say close your eyes.                11:50:49

2        A.    I think he's saying close your eyes and      11:50:52

3    you will see our people.                                11:50:55

4            MR. SIEGEL:  Right.                             11:50:56

5        A.    And then I thought at the end I heard         11:50:57

6    him repeat twice, we F-ing won, we F-ing won.  I        11:50:59

7    heard -- that's what I can hear.                        11:51:05

8        Q.    The man in the Reds hat saying that?          11:51:06

9        A.    Yes.                                          11:51:09

10       Q.    Yes, he says -- I think he says he won,       11:51:10

11   he F-ing won, right?                                    11:51:14

12       A.    I heard we, not he, like him --               11:51:17

13           MR. SIEGEL:  Okay.  Let's just go back          11:51:21

14   and hear that one more time, maybe the last             11:51:23

15   like -- the last seven seconds of it.                   11:51:27

16           (Thereupon, a video recording of Exhibit        11:51:43

17   29 was played.)                                         11:51:44

18   BY MR. SIEGEL:                                          11:51:47

19       Q.    What does that sound like?                    11:51:47

20       A.    It could be he -- I think -- it sounds        11:51:49

21   to me like he's -- he's talking about                   11:51:53

22   Mr. Phillips.                                           11:51:59

23       Q.    Right.  And he says he won, he F-ing          11:51:59

24   won.                                                    11:52:03

25       A.    Right.                                        11:52:04

| | | |
|---|---|---|
| 1 | Q.    And what do you understand him to mean | 11:52:05 |
| 2 | by that, if anything? | 11:52:08 |
| 3 | A.    He won the apparent standoff taking | 11:52:09 |
| 4 | place. | 11:52:18 |
| 5 | Q.    Okay.  And do you have any understanding | 11:52:19 |
| 6 | of what -- withdraw that. | 11:52:21 |
| 7 |        What do you think the man in the Reds | 11:52:23 |
| 8 | hat was saying Nathan Phillips had won? | 11:52:25 |
| 9 | A.    I don't know about all of -- Will, I | 11:52:30 |
| 10 | guess, or something. | 11:52:34 |
| 11 |        I don't -- I don't know what there was | 11:52:35 |
| 12 | to win.  I never looked at it as there was going | 11:52:38 |
| 13 | to be a winner and a loser out of this. | 11:52:42 |
| 14 |        As soon as I had the opportunity to | 11:52:46 |
| 15 | leave and get on my bus, that's what I did. | 11:52:48 |
| 16 |        MR. SIEGEL:  Okay.  Let's keep going.  I | 11:52:56 |
| 17 | think you are going to hear what you were | 11:52:58 |
| 18 | referring to before. | 11:53:00 |
| 19 |        MS. MEEK:  Starting at 3:07. | 11:53:02 |
| 20 |        (Thereupon, a video recording of Exhibit | 11:53:05 |
| 21 | 29 was played.) | 11:53:05 |
| 22 | BY MR. SIEGEL: | 11:53:22 |
| 23 | Q.    So there he goes -- you heard him say we | 11:53:22 |
| 24 | won Grandpa, we F-ing won Grandpa? | 11:53:27 |
| 25 | A.    Right. | 11:53:31 |

1      Q.    Okay.  And do you have any understanding     11:53:31

2    of what he meant by that?                            11:53:33

3            I'm going to rephrase that.  What do you     11:53:35

4    think he meant by that?                              11:53:37

5      A.    I think that -- by this point, I think       11:53:39

6    that when he refers to him as Grandpa, I gather      11:53:44

7    from that that these two know each other.  And by    11:53:48

8    the he got them, we won, or whatever, that they      11:53:53

9    have me on camera or whatever and that they won      11:53:59

10   or whatever because they are going to share this     11:54:05

11   and, you know, edit it down and try to say what      11:54:09

12   happened.                                            11:54:15

13     Q.    Okay.  And do you have any -- well, do       11:54:16

14   you have any specific facts supporting that          11:54:28

15   belief that that's what the man in the red had       11:54:32

16   was referring to?                                    11:54:35

17     A.    No.                                          11:54:36

18           MR. SIEGEL:  Okay.  Keep going.              11:54:45

19           MS. MEEK:  Restarting at 3:24.               11:54:47

20           (Thereupon, a video recording of Exhibit     11:54:50

21   29 was played.)                                      11:54:50

22           MS. MEEK:  Paused at 3:33.                   11:55:00

23   BY MR. SIEGEL:                                       11:55:02

24     Q.    Do you understand why Nathan Phillips is     11:55:02

25   hitting the drum in a circle like that?              11:55:06

| | | |
|---|---|---|
| 1 | A.    No. | 11:55:08 |
| 2 | Q.    Okay.  No, do you have any belief about | 11:55:09 |
| 3 | why he's doing that? | 11:55:13 |
| 4 | A.    My best guess is that he's celebrating, | 11:55:16 |
| 5 | but I don't know. | 11:55:19 |
| 6 | Q.    And celebrating what? | 11:55:21 |
| 7 | A.    Like they said, that they won. | 11:55:24 |
| 8 | Q.    Okay.  And what do you think that Nathan | 11:55:29 |
| 9 | Phillips -- if he was celebrating, what victory | 11:55:31 |
| 10 | is it that he thought he was celebrating in your | 11:55:37 |
| 11 | view? | 11:55:40 |
| 12 | A.    Over me, maybe.  But I -- whatever they | 11:55:40 |
| 13 | are taking winning to mean, I would assume that | 11:55:44 |
| 14 | he's celebrating that he won, however they view | 11:55:47 |
| 15 | winning. | 11:55:51 |
| 16 | Q.    Okay.  Now, maybe go to a frame where | 11:55:52 |
| 17 | it's a little clearer.  You're -- it looks like | 11:56:00 |
| 18 | you're off to the side now, talking to a couple | 11:56:03 |
| 19 | of friends? | 11:56:06 |
| 20 | A.    I'm talking to -- I'm there with Will, | 11:56:06 |
| 21 | and I'm talking to Jake Kleier. | 11:56:10 |
| 22 | Q.    Yeah, Jake Kleier, who I admit, I keep | 11:56:12 |
| 23 | thinking looks like a high school student.  There | 11:56:20 |
| 24 | you go. | 11:56:22 |
| 25 | A.    Yeah. | 11:56:22 |

1    Q.    So -- first of all, at that point were          11:56:23

2    you listening to any of the things that were          11:56:24

3    being said by the man in the red hat or --            11:56:28

4    A.    No.  I only -- I mean, at one point             11:56:32

5    after this, I'm going to look over at them.  But      11:56:35

6    I -- I was just so confused at that point, I          11:56:38

7    really wasn't bothering to listen to any of the       11:56:42

8    things they were saying.                              11:56:45

9    Q.    Okay.  Do you remember what you were            11:56:48

10   discussing with Mr. Kleier and Will?                  11:56:53

11   A.    My best guess is I probably asked Jake          11:56:57

12   Kleier what just happened.  I mean, I didn't          11:57:01

13   really understand what was going on at that           11:57:07

14   point, so that's probably what I asked him.           11:57:09

15   Q.    Okay.  But that's a -- that's a guess.          11:57:12

16   You don't have a specific memory of --                11:57:16

17   A.    I don't have -- I can't recall exactly.         11:57:19

18   Q.    Okay.  Did any of your fellow                   11:57:37

19   students -- before the busses came, did anyone        11:57:38

20   talk to you about what had happened that day?         11:57:42

21   A.    Yes.                                            11:57:45

22   Q.    Who?                                            11:57:45

23   A.    I don't remember specifics.  I had              11:57:45

24   students coming -- there wasn't a ton, maybe like     11:57:48

25   five or so.  But there were students from the         11:57:52

| | | |
|---|---|---|
| 1 | younger grades, who I didn't necessarily know, | 11:57:54 |
| 2 | asking me what it -- what was that all about. | 11:57:58 |
| 3 | And I -- I generally told everyone I didn't know. | 11:58:02 |
| 4 | I don't really know what happened. | 11:58:06 |
| 5 | Q.   Okay.  And once you left the steps of | 11:58:16 |
| 6 | the memorial, do you remember about how long it | 11:58:18 |
| 7 | was before the busses left? | 11:58:20 |
| 8 | A.   I think like a couple of minutes, less | 11:58:22 |
| 9 | than ten, and we got on them. | 11:58:25 |
| 10 | MR. SIEGEL:  Okay.  What time is it? | 11:58:39 |
| 11 | MR. McMURTRY:  11:58.  So we started | 11:58:41 |
| 12 | about 10:35.  So about an hour and 25 minutes so | 11:58:50 |
| 13 | far. | 11:58:56 |
| 14 | MR. SIEGEL:  Why don't I -- I've got one | 11:58:56 |
| 15 | more exhibit that will sort of close out this | 11:58:58 |
| 16 | portion, and maybe we'll just break for -- do you | 11:59:01 |
| 17 | want to do an early lunch? | 11:59:01 |
| 18 | MR. McMURTRY:  Sure. | 11:59:04 |
| 19 | MS. MEEK:  One thing, Nathan, I think | 11:59:05 |
| 20 | this may be the woman -- let's see.  We are in | 11:59:07 |
| 21 | exhibit -- | 11:59:10 |
| 22 | THE WITNESS:  That I named earlier. | 11:59:14 |
| 23 | MR. SIEGEL:  What is that? | 11:59:15 |
| 24 | MS. MEEK:  Yeah.  Exhibit -- okay.  we | 11:59:16 |
| 25 | are in Exhibit 30 now. | 11:59:17 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  The woman that I named | 11:59:19 |
| 2 | earlier with the -- | 11:59:19 |
| 3 | MR. McMURTRY:  Short entourage hair. | 11:59:20 |
| 4 | THE WITNESS:  Yes. | 11:59:24 |
| 5 | BY MR. SIEGEL: | 11:59:24 |
| 6 | Q.    Oh, yes, very good point.  So that's the | 11:59:24 |
| 7 | one that Jessie -- is talking to you.  She is | 11:59:25 |
| 8 | wearing, it looks like, a black skirt with sort | 11:59:29 |
| 9 | of white stars or something on it? | 11:59:35 |
| 10 | A.    Yep. | 11:59:37 |
| 11 | Q.    And carrying a backpack? | 11:59:37 |
| 12 | A.    Correct. | 11:59:39 |
| 13 | MR. SIEGEL:  Okay. | 11:59:40 |
| 14 | MS. MEEK:  We are on Exhibit 30 at 3:33. | 11:59:40 |
| 15 | BY MR. SIEGEL: | 11:59:44 |
| 16 | Q.    And I guess just while we are here, is | 11:59:44 |
| 17 | there anyone else you see that you think was -- | 11:59:45 |
| 18 | that you were referring to as member of Phillips' | 11:59:47 |
| 19 | entourage other than the ones you testified | 11:59:50 |
| 20 | before? | 11:59:53 |
| 21 | A.    No, no one else. | 11:59:53 |
| 22 | MR. SIEGEL:  Okay.  Let's go to the next | 11:59:55 |
| 23 | exhibit, which is Exhibit 30, video 11. | 11:59:57 |
| 24 | MS. MEEK:  This is actually -- a | 12:00:00 |
| 25 | correction for the record.  That was Exhibit 29 | 12:00:02 |

| | | |
|---|---|---|
| 1 | at 3:33 we were just discussing. | 12:00:05 |
| 2 | BY MR. SIEGEL: | 12:00:17 |
| 3 |    Q.   And I will stop a couple times, Nick, | 12:00:17 |
| 4 | just to ask you to identify people.  But | 12:00:20 |
| 5 | basically, this is another video of the | 12:00:21 |
| 6 | interactions involving the man in the Reds cap | 12:00:24 |
| 7 | that is just taken from a different angle.  So | 12:00:28 |
| 8 | other than the couple of times I will stop it to | 12:00:32 |
| 9 | ask you who the people are, I just want to watch | 12:00:35 |
| 10 | it -- for you to watch it and see if you see | 12:00:37 |
| 11 | any -- see or hear anything more than in the | 12:00:40 |
| 12 | other video that would affect any of your | 12:00:43 |
| 13 | answers.  Okay? | 12:00:46 |
| 14 |    A.   Okay. | 12:00:47 |
| 15 |    MS. MEEK:  Starting Exhibit 30 at 30 | 12:01:06 |
| 16 | seconds. | 12:01:09 |
| 17 |      (Thereupon, a video recording of Exhibit | 12:01:10 |
| 18 | 30 was played.) | 12:01:10 |
| 19 |    MS. MEEK:  Paused at 56 seconds. | 12:01:40 |
| 20 | BY MR. SIEGEL: | 12:01:43 |
| 21 |    Q.   Okay.  Was it 56 or 35 we were going to | 12:01:43 |
| 22 | pose -- we were going to pause here? | 12:01:54 |
| 23 |    MS. MEEK:  I have from 30 to 56.  Go | 12:01:57 |
| 24 | earlier? | 12:02:00 |
| 25 |    MR. SIEGEL:  This is Exhibit 30, right? | 12:02:01 |

1          MS. MEEK:  Yes.                                    12:02:03

2          MR. SIEGEL:  Yeah.  Try 35 quickly.               12:02:05

3          MS. MEEK:  35 seconds?                            12:02:09

4          MR. SIEGEL:  Yeah.  Yes.  That's it.              12:02:11

5    BY MR. SIEGEL:                                          12:02:17

6       Q.   Do you see the fellow in the brown hat,         12:02:17

7    like brown kind of beanie hat?                          12:02:21

8       A.   Yes.                                            12:02:24

9       Q.   You can actually see his phone kind of          12:02:25

10   facing forward.  Do you know who that is?               12:02:28

11      A.   No.                                             12:02:30

12         MR. SIEGEL:  Okay.                                12:02:31

13      A.   And just to be clear, the person I was          12:02:31

14   referring to earlier is the person to the -- the        12:02:33

15   person in the beanie is left --                         12:02:37

16         MR. SIEGEL:  Right.                               12:02:39

17      A.   -- with the backwards hat.                      12:02:39

18         MR. SIEGEL:  Right.  And why don't you            12:02:41

19   just put the cursor on that, Jessie, so it's            12:02:42

20   clear for the record, on him, the fellow with the       12:02:47

21   beard and the backwards hat.                            12:02:52

22         THE WITNESS:  No -- yes.                          12:02:55

23   BY MR. SIEGEL:                                          12:02:56

24      Q.   As -- as a member of Phillips'                  12:02:56

25   entourage?                                              12:02:58

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:03:00 |
| 2 | MR. SIEGEL:  Okay.  Okay.  You can jump | 12:03:00 |
| 3 | forward to 56 now and then pause at 1:02. | 12:03:01 |
| 4 | BY MR. SIEGEL: | 12:03:09 |
| 5 | Q.    Do you recognize whether the person in | 12:03:09 |
| 6 | the brown hat is a Cov Cath student?  Do you | 12:03:13 |
| 7 | know? | 12:03:16 |
| 8 | A.    I would say for sure that it's not. | 12:03:16 |
| 9 | Well, I don't know who that is, in all honesty. | 12:03:18 |
| 10 | MR. SIEGEL:  Okay.  Okay. | 12:03:23 |
| 11 | (Thereupon, a video recording of Exhibit | 12:03:25 |
| 12 | 30 was played.) | 12:03:25 |
| 13 | BY MR. SIEGEL: | 12:03:52 |
| 14 | Q.    Okay.  Is that Ms. Hagedorn at 1:02? | 12:03:52 |
| 15 | A.    Correct. | 12:03:57 |
| 16 | MR. SIEGEL:  Okay.  Keep going. | 12:03:58 |
| 17 | (Thereupon, a video recording of Exhibit | 12:04:02 |
| 18 | 30 was played.) | 12:04:02 |
| 19 | BY MR. SIEGEL: | 12:05:21 |
| 20 | Q.    Do you know who that is? | 12:05:21 |
| 21 | A.    Yes. | 12:05:24 |
| 22 | Q.    Who is that? | 12:05:25 |
| 23 | A.    I think, if I'm right, his name is Trey | 12:05:25 |
| 24 | Lowery (phonetically spelled.) | 12:05:28 |
| 25 | Q.    Okay.  And did you hear anything more | 12:05:34 |

| | | |
|---|---|---|
| 1 | about what the man in the red hat said with | 12:05:36 |
| 2 | anyone that changes anything that you have | 12:05:39 |
| 3 | testified about before? | 12:05:42 |
| 4 | A.    No.   I -- I generally heard the same | 12:05:43 |
| 5 | things I heard from the other angle. | 12:05:46 |
| 6 | Q.    Okay.  Were you -- could you make out | 12:05:48 |
| 7 | anything about what the man in the white hat was | 12:05:51 |
| 8 | communicating? | 12:05:54 |
| 9 | A.    Not really. | 12:05:55 |
| 10 | MR. SIEGEL:  Okay.  All right.  Let's | 12:05:59 |
| 11 | take a -- let's take a lunch break. | 12:06:01 |
| 12 | THE VIDEOGRAPHER:  We are going off the | 12:06:04 |
| 13 | record.  The time is 12:06 p.m. | 12:06:06 |
| 14 | (Thereupon, there was a recess taken at | 12:06:12 |
| 15 | 12:06 p.m.) | 12:06:12 |
| 16 | (Thereupon, the proceedings were resumed | 12:50:03 |
| 17 | at 12:50 p.m.) | 12:50:03 |
| 18 | THE VIDEOGRAPHER:  We are back on the | 12:50:11 |
| 19 | record.  The time is 12:50 p.m. | 12:50:21 |
| 20 | BY MR. SIEGEL: | 12:50:25 |
| 21 | Q.    Okay.  Nick, you delivered a speech that | 12:50:25 |
| 22 | was broadcast as part of the Republican National | 12:50:30 |
| 23 | Convention, right? | 12:50:35 |
| 24 | A.    That is correct. | 12:50:37 |
| 25 | Q.    And how did you come to do that? | 12:50:38 |

1       A.    I was contacted through Turning Point        12:50:40

2    USA and was notified that there was interest from     12:50:43

3    the Trump campaign to have me speak.  And they        12:50:49

4    inquired about whether or not I would be              12:50:52

5    interested in doing that.                             12:50:55

6       Q.    And do you remember who at Turning Point     12:50:57

7    contacted you?                                        12:51:01

8       A.    Yes.  His name is Alex Lorusso.              12:51:02

9            MR. SIEGEL:  Okay.                            12:51:08

10      A.    He more commonly goes on the Internet by     12:51:08

11   just ALX.                                             12:51:10

12      Q.    Okay.  And you will excuse my ignorance.     12:51:12

13   But is he -- is he one of the commentators            12:51:15

14   essentially of TP?                                    12:51:20

15      A.    Yes.  Yes.  He's -- he's -- I think his      12:51:21

16   official title is he is a TPUSA ambassador.           12:51:26

17      Q.    Okay.  So after he contacted you, what       12:51:32

18   happened?  How did you actually come to agree and     12:51:34

19   then record that speech?                              12:51:39

20      A.    If I remember it correctly, after            12:51:42

21   speaking to Alex, I then spoke to Charlie, who        12:51:45

22   runs Turning Point, and then --                       12:51:50

23      Q.    Charlie Kirk?                                12:51:53

24      A.    Charlie Kirk, yes.                           12:51:55

25            And then he connected me with members of     12:51:58

| | | |
|---|---|---|
| 1 | the Trump campaign, who spoke to me first of -- | 12:52:01 |
| 2 | the first discussion we had was organizing how | 12:52:06 |
| 3 | was I going to get to DC, what was the schedule | 12:52:11 |
| 4 | going to look like, where was I actually going to | 12:52:15 |
| 5 | film my speech or whatever. And we just worked | 12:52:18 |
| 6 | out all the logistics or whatever. | 12:52:21 |
| 7 | And then from then on, I moved to | 12:52:24 |
| 8 | actually writing my speech. And after that, I | 12:52:30 |
| 9 | flew to DC. | 12:52:38 |
| 10 | Q.    Okay. And were you standing in front of | 12:52:40 |
| 11 | the Lincoln Memorial when you gave it or was that | 12:52:42 |
| 12 | a backdrop? | 12:52:45 |
| 13 | A.    That was actually at the Lincoln | 12:52:47 |
| 14 | Memorial. | 12:52:49 |
| 15 | Q.    It was actually at Lincoln -- and who | 12:52:50 |
| 16 | were the people in the Trump campaign that you | 12:52:50 |
| 17 | communicated with? | 12:52:54 |
| 18 | A.    I can remember a couple of names. I | 12:52:55 |
| 19 | won't be able to remember all of them. | 12:53:00 |
| 20 | I think there were about four or five. | 12:53:01 |
| 21 | I think one of them was Cliff Sims. And another | 12:53:04 |
| 22 | one who was kind of the point person on keeping | 12:53:10 |
| 23 | my schedule and making sure I got where I needed | 12:53:14 |
| 24 | to be, his name was David Mariash. And he kind | 12:53:18 |
| 25 | of organized my flights and things like that. | 12:53:23 |

| | | |
|---|---|---|
| 1 | Another one that was -- that I can | 12:53:28 |
| 2 | remember, which is -- the last name I can, was | 12:53:31 |
| 3 | Jaylin Johnson.  And he wasn't necessarily | 12:53:36 |
| 4 | connected to the actual speech itself.  But when | 12:53:40 |
| 5 | I was in DC, he helped organize for me to tour | 12:53:44 |
| 6 | the Trump campaign office and like the war room, | 12:53:49 |
| 7 | the headquarters, typically. | 12:53:54 |
| 8 | Q.    And what was the process of coming up | 12:53:57 |
| 9 | with the substance of the speech? | 12:54:04 |
| 10 | A.    So the -- we had a couple -- he gave me | 12:54:06 |
| 11 | the general themes for what they wanted the | 12:54:11 |
| 12 | convention to center around.  And he offered me | 12:54:18 |
| 13 | two different approaches. | 12:54:23 |
| 14 | I could -- I could write the speech, how | 12:54:25 |
| 15 | I kind of wanted it to look, and then get input | 12:54:29 |
| 16 | from the speech writer on adjustments, or I could | 12:54:33 |
| 17 | tell the speech writer some of the things I | 12:54:36 |
| 18 | wanted and let him write it. | 12:54:39 |
| 19 | I took the initiative and wrote the | 12:54:42 |
| 20 | entire speech myself.  And then from there, we | 12:54:45 |
| 21 | made some adjustments. | 12:54:50 |
| 22 | Q.    And do you recall the name of the speech | 12:54:52 |
| 23 | writer?  Was it -- was it John Pastovich, or | 12:54:55 |
| 24 | something like that? | 12:55:04 |
| 25 | A.    Yes, John Pastovich. | 12:55:04 |

1      Q.    Okay.  And so what was his role?                    12:55:07

2      A.    He played a role in helping me write the            12:55:08

3   speech.                                                      12:55:12

4         Most of the original speech that I had                 12:55:13

5   written ended up staying in there by the finished           12:55:16

6   product.                                                     12:55:19

7      Q.    Okay.  And are there any -- do you have             12:55:21

8   any of the drafts of the speech that you wrote?             12:55:24

9      A.    I think I do.                                       12:55:27

10        MR. SIEGEL:  Okay.  I think we had asked               12:55:35

11   for those to be produced, Todd, only because they          12:55:37

12   do describe the events at --                               12:55:40

13        MR. McMURTRY:  Yeah, that is fine.  I                  12:55:41

14   never thought of that.  It didn't strike me as             12:55:42

15   anything relevant.  But if you want us to get              12:55:45

16   those to you -- I don't think we've produced              12:55:48

17   them.                                                       12:55:50

18        MR. SIEGEL:  Right.                                    12:55:50

19        THE WITNESS:  I don't know if it's                     12:55:51

20   relevant to add that I think I do have several            12:55:53

21   different draft copies.  But on some of them, I           12:55:56

22   might have wrote it and then just wrote the new           12:55:59

23   draft over that.                                           12:56:02

24        MR. SIEGEL:  Over it, I understand.                    12:56:03

25        THE WITNESS:  And edited it, but --                    12:56:04

| | | |
|---|---|---|
| 1 | MR. SIEGEL: Okay. | 12:56:09 |
| 2 | THE WITNESS: Yeah. | 12:56:09 |
| 3 | BY MR. SIEGEL: | 12:56:09 |
| 4 | Q. Okay. And why did you agree to speak? | 12:56:09 |
| 5 | A. Well, I think, first and foremost, when | 12:56:12 |
| 6 | the President asks for something, you know, it's | 12:56:18 |
| 7 | kind of an honor and you do it. | 12:56:20 |
| 8 | So I was told that the President | 12:56:23 |
| 9 | personally wanted me to speak, and I was -- I was | 12:56:29 |
| 10 | very honored by that. So that was probably my | 12:56:34 |
| 11 | leading motivation. | 12:56:37 |
| 12 | Q. Okay. So let's -- I'm going to put the | 12:56:39 |
| 13 | speech up. I'm just going to play about the | 12:56:45 |
| 14 | first ten seconds for you to confirm that this is | 12:56:50 |
| 15 | your speech. | 12:56:54 |
| 16 | THE WITNESS: Okay. | 12:56:55 |
| 17 | MR. SIEGEL: This is Exhibit 31. | 12:56:56 |
| 18 | (Thereupon, a video recording of Exhibit | 12:57:02 |
| 19 | 31 was played.) | 12:57:02 |
| 20 | BY MR. SIEGEL: | 12:57:16 |
| 21 | Q. Yeah. That's the speech you gave? | 12:57:16 |
| 22 | A. That is my speech. | 12:57:19 |
| 23 | Q. Okay. So let's go to 58 seconds. | 12:57:21 |
| 24 | MR. McMURTRY: Recognize the suit? | 12:57:28 |
| 25 | A. I actually needed one. I have had this | 12:57:32 |

| | | |
|---|---|---|
| 1 | one so long. | 12:57:36 |
| 2 | MS. MEEK:  Starting at 58 seconds. | 12:57:38 |
| 3 | (Thereupon, a video recording of Exhibit | 12:57:41 |
| 4 | 31 was played.) | 12:57:41 |
| 5 | BY MR. SIEGEL: | 12:58:01 |
| 6 | Q.    Okay.  So you refer to Nathan Phillips | 12:58:01 |
| 7 | as a professional protestor? | 12:58:04 |
| 8 | A.    Correct. | 12:58:07 |
| 9 | Q.    Why did you call him that? | 12:58:08 |
| 10 | A.    As I mentioned in earlier testimony, | 12:58:10 |
| 11 | Nathan Phillips had gotten to headlines in | 12:58:13 |
| 12 | Detroit.  And then after the -- after the | 12:58:17 |
| 13 | standstill at the Lincoln Memorial, he then | 12:58:27 |
| 14 | appeared at another protest in another state.  I | 12:58:30 |
| 15 | can't remember where.  I want to say California. | 12:58:33 |
| 16 | But it was clear to me that he was able to | 12:58:37 |
| 17 | appear, appear on videos in DC, Detroit and | 12:58:45 |
| 18 | somewhere else, and he seemed like a professional | 12:58:48 |
| 19 | protestor. | 12:58:52 |
| 20 | Q.    So what does the term professional | 12:58:54 |
| 21 | protestor mean?  Did you think that he -- does | 12:58:59 |
| 22 | that mean that he makes money off of it, doing | 12:59:02 |
| 23 | that? | 12:59:06 |
| 24 | A.    I can't -- I can't say for sure.  But I | 12:59:07 |
| 25 | would equate that phrase to he's definitely an | 12:59:10 |

| | | |
|---|---|---|
| 1 | activist and appears at -- appears at rallies for | 12:59:13 |
| 2 | many different causes. | 12:59:19 |
| 3 | Q.    Okay.  How does that make him a | 12:59:20 |
| 4 | professional protestor?  What does the word | 12:59:22 |
| 5 | professional mean as you used it? | 12:59:30 |
| 6 | A.    He's very good at what he does.  As I | 12:59:32 |
| 7 | said before, he -- he has a habit of getting on | 12:59:35 |
| 8 | video or appearing in the headlines. | 12:59:39 |
| 9 | Q.    Okay.  And you said you referred to | 12:59:41 |
| 10 | others with him as professional protestors in | 12:59:44 |
| 11 | your speech. | 12:59:48 |
| 12 | A.    Yes. | 12:59:49 |
| 13 | Q.    And why did you say that? | 12:59:50 |
| 14 | A.    As I testified earlier, because I | 12:59:52 |
| 15 | believe, when they approached me, they had -- | 12:59:55 |
| 16 | that there was -- it was somehow arranged for the | 13:00:00 |
| 17 | camera to be filming before he approached me. | 13:00:03 |
| 18 | Q.    Okay.  And that's what you were | 13:00:07 |
| 19 | referring to when you were saying others were | 13:00:09 |
| 20 | professional protestors? | 13:00:11 |
| 21 | A.    Yes. | 13:00:13 |
| 22 | MR. SIEGEL:  Okay.  Let's go to 1:47. | 13:00:16 |
| 23 | (Thereupon, a video recording of Exhibit | 13:00:46 |
| 24 | 31 was played.) | 13:00:46 |
| 25 | BY MR. SIEGEL: | 13:00:46 |

| | | |
|---|---|---|
| 1 | Q.   Okay.  You call him -- and I take it | 13:00:46 |
| 2 | there you are referring to the man in the Reds | 13:00:48 |
| 3 | hat? | 13:00:51 |
| 4 | A.   Yes. | 13:00:51 |
| 5 | Q.   Why did you call him one of Mr. Phillips' | 13:00:52 |
| 6 | fellow agitators? | 13:00:55 |
| 7 | A.   Because I believe that that's -- that is | 13:00:57 |
| 8 | a term that describes their behavior when they | 13:01:02 |
| 9 | entered our group. | 13:01:05 |
| 10 | Q.   Okay.  And just explain what you mean by | 13:01:07 |
| 11 | agitator? | 13:01:14 |
| 12 | A.   I mean, it's pretty agitative behavior | 13:01:15 |
| 13 | when you invade the personal space of someone 59 | 13:01:23 |
| 14 | years younger than you and make them smell your | 13:01:28 |
| 15 | breath and have their spit on their face. | 13:01:34 |
| 16 | In the case of the man in the Reds hat, | 13:01:38 |
| 17 | start arguing, trying to debate someone.  However | 13:01:41 |
| 18 | the age gap is between them, that difference, it | 13:01:45 |
| 19 | seems to me they were trying to agitate us. | 13:01:50 |
| 20 | MR. SIEGEL:  Okay.  And just go back and | 13:01:54 |
| 21 | play that one more time.  And listen carefully | 13:01:56 |
| 22 | again. | 13:01:59 |
| 23 | We are at 1:47 again? | 13:02:41 |
| 24 | MS. MEEK:  Yes. | 13:02:45 |
| 25 | (Thereupon, a video recording of Exhibit | 13:02:47 |

| | | |
|---|---|---|
| 1 | 31 was played.) | 13:02:47 |
| 2 | BY MR. SIEGEL: | 13:02:59 |
| 3 | Q. When did the man in the Reds cap ever | 13:02:59 |
| 4 | say it's all right here on the video? | 13:03:02 |
| 5 | A. In one of the -- in one of the video | 13:03:05 |
| 6 | angles. I'm pretty sure that he -- he said that | 13:03:08 |
| 7 | line. | 13:03:12 |
| 8 | Q. We showed you two videos of the man -- | 13:03:12 |
| 9 | angles of the man in the Reds cap. Did you ever | 13:03:16 |
| 10 | hear him say it's all right here on video? | 13:03:19 |
| 11 | A. Correct. But those two angles don't -- | 13:03:22 |
| 12 | don't cover the entire situation at the memorial. | 13:03:26 |
| 13 | Q. Okay. So what is the source of your | 13:03:29 |
| 14 | statement that the man in the Reds cap said, | 13:03:31 |
| 15 | quote, it's all right here on video? | 13:03:34 |
| 16 | A. At one point in one of the videos, he | 13:03:37 |
| 17 | says it's all right here on video to -- I can't | 13:03:41 |
| 18 | remember who at this point. But that is captured | 13:03:45 |
| 19 | on camera. | 13:03:48 |
| 20 | Q. And can you describe the video that you | 13:03:49 |
| 21 | say it's captured on? | 13:03:52 |
| 22 | A. Well, as I said earlier, when you were | 13:03:53 |
| 23 | showing me these videos, I can't recall which one | 13:03:57 |
| 24 | is which video. I mean, they are all videos to | 13:04:00 |
| 25 | me. But I can't remember who is the author of | 13:04:04 |

| | | |
|---|---|---|
| 1 | which one.  I just know on one of the videos that | 13:04:07 |
| 2 | it is -- it takes place. | 13:04:10 |
| 3 |     Q.    So there are like, I don't know, like | 13:04:12 |
| 4 | whatever the number is, 18 or 19 videos that -- | 13:04:15 |
| 5 | that, you know, the parties here have stipulated | 13:04:21 |
| 6 | to.  Is it on one of those videos? | 13:04:22 |
| 7 |     A.    I believe so. | 13:04:25 |
| 8 |     Q.    But it's -- you contend it's on one of | 13:04:26 |
| 9 | those videos but not on the ones I've shown you? | 13:04:28 |
| 10 |     A.    Correct. | 13:04:32 |
| 11 |     MR. SIEGEL:  All right. | 13:04:33 |
| 12 |     A.    Or at least -- not -- maybe it is on one | 13:04:33 |
| 13 | of the videos you have shown me and we just | 13:04:36 |
| 14 | haven't played that part. | 13:04:40 |
| 15 |     Q.    We played the part where he said we won | 13:04:42 |
| 16 | Grandpa, right? | 13:04:50 |
| 17 |     A.    Correct.  I'm saying that of the videos | 13:04:51 |
| 18 | you have shown me, we haven't looked at all of | 13:04:54 |
| 19 | them from start to finish.  I mean, we have | 13:04:57 |
| 20 | jumped around on some of them. | 13:05:00 |
| 21 |     MR. SIEGEL:  Okay.  So I will put a | 13:05:02 |
| 22 | pause on it for now.  Okay.  We may come back to | 13:05:05 |
| 23 | that. | 13:05:18 |
| 24 |     THE WITNESS:  Okay. | 13:05:19 |
| 25 |     Q.    But other than -- other than what you | 13:05:19 |

| | | |
|---|---|---|
| 1 | have just said, can you be any more specific | 13:05:22 |
| 2 | about which video you say that is contained in? | 13:05:24 |
| 3 | A.    No, I really can't. | 13:05:27 |
| 4 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 13:05:37 |
| 5 | 32. | 13:05:39 |
| 6 | And this, Nick, is all -- what I'm | 13:06:32 |
| 7 | showing you now is some of the video after you | 13:06:34 |
| 8 | left the stairs. | 13:06:39 |
| 9 | THE WITNESS:  Okay. | 13:06:40 |
| 10 | (Thereupon, a video recording of Exhibit | 13:06:42 |
| 11 | 32 was played.) | 13:06:42 |
| 12 | BY MR. SIEGEL: | 13:06:43 |
| 13 | Q.    Is one of the guys you're -- I know that | 13:06:43 |
| 14 | is Will.  There is Mr. Kleier, right?  Who are | 13:06:46 |
| 15 | the other guys you are talking to? | 13:06:52 |
| 16 | A.    The one in between me and Will, behind | 13:06:54 |
| 17 | me, his name is Jacks. | 13:06:56 |
| 18 | The other ones, I can -- I can't tell. | 13:06:59 |
| 19 | I'm looking at their backs here. | 13:07:03 |
| 20 | Q.    The one that has C-R-I-M something on | 13:07:05 |
| 21 | it -- Crimson, maybe? | 13:07:08 |
| 22 | A.    Yeah.  I can't tell. | 13:07:10 |
| 23 | Q.    And Jack Clark is -- I'm sorry.  I | 13:07:12 |
| 24 | probably have the wrong name. | 13:07:15 |
| 25 | Jack.  Who is the other guy you just | 13:07:17 |

| 1 | said? | 13:07:19 |
|---|---|---|
| 2 | A.    His name is Jacks, like -- | 13:07:19 |
| 3 | Q.    And which one is that? | 13:07:23 |
| 4 | A.    In between Will and I. | 13:07:25 |
| 5 | Q.    Behind you? | 13:07:26 |
| 6 | A.    Right there. | 13:07:27 |
| 7 | Q.    Okay.  And do you know who the guy with | 13:07:28 |
| 8 | the red, white and blue ski hat is? | 13:07:31 |
| 9 | A.    No.  I mean, I can't tell. | 13:07:35 |
| 10 | MR. SIEGEL:  Okay.  Okay.  Let's keep | 13:07:46 |
| 11 | going. | 13:07:48 |
| 12 | (Thereupon, a video recording of Exhibit | 13:08:18 |
| 13 | 32 was played.) | 13:08:18 |
| 14 | MS. MEEK:  I just paused at 30 seconds. | 13:08:18 |
| 15 | BY MR. SIEGEL: | 13:08:21 |
| 16 | Q.    Okay.  So when you were -- at the time, | 13:08:21 |
| 17 | did you hear Nathan Phillips shouting any of | 13:08:24 |
| 18 | that? | 13:08:27 |
| 19 | A.    It's possible.  I don't really remember | 13:08:28 |
| 20 | paying attention to it. | 13:08:32 |
| 21 | Q.    Okay.  Well, either then or watching it | 13:08:36 |
| 22 | now, do you have a view of why Mr. Phillips was | 13:08:38 |
| 23 | shouting relatives? | 13:08:49 |
| 24 | A.    I just assume it's because he's | 13:08:50 |
| 25 | referring to the people he's with.  But I don't | 13:08:53 |

| | | |
|---|---|---|
| 1 | know. | 13:08:55 |
| 2 | Q.    Okay.  You are assuming it's referring | 13:08:56 |
| 3 | to people -- Native Americans and any of the | 13:08:58 |
| 4 | other people who were the -- | 13:09:01 |
| 5 | A.    Yes. | 13:09:05 |
| 6 | Q.    Okay.  And he said let's make America | 13:09:06 |
| 7 | great, let's do that. | 13:09:13 |
| 8 | Do you have any view of what he meant by | 13:09:14 |
| 9 | that? | 13:09:17 |
| 10 | A.    No. | 13:09:17 |
| 11 | MR. SIEGEL:  Okay.  Keep going. | 13:09:22 |
| 12 | (Thereupon, a video recording of Exhibit | 13:09:27 |
| 13 | 32 was played.) | 13:09:27 |
| 14 | MS. MEEK:  I paused at 56 seconds. | 13:09:53 |
| 15 | BY MR. SIEGEL: | 13:09:56 |
| 16 | Q.    The fellow who we see in the Owensboro | 13:09:56 |
| 17 | sweatshirt, is that -- do you know what school he | 13:09:59 |
| 18 | is from? | 13:10:07 |
| 19 | A.    I would assume Owensboro Catholic. | 13:10:08 |
| 20 | Q.    Okay.  So to your knowledge was he not a | 13:10:12 |
| 21 | Covington student? | 13:10:15 |
| 22 | A.    Yes. | 13:10:18 |
| 23 | Q.    Okay.  Do you know who he is? | 13:10:19 |
| 24 | A.    No idea. | 13:10:21 |
| 25 | Q.    Okay.  Do you have any reaction to what | 13:10:22 |

| | | |
|---|---|---|
| 1 | he said? | 13:10:25 |
| 2 | A.    Not really. | 13:10:25 |
| 3 | MR. SIEGEL:  Go ahead.  Let's go to | 13:10:27 |
| 4 | Exhibit 3 again, which is video 4.  And this is | 13:10:29 |
| 5 | the Banyamyan video, some of the footage after | 13:10:33 |
| 6 | the incident was over. | 13:10:36 |
| 7 | MS. MEEK:  Starting at 1 hour, 18 | 13:11:06 |
| 8 | minutes and 18 seconds. | 13:11:08 |
| 9 | (Thereupon, a video recording of Exhibit | 13:11:10 |
| 10 | 3 was played.) | 13:11:11 |
| 11 | MS. MEEK:  Paused at 1 hour -- 1 hour, | 13:11:18 |
| 12 | 18 minutes and 26 seconds. | 13:11:20 |
| 13 | MR. SIEGEL:  Let's go back one more | 13:11:22 |
| 14 | time.  See if you -- | 13:11:28 |
| 15 | BY MR. SIEGEL: | 13:11:28 |
| 16 | Q.    Do you hear one of the BHI guys saying I | 13:11:28 |
| 17 | don't see one black person? | 13:11:33 |
| 18 | A.    I would assume they probably said that. | 13:11:35 |
| 19 | I will listen for it. | 13:11:37 |
| 20 | MR. SIEGEL:  Okay.  Let's go back and | 13:11:39 |
| 21 | listen for that. | 13:11:41 |
| 22 | (Thereupon, a video recording of Exhibit | 13:11:43 |
| 23 | 3 was played.) | 13:11:43 |
| 24 | BY MR. SIEGEL: | 13:11:47 |
| 25 | Q.    Right.  It's not the guy who is | 13:11:47 |

| | | |
|---|---|---|
| 1 | shouting, right? | 13:11:50 |
| 2 | A.   Yes. | 13:11:51 |
| 3 | Q.   Someone else says it. | 13:11:51 |
| 4 | Do you recall, did you witness any of | 13:11:54 |
| 5 | that? | 13:11:56 |
| 6 | A.   I don't think I did. | 13:11:56 |
| 7 | Q.   Okay.  And now it appears that the | 13:11:57 |
| 8 | kids -- the students are all turning around to | 13:11:59 |
| 9 | try to find the African American student? | 13:12:02 |
| 10 | A.   No. | 13:12:08 |
| 11 | Q.   You don't think that's what they are | 13:12:09 |
| 12 | doing? | 13:12:11 |
| 13 | A.   I think that is one heck of a guess. | 13:12:11 |
| 14 | Q.   All right.  Well, tell us -- do you | 13:12:13 |
| 15 | know -- go ahead.  Tell us. | 13:12:15 |
| 16 | A.   I don't -- I don't understand why they | 13:12:15 |
| 17 | would have to stand there and look at the Black | 13:12:18 |
| 18 | Hebrew Israelites who -- who are shouting that at | 13:12:21 |
| 19 | them. | 13:12:27 |
| 20 | Q.   So he just -- the guy who said I don't | 13:12:27 |
| 21 | see one black person, right? | 13:12:30 |
| 22 | A.   Right. | 13:12:33 |
| 23 | MR. SIEGEL:  That's what he shouted. | 13:12:34 |
| 24 | Okay.  So let's keep going. | 13:12:34 |
| 25 | (Thereupon, a video recording of Exhibit | 13:12:37 |

| | | |
|---|---|---|
| 1 | 3 was played.) | 13:12:37 |
| 2 | MS. MEEK:  Paused at 1:18:44. | 13:12:54 |
| 3 | BY MR. SIEGEL: | 13:12:58 |
| 4 | Q.    So you hear the -- one of the BHI men | 13:12:58 |
| 5 | says you've got two N words in the crowd? | 13:13:01 |
| 6 | A.    Yes. | 13:13:05 |
| 7 | Q.    And someone holds up his hands and says | 13:13:05 |
| 8 | we've got two? | 13:13:09 |
| 9 | A.    Yes. | 13:13:10 |
| 10 | Q.    Who is that, the guy who held up his | 13:13:11 |
| 11 | hand? | 13:13:13 |
| 12 | A.    I don't know.  He was a grade above me. | 13:13:14 |
| 13 | I don't know his name. | 13:13:16 |
| 14 | Q.    What do you think of that response? | 13:13:16 |
| 15 | A.    Well, I mean, if you want my opinion | 13:13:17 |
| 16 | here, he's obviously being baited into this where | 13:13:20 |
| 17 | the guy's using words which are -- are frowned | 13:13:26 |
| 18 | upon.  And I don't -- I don't think he realizes | 13:13:32 |
| 19 | that when he is correcting the guy and he says we | 13:13:37 |
| 20 | actually have two, that when you look at this on | 13:13:41 |
| 21 | camera, you would assume that he's saying -- or | 13:13:47 |
| 22 | that people could take that as we have two, and | 13:13:50 |
| 23 | then the identification that the BHI used, I | 13:13:54 |
| 24 | think that it's a senior in high school that | 13:13:58 |
| 25 | doesn't realize what he's being baited in to | 13:14:01 |

| | | |
|---|---|---|
| 1 | saying. | 13:14:04 |
| 2 | Q. Well, whether you think he was being | 13:14:04 |
| 3 | baited or not, you understand that he's saying | 13:14:07 |
| 4 | we've got two, we've got two African Americans? | 13:14:08 |
| 5 | MR. McMURTRY: I don't think that's what | 13:14:12 |
| 6 | he testified to. But go ahead. | 13:14:13 |
| 7 | BY MR. SIEGEL: | 13:14:15 |
| 8 | Q. Okay. Well, when he says we've got two, | 13:14:15 |
| 9 | what do you understand -- | 13:14:18 |
| 10 | A. Well -- | 13:14:18 |
| 11 | Q. Two what? | 13:14:20 |
| 12 | MR. McMURTRY: You know, I don't know | 13:14:20 |
| 13 | what we are trying to prove here. I think Nick | 13:14:21 |
| 14 | said he wasn't aware of any of this happening. | 13:14:24 |
| 15 | MR. SIEGEL: I get that. I understand | 13:14:26 |
| 16 | that. | 13:14:27 |
| 17 | MR. McMURTRY: I don't know if there is | 13:14:27 |
| 18 | a question. If you would either read back the | 13:14:28 |
| 19 | question or ask it again. | 13:14:31 |
| 20 | MR. SIEGEL: Okay. | 13:14:33 |
| 21 | BY MR. SIEGEL: | 13:14:34 |
| 22 | Q. So when the guy holds up his hand and | 13:14:34 |
| 23 | says we've got two, what do you understand the | 13:14:37 |
| 24 | two to be? | 13:14:40 |
| 25 | A. I would say probably that there was more | 13:14:41 |

| | | |
|---|---|---|
| 1 | than one African American with us. | 13:14:43 |
| 2 | Q.    Okay.  And -- and your only view of that | 13:14:48 |
| 3 | was that the -- that the student was being baited | 13:14:56 |
| 4 | to say that? | 13:15:00 |
| 5 | MR. McMURTRY:  Objection.  That's not | 13:15:00 |
| 6 | what he said.  He didn't say that was his only | 13:15:03 |
| 7 | view. | 13:15:05 |
| 8 | A.    Yeah.  I think that he was -- | 13:15:05 |
| 9 | MR. McMURTRY:  I'm sorry.  We are not | 13:15:07 |
| 10 | going to go down this road of debating this word | 13:15:09 |
| 11 | to try to recancel Nick or recancel -- | 13:15:13 |
| 12 | MR. SIEGEL:  I'm not going to -- | 13:15:17 |
| 13 | MR. McMURTRY:  I mean, it's too risky | 13:15:17 |
| 14 | for you to be asking these questions. | 13:15:19 |
| 15 | And what this kid said, we don't know. | 13:15:20 |
| 16 | What the video says exactly is open for | 13:15:22 |
| 17 | interpretation.  I think that you're -- you're | 13:15:25 |
| 18 | asking too much. | 13:15:27 |
| 19 | And if you want to continue these | 13:15:28 |
| 20 | questions, you know, I would rather take it up | 13:15:30 |
| 21 | with the judge, because I don't think they have | 13:15:33 |
| 22 | anything to do with Phase 1. | 13:15:36 |
| 23 | MR. SIEGEL:  Well, I think Nick does | 13:15:39 |
| 24 | make a number -- made a number of public | 13:15:40 |
| 25 | statements about the behavior of the students. | 13:15:43 |

| | | |
|---|---|---|
| 1 | Right?  Not him, but the students in general. | 13:15:45 |
| 2 | And I think this is relevant to that. | 13:15:49 |
| 3 | MR. McMURTRY:  He did answer.  And you | 13:15:51 |
| 4 | mischaracterized his testimony.  And, you know -- | 13:15:53 |
| 5 | MR. SIEGEL:  I will just ask a different | 13:15:56 |
| 6 | question. | 13:15:58 |
| 7 | BY MR. SIEGEL: | 13:15:59 |
| 8 | Q.    Do you think that was an appropriate | 13:15:59 |
| 9 | response that that senior gave, an appropriate | 13:16:01 |
| 10 | thing to do and gesture? | 13:16:05 |
| 11 | A.    As I testified before, I think that this | 13:16:08 |
| 12 | student was being baited into giving a response | 13:16:11 |
| 13 | that sounded like he was identifying our own | 13:16:15 |
| 14 | students, our brothers, because we are a | 13:16:18 |
| 15 | brotherhood, as derogatory terms. | 13:16:22 |
| 16 | MR. SIEGEL:  Okay.  Let's keep going. | 13:16:31 |
| 17 | MS. MEEK:  Starting at 1:18:44. | 13:16:33 |
| 18 | (Thereupon, a video recording of Exhibit | 13:16:38 |
| 19 | 3 was played.) | 13:16:38 |
| 20 | BY MR. SIEGEL: | 13:16:44 |
| 21 | Q.    Did you hear someone shout out hell, | 13:16:44 |
| 22 | yeah, we've got one? | 13:16:47 |
| 23 | A.    It seemed a little hard to hear it.  If | 13:16:49 |
| 24 | we could replay it. | 13:16:52 |
| 25 | MR. SIEGEL:  Sure. | 13:16:54 |

| | | |
|---|---|---|
| 1 | (Thereupon, a video recording of Exhibit | 13:16:56 |
| 2 | 3 was played.) | 13:16:56 |
| 3 | MS. MEEK:  I'm back to 1:18:44. | 13:17:09 |
| 4 | BY MR. SIEGEL: | 13:17:18 |
| 5 | Q.    Did you hear that, hell, yeah, we've got | 13:17:18 |
| 6 | one? | 13:17:23 |
| 7 | A.    I wouldn't a hundred percent confirm | 13:17:23 |
| 8 | that, but that's what it sounds like. | 13:17:27 |
| 9 | Q.    Okay.  And what do you think of that? | 13:17:29 |
| 10 | MR. McMURTRY:  Objection.  I think he's | 13:17:31 |
| 11 | already answered what he thinks about this. | 13:17:33 |
| 12 | MR. SIEGEL:  I'm going to ask him | 13:17:35 |
| 13 | statements like baiting.  He testified about the | 13:17:37 |
| 14 | one -- | 13:17:40 |
| 15 | MR. McMURTRY:  This doesn't have | 13:17:41 |
| 16 | anything -- I mean, I have said -- objected very | 13:17:41 |
| 17 | little, said very little.  But now you are -- you | 13:17:44 |
| 18 | know, you are trying to drag Nick in to what | 13:17:47 |
| 19 | other people said that he didn't witness that | 13:17:49 |
| 20 | have nothing to do with Phase 1 discovery and -- | 13:17:52 |
| 21 | or Phase 1 Motion For Summary Judgment. | 13:17:54 |
| 22 | And, you know, really, you are dancing | 13:17:58 |
| 23 | around topics that are -- that are too | 13:18:02 |
| 24 | incendiary, really, to even be spoken about by | 13:18:04 |
| 25 | anybody in this room or anybody on this feed. | 13:18:08 |

| | | |
|---|---|---|
| 1 | And anything that we say about anything like this | 13:18:12 |
| 2 | is going to put us all at risk. | 13:18:14 |
| 3 | And so, you know, I just don't think | 13:18:16 |
| 4 | it's appropriate to continue to ask these | 13:18:18 |
| 5 | questions.  What do you think about what somebody | 13:18:20 |
| 6 | said that you didn't hear three years ago in | 13:18:22 |
| 7 | hindsight sitting here today is totally | 13:18:25 |
| 8 | inappropriate.  And, you know, I just think it's | 13:18:29 |
| 9 | in bad faith to -- not bad faith, but a bad | 13:18:31 |
| 10 | decision to ask these questions in this context. | 13:18:34 |
| 11 | So I would ask you to go -- take on a | 13:18:37 |
| 12 | new line of questioning. | 13:18:39 |
| 13 | MR. SIEGEL:  I think it's perfectly | 13:18:41 |
| 14 | appropriate.  This -- this relates to the | 13:18:43 |
| 15 | behavior of the students who were there. | 13:18:46 |
| 16 | MR. McMURTRY:  How does that have | 13:18:48 |
| 17 | anything to do with Nick's behavior? | 13:18:49 |
| 18 | MR. SIEGEL:  Well, Nick spoke about the | 13:18:51 |
| 19 | students.  Nick spoke about -- | 13:18:53 |
| 20 | MR. McMURTRY:  It has nothing do with | 13:18:55 |
| 21 | the lawsuit.  I don't want to debate you on this. | 13:18:58 |
| 22 | We -- you know, I don't have to say how | 13:19:02 |
| 23 | I really feel about all this.  I'm sure you know. | 13:19:04 |
| 24 | But, you know, you are putting Nick in | 13:19:08 |
| 25 | danger, and you are revictimizing him. | 13:19:10 |

| | | |
|---|---|---|
| 1 | This is going to come out, and he is | 13:19:14 |
| 2 | going to be revictimized by this. And I think it | 13:19:16 |
| 3 | is irresponsible to, especially when we are | 13:19:21 |
| 4 | dealing with these pejoratives, to have him even | 13:19:22 |
| 5 | commenting on them. | 13:19:26 |
| 6 | THE WITNESS: If I can add, in my public | 13:19:27 |
| 7 | statement, I said, and I quote: I cannot speak | 13:19:30 |
| 8 | for everyone, only for myself. | 13:19:32 |
| 9 | In my own experience, I haven't seen | 13:19:34 |
| 10 | anything except people be respected of all races | 13:19:37 |
| 11 | and cultures, which is line by line from the | 13:19:40 |
| 12 | second page. | 13:19:48 |
| 13 | BY MR. SIEGEL: | 13:19:49 |
| 14 | Q. You said I didn't -- you also said I did | 13:19:49 |
| 15 | not witness or hear any students chant build that | 13:19:51 |
| 16 | wall or anything hateful or racist at any time. | 13:19:54 |
| 17 | A. Correct. | 13:19:57 |
| 18 | MR. SIEGEL: Right. And so I think I'm | 13:19:59 |
| 19 | entitled to explore whether you -- | 13:20:00 |
| 20 | MR. McMURTRY: He said he didn't see | 13:20:03 |
| 21 | anything or hear anything. | 13:20:05 |
| 22 | MR. SIEGEL: I understand that. And I'm | 13:20:06 |
| 23 | not suggesting that you did. But to the extent | 13:20:08 |
| 24 | that that statement could be understood to mean | 13:20:10 |
| 25 | that you don't believe that anything hateful or | 13:20:13 |

1    racist happened, I think I'm entitled to explore          13:20:17

2    that.                                                     13:20:20

3            THE WITNESS:  I mean, I -- what -- what            13:20:20

4    I'm telling you now, and what I have said then,           13:20:22

5    is I can't speak for everyone.  I'm not saying            13:20:25

6    there is not a chance that maybe there is one or          13:20:28

7    more people at Cov Cath that were out of line on          13:20:30

8    this day or maybe another day.  But I can only            13:20:33

9    speak for my own actions and what I witnessed.            13:20:38

10           And at this point, I did not see any of           13:20:42

11   this, just like I didn't hear any of the other            13:20:45

12   things.  And then you are asking me to comment on         13:20:48

13   how I feel about things that I didn't see and             13:20:51

14   witness.  So I just -- I don't know.                      13:20:55

15           MR. McMURTRY:  May I just add one                 13:21:04

16   comment?  Thank you.                                      13:21:05

17           I'm concerned, as well, that due to the           13:21:05

18   nature of the questioning surrounding this                13:21:08

19   particular term, that anything is insufficient.          13:21:10

20   There is no sufficient answer that will not              13:21:13

21   result in -- in a risk of further cancellation,          13:21:16

22   condemnation.                                             13:21:20

23           And, you know, the way -- the way people          13:21:21

24   organize in our society today, you know, all of          13:21:25

25   this could be taken out of context and used very         13:21:28

1    aggressively.  And I just think it's not a good        13:21:31

2    idea to -- to be asking --                             13:21:34

3          MR. SIEGEL:  Todd, I have given you a            13:21:36

4    lot of leeway here for a speaking objection.           13:21:40

5          MR. McMURTRY:  No, I appreciate that.            13:21:41

6    Thank you.  It's not a speaking objection.  I'm        13:21:42

7    just stating my concerns.                              13:21:44

8          MR. SIEGEL:  Okay.  But I don't think            13:21:45

9    that's a basis to object to a line of -- I'm           13:21:46

10   sorry -- not to object.  I am not going to --          13:21:49

11   I'll never tell you you can't object, but I don't      13:21:50

12   think that is a basis for my not asking some of        13:21:54

13   these questions.                                       13:21:57

14          I understand your view about it, but I          13:21:58

15   think that they are appropriate questions to ask.      13:22:00

16          MR. McMURTRY:  Well, I think he's               13:22:02

17   answered them, so . . .                                13:22:03

18          MR. SIEGEL:  He hasn't answered all of          13:22:06

19   them.  He answered the first one.                      13:22:08

20          MR. McMURTRY:  I think he just answered         13:22:09

21   your second one, too.  So let's ask a new              13:22:11

22   question.                                              13:22:13

23          MR. SIEGEL:  Well, no.  I said a student        13:22:14

24   yelled out hell, yeah, we got one.  And I said         13:22:17

25   what do you think of that.  That's when you came       13:22:19

| | | |
|---|---|---|
| 1 | in. | 13:22:21 |
| 2 | MR. McMURTRY: I don't think what he | 13:22:21 |
| 3 | thinks -- objection. Go ahead and answer the | 13:22:22 |
| 4 | question. | 13:22:25 |
| 5 | A. Okay. To me, in my opinion, and I have | 13:22:25 |
| 6 | not witnessed any of this, I would say that the | 13:22:30 |
| 7 | phrase hell, yeah, we got one, was probably a | 13:22:36 |
| 8 | defense of one of the students of Cov Cath, given | 13:22:41 |
| 9 | that earlier in the day, that one of these | 13:22:47 |
| 10 | students was told that his organs would have -- | 13:22:50 |
| 11 | were going to be harvested by the white members | 13:22:53 |
| 12 | of our school. | 13:22:56 |
| 13 | I take that to be in defense of the | 13:22:57 |
| 14 | student of color at Cov Cath, that he was saying, | 13:23:02 |
| 15 | yes, we've got one, like he is one of ours, he is | 13:23:08 |
| 16 | one of -- he is a Colonel, a student of Covington | 13:23:12 |
| 17 | Catholic. | 13:23:17 |
| 18 | I think at the same time, these kids, | 13:23:18 |
| 19 | which we are, we are all kids, none of us know | 13:23:21 |
| 20 | the way the world works, quite frankly, didn't | 13:23:24 |
| 21 | realize that when -- when they were trying to | 13:23:28 |
| 22 | defend that student, that the foul language used | 13:23:30 |
| 23 | in the question could make it seem as if | 13:23:33 |
| 24 | something else -- or that they were -- they were | 13:23:36 |
| 25 | responding to the question asked. | 13:23:40 |

1      MR. SIEGEL:  Okay.  Let's go to the next       13:23:43

2   few seconds.                                      13:23:50

3      MS. MEEK:  Continuing at 1:18:52.              13:23:51

4      (Thereupon, a video recording of Exhibit       13:23:56

5   3 was played.)                                    13:23:56

6      MS. MEEK:  Pausing two seconds later.          13:23:58

7   BY MR. SIEGEL:                                    13:24:00

8      Q.   So now does it appear that the -- that    13:24:00

9   Beau -- we are talking about Beau here, right --  13:24:03

10   has kind of been brought to the front of the      13:24:06

11   crowd by the other students?                      13:24:08

12      A.   No.                                       13:24:09

13      Q.   You do not think that's what happened?    13:24:09

14      A.   You cannot prove that from this video,    13:24:12

15   where the angle was at a completely different     13:24:15

16   view and then suddenly pans over to see Beau.     13:24:18

17           We can't tell if Beau was already there   13:24:21

18   before the camera turns over or whether he chose  13:24:23

19   to move to the front of the crowd to show up in   13:24:27

20   front of them of his own will or, you know, they  13:24:30

21   asked Beau to come up or anything like that.      13:24:34

22           So I would say that this videotaping is   13:24:36

23   inconclusive on why Beau is where he is.          13:24:42

24      MR. SIEGEL:  Okay.  Let's keep going.          13:24:45

25      (Thereupon, a video recording of Exhibit       13:24:51

| | | |
|---|---|---|
| 1 | 3 was played.) | 13:24:51 |
| 2 | BY MR. SIEGEL: | 13:25:24 |
| 3 |    Q.   Did you hear what the -- this fellow in | 13:25:24 |
| 4 | the -- is that Cammeron? | 13:25:26 |
| 5 |    A.   Charlie. | 13:25:28 |
| 6 |    Q.   Or Charlie, sorry -- what he said? | 13:25:29 |
| 7 |    A.   No. | 13:25:31 |
| 8 |    MR. SIEGEL:  Okay.  Let's just go back | 13:25:33 |
| 9 | about maybe six seconds and play it again. | 13:25:35 |
| 10 |    MS. MEEK:  Restarting at 1:19:21. | 13:25:41 |
| 11 |    (Thereupon, a video recording of Exhibit | 13:25:45 |
| 12 | 3 was played.) | 13:25:45 |
| 13 | BY MR. SIEGEL: | 13:25:51 |
| 14 |    Q.   Okay.  Do you hear it says we've got one | 13:25:51 |
| 15 | at home but he ain't here, names something like | 13:25:54 |
| 16 | Dayron or something like that? | 13:25:59 |
| 17 |    A.   I don't know about a name, but I would | 13:26:00 |
| 18 | agree that he said we have one that isn't here. | 13:26:03 |
| 19 |    Q.   Okay.  And do you -- do you recognize | 13:26:06 |
| 20 | the name that he threw out? | 13:26:08 |
| 21 |    A.   No. | 13:26:10 |
| 22 |    Q.   And what do you think of Charlie's | 13:26:12 |
| 23 | response there? | 13:26:16 |
| 24 |    A.   Again, I think that none of the -- it's | 13:26:16 |
| 25 | my same response to when they said it earlier, | 13:26:20 |

| | | |
|---|---|---|
| 1 | that they didn't realize that -- that people | 13:26:23 |
| 2 | would take it as we have one and then fill in the | 13:26:25 |
| 3 | word that the Hebrew Israelites were using and | 13:26:28 |
| 4 | instead were saying that we have another African | 13:26:33 |
| 5 | American who is a brother of our school and -- | 13:26:39 |
| 6 | it's my same response as last time, which, to be | 13:26:44 |
| 7 | honest, is only support -- supported more by the | 13:26:49 |
| 8 | horrendous display of language a couple of | 13:26:52 |
| 9 | seconds ago that the Black Hebrew Israelites used | 13:26:56 |
| 10 | that you can then see all our students kind of | 13:26:58 |
| 11 | recoil at because it's disgusting the way they | 13:27:02 |
| 12 | described a freshman in high school. | 13:27:07 |
| 13 | Q.    Okay.  So do you think -- and I will | 13:27:09 |
| 14 | just ask you for you, do you think that any of | 13:27:14 |
| 15 | the statements or conduct by any of the students | 13:27:17 |
| 16 | that we have seen reflects any racially | 13:27:21 |
| 17 | derogatory attitude? | 13:27:29 |
| 18 | MR. McMURTRY:  Objection.  Go ahead. | 13:27:31 |
| 19 | A.    I mean, specifically in this instance -- | 13:27:33 |
| 20 | I can't -- I can't really understand how any | 13:27:37 |
| 21 | of -- or how these students would have been | 13:27:40 |
| 22 | acting in a racially derogatory fashion when | 13:27:44 |
| 23 | after the Black Hebrew Israelites started to | 13:27:50 |
| 24 | berate the freshman, that many of them went up to | 13:27:54 |
| 25 | him and hugged him and said we love you.  That to | 13:27:59 |

| | | |
|---|---|---|
| 1 | me seems the very opposite of racism. | 13:28:02 |
| 2 | BY MR. SIEGEL: | 13:28:06 |
| 3 | Q.    Okay.  And just to make clear, I'm not | 13:28:06 |
| 4 | asking you about every single student in the | 13:28:09 |
| 5 | crowd, right?  But the ones that we've -- the | 13:28:12 |
| 6 | specific things that we've seen, you know -- | 13:28:17 |
| 7 | we've got two, hell, yeah, we've got one -- we've | 13:28:19 |
| 8 | got one home, he ain't here, would your answer be | 13:28:23 |
| 9 | the same with respect to those specific -- | 13:28:29 |
| 10 | A.    Yes. | 13:28:33 |
| 11 | MR. SIEGEL:  Okay.  Let's keep going. | 13:28:35 |
| 12 | MS. MEEK:  Restarting at 1:19:27. | 13:28:38 |
| 13 | (Thereupon, a video recording of Exhibit | 13:28:46 |
| 14 | 3 was played.) | 13:28:46 |
| 15 | BY MR. SIEGEL: | 13:28:48 |
| 16 | Q.    It sounds like people are shouting the | 13:28:48 |
| 17 | same name or something that I think Cammeron | 13:28:53 |
| 18 | referred to before.  Do you recognize what they | 13:28:56 |
| 19 | are shouting? | 13:28:58 |
| 20 | A.    I don't.  I don't, honestly. | 13:28:59 |
| 21 | Q.    Okay.  Other than Beau, did you know any | 13:29:00 |
| 22 | other African American students at Covington at | 13:29:04 |
| 23 | the time? | 13:29:07 |
| 24 | A.    I believe there was one in the class | 13:29:08 |
| 25 | above me, a senior.  His name was -- I think it | 13:29:10 |

| | | |
|---|---|---|
| 1 | was Mod, but I could be wrong.  I think his first | 13:29:13 |
| 2 | name was Mod. | 13:29:19 |
| 3 |      MR. SIEGEL:  Okay. | 13:29:22 |
| 4 |   A.   And I -- I don't remember, though, if | 13:29:22 |
| 5 | that's correct.  I think there is a chance, too, | 13:29:24 |
| 6 | he could have been on the trip, but I am not a | 13:29:26 |
| 7 | hundred percent certain. | 13:29:29 |
| 8 |      MR. SIEGEL:  Okay.  Let's keep going. | 13:29:31 |
| 9 |      MS. MEEK:  Restarting at 1:19:34. | 13:29:34 |
| 10 |      (Thereupon, a video recording of Exhibit | 13:29:39 |
| 11 | 3 was played.) | 13:29:39 |
| 12 |      MS. MEEK:  Paused at 1:20. | 13:30:07 |
| 13 |      MR. SIEGEL:  Yeah, just go a frame | 13:30:10 |
| 14 | back -- a couple frames back so we can see who | 13:30:12 |
| 15 | that person is. | 13:30:15 |
| 16 | BY MR. SIEGEL: | 13:30:19 |
| 17 |   Q.   Yeah, the person holding the water | 13:30:19 |
| 18 | bottle, which he then holds out, do you recognize | 13:30:21 |
| 19 | who that is? | 13:30:24 |
| 20 |   A.   No. | 13:30:25 |
| 21 |   Q.   Okay.  So, Nick, can -- just sort of | 13:30:40 |
| 22 | walk me through -- I think the last time we left, | 13:30:41 |
| 23 | it was a little bit after the incident.  You are | 13:30:44 |
| 24 | chatting with Mr. Kleier and a few of your | 13:30:46 |
| 25 | friends.  What happened between that time and the | 13:30:50 |

1    time you got on the bus?                              13:30:54

2        A.    Well, after I walked away --               13:31:00

3              MR. SIEGEL:  Right.                          13:31:02

4        A.    -- I never -- I never -- to the best of    13:31:03

5    my recollection, I never came back over.  Every      13:31:07

6    time I moved further away, I never took a -- I       13:31:11

7    don't know, I will just say this, retraced my        13:31:14

8    steps backwards towards where everything             13:31:17

9    happened.                                             13:31:19

10             So at this point, I don't know where I     13:31:20

11   am, but I am not within earshot at the volume        13:31:24

12   that everyone is talking about.  I wouldn't have     13:31:30

13   heard this.                                           13:31:33

14       Q.    No, okay.  And I'm actually moving on      13:31:34

15   from this.  I'm not -- I'm just asking you to        13:31:36

16   sort of -- just the facts of what -- what -- just    13:31:39

17   tell your best memory of you come down from the      13:31:45

18   steps, you were chatting with Mr. Kleier and I      13:31:49

19   think a few of your friends.  And eventually you     13:31:53

20   get on the bus, right?                               13:31:56

21       A.    Uh-huh.                                     13:31:58

22       Q.    Do you remember what happened in that      13:31:59

23   time?                                                 13:32:00

24       A.    I would have -- if you are looking at      13:32:01

25   the memorial, I would have been off to the left     13:32:03

```
 1   side.  And I spent most of that time interacting          13:32:06
 2   with various people from my school until the bus          13:32:09
 3   came and I got on it.                                     13:32:13
 4          MR. SIEGEL:  Okay.                                 13:32:16
 5      A.    All I basically did was have con -- many         13:32:16
 6   conversations with a lot of people.                       13:32:23
 7      Q.    Did you talk to any of the chaperones            13:32:25
 8   about what had happened?                                  13:32:32
 9      A.    I talked to Coach Kleier, or Jake                13:32:33
10   Kleier.  And then later when we left the memorial         13:32:38
11   and went to the national mall in DC, like the             13:32:41
12   shopping mall, not the monument mall, I spoke             13:32:47
13   again with Kleier and Matthew Hansman.                    13:32:51
14      Q.    And -- and do you recall anything about          13:32:56
15   the conversation with them?                               13:32:57
16      A.    All three of us looked at each other,            13:32:58
17   kind of laughed, and we were like what just               13:33:01
18   happened.  Because none of us could really piece          13:33:04
19   together what had just occurred.                          13:33:07
20      Q.    Okay.  You mentioned before that your            13:33:09
21   phone died.  When did it -- when did you -- so             13:33:15
22   when was the first time you could use it?                 13:33:21
23      A.    I think around the time I got to the             13:33:25
24   actual shopping mall or maybe on the bus, I tried         13:33:31
25   turning it back on again.  Because sometimes when         13:33:36
```

| | | |
|---|---|---|
| 1 | it dies halfway through, you can get it to come | 13:33:39 |
| 2 | back on. | 13:33:42 |
| 3 | MR. SIEGEL: Right. | 13:33:42 |
| 4 | A. So I first -- I think it was once I | 13:33:43 |
| 5 | boarded the bus to go to the shopping mall, I -- | 13:33:47 |
| 6 | I was able to use my phone again. | 13:33:51 |
| 7 | Q. Got it. Explain to me, to go to the | 13:33:53 |
| 8 | shopping mall, what's the shopping mall? | 13:33:58 |
| 9 | A. The national shopping mall in DC, the | 13:34:00 |
| 10 | one that's like four or five stories. And we | 13:34:03 |
| 11 | went there to eat, get some food before we left | 13:34:08 |
| 12 | DC, and then also kind of as one last stop to | 13:34:11 |
| 13 | walk around and look at stuff and then leave. | 13:34:15 |
| 14 | Q. Oh, okay. So first, you went to that | 13:34:19 |
| 15 | mall, had dinner, I guess? | 13:34:24 |
| 16 | A. Yes. | 13:34:26 |
| 17 | Q. And then you got back on the busses to | 13:34:27 |
| 18 | go home? | 13:34:31 |
| 19 | A. Correct. | 13:34:32 |
| 20 | Q. And about -- do you recall about when | 13:34:32 |
| 21 | you got home? | 13:34:35 |
| 22 | A. I got home at around 7 -- 6:50, 7 in the | 13:34:36 |
| 23 | morning. | 13:34:44 |
| 24 | Q. Okay. Let's go to -- and I'm not going | 13:34:44 |
| 25 | to ask any questions about the substance of this | 13:35:10 |

1   because I think it's really for Phase 2, but just        13:35:12

2   to sort of help with the timeline so we know.            13:35:13

3            When did you first learn that this              13:35:17

4   incident was out there in some way on social             13:35:21

5   media or wherever?                                       13:35:26

6      A.    Somewhere -- somewhere between 2 and            13:35:27

7   3 a.m., on the bus back, I got woken up, and             13:35:30

8   people had found it trending on Twitter.                 13:35:34

9            MR. SIEGEL:  Okay.  Let's go to -- I            13:35:42

10  think I skipped it the last time, but we will            13:35:44

11  still mark it as Exhibit 8.  And Exhibit 8 is DOC        13:35:47

12  1 and 2.  It's an e-mail that was produced by the        13:36:20

13  diocese.                                                 13:36:24

14     A.    Okay.                                           13:36:25

15     Q.    And is it -- I take it that the FR              13:36:26

16  Schomaker is for father?                                 13:36:33

17     A.    Yes.                                            13:36:36

18     Q.    Who is Father Schomaker?                        13:36:36

19     A.    He -- I think he was the vicar general          13:36:39

20  at the diocese number two, which is the second in        13:36:43

21  command, basically.                                      13:36:47

22     Q.    Okay.  And did you know him?                    13:36:48

23     A.    I didn't know him personally.  I had            13:36:53

24  seen him a handful of times when the bishop would        13:36:56

25  visit the school or when I would attend church           13:37:03

1    and the bishop was presiding.                    13:37:06

2        Q.    Okay.  And who prepared the words of    13:37:08

3    this e-mail?                                      13:37:13

4        A.    I believe, to the best of my knowledge, 13:37:13

5    that this was done by Scott Jennings.             13:37:18

6        Q.    Okay.  And did you review it before it  13:37:25

7    was sent?                                         13:37:27

8        A.    I believe I did.                        13:37:28

9        Q.    Okay.  So did you approve what it said? 13:37:30

10       A.    Yes.                                     13:37:34

11       Q.    And did you -- did you actually send it? 13:37:35

12   I mean, it says from Nicholas Sandmann, but did   13:37:40

13   you actually send the e-mail from your account to 13:37:44

14   Father Schomaker?                                 13:37:47

15       A.    I think I did.  I can't remember.        13:37:49

16             MR. SIEGEL:  Okay.  Maybe let's just     13:37:54

17   show him Exhibit 33 now.                          13:37:59

18   BY MR. SIEGEL:                                    13:38:19

19       Q.    And I'll -- Exhibit 33 are a series of  13:38:19

20   three e-mails that were produced by RunSwitch in  13:38:21

21   response to a subpoena to them.                   13:38:26

22       A.    Yes.                                     13:38:28

23       Q.    And they appear to me to be -- a lot of 13:38:31

24   the text seems to be similar to the e-mail you    13:38:38

25   eventually sent.                                  13:38:41

| | | |
|---|---|---|
| 1 | Are these drafts in one form or another? | 13:38:43 |
| 2 | A.    I would not have the knowledge of | 13:38:47 |
| 3 | whether or not these -- well, in the subject, it | 13:38:50 |
| 4 | does say draft statement. | 13:38:54 |
| 5 | MR. SIEGEL:  Right. | 13:38:55 |
| 6 | A.    So, yes, I would assume they are drafts. | 13:38:56 |
| 7 | Q.    So in what -- and I understand.  The | 13:38:59 |
| 8 | first e-mail is to your dad, right?  That is Ted | 13:39:08 |
| 9 | Sandmann? | 13:39:14 |
| 10 | A.    Correct. | 13:39:14 |
| 11 | Q.    The second e-mail is to -- the second | 13:39:15 |
| 12 | e-mail is also to your dad.  And the third | 13:39:17 |
| 13 | e-mail, which is January 22nd, 2019, at 1 a.m., | 13:39:20 |
| 14 | is to Todd McMurtry and a couple of other people, | 13:39:24 |
| 15 | I believe, at RunSwitch, Gary Gerdemann and Steve | 13:39:24 |
| 16 | Bryant. | 13:39:32 |
| 17 | Did you -- did you see any of these? | 13:39:33 |
| 18 | A.    I think I did. | 13:39:34 |
| 19 | Q.    Okay.  A couple of them -- and, for | 13:39:35 |
| 20 | example, if you go on one of them, the one that | 13:39:42 |
| 21 | is to Todd, Mr. McMurtry says statement from Nick | 13:39:44 |
| 22 | Sandmann? | 13:39:49 |
| 23 | A.    Yes. | 13:39:50 |
| 24 | Q.    Do you know, was this originally | 13:39:51 |
| 25 | drafted, at least potentially, as another public | 13:39:56 |

| | | |
|---|---|---|
| 1 | statement? | 13:39:59 |
| 2 | A.    No.  I believe this was -- this was a | 13:39:59 |
| 3 | statement that was going to be sent to the | 13:40:04 |
| 4 | diocese.  This was not prepared to be publicly | 13:40:06 |
| 5 | released. | 13:40:15 |
| 6 | Q.    And why did you want to communicate this | 13:40:16 |
| 7 | to the diocese? | 13:40:17 |
| 8 | A.    Actually -- Okay.  Let me rephrase. | 13:40:20 |
| 9 | MR. SIEGEL:  Sure. | 13:40:23 |
| 10 | A.    Because this will make more sense. | 13:40:23 |
| 11 | I think we told the diocese that we were | 13:40:25 |
| 12 | going to release this statement in an effort to | 13:40:28 |
| 13 | help ease emotions around the country and -- | 13:40:34 |
| 14 | yeah. | 13:40:41 |
| 15 | Q.    Okay.  But I take it in the end, you | 13:40:43 |
| 16 | didn't release it, at least as a public | 13:40:45 |
| 17 | statement? | 13:40:48 |
| 18 | A.    Correct. | 13:40:48 |
| 19 | Q.    And why was that? | 13:40:49 |
| 20 | A.    Because the diocese threatened us and | 13:40:50 |
| 21 | told us that there would be consequences if we | 13:40:55 |
| 22 | released it. | 13:40:57 |
| 23 | Q.    Okay.  What did they -- did they tell | 13:40:59 |
| 24 | you what the consequences would be? | 13:41:03 |
| 25 | A.    No.  We had a phone call with my | 13:41:05 |

| | | |
|---|---|---|
| 1 | principal.  He was working very closely with the | 13:41:08 |
| 2 | bishop.  And he told my mom, please, please just | 13:41:12 |
| 3 | don't release that statement and bear with us, | 13:41:16 |
| 4 | trust me, it will not be good for you if you | 13:41:20 |
| 5 | release it, is the gist of what he said. | 13:41:23 |
| 6 | Q.   Okay.  And so, how did you ultimately -- | 13:41:26 |
| 7 | ultimately, you sent this as an e-mail, right, to | 13:41:41 |
| 8 | Father Schomaker? | 13:41:46 |
| 9 | A.   Right.  We proposed it to them.  We were | 13:41:47 |
| 10 | trying to even give them a heads-up on what we -- | 13:41:49 |
| 11 | what we were thinking about sending out. | 13:41:53 |
| 12 | Q.   Okay.  So -- so was the purpose to -- | 13:41:56 |
| 13 | and I see it says the subject, proposal -- so | 13:41:58 |
| 14 | sort of say, Father, this is what we are | 13:42:00 |
| 15 | proposing or thinking about releasing? | 13:42:03 |
| 16 | A.   Yes. | 13:42:05 |
| 17 | Q.   For him to review it? | 13:42:05 |
| 18 | A.   Correct. | 13:42:07 |
| 19 | Q.   Okay.  So let's look at the first page, | 13:42:08 |
| 20 | which is DOC 1, which is I can't help but | 13:42:12 |
| 21 | think -- | 13:42:21 |
| 22 | MR. McMURTRY:  Exhibit 8? | 13:42:22 |
| 23 | MR. SIEGEL:  I'm sorry.  What? | 13:42:24 |
| 24 | MR. McMURTRY:  Exhibit 8? | 13:42:25 |
| 25 | MR. SIEGEL:  Exhibit 8, yes.  It's the | 13:42:28 |

1    page marked DOC 1.                                   13:42:29

2    BY MR. SIEGEL:                                       13:42:30

3        Q.    Go down to -- I guess it's the next to     13:42:30

4    last paragraph, the one that says I can't help.      13:42:33

5    Why don't you just read that to yourself for a       13:42:36

6    second?                                              13:42:39

7            THE WITNESS:  Okay.                           13:42:51

8        Q.    Okay.  And then I'm going to ask you to     13:42:52

9    go to DOC 2, where it says -- read through the       13:42:55

10   paragraph that says -- including the paragraph       13:43:05

11   that starts so I have made a proposal to the         13:43:07

12   bishop.                                              13:43:11

13           THE WITNESS:  Okay.                           13:43:12

14       Q.    Okay.  So in the paragraph that says I      13:43:33

15   have made a proposal to the bishop and Principal     13:43:35

16   Roe, you say we need to discuss and learn from       13:43:37

17   people about many things, the first one is race      13:43:40

18   issues.                                              13:43:50

19           What did you think there was the need to      13:43:51

20   discuss and learn about race issues?                 13:43:53

21       A.    Well, I think clearly from the video,      13:43:55

22   the Black Hebrew Israelites and members in Nathan    13:43:58

23   Phillips' group, such as the man in the red cap,     13:44:02

24   were angry at us at different points and made        13:44:07

25   generalizations about what white people have         13:44:10

| | | |
|---|---|---|
| 1 | done. | 13:44:14 |
| 2 | So that's -- it seems that there was -- | 13:44:15 |
| 3 | there seemed to be, on the part of both some | 13:44:19 |
| 4 | people associated with Phillips and the Black | 13:44:22 |
| 5 | Hebrew Israelites, there seemed to be some | 13:44:25 |
| 6 | apparent race tensions that they were bringing | 13:44:30 |
| 7 | into the situation. | 13:44:34 |
| 8 | Q.   Did you think that you -- and by mean -- | 13:44:40 |
| 9 | well, you can answer both, you personally -- | 13:44:46 |
| 10 | strike that.  I will ask it first that way. | 13:44:52 |
| 11 | Did you think that you needed to discuss | 13:44:55 |
| 12 | and learn from people about race issues? | 13:44:57 |
| 13 | A.   I think it's always helpful to learn new | 13:44:59 |
| 14 | things, especially, you know -- I would say race | 13:45:03 |
| 15 | is an important topic.  And whether or not we | 13:45:08 |
| 16 | would learn things that I agree or disagree with | 13:45:14 |
| 17 | is kind of irrelevant because it would be more | 13:45:18 |
| 18 | knowledge.  And while I could have disagreed with | 13:45:21 |
| 19 | the Black Hebrew Israelites and how they look at | 13:45:25 |
| 20 | race, I would have at least been knowledgeable of | 13:45:28 |
| 21 | what they were talking about. | 13:45:33 |
| 22 | Q.   Okay.  Did you think that -- who is the | 13:45:35 |
| 23 | we that you referred to?  I mean, it looks | 13:45:37 |
| 24 | like -- you talk about -- you say:  I think Cov | 13:45:40 |
| 25 | Cath should hold a day-long town meeting and a | 13:45:44 |

1    series of workshops with students, parents and          13:45:46

2    other people to discuss all that has happened and       13:45:46

3    how we can learn from it.                                13:45:49

4            Right?                                           13:45:50

5        A.    Right.                                         13:45:51

6        Q.    Use this moment to be better men and          13:45:51

7    better Christians.                                       13:45:54

8            So is the we the students, parents and          13:45:55

9    other people?  Is that who you are referring to?        13:45:58

10       A.    Yes.                                           13:46:00

11       Q.    Okay.  So did you think that the              13:46:00

12   students, parents and other people, that there          13:46:02

13   was anything about this event that could educate        13:46:05

14   them in some way about race issues?                      13:46:13

15       A.    I mean, it's the same answer I had            13:46:15

16   before, that, you know, it would -- it would be         13:46:18

17   an opportunity for everyone to have a little more       13:46:21

18   knowledge, which can't hurt.                            13:46:25

19       Q.    Okay.  Did you think that there was a         13:46:26

20   need -- did you think that there was anything --        13:46:29

21   any need to explore your own attitudes about            13:46:33

22   race?                                                   13:46:40

23           MR. McMURTRY:  Objection.                       13:46:40

24       A.    I don't believe that I have any unfair        13:46:42

25   attitude about race.  So I would say no.                13:46:45

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 13:46:48 |
| 2 | Q.    Okay.  And is the answer the same for | 13:46:48 |
| 3 | the students, parents and other people you were | 13:46:51 |
| 4 | referring to? | 13:46:54 |
| 5 | A.    I'm not sure.  I mean . . . | 13:46:54 |
| 6 | Q.    Okay.  Towards the end you say -- you | 13:47:00 |
| 7 | also refer to how to understand people from | 13:47:07 |
| 8 | different cultures. | 13:47:10 |
| 9 | A.    Right. | 13:47:12 |
| 10 | Q.    What did you think there was to -- why | 13:47:12 |
| 11 | did you include that in the list? | 13:47:15 |
| 12 | A.    Well, as I had said, when -- when Nathan | 13:47:17 |
| 13 | Phillips approached me, and something I will | 13:47:21 |
| 14 | honestly admit is I didn't know what the purpose | 13:47:26 |
| 15 | of the drum was.  He claims it was a prayer.  And | 13:47:29 |
| 16 | it could have been helpful to know that | 13:47:37 |
| 17 | beforehand.  So certain -- certain things like | 13:47:39 |
| 18 | that, things that I am not familiar with, it | 13:47:43 |
| 19 | never hurts to learn. | 13:47:46 |
| 20 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 13:47:49 |
| 21 | 34. | 13:48:03 |
| 22 | MR. McMURTRY:  34. | 13:48:19 |
| 23 | MR. SIEGEL:  Take a moment to read it, | 13:48:39 |
| 24 | Nick. | 13:48:41 |
| 25 | THE WITNESS:  Okay. | 13:48:41 |

1   BY MR. SIEGEL:                                        13:49:14

2       Q.    Do you know what this e-mail is?            13:49:14

3       A.    It's an e-mail from my dad to Father        13:49:16

4   Schomaker.                                            13:49:19

5       Q.    Right.  Yes.  Okay.  Do you -- have you     13:49:23

6   ever seen it before?                                  13:49:24

7       A.    Yes.                                        13:49:25

8       Q.    When did you see it?                        13:49:26

9       A.    I think before it was sent -- or after.     13:49:27

10      Q.    Okay.  And so can you explain what the      13:49:31

11  context of this e-mail is?                            13:49:35

12      A.    This is kind of like an introduction        13:49:36

13  before the e-mail is sent -- was sent to Father       13:49:41

14  Dan with the actual proposal, which is why the        13:49:46

15  first sentence says:  Please see below what I         13:49:51

16  think the bishop's response would be to the next      13:49:54

17  proposal.                                             13:49:58

18      Q.    Okay.  So is this -- is this essentially    13:49:59

19  a proposal for what the bishop should do in           13:50:02

20  response to your statement?                           13:50:08

21      A.    I think there's a correction that needs     13:50:09

22  to be made.  It was -- I had sent the proposal.       13:50:12

23  They responded.  They responded negatively.  And      13:50:16

24  this is an e-mail from my dad trying to get them      13:50:20

25  to think twice about rejecting my idea.               13:50:24

1    Q.    Okay.  And your dad writes:  Hello,          13:50:27

2    Father Dan, please see below what I think the     13:50:39

3    bishop's response should be to Nick's proposal.   13:50:43

4          Right?                                       13:50:45

5          Please review and let us know your          13:50:46

6    thoughts.                                          13:50:48

7          So is the -- and then the e-mail -- the     13:50:50

8    rest of it is written like in the first person,   13:50:55

9    right?  I began to gain lots of information --     13:50:58

10   A.    Right.                                       13:51:02

11   Q.    So was this essentially a suggestion         13:51:03

12   that your dad was making for what he thought the   13:51:05

13   bishop should say or the bishop should issue in    13:51:08

14   response to your proposal?                         13:51:14

15   A.    I believe so.                                13:51:16

16         MR. SIEGEL:  Okay.                           13:51:24

17   A.    But I -- to me, that is what it says.        13:51:24

18   But I'm really not the person to ask.              13:51:26

19   Q.    And I get that.  And I -- so -- so --        13:51:29

20   and -- and for that reason, I'm -- there is just   13:51:32

21   one thing I want to ask you about.                 13:51:35

22         If you go down to the third paragraph,       13:51:37

23   the one that says -- starts, my heart was full     13:51:41

24   today, and it -- about the second sentence from    13:51:47

25   the bottom says:  I was uncomfortable.             13:51:51

| | | |
|---|---|---|
| 1 | Do you see that one?  I was | 13:51:53 |
| 2 | uncomfortable with what I saw all around? | 13:51:55 |
| 3 | A.    Yes. | 13:51:58 |
| 4 | Q.    Including some of the behavior from our | 13:51:58 |
| 5 | students.  I understand there are explanations | 13:52:00 |
| 6 | for this behavior, but I want our kids to know | 13:52:04 |
| 7 | how things can be perceived even if you don't | 13:52:06 |
| 8 | mean any disrespect? | 13:52:10 |
| 9 | A.    Sure. | 13:52:11 |
| 10 | Q.    Do you have any understanding of why | 13:52:12 |
| 11 | your dad proposed that the bishop say that? | 13:52:14 |
| 12 | A.    I think my dad -- excuse me.  I think my | 13:52:17 |
| 13 | dad inserted that sentence that the bishop was | 13:52:22 |
| 14 | uncomfortable at our behavior not as an admission | 13:52:27 |
| 15 | that our behavior was something to be | 13:52:32 |
| 16 | uncomfortable about but because the diocese had | 13:52:35 |
| 17 | already released a statement saying that we went | 13:52:40 |
| 18 | against the church's teachings on the dignity of | 13:52:44 |
| 19 | a human person.  So it would have been awkward | 13:52:50 |
| 20 | for the bishop to be like, I thought the | 13:52:54 |
| 21 | students' behavior was fine, because that would | 13:52:56 |
| 22 | be a complete flip-flop on what they had rushed | 13:52:59 |
| 23 | to put out.  So I think that sentence is in there | 13:53:03 |
| 24 | to kind of give him an option to tone it down and | 13:53:06 |
| 25 | walk it back a little bit. | 13:53:09 |

1    Q.    Okay.  And so the -- that -- did your          13:53:11

2    dad ever express to you that he was uncomfortable    13:53:20

3    with some of the behavior from the students?         13:53:24

4    A.    He has only ever expressed the opposite,       13:53:28

5    that my behavior was well within what it should      13:53:33

6    have been.                                           13:53:36

7    Q.    And just to be clear, I'm not asking you       13:53:37

8    about -- I'm not now going to ask you about your     13:53:39

9    father's view of your behavior.  Did he ever say     13:53:44

10   he was uncomfortable with the behavior of any of     13:53:47

11   the other students?                                  13:53:50

12   A.    I don't believe he ever has.                   13:53:51

13   Q.    Okay.  Let's go back to Exhibit 20,            13:53:53

14   which is your first public statement.                13:54:15

15         And, Nick, who -- who prepared -- tell         13:54:30

16   us about the process of drafting this statement.     13:54:31

17   A.    This statement was done in -- together         13:54:35

18   with RunSwitch, specifically Scott Jennings.         13:54:43

19         MR. SIEGEL:  Uh-huh.                           13:54:48

20   A.    But the process where he was on the            13:54:50

21   phone, over the phone -- and -- but I -- I spoke     13:54:52

22   into the phone as he typed in.  Pretty much all      13:54:59

23   he did was type what I said and just made sure       13:55:05

24   the grammar and everything was correct so that it    13:55:09

25   looked clean and official.  But, I mean, he          13:55:14

1    basically just wrote what I said for the most          13:55:19

2    part.                                                    13:55:21

3        Q.    Okay.  Did your parents have any              13:55:23

4    involvement in -- in the --                              13:55:28

5        A.    My parents were in the room, but they         13:55:31

6    didn't have much of anything to really add              13:55:34

7    because they were not in DC for the March For           13:55:39

8    Life.                                                    13:55:52

9        Q.    So if we go down to the second page,          13:55:53

10   which is NS 103, the person that says:  I cannot        13:56:00

11   speak for everyone, only for myself, but I can          13:56:14

12   tell you my experience with Covington Catholic is       13:56:17

13   that students are respectful of all races and           13:56:19

14   cultures.  We also support everyone's right to          13:56:22

15   free speech.                                             13:56:25

16       Then you say:  I'm not going to comment             13:56:27

17   on the words or account of Mr. Phillips, as I           13:56:29

18   don't know him and would not presume to know what       13:56:31

19   is in his heart or mind.                                 13:56:34

20       Why did you say that?                               13:56:37

21       A.    I think just at that point, I still was       13:56:39

22   unaware of Mr. Phillips' intentions and hadn't          13:56:48

23   seen his comments on what he was trying to do.          13:56:52

24       Q.    And when did you see those?                   13:56:58

25       A.    I guess on the days after this, where --      13:57:02

| | | |
|---|---|---|
| 1 | I don't have the count on how many interviews he | 13:57:06 |
| 2 | did, but it was probably seven or eight. | 13:57:09 |
| 3 | Q. Okay. And you write: Nor am I going to | 13:57:12 |
| 4 | comment further on the other protestors, since I | 13:57:30 |
| 5 | don't know their hearts or minds either. | 13:57:33 |
| 6 | Do you think you now know what is in | 13:57:35 |
| 7 | their hearts and minds, or what's not in their | 13:57:38 |
| 8 | hearts or minds? | 13:57:40 |
| 9 | MR. McMURTRY: Objection. | 13:57:40 |
| 10 | A. Oh, yes. | 13:57:41 |
| 11 | BY MR. SIEGEL: | 13:57:41 |
| 12 | Q. Or you believe -- you perceive what you | 13:57:41 |
| 13 | think is in their hearts and minds, right? | 13:57:44 |
| 14 | A. Right. | 13:57:47 |
| 15 | MR. SIEGEL: Okay. Let's put on -- I'm | 13:58:26 |
| 16 | going to show you a clip from your NBC interview. | 13:58:29 |
| 17 | MS. MEEK: Nathan, can we take a quick | 13:58:35 |
| 18 | break? | 13:58:37 |
| 19 | MR. SIEGEL: What? | 13:58:38 |
| 20 | MS. MEEK: Can we take a quick break? | 13:58:39 |
| 21 | MR. SIEGEL: Sure. | 13:58:42 |
| 22 | MR. McMURTRY: He is used to me asking | 13:58:42 |
| 23 | for a break. | 13:58:44 |
| 24 | THE VIDEOGRAPHER: We are going off the | 13:58:44 |
| 25 | record. The time is 1:58 p.m. | 13:58:46 |

| | | |
|---|---|---|
| 1 | (Thereupon, there was a recess taken at | 13:58:50 |
| 2 | 1:58 p.m.) | 13:58:50 |
| 3 | (Thereupon, the proceedings were resumed | 14:14:35 |
| 4 | at 2:15 p.m.) | 14:14:35 |
| 5 | THE VIDEOGRAPHER: We are back on the | 14:14:37 |
| 6 | record. The time is now 2:15 p.m. | 14:14:59 |
| 7 | BY MR. SIEGEL: | 14:15:04 |
| 8 | Q. Okay. So, Nick, I think that your -- | 14:15:04 |
| 9 | your interview with Savannah Guthrie was | 14:15:08 |
| 10 | broadcast on January 23rd. When did you actually | 14:15:12 |
| 11 | do it? | 14:15:18 |
| 12 | A. Let's see. That would have been, I'm | 14:15:21 |
| 13 | guessing, maybe the 22nd. The timeline is a | 14:15:28 |
| 14 | little -- a little out of order in my head, but I | 14:15:34 |
| 15 | was -- I think it was the 22nd because it would | 14:15:38 |
| 16 | have been immediately put up the next day. | 14:15:44 |
| 17 | Q. Right. And -- and where was the | 14:15:46 |
| 18 | interview conducted? | 14:15:49 |
| 19 | A. In a hotel in northern Kentucky. | 14:15:50 |
| 20 | Q. Okay. And do you recall roughly what | 14:15:54 |
| 21 | part of the day it was on the 22nd? | 14:15:56 |
| 22 | A. I think it was early -- or somewhere in | 14:15:59 |
| 23 | between breakfast and lunch, like in the first | 14:16:06 |
| 24 | half of the day. | 14:16:09 |
| 25 | Q. Okay. So your recollection is you did | 14:16:09 |

| | | |
|---|---|---|
| 1 | the interview the first half of the day, and then | 14:16:11 |
| 2 | it was the next day it was on television.  Is | 14:16:15 |
| 3 | that right? | 14:16:18 |
| 4 | A.   Yes.  Actually -- see, now, it could | 14:16:18 |
| 5 | have been in -- it could have been in the | 14:16:20 |
| 6 | afternoon, too.  I think -- I don't know. | 14:16:23 |
| 7 | MR. SIEGEL:  Okay. | 14:16:26 |
| 8 | A.   I know it was daytime. | 14:16:26 |
| 9 | Q.   I'm sure that's a -- that's a fact that | 14:16:32 |
| 10 | could be established easily. | 14:16:35 |
| 11 | So -- okay.  So let's put a clip up from | 14:16:39 |
| 12 | that interview. | 14:16:43 |
| 13 | MS. MEEK:  This is Exhibit 5 starting at | 14:16:48 |
| 14 | 20 minutes and 8 seconds. | 14:16:51 |
| 15 | (Thereupon, a video recording of Exhibit | 14:16:55 |
| 16 | 5 was played.) | 14:16:55 |
| 17 | BY MR. SIEGEL: | 14:17:44 |
| 18 | Q.   Okay.  So -- so you did this interview a | 14:17:44 |
| 19 | couple of days after that public statement was | 14:17:48 |
| 20 | issued, right?  But by that point, had you seen | 14:17:51 |
| 21 | some of the interviews that Mr. Phillips had | 14:17:56 |
| 22 | done? | 14:18:01 |
| 23 | A.   I had seen bits and pieces.  I honestly | 14:18:01 |
| 24 | did -- I tried to stay away from it as much as I | 14:18:07 |
| 25 | could.  And a lot of the -- I mean, kind of no | 14:18:12 |

| | | |
|---|---|---|
| 1 | matter what, I was in a way glued to the TV, | 14:18:18 |
| 2 | watching what was being said about me.  But most | 14:18:22 |
| 3 | of what I watched was coverage done by like news | 14:18:25 |
| 4 | anchors, and I didn't see too much of what he | 14:18:29 |
| 5 | actually said. | 14:18:32 |
| 6 | Q.    Okay.  So is it your testimony that | 14:18:33 |
| 7 | whenever this was, morning or afternoon of | 14:18:36 |
| 8 | January 22nd, you were not aware of what | 14:18:38 |
| 9 | Mr. Phillips had said publicly about the | 14:18:43 |
| 10 | incident? | 14:18:46 |
| 11 | A.    I -- the only thing I knew was bits and | 14:18:46 |
| 12 | pieces.  I had not listened to every word he | 14:18:50 |
| 13 | said. | 14:18:53 |
| 14 | Q.    Okay.  So do you still agree with the | 14:18:54 |
| 15 | sentiments that you expressed in the interview? | 14:19:05 |
| 16 | A.    No. | 14:19:08 |
| 17 | Q.    And when did you no longer feel that | 14:19:09 |
| 18 | way? | 14:19:12 |
| 19 | A.    As soon as the information came out. | 14:19:14 |
| 20 | Like in the video I thanked him for his military | 14:19:18 |
| 21 | service.  But he was dishonorably discharged. | 14:19:22 |
| 22 | And I then found content on the Internet that -- | 14:19:31 |
| 23 | where he falsely claims that he was actually in | 14:19:34 |
| 24 | Vietnam in the country.  And I have family | 14:19:38 |
| 25 | members that actually served during that war; and | 14:19:43 |

| | | |
|---|---|---|
| 1 | meanwhile, he sat in the States, went AWOL, and | 14:19:46 |
| 2 | then lied and said that he actually fought. | 14:19:52 |
| 3 | Furthermore than that, he gave | 14:19:57 |
| 4 | interviews in which he constantly contradicts | 14:20:00 |
| 5 | himself on things like he wants me expelled, that | 14:20:05 |
| 6 | he doesn't think I should be punished, he might | 14:20:10 |
| 7 | want me suspended.  He was very here and there on | 14:20:13 |
| 8 | what he thought should happen to me. | 14:20:17 |
| 9 | He made up a false claim that I was | 14:20:20 |
| 10 | trying to steal his narrative of the events that | 14:20:22 |
| 11 | actually happened, basically calling me | 14:20:26 |
| 12 | untruthful.  And he also was not consistent on | 14:20:29 |
| 13 | what he was trying to do. | 14:20:42 |
| 14 | At one point, he claims that he was | 14:20:44 |
| 15 | trying to stop a fight between us and the Black | 14:20:46 |
| 16 | Hebrew Israelites.  And then at a different | 14:20:49 |
| 17 | point, he claims that he was actually trying to | 14:20:53 |
| 18 | do a prayer that went up to the Lincoln Memorial, | 14:20:56 |
| 19 | which kind of contradicts itself on which one was | 14:21:01 |
| 20 | he actually doing, was he trying to stop a fight | 14:21:05 |
| 21 | or was he trying to have this journeying prayer | 14:21:09 |
| 22 | up to the Lincoln Memorial? | 14:21:16 |
| 23 | Everything that he said, he just turned | 14:21:19 |
| 24 | out to not be a very truthful person.  And he | 14:21:24 |
| 25 | does not have my respect. | 14:21:30 |

1      Q.    Okay.  And your testimony is that you          14:21:32

2    came to learn all of that after your interview        14:21:37

3    with Ms. Guthrie?                                      14:21:40

4            MR. McMURTRY:  Objection.                      14:21:41

5      A.    That's correct.  I -- the more -- more          14:21:42

6    of what I got, I gained a lot of that knowledge        14:21:47

7    during the summer when I worked in my counsel's        14:21:51

8    office.  I reviewed those videos.                      14:21:57

9    BY MR. SIEGEL:                                         14:22:03

10     Q.    Okay.  At that point, you had already          14:22:03

11   filed lawsuits, right?                                 14:22:08

12     A.    Correct.                                        14:22:11

13     Q.    Okay.  So are you saying you didn't have        14:22:13

14   that knowledge at the time you filed both -- the      14:22:16

15   lawsuits were filed on your behalf?                    14:22:19

16     A.    No, I did.  I'm saying that that's kind        14:22:20

17   of the timeline I most accurately dived into all      14:22:25

18   of this.  But I -- I listened to more of what he      14:22:29

19   had to say after this interview.                       14:22:32

20     Q.    Okay.  You testified that Mr. Phillips         14:22:34

21   was dishonorably discharged?                           14:22:39

22     A.    Yes.                                            14:22:44

23     Q.    What's the basis of that?                       14:22:44

24     A.    I think there are records that say that        14:22:48

25   he went AWOL and he was dishonorably discharged.      14:22:50

1     Q.    Okay.  So what record are you aware of          14:22:55

2     that said he was dishonorably discharged?          14:22:57

3     A.    I don't know the name of the record.  I          14:23:01

4     can't cite that specifically, but I am pretty          14:23:03

5     sure that that did happen.          14:23:08

6     Q.    And where did you see that?          14:23:09

7     A.    I saw it somewhere online that said that          14:23:13

8     he was a refrigerator mechanic and that he never          14:23:16

9     left the United States, went AWOL, and then was          14:23:21

10    discharged dishonorably.          14:23:24

11    Q.    Okay.  But you are not sure what the          14:23:27

12    source is of that that you saw on line?          14:23:29

13    A.    No.  I believe that in part it came from          14:23:33

14    a veteran that specializes in calling people out          14:23:36

15    for stolen valor; although, I could be wrong          14:23:40

16    about that.  That's where I seem to remember it          14:23:47

17    coming from.          14:23:51

18    Q.    And other than that, is there any other          14:23:52

19    information that you have of the basis of saying          14:23:54

20    that Mr. Phillips was dishonorably discharged?          14:23:57

21    A.    I think when it was discovered, there          14:24:00

22    might -- may have been some other sources, people          14:24:04

23    that do the same sort of thing or people that          14:24:06

24    researched it themselves and corroborated it.          14:24:08

25    Q.    And where, what sources are you talking          14:24:12

| | | |
|---|---|---|
| 1 | about? | 14:24:16 |
| 2 | A.    Again, I can't specifically remember the | 14:24:16 |
| 3 | names of these people.  This was two years ago. | 14:24:18 |
| 4 | Q.    Has anybody ever provided you directly | 14:24:21 |
| 5 | with that information? | 14:24:24 |
| 6 | A.    It's -- I believe now that that | 14:24:26 |
| 7 | information has been found available publicly | 14:24:30 |
| 8 | online. | 14:24:33 |
| 9 | Q.    I understand that.  But what I'm saying, | 14:24:34 |
| 10 | and setting aside what the information may or may | 14:24:37 |
| 11 | not contain, but other than accessing it, | 14:24:40 |
| 12 | accessing whatever sources were online, has | 14:24:43 |
| 13 | anyone ever directly communicated with you to | 14:24:48 |
| 14 | provide you any information about Mr. Phillips' | 14:24:50 |
| 15 | military service? | 14:24:53 |
| 16 | A.    No. | 14:24:54 |
| 17 | Q.    Okay.  You testified that Mr. Phillips | 14:24:56 |
| 18 | at one point accused you of trying to steal his | 14:25:00 |
| 19 | narrative? | 14:25:04 |
| 20 | A.    Yes. | 14:25:05 |
| 21 | Q.    What are you referring to? | 14:25:05 |
| 22 | A.    In one of his television interviews, he | 14:25:07 |
| 23 | remarked that I was trying to steal his narrative | 14:25:12 |
| 24 | of when I -- when I claim that I was trying to | 14:25:17 |
| 25 | keep the situation as toned down as possible and | 14:25:23 |

| | | |
|---|---|---|
| 1 | calm. | 14:25:27 |
| 2 | Q.    Okay.  And you referred to what you said | 14:25:28 |
| 3 | are statements by Mr. Phillips to the effect that | 14:25:37 |
| 4 | he was trying to stop a fight or a potential | 14:25:40 |
| 5 | fight? | 14:25:43 |
| 6 | A.    Right. | 14:25:43 |
| 7 | Q.    And statements or a statement about | 14:25:44 |
| 8 | finishing a prayer? | 14:25:47 |
| 9 | A.    Right. | 14:25:48 |
| 10 | Q.    Do you know where he made -- are there a | 14:25:48 |
| 11 | specific interview or source that you have in | 14:25:57 |
| 12 | your mind when you are saying that? | 14:25:59 |
| 13 | A.    I know that in separate interviews that | 14:26:01 |
| 14 | he claims that he was trying to interrupt a fight | 14:26:04 |
| 15 | that he saw about to break out between us and the | 14:26:09 |
| 16 | Black Hebrew Israelites.  And then in a different | 14:26:12 |
| 17 | interview, he claims that he was trying to get up | 14:26:16 |
| 18 | to the top of the Lincoln Memorial to finish his | 14:26:20 |
| 19 | prayer.  He gives two different reasons for why | 14:26:23 |
| 20 | he was doing what he was doing. | 14:26:29 |
| 21 | Q.    Okay.  And do you have any understanding | 14:26:30 |
| 22 | that Mr. Phillips says, in substance, that | 14:26:33 |
| 23 | initially he approached the students in order to | 14:26:37 |
| 24 | diffuse the situation; and then at that point, | 14:26:40 |
| 25 | he, you know, once he got there, decided that he | 14:26:46 |

| | | |
|---|---|---|
| 1 | wanted to exit and go to the Lincoln Memorial? | 14:26:51 |
| 2 | A.    I mean, I don't think that we are really | 14:26:55 |
| 3 | here to debate what he was doing.  But in my | 14:26:59 |
| 4 | mind -- | 14:27:03 |
| 5 | Q.    I'm not debating what he was doing.  I'm | 14:27:03 |
| 6 | just -- what he said, your understanding of what | 14:27:06 |
| 7 | he was saying. | 14:27:09 |
| 8 | A.    In my mind, he began playing the drum | 14:27:10 |
| 9 | before he got there, and so then -- and again, I | 14:27:14 |
| 10 | don't really have any understanding of how | 14:27:17 |
| 11 | prayers and drums, how that -- that works.  But | 14:27:20 |
| 12 | to me, if his -- his drum and his chanting were a | 14:27:25 |
| 13 | prayer, then he started that before he got to us. | 14:27:30 |
| 14 | So he was either praying on his way there and | 14:27:33 |
| 15 | when he was there and trying to get up to the | 14:27:37 |
| 16 | Lincoln Memorial or he was trying to stop a | 14:27:40 |
| 17 | fight, at least in the way I look at it. | 14:27:43 |
| 18 | Q.    Okay.  You said that you saw something | 14:27:45 |
| 19 | online of Mr. Phillips saying to the effect of | 14:28:01 |
| 20 | that he had served in Vietnam? | 14:28:06 |
| 21 | A.    Yes. | 14:28:08 |
| 22 | Q.    What are you referring to? | 14:28:08 |
| 23 | A.    There was a video on I believe YouTube | 14:28:10 |
| 24 | where Mr. Phillips describes what it was like | 14:28:13 |
| 25 | when he got off the plane returning home from | 14:28:18 |

| | | |
|---|---|---|
| 1 | Vietnam and that a woman spit on him, which I do | 14:28:22 |
| 2 | not think is factually correct. | 14:28:28 |
| 3 | I don't think he has ever been to | 14:28:30 |
| 4 | Vietnam, and yet claims that he returned and was | 14:28:32 |
| 5 | treated -- treated meanly and demeaningly by | 14:28:42 |
| 6 | anti-war protestors. | 14:28:46 |
| 7 | Q.   Okay.  And so do you -- you believe -- I | 14:28:49 |
| 8 | assume you don't know what happened back in the | 14:28:52 |
| 9 | 1970s.  But do you disbelieve him when he makes | 14:28:55 |
| 10 | the statement attributed to a woman spit on him? | 14:29:01 |
| 11 | Do you disbelieve that? | 14:29:05 |
| 12 | A.   I mean, I guess it's possible that he's | 14:29:06 |
| 13 | been spit on in his life.  But based off the | 14:29:09 |
| 14 | sources that have claimed that he has never left | 14:29:13 |
| 15 | the country during his time in the military, I | 14:29:16 |
| 16 | don't see how it was possible that these specific | 14:29:20 |
| 17 | chain of events, where he got off a plane, was | 14:29:24 |
| 18 | confronted by protestors and spit on, is | 14:29:28 |
| 19 | accurate. | 14:29:31 |
| 20 | Q.   Okay.  Is there anything else about | 14:29:31 |
| 21 | Nathan Phillips' past -- and by past, I mean | 14:29:34 |
| 22 | anything that happened before January 18th, 2019, | 14:29:38 |
| 23 | right, that you -- and that you haven't already | 14:29:42 |
| 24 | discussed -- that you think speaks to his | 14:29:47 |
| 25 | credibility? | 14:29:50 |

| | | |
|---|---|---|
| 1 | A.    Not off the top of my head, no.  I can't | 14:29:53 |
| 2 | think of anything else. | 14:29:57 |
| 3 | Q.    Okay.  And other than what you testified | 14:29:58 |
| 4 | to-since the event, and other than what you | 14:30:08 |
| 5 | testified to, is there -- strike that question. | 14:30:15 |
| 6 | Is there -- do you have any | 14:30:21 |
| 7 | information -- and I'm not talking about like | 14:30:21 |
| 8 | interviews he gave about this incident.  Okay? | 14:30:24 |
| 9 | We've already talked about that.  But other than | 14:30:27 |
| 10 | that, do you have any information about anything | 14:30:30 |
| 11 | Nathan Phillips has been up to since the incident | 14:30:36 |
| 12 | and the coverage of the incident? | 14:30:40 |
| 13 | A.    Since I testified earlier, there -- and | 14:30:42 |
| 14 | it's actually -- the video is my pinned tweet on | 14:30:47 |
| 15 | my Twitter account that shows Nathan Phillips at | 14:30:52 |
| 16 | a rally somewhere and a girl goes up to him and | 14:30:57 |
| 17 | asks him about Cov Cath and what he did and he | 14:31:00 |
| 18 | proceeds to basically run away. | 14:31:05 |
| 19 | Q.    And what is -- what is the significance | 14:31:11 |
| 20 | of that to you? | 14:31:15 |
| 21 | A.    Well, I don't think it speaks to his | 14:31:17 |
| 22 | veracity for truthfulness or -- like we were | 14:31:23 |
| 23 | talking about earlier.  But the significance of | 14:31:26 |
| 24 | it to me, and why it is pinned to the top of my | 14:31:31 |
| 25 | Twitter account, is because just in the same way, | 14:31:36 |

1    I was unsuspecting and surprised when I had a          14:31:40

2    number of cameras put on me, I was able to act in      14:31:44

3    a way that I believe was appropriate.  And I           14:31:50

4    believe that Nathan Phillips had a role in those       14:31:54

5    cameras, or at least his supporters had a role in      14:31:58

6    placing those on me, before he even came up to         14:32:03

7    me.  But when Nathan Phillips unexpectedly has a       14:32:06

8    camera pointed on him, when he -- when he is not       14:32:12

9    prepared for it, he darts away.                        14:32:16

10       Q.    Okay.  And other than your pinned tweet      14:32:18

11   of that, is there anything else that you have          14:32:24

12   learned about Mr. Phillips' conduct since the          14:32:29

13   incident?                                              14:32:34

14       A.    I -- I am not aware of any of his            14:32:34

15   actions besides that.                                  14:32:38

16       Q.    And -- and you -- is there anything you      14:32:40

17   have learned about any of the other people who         14:32:47

18   were present behind Mr. Phillips who were not          14:32:50

19   students?                                              14:32:54

20       A.    Not that I can recall.                       14:32:55

21       MR. SIEGEL:  Okay.  Okay.  Let's do                14:33:03

22   Exhibit 38, which is video 13.  This is a video        14:33:06

23   that was produced by your counsel -- video 13 on       14:33:13

24   the stip, and it was produced by your counsel as       14:33:17

25   NS 1804.                                               14:33:21

```
 1              (Thereupon, a video recording of Exhibit      14:33:53

 2    38 was played.)                                         14:33:53

 3    BY MR. SIEGEL:                                          14:34:15

 4        Q.    Okay.  Do you know who shot the video?        14:34:15

 5        A.    No.                                           14:34:19

 6        Q.    Do you know who the woman talking is?         14:34:19

 7        A.    No.                                           14:34:22

 8        Q.    She says the way the students were            14:34:26

 9    acting was disrespectful, right?                        14:34:32

10        A.    Right.                                        14:34:35

11        Q.    Without --                                    14:34:38

12              MR. McMURTRY:  We are not going to go         14:34:39

13    back over this.                                         14:34:41

14    BY MR. SIEGEL:                                          14:34:42

15        Q.    You don't agree with what she says,           14:34:42

16    right?                                                  14:34:46

17        A.    Right.                                        14:34:46

18        Q.    Do you think her -- do you have any           14:34:47

19    reason to believe that she's not expressing what        14:34:49

20    her genuine opinion about it is?                        14:34:51

21        A.    No.  That could be her genuine opinion.       14:34:54

22        Q.    Okay.  Is there anything -- for purposes      14:34:57

23    of this case, is there anything about that video        14:35:00

24    that has any significance to you?                       14:35:03

25        A.    At the current moment, there's no            14:35:08
```

1   significance that I recognize.                          14:35:10

2       Q.    Okay.  Is there anything else that she        14:35:13

3   said that you have any reaction to?                     14:35:17

4       A.    I mean, I disagree with her statement         14:35:19

5   before that.  I think it damages her credibility.       14:35:23

6       Q.    What are you referring to?                    14:35:28

7       A.    When she said this is why people hate         14:35:30

8   white people.                                           14:35:33

9       Q.    Okay.  Let's go to Exhibit 39, which is       14:35:34

10  video 13 on the stip, which was produced as NS          14:35:46

11  1735.                                                   14:35:51

12          (Thereupon, a video recording of Exhibit        14:35:56

13  39 was played.)                                         14:35:57

14  BY MR. SIEGEL:                                          14:36:21

15      Q.    Do you know who shot that video?              14:36:21

16      A.    Yes.                                          14:36:24

17      Q.    And who shot it?                              14:36:24

18      A.    Will.                                         14:36:26

19      Q.    Right.  And how did you get it?               14:36:26

20      A.    I think Will turned the video in.             14:36:30

21      Q.    Do you mean like to your counsel or           14:36:35

22  something like that?                                    14:36:37

23      A.    Yes, or I got it from Will over text.         14:36:38

24  But Will initially had it, right.                       14:36:42

25      Q.    And just for -- as it relates to this         14:36:45

1    case, what do you -- do you think the video shows          14:36:48

2    anything?                                                  14:36:52

3        A.    I think it covers the same things that           14:36:54

4    we have seen in the other angles.                          14:36:57

5            MR. SIEGEL:  Okay.                                 14:36:59

6        A.    There's not much besides that.                   14:37:01

7        Q.    Okay.  So there is nothing else                  14:37:03

8    particular about this video that you think shows           14:37:06

9    anything about the case?                                   14:37:10

10       A.    Correct.                                         14:37:11

11       Q.    You -- towards the beginning of the              14:37:14

12   deposition, in connection with the slogan Make             14:37:19

13   America Great Again, right -- remember, I asked            14:37:27

14   you some questions about when did you think                14:37:30

15   America functioned more according to the values           14:37:33

16   that you believe in.  I think you said World War           14:37:36

17   II was kind of your biggest example, and then you          14:37:41

18   said before Jimmy Carter?                                  14:37:45

19       A.    Right.                                           14:37:48

20       Q.    Let's just go back to, say, the 1940s,           14:37:49

21   right?                                                     14:37:54

22       A.    Right.                                           14:37:54

23       Q.    Do you have any knowledge about how              14:37:54

24   Native Americans were treated in the 1940s?               14:37:57

25       A.    Yes.  If you notice, this is why I               14:38:00

| | | |
|---|---|---|
| 1 | responded to there's always about a time in | 14:38:03 |
| 2 | America where things weren't exactly perfect. | 14:38:06 |
| 3 | I'm aware of the social rights, civil | 14:38:10 |
| 4 | rights climate at the time of the '40s.  I was | 14:38:14 |
| 5 | speaking more to America's ability to come | 14:38:17 |
| 6 | together and fight evil, such as Nazi Germany. | 14:38:22 |
| 7 | I acknowledge that up until the '60s, | 14:38:28 |
| 8 | and even after, African Americans have not always | 14:38:32 |
| 9 | been treated fairly, nor have Native Americans. | 14:38:35 |
| 10 | And I was using that example more to point | 14:38:38 |
| 11 | towards a time where there was more national | 14:38:42 |
| 12 | unity than there usually is. | 14:38:45 |
| 13 | Q.   Okay.  In your view, have civil rights | 14:38:48 |
| 14 | or -- I will use both of your examples.  Right? | 14:39:31 |
| 15 | Have civil rights for Native Americans | 14:39:39 |
| 16 | improved since say the time of Jimmy Carter, | 14:39:41 |
| 17 | which is what, the late '70s? | 14:39:46 |
| 18 | A.   I would -- I would assume. | 14:39:49 |
| 19 | Q.   So, and what about the same question for | 14:39:51 |
| 20 | African Americans? | 14:39:54 |
| 21 | A.   Yes. | 14:39:58 |
| 22 | Q.   So -- okay.  When you reached out to | 14:39:59 |
| 23 | Charlie Kirk and Kyle Kashuv, what -- what was | 14:40:18 |
| 24 | the purpose of your reaching out to them? | 14:40:26 |
| 25 | In other words, what were you hoping | 14:40:29 |

1    they might do?                                    14:40:30

2        A.    I was hoping that with their           14:40:31

3    connections, that they could -- and honestly, I  14:40:33

4    didn't have any knowledge about how to help      14:40:38

5    myself at that point, and I was hoping that in   14:40:42

6    their dealing with students and their            14:40:46

7    understanding of the climate of America, since   14:40:49

8    they deal with culture and politics a lot, that  14:40:54

9    they could point me in the right direction.      14:41:00

10       Q.    Okay.  And I think you mentioned that   14:41:02

11   there came a point when you started working with 14:41:08

12   Scott Jennings?                                   14:41:11

13       A.    Yes.                                    14:41:12

14       Q.    How did that happen?                    14:41:13

15       A.    I believe it was through my mom that one 14:41:15

16   of her friends was -- one of her friends' husband 14:41:24

17   was a lawyer and knew who Scott was and knew that 14:41:31

18   he did good work and connected us through that   14:41:35

19   way.                                              14:41:40

20             I could be wrong, though.  I didn't -- I 14:41:40

21   wasn't a part of the search for Scott.  And I    14:41:43

22   think by the time I had finally met, my parents, 14:41:46

23   when things nationally were elevating as far as  14:41:51

24   news coverage goes, they had already found Scott 14:41:55

25   before I had talked to him.                       14:41:59

1      Q.    And I think you testified before that          14:42:03

2  you had a phone call with Scott about the               14:42:06

3  statement, right?                                        14:42:08

4      A.    Right.                                         14:42:09

5      Q.    Did you -- before you had the phone call       14:42:10

6  about the statement, had you communicated with          14:42:23

7  him directly?                                            14:42:25

8      A.    No.  That was my first time meeting           14:42:26

9  Scott, over the phone.                                   14:42:28

10     Q.    Okay.  So up to that point, your parents       14:42:29

11 handled the communications with him?                     14:42:32

12     A.    Right.  And at that point, I don't --          14:42:35

13 I -- it would be better to ask them if they had          14:42:37

14 even communicated to Scott at that point.                14:42:40

15     Q.    Okay.  So you don't know whether they          14:42:42

16 had?                                                     14:42:44

17     A.    Right.                                         14:42:45

18     Q.    All right.  And did you communicate with       14:42:45

19 Scott after the -- you know, the conversation or         14:42:49

20 conversations you had concerning the January 20th        14:42:53

21 statement?                                               14:43:00

22     A.    Yes.  He was in charge of organizing the       14:43:00

23 interview with Savannah Guthrie and helping us           14:43:04

24 deal with the diocese, as we have already looked         14:43:09

25 at.  So I began to end up talking to Scott semi-         14:43:16

1    regularly.                                        14:43:22

2        Q.    How long did that continue?            14:43:24

3        A.    I would say until the press around the  14:43:27

4    situation started to die down, which I really     14:43:39

5    can't define what die down is.  And then          14:43:41

6    eventually it was more of my counsel that I spoke  14:43:45

7    to.  And then we filed lawsuits.                  14:43:48

8        Q.    Okay.  And how did you prepare for the  14:43:53

9    NBC interview?                                    14:43:57

10       A.    Before the interview, Scott told me     14:44:05

11   these are the kind of questions that they are     14:44:07

12   going to ask you, just think about how you want   14:44:09

13   to respond.  And I said okay.                     14:44:12

14            I read the piece of paper that he had    14:44:18

15   given me that had some questions he thought       14:44:20

16   Savannah would ask me.  And then I -- I did the   14:44:24

17   interview.                                        14:44:29

18            MR. SIEGEL:  Okay.  And do we have that  14:44:30

19   -- I thought we had that piece of paper as an     14:44:40

20   exhibit.                                          14:44:43

21            MS. MEEK:  I'm not sure that we do.  We  14:44:52

22   could go off if you want.                         14:44:54

23            MR. SIEGEL:  It's Exhibit 36.            14:44:58

24   BY MR. SIEGEL:                                    14:45:26

25       Q.    Exhibit 36, again, is an e-mail and     14:45:26

| | | |
|---|---|---|
| 1 | attachment that has been produced by RunSwitch. | 14:45:29 |
| 2 | Do you recognize this, Nick? | 14:45:32 |
| 3 |     A.    Yes. | 14:45:35 |
| 4 |     Q.    What is this? | 14:45:35 |
| 5 |     A.    This is something that Scott gave me | 14:45:36 |
| 6 | before the interview. | 14:45:42 |
| 7 |     Q.    Okay.  And was there anything -- was | 14:45:43 |
| 8 | there anything else other than this that he gave | 14:45:49 |
| 9 | you? | 14:45:52 |
| 10 |     A.    Not that I can recall. | 14:45:52 |
| 11 |     MR. SIEGEL:  Okay.  Let's go to Exhibit | 14:46:00 |
| 12 | 41.  This is Exhibit 30 -- | 14:46:02 |
| 13 |     MR. McMURTRY:  This is also confidential | 14:46:30 |
| 14 | subject to the protective order. | 14:46:32 |
| 15 |     MR. SIEGEL:  Sure.  Yes. | 14:46:36 |
| 16 |     (The following portion from Page 427, | 14:46:36 |
| 17 | Line 19 to Page 463, Line 16 was designated | 14:46:36 |
| 18 | Confidential and is bound separately.) | 14:46:36 |
| 19 | BY MR. SIEGEL: | 14:46:36 |
| 20 |     Q.    Exhibit 41 is Bates stamped NS 803 and | 14:46:36 |
| 21 | 804.  And again, these are texts that you had -- | 14:46:41 |
| 22 | or received, Nick? | 14:46:46 |
| 23 |     A.    Correct. | 14:46:48 |
| 24 |     Q.    So, it looks like on 803, text 1935, you | 14:46:53 |
| 25 | text a group of your friends, we made it. | 14:47:00 |

| | | |
|---|---|---|
| 1 | Will Clark texts, protect your water | 14:47:06 |
| 2 | protectors, with an emoji I'm not sure I can make | 14:47:10 |
| 3 | out. | 14:47:14 |
| 4 | And on 804 at 1997, you respond, sacred | 14:47:19 |
| 5 | P-I-P-E-E-E.  What was that? | 14:47:26 |
| 6 | A.    Pipe. | 14:47:34 |
| 7 | Q.    Sacred pipe? | 14:47:35 |
| 8 | A.    Yes. | 14:47:36 |
| 9 | Q.    So is that a misspelling? | 14:47:36 |
| 10 | A.    Or just an -- I think what I was doing | 14:47:39 |
| 11 | was exaggerating it, like elongating the E. | 14:47:42 |
| 12 | Q.    Got it.  So what -- what does that mean? | 14:47:47 |
| 13 | What does this text exchange mean? | 14:47:50 |
| 14 | A.    I'm not sure.  I think I was | 14:47:55 |
| 15 | referencing -- I was referencing, I guess, the | 14:47:57 |
| 16 | sacred pipe from Native American culture. | 14:48:05 |
| 17 | Q.    And what was the point you were making | 14:48:10 |
| 18 | by doing that? | 14:48:12 |
| 19 | A.    It was intended to be humorous. | 14:48:13 |
| 20 | Q.    And what was the humor? | 14:48:18 |
| 21 | A.    The humor was in the text before.  Will | 14:48:22 |
| 22 | Clark said water protectors, and I assumed that | 14:48:30 |
| 23 | also had something to do with Native American | 14:48:34 |
| 24 | culture.  I don't know if it does or it doesn't. | 14:48:37 |
| 25 | And so I responded with another thing that has to | 14:48:40 |

1    do with Native American culture.                        14:48:46

2        Q.    And why did you consider that humorous?       14:48:50

3        A.    Just because it related to what had           14:49:08

4    happened the day before.                                14:49:14

5        Q.    Okay.  And again, what was funny about        14:49:15

6    it to you?                                              14:49:19

7        A.    As I said, just that it was -- that it        14:49:20

8    was in relation to something he had said.  And          14:49:24

9    obviously, this is connected to the same culture        14:49:28

10   of Mr. Phillips and what had happened the day           14:49:33

11   before.                                                 14:49:36

12       Q.    And why was that funny to you?                14:49:36

13             MR. McMURTRY:  I think he's answered          14:49:39

14   that question.  But just try to answer.                 14:49:40

15       A.    I believe I have -- I'm saying that it        14:49:43

16   was funny because I was referencing something the       14:49:46

17   day before.                                             14:49:50

18             It's kind of dark and cynical humor.          14:49:51

19   Because at this point, I'm convinced that more          14:49:55

20   than half the country hates me.  And if I don't         14:49:58

21   find some way to make light of the situation, I         14:50:01

22   don't know how I'm going to deal with it.               14:50:04

23   BY MR. SIEGEL:                                          14:50:06

24       Q.    And just what do you understand a sacred      14:50:06

25   pipe to be?                                             14:50:10

1      A.    To be honest, I really don't know,        14:50:12

2    besides that it exists.                           14:50:14

3      Q.    When did you -- or when did your          14:50:16

4    parents -- strike that.  I'm going to try to make 14:50:24

5    the timeline clear.                               14:50:30

6           So you returned from Washington DC in      14:50:32

7    the morning, early in the morning of January      14:50:35

8    19th?                                             14:50:38

9      A.    Right.                                     14:50:39

10     Q.    And the public statement was issued a     14:50:44

11   day later?                                        14:50:46

12     A.    Right.                                     14:50:47

13     Q.    When did you -- at what point did you or  14:50:48

14   your parents retain Mr. McMurtry?                 14:50:53

15     A.    I believe it was on the day the           14:51:03

16   statement was drafted, the day after.             14:51:05

17     Q.    So the day you got home?                  14:51:07

18     A.    Correct.                                   14:51:09

19     Q.    I'm sorry.  Either the day the statement  14:51:09

20   was drafted or the day after it was drafted?      14:51:12

21     A.    The day -- the same day the statement     14:51:14

22   was drafted.                                       14:51:17

23     Q.    Okay.  So did they -- to your knowledge,  14:51:17

24   did they retain Scott Jennings first and then     14:51:20

25   subsequently retain Mr. McMurtry?                 14:51:25

```
1        A.    I believe so.                           14:51:31

2        Q.    At the -- at the time of this incident, 14:51:33

3   you said you had an iPhone 6, right?               14:51:38

4        A.    Right.                                  14:51:42

5        Q.    And what other electronic devices did   14:51:42

6   you use at that time?                              14:51:45

7        A.    I used some kind of Microsoft Surface   14:51:47

8   tablet that I was required to use for school, and  14:51:54

9   I -- I had a -- a computer at home, an actual      14:52:05

10  tower computer, that I had built freshman year.    14:52:10

11        I can't remember at that point if I even     14:52:16

12  used it still.  I don't think I did.               14:52:20

13        I think that's the only -- the only          14:52:28

14  three devices that I really had.                   14:52:30

15       Q.    Okay.  And by tower, do you mean what   14:52:33

16  they call a desktop, the old fashioned --          14:52:35

17       A.    Yes, like you -- you could -- it was not 14:52:38

18  portable.                                          14:52:42

19       Q.    Okay.  And did you use -- what did you  14:52:42

20  use the Microsoft Surface device for?              14:52:46

21       A.    Mostly for school.  I would also use it 14:52:51

22  to browse the Internet when I had something        14:52:59

23  random I needed to look up, or I used it to check  14:53:05

24  my e-mail accounts.                                14:53:09

25       Q.    Okay.  And when did you last have that  14:53:10
```

| | | |
|---|---|---|
| 1 | Microsoft Surface device? | 14:53:16 |
| 2 | A. I think I had it until senior year. | 14:53:18 |
| 3 | Cov Cath, I think, has a space issue on | 14:53:25 |
| 4 | their servers, deleted our e-mails, which was I | 14:53:30 |
| 5 | think what I needed to sign in to it. But also | 14:53:35 |
| 6 | just the quality of it, by -- I think I had had | 14:53:39 |
| 7 | it since -- I forget which year I got it. I | 14:53:46 |
| 8 | think it was freshman year. I had had it all | 14:53:49 |
| 9 | four years of high school. And by senior year, | 14:53:53 |
| 10 | four years of a cheap Microsoft school version | 14:53:56 |
| 11 | tablet, the thing basically did not work, and so | 14:54:00 |
| 12 | I discarded it. | 14:54:04 |
| 13 | Q. Did you use that device to communicate | 14:54:05 |
| 14 | in any way about this incident? | 14:54:07 |
| 15 | A. I don't believe so. And with the one | 14:54:12 |
| 16 | e-mail account that I would have written an | 14:54:18 |
| 17 | e-mail off of, it was not my school account. And | 14:54:20 |
| 18 | we have searched everything in that account, to | 14:54:24 |
| 19 | the best of my knowledge, and in good faith I | 14:54:28 |
| 20 | don't believe I ever wrote anything on my school | 14:54:33 |
| 21 | account, and I have no access to it anymore. | 14:54:36 |
| 22 | Q. And it was the school account that you | 14:54:39 |
| 23 | said was deleted by the school? | 14:54:42 |
| 24 | A. Yes. | 14:54:44 |
| 25 | Q. And what is the -- is it a Gmail account | 14:54:44 |

| | | |
|---|---|---|
| 1 | that you used personally? | 14:54:50 |
| 2 | A.    For the school account? | 14:54:51 |
| 3 | Q.    No, for your own personal. | 14:54:53 |
| 4 | A.    Correct.  It is my first and last name | 14:54:56 |
| 5 | combined with a 24 at the end and then Gmail.com. | 14:55:01 |
| 6 | Q.    And since January 19th, 2019, have you | 14:55:06 |
| 7 | had any other e-mail accounts? | 14:55:10 |
| 8 | A.    Since then, I have had -- I had a -- one | 14:55:13 |
| 9 | before that, that I made in grade school to be | 14:55:17 |
| 10 | able to sign up for websites and games and stuff | 14:55:23 |
| 11 | back when I was a kid.  That was just a random | 14:55:26 |
| 12 | assortment of letters and numbers.  And I | 14:55:29 |
| 13 | realized that as I was getting older I probably | 14:55:32 |
| 14 | needed something that looked more put-together | 14:55:36 |
| 15 | and professional.  So I mean, it still exists.  I | 14:55:39 |
| 16 | have never used it for anything related to this. | 14:55:42 |
| 17 | We have already searched it just in case | 14:55:45 |
| 18 | somehow I did.  But that, that e-mail account, | 14:55:47 |
| 19 | along with my now university e-mail account, are | 14:55:53 |
| 20 | the only two accounts I really ever use. | 14:55:56 |
| 21 | Q.    Okay.  So you have, I take it, some | 14:55:58 |
| 22 | kind of like .edu account at the university? | 14:56:01 |
| 23 | A.    Correct. | 14:56:07 |
| 24 | Q.    And have you used that account to | 14:56:07 |
| 25 | communicate about this incident? | 14:56:09 |

| | | |
|---|---|---|
| 1 | A.    Not about the incident specifically. | 14:56:11 |
| 2 | At one point, someone e-mailed my | 14:56:13 |
| 3 | university account inquiring.  It was just some | 14:56:16 |
| 4 | random person.  And they e-mailed me, inquiring | 14:56:22 |
| 5 | about why I fired Lynwood, to which I responded | 14:56:27 |
| 6 | to, but I don't think it really falls in the | 14:56:32 |
| 7 | actual incident itself. | 14:56:36 |
| 8 | Q.    Okay.  And did you, in responding to | 14:56:37 |
| 9 | discovery in this case, did you search your edu | 14:56:38 |
| 10 | e-mail account? | 14:56:44 |
| 11 | A.    Yes. | 14:56:45 |
| 12 | Q.    Okay.  And both for your Gmail account | 14:56:45 |
| 13 | and your edu account, how did you conduct that | 14:56:47 |
| 14 | search? | 14:56:51 |
| 15 | A.    We used a number of keywords that would | 14:56:51 |
| 16 | relate to the incident, such as March For Life, | 14:56:56 |
| 17 | pro-life, Phillips, my name. | 14:57:03 |
| 18 | We -- we spelled them both accurately. | 14:57:06 |
| 19 | We tried spelling Phillips inaccurately just in | 14:57:10 |
| 20 | case there was a spelling error. | 14:57:14 |
| 21 | I think for my Gmail account we actually | 14:57:17 |
| 22 | scrolled all the way through it manually looking | 14:57:22 |
| 23 | for anything that might be related to it. | 14:57:24 |
| 24 | As far as my school account goes, again, | 14:57:26 |
| 25 | there's really never been anything related to the | 14:57:29 |

1    case on there.  And so I identified that one        14:57:32

2    thing, and I think we did try popular search       14:57:37

3    words that might produce something, and I don't    14:57:42

4    think we found anything.                           14:57:45

5        Q.    Okay.  And your iPhone, you said you had  14:57:46

6    the iPhone 6 in January of 2019, right?            14:57:50

7        A.    Correct.                                  14:57:54

8        Q.    How long did that last for?              14:57:55

9        A.    I think it lasted until my birthday the  14:57:57

10   next year, or until Christmas.  It was either a    14:58:04

11   birthday or a Christmas I got a new phone.         14:58:08

12       Q.    And so would that be either your         14:58:11

13   seventeenth birthday or the Christmas after your   14:58:15

14   seventeenth birthday?                              14:58:18

15       A.    I think so.  Either from January --      14:58:19

16   either that immediate Christmas or that            14:58:21

17   seventeenth birthday.                              14:58:26

18       Q.    Okay.  And what happened to the          14:58:27

19   information that was contained on your -- the      14:58:32

20   data that was contained on your iPhone 6?          14:58:35

21       A.    In a short time period, after the March  14:58:38

22   For Life incident happened, we had the phone       14:58:42

23   forensically imaged to get all the data that we    14:58:47

24   have now.  And I still have kept the phone itself  14:58:50

25   and left it in my room and preserved it.           14:58:55

| 1  | I haven't gone on there and touched | 14:58:58 |
| 2  | anything on it.  It just kind of sits there dead. | 14:59:01 |
| 3  | And when I need it, I hand it back over. | 14:59:04 |
| 4  | Q.    Okay.  And how did you search for | 14:59:08 |
| 5  | information -- how did you search the data that | 14:59:13 |
| 6  | was taken from that phone? | 14:59:20 |
| 7  | A.    Like the information we have here? | 14:59:21 |
| 8  | MR. SIEGEL:  Yes. | 14:59:24 |
| 9  | A.    I was not a part of the process in which | 14:59:24 |
| 10 | this all got produced. | 14:59:26 |
| 11 | We tried, just in case, on my current | 14:59:30 |
| 12 | phone, to search iMessage with the same key words | 14:59:33 |
| 13 | to see if we could find anything.  And we also | 14:59:41 |
| 14 | tried to find the same text messages on this | 14:59:45 |
| 15 | phone.  But my -- and we couldn't at first | 14:59:48 |
| 16 | through word search, so I tried manually | 14:59:50 |
| 17 | scrolling back two and a half years, and the | 14:59:53 |
| 18 | phone would not let me scroll back that far. | 14:59:56 |
| 19 | So anything that we have from around | 15:00:01 |
| 20 | then will be on my older phone. | 15:00:02 |
| 21 | Q.    Okay.  And I'm not sure I fully | 15:00:05 |
| 22 | understood you. | 15:00:10 |
| 23 | Do you know how the data that -- you | 15:00:12 |
| 24 | said the older phone was forensically imaged, | 15:00:16 |
| 25 | right? | 15:00:20 |

1        A.     Right.                                    15:00:20

2        Q.     Back in 2019.                             15:00:20

3               Do you know how that data was searched    15:00:22

4    to produce the information that your counsel         15:00:24

5    produced to us?                                      15:00:30

6        A.     I did not play a part in searching and    15:00:31

7    collecting the data.  I assume that that would       15:00:36

8    have been -- it would have been more techno --       15:00:41

9    techno -- technologically advanced than I know.      15:00:45

10   So I did not play a part in that.                    15:00:51

11       Q.     Okay.  And so you had the Microsoft       15:00:53

12   Surface device through your senior year.  What       15:00:56

13   did you use after that?                              15:01:01

14       A.     Currently, now, I have a newer phone.  I  15:01:04

15   have a Mac computer.  And this summer I recently     15:01:09

16   got back into the idea of building computers.        15:01:16

17   And I have built a new computer just in the past     15:01:20

18   two months.                                          15:01:25

19       Q.     How did you learn how to do that?         15:01:27

20       A.     I watched videos online.                  15:01:29

21       Q.     So you've had the Mac since your senior   15:01:33

22   year.  And do you still have the same phone that     15:01:38

23   you got when were you 17?                            15:01:40

24       A.     Correct.                                  15:01:43

25       Q.     And the phone that you got since you      15:01:44

| | | |
|---|---|---|
| 1 | were -- whenever the point you got it when you | 15:01:51 |
| 2 | were seventeen, do you know how that was | 15:01:53 |
| 3 | searched?  Did you search that for -- in | 15:01:55 |
| 4 | connection with the discovery in this case? | 15:01:57 |
| 5 | A.    Yes.  And I believe it was searched in | 15:01:59 |
| 6 | the same way that my e-mail was searched with | 15:02:02 |
| 7 | keywords. | 15:02:05 |
| 8 | Q.    Okay.  And have you used your laptop, | 15:02:10 |
| 9 | your Mac, to communicate about this incident? | 15:02:14 |
| 10 | A.    The only time I would have communicated | 15:02:20 |
| 11 | it -- with it was when I wrote the e-mail.  The | 15:02:23 |
| 12 | Mac has the same e-mail accounts that's on it. | 15:02:28 |
| 13 | MR. SIEGEL:  Right. | 15:02:33 |
| 14 | A.    There is nothing stored on the Mac that | 15:02:33 |
| 15 | wouldn't be accessible from the other devices. | 15:02:36 |
| 16 | I had something to add. | 15:02:45 |
| 17 | Oh, my current phone, I think, was also | 15:02:46 |
| 18 | forensically imaged, I believe, in the same way. | 15:02:49 |
| 19 | So both of those have been stored. | 15:02:53 |
| 20 | MR. McMURTRY:  And the old phone was | 15:02:56 |
| 21 | reimaged up until its final dying day. | 15:02:57 |
| 22 | MR. SIEGEL:  Okay. | 15:03:02 |
| 23 | BY MR. SIEGEL: | 15:03:03 |
| 24 | Q.    And like from some of the material that | 15:03:03 |
| 25 | you produced, that you sometimes used social | 15:03:08 |

| | | |
|---|---|---|
| 1 | media to message, right? | 15:03:12 |
| 2 | A.    Right. | 15:03:14 |
| 3 | Q.    Send and receive messages. | 15:03:15 |
| 4 | So starting -- going back to January of | 15:03:22 |
| 5 | 2019, have you used Instagram for that purpose? | 15:03:24 |
| 6 | A.    Yes. | 15:03:28 |
| 7 | Q.    And did you search whatever Instagram | 15:03:29 |
| 8 | history there may be in connection with | 15:03:34 |
| 9 | responding to discovery in this case? | 15:03:36 |
| 10 | A.    We looked through all of the -- we -- we | 15:03:38 |
| 11 | looked through all of the Instagram direct | 15:03:42 |
| 12 | messages available.  The problem is, is that | 15:03:46 |
| 13 | after the incident, I had thousands of -- | 15:03:50 |
| 14 | Instagram wouldn't even display the number.  It | 15:03:54 |
| 15 | just said 999 plus of people that had DMed me | 15:03:58 |
| 16 | about the incident, most of them obviously | 15:04:04 |
| 17 | negative, and I never -- there was no way of | 15:04:08 |
| 18 | looking at or responding to all of them, not that | 15:04:12 |
| 19 | I even wanted to.  And Instagram now I think has | 15:04:14 |
| 20 | automatically deleted those. | 15:04:20 |
| 21 | Those are -- I don't -- I don't know of | 15:04:23 |
| 22 | any way to repossess those. | 15:04:26 |
| 23 | Q.    Do you know when Instagram automatically | 15:04:29 |
| 24 | deleted them? | 15:04:33 |
| 25 | A.    I do -- I do not. | 15:04:35 |

| | | |
|---|---|---|
| 1 | Q.    Was it -- just going back to the -- | 15:04:37 |
| 2 | let's say the week after the event, when you | 15:04:42 |
| 3 | started receiving those messages, about how long | 15:04:45 |
| 4 | after that was it that you noticed they were | 15:04:49 |
| 5 | deleted? | 15:04:51 |
| 6 | A.    I would say they were probably present | 15:04:52 |
| 7 | for a couple of months and then started to delete | 15:04:55 |
| 8 | by themselves. | 15:04:59 |
| 9 |      It's also important to add that if now, | 15:05:00 |
| 10 | like say today, if someone were to DM me that had | 15:05:06 |
| 11 | DMed me in the past, and that conversation was | 15:05:11 |
| 12 | deleted, if I scroll up, I can see the message | 15:05:15 |
| 13 | that they sent me originally. | 15:05:18 |
| 14 |      So if people decide to remessage me, I | 15:05:21 |
| 15 | can see the history which had the initial one. | 15:05:29 |
| 16 | But if they don't message me, as far as I know, | 15:05:31 |
| 17 | there's no way for me to get that. | 15:05:34 |
| 18 | Q.    Okay.  And did you at some point search | 15:05:36 |
| 19 | your DM messages in connection with responding to | 15:05:48 |
| 20 | discovery? | 15:05:51 |
| 21 | A.    Yes. | 15:05:52 |
| 22 | Q.    And when did you do that? | 15:05:52 |
| 23 | A.    We -- I believe we did that in -- I want | 15:05:53 |
| 24 | to say late August, before I went to school. | 15:05:57 |
| 25 | During the month of August. | 15:06:03 |

1    Q.    Okay.  Before that, had you done                    15:06:04

2    anything to preserve any of the messages that             15:06:07

3    were on Instagram?                                        15:06:11

4    A.    To be honest, I was unaware of how to               15:06:14

5    preserve them.                                            15:06:18

6          Now I think that the only way to be able            15:06:24

7    to do that would have been to manually one by one         15:06:27

8    accept every single message request so it went            15:06:31

9    into my inbox and not as a request.  Because              15:06:34

10   Instagram does not delete messages you have --            15:06:37

11   conversations that you have accepted.  And that           15:06:42

12   would have required me back right after the               15:06:45

13   incident had happened to -- I can't even give you         15:06:49

14   the number.  But you know, thousands on                   15:06:54

15   thousands, I would have had to sit there and              15:06:58

16   accept, accept, accept, which seems quite                 15:07:00

17   burdensome to me.                                         15:07:03

18   Q.    Okay.  Who -- who were you -- and I                 15:07:05

19   assume that your testimony is you got a lot of            15:07:11

20   things that were sent to you on Instagram by              15:07:14

21   people you didn't know, right, who sent them to           15:07:18

22   you?                                                      15:07:21

23   A.    Right.                                              15:07:21

24   Q.    So at that time, who were you -- who                15:07:22

25   did -- who did you use Instagram to communicate           15:07:25

| | | |
|---|---|---|
| 1 | with? | 15:07:29 |
| 2 | A.    Most -- I would say that there -- if you | 15:07:30 |
| 3 | look at my Instagram direct messages, there will | 15:07:35 |
| 4 | be a lot of names.  But I think most of them are | 15:07:41 |
| 5 | usually one-offs or people I had only talked to a | 15:07:44 |
| 6 | couple of times.  I think I used Instagram mainly | 15:07:49 |
| 7 | to communicate with my closest friends. | 15:07:53 |
| 8 | Q.    Okay.  And do you believe that you -- | 15:07:56 |
| 9 | did you have communications with your closest | 15:07:58 |
| 10 | friends about this incident on Instagram prior to | 15:08:01 |
| 11 | the point where Instagram deleted messages? | 15:08:05 |
| 12 | A.    I cannot recall if we ever discussed it | 15:08:11 |
| 13 | on Instagram since we also had a group message. | 15:08:14 |
| 14 | Q.    Okay.  So you either -- you just -- you | 15:08:22 |
| 15 | can't recall one way or the other? | 15:08:24 |
| 16 | A.    Yes.  And I -- I can say for a fact that | 15:08:26 |
| 17 | on Instagram, my -- my group message does not | 15:08:29 |
| 18 | contain all of the members of the text group | 15:08:35 |
| 19 | chat.  So I believe that we probably did not say | 15:08:38 |
| 20 | anything in there.  Because not all of us were | 15:08:44 |
| 21 | included in it.  But to the best of my knowledge, | 15:08:46 |
| 22 | I don't know if we ever did or didn't. | 15:08:51 |
| 23 | Q.    Okay.  And we know you have a Twitter | 15:08:53 |
| 24 | feed, right? | 15:09:05 |
| 25 | A.    Right. | 15:09:06 |

1      Q.    So other than Instagram and other than        15:09:07
2   Twitter, are there any other -- well, let me go        15:09:17
3   back.                                                  15:09:19
4          So you produced a few Twitter direct            15:09:19
5   messages, right?                                       15:09:23
6      A.    Right.                                        15:09:23
7      Q.    Are all of your Twitter direct messages       15:09:24
8   going back to 2019 still accessible?                   15:09:26
9      A.    All of the ones that -- in the same way       15:09:30
10  as Instagram, all of the ones that are accepted        15:09:32
11  conversations.                                         15:09:38
12     Q.    Okay.  So were there -- was there a           15:09:38
13  point where your -- there were messages deleted        15:09:40
14  from your Twitter account, direct messages, I          15:09:44
15  mean?                                                  15:09:47
16     A.    I have never -- I don't believe I -- to       15:09:47
17  the best of my knowledge, I don't believe I have       15:09:51
18  ever deleted a direct message.                         15:09:53
19     Q.    Do you know if Twitter has ever deleted       15:09:55
20  any of your direct messages?                           15:09:57
21     A.    Not actual conversations.  I believe in       15:09:59
22  the same way Instagram does, if it's a request,        15:10:01
23  and after a certain period of time, if you don't       15:10:04
24  accept it, the app thinks clearly you are not          15:10:08
25  interested in this and they -- they remove it.         15:10:13

1       Q.    When was the first time that you looked        15:10:16

2   at your Twitter direct messages to see if there          15:10:18

3   was any information that might be responsive for          15:10:21

4   this case?                                                15:10:28

5       A.    I believe it would have also been in           15:10:30

6   August, during discovery.                                15:10:33

7       Q.    Okay.  And who did you use Twitter to          15:10:34

8   communicate with by direct message?                      15:10:38

9       A.    Twitter direct messages, I mainly use         15:10:40

10  more to connect with people that I didn't                 15:10:46

11  necessarily know, such as Charlie, Kyle, Ben              15:10:48

12  Shapiro, people like that.  I'm trying to think           15:10:55

13  who else.  My -- my Twitter direct messages, I'm          15:11:01

14  not as much active on that as I am on Instagram.          15:11:05

15      Q.    So, for example, the DMs to Charlie Kirk       15:11:10

16  and Kyle Kashuv, when did you go back and find            15:11:15

17  those?                                                    15:11:21

18      A.    I mean, I -- obviously, I knew they            15:11:23

19  existed before August.  But during information            15:11:27

20  sharing in discovery in August is when we                 15:11:32

21  captured those and obviously sent them.                   15:11:34

22      Q.    And did you go back and search your            15:11:39

23  DMs --                                                    15:11:42

24      A.    Yes.                                            15:11:43

25      Q.    -- to see if they contained -- and how         15:11:43

| | | |
|---|---|---|
| 1 | did you do that? | 15:11:47 |
| 2 | A.    I can't recall.  I'm not sure exactly | 15:11:47 |
| 3 | how we went through my DMs.  I think that Twitter | 15:11:52 |
| 4 | doesn't allow you to search.  So I'm pretty sure | 15:11:58 |
| 5 | me and my counsel went through manually and | 15:12:03 |
| 6 | looked at all the DMs we could.  And there were | 15:12:07 |
| 7 | certain people that I knew I didn't talk about | 15:12:11 |
| 8 | the situation with.  So we crossed them off the | 15:12:15 |
| 9 | list.  But, yeah. | 15:12:18 |
| 10 | MR. McMURTRY:  I can help.  We have all | 15:12:20 |
| 11 | the log-in information.  We searched every single | 15:12:22 |
| 12 | message. | 15:12:25 |
| 13 | MR. SIEGEL:  Okay. | 15:12:25 |
| 14 | MR. McMURTRY:  And also, I don't know | 15:12:26 |
| 15 | that you are clear.  It doesn't seem to me that | 15:12:27 |
| 16 | you have understood the point that Instagram only | 15:12:30 |
| 17 | deleted messages to which he didn't accept a | 15:12:34 |
| 18 | response.  That is the way I'm perceiving your | 15:12:37 |
| 19 | questions, but I don't think that is what he | 15:12:40 |
| 20 | said. | 15:12:42 |
| 21 | MR. SIEGEL:  Okay.  And I object to | 15:12:43 |
| 22 | testifying for him. | 15:12:46 |
| 23 | MR. McMURTRY:  I'm not.  I'm just -- you | 15:12:47 |
| 24 | missed his point.  You were asking questions that | 15:12:49 |
| 25 | were improperly premised.  And I was just trying | 15:12:51 |

| | | |
|---|---|---|
| 1 | to let you know -- | 15:12:54 |
| 2 | MR. SIEGEL:  Okay.  Same request. | 15:12:55 |
| 3 | MR. McMURTRY:  -- so that we didn't | 15:12:55 |
| 4 | later misinterpret it. | 15:12:57 |
| 5 | BY MR. SIEGEL: | 15:13:00 |
| 6 | Q.    The -- so we have covered Instagram.  We | 15:13:00 |
| 7 | have covered Twitter.  Are there any other | 15:13:03 |
| 8 | mediums of social media that you use to | 15:13:06 |
| 9 | communicate with people? | 15:13:09 |
| 10 | A.    Yes. | 15:13:09 |
| 11 | Q.    What is that? | 15:13:10 |
| 12 | A.    I have a Snapchat account. | 15:13:10 |
| 13 | Q.    Okay.  And what do you use Snapchat for, | 15:13:13 |
| 14 | going back to 2019? | 15:13:17 |
| 15 | A.    Just to conversate with people I know. | 15:13:19 |
| 16 | Q.    Okay.  And did you search Snapchat? | 15:13:23 |
| 17 | A.    I don't believe so. | 15:13:27 |
| 18 | Q.    And why is that? | 15:13:31 |
| 19 | A.    Well, my understanding was, and I'm not | 15:13:33 |
| 20 | sure if you are aware of it, but Snapchat | 15:13:38 |
| 21 | automatically deletes things after 24 hours.  And | 15:13:42 |
| 22 | so I believe any picture, Snap things I would | 15:13:48 |
| 23 | have sent to people, I have no way of obtaining. | 15:13:54 |
| 24 | Q.    Okay.  We have covered Instagram.  We | 15:13:56 |
| 25 | have covered Twitter.  We have covered Snapchat. | 15:14:06 |

| | | |
|---|---|---|
| 1 | Do you believe that you used Snapchat to | 15:14:11 |
| 2 | communicate with people about this incident? | 15:14:14 |
| 3 | A.    I believe so.  And -- and my honest | 15:14:16 |
| 4 | testimony, there may be some group chats where | 15:14:21 |
| 5 | things are manually saved, that after this, I can | 15:14:24 |
| 6 | recheck just to make sure that there isn't any | 15:14:29 |
| 7 | stone that is unturned. | 15:14:33 |
| 8 | Q.    Okay.  Well, we will ask you to do that. | 15:14:34 |
| 9 | So we have done Instagram, Twitter, | 15:14:38 |
| 10 | Snapchat.  Any other social media mediums? | 15:14:41 |
| 11 | A.    Yes, but none used to communicate with | 15:14:45 |
| 12 | people.  Just in general. | 15:14:47 |
| 13 | Q.    What do you mean by that? | 15:14:49 |
| 14 | A.    I have a social -- I'm on a social media | 15:14:50 |
| 15 | platform where you only post pictures.  You don't | 15:14:55 |
| 16 | actually really interact with other people. | 15:14:59 |
| 17 | Q.    And which one is that? | 15:15:01 |
| 18 | A.    It's called VSCO. | 15:15:03 |
| 19 | Q.    Any other social media medium you use to | 15:15:05 |
| 20 | communicate? | 15:15:10 |
| 21 | A.    No, not that I can remember. | 15:15:11 |
| 22 | Q.    I'm dating myself, but do you have a | 15:15:15 |
| 23 | Facebook account? | 15:15:19 |
| 24 | A.    I did, but I deleted it. | 15:15:20 |
| 25 | Q.    And why did you delete it? | 15:15:22 |

| | | |
|---|---|---|
| 1 | A.    Because I had -- there were pictures of | 15:15:23 |
| 2 | me on there from when I was -- I think I was | 15:15:26 |
| 3 | younger, like in eighth grade that people -- they | 15:15:31 |
| 4 | obviously had found my Facebook and were using it | 15:15:36 |
| 5 | too.  I don't know.  I just didn't like seeing a | 15:15:39 |
| 6 | 12 or 11-year-old me out there being used by | 15:15:44 |
| 7 | strangers.  So I deleted it. | 15:15:49 |
| 8 | Q.    When did you delete it? | 15:15:51 |
| 9 | A.    I think in a week or a month after, very | 15:15:53 |
| 10 | shortly after. | 15:15:58 |
| 11 | Q.    Okay.  And had you posted anything to | 15:15:59 |
| 12 | Facebook about this event? | 15:16:02 |
| 13 | A.    No.  No.  It was just the previous | 15:16:04 |
| 14 | content that I had that was being used.  It made | 15:16:08 |
| 15 | me uncomfortable. | 15:16:11 |
| 16 | Q.    Did you ever use Facebook messenger? | 15:16:13 |
| 17 | A.    I don't believe I ever did. | 15:16:18 |
| 18 | Q.    Did you ever use WhatsApp? | 15:16:21 |
| 19 | A.    I'm not sure.  I -- I think I -- there | 15:16:31 |
| 20 | is a chance that I have.  I don't, to the best of | 15:16:33 |
| 21 | my knowledge, ever communicate about anything | 15:16:36 |
| 22 | related to this, in my honest answer. | 15:16:40 |
| 23 | Q.    Okay.  And if you have some thought that | 15:16:44 |
| 24 | you might have used it, what do you think you | 15:16:45 |
| 25 | used it for? | 15:16:48 |

| | | |
|---|---|---|
| 1 | A.    I honestly can't say.  I -- I don't | 15:16:49 |
| 2 | know.  It's hard to remember in the past two and | 15:16:52 |
| 3 | a half, almost three years if I have ever used an | 15:16:56 |
| 4 | app once.  I don't know. | 15:17:01 |
| 5 | Q.    Any other social media apps or media | 15:17:04 |
| 6 | that you have used to communicate? | 15:17:08 |
| 7 | A.    Not that I can remember. | 15:17:12 |
| 8 | Q.    Okay.  In your responses to -- in your | 15:17:14 |
| 9 | written response to the discovery requests in | 15:17:31 |
| 10 | this case, you listed Will Fries and Sam Paley as | 15:17:33 |
| 11 | people who you thought had videotaped the | 15:17:36 |
| 12 | incident. | 15:17:38 |
| 13 | Now, we've already covered Will.  And is | 15:17:39 |
| 14 | that the only videotape that to your knowledge | 15:17:41 |
| 15 | Will took? | 15:17:43 |
| 16 | A.    To my knowledge, yes. | 15:17:44 |
| 17 | Q.    And what about Sam Paley? | 15:17:45 |
| 18 | A.    I believe he took a short video similar | 15:17:49 |
| 19 | to Will.  To the best of my knowledge, I think | 15:17:53 |
| 20 | Sam put it on his Snapchat story, which only | 15:17:55 |
| 21 | lasts for 24 hours.  I am not sure if Sam still | 15:18:00 |
| 22 | has access to that video.  He may or he may not. | 15:18:08 |
| 23 | But to best of my knowledge, I remember him | 15:18:14 |
| 24 | posting a video. | 15:18:16 |
| 25 | Q.    Okay.  And do you -- did you ever | 15:18:17 |

1    receive or capture that video?                     15:18:20

2       A.    To the best of my knowledge, I don't      15:18:21

3    think I have a copy of it.                          15:18:23

4       Q.    Okay.  And in what is called your         15:18:24

5    initial disclosures, you listed four people as     15:18:31

6    persons likely to have knowledge about the         15:18:35

7    incident that you might use in your case.  And     15:18:37

8    those were Barbara Hagedorn, Will Fries, John      15:18:48

9    Lawrie and Joe Kiely?                              15:18:54

10      A.    Correct.                                   15:18:55

11      Q.    So I'm just going to go through each one   15:18:56

12   and ask you the same questions.                    15:18:59

13            So for Barbara Hagedorn, who is she?       15:19:01

14   She's a chaperone, right?                           15:19:05

15      A.    Yes.                                       15:19:08

16      Q.    She was a chaperone?                       15:19:08

17      A.    She was also a teacher at Cov Cath.        15:19:09

18      Q.    Okay.  And why did you list her?           15:19:12

19      A.    She was responsible for coming in at the   15:19:13

20   end of the confrontation and announcing, excuse    15:19:17

21   me, that the busses were present, which allowed    15:19:22

22   me to leave.                                        15:19:26

23            She also was in -- close to Phillips and   15:19:27

24   other people after I left and she could have       15:19:33

25   knowledge of basically what was going on once I    15:19:38

1    had left, kind of an eyewitness.                    15:19:41

2        Q.    Have you ever talked to Ms. Hagedorn      15:19:45

3    about the incident?                                 15:19:47

4        A.    I don't believe I ever have since.        15:19:49

5    Maybe -- maybe we had conversations once or twice   15:19:53

6    during the end of the school year that year, but    15:19:59

7    I cannot recall what we would have talked about.    15:20:03

8        Q.    Okay.  And why did you list Will Fries?   15:20:06

9        A.    I listed Will because of Will's --        15:20:13

10   Will's vantage point, and where he stood on any     15:20:17

11   higher-up step would have been able to observe a    15:20:20

12   lot of the movements of people going on, as well    15:20:24

13   as his knowledge of my signal to him when he got    15:20:27

14   in the argument with the guy in the red hat.  He    15:20:36

15   seemed to be knowledgeable on a lot of different    15:20:40

16   parts of this.                                      15:20:44

17       Q.    And have you ever -- have you talked to   15:20:45

18   Will about being a witness in this case             15:20:51

19   potentially?                                        15:20:55

20       A.    I mean, Will has been my roommate in      15:20:56

21   college for two years now.                          15:21:00

22           MR. SIEGEL:  Okay.                          15:21:02

23       A.    I mean, I think -- and Will also did      15:21:02

24   mock trial.  I think Will is very aware that he     15:21:07

25   could have to testify as a eyewitness in this       15:21:12

1   case.                                              15:21:19

2       Q.    Okay.  Have you ever discussed with Will   15:21:19

3   about him doing a deposition or providing an       15:21:22

4   affidavit or anything like that?                   15:21:25

5       A.    Well, I did tell Will I think a day       15:21:27

6   before his subpoena came in the mail that he was   15:21:31

7   probably going to be called and, you know, forced  15:21:34

8   to discuss what he saw.                            15:21:38

9       Q.    Okay.  And have you ever talked to him    15:21:41

10  about voluntarily providing you with any kind of   15:21:45

11  sworn testimony, whether it's oral or written, in  15:21:48

12  support of your case?                              15:21:53

13      A.    Do you mean asking him to testify just    15:21:54

14  as something that would help me?                   15:21:58

15          MR. SIEGEL:  Yes.                          15:22:01

16      A.    Do you mean by that, like are you asking  15:22:02

17  if I asked him to dishonestly testify or are you   15:22:05

18  saying like help me in a way that -- like, you     15:22:10

19  know, dishonestly?                                 15:22:14

20      Q.    No, no.  I'm not asking the substance of  15:22:15

21  his testimony, Nick.  Really, it's just a factual  15:22:18

22  question.                                          15:22:22

23          THE WITNESS:  Okay.                        15:22:23

24      Q.    Have you ever -- you know, have you ever  15:22:23

25  asked him to either -- have you ever asked him to  15:22:25

1    be a witness if the case went to trial, for          15:22:31

2    example?                                             15:22:33

3        A.   I think I have definitely mentioned to      15:22:33

4    him that it would probably be nice for him to        15:22:37

5    testify.  I don't believe I've ever formally         15:22:40

6    asked him to agree to testifying.  I -- I don't      15:22:44

7    think we have ever agreed on that.                   15:22:50

8            MR. SIEGEL:  Okay.                           15:22:52

9        A.   At this point, he probably would, but       15:22:53

10   we -- I haven't asked him, if this goes to court,    15:22:56

11   can we agree right now you will?                     15:23:00

12       Q.   Okay.  And I take it you haven't asked      15:23:03

13   him if he would provide you with some kind of,       15:23:07

14   you know, written statement or sworn statement or    15:23:10

15   something like that?                                 15:23:13

16       A.   No.                                         15:23:13

17       Q.   Oral testimony?                             15:23:14

18       A.   No.                                         15:23:15

19       Q.   John Lawrie, why did you list him?          15:23:15

20       A.   I listed John because, as you can see,      15:23:19

21   John is seen when Mr. Phillips approaches us.        15:23:23

22   And he turns around and kind of tries to             15:23:30

23   videotape him.  And then John has a way of being     15:23:36

24   there at first but then is in a different            15:23:39

25   location when Mr. Phillips is closer to me.  So      15:23:41

1    it seems to me that John had moved around and                    15:23:44

2    would have observed what happened from multiple                  15:23:47

3    different areas and would be knowledgeable in                    15:23:51

4    kind of how people moved and what happened.                      15:23:55

5        Q.    Have you talked with John after the                    15:23:57

6    incident about what happened?                                    15:24:00

7        A.    I talked to John after John received a                 15:24:01

8    subpoena and basically explained to him that he                  15:24:05

9    could be forced to testify based on his presence.                15:24:11

10       Q.    And did you have any discussion with him               15:24:15

11   about what -- if he were going to testify, what                  15:24:18

12   he would say?                                                    15:24:22

13       A.    No.                                                    15:24:23

14       Q.    Okay.  And the subpoena was recent,                    15:24:23

15   right?  It was for documents or materials?                       15:24:26

16       A.    Right.                                                 15:24:29

17       Q.    Okay.  Other than communicating with him               15:24:30

18   when he received the subpoena, have you had any                  15:24:36

19   discussion with him about him possibly being a                   15:24:39

20   witness?                                                         15:24:42

21       A.    I don't believe I ever have to the best                15:24:43

22   of my knowledge.                                                 15:24:46

23       Q.    Okay.  And same questions for Joe Kiely,               15:24:47

24   why did you list him?                                            15:24:52

25       A.    I listed Joe again because of his                      15:24:54

| | | |
|---|---|---|
| 1 | position in the crowd when Phillips goes to the | 15:24:57 |
| 2 | left.  Joe is one of the people right there. | 15:25:01 |
| 3 | I also listed Joe because he was | 15:25:06 |
| 4 | important in the immediate aftermath.  He wrote a | 15:25:08 |
| 5 | letter and sent it to the local news station | 15:25:12 |
| 6 | basically defending me.  And he seemed to have | 15:25:17 |
| 7 | kind of that experience that no one else in the | 15:25:24 |
| 8 | group had. | 15:25:27 |
| 9 | Q.   Okay.  And have you spoken to Joe about | 15:25:28 |
| 10 | the incident since it happened? | 15:25:43 |
| 11 | A.   I mean, Joe and I have definitely | 15:25:44 |
| 12 | discussed it since that day since we were both | 15:25:46 |
| 13 | present, since when it happened. | 15:25:49 |
| 14 | Joe actually sat next to me on the bus | 15:25:52 |
| 15 | when we were returning and was involved in waking | 15:25:55 |
| 16 | me up and showing me what was being said about me | 15:25:58 |
| 17 | online. | 15:26:02 |
| 18 | Q.   Okay.  I'm not going to ask you to walk | 15:26:03 |
| 19 | through that phase by phase.  It's probably for | 15:26:14 |
| 20 | the next phase, if there is one. | 15:26:17 |
| 21 | But to the best of your recollection, | 15:26:28 |
| 22 | what has Joe communicated to you about the | 15:26:30 |
| 23 | incident? | 15:26:32 |
| 24 | A.   I believe Joe has only ever told me | 15:26:33 |
| 25 | things that he has seen from his point of view. | 15:26:36 |

1          I mean, if we have ever talked about it,                15:26:38

2     we have talked about what we both saw and things          15:26:41

3     like that.                                                15:26:45

4     Q.    And what has he -- what did he tell you             15:26:45

5     that he saw?                                              15:26:49

6     A.    I mean, I cannot recall specifically                15:26:49

7     what we -- what he saw.  It was not a main                15:26:52

8     priority and something I would have focused on.           15:26:59

9     It was not committing to memory what Joe saw.             15:27:02

10    Q.    Okay.  And have you ever had any                    15:27:08

11    conversation with Joe Kiely about him being a             15:27:10

12    witness?                                                  15:27:15

13    A.    To the best of my knowledge, I'm not --             15:27:16

14    I am leaning towards I don't think I ever have            15:27:18

15    talked to Joe about him being a witness.                  15:27:21

16    Q.    Okay.  And for all of these people,                 15:27:24

17    Barbara Hagedorn, Will Fries, John Lawrie and Joe         15:27:28

18    Kiely, other than any information your counsel            15:27:33

19    may have told you, do you have any knowledge that         15:27:35

20    anyone has communicated with them about                   15:27:37

21    essentially being a witness in the case?                  15:27:40

22    A.    Again, I cannot recall any time where I             15:27:44

23    specifically asked any -- any one of them to              15:27:47

24    commit to being a witness.                                15:27:49

25          I'm not saying that -- like with Joe,               15:27:52

| | | |
|---|---|---|
| 1 | for example, I'm not saying that I might have not | 15:27:55 |
| 2 | mentioned to him that he could end up being one. | 15:28:00 |
| 3 | But in my mind, no one has set in stone agreeing | 15:28:06 |
| 4 | to being a witness at this point. | 15:28:14 |
| 5 | Q.    Okay.  You may have answered my next | 15:28:15 |
| 6 | question, which was, other than these four | 15:28:18 |
| 7 | people, is there anyone else that you have | 15:28:20 |
| 8 | communicated with about potentially being a | 15:28:22 |
| 9 | witness in this case? | 15:28:25 |
| 10 | A.    I -- to the best of my knowledge, I | 15:28:26 |
| 11 | don't think so. | 15:28:29 |
| 12 | Q.    Okay.  Do you know if anyone -- there is | 15:28:29 |
| 13 | anyone that your parents have communicated with | 15:28:31 |
| 14 | about potentially being a witness in this case, | 15:28:35 |
| 15 | either of your parents? | 15:28:38 |
| 16 | A.    To the best of my knowledge, I don't | 15:28:38 |
| 17 | know who they would have talked to about that. | 15:28:40 |
| 18 | MR. McMURTRY:  I thin we are at about | 15:28:43 |
| 19 | ten hours.  You may want to check.  Can we ask | 15:28:45 |
| 20 | the court reporter to tell us where we are? | 15:28:48 |
| 21 | MR. SIEGEL:  Sure.  Hello? | 15:28:51 |
| 22 | MR. McMURTRY:  Hello? | 15:28:52 |
| 23 | THE VIDEOGRAPHER:  We are going off the | 15:29:07 |
| 24 | record.  The time is 3:29 p.m. | 15:29:08 |
| 25 | (Thereupon, there was a recess taken at | 15:29:12 |

| # | | |
|---|---|---|
| 1 | 3:29 p.m.) | 15:29:12 |
| 2 | (Thereupon, the proceedings were resumed | 15:45:04 |
| 3 | at 3:45 p.m.) | 15:45:04 |
| 4 | THE VIDEOGRAPHER:  We are back on the | 15:45:08 |
| 5 | record.  The time is 3:45 p.m. | 15:45:10 |
| 6 | BY MR. SIEGEL: | 15:45:14 |
| 7 | Q.    Okay.  We will send these to the court | 15:45:14 |
| 8 | reporter.  But I just showed Nick what we will | 15:45:18 |
| 9 | mark as Exhibit 43 and 44. | 15:45:21 |
| 10 | I think 44 -- 43, Nick, is your | 15:45:25 |
| 11 | responses to Interrogatories that are in front of | 15:45:27 |
| 12 | you, and 44 are the Interrogatories that were | 15:45:29 |
| 13 | sent that's in front of Todd. | 15:45:31 |
| 14 | And so this is pretty simple, Nick.  I | 15:45:38 |
| 15 | think if you -- there are a bunch of pictures on | 15:45:43 |
| 16 | the back of 44.  Go to the first picture. | 15:45:47 |
| 17 | A.    Okay. | 15:45:53 |
| 18 | Q.    And if you -- and then look at the list | 15:45:54 |
| 19 | that you have open to you? | 15:45:55 |
| 20 | A.    Right. | 15:45:57 |
| 21 | Q.    So you have listed, in your answers, | 15:45:57 |
| 22 | Number 1 is Joe Kiely.  Is the fellow with the | 15:46:04 |
| 23 | number 1 on the first picture there, is that Joe | 15:46:12 |
| 24 | Kiely? | 15:46:16 |
| 25 | A.    Oh. | 15:46:16 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Talking about this guy? | 15:46:18 |
| 2 | MR. SIEGEL:  Yes. | 15:46:20 |
| 3 | A.    This does not necessarily match up with | 15:46:21 |
| 4 | what I had submitted.  Because it -- | 15:46:24 |
| 5 | MR. SIEGEL:  That's what we received. | 15:46:31 |
| 6 | MR. McMURTRY:  I know we had to -- you | 15:46:32 |
| 7 | basically asked us to redo it.  I know we did it | 15:46:34 |
| 8 | twice. | 15:46:41 |
| 9 | MR. SIEGEL:  And this may be -- this may | 15:46:41 |
| 10 | get to the second one, which I was wondering | 15:46:44 |
| 11 | about that.  Because I thought you might have | 15:46:46 |
| 12 | identified him as somebody else. | 15:46:48 |
| 13 | BY MR. SIEGEL: | 15:46:49 |
| 14 | Q.    Do you see number 6, Nick, on the | 15:46:49 |
| 15 | Interrogatories?  The first page also with John | 15:46:52 |
| 16 | Lawrie?  Says believed to be labeled Exhibit 33 | 15:46:56 |
| 17 | in Exhibit A.  And then you go to 33. | 15:47:00 |
| 18 | A.    Yes.  No.  Okay.  These -- I -- I have a | 15:47:03 |
| 19 | list where I labeled these as what they are. | 15:47:08 |
| 20 | This is all out of order. | 15:47:11 |
| 21 | MR. SIEGEL:  So we may just need to redo | 15:47:15 |
| 22 | it, but -- | 15:47:18 |
| 23 | MR. McMURTRY:  I don't know if this is | 15:47:19 |
| 24 | the first or second effort.  I redid it and sent | 15:47:20 |
| 25 | it and said, is this the way you want it? | 15:47:23 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I believe there is a | 15:47:26 |
| 2 | different list that has more names on it or it's | 15:47:27 |
| 3 | done a little differently. | 15:47:30 |
| 4 | MR. McMURTRY:  Can we go off the record? | 15:47:31 |
| 5 | I can check with Will. | 15:47:34 |
| 6 | MR. SIEGEL:  Sure.  Okay.  And I will | 15:47:36 |
| 7 | check, too. | 15:47:37 |
| 8 | THE VIDEOGRAPHER:  We are going off the | 15:47:39 |
| 9 | record.  The time is 3:47 p.m. | 15:47:40 |
| 10 | (Thereupon, there was a recess taken at | 15:47:45 |
| 11 | 3:47 p.m.) | 15:47:45 |
| 12 | (Thereupon, the proceedings were resumed | 15:57:08 |
| 13 | at 3:57 p.m.) | 15:57:08 |
| 14 | THE VIDEOGRAPHER:  We are back on the | 15:57:08 |
| 15 | record.  The time is 3:57 p.m. | 15:57:09 |
| 16 | BY MR. SIEGEL: | 15:57:13 |
| 17 | Q.   Okay.  So we took Exhibit 43, which was | 15:57:13 |
| 18 | the most recent response to the Interrogatories | 15:57:19 |
| 19 | that Todd correctly pointed out they were served. | 15:57:22 |
| 20 | So looking first at John Lawrie, on page | 15:57:27 |
| 21 | 5 of that, he's identified as Number 33. | 15:57:33 |
| 22 | And if you look at the first picture, | 15:57:36 |
| 23 | Nick, that is on the -- attached to the | 15:57:38 |
| 24 | Interrogatories.  Is that right, 33? | 15:57:42 |
| 25 | A.   That is not right. | 15:57:51 |

| | | |
|---|---|---|
| 1 | Q. Is that Henry Bennett? | 15:57:51 |
| 2 | A. Correct. But in some of these, | 15:57:53 |
| 3 | there's -- there's the same number for multiples. | 15:57:55 |
| 4 | Q. Okay. So you think -- you think there | 15:57:59 |
| 5 | may be another 33? | 15:58:02 |
| 6 | A. Yes. I think that's possible. Let me | 15:58:03 |
| 7 | find John Lawrie and -- | 15:58:06 |
| 8 | Q. You know what, Nick, if you see John | 15:58:07 |
| 9 | Lawrie, whatever he's numbered, you can just | 15:58:11 |
| 10 | point him out to us also. | 15:58:14 |
| 11 | A. Okay. I do not -- | 15:58:16 |
| 12 | MR. McMURTRY: Who is 33? I'm sorry. | 15:58:28 |
| 13 | THE WITNESS: 33 is Henry Bennett, | 15:58:30 |
| 14 | according -- or in this picture. I'm not -- | 15:58:32 |
| 15 | MR. McMURTRY: Let's just wait until he | 15:58:49 |
| 16 | asks you a question. | 15:58:50 |
| 17 | I'm sorry. Are you waiting for us to | 15:58:53 |
| 18 | respond? | 15:58:56 |
| 19 | MR. SIEGEL: Yeah. Is he looking | 15:58:56 |
| 20 | through the pictures to try to see if he can | 15:58:58 |
| 21 | identify John Lawrie, if he's not 33. | 15:59:00 |
| 22 | THE WITNESS: Yes. | 15:59:05 |
| 23 | MR. SIEGEL: And actually, to save you | 15:59:06 |
| 24 | time, Nick, you identified 115 as the person you | 15:59:07 |
| 25 | believed was Joe Kiely. | 15:59:10 |

| | | |
|---|---|---|
| 1 | Do you want to check that, too?  That is | 15:59:12 |
| 2 | like third from the back. | 15:59:15 |
| 3 | MR. McMURTRY:  No, sorry. | 15:59:36 |
| 4 | THE WITNESS:  Joe Kiely, 115? | 15:59:36 |
| 5 | MR. SIEGEL:  Uh-huh. | 15:59:36 |
| 6 | THE WITNESS:  Yes. | 15:59:36 |
| 7 | BY MR. SIEGEL: | 15:59:36 |
| 8 | Q.    Okay.  You believe that is Joe Kiely? | 15:59:36 |
| 9 | A.    Correct. | 15:59:38 |
| 10 | Q.    In the red -- I'm sorry.  It's a black | 15:59:38 |
| 11 | ski hat? | 15:59:42 |
| 12 | A.    Yes. | 15:59:42 |
| 13 | Q.    Okay.  And then do you see John Lawrie | 15:59:43 |
| 14 | in any of the photos? | 15:59:48 |
| 15 | A.    Currently, no. | 16:00:24 |
| 16 | MS. MEEK:  Is he wearing a green | 16:00:37 |
| 17 | sweatshirt? | 16:00:39 |
| 18 | THE WITNESS:  Yes. | 16:00:41 |
| 19 | MS. MEEK:  I think I found him on the | 16:00:41 |
| 20 | video, if this helps. | 16:00:43 |
| 21 | THE WITNESS:  Yes.  I'm aware there | 16:00:45 |
| 22 | is -- I know what he looks like.  I just -- | 16:00:46 |
| 23 | MR. SIEGEL:  Which video is that? | 16:00:49 |
| 24 | MS. MEEK:  We could use that | 16:00:51 |
| 25 | alternatively.  This is Exhibit 15, which is | 16:00:53 |

| | | |
|---|---|---|
| 1 | video 2.  I will share it and put it up. | 16:00:58 |
| 2 | MR. SIEGEL:  Yeah.  Why don't you just | 16:01:00 |
| 3 | put up a screenshot, and maybe that will take | 16:01:02 |
| 4 | care of it. | 16:01:07 |
| 5 | MS. MEEK:  I'm putting up Exhibit 16 at | 16:01:21 |
| 6 | 14 seconds. | 16:01:24 |
| 7 | THE WITNESS:  I cannot locate him. | 16:01:31 |
| 8 | BY MR. SIEGEL: | 16:01:33 |
| 9 | Q.    Is that John Lawrie? | 16:01:33 |
| 10 | A.    Yes, that is. | 16:01:35 |
| 11 | Q.    The one in the green hoodie is John | 16:01:36 |
| 12 | Lawrie? | 16:01:40 |
| 13 | A.    Yes, correct. | 16:01:40 |
| 14 | MR. SIEGEL:  Okay. | 16:01:41 |
| 15 | A.    I just don't see him in here.  I'm not | 16:01:41 |
| 16 | sure how it got onto 33. | 16:01:43 |
| 17 | (This concludes the Confidential | 16:01:45 |
| 18 | portion.) | 16:01:45 |
| 19 | MR. SIEGEL:  All right.  We are done. | 16:01:45 |
| 20 | MR. McMURTRY:  That's it.  Okay.  Thank | 16:01:47 |
| 21 | you. | 16:01:49 |
| 22 | These are our copies of this? | 16:01:49 |
| 23 | THE VIDEOGRAPHER:  Are there no other | 16:01:52 |
| 24 | questions? | 16:01:53 |
| 25 | MR. McMURTRY:  I have no questions. | 16:01:54 |

| | | |
|---|---|---|
| 1 | MR. SIEGEL:  No. | 16:01:56 |
| 2 | THE VIDEOGRAPHER:  All right.  Just a | 16:02:01 |
| 3 | moment, please. | 16:02:02 |
| 4 | We are going off the record.  The time | 16:02:04 |
| 5 | is 4:02 p.m.  This concludes the deposition. | 16:02:09 |
| 6 | THE REPORTER:  Counsel, could I get copy | 16:02:13 |
| 7 | orders? | 16:02:16 |
| 8 | MR. McMURTRY:  Todd McMurtry would like | 16:02:17 |
| 9 | a copy. | 16:02:19 |
| 10 | THE VIDEOGRAPHER:  Mr. McMurtry, would | 16:02:20 |
| 11 | you like a copy of the video as well, please, or | 16:02:23 |
| 12 | sir? | 16:02:26 |
| 13 | MR. McMURTRY:  Yes. | 16:02:27 |
| 14 | THE VIDEOGRAPHER:  Thank you. | 16:02:27 |
| 15 | AV TECH LOILER:  Mr. Siegel, would you | 16:02:31 |
| 16 | like the exhibits attached to the transcript? | 16:02:33 |
| 17 | MR. SIEGEL:  Yes. | 16:02:37 |
| 18 | MR. McMURTRY:  I would like exhibits | 16:02:41 |
| 19 | attached to the transcript, too, the copy. | 16:02:43 |
| 20 | THE REPORTER:  So I hear no other orders | 16:02:55 |
| 21 | from counsel. | 16:02:57 |
| 22 | MR. FORD:  Darren Ford, NBC and New York | 16:03:01 |
| 23 | Times, a pdf with exhibits and e tran. | 16:03:03 |
| 24 | UNIDENTIFIED SPEAKER:  And Rolling | 16:03:06 |
| 25 | Stone would like a copy, too. | 16:03:07 |

| | | |
|---|---|---|
| 1 | MS. KRISHNAN:  So would ABC, Dianna. | 16:03:18 |
| 2 | ABC, Nathan Siegel and Meenu Krishnan would like | 16:03:23 |
| 3 | a copy. | 16:03:24 |
| 4 | MR. SHOOK:  This is Kevin Shook. | 16:03:25 |
| 5 | Rolling Stone would like a copy, too. | 16:03:26 |
| 6 | MS. SPEARS:  This is Natalie Spears, and | 16:03:35 |
| 7 | CBS Defendants would also like a copy. | 16:03:37 |
| 8 | THE REPORTER:  Okay.  Does that conclude | 16:03:41 |
| 9 | the orders? | 16:03:48 |
| 10 | (Thereupon, there was a discussion off | 16:08:02 |
| 11 | the record.) | 16:08:02 |
| 12 | MR. GRYGIEL:  We want the same as | 16:08:02 |
| 13 | everyone else.  Mike Abate and myself would like | 16:08:05 |
| 14 | a copy. | 16:08:06 |
| 15 | (Off the record at 4:05 p.m.) | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1          CERTIFICATE OF SHORTHAND REPORTER

2                  NOTARY PUBLIC

3          I, Dianna C. Kilgalen, the officer

4     before whom the foregoing deposition was

5     taken, do hereby certify that the foregoing

6     transcript is a true and correct record of

7     the testimony given; that said testimony was

8     taken by me stenographically and thereafter

9     reduced to typewriting under my direction;

10    that reading and signing was not requested;

11    and that I am neither counsel for, related

12    to, nor employed by any of the parties to

13    this case and have no interest, financial or

14    otherwise, in its outcome.

15         IN WITNESS WHEREOF, I have hereunto

16    set my hand and affixed my notarial seal this

17    23rd day of September, 2021.

18         My commission expires June 28th,

19    2025.

20

21

22    _____

23    NOTARY PUBLIC

24    IN AND FOR THE STATE OF MARYLAND

25    COUNTY OF HARFORD

**A**

**aaa**
37:18
**abate**
6:20, 6:21,
11:5, 11:6,
15:17, 250:12,
465:13
**abbreviate**
329:7
**abc**
2:9, 5:10,
9:10, 14:11,
15:8, 15:16,
16:16, 103:12,
249:8, 250:4,
250:11, 250:19,
252:5, 252:6,
465:1, 465:2
**abc's**
344:16
**abide**
182:16
**ability**
41:20, 423:5
**able**
22:6, 23:3,
26:16, 72:10,
98:2, 108:1,
160:20, 178:14,
179:5, 234:5,
235:21, 235:22,
242:4, 255:18,
319:8, 327:12,
348:3, 361:19,
365:16, 392:6,
419:2, 433:10,
441:6, 451:11
**above**
290:25, 342:4,
375:12, 388:25
**absolutely**
247:16, 314:18
**accept**
441:8, 441:16,
443:24, 445:17
**accepted**
441:11, 443:10

**access**
432:21, 449:22
**accessible**
438:15, 443:8
**accessing**
414:11, 414:12
**accomplish**
295:19
**according**
77:15, 422:15,
461:14
**account**
394:13, 406:17,
418:15, 418:25,
432:16, 432:17,
432:18, 432:21,
432:22, 432:25,
433:2, 433:18,
433:19, 433:22,
433:24, 434:3,
434:10, 434:12,
434:13, 434:21,
434:24, 443:14,
446:12, 447:23
**accounts**
431:24, 433:7,
433:20, 438:12
**accurate**
129:25, 178:21,
260:14, 289:24,
300:16, 325:6,
332:8, 347:5,
417:19
**accurately**
147:21, 147:24,
331:14, 412:17,
434:18
**accuse**
59:10, 96:18,
96:19
**accused**
414:18
**acknowledge**
199:13, 423:7
**across**
96:11, 178:22
**act**
28:22, 419:2

**acting**
120:21, 188:16,
188:20, 189:14,
189:16, 317:1,
387:22, 420:9
**action**
96:20
**actions**
236:20, 295:23,
382:9, 419:15
**active**
179:8, 277:3,
444:14
**actively**
277:22
**activist**
178:23, 366:1
**actual**
39:12, 49:1,
260:18, 362:4,
391:24, 402:14,
431:9, 434:7,
443:21
**actually**
22:2, 24:20,
29:10, 30:19,
61:18, 64:23,
147:3, 159:4,
166:21, 179:11,
186:24, 207:22,
224:23, 226:23,
237:22, 256:21,
260:4, 269:17,
280:21, 292:23,
296:17, 306:19,
314:7, 329:20,
355:24, 357:9,
360:18, 361:4,
361:8, 361:13,
361:15, 364:25,
375:20, 390:14,
394:11, 394:13,
396:8, 408:10,
409:4, 410:5,
410:23, 410:25,
411:2, 411:11,
411:17, 411:20,
418:14, 434:21,

447:16, 455:14,
461:23
**add**
166:13, 196:25,
197:1, 306:19,
363:20, 381:6,
382:15, 406:6,
438:16, 440:9
**added**
30:22, 30:23
**addition**
88:8
**addressed**
154:1
**adjusted**
220:16, 252:23
**adjustments**
362:16, 362:21
**administration**
44:21, 76:19
**administrators**
31:21
**admission**
404:14
**admit**
352:22, 401:14
**admitted**
127:11, 170:24
**adult**
31:25, 188:16,
188:21, 189:14,
189:16
**adult-size**
100:14
**adults**
80:4, 80:12,
120:20, 120:21,
163:8, 193:1,
317:9
**advanced**
23:8, 437:9
**advertised**
35:5
**affect**
321:5, 356:12
**affidavit**
452:4
**affiliated**
262:4

**affixed**
466:16
**africa**
333:18
**african**
49:12, 50:5,
52:10, 53:1,
53:4, 65:19,
66:3, 66:7,
66:9, 66:11,
66:13, 66:21,
66:25, 67:22,
77:14, 77:16,
81:25, 82:2,
82:15, 85:5,
87:19, 101:3,
101:14, 102:6,
102:8, 102:9,
103:23, 164:9,
165:2, 165:3,
374:9, 376:4,
377:1, 387:4,
388:22, 423:8,
423:20
**after**
17:2, 21:20,
21:21, 29:17,
38:15, 40:5,
41:4, 45:3,
45:6, 47:13,
63:17, 73:13,
84:8, 89:16,
91:22, 94:16,
127:13, 146:21,
149:4, 162:22,
168:18, 171:19,
186:9, 195:4,
217:2, 232:8,
259:4, 259:21,
265:14, 282:2,
287:11, 289:11,
302:14, 303:11,
323:3, 323:9,
343:19, 353:5,
360:17, 360:20,
361:8, 365:20,
370:7, 373:5,
387:23, 389:23,

390:2, 402:9,
406:25, 409:19,
412:2, 412:19,
423:8, 425:19,
430:16, 430:20,
435:13, 435:21,
437:13, 439:13,
440:2, 440:4,
441:12, 443:23,
446:21, 447:5,
448:9, 448:10,
450:24, 454:5,
454:7
**aftermath**
455:4
**afternoon**
37:5, 37:6,
409:6, 410:7
**afterwards**
271:24, 273:21,
273:23, 338:7
**against**
34:6, 103:12,
104:6, 104:7,
104:8, 104:9,
135:15, 184:6,
270:8, 345:5,
404:18
**age**
120:19, 178:10,
178:15, 179:7,
367:18
**aggression**
103:23, 120:7,
127:21
**aggressive**
47:23, 94:6,
95:11, 96:21,
98:18, 124:23
**aggressively**
383:1
**agitate**
367:19
**agitative**
367:12
**agitator**
367:11
**agitators**
367:6

**ago**
38:21, 56:6,
57:8, 74:1,
144:23, 145:6,
214:23, 223:19,
232:22, 289:9,
380:6, 387:9,
414:3
**agree**
42:7, 42:10,
43:11, 52:3,
68:1, 74:24,
75:8, 76:24,
77:3, 77:7,
77:19, 81:3,
84:24, 99:1,
103:17, 105:10,
112:2, 119:24,
120:4, 124:12,
124:17, 139:6,
151:17, 155:25,
156:8, 157:21,
157:25, 162:23,
165:19, 166:9,
187:22, 188:18,
189:9, 193:11,
207:21, 251:18,
288:5, 296:24,
317:4, 325:2,
360:18, 364:4,
386:18, 399:16,
410:14, 420:15,
453:6, 453:11
**agreed**
124:13, 178:15,
453:7
**agreeing**
457:3
**ah**
196:13
**ahead**
15:6, 44:8,
44:14, 55:4,
57:25, 58:24,
61:24, 62:13,
62:19, 64:4,
71:11, 72:12,
76:2, 76:25,

77:20, 84:23,
85:3, 92:1,
96:17, 101:9,
108:7, 108:13,
110:15, 119:7,
124:11, 124:19,
127:9, 127:23,
127:24, 128:13,
128:22, 129:7,
138:16, 139:3,
144:18, 149:3,
149:9, 150:7,
152:11, 174:8,
176:13, 176:22,
177:6, 177:10,
177:13, 189:15,
203:2, 207:19,
207:25, 210:4,
213:24, 216:4,
217:22, 227:24,
235:3, 235:19,
238:11, 242:12,
246:21, 251:12,
253:22, 257:9,
258:7, 261:19,
262:14, 263:5,
263:9, 269:15,
276:15, 277:21,
282:16, 282:22,
285:9, 291:23,
292:19, 293:8,
295:15, 305:3,
308:22, 333:25,
334:9, 373:3,
374:15, 376:6,
384:3, 387:18
**ain't**
311:16, 386:15,
388:8
**al**
1:36, 2:9,
2:34, 14:3,
14:8, 14:9,
14:11, 14:13,
14:14, 14:16,
248:25, 249:3,
249:5, 249:6,
249:8, 249:10,

249:11, 249:13
**albany**
7:9, 11:16
**alex**
360:8, 360:21
**all's**
114:3
**all-boys**
112:8
**all-girls**
36:11, 36:12
**all-male**
25:19
**allegation**
104:4
**allegations**
345:4
**alleges**
103:12
**allow**
158:21, 267:2,
445:4
**allowed**
25:19, 87:21,
320:24, 450:21
**allowing**
121:4, 261:15
**almost**
40:16, 52:6,
95:17, 97:11,
97:15, 137:2,
146:21, 201:13,
206:15, 220:14,
226:14, 316:11,
449:3
**alone**
92:12, 347:19
**along**
45:16, 141:10,
150:21, 189:13,
226:16, 333:14,
433:19
**already**
17:8, 39:16,
40:1, 62:20,
63:13, 63:14,
79:11, 91:16,
92:5, 126:20,

176:15, 234:24,
251:15, 271:15,
272:18, 286:2,
306:8, 310:11,
317:16, 322:23,
327:11, 333:11,
346:10, 346:11,
379:11, 385:17,
404:17, 412:10,
417:23, 418:9,
424:24, 425:24,
433:17, 449:13
**also**
8:1, 12:1,
15:19, 16:6,
20:3, 20:16,
26:17, 31:8,
35:7, 38:20,
50:6, 52:21,
60:9, 62:22,
66:23, 67:21,
69:18, 88:12,
92:15, 99:2,
176:7, 183:25,
184:1, 185:13,
185:19, 188:23,
191:5, 191:14,
195:6, 196:18,
196:25, 197:1,
197:9, 197:14,
200:6, 200:7,
225:1, 250:15,
250:25, 262:21,
297:15, 307:20,
381:14, 392:12,
395:12, 401:7,
406:14, 411:12,
427:13, 428:23,
431:21, 432:5,
436:13, 438:17,
440:9, 442:13,
444:5, 445:14,
450:17, 450:23,
451:23, 455:3,
459:15, 461:10,
465:7
**alter**
256:5

**altercation**
98:23, 99:3
**alternate**
129:14
**alternatively**
462:25
**although**
73:18, 182:8,
276:8, 413:15
**always**
28:18, 32:8,
39:9, 88:9,
284:17, 399:13,
423:1, 423:8
**alx**
360:11
**ambassador**
360:16
**america**
41:7, 42:5,
42:19, 42:25,
43:2, 43:9,
43:17, 43:20,
43:21, 44:5,
44:19, 62:21,
103:14, 156:7,
330:12, 333:22,
372:6, 422:13,
422:15, 423:2,
424:7
**america's**
423:5
**american**
23:7, 23:22,
23:24, 24:17,
49:12, 50:5,
52:10, 53:4,
65:19, 66:4,
66:8, 66:9,
66:11, 66:13,
66:21, 66:25,
77:16, 81:25,
82:2, 82:15,
85:5, 97:15,
101:3, 101:14,
102:6, 102:8,
103:24, 141:20,
142:8, 142:20,

142:23, 149:25,
154:20, 155:3,
157:21, 164:9,
165:3, 175:6,
175:7, 194:22,
276:5, 305:2,
374:9, 377:1,
387:5, 388:22,
428:16, 428:23,
429:1
**americans**
23:10, 23:17,
24:1, 24:5,
24:11, 24:14,
24:20, 25:1,
47:16, 49:6,
49:9, 52:16,
52:22, 53:1,
66:3, 67:13,
67:22, 77:14,
80:24, 87:20,
97:6, 133:3,
133:10, 141:23,
145:2, 154:5,
155:9, 157:20,
210:20, 210:24,
211:2, 211:4,
211:9, 333:21,
372:3, 376:4,
422:24, 423:8,
423:9, 423:15,
423:20
**among**
100:14, 196:15,
197:21
**amongst**
127:15
**amount**
67:7, 173:13,
248:16, 346:25
**analogy**
204:3
**ancestors**
142:12
**anchors**
410:4
**angels**
114:4

**angle**
84:20, 85:20,
110:23, 145:21,
149:23, 160:1,
208:6, 212:20,
232:17, 241:24,
242:16, 258:2,
356:7, 359:5,
385:15
**angles**
86:15, 368:6,
368:9, 368:11,
422:4
**angrier**
152:2
**angry**
80:5, 80:13,
116:1, 152:2,
398:24
**animal**
69:20
**announcing**
450:20
**another**
33:8, 47:14,
51:8, 53:4,
57:6, 66:3,
66:11, 106:22,
108:1, 108:19,
143:6, 157:18,
185:16, 186:8,
190:15, 217:2,
231:17, 270:8,
280:11, 293:5,
313:7, 316:5,
356:5, 361:21,
362:1, 365:14,
382:8, 387:4,
395:1, 395:25,
428:25, 461:5
**answer**
19:11, 19:13,
22:11, 22:18,
55:5, 139:4,
140:23, 145:23,
152:4, 156:15,
156:24, 157:2,
172:11, 176:14,

210:4, 234:14,
235:1, 235:19,
243:18, 266:2,
267:3, 285:23,
286:1, 297:20,
298:4, 319:9,
321:6, 378:3,
382:20, 384:3,
388:8, 399:9,
400:15, 401:2,
429:14, 448:22
**answered**
44:8, 126:20,
134:22, 138:15,
149:9, 174:8,
210:3, 243:15,
254:17, 267:22,
286:3, 379:11,
383:17, 383:18,
383:19, 383:20,
429:13, 457:5
**answering**
313:24
**answers**
17:10, 22:16,
356:13, 458:21
**anti-war**
417:6
**anybody**
379:25, 414:4
**anymore**
176:18, 208:4,
290:5, 432:21
**anyone**
35:14, 80:24,
87:10, 94:21,
117:10, 124:21,
131:2, 178:3,
189:4, 211:24,
273:18, 292:15,
298:5, 298:7,
298:20, 327:16,
327:21, 327:25,
328:24, 332:2,
343:7, 353:19,
355:17, 359:2,
414:13, 456:20,
457:7, 457:12,

457:13
**anyone's**
95:24
**anyway**
22:12, 134:23,
319:8
**anywhere**
46:3, 86:13,
137:25, 138:5,
199:8, 259:6,
278:11, 279:2,
279:4, 279:6,
280:15
**ap**
23:13, 24:7,
24:8
**apologize**
24:24, 177:9,
227:22
**app**
177:18, 443:24,
449:4
**apparent**
350:3, 399:6
**apparently**
185:19
**appear**
66:20, 67:21,
165:15, 365:17,
385:8, 394:23
**appearance**
296:11
**appeared**
137:3, 190:4,
261:3, 340:6,
365:14
**appearing**
366:8
**appears**
177:2, 177:20,
259:18, 289:10,
336:5, 338:7,
366:1, 374:7
**apply**
32:12
**appreciate**
17:13, 306:9,
383:5

**approach**
60:5
**approached**
133:13, 148:23,
172:7, 180:16,
186:3, 186:6,
186:15, 262:22,
264:8, 265:17,
266:19, 366:15,
366:17, 401:13,
415:23
**approaches**
38:19, 39:7,
162:12, 362:13,
453:21
**approaching**
132:24, 133:5,
133:6, 133:25,
171:4
**appropriate**
84:21, 85:5,
87:15, 120:14,
120:18, 120:22,
121:2, 140:16,
141:3, 153:20,
153:24, 305:1,
309:13, 378:8,
378:9, 380:4,
380:14, 383:15,
419:3
**approval**
292:1
**approve**
394:9
**approved**
174:12
**apps**
449:5
**area**
32:20, 36:14,
38:24, 39:13,
40:9, 48:7,
92:20, 95:13,
128:1, 184:6,
203:20, 225:6,
328:25
**areas**
44:24, 454:3

**aren't**
163:1, 164:12,
180:3, 212:7,
335:14
**argue**
22:6, 155:8,
234:13, 334:23
**argued**
235:15
**arguing**
235:16, 235:17,
367:17
**argument**
155:1, 331:25,
338:23, 339:10,
347:24, 451:14
**arlington**
38:25
**arm**
153:18, 184:6,
193:13
**arms**
300:18
**around**
20:14, 24:10,
25:25, 28:13,
29:4, 32:19,
37:15, 38:1,
38:22, 40:4,
40:8, 46:2,
47:20, 48:7,
48:13, 50:19,
52:6, 53:15,
82:1, 94:23,
114:5, 127:15,
136:20, 157:17,
173:15, 178:10,
184:19, 185:14,
206:15, 206:16,
213:22, 214:16,
218:10, 223:21,
226:21, 233:23,
259:5, 276:7,
276:22, 276:24,
277:6, 278:7,
280:2, 283:15,
286:13, 290:4,
306:12, 325:22,

326:24, 332:10,
344:20, 362:12,
369:20, 374:8,
379:23, 391:23,
392:13, 392:22,
396:13, 404:2,
426:3, 436:19,
453:22, 454:1
**arranged**
203:4, 366:16
**arrived**
37:4, 38:7,
48:23, 48:24
**articulate**
238:16
**articulated**
28:25, 39:6,
43:15, 44:12
**articulating**
143:13, 341:3
**aside**
216:13, 218:21,
414:10
**asked**
24:23, 89:23,
90:7, 90:8,
112:12, 170:12,
172:4, 172:11,
284:4, 286:18,
353:11, 353:14,
363:10, 384:25,
385:21, 422:13,
452:17, 452:25,
453:6, 453:10,
453:12, 456:23,
459:7
**asking**
33:4, 42:23,
75:25, 87:8,
114:12, 130:19,
135:23, 138:24,
138:25, 140:20,
147:23, 147:25,
165:8, 171:7,
192:7, 212:21,
235:11, 273:17,
286:5, 318:4,
325:14, 354:2,

377:14, 377:18,
382:12, 383:2,
383:12, 388:4,
390:15, 405:7,
407:22, 445:24,
452:13, 452:16,
452:20
**asks**
364:6, 418:17,
461:16
**aspirations**
21:18
**assembly**
270:20
**associated**
95:8, 166:2,
253:25, 291:25,
399:4
**assortment**
433:12
**assume**
53:19, 54:18,
61:4, 62:1,
68:21, 86:8,
92:14, 94:23,
95:4, 95:12,
95:16, 97:10,
110:19, 119:4,
132:18, 134:13,
178:9, 194:13,
194:24, 242:6,
306:25, 308:19,
315:9, 328:16,
328:24, 343:14,
352:13, 371:24,
372:19, 373:18,
375:21, 395:6,
417:8, 423:18,
437:7, 441:19
**assumed**
50:22, 295:8,
338:6, 338:9,
428:22
**assuming**
225:10, 372:2
**assumption**
274:2, 338:4,
338:11

**attached**
35:16, 180:6,
288:18, 460:23,
464:16, 464:19
**attachment**
427:1
**attempt**
276:6, 277:3
**attend**
26:22, 393:25
**attendance**
26:20, 48:15
**attended**
97:6
**attending**
18:9, 31:16
**attention**
47:21, 50:23,
91:24, 109:13,
111:22, 164:18,
164:20, 165:5,
165:8, 217:24,
223:1, 226:14,
252:12, 276:1,
297:12, 297:15,
308:18, 311:22,
329:21, 331:8,
332:1, 371:20
**attesting**
63:3
**attire**
50:1, 342:20
**attitude**
387:17, 400:25
**attitudes**
400:21
**attribute**
198:17, 339:2
**attributed**
417:10
**audible**
17:9, 297:16,
327:14
**audio**
51:12, 51:21,
212:19
**august**
289:6, 440:24,

440:25, 444:6,
444:19, 444:20
**austin**
8:8
**authentic**
296:12
**authentically**
66:13
**author**
368:25
**automatically**
439:20, 439:23,
446:21
**av**
8:8, 12:8,
464:15
**available**
414:7, 439:12
**avery**
25:10
**avoid**
32:3, 95:17
**aware**
97:13, 133:10,
142:1, 157:16,
167:19, 180:22,
217:20, 222:24,
226:11, 226:12,
226:17, 269:23,
303:7, 376:14,
410:8, 413:1,
419:14, 423:3,
446:20, 451:24,
462:21
**away**
39:9, 55:20,
73:14, 91:20,
91:22, 92:6,
92:25, 137:17,
184:13, 193:18,
216:1, 220:19,
220:22, 221:3,
263:25, 284:1,
295:11, 346:18,
390:2, 390:6,
409:24, 418:18,
419:9
**awkward**
259:8, 404:19

**awol**
411:1, 412:25,
413:9

**B**

**babies**
79:6, 79:8
**back-and-forth**
331:9
**backdrop**
361:12
**backed**
148:14
**background**
71:23, 262:8,
270:16, 308:9
**backpack**
117:15, 355:11
**backs**
55:17, 370:19
**backwards**
70:5, 242:21,
357:17, 357:21,
390:8
**bad**
41:13, 44:1,
104:17, 270:24,
380:9
**baited**
375:16, 375:25,
376:3, 377:3,
378:12
**baiting**
379:13
**balls**
41:11, 41:21
**baltimore**
38:21
**banged**
182:5, 183:19
**banging**
31:9
**banyamyan**
54:5, 67:4,
106:11, 126:23,
143:18, 373:5
**barbara**
450:8, 450:13,

**456:17**
**barely**
76:23
**bart**
81:11
**baseball**
27:8, 201:13
**based**
66:1, 66:19,
87:19, 174:16,
204:5, 242:6,
253:23, 261:5,
261:25, 271:23,
274:1, 303:19,
343:17, 417:13,
454:9
**basic**
95:15
**basically**
66:2, 82:14,
147:1, 178:15,
186:22, 262:8,
270:5, 280:14,
316:7, 356:5,
391:5, 393:21,
406:1, 411:11,
418:18, 432:11,
450:25, 454:8,
455:6, 459:7
**basis**
271:21, 273:20,
317:21, 318:1,
319:10, 332:12,
383:9, 383:12,
412:23, 413:19
**basketball**
26:24, 31:3,
31:6, 270:7,
270:9
**bastards**
85:14
**bates**
181:15, 259:13,
290:14, 294:19,
308:1, 427:20
**bathroom**
47:8
**battery**
46:11

**battle**
33:9, 33:19,
33:20, 33:23,
34:1, 134:1
**bean**
205:10, 205:24
**beanie**
69:23, 117:18,
163:22, 165:4,
233:25, 357:7,
357:15
**beanies**
164:10
**bear**
397:3
**beard**
342:12, 357:21
**beat**
169:18, 171:23,
314:16, 314:19,
315:6, 347:24
**beating**
315:7
**beau**
244:10, 244:25,
245:2, 320:15,
320:16, 321:10,
321:16, 323:3,
323:8, 323:10,
385:9, 385:16,
385:17, 385:21,
385:23, 388:21
**beau's**
244:21, 245:11
**became**
133:10, 149:2,
150:4, 198:11,
292:24
**become**
21:19, 21:23,
34:14, 91:9,
191:6, 226:17,
303:7
**beechwood**
34:7, 34:8,
34:18, 34:24
**been**
16:11, 16:25,

19:23, 33:15,
44:1, 45:7,
46:22, 48:4,
52:8, 73:21,
80:22, 81:16,
86:18, 87:15,
90:7, 95:13,
97:11, 97:12,
102:23, 112:3,
112:18, 115:19,
115:22, 116:2,
117:12, 121:7,
121:25, 123:19,
126:19, 137:2,
137:10, 138:7,
141:24, 143:9,
145:5, 170:9,
174:10, 175:12,
197:18, 219:22,
235:21, 235:22,
236:2, 237:23,
247:4, 247:8,
252:2, 262:2,
278:6, 292:2,
292:5, 293:23,
298:5, 298:15,
299:16, 312:20,
385:10, 387:21,
389:6, 390:25,
399:20, 401:16,
404:19, 405:6,
408:12, 408:16,
409:5, 413:22,
414:7, 417:3,
417:13, 418:11,
423:9, 427:1,
434:25, 437:8,
438:19, 441:7,
444:5, 451:11,
451:20
**beforehand**
401:17
**began**
339:10, 403:9,
416:8, 425:25
**begin**
16:13
**beginning**
105:4, 159:6,

162:3, 162:4,
171:13, 172:3,
288:11, 328:8,
345:25, 422:11
**begins**
14:1, 248:23,
282:21
**behalf**
5:3, 5:10,
5:19, 6:3, 6:11,
6:18, 7:3, 7:11,
9:3, 9:10, 10:3,
10:10, 10:18,
11:3, 11:11,
11:18, 15:18,
412:15
**behaving**
124:15, 130:22,
340:10
**behavior**
125:5, 156:18,
157:1, 157:10,
157:22, 317:12,
367:8, 367:12,
377:25, 380:15,
380:17, 404:4,
404:6, 404:14,
404:15, 404:21,
405:3, 405:5,
405:9, 405:10
**behind**
45:18, 69:18,
73:21, 147:19,
149:24, 162:24,
163:17, 163:24,
163:25, 164:3,
164:8, 164:10,
164:15, 164:17,
165:2, 165:20,
165:21, 166:12,
166:15, 166:21,
167:11, 170:13,
173:11, 202:11,
205:25, 215:22,
216:7, 216:10,
216:19, 216:22,
217:2, 217:4,
217:8, 217:10,

217:13, 217:21,
218:1, 218:16,
219:4, 220:13,
221:23, 222:9,
222:13, 223:2,
223:15, 226:6,
226:12, 226:18,
228:16, 228:17,
229:4, 239:10,
241:25, 242:3,
244:24, 247:2,
258:3, 258:20,
272:18, 277:16,
277:19, 298:5,
325:4, 325:5,
325:6, 325:12,
325:15, 325:16,
344:19, 370:16,
371:5, 419:18
**being**
22:6, 28:25,
37:23, 59:10,
62:20, 63:2,
63:3, 63:23,
76:7, 82:1,
83:12, 83:22,
88:6, 90:23,
94:15, 95:11,
119:9, 122:8,
134:10, 144:21,
175:15, 178:13,
185:24, 191:13,
191:14, 196:18,
196:21, 197:3,
197:9, 197:15,
198:4, 198:12,
211:18, 237:18,
275:13, 284:8,
284:12, 284:23,
284:25, 285:13,
285:17, 285:19,
286:8, 286:24,
295:24, 295:25,
296:4, 316:8,
317:8, 327:8,
331:7, 346:12,
353:3, 375:16,
375:25, 376:2,

377:3, 378:12,
410:2, 448:6,
448:14, 451:18,
453:23, 454:19,
455:16, 456:11,
456:15, 456:21,
456:24, 457:2,
457:4, 457:8,
457:14
**belief**
42:14, 148:20,
296:4, 351:15,
352:2
**believe**
96:9, 97:15,
100:24, 116:19,
146:12, 156:17,
175:20, 177:25,
179:10, 192:22,
193:3, 260:14,
273:1, 284:3,
287:3, 301:7,
301:11, 302:21,
303:1, 303:6,
304:8, 317:11,
318:6, 319:2,
339:8, 342:11,
344:6, 344:10,
366:15, 367:7,
369:7, 381:25,
388:24, 394:4,
394:8, 395:15,
396:2, 400:24,
403:15, 405:12,
407:12, 413:13,
414:6, 416:23,
417:7, 419:3,
419:4, 420:19,
422:16, 424:15,
429:15, 430:15,
431:1, 432:15,
432:20, 438:5,
438:18, 440:23,
442:8, 442:19,
443:16, 443:17,
443:21, 444:5,
446:17, 446:22,
447:1, 447:3,

448:17, 449:18,
451:4, 453:5,
454:21, 455:24,
460:1, 462:8
**believed**
459:16, 461:25
**believes**
23:1, 179:10
**below**
402:15, 403:2
**ben**
444:11
**benches**
31:10
**benefit**
221:4
**bengals**
27:6
**bennett**
25:10, 40:14,
302:22, 306:4,
461:1, 461:13
**berate**
49:22, 387:24
**berated**
91:9
**besides**
42:16, 247:13,
333:6, 419:15,
422:6, 430:2
**best**
25:4, 35:4,
52:3, 56:16,
70:18, 168:5,
214:4, 296:10,
324:6, 324:14,
328:13, 352:4,
353:11, 390:4,
390:17, 394:4,
432:19, 442:21,
443:17, 448:20,
449:19, 449:23,
450:2, 454:21,
455:21, 456:13,
457:10, 457:16
**better**
41:16, 41:18,
44:6, 121:6,

126:19, 146:7,
233:21, 262:11,
273:24, 288:4,
288:16, 288:19,
334:11, 334:16,
400:6, 400:7,
425:13
**between**
41:10, 79:23,
92:10, 92:11,
99:4, 133:11,
137:24, 145:1,
154:17, 161:4,
177:18, 208:20,
208:22, 212:13,
213:7, 215:7,
218:6, 228:13,
229:1, 230:10,
240:21, 241:12,
243:22, 244:24,
273:25, 329:25,
336:6, 339:7,
339:11, 339:25,
340:2, 367:18,
370:16, 371:4,
389:25, 393:6,
408:23, 411:15,
415:15
**beyda**
8:4, 12:4
**bhi**
86:1, 93:24,
94:8, 99:4,
105:10, 105:21,
110:14, 112:24,
113:2, 115:20,
116:3, 118:20,
119:2, 120:1,
120:3, 126:15,
145:5, 145:9,
146:16, 148:2,
151:10, 155:24,
373:16, 375:4,
375:23
**bhis**
211:15, 211:17
**bicycle**
71:6

**big**
34:18, 40:2,
178:11, 179:2,
328:21
**bigger**
180:11, 275:8,
275:12, 295:25,
296:4
**biggest**
93:11, 422:17
**bill**
74:25, 75:21,
77:4, 77:14,
77:19
**billy**
56:17, 62:4,
62:9, 62:16,
65:1, 81:11
**bind**
18:19
**bingham**
5:22, 10:6
**bird**
6:21, 11:6
**birth**
17:23
**birthday**
435:9, 435:11,
435:13, 435:14,
435:17
**bishop**
36:17, 393:24,
394:1, 397:2,
398:12, 398:15,
402:19, 403:13,
404:11, 404:13,
404:20
**bishop's**
402:16, 403:3
**bit**
40:9, 51:2,
71:4, 71:13,
78:10, 78:11,
82:22, 106:16,
106:17, 137:6,
160:16, 166:17,
184:13, 205:25,
206:10, 206:13,

209:19, 221:15,
230:1, 230:22,
238:21, 245:2,
245:3, 246:8,
247:9, 258:2,
264:19, 274:21,
297:1, 313:4,
389:23, 404:25
**bits**
409:23, 410:11
**black**
47:10, 49:15,
54:21, 55:10,
55:17, 57:24,
60:4, 62:10,
62:17, 63:4,
63:13, 64:2,
65:13, 67:12,
71:25, 72:3,
75:24, 77:25,
81:20, 84:1,
86:21, 91:18,
91:23, 92:25,
116:17, 133:8,
139:24, 144:21,
144:23, 145:1,
146:12, 169:5,
176:8, 176:9,
205:19, 207:23,
217:1, 222:20,
223:10, 242:1,
244:14, 245:20,
246:18, 274:8,
323:22, 342:9,
342:18, 355:8,
373:17, 374:17,
374:21, 387:9,
387:23, 398:22,
399:4, 399:19,
411:15, 415:16,
462:10
**blacks**
76:6, 76:17
**blah**
81:18, 82:4
**blanking**
70:6
**block**
263:24, 266:24,

267:5, 280:9
**blocked**
109:11, 230:6,
264:1, 280:7,
284:9, 284:12,
284:23, 285:5,
285:14, 285:19,
285:23, 286:8,
286:25
**blocking**
263:15, 269:14,
276:5, 276:25,
277:2, 277:20,
277:22, 278:7,
278:21, 280:8,
280:17, 284:16
**blow**
296:13
**blue**
56:12, 61:6,
70:15, 70:21,
106:21, 117:17,
216:25, 244:14,
245:13, 371:8
**boarded**
392:5
**bob**
250:19
**body**
295:17
**boldery**
290:21, 290:22
**boo**
105:14, 105:15,
105:16, 105:18
**booing**
105:21
**book**
24:19, 66:1,
66:5
**books**
24:16
**boom**
53:15
**both**
155:7, 203:19,
214:16, 234:1,
235:17, 236:3,

236:4, 238:4,
312:21, 331:25,
338:24, 339:5,
339:7, 340:4,
340:6, 399:3,
399:9, 412:14,
423:14, 434:12,
434:18, 438:19,
455:12, 456:2
**bothered**
51:1, 226:23
**bothering**
334:11, 353:7
**bottle**
57:16, 57:23,
58:3, 61:3,
61:6, 61:23,
62:11, 62:18,
62:22, 62:24,
64:1, 64:6,
106:22, 107:20,
109:25, 110:4,
110:7, 112:1,
112:2, 112:9,
112:22, 389:18
**bottom**
181:25, 403:25
**bought**
41:7, 41:21
**boulevard**
9:22
**bound**
183:11, 195:10,
306:1, 307:24,
427:18
**bowing**
140:13
**box**
53:15
**boys**
60:23, 68:13,
69:4, 119:25,
165:16
**brave**
182:3, 183:18
**braveheart**
34:3, 34:12
**break**
17:14, 98:21,

102:17, 102:18,
103:1, 190:15,
193:13, 195:4,
199:17, 286:5,
287:16, 290:13,
294:6, 294:7,
331:18, 354:16,
359:11, 407:18,
407:20, 407:23,
415:15
**breakfast**
408:23
**breaking**
102:20, 239:17
**breath**
340:22, 367:15
**bridge**
333:20
**briefly**
29:23
**bring**
41:23
**bringing**
399:6
**brings**
23:6
**broad**
6:15, 10:22
**broadcast**
359:22, 408:10
**broke**
37:16
**brother**
70:12, 387:5
**brother's**
70:13
**brotherhood**
378:15
**brothers**
18:3, 378:14
**brought**
200:22, 385:10
**brown**
6:14, 10:21,
69:22, 208:16,
357:6, 357:7,
358:6
**browse**
431:22

**bryant**
395:16
**budget**
39:2
**build**
71:23, 72:4,
72:18, 72:19,
327:1, 327:16,
327:23, 381:15
**building**
38:12, 45:18,
437:16
**built**
431:10, 437:17
**bump**
138:9
**bumped**
137:5
**bumping**
139:10, 218:25
**bunch**
49:22, 50:6,
50:7, 96:9,
97:24, 162:24,
167:20, 213:16,
226:18, 458:15
**burdensome**
441:17
**bus**
37:16, 37:17,
37:20, 38:5,
38:11, 39:21,
93:15, 177:22,
177:25, 186:9,
350:15, 390:1,
390:20, 391:2,
391:24, 392:5,
393:7, 455:14
**busses**
36:20, 36:23,
37:1, 38:10,
39:10, 48:12,
92:23, 180:14,
346:17, 346:21,
353:19, 354:7,
392:17, 450:21
**busy**
292:2

**buy**
41:15, 42:2

**C**

**c-r-i-m**
370:20
**cabin**
66:2
**cahill**
302:25, 306:10,
307:3, 307:4
**california**
365:15
**call**
16:20, 28:3,
30:3, 33:17,
58:18, 88:1,
96:21, 99:17,
99:19, 153:4,
187:14, 225:21,
248:9, 252:18,
341:5, 343:17,
365:9, 367:1,
367:5, 396:25,
425:2, 425:5,
431:16
**called**
27:19, 28:21,
32:14, 33:9,
34:2, 49:15,
50:5, 52:1,
58:17, 79:12,
81:24, 81:25,
112:15, 145:10,
224:20, 225:11,
316:7, 325:20,
341:10, 447:18,
450:4, 452:7
**calling**
37:17, 65:14,
79:5, 82:6,
82:8, 82:14,
145:7, 169:5,
176:8, 176:9,
235:9, 332:9,
338:22, 411:11,
413:14
**calls**
54:5

**calm**
151:10, 151:11,
151:16, 152:5,
189:17, 415:1
**calmer**
152:8
**came**
41:24, 42:3,
47:9, 135:16,
144:16, 149:22,
158:5, 159:16,
159:23, 160:1,
169:15, 169:16,
170:17, 170:20,
184:5, 236:25,
264:19, 265:9,
265:14, 271:14,
292:24, 299:1,
304:21, 306:23,
325:22, 330:13,
343:10, 346:20,
347:10, 353:19,
383:25, 390:5,
391:3, 410:19,
412:2, 413:13,
419:6, 424:11,
452:6
**camera**
86:15, 86:19,
99:15, 135:15,
163:22, 167:1,
201:25, 208:6,
213:8, 213:19,
215:8, 230:6,
240:22, 241:13,
243:22, 272:15,
272:19, 273:5,
274:4, 274:5,
274:7, 317:9,
321:25, 342:9,
351:9, 366:17,
368:19, 375:21,
385:18, 419:8
**cameraman**
200:8, 200:13,
200:16, 200:20,
201:6, 201:23
**cameras**
166:23, 269:24,

270:17, 270:23,
274:12, 419:2,
419:5
**cammeron**
69:19, 205:14,
205:15, 231:14,
231:24, 232:12,
237:4, 237:6,
238:2, 265:22,
265:23, 265:24,
386:4, 388:17
**campaign**
20:20, 50:1,
294:5, 360:3,
361:1, 361:16,
362:6
**campuses**
178:22, 178:25,
179:12
**can't**
20:23, 33:6,
37:14, 40:14,
50:3, 53:20,
55:18, 56:25,
57:3, 57:5,
57:17, 61:12,
65:3, 65:17,
65:20, 67:9,
71:10, 73:7,
83:24, 84:20,
87:10, 87:12,
102:25, 106:24,
107:24, 107:25,
122:10, 122:12,
122:19, 123:8,
136:8, 146:18,
150:25, 186:7,
186:11, 194:12,
194:14, 201:5,
203:3, 207:12,
207:15, 207:16,
220:8, 227:15,
243:1, 243:2,
243:18, 253:8,
253:19, 255:21,
267:1, 273:4,
275:1, 275:6,
288:3, 297:2,

299:12, 300:19,
307:1, 310:8,
310:13, 311:5,
312:15, 319:24,
320:14, 321:5,
324:12, 324:14,
327:2, 331:14,
331:23, 342:7,
342:16, 353:17,
365:15, 365:24,
368:17, 368:23,
368:25, 370:3,
370:18, 370:22,
371:9, 382:5,
383:11, 385:17,
387:20, 394:15,
397:20, 398:4,
400:18, 413:4,
414:2, 418:1,
426:5, 431:11,
441:13, 442:15,
445:2, 449:1
**cancellation**
382:21
**cannot**
56:4, 84:15,
187:9, 187:15,
286:9, 324:6,
381:7, 385:14,
406:10, 442:12,
451:7, 456:6,
456:22, 463:7
**cap**
272:9, 272:11,
272:12, 347:18,
356:6, 368:3,
368:9, 368:14,
398:23
**capitalize**
146:25
**capitol**
45:18, 46:21,
88:17, 219:24
**capture**
273:25, 274:7,
317:10, 450:1
**captured**
106:5, 272:15,

333:25, 368:18,
368:21, 444:21
**care**
463:4
**career**
21:18
**carefully**
367:21
**caring**
292:23
**carrying**
355:11
**carter**
44:20, 45:3,
422:18, 423:16
**carts**
21:3
**case**
1:10, 1:20,
1:33, 2:6, 2:16,
2:31, 14:4,
14:7, 14:9,
14:11, 14:14,
14:16, 14:17,
78:3, 103:18,
249:1, 249:4,
249:6, 249:8,
249:11, 249:13,
259:16, 344:17,
367:16, 420:23,
422:1, 422:9,
433:17, 434:9,
434:20, 435:1,
436:11, 438:4,
439:9, 444:4,
449:10, 450:7,
451:18, 452:1,
452:12, 453:1,
456:21, 457:9,
457:14, 466:13
**cases**
249:14
**cast**
34:12
**cataloging**
20:8
**catch**
37:21, 72:20

**catcher**
342:19
**catching**
331:8
**cath**
26:15, 32:11,
34:9, 37:11,
39:9, 84:2,
84:12, 84:13,
84:18, 90:14,
90:19, 117:18,
123:21, 253:25,
290:24, 323:11,
328:13, 328:17,
329:4, 332:3,
344:18, 358:6,
382:7, 384:8,
384:14, 399:25,
418:17, 432:3,
450:17
**catholic**
18:14, 19:2,
22:21, 25:15,
36:14, 119:19,
174:11, 270:7,
270:8, 328:22,
329:5, 372:19,
384:17, 406:12
**catholics**
67:19
**caught**
331:21, 331:24,
331:25
**cause**
309:2
**causes**
366:2
**causing**
148:5
**caveman**
129:5
**cavemen**
130:22
**cbs**
1:36, 5:19,
5:20, 6:3, 6:4,
10:3, 10:4,
10:10, 10:11,

14:8, 15:12,
15:23, 104:6,
249:5, 250:18,
345:6, 465:7
**cch**
291:4
**celebrate**
26:19
**celebrating**
352:4, 352:6,
352:9, 352:10,
352:14
**center**
7:16, 9:22,
11:23, 286:13,
362:12
**centimeters**
169:18
**certain**
28:19, 86:24,
87:8, 87:10,
146:18, 157:4,
327:7, 327:10,
389:7, 401:17,
443:23, 445:7
**certainly**
59:11, 86:11,
91:5, 126:11,
154:24, 167:10,
187:22, 190:22,
217:25, 277:16,
283:21
**certificate**
466:1
**certify**
466:5
**cetera**
258:21
**chain**
417:17
**chamber**
7:16, 11:23
**chance**
90:6, 94:15,
219:9, 221:5,
224:12, 234:5,
323:10, 382:6,
389:5, 448:20

**change**
145:23, 303:5
**changed**
179:24, 292:12
**changes**
359:2
**chant**
95:6, 96:22,
127:14, 132:10,
153:4, 153:11,
171:24, 381:15
**chanted**
270:8
**chanting**
101:20, 115:17,
150:20, 416:12
**chants**
27:25, 88:10,
89:11, 94:3,
94:20, 94:25,
142:4, 176:18,
316:5, 321:8
**chaperone**
88:21, 450:14,
450:16
**chaperones**
48:18, 88:3,
89:8, 90:1,
121:4, 391:7
**chapters**
178:21
**characterization**
287:4
**charge**
425:22
**charlie**
59:7, 59:8,
61:4, 61:5,
62:20, 63:15,
64:1, 70:17,
108:16, 108:18,
109:16, 110:11,
110:16, 111:20,
112:3, 112:16,
178:18, 179:16,
179:22, 180:7,
180:10, 319:2,
319:5, 319:14,

**charlie's**
319:16, 360:21,
360:23, 360:24,
386:5, 386:6,
423:23, 444:11,
444:15
**charlie's**
386:22
**chase**
242:7, 242:8
**chat**
442:19
**chats**
447:4
**chatting**
389:24, 390:18
**cheap**
432:10
**check**
253:3, 431:23,
457:19, 460:5,
460:7, 462:1
**checked**
46:15, 290:2
**checkered**
335:23, 335:24,
337:24
**checking**
262:9
**cheer**
27:19, 27:20,
28:5, 28:21,
28:25, 29:3,
31:2, 32:24,
33:8, 95:6,
97:17, 105:12,
110:9, 111:16,
118:6, 118:19,
119:6, 121:12,
123:7, 134:2,
134:8, 151:23,
152:9, 154:5,
154:17, 154:19,
321:10, 329:1
**cheering**
26:7, 26:16,
31:19, 316:7
**cheers**
27:15, 29:18,

29:20, 88:1,
90:22, 95:14,
95:21, 96:3,
96:4, 96:8,
119:15, 119:20,
121:5, 260:3
**chemistry**
90:16
**chicago**
6:9, 10:16
**chief**
155:3
**child**
188:24
**childish**
188:22, 188:25
**choice**
287:8, 295:17
**choose**
120:8, 277:7
**chop**
153:12, 209:22,
210:8, 210:11,
210:21, 210:25,
212:7, 212:17
**chose**
91:12, 110:3,
385:18
**chris**
307:4
**christians**
400:7
**christmas**
435:10, 435:11,
435:13, 435:16
**chunk**
184:17
**church**
32:9, 38:3,
40:22, 393:25
**church's**
404:18
**cincinnati**
27:5, 270:6
**circle**
47:20, 351:25
**circulating**
29:18

**cite**
413:4
**citizens**
23:4, 77:16
**civil**
423:3, 423:13,
423:15
**claim**
75:23, 129:22,
149:5, 264:1,
271:12, 411:9,
414:24
**claimed**
81:17, 211:20,
417:14
**claiming**
236:18, 318:2
**claims**
142:13, 148:18,
401:15, 410:23,
411:14, 411:17,
415:14, 415:17,
417:4
**clark**
306:8, 308:4,
308:11, 308:15,
370:23, 428:1,
428:22
**class**
23:23, 25:21,
28:16, 141:22,
388:24
**classes**
23:7, 23:22,
23:25, 24:25,
141:23
**classmates**
49:23
**clean**
405:25
**cleaned**
21:3
**clear**
17:6, 63:12,
69:12, 89:2,
95:10, 188:3,
191:11, 194:16,
223:21, 224:11,

224:14, 237:21,
238:13, 238:15,
261:16, 262:9,
273:24, 276:7,
299:4, 318:12,
324:22, 357:13,
357:20, 365:16,
388:3, 405:7,
430:5, 445:15
**cleared**
262:4
**clearer**
202:21, 352:17
**clearly**
63:14, 218:8,
319:9, 339:14,
398:21, 443:24
**clench**
29:11
**clenched**
102:2, 118:21,
118:24, 120:2,
120:12
**clenching**
102:6
**cliff**
361:21
**climate**
423:4, 424:7
**clinton**
45:6, 74:25,
75:22, 76:18,
77:5, 77:14,
77:19
**clip**
55:2, 56:15,
98:7, 280:19,
308:7, 308:12,
335:12, 407:16,
409:11
**clips**
89:4, 200:4
**close**
57:5, 117:15,
137:11, 137:18,
137:20, 138:18,
174:13, 174:15,
184:7, 193:1,

254:12, 297:14, 340:20, 348:17, 349:1, 349:2, 354:15, 450:23
**closely**
262:5, 397:1
**closer**
46:16, 52:14, 92:7, 126:15, 126:17, 147:13, 147:14, 147:18, 165:22, 174:14, 258:20, 453:25
**closest**
69:11, 92:22, 442:7, 442:9
**clothes**
123:22
**coach**
391:9
**coat**
56:12
**code**
257:23
**coin**
235:24
**collage**
29:19
**collecting**
437:7
**collectively**
170:2, 170:5, 172:13, 173:7, 174:2, 181:2
**college**
20:16, 153:1, 153:5, 178:22, 178:25, 451:21
**colonel**
26:2, 34:1, 384:16
**color**
102:22, 384:14
**columbus**
6:16, 10:23
**com**
433:5
**combat**
178:25

**combination**
185:4
**combined**
433:5
**come**
28:1, 31:23, 37:18, 49:14, 80:24, 87:25, 89:12, 89:14, 93:15, 96:11, 97:21, 121:17, 138:18, 162:1, 175:18, 179:11, 190:23, 197:17, 248:10, 263:25, 273:22, 298:14, 299:6, 299:8, 299:9, 334:15, 342:21, 346:12, 359:25, 360:18, 369:22, 381:1, 385:21, 390:17, 392:1, 423:5
**comes**
26:5, 26:10, 109:19, 144:2, 306:3
**comfort**
313:20
**comfortable**
112:19, 115:20, 115:22, 293:23
**coming**
32:5, 38:4, 94:1, 125:24, 126:8, 133:7, 136:20, 136:25, 144:25, 145:10, 145:13, 147:18, 224:8, 309:24, 310:9, 327:14, 332:14, 353:24, 362:8, 413:17, 450:19
**command**
393:21
**comment**
198:18, 315:1,

382:12, 382:16, 406:16, 407:4
**commentators**
198:7, 360:13
**commenting**
381:5
**comments**
93:24, 406:23
**commission**
466:18
**commit**
456:24
**committing**
456:9
**common**
31:10, 95:18, 95:22, 329:7, 339:7, 339:25
**commonly**
95:8, 360:10
**communicate**
62:5, 62:10, 62:17, 112:24, 143:10, 295:4, 298:21, 298:22, 336:24, 396:6, 425:18, 432:13, 433:25, 438:9, 441:25, 442:7, 444:8, 446:9, 447:2, 447:11, 447:20, 448:21, 449:6
**communicated**
175:15, 361:17, 414:13, 425:6, 425:14, 438:10, 455:22, 456:20, 457:8, 457:13
**communicating**
330:20, 330:23, 331:1, 359:8, 454:17
**communication**
187:6, 187:12, 195:13, 329:25, 331:3, 336:6, 344:11, 348:3

**communications**
178:2, 425:11, 442:9
**community**
91:11, 142:23
**companion**
200:7, 203:8, 203:14, 203:19, 223:17, 223:24, 224:20, 224:21, 224:23, 225:8, 225:11, 225:21, 232:18, 337:24, 338:3
**companions**
201:3, 344:21, 345:1
**company**
1:23, 5:12, 7:12, 9:12, 11:19, 14:6, 14:13, 15:14, 15:18, 15:20, 16:17, 179:10, 249:3, 249:10, 250:7, 252:7
**compared**
52:4, 52:5, 151:22, 271:1
**compartmentalize**
160:1
**compelling**
194:15
**complaint**
54:5, 103:11, 104:6, 104:22, 344:16, 345:5
**complete**
38:24, 298:4, 404:22
**completely**
26:19, 33:6, 201:14, 210:10, 259:15, 274:20, 274:25, 385:15
**compound**
268:24
**compounded**
267:2

computer
431:9, 431:10,
437:15, 437:17
computers
437:16
con
391:5
concern
93:11
concerned
114:22, 137:10,
138:7, 139:9,
147:9, 148:3,
148:17, 148:21,
149:2, 149:5,
149:16, 149:19,
150:4, 150:10,
382:17
concerning
425:20
concerns
383:7
conclude
465:8
concludes
187:16, 199:18,
307:6, 309:14,
463:17, 464:5
conclusion
158:5, 340:9
condemnation
382:22
condition
281:14
conditions
237:20
conduct
120:14, 387:15,
419:12, 434:13
conducted
3:2, 4:2,
408:18
conducting
338:5
conference
15:1, 249:23
confident
41:19, 177:1

confidential
1:4, 13:10,
182:8, 182:20,
182:21, 183:8,
183:11, 187:16,
187:21, 190:21,
191:13, 191:14,
192:2, 192:5,
192:6, 195:6,
195:10, 199:18,
281:15, 281:16,
282:18, 306:1,
307:6, 307:11,
307:17, 307:21,
307:24, 309:14,
427:13, 427:18,
463:17
confirm
146:10, 181:15,
364:14, 379:7
confounds
259:15
confrontation
114:23, 276:8,
450:20
confronted
154:19, 417:18
confused
79:19, 141:7,
165:7, 171:9,
316:13, 353:6
confusing
75:19, 261:12
congregating
47:16
congress
198:18
congressman
88:10, 88:14
connect
444:10
connected
25:22, 130:14,
360:25, 362:4,
424:18, 429:9
connection
125:21, 422:12,
438:4, 439:8,

440:19
connections
424:3
consequences
396:21, 396:24
conservative
22:23, 23:1,
42:17, 43:15,
44:12, 178:7,
178:23, 179:1
consider
22:23, 25:4,
41:22, 103:13,
103:17, 154:11,
210:8, 210:18,
210:23, 286:21,
429:2
considered
154:11, 194:22
consistent
43:18, 44:11,
282:19, 411:12
consists
290:14
conspiracy
273:25, 344:4
conspired
344:4, 344:7
constantly
411:4
contact
32:4, 135:17,
137:1, 169:16,
262:23, 263:3,
263:13, 264:6,
265:8, 265:13,
266:8, 266:21,
267:11, 267:15,
269:9
contacted
360:1, 360:7,
360:17
contain
414:11, 442:18
contained
370:2, 435:19,
435:20, 444:25
contains
1:4

contend
266:6, 266:15,
266:20, 267:3,
267:8, 269:7,
284:11, 341:21,
343:7, 369:8
contending
171:11
content
270:25, 410:22,
448:14
contention
170:13, 170:16,
211:16, 236:7,
268:12, 273:16
context
68:19, 96:20,
112:19, 112:25,
116:22, 119:21,
120:13, 154:17,
187:12, 280:17,
316:3, 380:10,
382:25, 402:11
continuation
248:21
continue
18:15, 45:2,
73:8, 238:23,
252:10, 278:5,
377:19, 380:4,
426:2
continued
261:14, 276:17
continues
73:4
continuing
57:10, 101:18,
108:22, 125:13,
126:3, 213:12,
221:17, 222:1,
245:6, 248:24,
277:23, 316:16,
319:17, 345:17,
385:3
continuous
181:12
contradicts
411:4, 411:19

**contributing**
156:8
**control**
197:16
**controversial**
211:7
**controversy**
81:1
**convenient**
59:16
**convention**
359:23, 362:12
**conversate**
446:15
**conversation**
177:17, 293:5,
331:11, 333:1,
333:7, 333:10,
334:8, 334:14,
391:15, 425:19,
440:11, 456:11
**conversations**
391:6, 425:20,
441:11, 443:11,
443:21, 451:5
**convinced**
173:19, 429:19
**cool**
36:3
**coordinated**
36:15
**coordination**
36:13
**copied**
179:23
**copies**
363:21, 463:22
**copy**
61:16, 450:3,
464:6, 464:9,
464:11, 464:19,
464:25, 465:3,
465:5, 465:7,
465:14
**corner**
52:7
**corporation**
6:12, 10:19

**correct**
26:4, 45:14,
55:21, 61:7,
67:14, 69:1,
69:2, 78:2,
79:7, 79:9,
91:3, 92:21,
98:24, 100:22,
110:1, 133:15,
158:18, 161:6,
162:14, 163:18,
167:25, 168:20,
177:21, 193:24,
195:17, 195:19,
196:25, 199:1,
205:22, 206:4,
206:5, 217:16,
217:17, 228:11,
228:14, 230:11,
231:2, 231:15,
237:17, 238:17,
238:19, 240:23,
243:23, 244:9,
245:1, 258:6,
258:8, 258:22,
259:24, 263:4,
264:21, 282:15,
283:7, 287:21,
287:22, 290:6,
290:11, 292:8,
295:2, 296:2,
297:23, 312:5,
315:5, 316:23,
325:18, 337:18,
341:4, 347:4,
347:11, 355:12,
358:15, 359:24,
365:8, 368:11,
369:10, 369:17,
381:17, 389:5,
392:19, 395:10,
396:18, 397:18,
405:24, 412:5,
412:12, 417:2,
422:10, 427:23,
430:18, 433:4,
433:23, 435:7,
437:24, 450:10,

461:2, 462:9,
463:13, 466:6
**correcting**
375:19
**correction**
355:25, 402:21
**correctly**
39:2, 66:24,
267:3, 360:20,
460:19
**corresponding**
280:13
**corroborated**
413:24
**cost**
221:4
**costello**
8:8
**couldn't**
46:5, 52:7,
87:3, 105:23,
114:5, 114:17,
147:8, 152:7,
199:3, 211:18,
213:21, 269:13,
276:13, 278:5,
279:22, 284:12,
285:19, 286:14,
313:17, 313:23,
316:6, 436:15
**counsel**
15:2, 16:15,
159:4, 167:17,
167:20, 187:2,
201:22, 248:14,
249:24, 252:5,
268:6, 308:2,
341:7, 419:23,
419:24, 421:21,
426:6, 437:4,
445:5, 456:18,
464:6, 464:21,
466:11
**counsel's**
20:1, 20:6,
159:17, 412:7
**count**
48:19, 216:25,

407:1
**counted**
346:24
**counter**
90:22, 94:12
**country**
43:5, 44:2,
87:20, 178:22,
185:15, 396:13,
410:24, 417:15,
429:20
**country's**
43:24
**county**
466:25
**couple**
29:22, 37:22,
38:20, 39:15,
82:20, 88:3,
90:21, 106:2,
106:7, 117:7,
148:1, 169:18,
179:16, 179:17,
190:14, 190:23,
214:1, 220:17,
221:21, 223:19,
229:10, 232:15,
232:22, 232:25,
253:7, 259:4,
260:24, 264:8,
291:18, 302:3,
322:7, 352:18,
354:8, 356:3,
356:8, 361:18,
362:10, 387:8,
389:14, 395:14,
395:19, 409:19,
440:7, 442:6
**course**
20:2, 21:2,
121:1, 138:8,
167:19, 177:9,
268:23, 305:10,
317:5, 327:9,
330:12
**court**
1:1, 14:18,
16:5, 17:10,

29:5, 172:18,
183:7, 249:15,
250:24, 453:10,
457:20, 458:7
**courtroom**
22:6
**cousin**
195:21
**cov**
26:15, 32:10,
32:11, 34:9,
37:11, 39:9,
84:2, 84:12,
84:13, 84:18,
90:13, 90:19,
117:17, 123:21,
253:25, 290:24,
323:11, 328:13,
328:17, 329:4,
332:3, 344:18,
358:6, 382:7,
384:8, 384:14,
399:24, 418:17,
432:3, 450:17
**cover**
368:12
**coverage**
410:3, 418:12,
424:24
**covered**
23:9, 23:19,
219:23, 220:14,
310:11, 446:6,
446:7, 446:24,
446:25, 449:13
**covering**
163:22
**covers**
197:17, 422:3
**covington**
1:3, 9:24,
14:19, 18:14,
19:2, 19:6,
25:15, 26:1,
26:13, 27:16,
29:20, 31:2,
31:18, 36:20,
49:8, 51:8,

54:14, 56:21,
60:25, 69:1,
71:9, 119:19,
119:22, 123:16,
125:5, 140:5,
185:20, 186:3,
186:15, 205:5,
249:16, 260:16,
328:22, 372:21,
384:16, 388:22,
406:12
**cracker**
60:5
**crackers**
60:5, 79:12,
81:24
**craft**
317:16
**crafting**
318:3
**craig**
9:20, 250:19
**crazies**
26:3
**create**
237:13, 238:5
**created**
33:1
**credibility**
417:25, 421:5
**creepy**
192:18, 192:23
**crew**
317:10
**crimson**
370:21
**crisis**
44:25
**criticism**
77:18
**criticizing**
77:10, 77:13
**crossed**
223:11, 445:8
**crosses**
222:20
**crossing**
267:25

**crowd**
28:12, 45:24,
83:9, 83:13,
86:13, 86:16,
87:10, 148:24,
169:6, 169:13,
169:20, 169:24,
170:4, 172:13,
184:17, 220:16,
227:19, 252:13,
284:9, 284:16,
284:23, 285:20,
285:23, 286:8,
286:25, 309:24,
326:10, 327:13,
327:14, 331:7,
344:18, 375:5,
385:11, 385:19,
388:5, 455:1
**crowded**
137:25
**crowds**
148:22, 149:20
**cry**
33:9, 33:19,
33:20, 33:23,
34:1, 96:21,
134:1
**culture**
23:22, 23:24,
24:18, 52:1,
80:4, 141:20,
142:9, 142:20,
194:22, 211:10,
424:8, 428:16,
428:24, 429:1,
429:9
**cultures**
381:11, 401:8,
406:14
**cup**
322:7
**cupping**
240:7, 322:20
**cups**
323:3
**curious**
22:12, 97:5,

304:17
**current**
129:22, 219:8,
420:25, 436:11,
438:17
**currently**
18:8, 23:8,
298:16, 437:14,
462:15
**curriculum**
23:17, 23:18
**cursor**
78:15, 160:21,
160:23, 165:12,
202:1, 204:12,
227:13, 227:14,
228:6, 302:17,
341:25, 357:19
**cut**
256:20, 277:3,
277:23, 284:21,
313:4
**cuts**
162:11, 162:21,
325:2
**cv--wob-cjs**
1:11, 1:21,
1:34, 14:5,
14:7, 14:10,
249:2, 249:4,
249:7
**cynical**
288:21, 429:18

**D**

**dad**
21:11, 144:3,
144:15, 151:10,
151:12, 395:8,
395:12, 402:3,
402:24, 403:1,
403:12, 404:11,
404:12, 404:13,
405:2
**damages**
421:5
**dame**
34:10, 36:9,

damn
72:19

dan
402:14, 403:2

dance
32:14, 32:19

danced
141:10

dancing
47:20, 379:22

danger
380:25

dangerous
102:12, 235:24,
235:25

daniel
8:7, 12:7

dark
429:18

darren
7:14, 11:21,
15:13, 250:5,
464:22

darts
419:9

data
77:8, 435:20,
435:23, 436:5,
436:23, 437:3,
437:7

date
14:20, 17:23,
249:17, 292:14

dating
447:22

dave
168:2

david
361:24

davis
5:15, 9:15,
250:3

day
34:19, 40:23,
46:1, 50:19,

95:13, 106:6,
168:18, 186:19,
186:21, 186:25,
197:5, 248:9,
248:23, 259:20,
306:21, 353:20,
382:8, 384:9,
408:16, 408:21,
408:24, 409:1,
409:2, 429:4,
429:10, 429:17,
430:11, 430:15,
430:16, 430:17,
430:19, 430:20,
430:21, 438:21,
452:5, 455:12,
466:17

day-long
399:25

daylight
14:22, 249:19

dayron
386:16

days
29:16, 90:21,
406:25, 409:19

daytime
409:8

dba
14:6, 249:3

dc
5:17, 9:17,
36:2, 36:17,
38:1, 38:7,
40:4, 46:23,
48:1, 52:3,
119:16, 125:20,
175:19, 203:25,
270:21, 361:3,
361:9, 362:5,
365:17, 391:11,
392:9, 392:12,
406:7, 430:6

dead
306:20, 436:2

deal
424:8, 425:24,
429:22

dealing
76:15, 94:5,
182:20, 381:4,
424:6

dealt
121:10

debate
367:17, 380:21,
416:3

debating
377:10, 416:5

decide
121:1, 440:14

decided
35:24, 40:1,
40:3, 41:12,
100:6, 185:1,
198:19, 415:25

deciding
41:10, 176:10,
189:1

decision
93:22, 193:22,
203:5, 221:9,
233:22, 380:10

declared
18:15

decline
44:19, 45:2

deep
216:22

deeply
175:20

defend
384:22

defendant
1:14, 1:25,
6:11, 10:18,
250:19

defendants
1:37, 2:10,
2:23, 2:35,
5:10, 5:19, 6:3,
6:18, 7:3, 7:11,
9:10, 10:3,
10:10, 11:3,
11:11, 11:18,
16:15, 250:18,

250:21, 252:5,
465:7

defending
455:6

defense
35:6, 384:8,
384:13

define
426:5

defining
296:14

definite
243:18

definitely
22:20, 23:19,
33:14, 100:10,
203:10, 218:4,
331:16, 365:25,
453:3, 455:11

definition
280:17, 296:10

defrank
5:6, 9:6

degrees
109:12

delete
440:7, 441:10,
447:25, 448:8

deleted
289:14, 289:16,
290:8, 432:4,
432:23, 439:20,
439:24, 440:5,
440:12, 442:11,
443:13, 443:18,
443:19, 445:17,
447:24, 448:7

deletes
446:21

deleting
289:13

deliberately
278:5

delivered
359:21

demeaningly
417:5

democrats
75:4, 77:12,

77:13
**demographics**
178:9
**demonstrates**
273:24
**demonstration**
346:11
**dentons**
5:22, 6:6,
10:6, 10:13
**depends**
154:22, 207:20
**depict**
147:21, 147:24
**depos**
8:8, 12:8,
14:24, 16:7,
249:21, 251:1
**deposition**
3:1, 4:1, 14:2,
14:24, 16:22,
22:8, 132:11,
182:10, 182:20,
182:25, 191:12,
191:14, 248:22,
248:24, 249:22,
281:16, 282:17,
422:12, 452:3,
464:5, 466:4
**depression**
281:19
**derogatory**
68:22, 82:12,
378:15, 387:17,
387:22
**describe**
37:9, 52:3,
60:15, 201:3,
265:12, 363:12,
368:20
**described**
96:25, 134:7,
223:18, 333:3,
335:18, 387:12
**describes**
367:8, 416:24
**describing**
80:12, 161:15,

178:4, 332:25,
334:20, 335:9,
335:11
**description**
287:6
**designated**
28:9, 183:10,
195:9, 305:25,
307:23, 427:17
**designation**
66:14
**desktop**
431:16
**determined**
269:24
**detroit**
190:1, 190:7,
365:12, 365:17
**developed**
100:10
**device**
431:20, 432:1,
432:13, 437:12
**devices**
431:5, 431:14,
438:15
**dianna**
1:42, 4:9,
16:6, 250:25,
465:1, 466:3
**dick**
301:8, 301:20,
306:10, 308:9,
339:21
**die**
46:12, 426:4,
426:5
**died**
46:14, 391:21
**dies**
392:1
**difference**
151:25, 154:16,
166:16, 212:13,
237:18, 367:18
**different**
28:15, 29:19,
36:23, 67:13,

79:12, 106:7,
110:23, 116:22,
116:25, 146:14,
147:5, 206:18,
208:6, 212:20,
214:6, 236:8,
340:10, 356:7,
362:13, 363:21,
366:2, 378:5,
385:15, 398:24,
401:8, 411:16,
415:16, 415:19,
451:15, 453:24,
454:3, 460:2
**differently**
119:20, 460:3
**difficult**
86:14
**diffuse**
415:24
**digital**
274:11
**dignity**
404:18
**dinner**
392:15
**diocese**
36:16, 37:24,
393:13, 393:20,
396:4, 396:7,
396:11, 396:20,
404:16, 425:24
**direct**
177:17, 191:17,
195:14, 439:11,
442:3, 443:4,
443:7, 443:14,
443:18, 443:20,
444:2, 444:8,
444:9, 444:13
**directed**
50:9, 65:16,
65:18, 135:19,
298:7, 305:4
**directing**
27:24, 136:16
**direction**
101:23, 102:6,

102:8, 118:20,
161:21, 164:13,
164:22, 193:7,
214:6, 279:12,
280:11, 284:19,
325:16, 424:9,
466:9
**directly**
154:19, 169:16,
195:16, 217:10,
220:13, 226:12,
414:4, 414:13,
425:7
**dirt**
219:25
**disagree**
58:22, 75:6,
75:9, 75:13,
77:7, 101:21,
113:14, 113:18,
158:6, 189:4,
189:8, 194:18,
195:1, 197:13,
255:4, 255:8,
255:10, 399:16,
421:4
**disagreed**
399:18
**disagrees**
131:3
**disbelieve**
417:9, 417:11
**discarded**
432:12
**discharged**
410:21, 412:21,
412:25, 413:2,
413:10, 413:20
**disclosures**
450:5
**discovered**
413:21
**discovery**
379:20, 434:9,
438:4, 439:9,
440:20, 444:6,
444:20, 449:9
**discuss**
398:16, 398:20,

399:11, 400:2,
452:8

**discussed**
132:10, 417:24,
442:12, 452:2,
455:12

**discusses**
281:14

**discussing**
125:11, 238:22,
353:10, 356:1

**discussion**
361:2, 454:10,
454:19, 465:10

**disgusting**
387:11

**dishonest**
59:10, 138:21,
158:2, 158:4

**dishonestly**
452:17, 452:19

**dishonorably**
410:21, 412:21,
412:25, 413:2,
413:10, 413:20

**dislike**
194:14

**disney**
5:11, 9:11,
16:17, 252:7

**disparaging**
340:14, 340:17,
340:19

**dispensed**
86:16

**display**
387:8, 439:14

**dispute**
157:5

**disrespect**
404:8

**disrespectful**
154:4, 154:11,
154:12, 155:16,
210:9, 210:12,
210:19, 210:24,
211:3, 211:12,
254:22, 255:5,

255:24, 256:6,
256:9, 257:15,
271:12, 297:8,
305:9, 321:2,
420:9

**distance**
92:11, 114:3,
203:18, 204:3

**district**
1:1, 1:2,
14:18, 88:11,
249:15

**dived**
412:17

**division**
1:3, 14:19,
249:16

**dm**
177:3, 440:10,
440:19

**dmed**
439:15, 440:11

**dms**
444:15, 444:23,
445:3, 445:6

**doc**
393:11, 397:20,
398:1, 398:9

**doctor**
284:24, 285:5,
285:6, 286:7,
286:24

**doctors**
286:10

**document**
182:8, 190:25,
191:4, 307:16

**documents**
454:15

**doing**
20:9, 22:2,
47:17, 50:25,
63:7, 63:9,
64:3, 94:7,
94:19, 96:7,
96:10, 97:20,
97:24, 110:17,
112:14, 116:7,

118:9, 119:2,
124:7, 132:3,
133:24, 136:6,
138:8, 141:12,
141:19, 147:17,
151:23, 152:9,
153:21, 154:17,
154:19, 155:5,
155:8, 156:4,
179:6, 185:3,
185:15, 189:14,
206:2, 209:22,
209:24, 210:1,
210:8, 210:20,
212:7, 226:24,
261:7, 261:21,
316:9, 316:12,
318:5, 318:7,
322:23, 329:13,
340:7, 352:3,
360:5, 365:22,
374:12, 411:20,
415:20, 416:3,
416:5, 428:10,
428:18, 452:3

**donahue**
242:7, 242:8

**donald**
49:25, 123:14,
123:15, 124:18

**done**
24:4, 27:22,
32:21, 33:12,
33:15, 40:5,
80:14, 88:13,
88:16, 95:7,
124:13, 142:16,
142:24, 153:11,
177:11, 185:15,
218:20, 218:21,
275:16, 275:17,
290:9, 394:5,
399:1, 405:17,
409:22, 410:3,
441:1, 447:9,
460:3, 463:19

**double**
253:3

**down**
17:11, 28:13,
31:13, 31:14,
34:9, 37:16,
47:9, 69:15,
89:17, 105:13,
105:17, 120:1,
120:12, 132:19,
140:13, 140:14,
151:11, 151:17,
152:5, 168:10,
174:11, 176:20,
191:21, 205:20,
206:3, 207:1,
207:5, 218:24,
219:11, 219:15,
219:19, 219:20,
229:14, 229:21,
229:22, 246:5,
247:14, 260:2,
286:6, 287:7,
331:18, 343:3,
351:11, 377:10,
390:17, 398:3,
403:22, 404:24,
406:9, 414:25,
426:4, 426:5

**dozens**
99:8, 99:21

**draft**
363:21, 363:23,
395:4

**drafted**
395:25, 430:16,
430:20, 430:22

**drafting**
405:16

**drafts**
363:8, 395:1,
395:6

**drag**
379:18

**draw**
160:2

**draws**
22:4

**dream**
342:19

**dressed**
83:25
**drive**
5:7, 6:7, 7:16,
9:7, 10:14,
11:23
**driver**
37:17
**driving**
20:14, 37:13,
42:15
**dropped**
34:8
**drown**
88:5, 89:1,
91:2, 91:4
**drowning**
93:24, 94:12
**drum**
141:16, 141:19,
142:1, 142:8,
150:22, 169:16,
169:17, 171:23,
180:17, 182:5,
183:19, 184:5,
184:7, 200:8,
201:4, 201:12,
201:16, 203:8,
213:19, 271:5,
278:25, 297:14,
314:16, 314:19,
315:4, 315:7,
315:8, 316:11,
335:19, 351:25,
401:15, 416:8,
416:12
**drummer**
202:12
**drumming**
183:25, 184:1
**drums**
142:13, 416:11
**dude**
308:10, 308:16
**due**
382:17
**duly**
16:11, 252:3

**duress**
260:20
**during**
20:19, 28:25,
34:6, 43:3,
44:20, 55:1,
76:18, 134:8,
298:8, 298:23,
299:10, 327:19,
410:25, 412:7,
417:15, 440:25,
444:6, 444:19,
451:6
**dying**
308:10, 308:16,
308:19, 438:21
**dynamic**
145:1

**E**
**e-mail**
259:20, 260:14,
260:20, 295:22,
393:12, 394:3,
394:13, 394:24,
395:8, 395:11,
395:12, 395:13,
397:7, 402:2,
402:3, 402:11,
402:13, 402:24,
403:7, 426:25,
431:24, 432:16,
432:17, 433:7,
433:18, 433:19,
434:10, 438:6,
438:11, 438:12
**e-mailed**
434:2, 434:4
**e-mails**
299:4, 394:20,
432:4
**each**
14:17, 28:15,
203:22, 230:13,
256:2, 275:4,
336:12, 338:7,
343:16, 343:22,
351:7, 391:16,

450:11
**ear**
331:22, 331:24
**earlier**
42:16, 50:19,
82:11, 119:8,
133:2, 185:20,
185:25, 200:5,
207:24, 211:14,
224:3, 261:25,
273:6, 288:25,
297:1, 306:20,
309:8, 309:12,
319:3, 335:8,
340:3, 344:1,
354:22, 355:2,
356:24, 357:14,
365:10, 366:14,
368:22, 384:9,
386:25, 418:13,
418:23
**early**
38:2, 289:6,
313:4, 354:17,
408:22, 430:7
**earrings**
342:19
**earshot**
93:1, 93:2,
390:11
**ease**
396:13
**easier**
54:3, 225:7
**easily**
25:21, 119:9,
409:10
**east**
9:22
**eastern**
1:2, 14:18,
14:22, 249:15,
249:19
**easy**
148:13, 159:25
**eat**
392:11
**economics**
18:25

**edit**
351:11
**edited**
363:25
**edu**
433:22, 434:9,
434:13
**educate**
400:13
**educated**
68:20, 267:19
**effect**
415:3, 416:19
**effective**
295:16
**effectively**
26:17
**effort**
43:7, 278:15,
396:12, 459:24
**eight**
407:2
**eighth**
19:19, 448:3
**either**
67:15, 91:7,
156:9, 157:13,
225:15, 236:2,
257:4, 266:13,
311:5, 311:25,
312:20, 313:23,
328:3, 334:15,
371:21, 376:18,
407:5, 416:14,
430:19, 435:10,
435:12, 435:15,
435:16, 442:14,
452:25, 457:15
**elder**
188:22, 269:21,
269:23, 270:5,
270:12, 343:18
**elderly**
142:19, 305:1
**elders**
142:21, 193:4
**elected**
190:24

**electronic**
431:5
**elevating**
424:23
**elongating**
428:11
**else**
40:15, 42:24,
58:21, 91:24,
92:4, 92:13,
92:17, 93:22,
99:1, 113:14,
121:7, 122:19,
132:19, 157:15,
179:6, 199:8,
214:4, 259:6,
278:11, 278:17,
298:5, 311:2,
328:16, 332:22,
333:2, 333:4,
343:7, 355:17,
355:21, 365:18,
374:3, 384:24,
417:20, 418:2,
419:11, 421:2,
422:7, 427:8,
444:13, 455:7,
457:7, 459:12,
465:13
**emoji**
428:2
**emotions**
396:13
**employed**
19:23, 466:12
**employment**
20:25
**en**
290:7
**encircling**
164:4
**encounter**
48:22, 259:10,
259:21, 283:13,
284:9, 298:8,
298:23, 299:10,
327:19, 338:20,
340:17, 344:12

**encumbered**
235:13
**end**
22:8, 29:3,
29:11, 37:23,
71:1, 83:25,
105:12, 154:9,
162:1, 330:7,
349:5, 396:15,
401:6, 425:25,
433:5, 450:20,
451:6, 457:2
**ended**
30:6, 38:21,
38:23, 38:24,
147:19, 180:14,
197:10, 293:6,
331:8, 363:5
**ending**
311:5
**ends**
66:14, 118:19,
156:6, 325:23
**energy**
79:20
**engage**
338:23
**engaging**
155:25
**enough**
27:12, 44:4,
92:11, 142:4,
146:15, 167:7,
175:4, 176:17,
184:7, 188:4,
217:3, 260:23,
266:12, 274:12,
274:24
**entered**
104:12, 105:3,
277:8, 367:9
**enters**
31:19
**entire**
101:15, 256:2,
317:9, 362:20,
368:12
**entirely**
273:14, 274:1

**entitled**
96:25, 97:2,
97:3, 211:21,
381:19, 382:1
**entourage**
337:20, 337:22,
341:22, 343:8,
355:3, 355:19,
357:25
**environment**
91:7, 98:20
**epithet**
60:14
**epithets**
63:15, 81:18,
91:19
**equal**
67:25
**equally**
194:15
**equate**
365:25
**equivalent**
103:16
**error**
434:20
**esau**
129:4, 129:5,
129:10, 129:18,
130:1, 130:13,
130:17
**escalate**
99:3, 102:12,
114:22
**especially**
44:25, 50:19,
80:13, 120:19,
147:14, 149:20,
193:2, 221:6,
286:10, 381:3,
399:14
**esquire**
5:4, 5:5, 5:13,
5:14, 5:21, 6:5,
6:13, 6:20, 7:5,
7:14, 9:4, 9:5,
9:13, 9:14,
9:20, 10:5,

10:12, 10:20,
11:5, 11:13,
11:21
**essentially**
100:23, 360:14,
402:18, 403:11,
456:21
**established**
236:24, 409:10
**estimation**
95:9
**et**
1:36, 2:9,
2:34, 14:3,
14:8, 14:9,
14:10, 14:11,
14:13, 14:14,
14:15, 14:16,
248:25, 249:2,
249:5, 249:6,
249:7, 249:8,
249:10, 249:11,
249:12, 249:13,
258:21
**europe**
330:13, 330:16,
339:16
**european**
24:8
**evaluate**
140:20
**even**
32:9, 43:3,
52:8, 55:18,
58:16, 68:22,
85:6, 85:20,
86:21, 100:7,
101:20, 123:5,
127:11, 127:13,
146:9, 163:24,
163:25, 164:12,
164:18, 164:21,
165:16, 165:22,
170:17, 175:9,
181:12, 190:2,
193:25, 194:7,
194:8, 198:10,
212:16, 214:4,

216:3, 218:9,
218:10, 225:10,
227:15, 260:17,
262:7, 271:17,
272:20, 274:7,
274:14, 274:21,
279:11, 280:12,
282:25, 286:15,
297:16, 305:4,
313:17, 317:18,
317:23, 329:3,
332:19, 333:21,
341:2, 379:24,
381:4, 397:10,
404:7, 419:6,
423:8, 425:14,
431:11, 439:14,
439:19, 441:13
**evening**
306:13
**event**
52:19, 61:22,
97:7, 119:21,
191:6, 270:12,
273:18, 274:19,
299:15, 400:13,
418:4, 440:2,
448:12
**events**
95:9, 119:16,
363:12, 411:10,
417:17
**eventually**
37:15, 40:10,
173:18, 317:17,
331:6, 390:19,
394:25, 426:6
**ever**
16:22, 19:23,
23:20, 31:17,
32:3, 32:13,
32:21, 43:20,
45:8, 49:4,
51:4, 53:3,
87:23, 98:18,
142:16, 150:4,
171:3, 187:5,
191:6, 197:4,

211:24, 262:2,
272:23, 283:24,
284:16, 285:4,
287:1, 289:13,
289:17, 297:8,
298:14, 298:20,
303:6, 309:2,
323:8, 327:16,
327:21, 327:25,
331:10, 340:13,
340:17, 368:3,
368:9, 402:6,
405:2, 405:4,
405:9, 405:12,
414:4, 414:13,
417:3, 432:20,
433:20, 442:12,
442:22, 443:18,
443:19, 448:16,
448:17, 448:18,
448:21, 449:3,
449:25, 451:2,
451:4, 451:17,
452:2, 452:9,
452:24, 452:25,
453:5, 453:7,
454:21, 455:24,
456:1, 456:10,
456:14
**every**
28:15, 28:19,
35:5, 52:6,
67:5, 86:5,
86:12, 97:15,
388:4, 390:5,
410:12, 441:8,
445:11
**everybody**
16:4, 35:14,
94:23, 95:4,
95:12, 132:19,
235:6, 331:7
**everyone**
25:20, 26:18,
43:6, 43:7,
45:21, 48:19,
52:9, 89:18,
89:20, 97:2,

97:11, 101:24,
115:17, 119:4,
121:1, 132:9,
148:14, 167:5,
328:16, 338:2,
354:3, 381:8,
382:5, 390:12,
400:17, 406:11,
465:13
**everyone's**
197:23, 406:14
**everything**
43:25, 251:21,
390:8, 405:24,
411:23, 432:18
**evidenced**
149:23
**evil**
423:6
**exact**
97:24
**exactly**
20:23, 40:15,
83:10, 128:16,
182:9, 183:2,
186:2, 225:11,
267:16, 268:5,
272:16, 331:23,
353:17, 377:16,
423:2, 445:2
**exaggerating**
428:11
**examination**
13:2, 16:15,
252:5
**examiner**
192:17, 192:21
**example**
43:4, 44:16,
53:21, 106:8,
148:9, 151:22,
395:20, 422:17,
423:10, 444:15,
453:2, 457:1
**examples**
423:14
**except**
52:12, 381:10

**excerpt**
51:17, 158:9
**excerpts**
29:23, 54:6
**exchange**
85:25, 144:1,
188:7, 428:13
**exchanged**
181:17, 181:20,
290:16
**excited**
34:24, 152:1
**excuse**
20:10, 22:1,
196:25, 218:5,
224:15, 330:9,
360:12, 404:12,
450:20
**exercised**
121:4
**exhibits**
104:14, 180:2,
190:14, 287:14,
464:16, 464:18,
464:23
**exist**
97:13
**existed**
444:19
**exists**
190:12, 273:10,
273:11, 430:2,
433:15
**exit**
416:1
**exited**
346:23, 347:9
**exiting**
345:23, 346:1
**expect**
94:2
**expectation**
39:5
**expectations**
38:14, 38:17,
38:18
**expecting**
271:19

expelled
411:5
expense
197:6
experience
22:10, 36:3,
95:24, 95:25,
174:16, 193:1,
340:22, 381:9,
406:12, 455:7
experienced
80:7
expires
466:18
explain
132:2, 177:15,
195:12, 270:2,
367:10, 392:7,
402:10
explained
454:8
explanations
404:5
explore
381:19, 382:1,
400:21
express
119:1, 293:22,
405:2
expressed
288:23, 339:14,
405:4, 410:15
expressing
103:23, 127:20,
143:3, 420:19
expression
120:3, 120:6,
296:11
extent
192:7, 307:14,
381:23
extremely
97:4
eye
262:23, 263:3,
263:12, 264:6,
265:8, 265:13,
266:7, 266:8,

266:21, 267:11,
267:15, 269:9
eyes
267:4, 348:17,
349:1, 349:2
eyewitness
451:1, 451:25

F

f-ing
346:12, 349:6,
349:11, 349:23,
350:24
face
29:4, 125:1,
163:23, 169:18,
173:19, 175:8,
175:12, 180:17,
182:4, 183:19,
183:24, 183:25,
184:8, 187:13,
187:14, 188:23,
188:24, 204:14,
221:6, 236:25,
291:6, 291:13,
292:22, 304:13,
319:9, 325:22,
334:22, 340:21,
367:15
facebook
447:23, 448:4,
448:12, 448:16
faces
128:15
facial
296:10, 303:5
facing
45:19, 73:20,
230:13, 232:8,
357:10
fact
42:2, 98:17,
110:3, 121:19,
136:9, 149:4,
171:19, 176:2,
223:23, 225:10,
270:14, 274:11,
279:22, 279:23,

282:3, 339:1,
343:17, 409:9,
442:16
factor
42:15
facts
22:7, 192:1,
272:22, 273:16,
281:17, 282:14,
318:12, 351:14,
390:16
factual
452:21
factually
127:25, 417:2
failed
44:24
fair
27:12, 27:14,
44:4, 50:10,
55:22, 67:7,
67:24, 77:24,
79:11, 81:7,
85:24, 93:6,
94:11, 100:13,
100:21, 113:13,
118:8, 120:24,
140:22, 146:15,
155:14, 161:14,
167:7, 167:10,
184:25, 187:11,
188:4, 191:8,
217:3, 254:5,
254:18, 255:3,
260:23, 266:12,
274:24, 293:1,
293:20, 296:1,
296:21, 297:19,
305:17, 308:25,
320:12
fairly
423:9
faith
22:14, 22:16,
380:9, 432:19
fall
218:25, 221:5
fallen
219:9, 234:6

falling
184:21, 218:23
falls
434:6
false
411:9
falsely
410:23
familiar
91:13, 95:20,
119:19, 343:16,
401:18
family
410:24
fan
27:1, 27:12,
178:11, 179:2,
304:4
fans
155:1, 303:25,
304:1
far
100:21, 334:8,
335:13, 354:13,
424:23, 434:24,
436:18, 440:16
fashion
387:22
fashioned
431:16
father
393:16, 393:18,
394:14, 397:8,
397:14, 402:3,
402:13, 403:2
father's
405:9
favorites
288:6
fee
35:16
feed
289:11, 289:15,
290:3, 379:25,
442:24
feedback
19:10
feel
44:6, 44:19,

52:2, 79:16,
80:16, 81:12,
91:10, 93:23,
115:18, 184:11,
184:20, 197:14,
210:5, 211:9,
211:22, 259:6,
262:11, 263:7,
278:20, 285:22,
288:23, 289:2,
380:23, 382:13,
410:17
**feeling**
100:3, 100:4,
221:10, 313:21,
334:16
**feelings**
292:11
**feet**
79:23, 92:10,
137:15, 137:17,
167:1, 170:7,
170:14, 218:5,
218:6, 236:15,
263:24, 277:9,
279:10, 325:8
**fellow**
70:15, 71:6,
117:11, 117:21,
135:5, 164:8,
164:9, 165:2,
165:3, 201:24,
202:10, 205:10,
207:22, 222:19,
223:10, 241:24,
242:2, 245:19,
246:18, 283:21,
300:17, 302:19,
302:24, 342:12,
353:18, 357:6,
357:20, 367:6,
372:16, 386:3,
458:22
**felt**
25:18, 25:22,
50:21, 50:22,
80:6, 80:9,
80:11, 127:20,

128:11, 131:11,
176:17, 184:8,
185:5, 185:10,
191:23, 192:8,
192:18, 193:23,
200:12, 211:14,
211:16, 211:18,
211:20, 258:24,
259:8, 276:2,
276:4, 278:24,
284:7, 284:11,
284:13, 292:20,
292:25, 293:6,
293:21
**few**
29:16, 58:4,
181:11, 216:15,
228:15, 230:16,
301:22, 313:3,
319:7, 385:2,
389:24, 390:19,
443:4
**field**
29:4, 35:7,
174:10, 262:1
**fight**
98:19, 98:22,
114:12, 127:12,
303:25, 411:15,
411:20, 415:4,
415:5, 415:14,
416:17, 423:6
**fighting**
114:16
**figure**
328:20, 329:9
**figured**
174:15, 175:10,
199:7, 199:12,
292:15
**fike**
25:8, 40:14
**file**
182:21, 182:25
**filed**
14:17, 103:11,
182:22, 249:14,
344:16, 412:11,

412:14, 412:15,
426:7
**fill**
387:2
**filled**
258:16, 286:11
**filling**
226:7, 283:14
**fills**
126:15
**film**
135:14, 271:18,
273:18, 275:5,
361:5
**filming**
200:18, 271:16,
271:22, 271:25,
274:9, 274:10,
274:18, 366:17
**final**
438:21
**finally**
424:22
**financial**
21:14, 466:13
**find**
45:23, 46:5,
121:7, 194:14,
211:12, 233:21,
303:21, 374:9,
429:21, 436:13,
436:14, 444:16,
461:7
**fine**
43:25, 130:12,
182:15, 192:10,
211:4, 239:18,
251:9, 251:21,
268:2, 269:5,
281:21, 281:25,
282:7, 282:9,
282:22, 287:17,
363:13, 404:21
**finish**
171:1, 171:22,
369:19, 415:18
**finished**
39:16, 177:7,

363:5
**finishing**
45:16, 415:8
**fired**
434:5
**firm**
20:1, 51:13
**first**
25:6, 29:25,
35:19, 42:12,
47:9, 47:25,
48:1, 68:12,
70:6, 73:5,
75:24, 133:4,
133:10, 140:10,
141:9, 151:20,
154:25, 159:11,
169:8, 173:10,
174:11, 178:3,
185:6, 190:4,
221:8, 225:8,
232:8, 234:23,
258:25, 262:2,
263:21, 264:2,
264:21, 265:9,
265:17, 275:23,
279:25, 286:3,
290:18, 292:13,
303:7, 306:3,
306:15, 308:3,
326:9, 329:8,
333:22, 337:2,
337:5, 337:12,
337:13, 353:1,
361:1, 361:2,
364:5, 364:14,
383:19, 389:1,
391:22, 392:4,
392:14, 393:3,
395:8, 397:19,
398:17, 399:10,
402:15, 403:8,
405:14, 408:23,
409:1, 425:8,
430:24, 433:4,
436:15, 444:1,
453:24, 458:16,
458:23, 459:15,

459:24, 460:20,
460:22
**fist**
102:2
**fists**
29:12, 102:7,
118:21, 118:24,
120:2, 120:12,
123:14, 124:20
**fit**
100:7
**five**
25:4, 99:7,
99:10, 101:3,
128:19, 137:16,
166:25, 233:6,
238:25, 263:24,
270:16, 275:3,
289:22, 310:21,
320:5, 322:19,
325:8, 326:9,
326:24, 343:6,
343:15, 344:6,
344:10, 346:6,
353:25, 361:20,
392:10
**flat**
184:18
**flew**
361:9
**flex**
29:15
**flights**
361:25
**flip-flop**
404:22
**floor**
6:23, 7:8,
11:8, 11:15,
31:9
**florida**
153:13, 154:18,
155:1
**focus**
23:16, 25:20,
47:24, 300:4,
309:24, 312:23,
314:3, 320:7,

323:21, 329:21,
329:24, 348:2
**focused**
23:24, 24:1,
78:2, 79:24,
107:11, 298:1,
456:8
**focusing**
327:13
**folks**
283:17
**follow**
28:2, 199:8,
225:9, 341:25
**follow-up**
285:24
**followed**
169:4, 287:7,
337:25, 338:3,
338:8
**following**
183:9, 195:8,
200:17, 305:24,
307:22, 427:16
**follows**
16:12, 252:4
**food**
392:11
**foot**
175:11, 176:20,
247:21
**footage**
271:24, 373:5
**football**
26:18, 26:24,
27:4, 97:7,
100:17, 153:1,
153:5, 154:18
**footing**
247:5, 247:10,
247:11
**force**
256:4
**forced**
452:7, 454:9
**ford**
7:14, 11:21,
15:13, 250:5,

464:22
**foregoing**
466:4, 466:5
**foremost**
42:12, 364:5
**forensically**
435:23, 436:24,
438:18
**forget**
432:7
**form**
72:4, 261:18,
263:10, 278:9,
395:1
**formally**
453:5
**formation**
89:19
**forth**
99:15, 117:9,
281:19, 291:18
**forward**
78:10, 106:16,
158:25, 161:17,
193:8, 194:3,
199:4, 199:15,
202:15, 243:4,
261:15, 264:13,
276:14, 276:18,
276:25, 280:12,
319:8, 357:10,
358:3
**fought**
411:2
**foul**
384:22
**found**
46:19, 80:22,
88:9, 338:22,
393:8, 410:22,
414:7, 424:24,
435:4, 448:4,
462:19
**four**
27:23, 99:7,
99:10, 132:16,
137:7, 166:22,
204:20, 270:16,

308:4, 308:8,
308:12, 326:24,
329:8, 361:20,
392:10, 432:9,
432:10, 450:5,
457:6
**fourth**
191:20
**fr**
393:15
**frame**
30:20, 62:7,
69:6, 70:24,
111:21, 122:14,
137:16, 141:6,
147:1, 205:10,
206:24, 208:15,
212:1, 212:2,
220:7, 229:25,
230:1, 231:17,
235:5, 238:23,
242:20, 242:24,
243:10, 247:14,
321:18, 322:9,
345:23, 346:7,
352:16, 389:13
**frames**
223:19, 233:11,
389:14
**frankly**
85:22, 384:20
**free**
38:16, 223:25,
224:1, 224:2,
225:3, 406:15
**freedom**
34:22
**freshman**
19:3, 33:20,
35:23, 121:20,
323:13, 387:12,
387:24, 431:10,
432:8
**freshmen**
33:19, 50:4,
121:21
**friday**
37:6

**friend**
70:18, 181:23
**friendly**
25:11, 80:3,
94:13, 195:24,
295:7
**friends**
25:4, 39:25,
40:12, 45:22,
46:4, 94:15,
121:25, 168:5,
203:14, 203:15,
283:18, 283:19,
352:19, 389:25,
390:19, 424:16,
427:25, 442:7,
442:10
**fries**
25:9, 40:13,
195:16, 300:5,
300:8, 302:4,
304:13, 304:15,
306:7, 312:23,
330:1, 332:16,
339:20, 340:2,
449:10, 450:8,
451:8, 456:17
**front**
22:5, 47:23,
48:10, 61:18,
69:20, 89:17,
112:11, 141:8,
168:24, 175:1,
176:10, 204:20,
204:23, 205:8,
205:9, 215:19,
218:13, 219:4,
228:24, 231:13,
232:4, 236:15,
245:19, 248:6,
251:7, 264:17,
264:22, 276:11,
278:15, 278:18,
286:12, 303:12,
339:9, 347:1,
361:10, 385:10,
385:19, 385:20,
458:11, 458:13

**fronting**
120:12
**frost**
6:14, 10:21
**frowned**
375:17
**ft**
5:8, 7:17, 9:8,
11:24
**fuck**
334:22
**fucking**
317:2
**full**
1:4, 17:18,
17:19, 248:16,
403:23
**fully**
43:20, 65:4,
92:25, 190:3,
436:21
**fun**
211:9, 211:12
**functioned**
43:17, 422:15
**funny**
109:17, 109:20,
112:9, 125:2,
303:21, 308:20,
308:21, 309:11,
429:5, 429:12,
429:16
**further**
209:19, 277:23,
382:21, 390:6,
407:4
**furthermore**
411:3
**future**
299:19

G

**gain**
403:9
**gained**
412:6
**gallagher**
40:16, 306:7

**game**
28:19, 31:3,
31:6, 31:19,
33:15, 34:6,
34:20, 41:16,
153:1, 154:18,
155:4, 270:7
**games**
26:22, 26:24,
32:9, 95:14,
95:18, 153:5,
433:10
**gannett**
2:19, 6:18,
6:19, 7:3, 7:4,
11:3, 11:4,
11:11, 11:12,
14:13, 15:18,
15:20, 15:21,
104:9, 249:10,
250:13, 250:15,
345:8
**gap**
367:18
**gary**
395:15
**gather**
351:6
**gathered**
45:21
**gatherers**
150:1
**gathering**
47:3
**gauge**
49:3
**gave**
90:3, 145:23,
173:1, 275:8,
275:11, 295:9,
361:11, 362:10,
364:21, 378:9,
411:3, 418:8,
427:5, 427:8
**gay**
53:22
**gays**
53:24

**gci**
51:12
**gear**
156:7
**general**
32:7, 32:18,
159:18, 362:11,
378:1, 393:19,
447:12
**generalizations**
398:25
**generally**
174:9, 327:12,
354:3, 359:4
**gentleman**
203:7
**genuine**
420:20, 420:21
**gerdemann**
395:15
**germany**
423:6
**gesticulating**
101:3, 101:13,
102:7
**gesture**
94:13, 94:18,
105:24, 110:13,
123:3, 378:10
**gestures**
17:12
**getting**
19:10, 42:15,
91:8, 118:9,
126:15, 128:16,
132:9, 137:11,
137:20, 171:9,
173:19, 185:6,
212:14, 258:24,
340:21, 366:7,
433:13
**gibson**
34:20
**gift**
41:6, 41:25,
42:3
**girl**
418:16

**girlfriend**
40:19, 45:23,
46:5
**girls**
36:10, 54:16
**gist**
397:5
**give**
17:7, 17:9,
25:25, 138:19,
147:8, 148:2,
154:14, 155:12,
156:24, 157:2,
160:13, 286:20,
292:3, 292:6,
292:10, 292:19,
311:1, 337:4,
397:10, 404:24,
441:13
**given**
68:19, 120:19,
120:22, 155:14,
157:3, 157:9,
198:1, 204:17,
279:23, 383:3,
384:8, 426:15,
466:7
**gives**
34:21, 313:19,
415:19
**giving**
138:20, 293:7,
378:12
**glanced**
219:20
**glasses**
202:22, 300:14
**global**
45:1
**glued**
410:1
**gmail**
432:25, 433:5,
434:12, 434:21
**go-ahead**
292:7, 292:10
**goal**
198:10

**goellner**
250:20
**goes**
28:13, 66:6,
109:18, 114:16,
163:21, 185:14,
350:23, 360:10,
418:16, 424:24,
434:24, 453:10,
455:1
**goggles**
53:14
**golf**
20:2, 21:2,
21:3, 41:11,
41:13, 41:16,
41:20
**gone**
35:3, 35:20,
121:11, 142:16,
149:24, 173:12,
173:14, 186:1,
232:17, 233:23,
265:14, 276:13,
277:8, 309:5,
436:1
**good**
16:19, 46:24,
78:14, 93:5,
102:19, 124:5,
124:21, 155:12,
183:8, 252:9,
282:21, 292:17,
293:10, 300:9,
312:16, 355:6,
366:6, 383:1,
397:4, 424:18,
432:19
**gotten**
40:23, 41:18,
89:16, 220:1,
233:25, 271:17,
365:11
**government**
23:2, 42:18
**grab**
31:20, 301:7,
301:20, 304:6,

306:10, 308:9,
339:21
**grade**
19:1, 19:4,
19:5, 19:16,
19:19, 22:21,
24:21, 141:25,
174:12, 242:11,
262:2, 375:12,
433:9, 448:3
**grades**
290:25, 354:1
**graduated**
291:1, 291:4
**grammar**
405:24
**grandpa**
272:2, 343:18,
350:24, 351:6,
369:16
**grandview**
5:7, 9:7
**graves-alcorn**
284:24, 285:5,
285:7, 286:7,
286:24
**gray**
69:23, 70:3,
135:13, 204:25,
244:13
**graydon**
7:15, 11:22
**great**
41:7, 42:5,
42:20, 42:25,
43:1, 43:3,
43:22, 44:5,
62:21, 83:8,
85:6, 103:14,
156:7, 251:25,
322:10, 330:12,
372:7, 422:13
**green**
135:12, 135:13,
163:21, 165:4,
208:18, 316:24,
462:16, 463:11
**greenbaum**
5:22, 10:6

**greenberg**
7:6, 11:14,
15:20, 250:14
**ground**
179:12, 184:19,
189:2, 198:9,
198:13, 289:3,
291:15, 293:24
**group**
28:17, 28:19,
39:25, 40:11,
47:15, 47:22,
50:10, 50:13,
53:3, 53:5,
53:7, 54:12,
73:18, 73:22,
79:5, 80:4,
80:13, 81:13,
85:23, 87:25,
90:23, 91:19,
93:17, 93:19,
93:23, 94:12,
100:8, 100:15,
100:25, 101:1,
101:12, 103:22,
126:14, 126:16,
132:25, 133:2,
133:6, 137:24,
140:1, 153:25,
157:14, 158:23,
162:22, 166:24,
167:1, 169:25,
170:9, 171:21,
171:25, 173:10,
174:5, 174:6,
196:24, 200:13,
203:11, 203:23,
221:12, 224:4,
225:7, 271:18,
272:1, 277:8,
317:7, 338:1,
338:10, 367:9,
398:23, 427:25,
442:13, 442:17,
442:18, 447:4,
455:8
**groups**
53:18, 80:23

**growing**
22:20
**grygiel**
7:5, 11:13,
15:19, 250:14,
465:12
**guardians**
1:8, 1:18,
1:31, 2:4, 2:14,
2:29
**guess**
29:15, 56:14,
56:16, 56:20,
58:25, 61:11,
64:5, 68:20,
68:23, 75:23,
92:11, 94:21,
95:19, 128:14,
142:12, 144:20,
145:13, 146:22,
155:9, 176:6,
178:24, 180:13,
191:20, 203:3,
204:11, 207:14,
211:12, 226:22,
242:6, 268:9,
275:24, 284:24,
296:10, 296:18,
303:19, 311:25,
312:2, 347:13,
350:10, 352:4,
353:11, 353:15,
355:16, 374:13,
392:15, 398:3,
406:25, 417:12,
428:15
**guessing**
408:13
**guests**
21:3
**guthrie**
80:9, 98:8,
161:15, 200:5,
280:20, 408:9,
412:3, 425:23
**guy**
28:9, 53:11,
58:17, 66:23,

99:14, 135:12,
146:19, 155:24,
163:20, 168:24,
169:6, 169:20,
185:14, 188:12,
205:24, 244:23,
245:13, 247:2,
272:8, 272:11,
273:2, 273:3,
330:17, 332:24,
334:12, 335:9,
337:23, 338:21,
339:12, 342:4,
370:25, 371:7,
373:25, 374:20,
375:10, 375:19,
376:22, 451:14,
459:1
**guy's**
130:4, 304:7,
375:17
**guys**
27:15, 27:19,
33:8, 36:22,
39:17, 96:7,
97:16, 99:25,
100:5, 100:10,
105:9, 114:14,
118:8, 123:13,
127:20, 132:16,
238:4, 291:17,
312:16, 317:1,
344:24, 370:13,
370:15, 373:16

**H**

**habit**
366:7
**hagedorn**
346:21, 347:9,
358:14, 450:8,
450:13, 451:2,
456:17
**hair**
342:24, 355:3
**haka**
32:14, 33:6
**half**
20:23, 162:21,

187:10, 214:4,
280:10, 283:12,
408:24, 409:1,
429:20, 436:17,
449:3
**halftime**
33:14
**halfway**
35:7, 392:1
**hallways**
140:8
**hand**
167:16, 176:21,
176:22, 212:9,
212:20, 227:12,
227:16, 227:17,
227:18, 227:19,
259:12, 300:17,
301:10, 318:25,
322:3, 375:11,
376:22, 436:3,
466:16
**handful**
393:24
**handlebar**
201:15
**handled**
425:11
**handles**
21:11
**handling**
44:25, 182:10
**hands**
47:20, 139:21,
140:13, 205:19,
205:20, 206:3,
212:11, 256:6,
300:19, 320:25,
375:7
**hansman**
90:10, 90:11,
90:12, 391:13
**happen**
87:13, 89:15,
98:16, 106:2,
121:5, 159:16,
174:17, 183:23,
197:25, 198:1,

198:11, 221:12,
269:25, 271:20,
293:14, 411:8,
413:5, 424:14
**happened**
31:22, 37:8,
91:12, 147:4,
178:4, 186:9,
186:14, 186:18,
186:21, 186:24,
187:4, 187:7,
197:19, 198:4,
198:8, 198:20,
269:23, 288:21,
289:17, 323:9,
331:17, 344:1,
344:12, 351:12,
353:12, 353:20,
354:4, 360:18,
382:1, 385:13,
389:25, 390:9,
390:22, 391:8,
391:18, 400:2,
411:11, 417:8,
417:22, 429:4,
429:10, 435:18,
435:22, 441:13,
454:2, 454:4,
454:6, 455:10,
455:13
**happening**
109:15, 132:3,
132:8, 135:25,
140:19, 145:1,
165:6, 197:10,
270:13, 271:1,
272:21, 275:4,
317:19, 317:23,
376:14
**happens**
38:9, 38:10,
153:4, 188:24,
270:24
**happy**
100:6, 125:23,
282:3, 282:5
**harassed**
175:20

**harassing**
80:22
**hard**
242:5, 243:16,
328:20, 329:9,
378:23, 449:2
**harder**
271:6
**harford**
466:25
**harvest**
82:3
**harvested**
384:11
**hat**
41:11, 41:15,
42:2, 62:21,
69:13, 69:18,
69:20, 70:4,
70:16, 70:21,
103:15, 180:17,
201:13, 202:3,
202:5, 202:8,
202:11, 204:25,
218:7, 220:11,
230:7, 234:1,
242:2, 244:14,
245:14, 272:23,
273:3, 273:9,
274:3, 291:13,
300:14, 316:24,
319:3, 319:4,
330:1, 330:8,
330:11, 330:17,
330:22, 330:25,
331:12, 332:9,
332:24, 333:2,
333:13, 333:17,
334:18, 334:21,
335:19, 335:24,
336:6, 336:7,
337:20, 337:24,
338:15, 338:21,
339:3, 339:11,
339:12, 340:1,
342:3, 342:5,
345:16, 346:9,
348:4, 348:12,

348:13, 348:16,
349:1, 349:8,
350:8, 353:3,
357:6, 357:7,
357:17, 357:21,
358:6, 359:1,
359:7, 367:3,
367:16, 371:8,
451:14, 462:11
**hate**
421:7
**hated**
144:24
**hateful**
88:5, 90:22,
91:2, 381:16,
381:25
**haters**
67:25
**hates**
429:20
**hats**
41:1, 103:25,
156:7
**head**
7:15, 11:22,
17:9, 142:22,
159:13, 160:5,
201:1, 201:2,
201:5, 217:1,
221:4, 226:20,
260:21, 316:12,
408:14, 418:1
**headed**
40:7
**headline**
271:2
**headlines**
365:11, 366:8
**headquarters**
362:7
**heads-up**
397:10
**health**
282:12
**heard**
26:1, 32:13,
36:1, 39:15,

49:22, 54:21,
55:12, 60:9,
65:13, 68:12,
74:22, 74:23,
75:21, 76:24,
79:4, 79:11,
86:5, 86:13,
87:8, 95:14,
133:13, 146:19,
148:11, 154:6,
185:19, 186:12,
297:1, 297:2,
297:15, 297:17,
298:12, 299:2,
303:6, 311:4,
314:19, 326:17,
328:1, 328:2,
331:24, 334:18,
334:21, 348:17,
348:25, 349:5,
349:7, 349:12,
350:23, 359:4,
359:5, 390:13
**hearing**
72:2, 87:2,
311:24
**heart**
403:23, 406:19
**hearts**
407:5, 407:7,
407:8, 407:13
**hebrew**
47:10, 49:15,
54:21, 55:10,
55:17, 57:24,
60:4, 62:10,
62:17, 63:4,
63:13, 64:2,
65:13, 67:12,
71:25, 72:3,
72:18, 77:25,
81:20, 82:13,
86:21, 91:18,
91:23, 92:25,
116:17, 125:1,
133:8, 133:11,
144:23, 145:2,
146:12, 157:13,

175:5, 274:8,
374:18, 387:3,
387:9, 387:23,
398:22, 399:5,
399:19, 411:16,
415:16
**heck**
374:13
**held**
109:24, 120:2,
150:1, 375:10
**hell**
378:21, 379:5,
383:24, 384:7,
388:7
**hello**
403:1, 457:21,
457:22
**helmet**
53:14
**help**
141:9, 155:5,
393:2, 396:13,
397:20, 398:4,
424:4, 445:10,
452:14, 452:18
**helped**
21:3, 362:5
**helpful**
321:17, 399:13,
401:16
**helping**
363:2, 425:23
**helps**
121:21, 462:20
**hemmer**
5:6, 9:6
**henry**
25:9, 40:14,
302:21, 302:22,
306:4, 461:1,
461:13
**here**
23:6, 27:11,
67:2, 78:3,
83:8, 89:3,
93:13, 100:23,
101:1, 120:20,

123:6, 124:1,
134:11, 136:8,
141:9, 144:2,
147:25, 155:4,
155:5, 164:5,
167:4, 167:5,
169:19, 171:9,
174:19, 176:19,
182:23, 190:24,
191:25, 197:20,
202:22, 202:24,
208:9, 212:12,
234:12, 236:4,
242:5, 250:1,
256:13, 259:3,
267:25, 299:7,
305:22, 307:3,
316:9, 317:15,
319:23, 321:10,
337:4, 341:9,
346:10, 346:11,
346:12, 346:22,
355:16, 356:22,
368:4, 368:10,
368:15, 368:17,
369:5, 370:19,
375:16, 376:13,
380:7, 383:4,
385:9, 386:15,
386:18, 388:8,
411:7, 416:3,
436:7, 463:15
**hereby**
466:5
**hereunto**
466:15
**hey**
62:22, 93:17,
122:18, 139:2,
209:8, 275:5,
292:1
**high**
18:13, 20:12,
21:24, 22:21,
26:14, 26:21,
31:17, 94:19,
94:24, 95:6,
95:18, 96:4,

96:8, 96:10,
97:6, 97:11,
97:17, 98:3,
119:5, 131:1,
153:25, 185:16,
187:7, 189:18,
190:25, 270:6,
288:22, 329:4,
352:23, 375:24,
387:12, 432:9
**higher-up**
451:11
**himself**
93:4, 144:21,
147:17, 156:23,
411:5
**hindsight**
121:3, 380:7
**hispanics**
76:7, 76:18,
77:16
**history**
23:7, 23:9,
23:13, 24:8,
24:9, 24:18,
43:24, 87:19,
129:15, 129:16,
129:24, 130:10,
439:8, 440:15
**hit**
135:15, 184:7,
221:5, 271:5,
276:20
**hits**
185:21
**hitting**
351:25
**ho**
122:18
**hold**
153:18, 193:4,
399:25
**holding**
47:19, 61:3,
62:11, 62:18,
64:1, 122:23,
166:23, 201:16,
201:24, 218:7,

342:8, 389:17
**holds**
375:7, 376:22,
389:18
**hollister**
9:21
**home**
93:12, 121:11,
177:22, 386:15,
388:8, 392:18,
392:21, 392:22,
416:25, 430:17,
431:9
**honest**
59:4, 138:13,
139:25, 141:4,
142:3, 154:8,
156:14, 227:16,
257:10, 260:17,
274:6, 296:8,
310:14, 387:7,
430:1, 441:4,
447:3, 448:22
**honestly**
27:23, 61:12,
77:6, 113:17,
139:1, 150:25,
187:15, 207:12,
388:20, 401:14,
409:23, 424:3,
449:1
**honesty**
288:19, 292:11,
358:9
**honor**
364:7
**honored**
364:10
**hooded**
135:13
**hoodie**
208:16, 208:18,
222:20, 223:10,
242:1, 244:13,
463:11
**hope**
185:20
**hoping**
295:18, 423:25,

424:2, 424:5
**horrendous**
387:8
**horse**
155:3
**hostage**
44:25
**hostile**
94:18, 94:20,
105:24, 123:3,
127:14, 147:22
**hostility**
119:1, 120:3,
127:21
**hotel**
408:19
**hour**
59:13, 78:19,
79:1, 83:2,
102:15, 106:11,
127:3, 128:5,
143:20, 144:23,
145:6, 272:20,
275:2, 354:12,
373:7, 373:11
**hours**
37:22, 233:6,
238:25, 446:21,
449:21, 457:19
**house**
40:10, 41:2,
41:5, 41:6,
41:11, 41:25,
45:12, 50:20
**however**
50:21, 66:5,
99:10, 211:22,
352:14, 367:17
**huber**
5:5, 9:5, 16:2,
250:22
**huge**
45:24
**hugged**
387:25
**human**
150:12, 227:23,
404:19

humor
112:8, 428:20,
428:21, 429:18
humorous
428:19, 429:2
humorously
198:15
hundred
36:6, 98:1,
100:24, 101:2,
101:13, 102:5,
130:18, 275:1,
379:7, 389:7
hundreds
120:18, 170:7,
170:14, 277:9
hurt
400:18
hurts
401:19
husband
424:16
hut-uhn
199:2
hyas
274:18
hyperbolic
97:4

**I**

ice
184:18, 185:2,
193:17, 219:7,
224:7, 236:5
idea
26:8, 28:1,
34:15, 56:18,
65:20, 93:19,
96:15, 97:8,
97:9, 97:10,
108:8, 121:23,
134:14, 135:11,
140:2, 141:15,
141:18, 143:14,
145:7, 167:13,
170:18, 186:23,
194:21, 205:20,
290:7, 292:21,

293:10, 293:23,
304:23, 308:13,
308:14, 318:15,
336:11, 339:19,
372:24, 383:2,
402:25, 437:16
ideas
178:25, 179:1
identical
104:4
identification
375:23
identified
435:1, 459:12,
460:21, 461:24
identify
15:2, 25:6,
54:2, 56:2,
69:4, 97:15,
242:4, 243:5,
356:4, 461:21
identifying
378:13
ignorance
360:12
ii
43:4, 422:17
illinois
6:9, 10:16
image
291:10, 291:12,
295:8
imaged
435:23, 436:24,
438:18
imagine
335:13
imessage
436:12
immediate
435:16, 455:4
immediately
109:18, 146:21,
217:13, 325:6,
325:12, 325:15,
344:19, 408:16
impasse
263:8

important
17:7, 294:4,
399:15, 440:9,
455:4
impossible
266:21
impressed
179:4
impression
32:18, 80:21,
186:20
impressions
109:15
improperly
445:25
improved
423:16
inaccurate
285:8, 287:4
inaccurately
434:19
inappropriate
297:10, 297:22,
298:8, 298:24,
299:11, 303:17,
380:8
inbox
441:9
inc
1:36, 2:9,
2:19, 5:10,
5:11, 5:19,
5:20, 6:3, 6:4,
6:18, 7:3, 9:10,
9:11, 10:3,
10:4, 10:10,
10:11, 11:3,
11:11, 15:23,
15:24, 16:16,
252:6
incendiary
379:24
incest
79:5
inch
247:4
inches
247:4, 247:22

incident
23:5, 23:21,
24:24, 25:3,
29:17, 49:5,
86:6, 142:15,
168:19, 190:6,
203:1, 210:22,
323:9, 373:6,
389:23, 393:4,
410:10, 418:8,
418:11, 418:12,
419:13, 431:2,
432:14, 433:25,
434:1, 434:7,
434:16, 435:22,
438:9, 439:13,
439:16, 441:13,
442:10, 447:2,
449:12, 450:7,
451:3, 454:6,
455:10, 455:23
include
54:14, 401:11
included
442:21
including
24:11, 50:12,
118:23, 141:6,
325:4, 398:10,
404:4
inconclusive
385:23
incorporated
14:9, 14:11,
14:14, 141:24,
249:6, 249:8,
249:11
incorrect
340:8
incorrectly
267:23
independent
159:22
independently
195:24
indian
168:24
indiana
5:24, 10:8

**indianapolis**
5:24, 10:8
**indians**
210:19, 211:4
**indicate**
127:19, 128:10,
146:15
**indigenous**
47:4, 163:5,
180:15, 271:16,
274:15, 325:7,
338:6, 342:10,
342:18, 342:21,
343:25, 346:16
**individuals**
213:18
**infer**
137:9, 138:7,
139:1, 139:5,
139:8
**influencer**
178:8
**information**
1:4, 2:20,
6:19, 7:4, 11:4,
11:12, 15:21,
20:8, 187:1,
250:13, 299:13,
332:14, 332:15,
403:9, 410:19,
413:19, 414:5,
414:7, 414:10,
414:14, 418:7,
418:10, 435:19,
436:5, 436:7,
437:4, 444:3,
444:19, 445:11,
456:18
**informed**
154:14, 210:13
**initial**
440:15, 450:5
**initially**
92:6, 109:10,
236:24, 270:19,
415:23, 421:24
**initials**
259:14

**initiative**
362:19
**input**
362:15
**inquired**
360:4
**inquiring**
434:3, 434:4
**insensitive**
87:22
**inserted**
404:13
**inside**
38:11
**instagram**
195:14, 439:5,
439:7, 439:11,
439:14, 439:19,
439:23, 441:3,
441:10, 441:20,
441:25, 442:3,
442:6, 442:10,
442:11, 442:13,
442:17, 443:1,
443:10, 443:22,
444:14, 445:16,
446:6, 446:24,
447:9
**instance**
387:19
**instantly**
46:14
**instead**
173:11, 387:4
**instructed**
92:20
**insufficient**
382:19
**insult**
53:2, 53:4,
86:2
**insulted**
53:24, 58:18,
211:15
**insulting**
52:16, 52:25,
53:6, 53:23,
79:20, 145:5

**insults**
63:15, 67:12,
86:1, 91:14,
91:19, 102:10,
175:5, 176:16
**integrate**
121:22
**intend**
119:1
**intended**
110:13, 170:19,
172:2, 199:4,
428:19
**intending**
197:8
**intent**
225:20
**intention**
171:12, 172:7,
199:14, 279:6
**intentional**
33:4
**intentionally**
137:5, 263:15,
269:14, 339:10,
344:18
**intentions**
141:7, 192:19,
225:17, 225:20,
225:22, 339:3,
339:6, 339:22,
406:22
**interact**
49:5, 334:12,
447:16
**interacting**
49:9, 332:2,
340:11, 391:1
**interaction**
337:16
**interactions**
356:6
**interactive**
5:11, 5:20,
6:4, 9:11, 10:4,
10:11, 15:24,
16:16, 252:6
**interest**
360:2, 466:13

**interested**
214:5, 360:5,
443:25
**internet**
61:21, 303:19,
303:22, 360:10,
410:22, 431:22
**interpret**
114:9, 153:24,
184:1
**interpretation**
55:23, 113:7,
175:22, 321:9,
377:17
**interpreted**
119:20, 254:6,
257:14, 257:19,
320:19
**interpreting**
172:1
**interrogatories**
458:11, 458:12,
459:15, 460:18,
460:24
**interrupt**
180:2, 415:14
**interview**
51:18, 98:8,
158:9, 172:5,
200:5, 280:20,
296:17, 407:16,
408:9, 408:18,
409:1, 409:12,
409:18, 410:15,
412:2, 412:19,
415:11, 415:17,
425:23, 426:9,
426:10, 426:17,
427:6
**interviews**
170:24, 171:18,
172:24, 173:1,
317:18, 407:1,
409:21, 411:4,
414:22, 415:13,
418:8
**intimidate**
169:7, 169:13,

169:21, 169:24,
170:5, 172:13,
173:6, 173:20,
173:22, 174:1,
174:5, 174:6,
174:18, 174:22,
175:24, 180:19,
181:2, 183:21,
184:2, 184:10,
185:3, 188:19,
193:23, 194:2,
194:6, 194:9,
194:13, 196:24,
200:12, 221:11,
271:4, 294:25,
295:5, 295:14

**intimidated**
196:19, 196:22,
197:3, 197:9,
197:15, 198:5,
198:12

**introduction**
402:12

**invade**
367:13

**invaded**
184:12, 317:9

**invading**
184:9

**invective**
78:1

**investigation**
51:13

**investigative**
51:13

**involve**
170:8, 256:4

**involved**
27:25, 190:1,
455:15

**involvement**
273:17, 406:4

**involving**
356:6

**iphone**
46:10, 431:3,
435:5, 435:6,
435:20

**irish**
233:24

**irrelevant**
191:1, 399:17

**irresponsible**
381:3

**isaac**
290:21, 291:24,
291:25, 292:10,
292:12

**ish**
260:12, 260:13

**isolate**
192:11

**israel**
129:23, 130:14

**israelite**
60:4, 71:25,
72:3, 77:25

**israelites**
47:10, 49:15,
54:22, 55:10,
55:17, 57:24,
62:10, 62:17,
63:4, 63:14,
64:2, 65:14,
67:12, 72:18,
81:20, 82:14,
86:21, 91:18,
91:23, 92:25,
116:18, 125:1,
129:23, 133:8,
133:9, 133:11,
144:23, 145:2,
146:13, 157:13,
175:5, 274:9,
374:18, 387:3,
387:9, 387:23,
398:22, 399:5,
399:19, 411:16,
415:16

**issue**
403:13, 432:3

**issued**
90:20, 337:3,
409:20, 430:10

**issues**
398:18, 398:20,

399:12, 400:14

**itself**
39:11, 92:22,
220:16, 362:4,
411:19, 434:7,
435:24

**J**

**jack**
370:23, 370:25

**jacks**
370:17, 371:2

**jacob**
130:17

**jake**
117:17, 121:13,
352:21, 352:22,
353:11, 391:9

**january**
37:6, 168:15,
177:20, 188:9,
306:13, 395:13,
408:10, 410:8,
417:22, 425:20,
430:7, 433:6,
435:6, 435:15,
439:4

**jared**
306:7

**jaylin**
362:3

**jennings**
394:5, 405:18,
424:12, 430:24

**jerry**
40:16

**jessica**
5:21, 10:5,
15:11, 30:3,
51:14, 64:12,
163:12, 164:2,
215:15

**jessie**
70:24, 107:4,
139:16, 160:22,
241:8, 341:24,
355:7, 357:19

**jews**
67:17, 129:22

**jimmy**
44:20, 45:3,
422:18, 423:16

**job**
1:40, 21:5,
289:22

**joe**
244:19, 244:20,
245:15, 245:16,
263:22, 265:23,
266:16, 450:9,
454:23, 454:25,
455:2, 455:3,
455:9, 455:11,
455:14, 455:22,
455:24, 456:9,
456:11, 456:15,
456:17, 456:25,
458:22, 458:23,
461:25, 462:4,
462:8

**john**
8:2, 12:2,
14:23, 135:13,
135:14, 135:21,
136:3, 136:16,
136:20, 137:3,
138:2, 138:8,
138:19, 139:2,
139:10, 209:9,
249:20, 362:23,
362:25, 450:8,
453:19, 453:20,
453:21, 453:23,
454:1, 454:5,
454:7, 456:17,
459:15, 460:20,
461:7, 461:8,
461:21, 462:13,
463:9, 463:11

**johnson**
6:21, 11:6,
362:3

**join**
40:5, 115:13,
115:16, 153:15,
212:16

**joke**
85:6, 197:2,

197:6, 197:20,
305:7
**jones**
8:5, 12:5
**joseph**
17:19
**josh**
195:18, 195:20,
195:21, 195:22,
195:24, 196:4,
196:9
**journey**
35:6
**journeying**
411:21
**judge**
377:21
**judged**
219:8
**judging**
303:4
**judgment**
121:4, 235:9,
236:4, 236:8,
236:12, 236:14,
262:12, 379:21
**julie**
1:9, 1:19,
1:32, 2:5, 2:15,
2:30, 18:1
**july**
17:24
**jump**
30:11, 56:5,
73:24, 74:15,
191:24, 293:8,
305:15, 329:11,
358:2
**jumped**
369:20
**jumping**
31:12, 64:18,
120:1, 120:11,
134:4
**june**
466:18
**junior**
23:11, 23:14,

323:14
**juniors**
33:24
**justine**
8:4, 12:4

---
**K**
---

**kaplan**
6:21, 11:6
**kashuv**
177:18, 178:6,
178:7, 179:18,
180:7, 423:23,
444:16
**keep**
41:20, 57:7,
68:3, 71:4,
91:8, 123:9,
125:9, 125:25,
128:24, 133:16,
139:12, 144:10,
145:16, 146:1,
150:13, 151:4,
152:12, 155:18,
160:15, 173:17,
207:7, 213:1,
213:10, 218:11,
221:15, 221:25,
222:15, 225:23,
233:15, 241:4,
241:15, 243:24,
256:11, 258:9,
259:16, 288:21,
312:22, 314:2,
315:19, 316:14,
318:17, 322:13,
324:16, 336:14,
348:1, 350:16,
351:18, 352:22,
358:16, 371:10,
372:11, 374:24,
378:16, 385:24,
388:11, 389:8,
414:25
**keeping**
43:14, 114:3,
361:22
**keeps**
147:13, 313:24

**keninso**
56:24
**kennedy**
69:11
**kentucky**
1:2, 5:8, 6:24,
7:17, 9:8, 9:24,
11:9, 11:24,
14:19, 42:2,
186:4, 249:16,
333:15, 408:19
**kept**
53:15, 127:15,
175:9, 339:12,
435:24
**kevin**
6:13, 10:20,
15:25, 250:8,
465:4
**key**
436:12
**keywords**
434:15, 438:7
**kid**
122:23, 188:17,
188:21, 218:6,
220:10, 233:24,
233:25, 289:18,
323:22, 377:15,
433:11
**kid's**
141:12
**kids**
28:12, 28:20,
29:11, 38:4,
38:21, 38:24,
55:16, 55:18,
80:5, 80:13,
88:20, 91:6,
92:9, 92:16,
93:17, 97:24,
100:8, 110:20,
123:19, 124:24,
125:19, 125:24,
131:1, 141:8,
147:19, 153:25,
184:19, 188:15,
188:19, 193:1,

193:15, 193:17,
193:18, 226:12,
226:18, 253:7,
258:5, 258:19,
307:12, 328:20,
333:15, 374:8,
384:18, 384:19,
404:6
**kiely**
244:19, 244:20,
450:9, 454:23,
456:11, 456:18,
458:22, 458:24,
461:25, 462:4,
462:8
**kilgalen**
1:42, 4:10,
16:6, 250:25,
466:3
**kinds**
175:4
**kirk**
178:18, 179:16,
180:7, 180:10,
360:23, 360:24,
423:23, 444:15
**kleier**
89:25, 90:17,
117:17, 352:21,
352:22, 353:10,
353:12, 370:14,
389:24, 390:18,
391:9, 391:10,
391:13
**knew**
24:10, 49:16,
60:14, 94:24,
119:5, 142:5,
142:21, 158:16,
166:5, 171:5,
203:22, 211:1,
211:6, 226:20,
226:22, 226:25,
236:18, 242:10,
272:20, 290:24,
317:23, 328:17,
338:7, 343:14,
410:11, 424:17,

444:18, 445:7
**knocked**
276:18
**knowing**
149:4, 219:1
**knowledge**
35:4, 90:4,
140:10, 154:9,
159:22, 187:3,
205:6, 332:3,
372:20, 394:4,
395:2, 399:18,
400:18, 412:6,
412:14, 422:23,
424:4, 430:23,
432:19, 442:21,
443:17, 448:21,
449:14, 449:16,
449:19, 449:23,
450:2, 450:6,
450:25, 451:13,
454:22, 456:13,
456:19, 457:10,
457:16
**knowledgeable**
334:17, 399:20,
451:15, 454:3
**known**
256:2
**knows**
167:14, 328:17,
334:10
**krishnan**
5:14, 9:14,
15:15, 250:10,
465:1, 465:2
**kummer**
8:7, 12:7
**kyle**
177:18, 178:6,
178:7, 179:18,
179:22, 180:6,
423:23, 444:11,
444:16

**L**

**label**
63:15, 341:13

**labeled**
284:16, 459:16,
459:19
**labels**
66:11
**lack**
154:9, 273:24
**land**
330:18, 332:11,
333:20, 339:15
**lane**
224:2
**language**
143:6, 295:17,
384:22, 387:8
**laptop**
438:8
**large**
22:15, 22:19,
47:20
**larger**
288:20
**last**
24:21, 25:6,
33:25, 64:23,
70:5, 75:18,
88:20, 107:17,
117:22, 135:5,
136:11, 143:25,
153:13, 286:23,
290:2, 291:4,
299:3, 302:25,
307:3, 318:11,
334:19, 346:6,
349:14, 349:15,
362:2, 387:6,
389:22, 392:12,
393:10, 398:4,
431:25, 433:4,
435:8
**lasted**
435:9
**lasts**
449:21
**late**
37:23, 39:17,
423:17, 440:24
**later**
37:12, 40:23,

49:14, 80:8,
90:21, 108:1,
179:16, 179:17,
185:10, 220:17,
252:23, 260:24,
272:8, 272:20,
292:18, 293:19,
298:14, 325:24,
385:6, 391:10,
430:11, 446:4
**latin**
185:20, 186:4,
186:15
**laugh**
84:21, 85:7,
110:20, 196:6
**laughed**
84:25, 109:22,
391:17
**laughing**
84:10, 84:13,
84:19
**laughter**
308:19
**laurin**
5:21, 10:5
**law**
20:1, 209:8,
209:9
**lawrie**
136:16, 136:17,
136:20, 138:2,
138:8, 139:2,
139:10, 209:9,
450:9, 453:19,
456:17, 459:16,
460:20, 461:7,
461:9, 461:21,
462:13, 463:9,
463:12
**lawsuit**
380:21
**lawsuits**
412:11, 412:15,
426:7
**lawyer**
21:19, 21:23,
424:17

**lawyers**
17:2, 292:5
**lead**
121:17, 121:21
**leader**
20:4, 29:4,
343:21, 343:24
**leaders**
33:17, 33:21,
132:17
**leading**
20:20, 61:11,
267:22, 364:11
**leaning**
456:14
**leap**
343:12
**learn**
87:21, 89:14,
298:14, 299:6,
299:8, 299:9,
304:21, 393:3,
398:16, 398:20,
399:12, 399:13,
399:16, 400:3,
401:19, 412:2,
437:19
**learned**
306:16, 419:12,
419:17
**learning**
142:25
**least**
22:17, 58:3,
65:21, 72:21,
91:17, 95:9,
97:12, 100:2,
128:11, 137:10,
160:12, 178:1,
203:22, 204:20,
213:7, 217:7,
220:25, 284:8,
293:24, 302:13,
329:6, 332:3,
369:12, 395:25,
396:16, 399:20,
416:17, 419:5
**leave**
31:23, 31:25,

37:9, 48:12,
48:20, 92:12,
92:15, 259:10,
346:22, 350:15,
392:13, 450:22
**led**
28:5, 36:17,
121:12, 203:11,
219:1
**leeching**
292:21
**leeway**
383:4
**left**
37:11, 45:13,
46:23, 56:20,
69:9, 69:10,
74:11, 74:12,
84:2, 117:12,
198:19, 205:25,
220:7, 222:8,
222:11, 222:14,
223:15, 225:1,
228:10, 230:22,
231:6, 232:8,
232:9, 233:4,
237:2, 237:13,
237:21, 238:1,
242:3, 244:9,
244:21, 245:3,
245:13, 246:9,
246:10, 246:11,
247:1, 263:23,
264:19, 264:25,
265:10, 265:14,
265:20, 321:25,
342:4, 354:5,
354:7, 357:15,
370:8, 389:22,
390:25, 391:10,
392:11, 413:9,
417:14, 435:25,
450:24, 451:1,
455:2
**leftists**
196:19, 197:15,
198:5, 198:14,
198:16

**legally**
321:1
**legitimately**
271:11
**less**
22:10, 82:14,
152:1, 152:2,
177:16, 232:16,
232:22, 239:20,
354:8
**lesser**
66:15
**letter**
455:5
**letters**
134:15, 328:21,
329:8, 433:12
**letting**
295:13
**level**
63:22
**levels**
45:1
**liam**
69:23, 70:3
**liberal**
178:25
**lie**
156:10, 156:12
**lied**
411:2
**life**
22:14, 52:8,
69:21, 95:23,
95:25, 98:5,
98:19, 116:23,
140:7, 196:11,
197:18, 197:19,
197:22, 333:18,
406:8, 417:13,
434:16, 435:22
**light**
292:15, 429:21
**liked**
22:2, 178:13,
288:15, 288:16
**likely**
22:10, 102:23,

**450:6**
**liking**
77:14
**limit**
77:25
**limited**
23:2
**limiting**
42:17
**lincoln**
35:1, 37:5,
37:7, 39:4,
46:19, 47:2,
47:9, 48:4,
48:23, 48:25,
94:24, 95:5,
95:13, 97:16,
119:5, 120:13,
161:22, 170:7,
170:15, 170:19,
170:25, 171:13,
171:21, 172:8,
180:15, 224:5,
272:19, 278:14,
328:25, 361:11,
361:13, 361:15,
365:13, 411:18,
411:22, 415:18,
416:1, 416:16
**line**
13:11, 13:12,
13:13, 13:14,
13:15, 19:12,
42:14, 141:8,
165:11, 172:20,
183:10, 195:9,
208:3, 267:25,
269:1, 304:1,
304:5, 305:25,
307:23, 368:7,
380:12, 381:11,
382:7, 383:9,
413:12, 427:17
**lines**
333:14
**link**
339:7, 339:25
**linked**
288:13

**links**
287:22, 288:2
**list**
401:11, 445:9,
450:18, 451:8,
453:19, 454:24,
458:18, 459:19,
460:2
**listed**
449:10, 450:5,
451:9, 453:20,
454:25, 455:3,
458:21
**listen**
76:2, 83:18,
122:11, 212:18,
256:13, 256:22,
309:22, 326:10,
327:3, 335:1,
348:20, 353:7,
367:21, 373:19,
373:21
**listened**
410:12, 412:18
**listening**
353:2
**literally**
30:20, 46:20,
162:6, 256:14,
256:22, 260:22,
325:14
**literate**
177:16
**little**
40:9, 51:1,
71:3, 71:13,
78:10, 78:11,
79:19, 80:1,
82:22, 94:2,
106:17, 108:10,
137:5, 166:17,
184:13, 202:21,
205:25, 206:10,
206:13, 207:9,
207:17, 220:10,
221:15, 230:1,
230:22, 237:23,
238:21, 242:3,

242:17, 245:2,
245:3, 246:8,
247:1, 247:9,
258:2, 264:19,
264:25, 274:21,
284:1, 296:25,
309:9, 322:22,
352:17, 378:23,
379:17, 389:23,
400:17, 404:25,
408:14, 460:3
**lives**
34:22, 188:15,
189:22, 256:2
**living**
188:13, 189:22
**llc**
1:13, 2:21,
2:34, 6:11,
6:14, 6:19, 7:4,
7:12, 10:18,
10:21, 11:4,
11:12, 11:19,
14:4, 14:16,
15:14, 249:1,
249:13, 250:6
**llp**
5:15, 5:22,
6:6, 6:21, 7:6,
7:15, 9:15,
9:21, 10:6,
10:13, 11:6,
11:14, 11:22
**local**
455:5
**locate**
463:7
**located**
184:17
**location**
453:25
**locked**
50:25, 76:7,
76:18, 77:15,
262:23, 263:2,
263:12, 264:6,
265:8, 265:13,
266:7, 266:8,

266:21, 267:3,
267:15, 269:9
**locks**
267:10
**lodged**
91:19
**log-in**
445:11
**logan**
25:10
**logic**
149:18
**logical**
104:1, 239:17
**logistics**
361:6
**logo**
57:19, 57:21
**loiler**
12:8, 464:15
**lol**
196:5, 196:10
**long**
20:21, 48:21,
175:4, 193:2,
248:13, 298:19,
354:6, 365:1,
426:2, 435:8,
440:3
**longer**
185:5, 232:4,
258:24, 259:9,
289:11, 410:17
**look**
22:16, 34:11,
41:14, 43:10,
58:14, 59:4,
64:7, 85:22,
98:6, 110:23,
112:9, 112:11,
120:4, 126:14,
128:15, 130:25,
135:24, 143:17,
154:23, 159:25,
163:9, 163:12,
163:16, 169:1,
170:6, 188:6,
191:4, 191:20,

196:3, 205:23,
205:24, 214:1,
214:2, 214:18,
229:9, 229:14,
229:16, 240:9,
246:5, 270:15,
270:24, 280:25,
281:2, 289:17,
289:19, 290:18,
291:9, 291:24,
294:20, 301:12,
302:3, 307:8,
309:2, 309:5,
315:17, 335:17,
353:5, 361:4,
362:15, 374:17,
375:20, 392:13,
397:19, 399:19,
416:17, 431:23,
442:3, 458:18,
460:22
**looked**
47:8, 61:23,
100:1, 121:16,
130:21, 148:12,
160:3, 201:4,
201:6, 201:12,
207:1, 207:5,
207:24, 219:11,
219:19, 232:9,
238:2, 238:3,
263:21, 264:9,
265:1, 265:10,
265:11, 265:20,
280:7, 290:3,
313:13, 350:12,
369:18, 391:16,
405:25, 425:24,
433:14, 439:10,
439:11, 444:1,
445:6
**looking**
41:9, 58:21,
60:25, 69:9,
73:23, 95:19,
102:2, 107:5,
117:8, 117:13,
118:20, 146:13,

152:7, 164:12,
164:21, 214:3,
214:6, 219:15,
219:19, 219:23,
220:15, 229:21,
229:22, 230:25,
231:3, 231:4,
231:6, 233:22,
237:4, 244:10,
259:16, 270:14,
309:10, 320:25,
329:22, 341:19,
370:19, 390:24,
434:22, 439:18,
460:20, 461:19
**looks**
31:6, 33:5,
58:11, 61:5,
69:11, 69:12,
69:19, 69:21,
69:23, 70:4,
70:21, 98:2,
106:21, 109:16,
117:6, 118:23,
120:22, 124:25,
136:7, 139:23,
145:12, 146:24,
162:11, 163:4,
163:20, 166:22,
166:24, 179:15,
179:20, 181:19,
188:8, 195:15,
202:4, 204:25,
206:12, 206:17,
215:25, 216:9,
216:21, 218:9,
228:9, 230:6,
230:9, 230:12,
240:7, 243:20,
265:22, 266:4,
290:19, 291:12,
294:21, 296:19,
296:22, 306:6,
319:4, 323:20,
323:22, 336:20,
346:24, 348:11,
352:17, 352:23,
355:8, 399:23,

427:24, 462:22
**lorusso**
360:8
**lose**
41:13
**loser**
350:13
**lost**
45:22, 45:24,
46:4, 75:7,
75:13, 180:2
**lot**
26:20, 34:10,
44:24, 79:21,
81:4, 86:15,
91:6, 178:13,
180:11, 183:3,
198:6, 198:21,
198:22, 218:14,
232:16, 232:22,
232:23, 260:20,
289:19, 328:20,
333:24, 383:4,
391:6, 394:23,
409:25, 412:6,
424:8, 441:19,
442:4, 451:12,
451:15
**lots**
193:15, 232:20,
403:9
**loud**
26:16, 196:6,
227:22
**louder**
118:9
**loudly**
120:1
**louisville**
6:24, 11:9
**love**
288:7, 387:25
**loved**
43:6
**loves**
144:24
**lowery**
358:24

**luke**
56:24
**lunch**
124:1, 128:18,
354:17, 359:11,
408:23
**lunchtime**
131:14, 131:15
**lying**
96:16, 96:18
**lynching**
84:9
**lynchings**
83:16, 85:6
**lynwood**
434:5

---
**M**
---

**mac**
437:15, 437:21,
438:9, 438:12,
438:14
**mad**
94:5
**made**
37:22, 37:24,
43:1, 53:24,
93:22, 114:21,
168:23, 169:10,
171:24, 197:5,
198:8, 203:5,
221:9, 224:11,
224:14, 233:21,
236:4, 236:7,
236:13, 236:14,
238:13, 238:15,
259:10, 270:17,
301:9, 334:23,
338:4, 362:21,
377:24, 398:11,
398:15, 398:24,
402:22, 405:23,
411:9, 415:10,
427:25, 433:9,
448:14
**maga**
42:2, 69:13,
69:18, 70:4,

103:15, 103:21,
103:25, 180:17
**mail**
452:6
**main**
6:22, 11:7,
39:15, 90:8,
90:9, 456:7
**mainly**
50:20, 78:2,
442:6, 444:9
**maintain**
264:2, 264:5
**major**
18:16, 18:21
**majority**
20:4
**make**
17:6, 27:15,
41:7, 42:5,
42:19, 43:21,
44:4, 53:17,
62:21, 76:15,
79:16, 79:21,
110:19, 112:7,
144:22, 145:4,
150:2, 155:1,
156:7, 182:14,
193:13, 209:4,
220:10, 225:4,
228:4, 252:22,
253:3, 259:6,
261:1, 261:4,
276:6, 301:1,
302:14, 315:2,
318:11, 330:12,
338:24, 339:13,
339:18, 340:8,
348:18, 359:6,
366:3, 367:14,
372:6, 377:24,
384:23, 388:3,
396:10, 422:12,
428:2, 429:21,
430:4, 447:6
**makes**
22:10, 31:11,
207:14, 211:9,

211:12, 365:22,
417:9
**making**
17:11, 67:16,
93:12, 103:14,
143:5, 173:17,
193:21, 261:13,
278:15, 292:21,
361:23, 403:12,
428:17
**mall**
40:9, 45:19,
391:11, 391:12,
391:24, 392:5,
392:8, 392:9,
392:15
**man**
60:4, 65:14,
71:25, 77:25,
180:17, 202:7,
234:7, 234:21,
235:13, 235:14,
272:5, 272:12,
272:23, 273:8,
274:3, 305:2,
329:25, 330:8,
330:11, 330:21,
330:25, 331:11,
332:9, 333:1,
333:13, 333:17,
334:18, 334:21,
335:18, 335:19,
336:6, 336:7,
337:19, 338:14,
339:3, 339:11,
340:1, 342:3,
342:8, 345:16,
346:9, 347:18,
347:19, 348:4,
348:12, 348:15,
349:1, 349:8,
350:7, 351:15,
353:3, 356:6,
359:1, 359:7,
367:2, 367:16,
368:3, 368:8,
368:9, 368:14,
398:23

manager
21:12
maneuver
280:1
manually
434:22, 436:16,
441:7, 445:5,
447:5
many
25:23, 36:5,
36:19, 37:15,
63:15, 99:11,
103:13, 103:17,
116:18, 141:8,
176:16, 181:11,
181:19, 186:21,
218:5, 218:6,
274:11, 277:18,
283:17, 338:21,
366:2, 387:24,
391:5, 398:17,
407:1
map
46:18
mara
181:20, 182:1,
183:17, 185:13,
187:6, 189:20,
294:22
march
34:3, 34:8,
34:9, 36:18,
39:11, 39:13,
40:5, 45:13,
52:8, 69:21,
98:5, 116:23,
180:13, 180:16,
196:11, 197:18,
197:19, 197:22,
274:15, 325:7,
342:10, 342:18,
342:21, 406:7,
434:16, 435:21
marched
45:16
mariash
361:24
marie
8:5, 12:5

mark
72:19, 72:20,
182:7, 182:19,
183:7, 192:1,
281:15, 282:17,
393:11, 458:9
marked
13:7, 168:6,
168:10, 180:3,
181:25, 195:6,
307:11, 307:20,
341:9, 398:1
market
5:23, 10:7
marking
191:12
marks
186:22
martin
69:19, 205:14,
205:15
maryland
4:11, 466:24
mass
36:16, 37:23,
37:25
masse
290:8
match
142:11, 459:3
matched
128:14
material
438:24
materials
182:21, 454:15
matter
14:3, 120:24,
214:14, 248:25,
296:22, 410:1
matters
130:3, 282:8
matthew
8:6, 12:6,
90:10, 90:11,
90:12, 391:13
matthews
88:14

mature
189:3
matured
100:11
maybe
33:7, 46:16,
57:19, 78:10,
87:3, 91:17,
92:10, 119:8,
124:4, 124:5,
125:2, 136:11,
137:4, 137:5,
139:23, 144:20,
162:11, 165:9,
190:13, 212:19,
234:6, 240:8,
243:21, 252:23,
260:1, 268:7,
283:12, 284:21,
285:14, 289:9,
290:25, 294:1,
296:16, 303:21,
320:2, 320:5,
333:9, 334:25,
346:6, 347:23,
349:14, 352:12,
352:16, 353:24,
354:16, 369:12,
370:21, 382:6,
382:8, 386:9,
391:24, 394:16,
408:13, 451:5,
463:3
mcconnell
20:4, 20:13
mcgrane
51:8
mcgrane's
51:17
meaning
66:15, 172:2,
200:19, 238:15
meanly
417:5
means
65:23, 66:12,
66:17, 68:23,
129:10, 142:5,

144:19, 175:18,
194:14, 270:2,
272:6, 272:14,
277:22, 285:20,
308:19
meant
68:14, 109:9,
119:15, 144:7,
146:8, 146:10,
197:1, 203:10,
203:17, 261:8,
261:20, 270:3,
296:12, 347:22,
351:2, 351:4,
372:8
meanwhile
167:5, 411:1
mechanic
413:8
media
1:13, 6:12,
7:11, 10:19,
11:18, 14:4,
29:18, 177:2,
177:16, 249:1,
250:21, 272:24,
273:11, 274:16,
290:1, 299:5,
317:17, 393:5,
439:1, 446:8,
447:10, 447:14,
447:19, 449:5
medium
195:12, 447:19
mediums
446:8, 447:10
meenakshi
5:14, 9:14
meenu
15:15, 250:10,
465:2
meet
36:16, 40:21,
40:24, 46:8,
48:4, 48:8,
48:17, 280:13
meeting
39:4, 39:22,

197:4, 399:25,
425:8
**mel**
34:20
**member**
148:1, 337:20,
337:21, 355:18,
357:24
**members**
180:15, 198:18,
360:25, 384:11,
398:22, 410:25,
442:18
**memorial**
35:1, 37:5,
37:7, 46:20,
46:21, 47:2,
47:7, 48:5,
48:8, 48:23,
48:25, 88:17,
92:19, 92:22,
94:24, 95:5,
95:13, 97:16,
119:5, 120:13,
161:22, 170:7,
170:15, 170:20,
170:25, 171:13,
171:22, 172:8,
180:15, 204:2,
270:13, 272:19,
277:10, 278:14,
328:25, 354:6,
361:11, 361:14,
365:13, 368:12,
390:25, 391:10,
411:18, 411:22,
415:18, 416:1,
416:16
**memory**
353:16, 390:17,
456:9
**men**
49:12, 52:10,
72:3, 101:3,
101:14, 102:6,
102:8, 102:9,
103:24, 271:24,
271:25, 375:4,

400:6
**mental**
282:12
**mentality**
317:2
**mentioned**
35:19, 36:9,
38:20, 39:21,
42:16, 43:13,
49:11, 67:10,
81:10, 114:15,
126:7, 158:15,
168:1, 173:14,
176:12, 176:15,
186:8, 207:3,
303:9, 307:14,
365:10, 391:20,
424:10, 453:3,
457:2
**mentioning**
184:16
**merkle**
195:18, 195:20
**message**
175:15, 177:3,
177:17, 178:14,
187:13, 196:11,
295:4, 439:1,
440:12, 440:16,
441:8, 442:13,
442:17, 443:18,
444:8, 445:12
**messages**
187:10, 196:4,
196:13, 196:17,
436:14, 439:3,
439:12, 440:3,
440:19, 441:2,
441:10, 442:3,
442:11, 443:5,
443:7, 443:13,
443:14, 443:20,
444:2, 444:9,
444:13, 445:17
**messaging**
195:14, 195:16
**messed**
184:8

**messenger**
448:16
**met**
424:22
**michael**
6:20, 7:5,
11:5, 11:13,
15:17, 15:19,
250:12, 250:14
**microphone**
251:6
**microsoft**
431:7, 431:20,
432:1, 432:10,
437:11
**middle**
19:7, 19:14,
19:15, 66:23,
69:15, 74:9,
161:19, 171:20,
196:3, 260:6,
260:12, 271:17,
286:16, 294:21
**might**
22:18, 32:10,
57:18, 65:3,
70:25, 87:3,
90:6, 95:20,
98:16, 102:12,
102:22, 114:14,
114:22, 123:18,
127:20, 127:22,
127:25, 137:10,
137:21, 138:7,
138:8, 139:10,
140:2, 144:7,
147:9, 148:4,
150:24, 154:8,
194:1, 237:23,
295:9, 303:9,
313:4, 321:17,
348:3, 363:22,
411:6, 413:22,
424:1, 434:23,
435:3, 444:3,
448:24, 450:7,
457:1, 459:11
**mike**
465:13

**military**
410:20, 414:15,
417:15
**mind**
126:19, 224:5,
224:15, 236:17,
236:19, 281:18,
293:16, 303:12,
406:19, 415:12,
416:4, 416:8,
457:3
**minds**
407:5, 407:7,
407:8, 407:13
**mine**
237:22
**minimal**
247:12, 247:20
**minute**
30:16, 67:6,
78:18, 78:22,
82:17, 111:9,
113:25, 115:7,
118:16, 239:24,
283:12, 299:24,
300:16, 329:11,
337:4
**minutes**
51:20, 51:24,
54:8, 56:5,
56:7, 56:8,
57:9, 57:13,
58:8, 60:17,
60:21, 64:10,
64:13, 64:19,
65:7, 65:11,
68:7, 68:9,
69:8, 71:12,
71:17, 72:13,
72:25, 74:2,
74:3, 74:7,
74:19, 76:9,
78:6, 78:20,
79:2, 82:17,
83:2, 98:10,
98:14, 106:12,
122:3, 124:4,
125:12, 126:2,

127:3, 128:6,
128:18, 128:20,
132:1, 133:21,
137:16, 143:21,
179:16, 179:17,
188:25, 239:1,
240:11, 240:25,
241:9, 241:20,
244:1, 244:5,
245:23, 246:2,
252:20, 257:24,
258:13, 259:4,
272:20, 275:3,
279:8, 318:19,
318:22, 325:24,
326:1, 338:21,
347:2, 347:6,
354:8, 354:12,
373:8, 373:12,
409:14
**mirrors**
43:22
**mischaracterized**
378:4
**misinterpret**
446:4
**missed**
37:25, 40:2,
86:9, 140:8,
146:23, 285:15,
445:24
**misspelling**
428:9
**mistake**
323:4
**mitch**
20:4
**mitchell**
5:8, 7:17, 9:8,
11:24
**mix**
36:22
**mob**
317:1, 317:2
**mock**
21:24, 54:23,
55:11, 58:3,
141:13, 156:5,

156:6, 451:24
**mocked**
62:20, 63:3,
63:4, 211:15,
211:17, 211:18
**mockery**
155:25
**mocking**
54:25, 55:14,
55:25, 57:24,
63:5, 63:17,
64:2, 72:4,
81:11, 81:12,
81:16, 156:18,
157:1, 157:10,
157:23, 211:21,
211:24, 305:12,
305:18, 315:14,
320:19
**mod**
389:1, 389:2
**model**
43:25
**modern**
24:8
**mohicans**
24:22
**mom**
21:11, 397:2,
424:15
**moment**
56:6, 57:8,
74:1, 84:22,
112:6, 137:19,
151:24, 152:3,
153:22, 172:25,
173:4, 175:23,
191:22, 214:22,
219:8, 238:18,
255:6, 262:12,
262:16, 272:15,
277:17, 318:3,
331:21, 332:23,
400:6, 401:23,
420:25, 464:3
**monday**
3:3, 5:2, 6:2,
7:2, 14:20

**money**
292:21, 365:22
**monitor**
14:21, 249:18
**monterey**
135:14
**month**
440:25, 448:9
**months**
20:23, 437:18,
440:7
**monument**
40:7, 41:1,
45:20, 391:12
**morning**
16:19, 37:16,
38:2, 38:8,
248:11, 252:9,
392:23, 410:7,
430:7
**morrison**
65:1
**most**
20:14, 20:19,
21:8, 26:14,
42:14, 43:2,
47:24, 50:11,
50:12, 52:12,
81:2, 95:16,
97:11, 100:7,
141:6, 153:4,
160:14, 178:14,
216:19, 216:21,
217:12, 217:23,
247:13, 247:16,
247:22, 297:12,
348:18, 363:4,
391:1, 406:1,
410:2, 412:17,
439:16, 442:2,
442:4, 460:18
**mostly**
20:7, 36:15,
39:3, 83:25,
178:10, 297:14,
431:21
**motion**
206:3, 301:9,

302:14, 379:21
**motioned**
336:21
**motivation**
364:11
**motive**
293:21, 340:5,
340:6
**motives**
293:1
**motorized**
53:12
**mouse**
69:10
**mouth**
240:8, 322:7,
322:20, 323:3
**movable**
312:12
**move**
34:25, 70:1,
92:4, 92:13,
92:25, 93:18,
93:22, 111:21,
137:25, 138:19,
165:10, 173:17,
173:20, 175:14,
184:20, 193:9,
193:22, 194:4,
194:10, 194:17,
194:25, 199:7,
202:15, 206:16,
207:9, 207:17,
219:5, 221:4,
224:2, 224:9,
226:8, 232:12,
235:7, 235:8,
235:21, 235:24,
236:5, 237:16,
238:4, 242:17,
246:8, 253:8,
254:2, 254:14,
255:1, 255:18,
255:21, 255:25,
256:3, 259:5,
266:5, 276:17,
276:25, 278:17,
283:3, 283:4,

283:25, 284:1,
284:19, 285:19,
291:23, 297:2,
319:24, 320:14,
320:24, 321:5,
326:2, 346:18,
347:7, 385:19
**moved**
52:13, 92:5,
93:21, 193:18,
206:13, 206:14,
207:15, 208:5,
216:20, 217:4,
217:15, 218:14,
218:17, 218:21,
218:23, 221:23,
224:12, 224:13,
227:1, 228:25,
231:24, 232:2,
236:9, 236:16,
237:19, 238:2,
239:11, 243:4,
243:5, 243:7,
243:14, 246:25,
247:2, 247:3,
247:11, 247:21,
260:25, 265:10,
266:16, 266:18,
271:5, 286:14,
361:7, 390:6,
454:1, 454:4
**movement**
247:20
**movements**
451:12
**moves**
193:8, 237:6,
265:24
**moving**
138:2, 140:13,
147:13, 158:19,
161:16, 161:22,
165:12, 169:6,
169:13, 169:20,
169:23, 170:3,
172:12, 205:19,
207:15, 216:1,
216:2, 216:8,

216:10, 216:13,
217:21, 218:1,
220:5, 226:22,
235:6, 245:12,
245:16, 262:23,
263:2, 263:14,
266:9, 266:23,
267:4, 267:11,
269:11, 279:24,
311:17, 312:2,
390:14
**much**
47:21, 79:20,
88:2, 155:11,
192:11, 224:9,
297:25, 327:12,
343:12, 377:18,
405:22, 406:6,
409:24, 410:4,
422:6, 444:14
**mud**
219:23, 219:25,
220:1
**mulaku**
121:13
**multiple**
106:5, 142:14,
454:2
**multiples**
461:3
**muscles**
29:15
**music**
53:16, 141:10,
141:25
**must**
146:22
**mustache**
201:15, 202:22
**myself**
88:22, 93:10,
141:7, 362:20,
381:8, 406:11,
424:5, 447:22,
465:13

**N**

**name**
17:18, 17:19,

19:14, 51:9,
59:5, 70:5,
70:6, 70:13,
70:14, 90:17,
112:21, 117:22,
121:13, 135:5,
190:4, 204:18,
259:16, 302:25,
307:3, 329:5,
358:23, 360:8,
361:24, 362:2,
362:22, 370:17,
370:24, 371:2,
375:13, 386:17,
386:20, 388:17,
388:25, 389:2,
413:3, 433:4,
434:17
**named**
51:8, 195:18,
302:24, 354:22,
355:1
**names**
18:4, 25:6,
69:25, 179:24,
244:22, 307:15,
361:18, 386:15,
414:3, 442:4,
460:2
**naming**
116:18
**nar**
197:17
**narrative**
411:10, 414:19,
414:23
**natalie**
6:5, 10:12,
15:22, 250:17,
465:6
**nate**
18:7
**nathan**
5:13, 9:13,
15:4, 15:7,
18:5, 48:22,
52:12, 93:25,
132:24, 135:15,

136:17, 136:19,
136:25, 137:15,
137:16, 138:17,
145:13, 155:5,
157:14, 162:3,
163:6, 166:5,
167:13, 172:6,
185:25, 186:14,
197:5, 203:11,
217:24, 248:7,
250:3, 261:9,
261:20, 270:15,
271:10, 271:22,
272:1, 272:18,
273:16, 274:17,
286:12, 286:15,
305:5, 317:22,
338:16, 338:19,
339:4, 339:8,
339:9, 339:17,
340:1, 340:5,
340:13, 342:1,
343:8, 343:14,
343:18, 343:20,
343:23, 344:7,
344:11, 347:1,
350:8, 351:24,
352:8, 354:19,
365:6, 365:11,
371:17, 398:22,
401:12, 407:17,
417:21, 418:11,
418:15, 419:4,
419:7, 465:2
**national**
40:9, 359:22,
391:11, 392:9,
423:11
**nationally**
26:6, 424:23
**native**
23:7, 23:9,
23:17, 23:22,
23:24, 24:1,
24:5, 24:11,
24:14, 24:17,
24:19, 24:25,
47:15, 49:6,

49:9, 52:16,
52:22, 67:13,
80:24, 133:2,
133:10, 141:20,
141:22, 142:8,
142:20, 142:22,
145:2, 149:25,
154:5, 154:20,
155:3, 155:9,
157:20, 175:6,
175:7, 194:21,
210:20, 210:24,
211:2, 211:4,
211:9, 276:5,
305:1, 333:21,
372:3, 422:24,
423:9, 423:15,
428:16, 428:23,
429:1
**natural**
1:7, 1:17,
1:30, 2:3, 2:13,
2:28
**nature**
227:23, 382:18
**nazi**
423:6
**nbc**
104:6, 158:9,
345:6, 407:16,
426:9, 464:22
**nbcuniversal**
1:13, 7:11,
11:18, 14:4,
249:1, 250:6
**ncbuniversal**
15:14
**nd**
395:13, 408:13,
408:15, 408:21,
410:8
**near**
133:8, 277:18
**necessarily**
101:20, 190:4,
216:12, 270:25,
289:23, 314:20,
354:1, 362:3,

444:11, 459:3
**need**
17:14, 115:18,
115:25, 173:17,
176:17, 182:13,
182:25, 191:7,
192:1, 209:19,
210:5, 234:13,
243:3, 247:6,
251:14, 256:15,
266:2, 274:12,
282:16, 292:5,
398:16, 398:19,
400:20, 400:21,
436:3, 459:21
**needed**
21:4, 50:23,
104:25, 276:24,
278:7, 361:23,
364:25, 399:11,
431:23, 432:5,
433:14
**needs**
42:25, 154:1,
183:7, 339:16,
402:21
**negative**
50:2, 53:17,
67:16, 81:7,
439:17
**negatively**
402:23
**neighbor**
43:6
**neither**
466:11
**network**
2:20, 6:19,
7:4, 11:4,
11:12, 15:21
**neutral**
320:22
**never**
21:21, 23:23,
27:25, 34:21,
34:22, 35:24,
41:25, 80:4,
80:12, 91:6,

98:18, 126:19,
140:7, 152:4,
163:4, 171:5,
186:22, 211:20,
221:2, 226:23,
238:13, 238:15,
256:1, 276:2,
276:4, 279:5,
293:7, 309:5,
323:10, 350:12,
363:14, 383:11,
390:4, 390:5,
390:6, 401:19,
413:8, 417:14,
433:16, 434:25,
439:17, 443:16
**new**
1:23, 1:24,
7:9, 7:12,
11:16, 11:19,
14:6, 15:14,
32:19, 104:7,
249:3, 250:6,
345:6, 363:22,
380:12, 383:21,
399:13, 435:11,
437:17, 464:22
**newer**
437:14
**news**
1:36, 2:9,
5:10, 5:11,
5:19, 6:3, 9:10,
9:11, 10:3,
10:10, 14:8,
14:11, 15:8,
15:23, 16:16,
179:9, 249:5,
249:8, 252:6,
271:2, 292:1,
410:3, 424:24,
455:5
**next**
24:9, 30:20,
39:24, 43:11,
46:6, 56:23,
78:6, 104:2,
125:2, 147:19,

158:9, 169:1,
185:18, 216:14,
223:18, 223:24,
232:18, 260:4,
263:22, 275:7,
301:13, 302:24,
334:1, 347:13,
355:22, 385:1,
398:3, 402:16,
408:16, 409:2,
435:10, 455:14,
455:20, 457:5
**nice**
50:8, 453:4
**nicholas**
1:6, 1:16,
1:29, 2:2, 2:12,
2:27, 3:1, 4:1,
13:2, 14:2,
14:3, 14:5,
14:8, 14:10,
14:12, 14:15,
15:10, 16:11,
17:19, 248:22,
248:24, 248:25,
249:2, 249:5,
249:7, 249:9,
249:12, 250:2,
252:2, 394:12
**nick**
16:2, 16:19,
16:20, 60:3,
61:20, 68:25,
93:4, 93:8,
97:5, 103:11,
106:20, 107:5,
107:10, 117:6,
134:22, 159:18,
160:22, 167:16,
167:19, 172:17,
176:21, 177:1,
180:13, 181:14,
183:15, 191:17,
195:12, 200:4,
204:12, 206:12,
219:2, 227:10,
228:4, 234:24,
235:8, 242:16,

243:13, 244:8,
246:5, 250:23,
252:9, 259:12,
259:14, 268:23,
275:22, 282:25,
285:20, 285:22,
285:23, 287:19,
290:15, 290:21,
294:18, 306:3,
306:8, 325:2,
325:19, 337:15,
356:3, 359:21,
370:6, 376:13,
377:11, 377:23,
379:18, 380:18,
380:19, 380:24,
389:21, 395:21,
401:24, 405:15,
408:8, 427:2,
427:22, 452:21,
458:8, 458:10,
458:14, 459:14,
460:23, 461:8,
461:24
**nick's**
235:9, 329:21,
380:17, 403:3
**nickname**
26:9, 26:13,
209:10
**night**
37:12, 188:9
**nine**
202:15, 202:17
**ninth**
19:4, 19:5
**nobody**
148:12, 174:13,
230:10
**noise**
143:6
**nolan**
18:5, 18:7
**none**
91:12, 121:19,
156:5, 165:4,
298:25, 332:1,
384:19, 386:24,

391:18, 447:11
**normal**
17:8, 150:12,
208:9, 260:2
**normally**
323:16
**north**
333:21
**northern**
1:3, 14:19,
42:1, 186:4,
249:16, 408:19
**northwest**
5:16, 9:16
**nos**
1:40
**notarial**
466:16
**notary**
4:10, 466:2,
466:23
**note**
165:22, 187:20,
345:3
**notes**
285:2
**nothing**
152:4, 188:12,
190:8, 340:12,
379:20, 380:20,
422:7, 438:14
**notice**
4:9, 47:14,
108:2, 111:18,
122:22, 124:7,
133:4, 140:25,
422:25
**noticeable**
247:13, 247:15,
247:17
**noticed**
47:10, 132:25,
133:1, 133:2,
133:7, 271:23,
440:4
**noticing**
254:12
**notified**
89:20, 360:2

**notre**
34:10, 36:9,
36:10, 54:18,
153:14, 181:23,
233:24, 242:2
**november**
20:20, 290:4
**ns**
168:7, 181:15,
191:18, 259:13,
275:18, 276:1,
290:15, 294:19,
305:23, 308:2,
337:5, 337:11,
341:11, 341:12,
406:10, 419:25,
421:10, 427:20
**number**
14:4, 14:7,
14:9, 14:12,
14:14, 14:17,
51:14, 166:11,
167:10, 249:1,
249:4, 249:6,
249:9, 249:11,
249:14, 260:15,
260:18, 260:22,
290:20, 291:25,
294:19, 294:20,
341:8, 369:4,
377:24, 393:20,
419:2, 434:15,
439:14, 441:14,
458:22, 458:23,
459:14, 460:21,
461:3
**numbered**
181:15, 461:9
**numbers**
100:20, 259:13,
290:14, 433:12

---
**O**
---

**o'clock**
38:2, 48:4
**object**
243:3, 312:12,
312:13, 312:19,

383:9, 383:10,
383:11, 445:21
**objected**
379:16
**objection**
44:7, 44:14,
55:1, 57:25,
58:15, 58:24,
61:24, 62:12,
62:19, 63:20,
64:4, 77:20,
84:23, 85:3,
86:7, 92:1,
96:17, 99:9,
108:7, 110:5,
110:15, 113:4,
119:7, 124:11,
124:19, 125:7,
127:9, 127:23,
128:13, 129:7,
130:2, 139:3,
140:18, 144:18,
145:11, 149:3,
149:8, 149:17,
150:7, 152:11,
154:21, 157:24,
174:7, 176:13,
189:15, 199:5,
203:2, 207:11,
207:19, 207:25,
213:24, 215:24,
217:6, 217:18,
217:22, 220:23,
221:1, 232:13,
234:23, 237:14,
238:7, 238:11,
253:22, 254:7,
254:24, 255:7,
255:15, 257:9,
257:16, 258:7,
261:18, 262:14,
263:5, 263:9,
263:16, 263:20,
264:23, 265:2,
266:10, 266:25,
267:14, 269:15,
274:22, 276:15,
277:1, 277:21,

278:9, 279:18,
280:3, 281:25,
284:14, 285:9,
285:12, 285:15,
295:15, 304:16,
305:3, 308:22,
317:14, 328:18,
329:2, 334:9,
377:5, 379:10,
383:4, 383:6,
384:3, 387:18,
400:23, 407:9,
412:4

**observation**
312:2

**observe**
451:11

**observed**
175:23, 454:2

**obtained**
160:4

**obtaining**
446:23

**obvious**
95:1, 96:12,
97:19, 127:10,
254:14, 340:24

**obviously**
45:5, 49:24,
93:20, 98:3,
115:24, 146:12,
173:1, 179:21,
192:5, 197:4,
197:20, 239:19,
261:2, 261:8,
288:2, 375:16,
429:9, 439:16,
444:18, 444:21,
448:4

**occupations**
21:10

**occurred**
391:19

**occurs**
34:6

**oceanic**
32:20

**odd**
200:14

**offered**
362:12

**offers**
277:10

**office**
20:6, 362:6,
412:8

**officer**
466:3

**official**
360:16, 405:25

**officially**
18:17

**often**
106:4, 153:11,
184:12

**oh**
21:15, 71:2,
88:23, 89:2,
97:18, 98:3,
104:3, 129:13,
172:1, 177:8,
197:3, 234:11,
236:18, 296:24,
355:6, 392:14,
407:10, 438:17,
458:25

**ohio**
6:16, 10:23

**old**
17:21, 17:22,
18:6, 100:9,
129:12, 129:18,
130:9, 306:24,
311:2, 431:16,
438:20

**older**
70:12, 70:13,
193:6, 194:1,
194:7, 194:8,
291:1, 433:13,
436:20, 436:24

**once**
32:22, 32:23,
34:19, 48:15,
67:11, 91:17,
98:5, 148:23,
183:24, 339:10,

354:5, 392:4,
415:25, 449:4,
450:25, 451:5

**one's**
328:2

**one-line**
331:6

**one-offs**
442:5

**ones**
28:1, 69:24,
90:7, 95:7,
123:19, 355:19,
369:9, 370:18,
388:5, 443:9,
443:10

**online**
413:7, 414:8,
414:12, 416:19,
437:20, 455:17

**only**
24:19, 36:25,
49:25, 69:24,
78:3, 140:10,
150:3, 166:16,
173:13, 190:23,
196:1, 219:3,
251:5, 255:14,
262:18, 263:14,
266:9, 266:22,
269:10, 275:8,
275:11, 280:23,
282:20, 282:24,
315:3, 353:4,
363:11, 377:2,
377:6, 381:8,
382:8, 387:7,
405:4, 406:11,
410:11, 431:13,
433:20, 438:10,
441:6, 442:5,
445:16, 447:15,
449:14, 449:20,
455:24

**open**
377:16, 458:19

**operate**
262:2

**opinion**
42:22, 44:22,
59:4, 59:12,
84:22, 97:1,
97:3, 116:14,
120:25, 136:2,
138:13, 138:22,
154:14, 155:12,
189:10, 210:14,
214:14, 254:20,
255:14, 257:18,
259:7, 271:18,
280:6, 280:9,
292:6, 296:23,
298:13, 375:15,
384:5, 420:20,
420:21

**opponents**
27:16, 27:17

**opportunity**
35:15, 67:25,
350:14, 400:17

**opposing**
316:6

**opposite**
207:22, 235:16,
388:1, 405:4

**option**
121:6, 185:8,
259:1, 277:6,
404:24

**oral**
452:11, 453:17

**orange**
163:21

**order**
27:24, 104:14,
182:11, 408:14,
415:23, 427:14,
459:20

**orders**
464:7, 464:20,
465:9

**ordinary**
262:10

**organization**
178:18, 178:24

**organize**
362:5, 382:24

**organized**
26:15, 47:15,
96:10, 123:7,
361:25
**organizing**
20:7, 343:21,
343:24, 361:2,
425:22
**organs**
82:4, 384:10
**origin**
154:10
**original**
171:12, 363:4
**originally**
193:21, 395:24,
440:13
**origins**
210:11
**orioles**
27:12
**others**
93:17, 133:25,
134:13, 155:15,
156:25, 180:18,
180:23, 211:3,
303:20, 366:10,
366:19
**otherwise**
102:7, 466:14
**ourselves**
121:11, 127:16
**outcome**
466:14
**outmatched**
99:7, 99:23,
100:21, 128:12
**outnumber**
114:2
**outside**
38:3, 53:5,
332:3
**outsider**
32:5
**outward**
73:21
**over**
36:6, 41:6,

41:16, 88:3,
88:20, 93:10,
94:1, 98:1,
100:24, 101:1,
101:12, 102:4,
119:25, 133:7,
166:18, 167:5,
170:17, 170:20,
197:16, 203:4,
203:11, 220:1,
220:10, 221:23,
222:20, 223:11,
231:24, 232:2,
233:7, 233:10,
242:17, 245:12,
245:13, 245:16,
246:8, 246:25,
247:3, 247:21,
265:25, 267:25,
271:15, 273:6,
279:13, 292:12,
321:25, 337:25,
338:5, 338:9,
343:10, 352:12,
353:5, 363:23,
363:24, 373:6,
385:16, 385:18,
390:5, 405:21,
420:13, 421:23,
425:9, 436:3
**owensboro**
372:16, 372:19
**own**
24:4, 40:18,
94:7, 95:9,
197:6, 285:3,
338:5, 344:20,
378:13, 381:9,
382:9, 385:20,
400:21, 433:3
**owners**
66:5

P

**p-i-p-e-e-e**
428:5
**packed**
39:16, 166:19,

167:6, 167:8,
226:25
**page**
13:2, 13:11,
13:12, 13:13,
13:14, 13:15,
97:23, 168:6,
169:9, 172:19,
172:20, 182:1,
182:23, 183:9,
183:10, 187:18,
191:2, 191:18,
195:8, 195:9,
196:2, 196:4,
268:25, 269:1,
275:25, 280:23,
290:19, 291:24,
305:24, 305:25,
307:22, 307:23,
337:5, 381:12,
397:19, 398:1,
406:9, 427:16,
427:17, 459:15,
460:20
**pages**
1:41
**paid**
20:24, 21:1
**paley**
209:1, 209:4,
449:10, 449:17
**pans**
385:16
**paper**
35:11, 61:16,
288:3, 426:14,
426:19
**paragraph**
103:12, 104:5,
104:6, 104:7,
104:8, 182:23,
191:21, 276:2,
282:20, 337:6,
337:12, 337:13,
337:16, 344:17,
344:19, 398:4,
398:10, 398:14,
403:22

**paragraphs**
282:5, 345:5
**parents**
1:7, 1:17,
1:30, 2:3, 2:13,
2:28, 17:25,
18:1, 21:9,
35:12, 291:5,
291:20, 293:5,
400:1, 400:8,
400:12, 401:3,
406:3, 406:5,
424:22, 425:10,
430:4, 430:14,
457:13, 457:15
**park**
79:8
**parked**
38:3
**parking**
34:10
**parkman**
8:2, 12:2,
14:23, 249:20
**part**
27:14, 40:3,
50:13, 52:12,
53:2, 65:1,
85:22, 90:21,
93:20, 96:12,
106:5, 114:21,
123:21, 132:20,
134:4, 140:1,
144:2, 157:13,
160:14, 163:5,
163:6, 174:10,
178:15, 191:13,
193:5, 203:10,
203:23, 215:25,
225:6, 239:15,
247:13, 247:16,
271:25, 286:3,
286:17, 288:19,
316:11, 338:9,
341:21, 359:22,
369:14, 369:15,
399:3, 406:2,
408:21, 413:13,

**path**
158:21, 199:4,
199:15, 225:3,
233:21, 237:13,
237:20, 238:5,
261:1, 261:4,
261:13

**patrick**
69:11

**pause**
62:6, 132:13,
246:15, 334:1,
356:22, 358:3,
369:22

**paused**
57:9, 57:13,
58:8, 60:20,
65:10, 68:6,
71:16, 74:18,
78:22, 79:1,
83:1, 108:21,
108:25, 115:6,
118:12, 118:16,
150:17, 160:6,
209:18, 213:11,
221:17, 222:1,
222:5, 223:4,
226:3, 228:3,
239:7, 241:20,
244:5, 245:9,
246:2, 258:13,
299:24, 311:11,
312:10, 316:15,
316:19, 318:22,
319:13, 319:21,
323:19, 324:20,
330:5, 334:5,
336:18, 345:14,
348:9, 351:22,
356:19, 371:14,
372:14, 373:11,
375:2, 389:12

**pausing**
152:16, 313:2,
385:6

**pay**
35:17, 111:22,
252:11

**parted**
424:21, 436:9,
437:6, 437:10

**parted**
198:25, 215:20,
220:6, 228:25,
239:11

**particular**
22:3, 23:16,
24:13, 26:9,
48:7, 92:19,
119:13, 121:15,
121:18, 137:19,
191:2, 382:19,
422:8

**particularly**
24:15, 76:5,
80:2, 103:15,
112:21, 283:11,
294:20

**parties**
104:12, 105:3,
369:5, 466:12

**parting**
158:17, 161:16,
173:6, 189:13,
193:8, 194:3,
215:23, 264:4

**partly**
295:9, 297:24

**parts**
44:2, 207:4,
301:1, 451:16

**party**
253:25

**pass**
224:16

**passing**
133:9

**past**
20:2, 29:20,
308:23, 316:12,
320:2, 320:6,
325:8, 417:21,
437:17, 440:11,
449:2

**pasted**
179:23

**pastovich**
362:23, 362:25

**paying**
47:21, 109:13,
164:18, 164:20,
165:5, 165:8,
223:1, 297:12,
308:17, 311:22,
371:20

**pdf**
464:23

**peeled**
40:18

**pejoratives**
381:4

**penis**
304:7, 304:14

**penske**
6:12, 10:19,
250:21

**people's**
163:5, 180:16,
189:22, 271:16,
274:15, 325:7,
338:6, 342:10,
342:18, 342:21,
344:1, 346:16

**peoples**
47:4, 53:18

**pepper**
68:13

**perceive**
85:25, 96:24,
97:18, 102:23,
154:4, 155:15,
156:18, 169:23,
170:3, 173:4,
213:21, 214:15,
269:16, 279:19,
280:4, 315:15,
339:2, 407:12

**perceived**
94:17, 102:11,
103:22, 105:20,
105:23, 116:3,
123:2, 127:14,
146:16, 156:25,
157:4, 157:10,
157:15, 157:22,
169:12, 169:15,

**perceiving**
172:12, 176:5,
199:3, 199:14,
203:15, 203:21,
218:1, 263:14,
269:13, 279:16,
279:23, 279:25,
305:8, 305:11,
305:18, 315:14,
317:12, 341:1,
404:7

**perceiving**
158:3, 445:18

**percent**
46:12, 130:18,
191:1, 275:2,
379:7, 389:7

**percentage**
97:5

**perception**
158:6, 185:2,
196:23, 200:21,
200:23, 204:4,
211:23, 263:1,
266:23, 279:3,
279:5, 318:8,
318:14

**perfect**
43:21, 423:2

**perfectly**
380:13

**perhaps**
72:9

**period**
435:21, 443:23

**permission**
89:17, 89:23,
90:4, 291:5,
293:7

**person**
28:15, 28:18,
43:10, 56:12,
56:13, 66:20,
70:19, 70:20,
90:8, 90:9,
102:22, 119:18,
119:24, 128:11,
132:23, 145:9,
154:13, 155:11,

157:20, 193:6,
193:8, 194:1,
194:2, 194:8,
201:11, 221:6,
224:20, 225:10,
225:20, 255:20,
275:9, 275:12,
295:25, 296:4,
315:4, 332:8,
342:16, 357:13,
357:14, 357:15,
358:5, 361:22,
373:17, 374:21,
389:15, 389:17,
403:8, 403:18,
404:19, 406:10,
411:24, 434:4,
461:24

**personal**
138:21, 184:9,
184:12, 271:5,
317:8, 367:13,
433:3

**personality**
178:8

**personally**
41:9, 89:10,
93:9, 109:21,
272:25, 297:21,
310:8, 364:9,
393:23, 399:9,
433:1

**persons**
65:19, 66:21,
142:20, 450:6

**perspective**
103:21, 143:18,
207:14

**perspectives**
106:7, 146:14

**peter**
69:21, 69:22

**petty**
288:5, 288:7

**phase**
191:1, 377:22,
379:20, 379:21,
393:1, 455:19,

455:20

**philosophy**
18:24

**phone**
46:9, 49:2,
163:22, 167:21,
181:17, 187:14,
291:25, 306:20,
306:23, 357:9,
391:21, 392:6,
396:25, 405:21,
405:22, 425:2,
425:5, 425:9,
435:11, 435:22,
435:24, 436:6,
436:12, 436:15,
436:18, 436:20,
436:24, 437:14,
437:22, 437:25,
438:17, 438:20

**phones**
165:23

**phonetically**
25:8, 56:24,
70:18, 121:14,
274:16, 358:24

**photo**
61:18, 61:21,
61:22

**photos**
462:14

**phrase**
65:22, 103:14,
365:25, 384:7

**physical**
32:4, 98:23,
99:3, 114:23,
135:16, 147:10

**physically**
100:7, 138:5,
157:7, 164:15,
165:19, 166:9,
167:11, 198:23,
218:19, 220:4,
224:23, 256:3,
276:18

**physician**
285:25

**pick**
43:20, 112:10

**picked**
28:12, 28:20,
57:23, 86:18

**picking**
93:20

**picture**
111:25, 166:19,
205:4, 242:7,
291:8, 291:13,
446:22, 458:16,
458:23, 460:22,
461:14

**pictures**
170:6, 447:15,
448:1, 458:15,
461:20

**piece**
35:11, 391:18,
426:14, 426:19

**pieces**
409:23, 410:12

**piles**
234:3, 234:9,
234:10, 234:22

**pinned**
225:4, 418:14,
418:24, 419:10

**pipe**
428:6, 428:7,
428:16, 429:25

**pitched**
43:7

**pius**
19:16

**place**
14:25, 27:16,
52:11, 77:6,
151:21, 153:23,
173:10, 194:16,
219:16, 249:22,
279:25, 333:22,
350:4, 369:2

**placed**
226:15

**placement**
23:9

**placing**
419:6

**plaintiff**
1:10, 1:20,
1:33, 2:6, 2:16,
2:31, 5:3, 9:3,
250:2, 250:22

**plan**
197:4

**plane**
416:25, 417:17

**planet**
8:8, 12:8,
14:24, 16:7,
249:21, 250:25

**planned**
272:15

**planning**
273:18

**plant**
175:11

**planted**
278:17, 279:11

**platform**
447:15

**play**
22:14, 27:17,
29:22, 29:24,
34:20, 51:17,
58:4, 71:12,
73:9, 82:18,
84:3, 107:8,
111:7, 136:10,
142:14, 202:16,
208:9, 208:13,
221:7, 224:8,
227:24, 229:10,
245:22, 246:21,
280:19, 288:1,
301:22, 302:2,
310:21, 311:12,
313:7, 319:6,
319:7, 320:1,
321:12, 322:19,
323:16, 323:20,
324:22, 326:19,
334:1, 335:16,
347:12, 364:13,

**political**
198:19
**politically**
22:23
**politics**
18:24, 424:8
**poll**
157:18
**pool**
79:12
**poor**
121:4
**poorly**
305:7
**popping**
217:1
**popular**
178:9, 435:2
**portable**
431:18
**portion**
182:19, 183:9,
187:17, 195:8,
199:19, 281:16,
282:17, 305:24,
307:7, 307:22,
309:15, 354:16,
427:16, 463:18
**portions**
13:10, 192:6
**pose**
356:22
**position**
156:13, 455:1
**positioned**
297:13
**positive**
40:16, 110:13,
206:15, 292:15
**possession**
159:17
**possible**
17:2, 61:25,
63:18, 66:22,
84:16, 86:17,
125:8, 136:15,
136:18, 140:7,
150:3, 192:12,

**367:21, 386:9,**
437:6, 437:10
**player**
242:22
**players**
100:18, 270:9
**playing**
34:24, 53:16,
68:3, 79:10,
111:8, 119:22,
126:1, 141:16,
141:19, 142:1,
142:5, 142:8,
144:15, 155:19,
245:23, 258:9,
315:4, 318:18,
320:8, 328:7,
416:8
**plays**
180:17
**pleasant**
340:22
**please**
15:2, 16:8,
104:17, 242:25,
249:24, 251:2,
397:2, 402:15,
403:2, 403:5,
464:3, 464:11
**plla**
5:6, 9:6
**plus**
439:15
**pointed**
78:23, 164:25,
419:8, 460:19
**pointing**
70:16, 78:13,
78:15, 104:16,
105:9, 105:10,
121:16, 160:22,
204:15, 228:7
**points**
67:13, 79:12,
338:25, 343:18,
398:24
**police**
53:18

207:16, 232:11,
232:14, 237:11,
237:25, 238:10,
238:12, 257:3,
263:12, 263:17,
266:6, 279:15,
309:9, 371:19,
414:25, 417:12,
417:16, 461:6
**possibly**
176:5, 454:19
**post**
272:16, 274:15,
288:20, 447:15
**posted**
272:23, 287:20,
448:11
**poster**
198:12
**posters**
47:11, 73:23,
92:8
**posting**
449:24
**potential**
20:15, 415:4
**potentially**
98:20, 193:13,
218:24, 395:25,
451:19, 457:8,
457:14
**pounds**
99:25
**ppe**
18:24
**practices**
98:3
**praising**
26:12
**prayer**
143:13, 171:1,
171:22, 171:23,
401:15, 411:18,
411:21, 415:8,
415:19, 416:13
**prayers**
416:11
**praying**
416:14

**prefer**
236:5, 281:20
**premise**
101:21
**premised**
445:25
**prep**
248:12
**prepare**
426:8
**prepared**
394:2, 396:4,
405:15, 419:9
**prerogative**
94:21
**presence**
454:9
**present**
8:1, 12:1,
21:17, 141:5,
308:23, 419:18,
440:6, 450:21,
455:13
**presented**
63:23
**preserve**
441:2, 441:5
**preserved**
435:25
**president**
42:13, 42:24,
44:23, 50:2,
75:24, 77:17,
364:6, 364:8
**presiding**
394:1
**press**
426:3
**pressure**
189:18
**presume**
406:18
**pretty**
22:19, 26:15,
41:13, 46:24,
63:12, 68:21,
78:17, 87:22,
95:1, 96:11,

97:19, 111:21,
114:11, 121:19,
127:10, 148:13,
171:9, 202:10,
206:15, 273:4,
287:15, 291:3,
328:19, 328:21,
329:7, 331:15,
367:12, 368:6,
405:22, 413:4,
445:4, 458:14
**preventing**
220:4
**previous**
38:18, 88:24,
103:25, 448:13
**previously**
13:7, 252:2
**prime**
43:4
**principal**
32:8, 259:21,
262:22, 295:23,
397:1, 398:15
**print**
180:11, 291:5
**printed**
293:10
**printing**
293:23
**prior**
49:4, 133:13,
299:8, 299:14,
344:11, 442:10
**priority**
303:14, 456:8
**private**
19:21
**pro-life**
434:17
**probably**
35:25, 38:1,
41:12, 43:4,
62:1, 100:4,
100:12, 133:7,
134:15, 186:8,
194:25, 219:20,
297:17, 303:17,

305:6, 306:17,
311:20, 315:12,
315:18, 335:14,
343:2, 343:10,
353:11, 353:14,
364:10, 370:24,
373:18, 376:25,
384:7, 407:2,
433:13, 440:6,
442:19, 452:7,
453:4, 453:9,
455:19
**problem**
46:11, 439:12
**proceed**
182:24, 251:24
**proceedings**
59:23, 103:6,
131:20, 172:19,
200:1, 268:25,
281:9, 294:13,
359:16, 408:3,
458:2, 460:12
**proceeds**
418:18
**process**
362:8, 405:16,
405:20, 436:9
**produce**
435:3, 437:4
**produced**
51:12, 159:5,
159:25, 167:20,
178:2, 201:22,
341:7, 363:11,
363:16, 393:12,
394:20, 419:23,
419:24, 421:10,
427:1, 436:10,
437:5, 438:25,
443:4
**product**
363:6
**professional**
289:20, 342:9,
365:7, 365:18,
365:20, 366:4,
366:5, 366:10,

366:20, 433:15
**profile**
164:13
**programs**
262:8
**progresses**
147:14
**projected**
292:14
**projects**
295:7
**prolife**
42:13, 196:14
**promote**
197:3, 198:4
**promoted**
196:18, 197:9,
197:14
**promoting**
196:13
**prompted**
332:11
**proposal**
397:13, 398:11,
398:15, 402:14,
402:17, 402:19,
402:22, 403:3,
403:14
**proposed**
397:9, 404:11
**proposing**
397:15
**protect**
23:3, 428:1
**protecting**
42:18
**protective**
182:11, 427:14
**protectors**
428:2, 428:22
**protest**
52:6, 175:19,
365:14
**protester**
276:6
**protesting**
52:9
**protestor**
365:7, 365:19,

365:21, 366:4
**protestor's**
337:20, 337:22
**protestors**
50:18, 366:10,
366:20, 407:4,
417:6, 417:18
**prove**
275:6, 334:23,
376:13, 385:14
**provide**
414:14, 453:13
**provided**
414:4
**providing**
452:3, 452:10
**provisions**
183:2
**provocative**
64:6, 114:11,
114:19
**psychological**
281:14
**public**
4:10, 38:23,
170:24, 171:18,
191:7, 224:17,
275:23, 317:18,
337:2, 377:24,
381:6, 395:25,
396:16, 405:14,
409:19, 430:10,
466:2, 466:23
**publicly**
396:4, 410:9,
414:7
**pull**
61:14
**pulled**
46:19, 61:21
**punished**
411:6
**purely**
293:22
**purpose**
27:15, 35:2,
90:21, 397:12,
401:14, 423:24,

439:5
**purposes**
248:12, 282:4,
420:22
**pursuant**
4:9
**pushing**
156:13
**put**
30:18, 57:20,
61:17, 69:25,
163:13, 176:20,
190:25, 219:15,
243:18, 256:6,
285:3, 320:25,
357:19, 364:12,
369:21, 380:2,
404:23, 407:15,
408:16, 409:11,
419:2, 449:20,
463:1, 463:3
**put-together**
433:14
**putting**
22:7, 31:13,
191:2, 282:4,
380:24, 463:5
**puzzled**
94:2

## Q

**quality**
432:6
**question**
17:2, 30:17,
44:8, 62:7,
64:24, 72:19,
72:20, 75:18,
76:13, 76:14,
86:14, 92:24,
93:5, 102:16,
140:22, 149:9,
149:13, 149:15,
156:14, 156:15,
159:19, 171:9,
172:24, 180:1,
186:22, 227:11,
234:15, 234:18,

235:9, 235:19,
236:22, 237:24,
237:25, 243:6,
254:17, 261:12,
261:19, 266:11,
267:1, 267:10,
268:13, 268:17,
268:24, 269:8,
281:25, 282:25,
285:22, 285:24,
286:23, 298:4,
299:3, 308:25,
376:18, 376:19,
378:6, 383:22,
384:4, 384:23,
384:25, 418:5,
423:19, 429:14,
452:22, 457:6,
461:16
**questioning**
380:12, 382:18
**questions**
17:1, 17:4,
22:17, 82:20,
191:3, 192:7,
216:4, 267:22,
268:8, 281:17,
281:24, 377:14,
377:20, 380:5,
380:10, 383:13,
383:15, 392:25,
422:14, 426:11,
426:15, 445:19,
445:24, 450:12,
454:23, 463:24,
463:25
**quick**
30:17, 71:3,
240:10, 287:15,
307:10, 407:17,
407:20
**quickly**
134:16, 199:7,
239:15, 357:2
**quiet**
316:8
**quite**
228:15, 384:20,

441:16
**quiz**
130:3, 130:19
**quote**
90:22, 103:13,
368:15, 381:7
**quoted**
284:25, 296:17
**quotes**
192:17
**quoting**
303:20, 303:23,
303:24

## R

**race**
398:17, 398:20,
399:6, 399:12,
399:14, 399:20,
400:14, 400:22,
400:25
**races**
381:10, 406:13
**racial**
86:2, 270:9
**racially**
387:16, 387:22
**racism**
388:1
**racist**
81:21, 82:5,
82:7, 103:16,
104:1, 381:16,
382:1
**raise**
316:10
**raised**
193:5, 195:2,
212:9
**raising**
123:14
**rallies**
366:1
**rally**
45:13, 45:17,
47:3, 116:23,
150:1, 163:5,
271:16, 338:6,

343:21, 343:25,
344:1, 346:16,
418:16
**ran**
46:20, 219:24
**random**
163:3, 274:10,
431:23, 433:11,
434:4
**randomly**
97:21
**rather**
22:15, 190:24,
289:19, 289:24,
377:20
**rd**
408:10, 466:17
**reached**
124:3, 423:22
**reaching**
179:6, 423:24
**reacting**
262:18
**reaction**
50:15, 63:21,
80:25, 127:7,
261:5, 271:4,
271:7, 271:11,
303:5, 334:7,
334:13, 372:25,
421:3
**reacts**
304:2
**read**
24:13, 24:16,
24:20, 24:21,
28:2, 86:22,
87:21, 168:21,
168:25, 172:10,
172:14, 172:18,
172:20, 177:10,
177:12, 181:7,
191:21, 192:14,
192:16, 267:18,
268:3, 268:6,
268:18, 269:1,
281:4, 306:24,
307:1, 337:8,

344:15, 376:18,
398:5, 398:9,
401:23, 426:14
**readable**
119:10
**reading**
24:5, 24:10,
142:16, 142:24,
177:7, 177:11,
466:10
**reads**
347:18
**ready**
16:13, 16:14,
124:2, 132:9
**reagan**
45:5
**real**
71:3, 129:15,
129:23, 307:10
**reality**
237:20, 279:7
**realize**
295:10, 375:25,
384:21, 387:1
**realized**
21:25, 185:7,
259:1, 259:5,
262:22, 263:2,
263:13, 266:8,
266:22, 433:13
**realizes**
375:18
**really**
25:22, 34:24,
36:1, 41:14,
49:2, 50:2,
56:15, 65:17,
65:20, 80:14,
82:4, 91:9,
98:18, 104:24,
111:22, 115:18,
115:25, 116:12,
129:8, 129:11,
137:13, 141:4,
141:13, 144:22,
144:25, 153:23,
154:10, 154:14,

156:15, 179:6,
184:20, 196:1,
199:7, 210:13,
211:11, 213:25,
214:2, 217:23,
220:15, 224:8,
229:15, 253:19,
257:10, 257:12,
262:15, 267:24,
282:24, 286:15,
286:21, 296:8,
296:13, 303:5,
303:12, 303:13,
310:13, 315:2,
334:13, 347:23,
348:18, 353:7,
353:13, 354:4,
359:9, 370:3,
371:19, 373:2,
379:22, 379:24,
380:23, 387:20,
391:18, 393:1,
403:18, 406:6,
416:2, 416:10,
426:4, 430:1,
431:14, 433:20,
434:6, 434:25,
447:16, 452:21
**realtime**
107:9, 162:7,
213:2, 227:25,
243:25
**rear**
325:16
**reason**
24:7, 29:14,
35:22, 41:21,
51:3, 58:1,
80:11, 114:4,
121:15, 121:18,
139:9, 145:8,
147:8, 148:3,
156:16, 156:17,
156:20, 156:21,
184:25, 191:6,
194:15, 210:6,
224:9, 270:22,
279:16, 284:3,

348:25, 403:20,
420:19
**reasonable**
137:9, 137:12,
137:14, 138:6,
255:11, 255:14
**reasonably**
105:20, 255:4
**reasons**
142:11, 142:14,
200:11, 415:19
**recall**
20:23, 24:12,
24:20, 29:21,
33:6, 39:12,
45:11, 45:25,
48:11, 48:21,
53:3, 53:9,
65:3, 66:24,
150:25, 186:7,
186:11, 187:9,
187:15, 200:25,
282:21, 285:4,
285:18, 286:9,
287:1, 297:11,
298:16, 299:12,
332:22, 333:5,
333:23, 345:22,
353:17, 362:22,
368:23, 374:4,
391:14, 392:20,
408:20, 419:20,
427:10, 442:12,
442:15, 445:2,
451:7, 456:6,
456:22
**recalled**
252:3
**recancel**
377:11
**receive**
439:3, 450:1
**received**
167:24, 299:13,
427:22, 454:7,
454:18, 459:5
**receiving**
440:3

**recent**
20:19, 21:8,
454:14, 460:18
**recently**
270:20, 437:15
**recess**
59:21, 103:4,
131:18, 199:22,
281:7, 294:11,
359:14, 408:1,
457:25, 460:10
**recheck**
447:6
**recitations**
96:11
**recited**
321:8
**reciting**
321:10
**recognizable**
95:22
**recognize**
29:24, 56:13,
56:19, 56:25,
71:7, 96:3,
96:7, 123:25,
140:9, 358:5,
364:24, 386:19,
388:18, 389:18,
421:1, 427:2
**recognized**
26:6, 325:20
**recognizing**
346:8
**recoil**
387:11
**recollection**
192:2, 390:5,
408:25, 455:21
**record**
17:11, 17:17,
22:9, 22:12,
30:4, 30:15,
51:19, 54:1,
54:4, 55:7,
56:6, 57:8,
59:20, 60:1,
64:12, 74:1,

78:21, 103:3,
103:9, 104:3,
104:11, 106:2,
106:15, 131:17,
131:23, 139:17,
159:3, 168:21,
177:15, 190:23,
190:25, 191:7,
195:6, 199:21,
199:25, 214:22,
239:19, 246:17,
248:15, 248:19,
248:20, 251:5,
257:22, 268:10,
268:15, 272:7,
274:13, 275:18,
281:3, 281:6,
281:12, 282:4,
294:10, 294:16,
300:11, 300:15,
301:6, 307:16,
318:12, 322:16,
324:23, 345:4,
355:25, 357:20,
359:13, 359:19,
360:19, 407:25,
408:6, 413:1,
413:3, 457:24,
458:5, 460:4,
460:9, 460:15,
464:4, 465:11,
465:15, 466:6
**recorded**
51:17, 243:17
**records**
412:24
**red**
69:14, 135:6,
202:3, 234:1,
291:13, 300:14,
319:3, 330:17,
333:2, 333:13,
333:17, 334:21,
336:7, 337:19,
338:21, 339:11,
339:12, 342:3,
348:12, 351:15,
353:3, 359:1,

371:8, 398:23,
451:14, 462:10
**redact**
282:3, 282:5
**redid**
459:24
**redo**
459:7, 459:21
**reds**
27:9, 27:10,
202:4, 202:8,
272:8, 272:11,
272:12, 272:23,
273:8, 274:3,
329:25, 330:8,
330:11, 330:17,
330:21, 330:25,
331:11, 332:9,
332:24, 334:18,
338:15, 339:3,
340:1, 345:16,
346:9, 348:4,
349:1, 349:8,
350:7, 356:6,
367:2, 367:16,
368:3, 368:9,
368:14
**reduced**
466:9
**refer**
202:7, 337:19,
365:6, 401:7
**reference**
77:4, 78:14,
109:9, 129:10,
189:25
**referenced**
166:25, 167:3
**references**
67:17, 144:8
**referencing**
428:15, 429:16
**referred**
26:2, 203:7,
209:22, 337:23,
366:9, 388:18,
399:23, 415:2
**referring**
89:6, 144:20,

151:12, 166:6,
171:17, 171:18,
189:21, 190:6,
196:22, 198:15,
200:6, 201:1,
201:9, 201:24,
304:15, 307:17,
308:13, 312:1,
312:18, 315:7,
343:25, 344:25,
350:18, 351:16,
355:18, 357:14,
366:19, 367:2,
371:25, 372:2,
400:9, 401:4,
414:21, 416:22,
421:6
**refers**
337:16, 351:6
**reflection**
289:24
**reflects**
296:3, 338:15,
338:24, 387:16
**refrigerator**
413:8
**regan**
70:17
**regard**
182:9
**regardless**
166:10, 194:25
**regularly**
426:1
**rehearsed**
96:12, 96:20
**reimaged**
438:21
**reiterated**
39:23
**reiterating**
38:13
**rejecting**
402:25
**relate**
176:10, 282:8,
434:16
**related**
52:8, 270:13,

429:3, 433:16,
434:23, 434:25,
448:22, 466:11
**relates**
380:14, 421:25
**relating**
24:13, 24:19
**relation**
429:8
**relationship**
21:12, 21:15
**relationships**
21:12
**relatively**
288:22
**relatives**
371:23
**relayed**
286:10
**release**
396:12, 396:16,
397:3, 397:5
**released**
275:24, 396:5,
396:22, 404:17
**releasing**
397:15
**relevant**
363:15, 363:20,
378:2
**religion**
90:19
**religious**
142:11
**remain**
281:15
**remark**
197:5
**remarked**
414:23
**remarks**
53:18, 88:6
**remember**
29:16, 33:13,
35:10, 36:19,
37:14, 37:17,
40:13, 40:14,
53:10, 53:11,

57:17, 57:20,
61:13, 73:17,
111:25, 130:13,
130:16, 170:12,
177:23, 183:1,
200:9, 201:5,
201:12, 219:13,
219:18, 244:22,
270:4, 270:5,
273:4, 285:1,
327:20, 331:14,
331:23, 332:7,
332:20, 332:25,
333:3, 333:9,
333:12, 342:19,
353:9, 353:23,
354:6, 360:6,
360:20, 361:18,
361:19, 362:2,
365:15, 368:18,
368:25, 371:19,
389:4, 390:22,
394:15, 413:16,
414:2, 422:13,
431:11, 447:21,
449:2, 449:7,
449:23

**remessage**
440:14
**remind**
135:4
**remotely**
14:25, 249:23
**remove**
443:25
**removed**
57:19
**reorient**
337:10
**repair**
37:19
**repeat**
33:21, 50:3,
50:6, 68:8,
101:7, 101:10,
301:4, 301:5,
349:6
**repetition**
150:22

**rephrase**
17:5, 55:6,
62:6, 62:14,
87:24, 254:21,
269:8, 351:3,
396:8
**replay**
72:9, 152:20,
246:12, 253:9,
253:10, 256:15,
314:17, 378:24
**report**
191:8, 192:4,
192:6, 192:21,
280:24
**reported**
1:42
**reporter**
16:6, 16:8,
17:10, 19:9,
19:10, 19:15,
149:11, 149:12,
172:18, 172:21,
183:7, 250:24,
251:2, 251:9,
251:17, 251:20,
268:5, 268:14,
268:18, 268:21,
269:2, 457:20,
458:8, 464:6,
464:20, 465:8,
466:1
**repositioning**
247:9
**repossess**
439:22
**represent**
15:3, 15:7,
61:20, 116:16,
249:25, 280:23,
282:2, 288:2,
289:5
**representative**
147:3, 184:9
**representing**
14:24, 15:10,
15:11, 15:13,
15:16, 15:20,

15:22, 15:25,
16:2, 16:7,
32:11, 39:9,
249:21, 250:2,
250:4, 250:5,
250:8, 250:11,
250:12, 250:15,
250:17, 250:25
**represents**
43:10
**republican**
359:22
**republicans**
78:1, 78:3,
78:4
**request**
283:3, 441:8,
441:9, 443:22,
446:2
**requested**
466:10
**requests**
449:9
**required**
182:16, 280:12,
431:8, 441:12
**requires**
277:2
**rescue**
144:16, 145:10,
145:14
**rescued**
144:21
**rescuing**
144:20
**research**
20:9
**researched**
413:24
**resetting**
247:5, 247:10,
247:11
**respect**
194:16, 388:9,
411:25
**respected**
142:22, 381:10
**respectful**
193:9, 194:4,

194:10, 194:23,
194:24, 255:17,
315:11, 406:13
**respecting**
193:3
**respond**
101:19, 176:18,
183:21, 188:18,
196:15, 196:18,
291:7, 292:4,
332:11, 426:13,
428:4, 461:18
**responded**
52:23, 293:17,
402:23, 423:1,
428:25, 434:5
**responding**
63:19, 86:1,
119:25, 125:5,
125:22, 138:9,
275:9, 288:17,
339:12, 384:25,
434:8, 439:9,
439:18, 440:19
**responds**
185:13
**response**
94:3, 150:3,
150:12, 185:18,
275:8, 275:11,
375:14, 378:9,
378:12, 386:23,
386:25, 387:6,
394:21, 402:16,
402:20, 403:3,
403:14, 445:18,
449:9, 460:18
**responses**
168:25, 449:8,
458:11
**responsibility**
193:12
**responsible**
450:19
**responsive**
444:3
**rest**
37:14, 45:19,

100:5, 128:15,
137:24, 183:22,
184:6, 324:13,
403:8
**restart**
85:8, 115:1,
118:1, 118:13,
128:4, 133:16,
134:17, 161:7,
183:13, 209:12,
228:19, 240:24,
302:6, 310:16,
312:6
**restarting**
56:8, 128:5,
209:13, 223:5,
228:20, 240:25,
310:17, 312:7,
313:5, 315:20,
324:17, 334:2,
336:15, 348:6,
351:19, 386:10,
388:12, 389:9
**result**
236:20, 382:21
**resumed**
59:23, 103:6,
131:20, 200:1,
281:9, 294:13,
359:16, 408:3,
458:2, 460:12
**retain**
41:20, 430:14,
430:24, 430:25
**retraced**
390:7
**return**
194:16
**returned**
125:19, 417:4,
430:6
**returning**
416:25, 455:15
**reversed**
188:16
**revictimized**
381:2
**revictimizing**
380:25

**review**
394:6, 397:17,
403:5
**reviewed**
67:3, 67:11,
412:8
**revived**
45:4
**rewind**
232:14, 232:21,
242:18
**rhythm**
142:4
**rice**
69:21
**rich**
66:4
**riding**
53:15
**rights**
23:3, 42:18,
423:3, 423:4,
423:13, 423:15
**riled**
151:20, 151:24
**ring**
161:19, 165:23,
304:9, 304:10
**risk**
219:5, 380:2,
382:21
**risked**
218:23
**risky**
377:13
**ritchey**
7:15, 11:22
**rivalry**
34:19
**river**
9:22
**road**
101:15, 343:3,
377:10
**robert**
9:20, 51:8
**roe**
262:22, 295:23,

398:16
**role**
22:14, 22:15,
22:19, 179:8,
363:1, 363:2,
419:4, 419:5
**roles**
188:15
**roll**
110:4
**rolled**
109:9
**rolling**
2:34, 6:11,
10:18, 14:16,
16:1, 104:8,
249:13, 250:9,
250:21, 345:7,
464:24, 465:5
**rolls**
106:22, 107:20
**room**
138:19, 166:18,
166:20, 218:10,
232:20, 284:19,
362:6, 379:25,
406:5, 435:25
**roommate**
451:20
**root**
27:3
**rotating**
138:4, 207:13
**roughly**
143:17, 234:21,
235:13, 258:15,
325:23, 408:20
**row**
163:16, 164:3,
164:11, 244:24
**rows**
137:7, 161:4,
204:20, 213:7,
215:19, 216:22,
217:4, 217:7,
217:11, 217:12,
219:3, 228:16,
240:21, 241:12,

243:21, 258:3
**ruin**
188:13
**ruins**
189:21
**rule**
32:7
**run**
109:8, 111:20,
178:18, 178:20,
178:21, 210:20,
418:18
**running**
135:21, 276:14
**runs**
155:3, 360:22
**runswitch**
394:20, 395:15,
405:18, 427:1
**rushed**
404:22
**ryan**
250:20

**S**

**s**
423:4, 423:7,
423:17
**s-u-m-m-e**
70:10
**sacred**
428:4, 428:7,
428:16, 429:24
**safe**
91:11, 262:12,
262:18
**safer**
237:19
**safety**
148:17, 148:22,
149:2, 149:6,
149:16, 149:19,
149:21, 150:5,
150:10
**salesman**
21:11
**sam**
209:1, 209:4,

449:10, 449:17,
449:20, 449:21
**sambo**
65:15, 66:16,
66:17
**same**
28:18, 29:14,
45:7, 52:11,
66:13, 76:15,
88:25, 97:22,
97:24, 98:2,
104:4, 106:5,
106:7, 109:23,
112:2, 113:14,
116:17, 143:17,
146:11, 156:24,
157:2, 179:20,
179:21, 185:15,
186:18, 186:21,
196:22, 203:23,
208:4, 218:20,
225:6, 227:11,
235:4, 235:5,
235:23, 236:4,
236:9, 236:11,
237:22, 259:14,
284:13, 298:5,
301:20, 308:7,
308:12, 310:10,
337:23, 338:10,
339:6, 340:5,
340:9, 342:17,
344:25, 345:4,
359:4, 384:18,
386:25, 387:6,
388:9, 388:17,
400:15, 401:2,
413:23, 418:25,
422:3, 423:19,
429:9, 430:21,
436:12, 436:14,
437:22, 438:6,
438:12, 438:18,
443:9, 443:22,
446:2, 450:12,
454:23, 461:3,
465:12
**sandman**
252:2

**sandmann**
1:6, 1:8, 1:9,
1:16, 1:18,
1:19, 1:29,
1:31, 1:32, 2:2,
2:4, 2:5, 2:12,
2:14, 2:15,
2:27, 2:29,
2:30, 3:1, 4:1,
8:3, 12:3, 13:2,
14:2, 14:3,
14:5, 14:8,
14:10, 14:13,
14:15, 15:10,
16:3, 16:11,
17:20, 18:1,
18:5, 78:23,
248:22, 248:24,
248:25, 249:2,
249:5, 249:7,
249:10, 249:12,
250:2, 250:23,
306:8, 394:12,
395:9, 395:22
**sara**
12:8
**sat**
411:1, 455:14
**satellite**
2:20, 6:19,
7:4, 11:4,
11:12, 15:21,
250:13, 250:16
**saturday**
37:5
**savannah**
80:9, 98:7,
408:9, 425:23,
426:16
**save**
144:25, 296:16,
461:23
**saved**
447:5
**saw**
29:10, 36:2,
40:22, 47:19,
49:12, 49:22,

53:2, 57:5,
67:11, 88:2,
88:19, 88:20,
89:4, 91:17,
107:17, 107:19,
109:8, 109:14,
109:23, 111:20,
112:16, 133:13,
153:13, 157:4,
157:18, 158:22,
170:4, 170:12,
200:13, 200:17,
204:5, 218:4,
236:14, 236:15,
236:19, 258:16,
264:18, 265:5,
265:16, 269:24,
275:4, 283:10,
299:7, 314:13,
404:2, 413:7,
413:12, 415:15,
416:18, 452:8,
456:2, 456:5,
456:7, 456:9
**says**
57:16, 61:8,
71:23, 73:2,
83:8, 83:9,
84:8, 85:13,
96:14, 127:7,
129:4, 144:15,
146:6, 146:9,
146:20, 146:21,
151:10, 151:16,
155:24, 180:13,
182:23, 260:2,
260:5, 272:2,
276:2, 276:4,
290:21, 291:3,
291:15, 291:19,
304:1, 304:5,
311:1, 316:21,
317:1, 321:4,
322:14, 323:6,
330:22, 342:10,
346:10, 349:10,
349:23, 368:17,
374:3, 375:5,

375:7, 375:19,
376:8, 376:23,
377:16, 386:14,
394:12, 395:21,
397:13, 398:4,
398:9, 398:10,
398:14, 402:15,
403:17, 403:23,
403:25, 406:10,
415:22, 420:8,
420:15, 459:16
**scale**
97:25
**scared**
149:20
**schaeper**
25:9, 168:2,
168:12, 306:7
**schafer**
8:6, 12:6
**schedule**
361:3, 361:23
**scheduled**
346:16
**schomaker**
393:16, 393:18,
394:14, 397:8,
402:4
**school**
18:9, 18:13,
19:7, 19:14,
19:15, 19:16,
19:21, 20:12,
21:25, 22:21,
25:19, 25:24,
31:17, 36:10,
36:11, 36:12,
36:24, 36:25,
88:1, 88:10,
94:2, 94:20,
94:24, 95:6,
95:18, 96:4,
96:8, 96:10,
96:13, 97:7,
97:11, 97:17,
98:3, 111:15,
112:8, 119:5,
121:22, 131:1,

141:25, 153:25,
165:17, 165:18,
166:1, 169:11,
174:9, 174:11,
175:2, 175:3,
175:13, 175:16,
180:18, 181:4,
183:22, 185:16,
186:4, 196:5,
196:10, 262:5,
262:7, 269:25,
270:6, 270:7,
270:8, 270:24,
289:1, 316:5,
321:8, 328:15,
329:1, 329:5,
329:6, 352:23,
372:17, 375:24,
384:12, 387:5,
387:12, 391:2,
393:25, 431:8,
431:21, 432:9,
432:10, 432:17,
432:20, 432:22,
432:23, 433:2,
433:9, 434:24,
440:24, 451:6
**schools**
26:15, 26:21,
36:14, 36:16,
36:23, 37:24,
38:4, 186:1,
187:8
**schoolwork**
25:20
**schutt**
181:20, 181:21,
181:22, 187:6,
188:11, 189:20,
294:22
**science**
90:16
**score**
26:17
**scott**
394:5, 405:18,
424:12, 424:17,
424:21, 424:24,

425:2, 425:9,
425:14, 425:19,
425:25, 426:10,
427:5, 430:24
**screaming**
306:10, 308:8
**screen**
60:24, 74:10
**screenshot**
287:19, 289:5,
341:19, 342:7,
342:16, 463:3
**screwed**
38:22
**scroll**
436:18, 440:12
**scrolled**
434:22
**scrolling**
436:17
**seal**
182:22, 466:16
**search**
289:22, 424:21,
434:9, 434:14,
435:2, 436:4,
436:5, 436:12,
436:16, 438:3,
439:7, 440:18,
444:22, 445:4,
446:16
**searched**
432:18, 433:17,
437:3, 438:3,
438:5, 438:6,
445:11
**searching**
437:6
**second**
61:15, 82:18,
162:6, 162:20,
162:21, 168:9,
180:12, 201:4,
219:21, 223:6,
231:17, 234:17,
264:3, 268:21,
275:25, 276:1,
320:2, 320:6,

337:5, 337:8,
381:12, 383:21,
393:20, 395:11,
398:6, 403:24,
406:9, 459:10,
459:24
**section**
26:7, 26:16,
31:19, 32:6,
183:7, 261:1,
261:10, 270:10,
316:7, 335:15
**secure**
219:16
**seeing**
52:5, 52:18,
53:4, 55:23,
63:25, 64:1,
124:10, 156:23,
223:19, 315:24,
448:5
**seem**
55:24, 64:6,
80:2, 114:13,
140:16, 207:14,
211:23, 224:8,
325:5, 329:8,
347:4, 384:23,
413:16, 445:15
**seemed**
42:3, 72:2,
82:4, 95:8,
98:17, 98:19,
133:5, 200:14,
203:21, 342:20,
365:18, 378:23,
399:3, 399:5,
451:15, 455:6
**seems**
97:19, 104:1,
124:23, 124:24,
178:3, 236:3,
246:25, 343:20,
343:24, 347:5,
367:19, 388:1,
394:24, 399:2,
441:16, 454:1
**seen**
30:9, 32:21,

50:18, 51:4,
80:4, 80:12,
91:6, 109:2,
109:12, 124:14,
140:7, 140:11,
141:2, 141:12,
163:4, 210:12,
218:12, 306:21,
381:9, 387:16,
388:6, 393:24,
402:6, 406:23,
409:20, 409:23,
422:4, 453:21,
455:25
**sees**
193:6
**segue**
124:5
**selling**
66:4, 292:22
**sellout**
82:1
**semi**
425:25
**senate**
20:3
**senator**
20:13
**send**
394:11, 394:13,
439:3, 458:7
**sending**
397:11
**senior**
20:12, 27:23,
33:17, 375:24,
378:9, 388:25,
432:2, 432:9,
437:12, 437:21
**seniors**
33:24, 89:16,
125:20
**sense**
18:20, 79:21,
144:22, 145:4,
150:2, 203:23,
396:10
**sent**
167:23, 177:23,

179:15, 179:17,
259:20, 290:20,
394:7, 394:25,
396:3, 397:7,
402:9, 402:13,
402:22, 440:13,
441:20, 441:21,
444:21, 446:23,
455:5, 458:13,
459:24
**sentence**
180:12, 180:13,
260:1, 269:20,
275:7, 285:7,
285:20, 402:15,
403:24, 404:13,
404:23
**sentences**
260:24
**sentiments**
410:15
**separate**
415:13
**separately**
183:11, 195:10,
306:1, 307:24,
427:18
**september**
3:3, 3:6, 5:2,
6:2, 7:2, 9:2,
10:2, 11:2,
14:20, 248:21,
249:17, 466:17
**series**
17:1, 394:19,
400:1
**serious**
155:25
**seriously**
197:2
**served**
410:25, 416:20,
460:19
**servers**
432:4
**service**
410:21, 414:15
**set**
47:11, 49:12,

262:8, 317:10,
457:3, 466:16
**setting**
414:10
**seven**
349:15, 407:2
**seventeen**
438:2
**seventeenth**
435:13, 435:14,
435:17
**seventh**
24:21
**several**
31:22, 57:4,
97:22, 161:4,
188:25, 215:7,
215:18, 217:12,
218:13, 219:3,
240:21, 258:3,
258:19, 344:20,
363:20
**shaking**
17:9, 123:19,
124:20
**shaky**
243:17
**shaped**
237:18
**shapes**
22:20
**shapiro**
444:12
**share**
351:10, 463:1
**sharing**
444:20
**shelton**
280:24, 296:17
**shifted**
52:13, 206:17
**shirt**
28:6, 69:21,
120:11, 205:10,
291:5, 294:5,
342:9, 342:18
**shirtless**
28:9

**shirts**
292:2, 293:24
**shock**
52:1, 80:4
**shoes**
31:13, 74:13,
219:22, 219:23,
220:2
**shook**
6:13, 10:20,
15:25, 250:8,
465:4
**shooters**
79:13
**shop**
41:7, 41:25,
42:3
**shopping**
391:12, 391:24,
392:5, 392:8,
392:9
**short**
203:18, 204:3,
342:23, 355:3,
435:21, 449:18
**shorthand**
466:1
**shortly**
162:12, 448:10
**shot**
223:21, 223:25,
224:1, 420:4,
421:15, 421:17
**should**
32:1, 35:25,
107:11, 120:21,
141:21, 154:1,
183:8, 185:14,
187:24, 196:25,
197:1, 198:20,
234:2, 234:8,
234:24, 235:22,
276:21, 399:25,
402:19, 403:3,
403:13, 405:5,
411:6, 411:8
**shoulder**
167:6, 169:17,

184:6, 218:8
**shoulders**
319:1
**shouldn't**
147:2
**shout**
111:3, 311:16,
315:11, 378:21
**shouted**
90:23, 122:8,
147:6, 374:23
**shouting**
101:2, 101:21,
101:23, 101:24,
102:5, 102:9,
118:21, 123:6,
125:18, 125:22,
148:2, 313:14,
314:14, 326:15,
326:17, 327:1,
328:12, 371:17,
371:23, 374:1,
374:18, 388:16,
388:19
**shouts**
135:8
**show**
29:8, 54:6,
80:8, 98:7,
106:6, 108:4,
190:19, 201:7,
272:7, 289:22,
292:16, 296:15,
341:5, 385:19,
394:17, 407:16
**showed**
112:1, 215:6,
296:25, 308:7,
308:12, 368:8,
458:8
**showing**
29:18, 62:23,
112:3, 252:10,
294:18, 346:17,
368:23, 370:7,
455:16
**shown**
369:9, 369:13,

369:18
**shows**
232:17, 321:25,
418:15, 422:1,
422:8
**shrugging**
212:21
**siblings**
18:2
**side**
45:19, 54:13,
69:10, 84:2,
85:21, 117:22,
123:14, 123:23,
138:3, 154:25,
160:13, 164:13,
166:19, 168:10,
205:2, 205:9,
207:22, 216:2,
216:8, 216:20,
217:5, 217:15,
217:21, 218:2,
218:14, 218:17,
219:5, 222:8,
222:22, 223:11,
223:15, 223:25,
224:21, 226:6,
235:17, 236:10,
239:12, 245:12,
258:21, 286:14,
325:4, 352:18,
391:1
**sides**
160:12, 214:16,
235:17, 235:23,
283:15, 284:18
**sightseeing**
40:6, 40:25
**sign**
35:8, 432:5,
433:10
**signal**
278:16, 451:13
**signature-p1kal**
466:20
**signed**
35:11, 35:12
**significance**
110:3, 418:19,

418:23, 420:24,
421:1
**signified**
142:6
**signifies**
141:19, 142:9
**signify**
34:17
**signing**
466:10
**signs**
49:18
**similar**
340:7, 394:24,
449:18
**similarities**
32:24, 33:4
**simple**
458:14
**simply**
254:13, 281:17
**sims**
361:21
**since**
23:25, 24:24,
40:1, 45:8,
80:13, 85:14,
142:15, 262:2,
407:4, 418:11,
418:13, 419:12,
423:16, 424:7,
432:7, 433:6,
433:8, 437:21,
437:25, 442:13,
451:4, 455:10,
455:12, 455:13
**sing-song**
320:13
**singing**
153:8
**single**
67:6, 86:5,
86:12, 124:13,
388:4, 441:8,
445:11
**singling**
276:8
**sir**
251:23, 464:12

**sit**
441:15
**sits**
132:19, 436:2
**sitting**
37:20, 202:24,
380:7
**situation**
99:2, 102:12,
102:23, 120:23,
146:14, 189:2,
189:17, 194:23,
304:12, 368:12,
399:7, 414:25,
415:24, 426:4,
429:21, 445:8
**situations**
185:16
**six**
99:16, 99:17,
99:20, 99:21,
101:5, 101:6,
101:14, 102:8,
102:9, 239:1,
247:21, 247:24,
263:24, 289:9,
325:8, 326:9,
347:2, 347:6,
386:9
**skateboard**
53:13
**skateboarder**
66:23
**ski**
53:14, 70:21,
204:25, 244:14,
245:14, 371:8,
462:11
**skilled**
142:4
**skip**
105:1, 280:22
**skipped**
393:10
**skipping**
104:15, 104:19
**skirt**
355:8

**skirts**
34:11
**slave**
66:5
**slavery**
85:14
**sleep**
37:21, 38:5,
38:6
**slid**
247:21
**slightest**
279:11
**slightly**
74:12, 212:16,
238:9
**slip**
193:12
**slippery**
207:4
**slipping**
184:21
**slogan**
42:5, 42:19,
103:21, 198:8,
422:12
**slow**
247:14
**slurs**
270:9
**small**
23:1, 23:2,
97:25, 153:25,
173:13
**smaller**
201:16, 201:17
**smartest**
289:18, 303:16,
315:18
**smell**
367:14
**smelling**
340:21
**smile**
58:2, 124:25,
295:9, 295:24,
296:3, 296:12,
296:18, 296:22

smiled
294:24
smiles
57:23, 128:15
smiling
58:12, 58:13,
117:8, 295:3,
295:7
smirk
58:14, 296:5,
296:7, 296:10,
296:19, 296:22
smirking
58:23, 59:8
smith
56:17
snap
446:22
snapchat
446:12, 446:13,
446:16, 446:20,
446:25, 447:1,
447:10, 449:20
snappack
342:8
sneakers
78:14
snippet
72:20
snow
220:1, 234:3,
234:8, 234:9,
234:22, 236:5
social
29:18, 177:2,
177:16, 272:24,
273:11, 274:15,
290:1, 299:5,
317:17, 393:4,
423:3, 438:25,
446:8, 447:10,
447:14, 447:19,
449:5
society
382:24
solid
161:18
somebody
19:12, 28:14,

39:6, 63:25,
73:2, 85:13,
85:16, 87:3,
96:14, 102:10,
111:3, 137:9,
138:12, 145:22,
147:8, 148:3,
152:7, 200:21,
214:14, 242:10,
247:17, 256:19,
297:1, 297:3,
311:1, 316:21,
319:23, 326:15,
331:1, 380:5,
459:12
somebody's
121:23
somehow
219:4, 235:12,
366:16, 433:18
someone
22:6, 25:21,
28:5, 28:11,
28:12, 31:18,
32:5, 37:18,
38:19, 57:19,
58:21, 64:7,
65:14, 71:22,
83:15, 85:25,
86:24, 87:14,
96:24, 99:1,
102:4, 103:20,
107:20, 113:13,
138:25, 139:5,
139:8, 150:9,
175:11, 195:18,
200:17, 208:15,
208:18, 213:21,
214:18, 220:13,
253:25, 255:4,
256:6, 274:8,
277:3, 277:23,
295:6, 304:2,
310:2, 311:16,
312:12, 324:2,
326:25, 327:10,
367:13, 367:17,
374:3, 375:7,

378:21, 434:2,
440:10
someone's
176:19
something
19:13, 22:1,
26:18, 32:13,
34:2, 38:22,
49:17, 50:23,
52:9, 53:15,
57:17, 57:18,
57:20, 60:9,
75:21, 80:7,
80:25, 83:9,
88:5, 91:13,
91:24, 96:12,
96:19, 97:20,
97:24, 97:25,
98:4, 100:6,
109:17, 112:18,
115:19, 116:16,
147:10, 159:20,
174:18, 174:23,
175:19, 190:1,
193:13, 212:10,
214:3, 234:25,
240:8, 261:7,
261:16, 268:23,
270:23, 271:9,
271:10, 271:19,
273:25, 275:4,
288:24, 297:16,
298:22, 311:4,
313:14, 313:22,
314:14, 326:15,
333:14, 339:22,
340:25, 341:2,
350:10, 355:9,
362:24, 364:6,
370:20, 384:24,
386:15, 386:16,
388:17, 401:13,
404:15, 416:18,
421:22, 427:5,
428:23, 429:8,
429:16, 431:22,
433:14, 435:3,
438:16, 452:14,

453:15, 456:8
sometimes
26:2, 29:11,
106:6, 391:25,
438:25
somewhat
57:5, 88:12,
203:19, 211:13,
226:21, 226:22,
228:10, 243:16,
343:21
somewhere
34:8, 38:2,
46:2, 49:1,
91:24, 92:4,
92:13, 92:17,
93:10, 93:22,
121:7, 225:7,
226:9, 268:22,
278:17, 365:18,
393:6, 408:22,
413:7, 418:16
song
143:12, 288:18,
288:23
soon
350:14, 410:19
soph
33:17
sophomore
18:12, 21:25,
33:23, 35:23
sophomores
33:21
sorry
15:5, 19:9,
44:12, 55:7,
75:7, 78:19,
110:19, 114:24,
136:5, 149:11,
180:1, 184:1,
227:21, 239:23,
239:24, 252:17,
261:11, 261:19,
304:22, 320:4,
326:8, 337:9,
370:23, 377:9,
383:10, 386:6,

397:23, 430:19,
461:12, 461:17,
462:3, 462:10
**sort**
22:3, 37:8,
57:22, 69:3,
69:5, 69:14,
70:16, 72:1,
73:13, 91:19,
102:5, 117:6,
121:17, 123:13,
140:12, 142:16,
164:4, 196:3,
201:15, 202:11,
204:23, 212:16,
214:16, 221:22,
226:6, 231:3,
239:17, 240:7,
245:11, 245:20,
259:2, 277:2,
279:24, 283:13,
286:3, 302:4,
314:2, 329:21,
348:2, 354:15,
355:8, 389:21,
390:16, 393:2,
397:14, 413:23
**sound**
31:11, 83:15,
146:20, 310:9,
349:19
**sounded**
31:8, 378:13
**sounds**
72:17, 83:23,
84:9, 114:11,
153:1, 326:25,
329:4, 349:20,
379:8, 388:16
**source**
368:13, 413:12,
415:11
**sources**
413:22, 413:25,
414:12, 417:14
**south**
6:7, 10:14
**souvenir**
41:10, 41:22,

42:4
**space**
79:23, 138:21,
167:3, 170:8,
170:14, 170:16,
184:9, 184:12,
218:6, 222:8,
222:13, 223:14,
225:15, 226:7,
235:7, 258:3,
271:5, 277:10,
286:20, 317:8,
367:13, 432:3
**spaced**
166:14, 166:17
**speak**
39:14, 42:6,
91:5, 102:25,
178:14, 323:10,
340:24, 360:3,
364:4, 364:9,
381:7, 382:5,
382:9, 406:11
**speaker**
144:15, 146:6,
146:16, 151:10,
464:24
**speakers**
39:15
**speaking**
20:15, 72:1,
360:21, 383:4,
383:6, 423:5
**speaks**
417:24, 418:21
**spears**
6:5, 10:12,
15:22, 250:17,
465:6
**specializes**
413:14
**specific**
24:25, 43:24,
44:15, 82:20,
172:5, 286:9,
343:11, 351:14,
353:16, 370:1,
388:6, 388:9,

415:11, 417:16
**specifically**
23:23, 24:1,
24:6, 24:14,
24:17, 41:24,
112:12, 133:1,
141:22, 283:1,
284:15, 287:1,
297:11, 297:12,
387:19, 405:18,
413:4, 414:2,
434:1, 456:6,
456:23
**specifics**
353:23
**speculate**
305:13
**speculating**
130:4
**speculation**
324:14
**speech**
34:20, 359:21,
360:19, 361:5,
361:8, 362:4,
362:9, 362:14,
362:16, 362:17,
362:20, 362:22,
363:3, 363:4,
363:8, 364:13,
364:15, 364:21,
364:22, 366:11,
406:15
**speeches**
40:2
**speed**
208:9
**spell**
33:18, 33:22,
33:25, 70:9
**spelled**
25:9, 56:24,
70:18, 121:14,
274:16, 358:24,
434:18
**spelling**
434:19, 434:20
**spend**
20:7

**spending**
79:20
**spent**
20:14, 20:16,
391:1
**spirit**
88:1, 88:10,
89:11, 94:3,
94:20, 94:25,
95:2, 95:3,
95:6, 95:15,
96:4, 96:8,
97:17, 105:8,
110:9, 111:15,
119:9, 119:12,
260:3, 316:5,
321:8, 328:15
**spirits**
288:22
**spiritual**
35:6
**spit**
340:21, 367:15,
417:1, 417:10,
417:13, 417:18
**spoke**
66:16, 275:4,
288:24, 360:21,
361:1, 380:18,
380:19, 391:12,
405:21, 426:6
**spoken**
379:24, 455:9
**sporting**
95:8, 119:16,
119:21
**sports**
26:22, 27:1,
27:17, 32:9,
95:13, 95:16,
96:1, 303:25
**spot**
46:8, 206:18,
326:2, 347:7
**spread**
179:1, 232:23
**spreadsheets**
20:8

sprinted
46:21
st
19:8, 19:16
stage
39:14
stairs
78:16, 184:18,
216:24, 244:10,
370:8
stamp
168:15, 177:19,
187:21
stamped
308:1, 427:20
stance
42:13
stand
33:19, 33:25,
54:22, 55:10,
93:10, 93:14,
119:9, 168:24,
169:10, 175:12,
176:10, 176:19,
182:3, 183:18,
185:1, 189:2,
198:9, 275:9,
289:1, 289:2,
291:15, 293:24,
295:24, 374:17
standard
66:14
standing
22:5, 50:24,
56:20, 57:5,
60:24, 73:17,
78:16, 78:23,
109:3, 117:12,
132:16, 175:1,
175:13, 175:16,
198:13, 198:22,
198:23, 200:24,
206:3, 222:12,
228:10, 229:4,
231:13, 232:4,
236:9, 238:6,
245:19, 246:11,
276:10, 277:5,

278:1, 278:4,
278:14, 280:11,
295:10, 312:21,
325:14, 325:17,
325:24, 339:23,
347:1, 361:10
standoff
350:3
stands
178:17, 304:1
standstill
365:13
stars
355:9
start
19:2, 73:25,
100:6, 105:3,
106:11, 107:11,
110:24, 111:21,
115:1, 117:1,
122:3, 128:17,
132:1, 132:10,
143:20, 212:2,
215:3, 251:11,
252:14, 260:4,
311:4, 314:8,
367:17, 369:19
started
30:4, 30:5,
37:12, 39:13,
44:19, 47:14,
101:15, 132:24,
162:22, 171:3,
171:24, 259:6,
270:15, 300:3,
331:4, 331:12,
331:14, 331:16,
332:6, 333:18,
346:17, 354:11,
387:23, 416:13,
424:11, 426:4,
440:3, 440:7
starting
51:19, 54:7,
65:6, 69:3,
76:9, 98:10,
128:25, 131:7,
134:19, 139:13,

144:11, 145:17,
146:2, 150:14,
152:13, 154:1,
155:20, 158:10,
158:23, 159:6,
225:24, 230:17,
233:12, 242:23,
244:1, 248:1,
252:19, 253:11,
256:12, 288:10,
294:4, 299:20,
301:14, 301:24,
309:18, 311:8,
312:24, 317:16,
318:19, 322:24,
329:17, 345:11,
347:14, 350:19,
356:15, 365:2,
373:7, 378:17,
409:13, 439:4
starts
147:15, 155:4,
191:22, 310:9,
310:10, 316:11,
398:11, 403:23
state
4:10, 7:7,
11:15, 15:3,
20:15, 54:1,
104:4, 106:1,
153:14, 154:18,
155:1, 249:25,
285:25, 365:14,
466:24
stated
171:19
statement
42:8, 43:14,
80:15, 90:20,
103:16, 197:7,
197:14, 271:21,
275:23, 276:4,
281:19, 285:8,
320:23, 337:2,
368:14, 381:7,
381:24, 395:4,
395:21, 396:1,
396:3, 396:12,

396:17, 397:3,
402:20, 404:17,
405:14, 405:16,
405:17, 409:19,
415:7, 417:10,
421:4, 425:3,
425:6, 425:21,
430:10, 430:16,
430:19, 430:21,
453:14
statements
220:18, 377:25,
379:13, 387:15,
415:3, 415:7
states
1:1, 14:18,
249:15, 411:1,
413:9
stating
254:13, 383:7
station
455:5
statistics
77:7
stay
52:10, 221:9,
303:12, 409:24
stayed
40:17, 225:18,
259:9, 339:9
staying
189:17, 363:5
steal
333:16, 411:10,
414:18, 414:23
stenographically
466:8
step
121:21, 180:18,
247:5, 279:12,
280:10, 280:11,
451:11
stepping
138:5, 180:23
steps
48:10, 73:22,
88:11, 88:16,
88:17, 120:13,

193:12, 193:16,
218:24, 234:10,
236:9, 354:5,
390:8, 390:18
**stettinius**
9:21
**steve**
168:2, 168:3,
168:12, 168:22,
169:19, 306:7,
395:15
**steven**
25:9, 168:23
**stick**
93:8, 122:23,
169:17, 184:7
**still**
22:12, 25:11,
32:11, 43:12,
61:4, 61:5,
79:24, 93:11,
96:9, 135:2,
137:22, 176:19,
177:22, 177:25,
210:15, 213:6,
215:7, 216:21,
217:8, 220:6,
222:8, 223:15,
225:19, 229:3,
241:11, 243:21,
245:19, 258:2,
258:3, 263:22,
292:14, 294:2,
306:20, 325:24,
393:11, 406:21,
410:14, 431:12,
433:15, 435:24,
437:22, 443:8,
449:21
**stills**
242:5
**stip**
132:1, 227:3,
227:6, 239:24,
252:15, 419:24,
421:10
**stipulated**
369:5

**stipulation**
54:2, 104:11,
105:2, 106:10,
299:19, 328:7
**stole**
332:10, 339:15
**stolen**
413:15
**stone**
2:34, 6:11,
10:18, 14:16,
16:1, 104:8,
249:13, 250:9,
250:21, 345:7,
447:7, 457:3,
464:25, 465:5
**stood**
121:10, 175:4,
279:10, 289:3,
340:12, 451:10
**stop**
37:14, 59:14,
62:6, 72:23,
91:14, 106:18,
139:16, 151:2,
161:11, 199:4,
199:15, 206:24,
209:17, 214:11,
223:6, 230:4,
231:20, 239:16,
324:23, 336:25,
342:22, 356:3,
356:8, 392:12,
411:15, 411:20,
415:4, 416:16
**stopped**
30:4, 30:15,
37:13, 51:23,
51:24, 56:7,
64:11, 64:13,
74:2, 74:7,
98:13, 113:24,
115:1, 126:2,
126:25, 133:21,
135:1, 151:8,
214:23, 264:17,
264:21
**stopping**
173:18, 239:3

**store**
42:1
**stored**
438:14, 438:19
**stories**
392:10
**story**
38:20, 130:16,
190:2, 317:16,
318:3, 449:20
**stranded**
37:22
**stranger**
188:23
**strangers**
262:4, 448:7
**straw**
157:17
**street**
5:16, 5:23,
6:15, 6:22, 7:7,
9:16, 10:7,
10:22, 11:7,
11:15
**streets**
219:25
**strength**
29:9
**stretch**
45:17
**strike**
87:23, 89:13,
256:9, 363:14,
399:10, 418:5,
430:4
**stripe**
69:14
**strong**
100:1
**stuck**
286:16
**student**
26:7, 31:19,
51:8, 61:2,
72:10, 81:25,
82:2, 82:8,
86:5, 86:12,
86:20, 88:24,

106:20, 106:22,
107:19, 109:24,
112:15, 112:23,
139:20, 140:5,
146:13, 178:23,
186:8, 186:10,
186:13, 186:18,
204:24, 205:5,
205:18, 206:2,
208:20, 208:22,
219:3, 231:12,
244:9, 244:13,
253:24, 263:14,
263:22, 266:9,
266:23, 269:10,
270:10, 302:13,
318:25, 352:23,
358:6, 372:21,
374:9, 377:3,
378:12, 383:23,
384:14, 384:16,
384:22, 388:4
**study**
129:12
**studying**
24:5, 24:9
**stuff**
24:10, 47:12,
81:16, 243:1,
293:14, 312:16,
392:13, 433:10
**stunt**
132:22
**subject**
395:3, 397:13,
427:14
**subjected**
307:13
**submitted**
13:7, 459:4
**subpoena**
394:21, 452:6,
454:8, 454:14,
454:18
**subsequently**
430:25
**substance**
362:9, 392:25,

415:22, 452:20
**substantiate**
318:13
**succeeded**
93:23
**suddenly**
385:16
**sufficient**
382:20
**suggest**
114:13, 287:13,
342:20
**suggested**
234:24
**suggesting**
235:8, 235:10,
273:18, 381:23
**suggestion**
235:10, 403:11
**suit**
364:24
**suite**
5:7, 5:16,
5:23, 6:8, 7:16,
9:7, 9:16, 9:23,
10:7, 10:15,
11:23
**summary**
379:21
**summe**
70:5, 70:8,
117:22, 117:23,
117:24, 135:7,
135:8, 136:5,
138:7, 139:1,
139:6, 146:10,
146:17, 146:19,
146:21, 146:25
**summer**
20:3, 20:11,
21:5, 21:7,
21:8, 41:17,
412:7, 437:15
**sumo**
27:20, 28:21,
28:23, 30:22,
31:2, 32:24,
33:1, 95:5,

118:6, 121:12,
127:13, 151:23,
152:9
**sunny**
70:7
**super**
65:15, 66:16
**support**
116:17, 155:2,
155:8, 155:9,
272:22, 273:16,
292:16, 292:20,
293:22, 387:7,
406:14, 452:12
**supported**
197:22, 387:7
**supporters**
419:5
**supporting**
81:17, 351:14
**suppose**
113:19
**supposed**
36:16, 48:12,
48:15, 92:15,
174:17, 182:9
**supposedly**
186:14, 186:19,
187:6
**sure**
16:25, 44:15,
44:17, 49:16,
56:25, 57:3,
57:6, 59:18,
72:7, 76:15,
78:17, 86:4,
86:11, 88:18,
93:12, 101:12,
106:4, 111:21,
120:9, 121:20,
129:8, 144:19,
152:21, 156:15,
177:8, 178:20,
185:23, 192:9,
193:14, 206:14,
227:15, 242:19,
246:13, 248:17,
252:22, 253:3,

253:18, 268:9,
271:3, 272:25,
273:3, 273:14,
275:2, 276:9,
285:13, 291:1,
291:3, 294:1,
307:2, 311:2,
321:19, 322:21,
331:15, 332:5,
343:13, 347:25,
354:18, 358:8,
361:23, 365:24,
368:6, 378:25,
380:23, 396:9,
401:5, 404:9,
405:23, 407:21,
409:9, 413:5,
413:11, 426:21,
427:15, 428:2,
428:14, 436:21,
445:2, 445:4,
446:20, 447:6,
448:19, 449:21,
457:21, 460:6,
463:16
**surface**
431:7, 431:20,
432:1, 437:12
**surmise**
305:14
**surprised**
419:1
**surround**
128:2
**surrounded**
127:19, 260:6,
260:12, 284:18,
310:2
**surrounding**
382:18
**suspended**
411:7
**swarmed**
214:16
**swarming**
213:22, 214:3
**swear**
16:8, 251:2,

251:12
**sweatshirt**
69:14, 70:16,
135:6, 135:13,
139:24, 205:19,
207:23, 217:1,
218:7, 234:1,
245:20, 246:19,
323:23, 372:17,
462:17
**sweatshirts**
328:21
**sworn**
16:12, 251:16,
252:3, 452:11,
453:14
**symbolize**
34:16
**system**
174:11, 270:7

**T**

**t-shirts**
292:22
**tablet**
431:8, 432:11
**taft**
9:21
**take**
17:14, 19:18,
19:21, 25:25,
31:14, 34:21,
34:22, 52:21,
67:4, 96:20,
103:1, 113:17,
131:12, 133:12,
143:25, 144:6,
160:13, 190:14,
195:4, 195:16,
204:5, 259:22,
260:22, 279:11,
281:2, 287:16,
290:13, 294:7,
295:1, 297:20,
305:15, 312:3,
321:2, 323:5,
337:15, 359:11,
367:1, 375:22,

377:20, 380:11,
384:13, 387:2,
393:15, 396:15,
401:23, 407:17,
407:20, 433:21,
453:12, 463:3

**taken**
16:23, 23:6,
23:20, 23:21,
23:23, 23:25,
24:25, 35:5,
59:21, 103:4,
131:18, 141:22,
175:4, 176:16,
197:2, 199:22,
217:24, 277:9,
277:13, 280:10,
281:7, 287:19,
289:6, 294:11,
317:17, 356:7,
359:14, 382:25,
408:1, 436:6,
457:25, 460:10,
466:5, 466:8

**takes**
17:11, 28:6,
106:21, 107:20,
369:2

**taking**
14:25, 23:8,
96:19, 120:10,
179:7, 249:22,
350:3, 352:13

**talk**
25:21, 38:12,
73:4, 89:8,
125:2, 191:25,
199:12, 331:10,
333:19, 345:17,
353:20, 391:7,
399:24, 445:7

**talked**
81:13, 82:11,
205:18, 293:4,
323:8, 331:13,
391:9, 418:9,
424:25, 442:5,
451:2, 451:7,

451:17, 452:9,
454:5, 454:7,
456:1, 456:2,
456:15, 457:17

**talking**
20:16, 27:4,
54:22, 65:21,
70:20, 72:1,
80:3, 81:11,
81:15, 93:3,
117:7, 117:9,
127:15, 128:11,
129:16, 129:21,
139:6, 152:1,
165:1, 185:22,
197:23, 273:8,
285:14, 299:7,
309:4, 335:6,
336:25, 342:25,
343:4, 346:14,
348:12, 349:21,
352:18, 352:20,
352:21, 355:7,
370:15, 385:9,
390:12, 399:21,
413:25, 418:7,
418:23, 420:6,
425:25, 459:1

**talks**
76:6

**targeting**
51:2

**taunt**
116:9

**taunting**
63:9, 80:16,
80:17, 80:23,
113:2, 116:3,
254:6

**teach**
90:15

**teacher**
90:13, 90:19,
117:19, 346:20,
450:17

**teachers**
31:21, 31:24,
88:4, 90:1,

93:13, 346:20

**teachings**
404:18

**team**
27:8, 29:9

**team's**
316:6

**tech**
464:15

**technically**
315:5, 320:24,
325:11

**technician**
8:8, 12:8

**techno**
437:8, 437:9

**technologically**
437:9

**ted**
1:8, 1:18,
1:31, 2:4, 2:14,
2:29, 8:3, 12:3,
18:1, 395:8

**teenage**
119:25

**teenager**
193:6, 193:25

**teenagers**
100:14, 101:2,
101:13, 102:5,
102:10, 103:22

**telephone**
290:20

**television**
317:23, 409:2,
414:22

**tell**
21:22, 29:23,
32:8, 39:19,
59:11, 65:17,
72:7, 72:23,
73:6, 73:7,
83:12, 83:22,
84:12, 84:20,
85:5, 108:15,
122:8, 123:5,
123:8, 136:3,
136:5, 150:19,

159:21, 163:9,
165:4, 185:10,
186:13, 207:12,
207:15, 207:16,
243:16, 248:15,
253:19, 259:19,
275:21, 286:7,
286:24, 309:3,
310:13, 313:16,
319:7, 324:14,
326:6, 327:21,
330:20, 333:8,
362:17, 370:18,
370:22, 371:9,
374:14, 374:15,
383:11, 385:17,
390:17, 396:23,
405:15, 406:12,
452:5, 456:4,
457:20

**telling**
102:18, 156:22,
186:18, 239:4,
318:5, 330:16,
332:21, 332:22,
333:12, 333:13,
382:4

**tells**
333:17, 339:15

**ten**
29:25, 124:4,
128:22, 131:5,
136:11, 166:25,
313:7, 354:9,
364:14, 457:19

**tensions**
399:6

**term**
66:8, 82:12,
94:8, 365:20,
367:8, 382:19

**terminology**
76:16

**terms**
36:23, 45:18,
100:20, 260:15,
378:15

**territory**
188:3

**testament**
129:12, 129:19,
130:9
**testified**
16:12, 88:25,
91:16, 196:23,
252:3, 258:23,
261:25, 267:15,
267:17, 276:23,
277:12, 283:2,
288:25, 293:16,
295:22, 297:5,
309:8, 309:12,
333:11, 335:8,
355:19, 359:3,
366:14, 376:6,
378:11, 379:13,
412:20, 414:17,
418:3, 418:5,
418:13, 425:1
**testify**
451:25, 452:13,
452:17, 453:5,
454:9, 454:11
**testifying**
445:22, 453:6
**testimony**
171:15, 212:15,
219:2, 219:7,
233:18, 234:2,
234:7, 234:20,
235:12, 235:20,
284:22, 365:10,
378:4, 410:6,
412:1, 441:19,
447:4, 452:11,
452:21, 453:17,
466:7
**text**
46:7, 46:13,
168:9, 168:22,
176:7, 179:21,
181:25, 183:20,
187:10, 187:13,
188:6, 188:7,
290:19, 291:18,
293:9, 306:3,
306:9, 308:3,

308:18, 394:24,
421:23, 427:24,
427:25, 428:13,
428:21, 436:14,
442:18
**texted**
168:23, 169:19,
183:17, 189:21,
306:12, 308:15
**texting**
291:4, 294:22,
306:6, 308:4
**texts**
167:20, 167:21,
167:23, 169:1,
174:1, 181:11,
181:16, 182:3,
188:11, 196:9,
221:10, 290:16,
291:10, 291:25,
299:4, 306:24,
308:7, 309:2,
427:21, 428:1
**th**
14:20, 17:24,
37:6, 168:16,
168:18, 177:20,
188:9, 249:17,
306:13, 417:22,
425:20, 430:8,
433:6, 466:18
**thank**
126:21, 131:15,
180:8, 291:20,
382:16, 383:6,
463:20, 464:14
**thanked**
410:20
**thanks**
104:16, 252:13
**theme**
143:17
**themes**
362:11
**themselves**
15:3, 49:15,
249:25, 334:16,
413:24, 440:8

**theory**
333:20
**therapist**
21:13
**thereafter**
466:8
**therefore**
210:13
**thin**
457:18
**thing**
28:10, 47:10,
58:17, 86:5,
86:12, 87:15,
88:25, 94:7,
106:7, 109:2,
113:14, 124:13,
127:13, 129:5,
142:2, 142:7,
153:21, 169:5,
176:7, 181:8,
193:9, 194:4,
194:10, 194:23,
194:24, 201:14,
218:20, 282:1,
287:15, 292:17,
301:20, 303:17,
305:1, 315:18,
328:15, 343:19,
354:19, 378:10,
403:21, 410:11,
413:23, 428:25,
432:11, 435:2
**things**
36:1, 36:2,
39:22, 40:4,
43:8, 45:1,
45:7, 50:2,
50:3, 50:6,
50:7, 50:9,
79:15, 81:2,
81:4, 81:7,
81:19, 86:9,
86:18, 89:3,
90:23, 91:9,
96:11, 101:19,
102:1, 116:19,
121:21, 159:24,

160:3, 169:5,
176:8, 176:10,
196:15, 196:17,
197:21, 271:19,
288:20, 291:18,
294:4, 298:12,
299:1, 299:13,
331:6, 333:6,
340:7, 353:2,
353:8, 359:5,
361:25, 362:17,
382:12, 382:13,
388:6, 398:17,
399:14, 399:16,
401:17, 401:18,
404:7, 411:5,
422:3, 423:2,
424:23, 441:20,
446:21, 446:22,
447:5, 455:25,
456:2
**thinking**
116:13, 227:22,
236:20, 238:12,
259:3, 259:16,
262:16, 262:17,
262:19, 352:23,
397:11, 397:15
**thinks**
194:1, 379:11,
384:3, 443:24
**third**
180:12, 253:25,
260:1, 395:12,
403:22, 462:2
**thought**
43:14, 46:16,
46:22, 49:1,
81:10, 91:14,
92:11, 93:13,
95:9, 95:21,
109:9, 114:18,
141:8, 154:24,
181:1, 185:13,
192:8, 270:12,
270:19, 270:22,
276:21, 295:23,
297:7, 297:9,

297:22, 298:7,
298:23, 299:11,
303:20, 308:20,
318:4, 348:25,
349:5, 352:10,
363:14, 403:12,
404:20, 411:8,
426:15, 426:19,
448:23, 449:11,
459:11
**thoughts**
403:6
**thousands**
439:13, 441:14,
441:15
**threat**
131:12
**threatened**
80:10, 80:11,
131:12, 396:20
**three**
20:23, 36:21,
137:7, 160:12,
164:9, 166:22,
204:19, 213:7,
216:22, 217:4,
217:7, 217:11,
234:9, 234:10,
234:22, 241:12,
256:14, 287:14,
325:23, 326:1,
380:6, 391:16,
394:20, 431:14,
449:3
**threw**
112:8, 386:20
**thrive**
81:1
**thrived**
25:18
**through**
1:7, 1:17,
1:30, 2:3, 2:13,
2:28, 19:18,
22:20, 37:3,
37:8, 69:6,
71:3, 73:9,
82:19, 82:21,

147:15, 158:23,
160:3, 161:20,
162:7, 162:22,
169:6, 169:13,
169:20, 169:24,
170:4, 170:9,
172:12, 173:5,
173:9, 173:12,
173:20, 175:7,
175:10, 181:16,
193:14, 196:1,
206:24, 232:16,
234:3, 234:8,
234:22, 261:1,
261:4, 261:10,
262:5, 264:11,
284:21, 287:12,
287:13, 290:15,
299:4, 302:7,
307:23, 310:4,
313:6, 322:19,
334:1, 340:16,
360:1, 389:22,
392:1, 398:9,
424:15, 424:18,
434:22, 436:16,
437:12, 439:10,
439:11, 445:3,
445:5, 450:11,
455:19, 461:20
**throughout**
33:15, 50:19,
86:6, 86:16,
259:15
**throw**
109:17, 112:16
**thumbs**
105:13, 105:17
**timed**
305:7
**timeline**
45:11, 393:2,
408:13, 412:17,
430:5
**times**
1:23, 1:24,
7:12, 7:13,
11:19, 11:20,

14:6, 14:7,
15:14, 31:22,
32:9, 37:15,
57:4, 104:7,
106:3, 120:18,
190:24, 210:19,
249:3, 249:4,
250:6, 308:8,
308:12, 335:14,
345:7, 356:3,
356:8, 393:24,
442:6, 464:23
**titano**
274:16, 274:18,
325:21
**title**
360:16
**to-since**
418:4
**today**
14:23, 16:6,
23:6, 66:9,
68:16, 140:21,
202:24, 210:16,
210:17, 248:13,
249:20, 250:25,
251:8, 299:7,
299:8, 304:17,
309:10, 380:7,
382:24, 403:24,
440:10
**today's**
14:20, 249:17
**todd**
5:4, 6:14, 9:4,
10:21, 15:9,
190:15, 190:22,
250:1, 259:12,
267:25, 313:20,
363:11, 383:3,
395:14, 395:21,
458:13, 460:19,
464:8
**together**
22:7, 43:7,
43:12, 203:20,
391:19, 405:17,
423:6

**told**
16:25, 31:17,
31:20, 32:1,
32:3, 38:14,
38:17, 39:3,
48:4, 48:7,
82:1, 159:20,
185:23, 287:5,
292:5, 299:1,
327:23, 327:25,
328:2, 332:16,
332:19, 333:5,
333:9, 333:13,
346:21, 354:3,
364:8, 384:10,
396:11, 396:21,
397:2, 426:10,
455:24, 456:19
**tom**
65:15, 65:22,
66:12, 82:1,
82:7, 82:9,
288:5, 288:7
**tom's**
66:1
**tomahawk**
153:11, 209:22,
210:8, 210:11,
210:21, 210:25,
212:7, 212:17
**tomahawks**
145:7
**tomorrow**
239:20, 248:10
**ton**
24:10, 353:24
**tone**
321:4, 404:24
**toned**
414:25
**toned-down**
63:22
**took**
21:24, 24:7,
45:17, 47:23,
100:3, 157:17,
159:12, 285:2,
329:14, 362:19,

390:6, 449:15,
449:18, 460:17
**top**
159:13, 160:4,
201:1, 201:2,
201:5, 216:24,
260:21, 277:14,
308:3, 415:18,
418:1, 418:24
**topic**
399:15
**topics**
24:11, 379:23
**total**
99:16, 260:18,
346:25
**totally**
380:7
**touch**
114:5, 114:14,
114:17, 135:8,
135:9, 135:19,
136:17, 139:2,
145:22, 146:7,
147:2, 147:6,
147:16, 147:20,
148:2, 148:4,
148:10, 148:12
**touchdown**
26:17
**touched**
436:1
**touching**
137:21
**tougher**
27:16
**tour**
362:5
**toward**
120:2
**towards**
29:9, 94:13,
103:23, 105:24,
110:13, 120:3,
161:22, 200:18,
220:10, 231:6,
232:9, 237:9,
238:5, 264:9,

264:15, 330:7,
346:6, 390:8,
401:6, 422:11,
423:11, 456:14
**tower**
431:10, 431:15
**town**
399:25
**tp**
360:14
**tpusa**
178:16, 178:17,
179:3, 360:16
**track**
75:7, 75:14
**tradition**
34:14, 88:12
**trailer**
79:8
**tran**
464:23
**transcript**
464:16, 464:19,
466:6
**transferred**
323:11
**transit**
38:23
**transylvania**
18:10
**traurig**
7:6, 11:14,
15:20, 250:15
**traveled**
203:19
**traveling**
203:18, 203:24,
203:25, 204:1
**treat**
192:6
**treated**
307:16, 417:5,
422:24, 423:9
**tremaine**
5:15, 9:15,
250:4
**trend**
288:20

**trending**
393:8
**trey**
358:23
**trial**
21:24, 451:24,
453:1
**tribal**
32:19
**tried**
40:23, 185:19,
199:7, 220:9,
276:22, 391:24,
409:24, 434:19,
436:11, 436:14,
436:16
**tries**
333:19, 453:22
**trip**
35:1, 35:2,
35:3, 35:4,
35:7, 35:20,
36:4, 37:10,
41:22, 45:10,
50:4, 92:16,
130:5, 130:6,
130:7, 174:10,
270:20, 285:1,
389:6
**trips**
262:1
**true**
95:23, 95:24,
176:3, 185:24,
187:1, 210:15,
210:17, 331:17,
466:6
**trump**
42:24, 50:1,
61:10, 62:11,
64:1, 81:5,
81:8, 81:12,
81:15, 109:24,
111:3, 112:5,
112:13, 112:16,
112:17, 115:9,
115:10, 115:25,
116:3, 116:4,

116:10, 116:11,
116:21, 123:15,
124:18, 360:3,
361:1, 361:16,
362:6
**trump's**
42:13
**trust**
397:4
**truth**
185:21
**truthful**
269:18, 320:23,
411:24
**truthfulness**
418:22
**try**
17:5, 17:7,
17:9, 17:12,
34:11, 37:2,
45:23, 80:25,
130:5, 150:11,
174:8, 185:3,
233:20, 244:21,
252:11, 259:25,
276:24, 277:23,
280:1, 298:19,
309:8, 324:5,
324:6, 329:24,
351:11, 357:2,
374:9, 377:11,
429:14, 430:4,
435:2, 461:20
**tuesday**
3:6, 9:2, 10:2,
11:2, 248:21,
249:17
**tuned**
297:18, 311:20
**turn**
29:4, 91:23,
135:14, 196:2,
276:1
**turned**
35:13, 46:14,
127:15, 185:24,
205:2, 230:21,
232:8, 238:1,

272:16, 332:9,
411:23, 421:20
**turning**
129:4, 129:5,
136:20, 137:3,
138:3, 178:17,
360:1, 360:6,
360:22, 374:8,
391:25
**turns**
55:16, 237:2,
237:9, 385:18,
453:22
**tv**
410:1
**tweet**
287:20, 287:22,
288:2, 289:6,
289:10, 418:14,
419:10
**tweets**
289:14, 289:16,
290:4, 290:8
**twice**
32:22, 32:23,
335:13, 349:6,
402:25, 451:5,
459:8
**twist**
301:8, 301:20,
304:7, 306:10,
308:9, 339:21
**twisting**
301:9, 302:14
**twitter**
20:9, 177:18,
289:11, 289:15,
290:3, 393:8,
418:15, 418:25,
442:23, 443:2,
443:4, 443:7,
443:14, 443:19,
444:2, 444:7,
444:9, 444:13,
445:3, 446:7,
446:25, 447:9
**two**
18:3, 20:22,

95:21, 123:13,
128:18, 146:14,
147:5, 148:1,
164:24, 169:1,
187:10, 207:24,
213:7, 233:11,
235:23, 236:15,
241:11, 243:21,
247:4, 247:21,
248:23, 256:14,
263:7, 268:7,
284:4, 286:18,
287:14, 290:25,
315:5, 340:10,
351:7, 362:13,
368:8, 368:11,
375:5, 375:8,
375:20, 375:22,
376:4, 376:8,
376:11, 376:23,
376:24, 385:6,
388:7, 393:20,
414:3, 415:19,
433:20, 436:17,
437:18, 449:2,
451:21
**type**
405:23
**typed**
285:2, 405:22
**typewriting**
466:9
**typical**
31:5
**typically**
91:22, 362:7

---

**U**

**uh-huh**
41:3, 42:21,
48:6, 76:20,
83:11, 134:9,
185:17, 191:19,
196:12, 222:23,
225:2, 265:19,
266:1, 289:8,
294:23, 337:7,
342:6, 390:21,

405:19, 462:5
**uk**
27:7
**ultimately**
397:6, 397:7
**unable**
221:3, 254:2
**unaware**
289:13, 406:22,
441:4
**unborn**
35:6
**uncle**
65:14, 65:22,
66:1, 66:12,
81:25, 82:7,
82:8, 145:7
**unclear**
17:4
**uncomfortable**
259:7, 270:18,
292:25, 403:25,
404:2, 404:14,
404:16, 405:2,
405:10, 448:15
**unconfirmed**
185:25
**under**
141:5, 182:22,
260:20, 466:9
**understand**
19:11, 22:18,
63:2, 65:15,
65:18, 66:8,
77:9, 87:7,
114:10, 129:6,
130:3, 135:18,
142:8, 143:4,
144:1, 144:17,
144:25, 151:15,
153:7, 153:10,
186:17, 210:18,
210:21, 217:11,
233:19, 253:20,
253:23, 255:9,
257:7, 261:11,
266:11, 266:13,
267:7, 269:7,

272:4, 272:5,
272:13, 304:14,
308:16, 311:23,
312:18, 324:7,
325:13, 350:1,
351:24, 353:13,
363:24, 374:16,
376:3, 376:9,
376:15, 376:23,
381:22, 383:14,
387:20, 395:7,
401:7, 404:5,
414:9, 429:24
**understanding**
34:13, 48:14,
48:16, 65:25,
66:2, 66:10,
66:17, 68:13,
68:16, 82:12,
93:16, 122:25,
129:9, 143:8,
144:7, 154:3,
210:23, 211:8,
262:1, 280:16,
316:2, 346:13,
347:21, 350:5,
351:1, 404:10,
415:21, 416:6,
416:10, 424:7,
446:19
**understood**
82:13, 274:2,
285:3, 381:24,
436:22, 445:16
**uneasy**
50:17, 91:9,
293:6
**uneducated**
210:11
**unexpectedly**
419:7
**unfair**
400:24
**unfamiliar**
91:8
**unfortunately**
197:23, 293:9
**unidentified**
464:24

**unified**
43:5
**uninformed**
154:13
**united**
1:1, 14:18,
249:15, 413:9
**unity**
423:12
**university**
18:10, 153:14,
433:19, 433:22,
434:3
**unless**
271:19, 281:16
**unlike**
26:14, 180:18,
331:6
**unmovable**
312:13, 312:19
**unofficially**
18:18, 18:20
**unreasonable**
137:22, 138:11,
138:21, 255:17
**unsafe**
261:2, 261:7,
261:8, 261:9,
261:16, 261:21,
261:24, 279:24,
280:1
**unsure**
342:17
**unsuspecting**
419:1
**until**
93:25, 162:1,
332:1, 391:2,
423:7, 426:3,
432:2, 435:9,
435:10, 438:21,
461:15
**untrue**
128:1
**untruthful**
411:12
**unturned**
447:7

**upset**
79:17, 79:18
**urge**
42:1
**usa**
178:17, 360:2
**use**
68:12, 94:8,
129:14, 180:10,
187:11, 277:9,
295:18, 334:18,
391:22, 392:6,
400:6, 423:14,
431:6, 431:8,
431:19, 431:20,
431:21, 432:13,
433:20, 437:13,
441:25, 444:7,
444:9, 446:8,
446:13, 447:19,
448:16, 448:18,
450:7, 462:24
**useful**
88:12
**using**
26:12, 169:17,
256:4, 287:1,
375:17, 387:3,
423:10, 448:4
**usually**
26:20, 27:23,
28:5, 28:14,
28:20, 29:4,
31:22, 33:14,
34:9, 34:19,
94:4, 148:22,
149:18, 271:18,
295:6, 423:12,
442:5

---
**V**
---

**valor**
413:15
**value**
193:4
**values**
43:15, 43:18,
44:12, 422:15

**vantage**
243:13, 451:10
**variety**
142:10
**various**
391:2
**veracity**
418:22
**verbally**
143:3, 283:4
**versed**
177:1
**version**
1:4, 129:24,
432:10
**versus**
14:3, 14:5,
14:8, 14:11,
14:13, 14:16,
248:25, 249:3,
249:5, 249:8,
249:10, 249:13
**veteran**
413:14
**via**
14:25, 249:23
**viacom**
15:23
**viacomcbs**
5:20, 6:4,
10:4, 10:11
**vicar**
393:19
**victory**
33:9, 33:10,
33:18, 33:20,
132:10, 134:1,
352:9
**video-recorded**
14:2
**videographer**
8:2, 12:2,
14:1, 14:23,
16:5, 59:19,
59:25, 103:2,
103:8, 131:16,
131:22, 199:20,
199:24, 248:14,

248:18, 248:23,
249:20, 250:24,
251:23, 281:5,
281:11, 294:9,
294:15, 359:12,
359:18, 407:24,
408:5, 457:23,
458:4, 460:8,
460:14, 463:23,
464:2, 464:10,
464:14
**videos**
52:18, 54:2,
106:5, 204:8,
212:24, 277:13,
288:5, 298:19,
309:9, 341:6,
341:13, 365:17,
368:8, 368:16,
368:23, 368:24,
369:1, 369:4,
369:6, 369:9,
369:13, 369:17,
412:8, 437:20
**videotape**
449:14, 453:23
**videotaped**
203:4, 449:11
**videotaping**
203:1, 385:22
**vietnam**
410:24, 416:20,
417:1, 417:4
**view**
45:3, 56:23,
58:3, 62:8,
66:3, 100:2,
103:25, 235:14,
352:11, 352:14,
371:22, 372:8,
377:2, 377:7,
383:14, 385:16,
405:9, 423:13,
455:25
**viewed**
142:20
**views**
42:17, 42:23

**violence**
102:13
**viral**
270:24, 303:19,
303:22
**virtually**
3:2, 4:2
**visible**
73:25, 234:12
**visit**
393:25
**visual**
148:9
**vlc**
242:22
**vocal**
340:11
**voice**
15:2, 313:18,
320:13, 321:4
**voice-identify**
249:24
**volume**
390:11
**voluntarily**
452:10
**volunteers**
262:9
**voss**
57:18
**voters**
20:15
**vsco**
447:18

**W**

**wacker**
6:7, 10:14
**wait**
48:17, 82:18,
93:15, 234:17,
251:12, 461:15
**waited**
263:25
**waiting**
180:14, 461:17
**waive**
251:15

**waking**
455:15
**walk**
37:2, 37:8,
39:9, 48:20,
73:14, 147:15,
149:19, 158:23,
175:7, 221:3,
261:14, 262:5,
389:22, 392:13,
404:25, 455:18
**walked**
40:8, 91:20,
91:22, 149:22,
173:9, 182:4,
183:18, 200:17,
203:4, 203:11,
220:19, 220:21,
234:3, 234:8,
234:21, 234:25,
264:9, 271:14,
338:20, 344:18,
390:2
**walking**
55:20, 162:22,
170:8, 173:5,
173:11, 193:7,
194:3, 218:11,
261:10, 264:10,
264:11, 264:13,
264:15, 344:23,
346:5
**walks**
161:20, 272:1
**wall**
71:23, 72:4,
72:18, 72:19,
327:1, 327:17,
327:24, 381:16
**walt**
5:11, 9:11,
16:17, 252:7
**want**
18:21, 22:13,
25:5, 41:14,
58:18, 59:14,
76:5, 76:14,
82:20, 89:2,

91:4, 94:19,
102:17, 107:5,
125:1, 128:16,
148:14, 169:10,
172:14, 181:7,
185:7, 191:3,
193:22, 194:13,
221:12, 224:19,
225:15, 234:20,
240:9, 252:22,
258:25, 259:10,
268:2, 268:5,
268:18, 271:2,
275:21, 279:17,
281:2, 289:21,
294:19, 301:4,
302:3, 307:12,
312:23, 319:6,
329:21, 330:12,
331:16, 334:23,
335:17, 341:5,
354:17, 356:9,
363:15, 365:15,
375:15, 377:19,
380:21, 396:6,
403:21, 404:6,
411:7, 426:12,
426:22, 440:23,
457:19, 459:25,
462:1, 465:12
**wanted**
35:17, 36:1,
38:16, 40:4,
41:11, 41:23,
58:25, 64:7,
89:1, 91:1,
114:5, 114:14,
114:17, 122:1,
173:8, 173:10,
175:10, 185:11,
198:11, 214:19,
218:11, 224:5,
224:11, 225:12,
233:20, 271:4,
271:8, 271:10,
278:13, 286:16,
289:1, 292:3,
292:13, 339:18,

362:11, 362:15,
362:18, 364:9,
416:1, 439:19
**wants**
35:15, 191:4,
211:22, 223:21,
224:6, 224:7,
269:17, 279:20,
280:4, 411:5
**war**
43:3, 43:7,
52:4, 96:21,
142:13, 155:2,
324:3, 362:6,
410:25, 422:16
**warning**
46:12
**washington**
5:17, 9:17,
40:7, 45:20,
80:3, 119:16,
175:19, 430:6
**watch**
67:2, 82:21,
106:25, 108:9,
161:25, 162:7,
216:14, 300:4,
309:8, 356:9,
356:10
**watched**
67:5, 67:7,
298:18, 337:17,
410:3, 437:20
**watching**
99:2, 102:4,
102:11, 113:14,
119:25, 134:13,
137:8, 138:12,
138:25, 247:17,
335:15, 341:19,
371:21, 410:2
**water**
57:16, 57:23,
58:2, 61:3,
61:6, 61:23,
62:11, 62:18,
62:22, 62:24,
64:1, 64:5,

106:22, 107:20,
109:24, 110:3,
110:7, 111:3,
112:1, 112:2,
112:5, 112:9,
112:13, 112:16,
112:17, 112:22,
389:17, 428:1,
428:22
**ways**
155:7, 338:17,
340:10
**we'll**
183:5, 202:16,
354:16
**we're**
69:5, 131:22,
204:12, 208:3,
209:2, 335:15
**we've**
95:2, 95:3,
105:8, 119:12,
218:12, 363:16,
375:8, 376:4,
376:8, 376:23,
378:22, 379:5,
384:15, 386:14,
388:5, 388:6,
388:7, 418:9,
449:13
**weak**
44:23
**weapons**
101:8
**wear**
34:10, 41:15
**wearing**
62:21, 69:13,
69:18, 81:16,
103:15, 106:21,
123:22, 139:23,
180:16, 202:22,
204:24, 208:15,
208:18, 316:24,
342:17, 355:8,
462:16
**websites**
433:10

**week**
67:3, 153:13,
303:10, 440:2,
448:9
**weeks**
289:9
**weigh**
198:20
**weighing**
198:7
**weird**
192:18, 192:24,
259:9
**went**
19:6, 19:8,
19:16, 36:5,
40:8, 40:18,
41:1, 41:4,
41:6, 45:11,
45:12, 46:7,
46:13, 47:7,
47:8, 89:17,
106:15, 135:14,
157:17, 165:18,
181:23, 185:5,
218:10, 226:16,
258:24, 264:19,
264:25, 270:20,
273:6, 279:13,
280:14, 290:24,
387:24, 391:11,
392:11, 392:14,
404:17, 411:1,
411:18, 412:25,
413:9, 440:24,
441:8, 445:3,
445:5, 453:1
**weren't**
41:19, 73:19,
86:18, 87:21,
95:10, 101:19,
127:11, 127:12,
138:20, 151:20,
156:4, 166:10,
210:1, 211:21,
212:15, 220:4,
254:21, 267:11,
290:5, 298:11,

317:7, 327:12,
327:13, 423:2
**wessels**
5:6, 9:6
**west**
5:23, 6:15,
6:22, 10:7,
10:22, 11:7
**whatever**
21:4, 23:18,
29:5, 34:11,
34:23, 37:14,
38:13, 38:16,
38:23, 40:2,
42:3, 44:24,
45:6, 45:13,
46:10, 47:11,
48:18, 50:17,
50:21, 58:18,
59:16, 66:4,
80:5, 84:1,
88:25, 89:20,
93:14, 100:8,
125:23, 129:24,
140:8, 142:11,
163:9, 174:13,
175:7, 179:7,
182:16, 183:4,
198:9, 269:16,
277:7, 279:20,
292:17, 293:5,
295:8, 333:20,
347:25, 348:3,
351:8, 351:9,
351:10, 352:12,
361:5, 361:6,
369:4, 414:12,
439:7, 461:9
**whatsapp**
448:18
**whatsoever**
210:14
**whenever**
410:7, 438:1
**whereof**
466:15
**wherever**
32:10, 115:1,

213:8, 277:10,
280:13, 393:5
**whether**
22:9, 26:9,
55:24, 58:23,
77:21, 84:12,
86:4, 86:11,
86:24, 87:8,
87:10, 87:12,
92:17, 121:1,
140:4, 143:12,
147:23, 148:16,
153:24, 165:18,
166:3, 166:5,
167:13, 170:18,
176:2, 187:7,
190:9, 198:10,
198:11, 243:2,
253:24, 255:5,
262:17, 296:22,
305:16, 358:5,
360:4, 376:2,
381:19, 385:18,
395:3, 399:15,
425:15, 452:11
**whichever**
192:20
**white**
40:10, 41:2,
41:5, 41:6,
41:11, 41:25,
45:12, 50:20,
60:15, 66:4,
70:21, 74:13,
78:13, 81:24,
82:3, 101:2,
101:13, 102:5,
103:22, 119:25,
163:21, 201:14,
202:11, 204:25,
218:7, 220:1,
220:11, 230:7,
273:3, 319:4,
330:13, 335:19,
336:6, 337:24,
342:4, 346:12,
348:13, 348:16,
355:9, 359:7,

371:8, 384:11,
398:25, 421:8
**whoa**
152:19, 152:25,
153:5, 153:6,
153:12
**whoever**
203:5, 243:16,
253:23, 253:24,
254:4, 254:11,
254:23, 320:12
**whole**
52:11, 67:3,
79:10, 79:21,
86:6, 93:19,
109:2, 134:1,
169:4, 176:7,
181:8, 190:25,
191:7, 192:4,
198:21, 198:22,
262:7
**wild**
26:19
**will's**
451:9, 451:10
**willing**
282:2
**win**
350:12
**winner**
350:13
**winning**
352:13, 352:15
**wish**
259:3, 292:6,
292:9, 292:19
**wished**
220:18
**withdraw**
350:6
**within**
87:2, 390:11,
405:5
**without**
46:12, 50:25,
79:10, 184:20,
275:9, 276:14,
329:3, 420:11

**witness**
16:9, 82:23,
107:7, 107:13,
122:13, 130:13,
132:4, 172:16,
177:12, 192:14,
233:16, 251:3,
251:12, 288:7,
309:25, 314:4,
321:21, 321:24,
322:3, 322:6,
322:14, 326:11,
335:25, 354:22,
355:1, 355:4,
357:22, 363:19,
363:25, 364:2,
364:16, 369:24,
370:9, 374:4,
379:19, 381:6,
381:15, 382:3,
382:14, 398:7,
398:13, 401:25,
451:18, 452:23,
453:1, 454:20,
456:12, 456:15,
456:21, 456:24,
457:4, 457:9,
457:14, 460:1,
461:13, 461:22,
462:4, 462:6,
462:18, 462:21,
463:7, 466:15
**witnessed**
53:20, 88:22,
89:1, 98:19,
299:14, 382:9,
384:6
**witnessing**
156:25
**woken**
393:7
**woman**
316:24, 317:24,
342:23, 354:20,
355:1, 417:1,
417:10, 420:6
**won**
272:3, 273:23,

324:3, 349:6,
349:10, 349:11,
349:23, 349:24,
350:3, 350:8,
350:24, 351:8,
351:9, 352:7,
352:14, 369:15
**wondering**
30:22, 459:10
**woo**
105:13
**word**
68:13, 74:23,
83:16, 269:21,
273:24, 285:4,
287:2, 287:7,
334:19, 335:10,
344:4, 366:4,
377:10, 387:3,
410:12, 436:16
**words**
17:11, 28:24,
60:3, 66:16,
143:13, 283:1,
283:5, 285:4,
286:9, 297:6,
298:6, 332:13,
340:23, 341:3,
375:5, 375:17,
394:2, 406:17,
423:25, 435:3,
436:12
**work**
43:12, 190:17,
424:18, 432:11
**worked**
19:25, 20:1,
20:2, 20:3,
361:5, 412:7
**working**
322:10, 397:1,
424:11
**workout**
46:24
**works**
21:14, 384:20,
416:11
**workshops**
400:1

**world**
43:3, 275:24,
384:20, 422:16
**worried**
79:19, 80:1,
98:16, 98:25,
149:21
**worries**
128:23
**worry**
99:2, 281:24,
294:4
**worse**
237:23
**worth**
184:16
**worthy**
42:4
**wouldn't**
32:25, 52:7,
59:10, 84:24,
96:18, 109:11,
121:9, 124:15,
165:16, 189:9,
234:4, 236:1,
343:11, 379:7,
390:12, 438:15,
439:14
**wrap**
247:6
**wrestler**
304:6
**wrestlers**
28:23, 304:6
**wright**
5:15, 9:15,
250:4
**write**
262:21, 362:14,
362:18, 363:2,
407:3
**writer**
362:16, 362:17,
362:23
**writes**
179:11, 403:1
**writing**
30:18, 260:19,

260:21, 361:8
**written**
363:5, 403:8,
432:16, 449:9,
452:11, 453:14
**wrong**
38:24, 77:8,
112:21, 131:3,
137:2, 158:5,
174:19, 175:20,
188:12, 190:9,
234:25, 242:9,
287:7, 313:22,
319:3, 370:24,
389:1, 413:15,
424:20
**wrote**
259:22, 275:10,
285:7, 295:22,
362:19, 363:8,
363:22, 406:1,
432:20, 438:11,
455:4

**Y**

**year**
18:11, 19:3,
20:12, 21:25,
24:9, 28:16,
35:5, 35:25,
88:9, 98:5,
291:4, 431:10,
432:2, 432:7,
432:8, 432:9,
435:10, 437:12,
437:22, 451:6
**year-old**
234:7, 234:21,
235:13, 235:14,
448:6
**year-old-kid**
305:6
**years**
17:22, 38:20,
100:9, 100:11,
289:22, 367:14,
380:6, 414:3,
432:9, 432:10,

436:17, 449:3,
451:21
**yell**
148:5
**yelled**
67:12, 88:6,
89:18, 116:22,
339:20, 383:24
**yelling**
29:2, 66:20,
74:22, 79:24,
91:14, 101:13,
111:4, 112:5,
112:13, 116:10,
116:20, 116:21,
120:1, 120:11,
147:16, 147:20,
150:21, 150:23,
240:8, 240:18,
304:9, 304:10,
304:14
**yep**
355:10
**yesterday**
251:6, 264:18,
329:4
**york**
1:23, 1:24,
7:9, 7:12, 7:13,
11:16, 11:19,
11:20, 14:6,
15:14, 104:7,
249:3, 249:4,
250:6, 345:7,
464:22
**young**
188:13, 188:19,
189:22
**younger**
18:3, 178:8,
354:1, 367:14,
448:3
**yourself**
22:22, 93:8,
191:22, 219:16,
229:9, 247:9,
337:8, 398:5
**youtube**
416:23

**Z**

**zealand**
32:20
**zero**
30:5, 227:10
**zone**
52:4
**zoom**
14:25, 20:17,
249:23

**.**

**.1188**
5:9, 9:9
**.1222**
6:17, 10:24
**.1400**
7:10, 11:17
**.3071**
7:18, 11:25
**.4300**
9:25
**.4499**
5:18, 9:18
**.8000**
6:10, 10:17
**.8280**
6:25, 11:10
**.8900**
5:25, 10:9

**0**

**00023**
1:21, 14:7,
249:4
**00024**
1:34, 14:10,
249:7
**00025**
2:7, 14:12,
249:9
**00026**
2:17, 14:15,
249:12
**00027**
2:32, 14:17,
249:14

**00056**
1:11, 14:5,
249:2
**02**
145:17, 358:3,
358:14, 464:5
**05**
83:4, 222:5,
334:5, 336:15,
465:15
**06**
158:11, 359:13,
359:15
**07**
151:8, 152:13,
242:23, 243:11,
348:9, 350:19
**08**
83:4
**09**
106:16, 108:22,
108:25

**1**

**1**
117:2, 118:2,
118:12, 118:13,
159:5, 222:5,
223:7, 225:24,
226:3, 311:8,
311:11, 312:7,
312:10, 312:24,
313:2, 313:5,
314:6, 314:9,
315:20, 329:17,
330:5, 334:2,
335:1, 358:3,
358:14, 366:22,
367:23, 389:12,
407:25, 408:2
**10**
5:23, 6:15,
10:7, 10:22,
30:6, 38:2,
59:20, 59:22,
59:24, 60:1,
127:1, 127:2,
127:3, 128:5,

159:3, 167:17,
180:4, 180:5,
180:6, 201:21,
206:6, 206:12,
209:3, 240:3,
287:11, 294:10,
294:12, 294:14,
294:16, 341:15,
354:12
**100**
119:25
**102**
275:18
**103**
276:1, 337:5,
337:11, 406:10
**104**
275:19
**105**
259:13
**106**
259:13
**11**
13:12, 18:7,
54:8, 103:3,
103:5, 103:7,
103:9, 128:25,
131:7, 176:22,
180:6, 195:9,
354:11, 355:23,
448:6
**115**
461:24, 462:4
**12**
13:11, 56:7,
131:17, 131:19,
131:21, 131:23,
143:21, 144:11,
161:1, 176:23,
179:13, 179:15,
180:7, 183:10,
215:10, 215:18,
243:11, 244:1,
316:15, 359:13,
359:15, 359:17,
359:19, 448:6
**12207**
7:9, 11:16

**128**
341:11, 341:12
**13**
3:3, 5:2, 6:2,
7:2, 13:14,
14:20, 106:12,
145:17, 146:2,
150:14, 150:17,
151:3, 158:11,
172:20, 181:6,
209:13, 307:23,
421:10
**1301**
5:16, 9:16
**135**
99:25
**14**
3:6, 9:2, 10:2,
11:2, 71:17,
151:8, 152:13,
152:16, 155:20,
190:20, 248:21,
249:17, 289:18,
463:6
**140**
99:25
**15**
13:11, 59:20,
59:22, 106:16,
115:7, 117:2,
143:21, 152:16,
155:20, 183:10,
195:3, 195:6,
195:13, 229:7,
229:8, 258:15,
289:18, 318:19,
329:11, 329:17,
408:4, 408:6,
462:25
**1530**
291:7
**1531**
291:10
**1532**
291:17
**1533**
291:17

**1534**
291:19
**1548**
291:24
**1549**
292:4
**155**
104:7
**1562**
293:9
**16**
3:4, 3:7, 13:3,
13:15, 14:22,
18:7, 99:24,
131:17, 131:19,
146:2, 188:24,
191:18, 204:8,
204:10, 206:9,
206:22, 208:11,
209:7, 209:14,
209:16, 213:4,
214:10, 215:1,
215:13, 216:17,
221:19, 222:4,
222:17, 226:1,
229:24, 230:17,
249:19, 299:18,
299:20, 299:23,
300:23, 311:7,
311:8, 311:10,
311:14, 312:9,
313:1, 313:11,
314:11, 314:22,
315:22, 316:18,
318:18, 318:21,
319:12, 319:20,
320:10, 321:23,
322:2, 322:12,
323:1, 323:18,
323:25, 324:9,
324:19, 427:17,
463:5
**165**
104:8
**166**
103:12, 104:5
**1683**
9:24

**169**
172:19, 172:20
**17**
13:12, 195:9,
227:3, 227:4,
227:5, 227:8,
228:2, 228:22,
229:12, 229:19,
230:3, 230:19,
231:19, 233:14,
239:6, 239:24,
252:15, 252:21,
252:24, 253:2,
294:10, 294:12,
301:13, 301:14,
301:17, 302:1,
302:11, 305:6,
309:17, 309:18,
309:21, 310:7,
310:19, 310:24,
347:13, 437:23
**1705**
308:3
**1714**
294:20
**1735**
421:11
**18**
37:6, 100:8,
128:25, 133:22,
134:20, 134:23,
239:23, 240:2,
240:5, 240:14,
241:3, 241:6,
241:17, 242:14,
243:9, 244:4,
245:8, 246:1,
246:23, 248:4,
252:14, 252:19,
253:1, 253:5,
253:13, 256:17,
256:24, 258:12,
283:11, 311:8,
369:4, 373:7,
373:8, 373:12,
375:2, 378:17,
379:3, 385:3,
417:22

**1804**
419:25
**182**
104:8
**183**
13:11, 183:9
**187**
13:11, 183:10
**19**
1:11, 13:15,
14:5, 17:22,
54:8, 83:2,
100:9, 168:16,
168:18, 177:20,
188:9, 233:12,
249:2, 252:16,
259:12, 275:16,
275:17, 290:4,
306:13, 369:4,
386:10, 388:12,
389:9, 427:17,
430:8, 433:6
**1935**
427:24
**1940**
422:20, 422:24
**195**
13:12, 195:8
**1970**
417:9
**199**
13:12, 195:9
**1997**
428:4
**1:**
83:4, 106:16,
108:22, 108:25,
127:1, 127:2,
128:25, 131:7,
144:11, 145:17,
146:2, 150:14,
150:17, 151:3,
151:8, 152:13,
152:16, 155:20,
375:2, 378:17,
379:3, 385:3,
386:10, 388:12,
389:9

---
**2**
---
**2**
122:14, 122:15,
199:21, 199:23,
199:25, 200:2,
316:15, 316:19,
334:5, 336:15,
336:18, 345:11,
345:14, 347:14,
348:6, 408:4,
408:6
**2,047**
196:2
**20**
1:21, 1:34,
2:7, 2:17, 2:32,
14:7, 14:10,
14:12, 14:15,
14:17, 48:25,
79:23, 92:9,
100:11, 126:25,
132:1, 177:20,
231:8, 238:23,
249:4, 249:7,
249:9, 249:12,
249:14, 275:18,
311:11, 318:23,
320:3, 336:18,
337:1, 345:11,
389:12, 405:13,
409:14, 425:20,
433:6
**20005**
5:17, 9:17
**2019**
35:1, 36:4,
177:20, 290:5,
395:13, 417:22,
433:6, 435:6,
437:2, 439:5,
443:8, 446:14
**202.973**
5:18, 9:18
**2021**
3:3, 3:6, 5:2,
6:2, 7:2, 9:2,
10:2, 11:2,

---
14:21, 248:21,
249:18, 466:17
**2025**
466:19
**21**
78:6, 231:22,
269:1, 280:22,
386:10
**210**
104:6
**218**
51:14
**22**
139:18, 150:14,
199:21, 199:23,
287:10, 312:7,
319:13, 395:13,
408:13, 408:15,
408:21, 410:8
**23**
78:22, 287:25,
288:9, 288:11,
408:10, 466:17
**233**
6:7, 10:14
**24**
17:24, 118:2,
134:18, 134:20,
211:25, 212:1,
290:12, 290:14,
351:19, 433:5,
446:21, 449:21
**2400**
7:16, 11:23
**25**
13:14, 57:9,
103:3, 103:5,
144:11, 240:11,
241:1, 294:18,
305:22, 305:23,
307:23, 354:12
**250**
5:7, 9:7,
260:12, 260:13,
260:22
**252**
13:3
**26**
59:24, 60:1,

---
108:22, 161:12,
162:2, 162:16,
305:21, 307:10,
373:12
**266**
269:1
**267**
269:1
**27**
307:9, 307:19,
307:20, 308:1,
320:8, 321:20,
388:12
**2700**
5:23, 10:7
**28**
159:5, 322:24,
326:5, 326:13,
326:22, 327:5,
329:19, 330:4,
334:4, 335:4,
336:2, 336:17,
466:18
**29**
64:10, 64:19,
65:7, 74:3,
74:15, 76:10,
98:10, 168:16,
312:10, 312:24,
313:5, 328:5,
328:7, 328:10,
345:7, 345:9,
345:13, 346:3,
347:16, 348:8,
348:23, 349:17,
350:21, 351:21,
355:25, 457:24,
458:1
**2:-cv--wob-cjs**
2:7, 2:17,
2:32, 14:12,
14:15, 14:17,
249:9, 249:12,
249:14

---
**3**
---
**3**
37:16, 126:25,

132:14, 133:17,
242:23, 243:11,
245:6, 245:9,
246:14, 246:15,
248:1, 248:19,
248:20, 319:13,
319:21, 320:3,
320:8, 321:20,
322:17, 322:24,
323:16, 323:19,
324:17, 324:20,
324:24, 325:23,
348:9, 350:19,
351:19, 351:22,
355:14, 356:1,
457:24, 458:1,
458:3, 458:5,
460:9, 460:11,
460:13, 460:15
**30**
37:16, 38:1,
46:3, 48:25,
51:24, 92:9,
122:4, 122:14,
209:18, 345:8,
354:25, 355:14,
355:23, 356:15,
356:18, 356:23,
356:25, 358:12,
358:18, 371:14,
427:12
**300**
7:16, 11:23
**306**
13:13, 305:24
**307**
13:13, 305:25
**308**
13:14, 307:22
**309**
13:14, 168:7,
307:23
**31**
364:17, 364:19,
365:4, 366:24,
368:1
**310**
169:9

**312.876**
6:10, 10:17
**317.635**
5:25, 10:9
**32**
98:14, 127:1,
127:2, 127:3,
213:11, 214:8,
214:21, 214:24,
215:5, 223:4,
239:7, 244:5,
245:6, 319:21,
323:16, 370:5,
370:11, 371:13,
372:13
**326**
181:16
**327**
181:24, 183:15
**328**
183:20
**33**
57:14, 108:25,
294:14, 294:16,
322:17, 351:22,
355:14, 356:1,
394:17, 394:19,
459:16, 459:17,
460:21, 460:24,
461:5, 461:12,
461:13, 461:21,
463:16
**335**
181:16, 187:19,
188:7
**34**
74:8, 223:7,
225:24, 309:18,
316:19, 389:9,
401:21, 401:22
**35**
301:14, 302:6,
354:12, 356:21,
357:2, 357:3
**36**
58:9, 323:19,
324:17, 426:23,
426:25

**37**
122:15, 213:13,
245:9, 245:23,
246:14, 310:17,
345:14, 347:14
**38**
56:5, 56:8,
57:9, 57:13,
58:8, 103:7,
103:9, 252:20,
253:11, 419:22,
420:2
**39**
60:21, 64:14,
64:20, 248:19,
248:20, 301:24,
302:8, 302:9,
313:2, 314:6,
421:9, 421:13
**396015**
1:40
**396018**
1:40
**3rd**
20:20

---
**4**

**4**
46:3, 48:25,
134:18, 134:20,
134:23, 135:1,
139:13, 253:11,
256:12, 464:5,
465:15
**40**
46:11, 92:10,
118:12, 118:13,
137:17, 423:4
**40202**
6:24, 11:9
**41**
199:25, 200:2,
427:12, 427:20
**41011**
9:24
**41017**
5:8, 7:17, 9:8,
11:24

**42**
246:2, 246:15,
248:1, 314:9,
345:6, 345:7
**427**
13:15, 427:16
**43**
60:17, 256:12,
310:22, 324:20,
324:24, 330:5,
334:2, 335:1,
344:17, 345:5,
345:6, 345:7,
458:9, 458:10,
460:17
**43215**
6:16, 10:23
**44**
60:20, 64:20,
78:20, 125:12,
214:23, 215:16,
325:23, 344:19,
345:5, 375:2,
378:17, 379:3,
458:9, 458:10,
458:12, 458:16
**45**
30:11, 128:6,
150:17, 151:3,
241:9, 272:19,
458:3, 458:5
**46**
257:24
**46204**
5:24, 10:8
**463**
13:15, 427:17
**466**
1:41
**47**
131:7, 366:22,
367:23, 460:9,
460:11
**49**
64:9, 64:13,
64:18, 65:6,
65:10, 65:11,
185:16

**498**
168:10
**499**
169:2
**4th**
6:23, 11:8

**5**

**5**
139:18, 177:20
**50**
9:22, 46:11,
68:6, 68:9,
69:8, 71:12,
71:17, 72:13,
72:24, 74:2,
110:24, 111:8,
113:21, 132:14,
133:17, 137:17,
325:22, 359:17,
359:19, 392:22
**500**
5:7, 5:16, 9:7,
9:16, 169:2
**501**
169:8
**502.540**
6:25, 11:10
**51**
78:6
**518.689**
7:10, 11:17
**52**
221:16, 315:20,
385:3
**53**
74:2, 74:3,
74:7
**54**
7:7, 11:15,
51:20, 118:17,
131:21, 348:6
**547**
181:25, 183:17
**548**
183:20
**55**
131:23, 135:1,

139:13, 226:3,
239:25, 299:20
**551**
185:18
**56**
60:17, 222:1,
281:6, 281:8,
356:19, 356:21,
356:23, 358:3,
372:14
**57**
79:2, 82:17,
126:3, 281:10,
281:12, 460:13,
460:15
**573**
188:6, 188:11
**58**
74:15, 76:9,
354:11, 364:23,
365:2, 407:25,
408:2
**59**
74:18, 177:20,
367:13
**5900**
6:8, 10:15

**6**

**6**
392:22
**60**
423:7
**600**
25:25
**60606**
6:9, 10:16
**615.565**
6:17, 10:24
**65**
234:7, 234:21,
235:13, 235:14
**662**
290:15, 290:19
**667**
291:24
**671**
290:15, 293:9

**6th**
7:8, 11:15

**7**

**70**
423:17
**710**
6:22, 11:7
**717**
308:2
**720**
294:19
**73**
345:6
**74**
294:20, 345:6
**780**
305:23

**8**

**8**
168:16
**803**
427:20, 427:24
**804**
427:21, 428:4
**850**
9:23
**859.344**
5:9, 9:9
**859.547**
9:25
**859.578**
7:18, 11:25

**9**

**9**
3:4, 3:7,
14:22, 38:1,
249:19, 281:6,
281:8, 281:10,
281:12
**90**
109:12
**999**
439:15