UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV24 (WOB)

NICHOLAS SANDMANN                                            PLAINTIFF

VS.                                  <u>ORDER</u>

CBS NEWS, INC., ET
AL.                                                          DEFENDANTS

    This matter is before the Court on several pending motions (Docs. 58, 59, 72), and the Court being advised,

    **IT IS ORDERED** that oral argument on these motions be, and is hereby, **SET FOR TUESDAY, JULY 26, 2022 AT 1:00 P.M.** An order setting the format for this argument will follow.

    This 17th day of June 2022.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge