UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV24 (WOB)

NICHOLAS SANDMANN                                           PLAINTIFF

VS.                              JUDGMENT

CBS NEWS, INC., ET
AL.                                                          DEFENDANTS

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment be, and is hereby, **ENTERED IN DEFENDANTS' FAVOR**. This matter is hereby **STRICKEN** from the docket of this Court.

This 26th day of July 2022.



Signed By:
William O. Bertelsman
United States District Judge